UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

05-40049.FDS

J.J. REIDY & CO., INC.,

Plaintiff,

v.

AIRWATER CORPORATION AND
AIRWATER PATENTS
CORPORATION,

Defendants.

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendants AirWater Corporation and AirWater Patents Corporation hereby file this Notice of Removal of the above-captioned action from the Worcester Division of the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Worcester County ("Worcester Superior Court"), Civil Action No. 04-2436 (the "State Court Action"), to the United States District Court for the District of Massachusetts. As grounds for removal, the Defendant states as follows:

1.  This is an action for breach of contract over which this Court has jurisdiction by reason of the diversity of citizenship of the parties.

2.  At all relevant times and on December 16, 2004, when the Plaintiff J.J. Reidy & Co., Inc. commenced this action in Worcester Superior Court, the Defendant



AirWater Corporation was, and now is, a corporation organized and existing under the laws of the State of Florida, with a principal place of business in Miami Beach, Florida.

3. At all relevant times and on December 16, 2004, when the Plaintiff commenced this action in Worcester Superior Court, the Plaintiff was, and now is, a corporation organized and existing under the laws of the State of Massachusetts, with a principal place of business in Holden, Massachusetts.

4. At all relevant times and on February 16, 2004, when the Plaintiff filed its First Amended Complaint, as a Defendant adding AirWater Patents Corporation, the Defendant AirWater Patents Corporation was, and now is, a corporation organized and existing under the laws of the State of Florida, with a principal place of business in Miami Beach, Florida.

5. The matter in controversy exceeds, exclusive of costs and disbursements, the sum or value of $75,000.00.

6. By certified letter, return receipt requested, dated February 18, 2005, the Plaintiff served on the Defendants for the first time, an original summons and copies of the Civil Action Cover Sheet, Complaint and First Amended Complaint on the Defendant.

7. True copies of the Plaintiff's certified letter, Summons, Civil Action Cover Sheet, Complaint and First Amended Complaint, which constitute all process, pleadings and orders served upon the Defendants in the State Court Action, are attached hereto as Exhibits A, B, C, D and E.

8. This Notice of Removal is being filed within 30 days after the Defendants' first receipt of the Plaintiff's certified letter, Summons, Civil Action Cover Sheet,

Complaint and First Amended Complaint in this action and, therefore, is timely filed under 28 U.S.C. § 1446(b).

9. This Notice of Removal is being filed within one year of the commencement of this action and, therefore, is timely filed under 28 U.S.C. § 1446(b).

10. The Defendants will give written notice of the filing of this Notice of Removal, and a copy of this Notice of Removal will be filed with the clerk of the Worcester Superior Court, as required by 28 U.S.C. § 1446(d).

DEFENDANTS AIRWATER
CORPORATION AND AIRWATER
PATENTS CORPORATION

By their attorneys,

_____
Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
KEEGAN, WERLIN & PABIAN, LLP
265 Franklin Street
Boston, Massachusetts 02110-3100
(617) 951-1400

Dated: March 17, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand delivery~~ - US Mail on March 17, 2005.

_____

3





*Bowditch*
*&Dewey*
ATTORNEYS

Direct telephone: (508) 926-3431
Direct facsimile: (508) 929-3046
Email: dflynn@bowditch.com

February 18, 2005

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

Mr. Michael Zwebner
AirWater Corporation
Suite 12F
407 Lincoln Road
Miami Beach, FL 33139

*Re:    J.J. Reidy & Co., Inc. v. AirWater Corporation and AirWater Patents Corporation
         Worcester Superior Court*

Dear Mr. Zwebner:

Enclosed please find the following documents in connection with the above-referenced matter:

1. Original Summons on AirWater Corporation;
2. Copy of Civil Action Coversheet;
3. Copy of Complaint; and
4. Copy of First Amended Complaint

Please note that this constitutes service of process pursuant to Massachusetts' long-arm statute, General Laws Chapter 223A, §1, et seq.

Very truly yours,

*Daniel P. Flynn*

Daniel P. Flynn

DPF/rl
Encls.
cc:    Thomas J. Conte, Esquire



# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No.

J.J. REIDY & CO., INC.

)
)
)
)
Plaintiff (S)     )
)    **SUMMONS**
v.                )
)
AIRWATER CORPORATION                    )
and                                     )
AIRWATER PATENTS CORPORATION   Defendant (s)   )

\* To the above-named Defendant:          AirWater Corporation, 407 Lincoln Road,
Suite 12F, Miami, Beach, FL 33141

You are hereby summoned and required to serve upon Daniel P. Flynn, Esquire, ........................................, plaintiff's attorney, whose address is Bowditch & Dewey, LLP, 311 Main Street, P.O. Box 15156, Worcester, MA 01615-0156 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the ..... 18th ............... day of February ........................................ in the year of our Lord two thousand and ........ five ........ .

*[signature]*
Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.



| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: WORCESTER |
|---|---|---|
| **PLAINTIFF(S)** J.J. REIDY & CO., INC. | | **DEFENDANT(S)** AIRWATER CORPORATION |
| **ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE** Daniel R. Flynn, Bowditch & Dewey, LLP 311 Main Street, P.O. Box 15156, Worcester, MA 01615-0156 Board of Bar Overseers number: 655180 | | **ATTORNEY (if Known)** |

### Original code and track designation

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c. 231, s. 97 & 104 (after trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgement/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A99 | Breach of Contract | (F) | (X) YES  ( ) NO |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses                                  $ _____
  2. Total Doctor expenses                                    $ _____
  3. Total chiropractic expenses                              $ _____
  4. Total physical therapy expenses                          $ _____
  5. Total other expenses (describe)                          $ _____
                                                    Subtotal  $ _____
B. Documented lost wages and compensation to date             $ _____
C. Documented property damages to date                        $ _____
D. Reasonably anticipated future medical and hospital expenses $ _____
E. Reasonably anticipated lost wages                          $ _____
F. Other documented items of damages (describe)               $ _____
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Defendant breached the contract between Plaintiff and Defendant.

                                                              $ _____
                                                      TOTAL   $ _____

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Defendant breached the contract between Plaintiff and Defendant.

                                                      TOTAL   $ 250,000 +

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 12/16/04

AOTC-6 mtc005-11/99
a.o.s.c. 1-2000



COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.   CIVIL ACTION NO.

J.J. REIDY & CO., INC., )
 )   04-2436
         PLAINTIFF, )
 )
V. )
 )
AIRWATER CORPORATION, )
 )
         DEFENDANT. )

RECEIVED
DEC 16 2004
CLERK OF COURTS
WORCESTER COUNTY

## COMPLAINT

### PARTIES

1. Plaintiff, J.J. Reidy & Company, Inc. ("J.J. Reidy") is a Massachusetts corporation with a principal place of business at 1260 Main Street, Holden, Massachusetts.

2. Defendant AirWater Corporation ("AirWater") is a Florida corporation with a principal place of business at 407 Lincoln Road, Suite 12F, Miami Beach, Florida.

### FACTS

3. On March 21, 2003 J.J. Reidy and AirWater made and entered into a Global Manufacturing and Marketing Licensing Agreement (the "License") wherein J.J. Reidy granted a license to use all of its United States Patents relating to a water production/generation system.

4. Under the terms of the License, AirWater is required to pay J.J. Reidy a minimum monthly royalty payment of $10,000 per month for a minimum of ten years, or until its last patent expires, whichever is longer.

5. Under the terms of the License, AirWater promised to commit resources and put

{J:\CLIENTS\lit\304269\0002\00491700.DOC;1}

forth best efforts in accomplishing, completing and fulfilling its overall objective to establish and maintain the awareness and exposure of products manufactured by AirWater based on the patents licensed by J.J. Reidy and to enhance sales and future growth of such products.

6. AirWater has failed to make its required monthly royalty payments to J.J. Reidy under the License.

7. AirWater has failed to commit the resources and put forth best efforts in accomplishing, completing, and fulfilling its promise to establish and maintain the awareness and exposure of products manufactured by AirWater based on the patents licensed by J.J. Reidy and to enhance sales and future growth.

### (COUNT I)
### (Breach of Contract)

8. J.J. Reidy repeats and incorporates by reference the allegations contained in paragraph 1 through 7 of the Complaint as if expressly set forth herein.

9. In failing to abide by its obligations under the License concerning royalty payments to J.J. Reidy and efforts to market products based on J.J. Reidy's licensed patents, AirWater has breached the parties' agreement.

10. J.J. Reidy has fulfilled all of its obligations under the License.

11. As a result of AirWater's conduct, J.J. Reidy has suffered damages in an amount to be determined at trial.

WHEREFORE, Plaintiff J.J. Reidy & Co., Inc. respectfully requests that this Court award it damages in an amount to be determined at trial and order such other relief, including reasonable attorneys' fees and costs, as this Court deems equitable and just.

J.J. REIDY & COMPANY, INC.

By its attorneys

*[signature]*

Thomas J. Conte (BBO #566092)
Daniel P. Flynn (BBO #655180)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: December 16, 2004



COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                                           CIVIL ACTION NO.

J.J. REIDY & CO., INC.,                    )
                                           )
         PLAINTIFF,                        )
                                           )
V.                                         )
                                           )
AIRWATER CORPORATION                       )
                                           )
and                                        )
                                           )
AIRWATER PATENTS CORPORATION,              )
                                           )
         DEFENDANTS.                       )

## FIRST AMENDED COMPLAINT

### PARTIES

1.      Plaintiff J.J. Reidy & Company, Inc. ("J.J. Reidy") is a Massachusetts corporation with a principal place of business at 1260 Main Street, Holden, Massachusetts.

2.      Defendant AirWater Corporation ("AirWater Corp.") is a Florida corporation with a principal place of business at 407 Lincoln Road, Suite 12F, Miami Beach, Florida.

3.      Defendant AirWater Patents Corporation ("AirWater Patents") is a Florida corporation with a principal place of business at 407 Lincoln Road, Suite 12F, Miami Beach, Florida.

### FACTS

4.      On March 21, 2003, Plaintiff J.J. Reidy and AirWater Corp., the predecessor-in-interest to Defendant AirWater Patents, made and entered into a Global Manufacturing and Marketing Licensing Agreement (the "License") wherein J.J. Reidy granted to Defendant

{J:\CLIENTS\lit\304269\0002\00510592.DOC;1}

AirWater Corp. a license to use all of its United States Patents relating to a water production/generation system.

5. AirWater Corp. assigned its rights and obligations under the License to AirWater Patents on June 25, 2003.

6. Under the terms of the License, Defendants were required to pay J.J. Reidy a minimum monthly royalty payment of $10,000 per month for a minimum of ten years, or until its last patent expires, whichever is longer.

7. Under the terms of the License, Defendants promised to commit resources and put forth best efforts in accomplishing, completing and fulfilling their overall objective to establish and maintain the awareness and exposure of products manufactured by Defendants based on the patents licensed by J.J. Reidy and to enhance sales and future growth of such products.

8. AirWater Patents has failed to make its required monthly royalty payments to J.J. Reidy under the License.

9. Defendants failed to commit the resources and put forth best efforts in accomplishing, completing, and fulfilling their promises to establish and maintain the awareness and exposure of products manufactured by Defendants based on the patents licensed by J.J. Reidy and to enhance sales and future growth.

## (COUNT I)
### (Breach of Contract)

10. J.J. Reidy repeats and incorporates by reference the allegations contained in paragraph 1 through 9 of the Complaint as if expressly set forth herein.

11. In failing to abide by its obligations under the License concerning royalty payments to J.J. Reidy, AirWater Patents has breached the parties' agreement.

12. In failing to abide by their obligations concerning their efforts to market products based on J.J. Reidy's licensed patents, AirWater Patents and AirWater Corp. have breached the parties' agreement.

13. J.J. Reidy has fulfilled all of its obligations under the License.

14. As a result of Defendants' conduct, J.J. Reidy has suffered damages in an amount to be determined at trial.

WHEREFORE, Plaintiff J.J. Reidy & Co., Inc. respectfully requests that this Court award it damages in an amount to be determined at trial and order such other relief, including reasonable attorneys' fees and costs, as this Court deems equitable and just.

J.J. REIDY & COMPANY, INC.

By its attorneys,

Thomas J. Conte (BBO #566092)
Daniel P. Flynn (BBO #655180)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: February 17, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **J.J. Reidy & Co., Inc. v. Airwater Corporation**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ]  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ]  II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [X] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ]  IV.  220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ]  V.   150, 152, 153.

   **05-40049 FDS**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court. **Airwater Patents, Inc. v. J.J. Reidy Co., Inc. Circuit Court, 11th Judicial Circuit for Miami-Dade County, Florida Case No. 053140 CA 24**

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [X]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)   Richard Kirby and Matthew Zayotti
ATTORNEY'S NAME   Keegan Werlin LLP
ADDRESS   264 Franklin Street, Boston, MA 02110
TELEPHONE NO.   (617) 951-1400

(CategoryForm.wpd - 2/15/05)

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

05-40049 FDS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
J.J. Reidy & Co., Inc.

**DEFENDANTS**
Airwater Corporation and
Airwater Patents Corporation

(b) County of Residence of First Listed Plaintiff  **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Miami-Dade County, FL
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

05 MAR 16 A 10:31

(c) Attorney's (Firm Name, Address, and Telephone Number) Thomas J. Conte
Bowditch & Dewey, LLP, 311 Main St., P.O. Box 15156, Worcester, MA 01615-0156 508-791-3511

Attorneys (If Known) Richard Kirby and Matthew P. Zayotti
Keegan, Werlin LLP, 265 Franklin St.,
Boston, MA 02110 617-951-1400

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1332

Brief description of cause: Plaintiff asserts breach of contract claim alleging Defendants failed to make monthly royalty payments and failed to use (continued below *)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 250,000 +
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): Circuit Court, 11th Judicial Circuit, Miami-Dade County, Florida
JUDGE _____ DOCKET NUMBER 05-3140-CA24

DATE March 17, 2005
SIGNATURE OF ATTORNEY OF RECORD  Matthew P. Zayotti

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

* best efforts to market product in accordance with Global Manufacturing and Marketing License Agreement.