# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049

J.J. REIDY & CO., INC.,

        **Plaintiff,**

v.

**AIRWATER CORPORATION AND
AIRWATER PATENTS
CORPORATION,**

        **Defendants.**

## NOTICE OF FILING OF ATTESTED COPIES OF
## ALL STATE COURT RECORDS, PROCEEDINGS AND
## DOCKET ENTRIES PURSUANT TO LOCAL RULE 81.1

Pursuant to Local Rule 81.1, having filed a Notice of Removal of this action from

State Court on March 18, 2005, the Defendants hereby file attested copies of all records,

proceedings and docket entries in the State Court action, attached hereto as Exhibit A.

DEFENDANTS AIRWATER
CORPORATION AND AIRWATER
PATENTS CORPORATION

By their attorneys,

Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
KEEGAN, WERLIN & PABIAN, LLP
265 Franklin Street
Boston, Massachusetts 02110-3100
(617) 951-1400

Dated: April 1, 2005

I hereby certify that a true copy of the
above document was served upon the
attorney of record for each party
by mail on 4/4/05



Case Summary
Civil Docket

## WOCV2004-02436
## J J Reidy & Co Inc v Airwater Corporation et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 12/16/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 03/31/2005 | **Session** | B - Civil B (18 Worcester) | | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 05/16/2005 | **Answer** | 07/15/2005 | **Rule12/19/20** | 07/15/2005 |
| **Rule 15** | 07/15/2005 | **Discovery** | 12/27/2005 | **Rule 56** | 01/26/2006 |
| **Final PTC** | 02/27/2006 | **Disposition** | 04/24/2006 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
J J Reidy & Co Inc
1260 Main Street
Holden, MA 01520
Active 12/16/2004

**Private Counsel 566092**
Thomas J Conte
Bowditch & Dewey
311 Main Street
PO Box 15156
Worcester, MA 01615-0156
Phone: 508-926-3415
Fax: 508-929-3006
Active 12/16/2004 Notify

**Private Counsel 655180**
Daniel P Flynn
Bowditch & Dewey
311 Main Street
PO Box 15156
Worcester, MA 01615-0156
Phone: 508-926-3426
Fax: 508-929-3038
Active 12/16/2004 Notify

**Defendant**
Airwater Corporation
407 Lincoln Road
Suite 12F
Service pending 12/16/2004

**Defendant**
Airwater Patents Corporation
Service pending 02/16/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/16/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 12/16/2004 | | Origin 1, Type A99, Track F. |
| 12/16/2004 | | Filing fee paid in the amount of $240.00 including $15.00 surcharge |

### WOCV2004-02436
### J J Reidy & Co Inc v Airwater Corporation et al

| Date | Paper | Text |
|------|-------|------|
| | | and $20.00 security fee.($275.00) |
| 02/16/2005 | 2.0 | First Amended complaint of J J Reidy & Co Inc |
| 03/14/2005 | 3.0 | Plff's Emergency Motion to Amend Tracking Order for Enlarging of Time |
| | | for Service of the Complaint |
| 03/14/2005 | | MOTION (P#3) ALLOWED (Macdonald, J) Notices mailed 3/15/05 |
| 03/14/2005 | | Tracking deadlines amended  per Plff's Emergency Motion to Amend |
| | | Tracking order - All'd - Changed in header |
| 03/21/2005 | 4.0 | Notice for Removal to the United States District Court filed by |
| | | Airwater Corporation and Airwater Patents Corporation |
| 03/31/2005 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

A true copy by photostatic process
Attest:
Asst. Clerk

# KEEGAN, WERLIN & PABIAN, LLP

ATTORNEYS AT LAW
265 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-3113

TELECOPIERS:
(617) 951-1354
(617) 951-0586

(617) 951-1400

March 18, 2005

COPY

**VIA OPTIMA**
**NEXT BUSINESS MORNING DELIVERY**

Civil Clerk's Office
Worcester Superior Court
2 Main Street, Room 21
Worcester, Massachusetts 01608

RECEIVED

MAR 2 1 2005

CLERK OF COURTS
WORCESTER COUNTY

> Re:    J.J. Reidy & Co., Inc. v. AirWater Corporation, et al.,
>        Civil Action No. 04-2436

Dear Sir or Madam:

   Enclosed for filing in connection with the above-referenced matter, please find a Notice of Filing of Notice of Removal.

   Kindly acknowledge receipt of the document listed above by date-stamping the enclosed copy of this letter and returning the same to me in the self-addressed, postage prepaid, envelope provided for your convenience.

   Thank you for your assistance with this matter.

                                   Very truly yours,

                                   Matthew P. Zayotti

MPZ/lmp
Enclosure
cc:    Richard B. Kirby, Esq.
       Elizabeth M. Schwabedissen, Esq.
       Thomas J. Conte, Esq.

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04 - 2 4 3 6 | Trial Court of Massachusetts Superior Court Department County: WORCESTER |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| J.J. REIDY & CO., INC. | AIRWATER CORPORATION |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Daniel P. Flynn, Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156,<br>Worcester, MA 01615-0156<br>Board of Bar Overseers number:<br>   655180 | ATTORNEY (if Known) |
|---|---|

### Original code and track designation

Place an x in one box only:
- ☒ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct. C.231,s.104
- ☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- ☐ 4. F04 District Court Appeal c. 231, s. 97 & 104 (after trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgement/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) TRACK | IS THIS A JURY CASE? |
|---|---|---|
| A99 | Breach of Contract    ( F ) | (X ) YES    ( ) NO |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:
  1.  Total hospital expenses                                        $ _____
  2.  Total Doctor expenses                                          $ _____
  3.  Total chiropractic expenses                                    $ _____
  4.  Total physical therapy expenses                                $ _____
  5.  Total other expenses (describe)                                $ _____
                                                    Subtotal         $ _____
B.  Documented lost wages and compensation to date                   $ _____
C.  Documented property damages to date                              $ _____
D.  Reasonably anticipated future medical and hospital expenses      $ _____
E.  Reasonably anticipated lost wages                                $ _____
F.  Other documented items of damages (describe)                     $ _____

G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)

                                                                     $ _____
                                                    TOTAL            $ _____

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Defendant breached the contract between Plaintiff and Defendant.

                                                    TOTAL    $ 250,000 +

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____                    DATE: 12/16/04

AOTC-6 mtc005-11/99
s.o.s.c. 1-2000

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.

CIVIL ACTION NO.
04-2436

J.J. REIDY & CO., INC.,                )
                                       )
            PLAINTIFF,                 )
                                       )
V.                                     )
                                       )                    FEB 16 2005
AIRWATER CORPORATION                   )
                                       )            TTEST
and                                    )
                                       )
AIRWATER PATENTS CORPORATION,          )
                                       )
            DEFENDANTS.                )

**FIRST AMENDED COMPLAINT**

**PARTIES**

1.      Plaintiff J.J. Reidy & Company, Inc. ("J.J. Reidy") is a Massachusetts corporation

with a principal place of business at 1260 Main Street, Holden, Massachusetts.

2.      Defendant AirWater Corporation ("AirWater Corp.") is a Florida corporation with

a principal place of business at 407 Lincoln Road, Suite 12F, Miami Beach, Florida.

3.      Defendant AirWater Patents Corporation ("AirWater Patents") is a Florida

corporation with a principal place of business at 407 Lincoln Road, Suite 12F, Miami Beach,

Florida.

**FACTS**

4.      On March 21, 2003, Plaintiff J.J. Reidy and AirWater Corp., the predecessor-in-

interest to Defendant AirWater Patents, made and entered into a Global Manufacturing and

Marketing Licensing Agreement (the "License") wherein J.J. Reidy granted to Defendant

AirWater Corp. a license to use all of its United States Patents relating to a water production/generation system.

    5.     AirWater Corp. assigned its rights and obligations under the License to AirWater Patents on June 25, 2003.

    6.     Under the terms of the License, Defendants were required to pay J.J. Reidy a minimum monthly royalty payment of $10,000 per month for a minimum of ten years, or until its last patent expires, whichever is longer.

    7.     Under the terms of the License, Defendants promised to commit resources and put forth best efforts in accomplishing, completing and fulfilling their overall objective to establish and maintain the awareness and exposure of products manufactured by Defendants based on the patents licensed by J.J. Reidy and to enhance sales and future growth of such products.

    8.     AirWater Patents has failed to make its required monthly royalty payments to J.J. Reidy under the License.

    9.     Defendants failed to commit the resources and put forth best efforts in accomplishing, completing, and fulfilling their promises to establish and maintain the awareness and exposure of products manufactured by Defendants based on the patents licensed by J.J. Reidy and to enhance sales and future growth.

### (COUNT I)
### (Breach of Contract)

    10.     J.J. Reidy repeats and incorporates by reference the allegations contained in paragraph 1 through 9 of the Complaint as if expressly set forth herein.

    11.     In failing to abide by its obligations under the License concerning royalty payments to J.J. Reidy, AirWater Patents has breached the parties' agreement.

12.    In failing to abide by their obligations concerning their efforts to market products based on J.J. Reidy's licensed patents, AirWater Patents and AirWater Corp. have breached the parties' agreement.

13.    J.J. Reidy has fulfilled all of its obligations under the License.

14.    As a result of Defendants' conduct, J.J. Reidy has suffered damages in an amount to be determined at trial.

WHEREFORE, Plaintiff J.J. Reidy & Co., Inc. respectfully requests that this Court award it damages in an amount to be determined at trial and order such other relief, including reasonable attorneys' fees and costs, as this Court deems equitable and just.

J.J. REIDY & COMPANY, INC.

By its attorneys,

Thomas J. Conte (BBO #566092)
Daniel P. Flynn (BBO #655180)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated:  February 17, 2004

A true copy by photostatic process
Attest:
Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                    CIVIL ACTION NO.

J.J. REIDY & CO., INC.,                    )
                                           )          **04-2436**
            PLAINTIFF,                     )
                                           )
V.                                         )
                                           )          **FILED**
AIRWATER CORPORATION,                      )
                                           )          **DEC 1 8 2004**
            DEFENDANT.                      )
                                                   ATTEST:
                                                   _Francis A. Ford_
                              **COMPLAINT**                CLERK

                              **PARTIES**

1.      Plaintiff, J.J. Reidy & Company, Inc. ("J.J. Reidy") is a Massachusetts

corporation with a principal place of business at 1260 Main Street, Holden, Massachusetts.

2.      Defendant AirWater Corporation ("AirWater") is a Florida corporation with a

principal place of business at 407 Lincoln Road, Suite 12F, Miami Beach, Florida.

                              **FACTS**

3.      On March 21, 2003 J.J. Reidy and AirWater made and entered into a Global

Manufacturing and Marketing Licensing Agreement (the "License") wherein J.J. Reidy granted a

license to use all of its United States Patents relating to a water production/generation system.

4.      Under the terms of the License, AirWater is required to pay J.J. Reidy a minimum

monthly royalty payment of $10,000 per month for a minimum of ten years, or until its last

patent expires, whichever is longer.

5.      Under the terms of the License, AirWater promised to commit resources and put

forth best efforts in accomplishing, completing and fulfilling its overall objective to establish and

maintain the awareness and exposure of products manufactured by AirWater based on the

patents licensed by J.J. Reidy and to enhance sales and future growth of such products.

      6.     AirWater has failed to make its required monthly royalty payments to J.J. Reidy

under the License.

      7.     AirWater has failed to commit the resources and put forth best efforts in

accomplishing, completing, and fulfilling its promise to establish and maintain the awareness and

exposure of products manufactured by AirWater based on the patents licensed by J.J. Reidy and

to enhance sales and future growth.

**(COUNT I)**
**(Breach of Contract)**

      8.     J.J. Reidy repeats and incorporates by reference the allegations contained in

paragraph 1 through 7 of the Complaint as if expressly set forth herein.

      9.     In failing to abide by its obligations under the License concerning royalty

payments to J.J. Reidy and efforts to market products based on J.J. Reidy's licensed patents,

AirWater has breached the parties' agreement.

      10.    J.J. Reidy has fulfilled all of its obligations under the License.

      11.    As a result of AirWater's conduct, J.J. Reidy has suffered damages in an amount

to be determined at trial.

      WHEREFORE, Plaintiff J.J. Reidy & Co., Inc. respectfully requests that this Court award

it damages in an amount to be determined at trial and order such other relief, including

reasonable attorneys' fees and costs, as this Court deems equitable and just.

J.J. REIDY & COMPANY, INC.

By its attorneys


Thomas J. Conte (BBO #566092)
Daniel P. Flynn (BBO #655180)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated:  December 16, 2004


A true copy by photostatic process
Attest:
Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                    CIVIL ACTION NO. 04-02436B

J.J. REIDY & CO., INC.,                    )
                                           )
                  PLAINTIFF,               )
                                           )     **FILED**
V.                                         )
                                           )     MAR 14 2005
AIRWATER CORPORATION                       )     ᴬᵀᵀᴱˢᵀ
and AIRWATER PATENTS                       )       _Frances A. Ford_
 CORPORATION,                              )              CLERK
                                           )
                  DEFENDANTS.              )

## PLAINTIFF'S EMERGENCY MOTION TO AMEND TRACKING ORDER FOR ENLARGING OF TIME FOR SERVICE OF THE COMPLAINT

Pursuant to Massachusetts Rule of Civil Procedure 6(b)(2), Plaintiff J.J. Reidy & Co., Inc. ("JJR") hereby requests on an emergency basis that this Court issue an order amending the tracking order in the above-captioned action by enlarging the time for service of the Amended Complaint until May 16, 2005. In support of this motion, JJR states the following:

1.      This action was filed on December 16, 2004.

2.      Plaintiff amended its Complaint to add an additional party, AirWater Patents Corporation, on February 17, 2005.

3.      To date, Plaintiff has served the Amended Complaint on the Defendants by long-arm service under G.L. c. 223A, but has not yet received confirmation that such service has been effectuated.

4.      The ninety (90) day deadline for service of process under Massachusetts Rule of Civil Procedure 4(j) will expire on March 16, 2005.

{J:\CLIENTS\lit\304269\0002\00518309.DOC;1}

5.    Defendants have not yet answered the Amended Complaint.

6.    JJR seeks this additional time to ensure effectuation of service on Defendants.

7.    JJR therefore requests that the Tracking Order be modified as follows:

1.  Service Date:                                               05/16/2005
2.  All motions under Rules 12, 15, 19, and 20 filed:          07/15/2005
3.  Discovery requests and depositions completed:              12/27/2005
4.  All motions under Rule 56 filed and heard:                 01/26/2006
5.  Final pre-trial conference and firm trial date set:        02/27/2006
6.  Case disposed                                              04/24/2006

WHEREFORE, for the foregoing reasons, Plaintiff J.J. Reidy & Co., Inc. respectfully requests that this Court issue an order amending the Tracking Order as set forth above and enlarging the time for service of the Amended Complaint up to and including May 16, 2005.

J.J. REIDY & COMPANY, INC.

By its attorneys,

Thomas J. Conte (BBO #566092)
Daniel P. Flynn (BBO #655180)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated:  March 14, 2004

A true copy by photostatic process
Attest:
Asst. Clerk