UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                                    CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,                    )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )
                                           )
AIRWATER CORPORATION AND                   )
AIRWATER PATENTS CORPORATION,              )
                                           )
                    Defendants.            )

## AFFIDAVIT OF SERVICE

I, Thomas J. Conte, on oath depose and state as follows:

1.      I am the attorney for J.J. Reidy & Co., Inc. in the above-referenced case.

2.      Pursuant to G.L. c. 223A, §§ 3-4, 6, on February 18, 2005, I effected service of process on Defendants AirWater Corporation and AirWater Patents Corporation, by mailing copies of the following documents, certified mail, return receipt requested:

     a.      Original Summons on AirWater Patents Corporation;
     b.      Original Summons on AirWater Corporation;
     c.      Copy of Civil Action Coversheet;
     d.      Copy of Complaint; and
     e.      Copy of First Amended Complaint

3.      The mailings were made to Defendants AirWater Corporation and AirWater Patents Corporation, Mr. Michael Zwebner, Suite 12F, 407 Lincoln Road, Miami Beach, Florida 33139.

Signed under the pains and penalties of perjury this 16th day of May, 2005.

_____
Thomas J. Conte