UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,

    Plaintiff,

v.

AIRWATER CORPORATION AND
AIRWATER PATENTS
CORPORATION,

    Defendants.

## DEFENDANTS AIRWATER CORPORATION'S AND AIRWATER PATENTS CORPORATION'S MOTION IN THE ALTERNATIVE TO TRANSFER VENUE FOR FORUM NON CONVENIENS

In the alternative to their Motion to Dismiss for Lack of Personal Jurisdiction, the Defendants, AirWater Corporation and AirWater Patents Corporation ("AirWater"), hereby move to transfer this action for forum non conveniens to the United States District Court for the Southern District of Florida, Miami Division. In support of this motion, and for reasons more fully stated in the attached Memorandum of Law filed herewith, the Defendants state that:

    1.    J.J. Reidy's choice of forum is not entitled to deference because J. J. Reidy was engaged in forum shopping when it "jumped the gun" by prematurely commencing this "hip pocket" action through the anticipatory filing of its Complaint;

    2.    The convenience of the parties and witnesses, and the interests of justice weigh heavily in favor of transferring venue of this action to Florida; and

    3.    AirWater is not subject to personal jurisdiction in Massachusetts.

WHEREFORE, the Defendants AirWater Corporation and AirWater Patents Corporation respectfully request, as an alternative to dismissing this action for lack of personal jurisdiction over the Defendants, that this Honorable Court enter an order transferring this action to the United States District Court for the Southern District of Florida, Miami Division.

DEFENDANTS AIRWATER
CORPORATION AND AIRWATER
PATENTS CORPORATION

By their attorneys,

_____
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: June 20, 2005

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand-delivery~~ - US Mail on __June 20, 2005__.

_____

---

2