UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,

      Plaintiff,

v.

AIRWATER CORPORATION AND
AIRWATER PATENTS
CORPORATION,

      Defendants.

**DEFENDANTS AIRWATER CORPORATION'S AND
AIRWATER PATENTS CORPORATION'S MOTION FOR PROTECTIVE
ORDER TO STAY DISCOVERY PENDING RULING ON DEFENDANTS'
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 26(c), the Defendants, AirWater Corporation and AirWater Patents Corporation, hereby moves for a protective order to stay all discovery in this action until such time as this Court has ruled on the Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction. In support of this motion, the Defendants state as follows:

1.     This Court has broad discretion to stay discovery pending a ruling on a dispositive motion. See, e.g., S.E.C. v. Sargent, 229 F.3d 68, 80 (1st Cir. 2000) ("Trial judges enjoy broad discretion in managing pretrial discovery."); King v. Greenblatt, 149 F.3d 9, 13 (1st Cir. 1998) (trial court is vest with broad discretion in granting or denying discovery).

2. This Court has stated that it "agrees with the principle that it is appropriate to defer discovery until preliminary questions that may dispose of the case are determined." Kleinerman v. U.S. Postal Service, 100 F.R.D. 66, 68 (D.C.Mass. 1983), citing, Scroggins v. Air Cargo, Inc., 534 F.2d 1124 (5th Cir.1976); Sperberg v. Firestone Tire & Rubber Co., 61 F.R.D. 70 (N.D.Ohio 1973).

3. "Indeed, such a procedure is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources." Coastal States Gas Corp. v. Dept. of Energy, 84 F.R.D. 278, 282 (D.Del. 1979).

4. The Defendants' Motion to Dismiss the Plaintiff's Complaint for Lack of Personal Jurisdiction, if granted, will be dispositive of all claims against the Defendants. Because the Defendants' Motion to Dismiss is based on a lack of personal jurisdiction, the Plaintiff will not be able to cure this fundamental defect through an amendment to its Complaint.

5. The Plaintiff will not be prejudiced by a protective order staying discovery pending this Court's decision on the Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction.

WHEREFORE, the Defendants AirWater Corporation and AirWater Patents Corporation, respectfully request that this Honorable Court issue a protective order staying discovery in this matter until such time as this Court has rendered a decision on the Defendants' Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction.

DEFENDANTS AIRWATER
CORPORATION AND AIRWATER
PATENTS CORPORATION

By their attorneys,

_____
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: June 20, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand-delivery~~ - US Mail on June 20, 2005.

_____

3