UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS. | CIVIL ACTION NO. 05-40049-FDS |

J.J. REIDY & CO., INC., )
                                  )
             Plaintiff, )
                                  )
v.                                   )
                                  )
AIRWATER CORPORATION and )
AIRWATER PATENTS CORPORATION, )
                                  )
            Defendants. )

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for plaintiff J.J. Reidy & Company, Inc. in the above-referenced matter.

_____
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:   June 27, 2005

**CERTIFICATE OF SERVICE**

I, James P. Hoban, hereby certify that I have on this 27th day of June 2005 served the foregoing by mailing copy thereof, postage prepaid, to:

      Richard Kirby, Esquire
      Matthew P. Zayotti, Esquire
      Keegan, Werlin & Pabian, LLP
      265 Franklin Street
      Boston, MA 02110-3113

_____
James P. Hoban

{J:\CLIENTS\lit\304269\0002\00557232.DOC;1}