UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS. | CIVIL ACTION NO. 05-40049-FDS |

J.J. REIDY & CO., INC., )
)
        Plaintiff, )
)
v. )
)
AIRWATER CORPORATION and )
AIRWATER PATENTS CORPORATION, )
)
        Defendants. )

**PLAINTIFF'S ASSENTED-TO MOTION TO ENLARGE
TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS, MOTION
TO TRANSFER VENUE, AND MOTION FOR PROTECTIVE ORDER**

NOW COMES the Plaintiff, J.J. Reidy & Company, Inc. ("Reidy"), and hereby moves, pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), for an extension of time to July 17, 2005 within which to oppose the Defendants' AirWater Corporation and AirWater Patents Corporations recently filed Motions to Dismiss, Transfer Venue, and for a Protective Order.

In support hereof, Reidy states:

1.    Defendants filed these Motions on June 20, 2005.

2.    According to Rule 7.1(B)(2), a party opposing a motion must file an opposition within fourteen (14) days after service. See L.R. 7.1(B)(2). Thus, Reidy's Opposition is due on or about July 5, 2005.

3.    Reidy previously assented to a request by Defendants for an extension of time by which to file responsive pleadings in this matter.

{J:\CLIENTS\lit\304269\0002\00556541.DOC;1}

4.  Defendants assent to this request for an extension of time to July 19, 2005 within which Reidy may file and serve its Opposition to Defendants' Motions.

WHEREFORE, Reidy moves for an extension of time to July 19, 2005 within which to respond to Defendants Motions to Dismiss, Transfer Venue, and for a Protective Order.

| J.J. REIDY & COMPANY, INC., | DEFENDANTS AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, |
|---|---|
| By its attorneys, | By its attorneys, |
| *Daniel P. Flynn* | *Matthew P. Zayotti* |
| Thomas J. Conte (BBO #566092) | Richard Kirby, BBO# 273600 |
| Daniel P. Flynn (BBO #655180) | Matthew P. Zayotti, BBO# 638265 |
| Bowditch & Dewey, LLP | Keegan, Werlin & Pabian, LLP |
| 311 Main Street, P.O. Box 15156 | 265 Franklin Street |
| Worcester, MA 01615-0156 | Boston, MA 02110-3113 |
| (508) 926-3415 | (617) 951-1400 |
| FAX: (508) 929-3006 | |