UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                                   CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,                )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )
                                       )
AIRWATER CORPORATION and               )
AIRWATER PATENTS CORPORATION,          )
                                       )
          Defendants.                  )

**LOCAL RULE 16.1(D) JOINT STATEMENT**

I.   INTRODUCTION

This is an action brought by J.J. Reidy & Co., Inc. ("Reidy"), a Massachusetts corporation against AirWater Corporation ("AirWater Corp.") and AirWater Patents Corporation ("AirWater Patents") (collectively, "AirWater") for breach of an agreement between the parties for payment of royalties for the licensing of Reidy's United States Patents to AirWater.

AirWater brought a motion to dismiss Reidy's complaint in the above-captioned (Massachusetts) lawsuit based on lack of personal jurisdiction and forum non conveniens. This motion was denied without a hearing on September 28, 2005.

There is a related case pending in the United States District Court for the Southern District of Florida entitled AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., Docket No. 05-20650-CIV-Jordan/Klein (S.D. Florida). This action was filed by AirWater Patents on February 11, 2005 as a complaint for declaratory judgment against Reidy in the Circuit Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida. Reidy removed this lawsuit to United States District Court for the Southern District of Florida, Miami Division, on March 7, 2005.

Reidy has moved to transfer the Florida lawsuit, which is based upon the same operative facts as the above-captioned action, to Massachusetts pursuant to Title 28 United States Code Section 1404(a). This motion is currently pending before the Florida District Court.

II.  AGENDA FOR SCHEDULING CONFERENCE

Discussion of the parties' proposed pretrial schedule.

III. PROPOSED PRETRIAL SCHEDULE

Plaintiff's Proposed Schedule:

A.  Initial Disclosure as Required by Fed. R. Civ. P. 26(a)(1) – by no later than November 11, 2005.

B.  All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 – December 9, 2005.

C.  All written discovery requests (i.e., requests for production, interrogatories, request for admission) served by – January 4, 2006.

D.  All non-expert depositions completed – January 31, 2006.

E.  Disclosure of expert witnesses – January 31, 2006.

F.  All expert depositions completed – January 31, 2006.

G.  Filing of all motions for summary judgment – February 28, 2006.

H.  Final pretrial conference and parties ready for trial – March 28, 2006.

I.  Trial – to be set at the final pretrial conference.

Defendants' Proposed Schedule:

A.  November 23, 2005: The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before this date.

B.  February 27, 2006: All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 shall be filed on or before this date.

C. April 27, 2006: All written discovery requests (i.e., requests for production, interrogatories, request for admission) shall be served on or before this date.

D. May 27, 2006: All non-expert depositions completed on or before this date.

E. June 27, 2006: The Plaintiff shall provide expert witness disclosures, if any, in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date.

F. July 27, 2006: The Defendants shall provide expert witness disclosures, if any, in accordance with Fed. R. Civ. P. 26(a)(2) on or before this date.

G. September 11, 2006: Expert depositions, if any, shall commence.

H. October 11, 2006: Close of discovery.

I. November 11, 2006: Dispositive motions to be filed with oppositions to be filed by December 11, 2006.

J. January 11, 2007: Final pretrial conference and trial date to be set by the Court.

IV. <u>LOCAL RULE 16.1(D)(3) CERTIFICATIONS.</u>

The required Local Rule 16.1(D)(3) certifications from counsel and the parties that they have conferred with respect to budgetary concerns and possible resolution of this matter through alternative dispute resolution will be filed:

A. By Plaintiff: no later than the date of the initial Scheduling Conference;

B. By Defendants: by November 10, 2005.

V.  TRIAL BY MAGISTRATE JUDGE.

The parties do not consent to trial by magistrate judge at this time.

| | |
|---|---|
| J.J. REIDY & COMPANY, INC., | AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, |
| By Its Attorneys, | By its attorneys, |
| /s/ Daniel P. Flynn | /s/ Matthew P. Zayotti |
| Thomas J. Conte (BBO #566092) | Richard Kirby, BBO# 273600 |
| Daniel P. Flynn (BBO #655180) | Matthew P. Zayotti, BBO# 638265 |
| Bowditch & Dewey, LLP | Keegan, Werlin & Pabian, LLP |
| 311 Main Street, P.O. Box 15156 | 265 Franklin Street |
| Worcester, MA 01615-0156 | Boston, MA 02110-3113 |
| (508) 926-3415 | (617) 951-1400 |
| FAX: (508) 929-3006 | |

Dated: October 26, 2005