UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                                          CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,                  )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )
                                         )
AIRWATER CORPORATION and                 )
AIRWATER PATENTS CORPORATION,            )
                                         )
            Defendants.                  )

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), Plaintiff J.J. Reidy & Co., Inc. hereby respectfully certifies that:

1)  The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2)  The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                         BOWDITCH & DEWEY, LLP
                                         By Its Attorneys,

_____          _____
James J. Reidy, President                Thomas J. Conte (BBO #566092)
J.J. Reidy & Co., Inc.                   Daniel P. Flynn (BBO #655180)
                                         Bowditch & Dewey, LLP
                                         311 Main Street, P.O. Box 15156
                                         Worcester, MA 01615-0156
                                         (508) 926-3415
Dated: October 26, 2005                  FAX: (508) 929-3006