UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AIRWATER CORPORATION and | ) |
| AIRWATER PATENTS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### MOTION OF J.J. REIDY & CO., INC. TO COMPEL DEFENDANTS' INITIAL DISCLOSURES, STRIKE DEFENDANT AIRWATER PATENTS CORPORATIONS OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND COMPEL AIRWATER PATENTS CORPORATION TO SUPPLEMENT ITS RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS AND PRODUCE RESPONSIVE DOCUMENTS

Pursuant to Rule 37 (a) of the Federal Rules of Civil Procedure, the Plaintiff J.J. Reidy & Co., Inc. ("J. J. Reidy") moves that this Court issue an Order (a) compelling Defendants AirWater Corporation ("AirWater Corp.") and AirWater Patents Corporation ("AirWater Patents") to file Initial Disclosures; (b) striking AirWater Patents objections to J.J. Reidy's First Set of Interrogatories and Request for Production of Document Requests; and (c) compelling AirWater Patents to supplement its responses to J.J. Reidy's First Set of Interrogatories and Request for Production of Documents and produce documents responsive thereto.  In support of this Motion, J.J. Reidy states as follows:

1.       Initial Disclosures were to be filed on November 18, 2005 pursuant to the Court's Scheduling Order.  The Defendants have not yet served their Initial Disclosures.

2. Concerning discovery requests, J.J. Reidy served a First Set of Interrogatories and a Request for Production of Documents on AirWater Patents on May 17, 2005.

3. AirWater Patents responded to the First Set of Interrogatories and Request for Production of Documents with the blanket objection that there is purportedly no colorable basis for personal jurisdiction and therefore the Interrogatories and Request for Production of Documents were unduly burdensome.

4. However, on September 27, 2005 this Court (F. Dennis Saylor IV, J.), denied the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, to Transfer for Forum Non Conveniens and vacated the stay of discovery.

5. Thereafter, despite J.J. Reidy's request that the Defendants supplement their responses to the discovery requests and provide Initial Disclosures, they have failed to do so.

WHEREFORE, the Plaintiff J.J. Reidy & Company, Inc. requests that this Court issue an order:

(a) Compelling the Defendants to file Initial Disclosures as required under Rule 26 of the Federal Rule of Civil Procedure within seven (7) days of issuance of the order;

(b) Striking the Defendant AirWater Patents objections to J.J. Reidy's First Set of Interrogatories and Request for Production of Documents;

(c) Compelling the Defendant AirWater Patents to supplement its responses to J.J. Reidy's First Set of Interrogatories within seven (7) days of issuance of the order; and

(d) Compelling the Defendant AirWater Patents to supplement its responses to J.J. Reidy's Request for Production of Documents and produce documents responsive thereto within seven (7) days of issuance of the order.

        J.J. REIDY & COMPANY, INC.
        By its attorney,

        /s/ Thomas J. Conte
        Thomas J. Conte (BBO #566092)
        Bowditch & Dewey, LLP
        311 Main Street
        P.O. Box 15156
        Worcester, MA 01615-0156
        (508) 791-3511
        tconte@bowditch.com

Dated: January 24, 2006

### CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

In accordance with the provisions of Local Rules 7.1 and 37.1 Maura A. Greene, Esquire of this firm conferred with opposing counsel, Matthew Zayotti, Esquire on December 15, 2005, before the filing of this Motion, in a good faith attempt to resolve this dispute. During the Rule 37.1 Conference, the parties agreed that the Defendants would have an extension of time until December 31, 2005 to serve discovery responses and initial disclosures. The discovery responses and initial disclosures are still outstanding.

        /s/ Thomas J. Conte
        Thomas J. Conte

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 24, 2006.

        /s/ Thomas J. Conte
        Thomas J. Conte

{Client Files\LIT\304269\0002\F0335208.DOC;2}