UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                                                CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,           )
                                  )
            Plaintiff,            )
v.                                )
                                  )        NOTICE OF APPEARANCE
AIRWATER CORPORATION and          )
AIRWATER PATENTS CORPORATION,     )
                                  )
            Defendants.           )

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for J.J. Reidy & Co., Inc.

> J.J. REIDY & COMPANY, INC.
> By its attorneys,
>
> /s/ Maura A. Greene
> _____
> Thomas J. Conte (BBO #566092)
> Maura A. Greene (BBO #547204)
> Bowditch & Dewey, LLP
> 311 Main Street, P.O. Box 15156
> Worcester, MA 01615-0156
> (508) 791-3511

Dated: January 27, 2006

CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2006.

> /s/ Maura A. Greene
> _____
> Maura A. Greene, Esquire

{Client Files\LIT\304269\0002\00639709.DOC;1}