UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,

Plaintiff,

v.

AIRWATER CORPORATION AND
AIRWATER PATENTS CORPORATION,

Defendants.

## DEFENDANTS AIRWATER CORPORATION'S AND AIRWATER PATENTS CORPORATION'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITIONS

The Defendants AirWater Corporation and AirWater Patents Corporation hereby move for a protective order regarding the Plaintiff's Notices of 30(b)(6) Depositions of AirWater Corporation and AirWater Patents Corporation. In support of this motion and for reasons more fully set forth in the attached memorandum of law filed herewith, the Defendants state as follows:

1. Depositions of corporate agents and officers of corporate defendants are required to be taken at such corporations' principal places of business;

2. Defendants' counsel are unavailable on March 17, 2006 when Plaintiff noticed the depositions; and

3. For the reasons more fully set forth in Defendant AirWater Corporation's pending Motion for Partial Summary Judgment, Plaintiff's claim against AirWater Corporation for breach of contract is barred because Plaintiff agreed and consented to AirWater Corporation's assignment to AirWater

Patents of all rights and liabilities under the parties' Global Manufacturing and Marketing Licensing Agreement.

WHEREFORE, the Defendants AirWater Corporation and AirWater Patents Corporation respectfully request that this Honorable Court enter a protective order:

1. that Defendant AirWater Patents is not required to designate and produce a witness for a deposition at Bowditch & Dewey, LLP in Worcester, Massachusetts Boston;

2. that the deposition of Defendant AirWater Patents must be taken at Defendant's principal place of business in Miami Beach, Florida;

3. that the deposition of Defendant AirWater Patents Corporation not be taken on March 17, 2006;

4. that no deposition or other discovery be taken as to Defendant AirWater Corporation; and

5. granting such other and further relief as this Honorable Court may deem just and proper.

DEFENDANTS AIRWATER
CORPORATION AND AIRWATER
PATENTS CORPORATION
Respectfully submitted,

Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: March 3, 2006

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Matthew P. Zayotti, hereby certify that on February 23 and March 2, 2006, I conferred with Maura A. Greene, Esq. of Bowditch & Dewey, LLP, counsel for the Plaintiff J.J. Reidy & Co., Inc. in a good faith attempt to resolve or narrow the issues related to this motion.

*/s/ Matthew P. Zayotti*

---

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2006.

*/s/ Matthew P. Zayotti*

---