UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,

    Plaintiff,

v.

AIRWATER CORPORATION AND
AIRWATER PATENTS
CORPORATION,

    Defendants.

### AFFIDAVIT OF MATTHEW P. ZAYOTTI, ESQ. IN SUPPORT OF DEFENDANTS AIRWATER CORPORATION'S AND AIRWATER PATENTS CORPORATION'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITIONS

I, Matthew P. Zayotti, Esquire, do hereby state and depose as follows:

1. I am an associate with the law firm Keegan Werlin, LLP and I am an attorney in good standing of the bar of the Commonwealth of Massachusetts.

2. Attorney Richard Kirby and I represent the Defendants AirWater Corporation and AirWater Patents Corporation in connection with the above-captioned action.

3. Attached to this affidavit as Exhibit A is a true and accurate copy of a Notice of 30(b)(6) Deposition of AirWater Corporation.

4. Attached to this affidavit as Exhibit B is a true and accurate copy of a Notice of 30(b)(6) Deposition of AirWater Patents Corporation.

5. I will be out of the country traveling from March 8th through March 17, 2006.

6. Richard Kirby is scheduled to be traveling out of state from March 15th through March 19, 2006.

7. On February 23rd and March 2, 2006, I spoke with Maura A. Greene, Esq. of Bowditch & Dewey, LLP regarding, among other things, the conflict in my and Richard Kirby's schedules, and whether Plaintiff was willing to voluntarily dismiss this action as to Defendant AirWater Corporation in light of AirWater Corporation's assignment to AirWater Patents on June 25, 2003 of all rights and liabilities under the parties' Global Manufacturing and Marketing Licensing Agreement, as to which Plaintiff consented and agreed in writing. On both occasions, Attorney Greene responded that the Plaintiff would not be willing to dismiss the action against AirWater Corporation until after AirWater Corporation had given its deposition.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___2nd___ DAY OF MARCH, 2006.

_____
Matthew P. Zayotti

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on ___March 6, 2006___.
_____

# *EXHIBIT A*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                                            CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,                  )
                                         )
                Plaintiff,               )
                                         )
v.                                       )   NOTICE OF 30(b)(6) DEPOSITION OF
                                         )   AIRWATER CORPORATION
AIRWATER CORPORATION and                 )
AIRWATER PATENTS CORPORATION,            )
                                         )
                Defendants.              )

To:   Richard B. Kirby, Esq.
      Matthew P. Zayotti, Esq.
      Keegan, Werlin & Pabian, LLP
      265 Franklin Street
      Boston, MA 02110-3113

PLEASE TAKE NOTICE, that the deposition by oral examination of **AirWater Corporation.**, will be taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure before a qualified court reporter at the offices of Bowditch & Dewey, LLP, 311 Main Street, Worcester, MA, on the 17th day of March, 2006 at 10:00 a.m. and thereafter by adjournment until the same shall be completed. **AirWater Corporation** shall designate one or more officers, agents or other persons who can testify on its behalf with respect to the specific matters set forth in the attached **Schedule A**.

**THE DEPONENT IS REQUIRED TO BRING PHOTO IDENTIFICATION.**

J.J. REIDY & COMPANY, INC.
By its attorneys,

_____
Thomas J. Conte (BBO #566092)
Maura A. Greene (BBO #547204)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: February 9, 2006

{Client Files\LIT\304269\0002\00639676.DOC;1}

Schedule A

1. Any and all facts concerning a Global Manufacturing and Marketing Licensing Agreement entered into between J. J. Reidy & Company, Inc. ("J.J. Reidy") and AirWater Corporation.

2. Any and all facts concerning the assignment of a Global Manufacturing and Marketing Licensing Agreement to AirWater Patents Corporation.

3. Any and all facts concerning the payment of royalties pursuant to the terms of the Global Manufacturing and Marketing Licensing Agreement.

4. Any and all facts regarding the efforts, if any, of Airwater Corporation and/or AirWater Patents to establish and maintain the awareness and exposure of products manufactured by AirWater Corporation and/or AirWater Patents based on the patents licensed by J.J. Reidy.

5. The relationship, if any between Universal Communications Systems, Inc., Air Water Corporation and AirWater Patents.

6. The complete factual basis for the claim of AirWater Patents in the case filed against J.J. Reidy that "both parties reasonably anticipated and expressly acknowledged that there would be a substantial delay in the flow of AirWater's royalty payments to Reidy."

7. Any and all facts concerning AirWater Patent's performance of its obligations under the Global Manufacturing and Marketing Licensing Agreement.

8. The factual basis for any claim for damages by AirWater Corporation and/or AirWater Patents.

9. Any and all facts concerning third-party agreements entered into by AirWater Patents based on the patents licensed by J.J. Reidy.

## CERTIFICATE OF SERVICE

I, Maura A. Greene, hereby certify that I have served a copy of the foregoing on the following by mailing same postage prepaid this 9th day of February, 2006 to:

> Richard B. Kirby, Esq.
> Matthew P. Zayotti, Esq.
> Keegan, Werlin & Pabian, LLP
> 265 Franklin Street
> Boston, MA 02110-3113

Maura A. Greene, Esq.

# *EXHIBIT B*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                              CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,                )
                                       )
           Plaintiff,                  )
                                       )
v.                                     )  NOTICE OF 30(b)(6) DEPOSITION OF
                                       )  AIRWATER PATENTS CORPORATION
AIRWATER CORPORATION and               )
AIRWATER PATENTS CORPORATION,          )
                                       )
           Defendants.                 )

To:   Richard B. Kirby, Esq.
      Matthew P. Zayotti, Esq.
      Keegan, Werlin & Pabian, LLP
      265 Franklin Street
      Boston, MA 02110-3113

   PLEASE TAKE NOTICE, that the deposition by oral examination of **AirWater Patents Corporation,** will be taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure before a qualified court reporter at the offices of Bowditch & Dewey, LLP, 311 Main Street, Worcester, MA, on the 17th day of March, 2006 at 2:00 p.m. and thereafter by adjournment until the same shall be completed. **AirWater Patents Corporation** shall designate one or more officers, agents or other persons who can testify on its behalf with respect to the specific matters set forth in the attached **Schedule A**.

   **THE DEPONENT IS REQUIRED TO BRING PHOTO IDENTIFICATION.**

                                       J.J. REIDY & COMPANY, INC.
                                       By its attorneys,

                                       _____
                                       Thomas J. Conte (BBO #566092)
                                       Maura A. Greene (BBO #547204)
                                       Bowditch & Dewey, LLP
                                       311 Main Street, P.O. Box 15156
                                       Worcester, MA 01615-0156
                                       Tel. No. (508) 791-3511

Dated: February 9, 2006

{Client Files\LIT\304269\0002\00639683.DOC;1}

## Schedule A

1.  Any and all facts concerning a Global Manufacturing and Marketing Licensing Agreement entered into between J. J. Reidy & Company, Inc. ("J.J. Reidy") and AirWater Corporation.

2.  Any and all facts concerning the assignment of a Global Manufacturing and Marketing Licensing Agreement to AirWater Patents Corporation.

3.  Any and all facts concerning the payment of royalties pursuant to the terms of the Global Manufacturing and Marketing Licensing Agreement.

4.  Any and all facts regarding the efforts, if any, of Airwater Corporation and/or AirWater Patents to establish and maintain the awareness and exposure of products manufactured by AirWater Corporation and/or AirWater Patents based on the patents licensed by J.J. Reidy.

5.  The relationship, if any between Universal Communications Systems, Inc., Air Water Corporation and AirWater Patents.

6.  The complete factual basis for the claim of AirWater Patents in the case filed against J.J. Reidy that "both parties reasonably anticipated and expressly acknowledged that there would be a substantial delay in the flow of AirWater's royalty payments to Reidy."

7.  Any and all facts concerning AirWater Patent's performance of its obligations under the Global Manufacturing and Marketing Licensing Agreement.

8.  The factual basis for any claim for damages by AirWater Corporation and/or AirWater Patents.

9.  Any and all facts concerning third-party agreements entered into by AirWater Patents based on the patents licensed by J.J. Reidy.

CERTIFICATE OF SERVICE

I, Maura A. Greene, hereby certify that I have served a copy of the foregoing on the following by mailing same postage prepaid this 9th day of February, 2006 to:

Richard B. Kirby, Esq.
Matthew P. Zayotti, Esq.
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, MA 02110-3113

Maura A. Greene, Esq.