UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,

    Plaintiff,

v.

AIRWATER CORPORATION AND
AIRWATER PATENTS CORPORATION,

    Defendants.

### DEFENDANT AIRWATER CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The Defendant, AirWater Corporation, hereby moves for partial summary judgment as to Plaintiff J.J. Reidy & Co., Inc.'s First Amended Complaint for breach of contract. In support of this motion, and for reasons more fully set forth in the attached memorandum of law filed herewith, the Defendant AirWater Corporation states that there are no disputed issues of material fact and Defendant is entitled as a matter of law to judgment dismissing Plaintiff's breach of contract claim because Plaintiff consented to AirWater Corporation's assignment to AirWater Patents Inc. of all rights and liabilities under the contract.

WHEREFORE, the Defendant AirWater Corporation respectfully requests that this Honorable Court enter summary judgment in its favor dismissing Plaintiff's First Amended Complaint as to Defendant AirWater Corporation.

DEFENDANT AIRWATER
CORPORATION

By its attorneys,

_/s/ Matthew P. Zayotti_
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: March 3, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Matthew P. Zayotti, hereby certify that on February 23 and March 2, 2006, I conferred with Maura A. Greene, Esq. of Bowditch & Dewey, LLP, counsel for the Plaintiff J.J. Reidy & Co., Inc. in a good faith attempt to resolve or narrow the issues related to this motion.

_/s/ Matthew P. Zayotti_

---

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _March 3, 2006_.
_/s/ Matthew P. Zayotti_