UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

| |
|---|
| J.J. REIDY & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, <br><br> Defendants. |

AFFIDAVIT OF MATTHEW P. ZAYOTTI, ESQ.
IN SUPPORT OF DEFENDANT AIRWATER CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Matthew P. Zayotti, Esquire, do hereby state and depose as follows:

1. I am an associate with the law firm Keegan Werlin, LLP and I am an attorney in good standing of the bar of the Commonwealth of Massachusetts.

2. Attorney Richard Kirby and I represent the Defendants AirWater Corporation and AirWater Patents Corporation in connection with the above-captioned action.

3. Attached to this affidavit as Exhibit A is a true and accurate copy of a letter from AirWater Corporation to J.J. Reidy & Co., Inc. dated June 25, 2003.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
___3rd___ DAY OF MARCH, 2006.

_____
Matthew P. Zayotti

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on __March 3, 2006__.
_____.

# *EXHIBIT A*

**AirWater Corporation**
Suite 6K, 407 Lincoln Road
Miami Beach FL 33139
Tel 305 672 6344
Fax 305 672 1965

J&J Reidy & Co Inc
1260 Main Street,
Holden 01520
Mass

June 25, 2003

Dear Jim,

Please be advised that in accordance with our discussion and agreement, we have transferred all the rights and liabilities of the Global Manufacturing and Marketing Licensing Agreement entered into between us on March 21st 2003, to **AirWater Patents Inc**, a Florida Corporation.

This company recently formed, is also to be a wholly owned subsidiary of Universal Communication Systems Inc.

Please signify your agreement to this transfer by signing below on the space designated.

Thank you for your co-operation.

Yours sincerely,

Michael Zwebner - President
AirWater Corporation.

I have read this letter, and pursuant to the terms of the agreement relevant, I/we hereby give my/our consent to this request for approval for the transfer of the Agreement to **AirWater Patents Inc.**, as stated above.

_____  Date June 25, 2003
James Reidy -- President
J&J Reidy & Co Inc.

