UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                                              CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,           )
                Plaintiff,        )
                                  )
v.                                )
                                  )
AIRWATER CORPORATION and          )
AIRWATER PATENTS CORPORATION,     )
                Defendants.       )

**STIPULATION TO EXTEND TIME FOR FILING OF OPPOSITION TO
DEFENDANT AIRWATER CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

The parties have agreed that the plaintiff J.J. Reidy Co. Inc. may have a two week extension of time, up to and including March 31, 2006, in which to file an opposition to Defendant AirWater Corporation's Motion for Summary Judgment.

                                                J.J. REIDY & COMPANY, INC.
                                                By its attorneys,

                                                /s/ Maura A. Greene
                                                Thomas J. Conte (BBO #566092)
                                                Maura A. Greene (BBO #547204)
                                                Bowditch & Dewey, LLP
                                                311 Main Street
                                                P.O. Box 15156
                                                Worcester, MA 01615-0156
                                                (508) 791-3511

                                        AIRWATER CORPORATION and
                                        AIRWATER PATENTS CORPORATION

                                        /s/ Richard B. Kirby_____
                                        Richard B. Kirby (BBO# 273600)
                                        Matthew P. Zayotti (BBO# 638265)
                                        Keegan, Werlin & Pabian, LLP
                                        265 Franklin Street
                                        Boston, MA 02110-3113
                                        (617) 951-1400

March 17, 2006

## CERTIFICATE OF SERVICE

      I, Maura A. Greene, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 17, 2006.

                                        /s/ Maura A. Greene_____
                                        Maura A. Greene