UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS. | CIVIL ACTION NO. 05-40049-FDS |

J.J. REIDY & CO., INC.,             )
              Plaintiff,    )
                           )
v.                                              )
                           )
AIRWATER CORPORATION and      )
AIRWATER PATENTS CORPORATION, )
              Defendants.   )

**STIPULATION TO EXTEND TIME FOR FILING OF OPPOSITION TO
DEFENDANT AIRWATER CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

The parties have agreed that the plaintiff J.J. Reidy Co. Inc. may have a two week extension of time, up to and including April 14, 2006, in which to file an opposition to Defendant AirWater Corporation's Motion for Summary Judgment.

| | |
|---|---|
| J.J. REIDY & COMPANY, INC. | AIRWATER CORPORATION and AIRWATER PATENTS CORPORATION |
| By its attorneys, | By its attorneys, |
| /s/ Maura A. Greene | |
| Thomas J. Conte (BBO #566092) | /s/ Richard B. Kirby |
| Maura A. Greene (BBO #547204) | Richard B. Kirby (BBO# 273600) |
| Bowditch & Dewey, LLP | Matthew P. Zayotti (BBO# 638265) |
| 311 Main Street | Keegan, Werlin & Pabian, LLP |
| P.O. Box 15156 | 265 Franklin Street |
| Worcester, MA 01615-0156 | Boston, MA 02110-3113 |
| (508) 791-3511 | (617) 951-1400 |

March 30, 2006

CERTIFICATE OF SERVICE

    I, Maura A. Greene, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2006.

    /s/ Maura A.Greene
    Maura A. Greene