UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,

Plaintiff,

v.

AIRWATER CORPORATION AND
AIRWATER PATENTS
CORPORATION,

Defendants.

### DEFENDANTS AIRWATER CORPORATION'S AND AIRWATER PATENTS, INC.'S OPPOSITION TO MOTION OF PLAINTIFF J.J. REIDY & CO., INC. TO AMEND COMPLAINT

The Defendants AirWater Corporation and AirWater Patents, Inc. hereby oppose the Motion of Plaintiff J.J. Reidy & Co., Inc. to Amend Complaint. In support of this opposition, the Defendants state as follows:

1. The Plaintiff's Motion to Amend Complaint must be denied because the Plaintiff has failed to show that it has "substantial and convincing" evidence to support its newly proposed misrepresentation claim against AirWater Corporation and the proposed amendment would be futile; and

2. The Plaintiff's Motion to Amend Complaint must be denied because the Plaintiff has failed to plead the alleged fraud with particularity.

WHEREFORE, the Defendants AirWater Corporation and AirWater Patents, Inc. respectfully request that this Honorable Court deny the Motion of J.J. Reidy & Co., Inc. to Amend Complaint.

DEFENDANTS AIRWATER
CORPORATION AND AIRWATER
PATENTS, INC.

By their attorneys,

*/s/ Matthew P. Zayotti*

Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: May 5, 2006

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 5, 2006.

*/s/ Matthew P. Zayotti*

---

2