UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                          CIVIL ACTION NO. 05-40049-FDS

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AIRWATER CORPORATION and | ) |
| AIRWATER PATENTS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO REFER CASE TO MEDIATION

The parties to the above-captioned lawsuit hereby jointly move for this Court to refer this

matter to mediation.  The parties are conferring to determine whether to retain a private mediator

or whether to participate in the court-sponsored mediation program.


J.J. REIDY & COMPANY, INC.                    AIRWATER CORPORATION and
                                              AIRWATER PATENTS CORPORATION

By its attorneys,
                                              By its attorneys,


/s/ Thomas J. Conte                           /s/ Matthew P. Zayotti
Thomas J. Conte (BBO #566092)                 Richard B. Kirby (BBO# 273600)
Maura A. Greene (BBO #547204)                 Matthew P. Zayotti (BBO# 638265)
Bowditch & Dewey, LLP                         Keegan, Werlin & Pabian, LLP
311 Main Street                               265 Franklin Street
P.O. Box 15156                                Boston, MA 02110-3113
Worcester, MA 01615-0156                      (617) 951-1400
(508) 791-3511
tconte@bowditch.com


Dated:  May 5, 2006

CERTIFICATE OF SERVICE

I, Thomas J. Conte, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2006.

/s/ Thomas J. Conte
Thomas J. Conte

2