UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Airwater Patents, Inc.**
_____
_____
                    **Plaintiff**

                    V.

**J.J. Reidy & Co., Inc.**
_____
_____
                    **Defendant**

CIVIL ACTION

NO. 06-10137-RGS

DOCKETED

## ORDER

Stearns
_____ D.J.

Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Worcester session of this court for all further proceedings.

By The Court,

/s/ Elaine Flaherty
_____
Deputy Clerk

Date: 7/7/06

I hereby certify on 7/7/06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: /s/ Flaherty
Deputy Clerk

Copies to:     Counsel, Operations Manager

(Transfer O - Worcester.wpd - 7/99)