UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC.,<br><br>       Plaintiff,<br><br>v.<br><br>AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,<br><br>       Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC.<br><br>       Plaintiff,<br><br>v.<br><br>J.J. REIDY & CO., INC.<br><br>       Defendant. | CIVIL ACTION NO. 06-10137-FDS |

MOTION OF AIRWATER CORPORATION AND
AIRWATER PATENTS, INC. TO COMPEL FURTHER
RESPONSES TO INTERROGATORIOES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS

AirWater Corporation and AirWater Patents, Inc. collectively, ("AirWater") hereby move to compel J.J. Reidy & Co., Inc. to provide further responses to interrogatories and requests for production of documents. In support of this motion, and for reasons more fully set forth in the attached Memorandum of Law and Affidavit of Matthew P. Zayotti filed herewith, AirWater states as follows:

1. J.J. Reidy must be compelled to provide further responses to AirWater's document requests because J.J. Reidy's responses are incomplete, evasive and raise invalid objections;

2. J.J. Reidy must be compelled to provide further responses to AirWater's interrogatories because J.J. Reidy's responses are incomplete, evasive and raise invalid objections; and

3. AirWater's Motion to Compel must be granted because J.J. Reidy waived any and all objections pursuant to Local Rules 33.1 and 34.1 by failing to timely respond to AirWater's interrogatories and document requests.

WHEREFORE, AirWater respectfully requests that this Honorable Court enter an order:

1. Compelling J.J. Reidy to provide, without objection, further and complete responses to AirWater's document requests;

2. Compelling J.J. Reidy to provide, without objection, further and complete responses to AirWater's interrogatories;

3. Awarding AirWater its reasonable attorney's fees and costs associated with the preparation of this motion; and

4. Awarding such other and further relief as this Court may deem just and proper.

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.

By their attorneys,

_/s/ Matthew P. Zayotti_
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: September 28, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2) AND LOCAL RULE 37.1(B)

I, Matthew P. Zayotti, hereby certify that on June 17, 2006, I conferred with Maura A. Greene, Esq. of Bowditch & Dewey, LLP, counsel for the Plaintiff J.J. Reidy & Co., Inc. in a good faith attempt to resolve or narrow the issues related to this motion.

_/s/ Matthew P. Zayotti_

---

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2006.

_/s/ Matthew P. Zayotti_

---

3