UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J.J. REIDY & CO., INC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,**<br><br>    **Defendants.** | CIVIL ACTION NO. 05-40049-FDS |
| **AIRWATER PATENTS, INC.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**J.J. REIDY & CO., INC.**<br><br>    **Defendant.** | CIVIL ACTION NO. 06-10137-FDS |

### MOTION OF AIRWATER CORPORATION AND AIRWATER PATENTS, INC. TO EXCEED PAGE LIMIT

AirWater Corporation and AirWater Patents, Inc. collectively, ("AirWater") hereby move for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) in connection with AirWater's Memorandum of Law in Support of their Motion to Compel Further Responses to Interrogatories and Requests for Documents. In support of this motion, AirWater states that J.J. Reidy & Co., Inc. raised invalid objections and provided incomplete and evasive responses subject thereto to numerous interrogatories and document request that are the subject of AirWater's motion to compel. As a result of the foregoing, AirWater requires leave to exceed the page limit in order to comply with

Local Rule 37.1(B)(1)-(5), which governs the required content of memoranda of law in support of motions to compel.

WHEREFORE, AirWater respectfully requests that this Honorable Court grant AirWater leave to exceed the page limit set forth Local Rule 7.1(B)(4) in connection with AirWater's Memorandum of Law in Support of their Motion to Compel Further Responses to Interrogatories and Requests for Documents.

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.

By their attorneys,

_____
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: September 28, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Matthew P. Zayotti, hereby certify that on June 17, 2006, I conferred with Maura A. Greene, Esq. of Bowditch & Dewey, LLP, counsel for the Plaintiff J.J. Reidy & Co., Inc. in a good faith attempt to resolve or narrow the issues related to this motion.

_____

---

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2006.

_____

---

2