UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with <u>Airwater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation</u>; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AIRWATER CORPORATION and | ) |
| AIRWATER PATENTS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT OF MAURA A. GREENE, ESQ. IN OPPOSITION TO MOTIONS OF AIRWATER CORPORATION AND AIRWATER PATENTS, INC. TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND REQUESTS FOR <u>PRODUCTION OF DOCUMENTS AND TO AMEND SCHEDULING ORDER</u>

I, Maura A. Greene, Esq. hereby depose and state as follows:

1.  I am a Partner at Bowditch & Dewey, LLP, and I am an attorney in good standing in Massachusetts.

2.  Together with Thomas J. Conte, Esq., I represent J.J. Reidy & Co., Inc. in the above-captioned matters.

3.  Counsel for both parties agreed to postpone the depositions of Mr. Reidy and the 30(b) (6) depositions of AirWater Corporation and AirWater Patents Corporation

(presumably Mr. Michael J. Zwebner) and any motions to compel as both parties agreed to attend a mediation session.

4.   The parties mediated the case with David O. Burbank on July 25, 2006, but the case did not settle.

5.   I never agreed to a blanket extension of the discovery deadline, and I object to counsel's statement that I reneged on an agreement. We discussed postponing the depositions already noticed by the parties, and any motions to compel in order to attend the mediation session. I stand by that agreement.

6.   AirWater Corporation and AirWater Patent's ("AirWater") counsel listed eleven potential deponents in the Motion to Amend the Scheduling Order. This is the first time I have seen this list. At no time did we discuss taking these additional depositions. Although counsel mentioned taking other depositions shortly before filing the motion to extend, the extent of the requested discovery certainly comes as an unwelcome surprise.

7.   J.J. Reidy will be prejudiced by an extension of the discovery deadline beyond the taking of the depositions that were already noticed. The taking of these depositions will be extremely time consuming and costly and will delay the resolution of this case.

J.J. REIDY & COMPANY, INC.
By its attorneys,

/s/ Maura A. Greene
Thomas J. Conte (BBO #566092)
Maura A. Greene (BBO #547204)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
mgreene@bowditch.com

Dated: October 12, 2006

CERTIFICATE OF SERVICE

I, Maura A. Greene, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 12, 2006.

/s/ Maura A. Greene
Maura A. Greene