UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with <u>Airwater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation</u>; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| AIRWATER CORPORATION and AIRWATER PATENTS CORPORATION, | ) |
| Defendants. | ) |

## PLAINTIFF J.J. REIDY CO., INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Plaintiff J.J. Reidy & Co., Inc. ("J.J. Reidy") moves that this Court issue an order granting partial summary judgment in its favor against Defendant AirWater Patents Corporation ("AirWater Patents") on its claims that AirWater Patents breached the parties' agreement by failing to pay royalties to J.J. Reidy for the licensing of J.J. Reidy's United States Patents and that J.J. Reidy properly terminated the licensing agreement. As there is no genuine issue of material fact with respect to these matters, J.J. Reidy is entitled to summary judgment as a matter of law.

In further support of its motion, J.J. Reidy relies upon its memorandum of law and the Third Affidavit of James J. Reidy filed herewith.

{J:\CLIENTS\LIT\304269\0002\PLD\F0333609.DOC;3}

2

WHEREFORE, Plaintiff J.J. Reidy & Co., Inc. requests that this Court:

(a) Find that the rights granted to Defendants AirWater Corporation and AirWater Patents Corporation under the License have been terminated as of January 31, 2005;

(b) Find that the Defendant AirWater Patents Corporation breached the terms of the License by failing to make the required royalty payments to J.J. Reidy on November 1, 2004 and December 1, 2004 in the amount of $10,000 each; and

(c) Order such other and further relief as this Court deems just.

J.J. REIDY & COMPANY, INC.
By its attorneys,

/s/ Thomas J. Conte
Thomas J. Conte (BBO #566092)
Maura A. Greene (BBO #547204)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
tconte@bowditch.com

Dated: October 31, 2006

CERTIFICATE OF SERVICE

I, Thomas J. Conte, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2006.

/s/ Thomas J. Conte
Thomas J. Conte