## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J.J. REIDY & CO., INC.,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,**<br><br>   **Defendants.** | CIVIL ACTION NO. 05-40049-FDS |
| **AIRWATER PATENTS, INC.**<br><br>   **Plaintiff,**<br>v.<br><br>**J.J. REIDY & CO., INC.**<br><br>   **Defendant.** | Consolidated with<br>CIVIL ACTION NO. 06-10137-FDS |

## STIPULATION TO EXTEND TIME FOR FILING OF RESPONSE TO J.J. REIDY & CO, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The parties hereby stipulate and agree that AirWater Corporation and AirWater

Patents, Inc. (collectively, "AirWater") may have an extension of time, through and

including November 29, 2006, within which to file AirWater's response to J.J. Reidy &

Co., Inc.'s Motion for Partial Summary Judgment

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.
By their attorneys,

Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400
Dated: November 17, 2006

J.J. REIDY & CO., INC.
By its attorneys,

Thomas J. Conte (BBO #566092)
Maura A. Greene (BBO #547204)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511