UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC.<br><br>Plaintiff,<br>v.<br><br>J.J. REIDY & CO., INC.<br><br>Defendant. | CIVIL ACTION NO. 06-10137-FDS |

**STIPULATION TO EXTEND TIME FOR FILING OF RESPONSE TO J.J. REIDY & CO, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The parties hereby stipulate and agree that AirWater Corporation and AirWater Patents, Inc. (collectively, "AirWater") may have an extension of time, through and including December 13, 2006, within which to file AirWater's response to J.J. Reidy & Co., Inc.'s Motion for Partial Summary Judgment

| AIRWATER CORPORATION AND<br>AIRWATER PATENTS, INC.<br>By their attorneys, | J.J. REIDY & CO., INC.<br>By its attorneys, |
|---|---|
| /s/ Richard Kirby<br>Richard Kirby, BBO# 273600<br>Matthew P. Zayotti, BBO# 638265<br>Keegan Werlin LLP<br>265 Franklin Street<br>Boston, Massachusetts 02110-3113<br>(617) 951-1400<br>Dated: November 17, 2006 | /s/ Thomas J. Conte by MPZ<br>Thomas J. Conte (BBO #566092)<br>Maura A. Greene (BBO #547204)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 |