UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> J.J. REIDY & CO., INC. <br><br> Defendant. | CIVIL ACTION NO. 06-10137-FDS |

OPPOSITION OF AIRWATER CORPORATION
AND AIRWATER PATENTS, INC. TO PLAINTIFF J.J. REIDY & CO.,
INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

AirWater Corporation and AirWater Patents, Inc. collectively, ("AirWater") hereby oppose Plaintiff J.J. Reidy & Co., Inc.'s Motion for Partial Summary Judgment. In support of this opposition, and for reasons more fully set forth in that attached Memorandum of Law and Affidavit of Michael Zwebner filed herewith, Defendant AirWater states as follows:

1. J.J. Reidy's Motion for Partial Summary Judgment must be denied because there is a genuine issue of material fact regarding the interpretation of ambiguous contract language regarding payment of minimum monthly royalties;

2. J.J. Reidy's Motion for Partial Summary Judgment must be denied because J.J. Reidy's prior material breaches of contract excused AirWater's performance of any alleged obligation to pay minimum monthly royalties after twelve months;

3. J.J. Reidy's Motion for Partial Summary Judgment must be denied because the terms of the Agreement barred J.J. Reidy from terminating where J.J. Reidy was itself in breach and J.J. Reidy failed to comply with the applicable termination provisions of the Agreement; and

4. J.J. Reidy's Motion for Partial Summary Judgment must be denied because reformation of the terms of the Agreement regarding the payment of royalties and other consideration by AirWater is necessary to prevent unjust enrichment of J.J. Reidy.

WHEREFORE, AirWater Corporation and AirWater Patents, Inc. respectfully request that this Honorable Court enter an order denying Plaintiff J.J. Reidy & Co., Inc.'s Motion for Partial Summary Judgment.

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.

By their attorneys,

_/s/ Matthew P. Zayotti_
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: December 13, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 13, 2006.

_/s/ Matthew P. Zayotti_