UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> J.J. REIDY & CO., INC. <br><br> Defendant. | CIVIL ACTION NO. 06-10137-FDS |

**AIRWATER CORPORATION'S AND AIRWATER PATENTS, INC.'S
CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

AirWater Corporation and AirWater Patents, Inc. collectively, ("AirWater") hereby move for partial summary judgment. In support of this motion, and for reasons more fully set forth in that attached Memorandum of Law and Affidavit of Michael Zwebner filed herewith, AirWater states that there are no genuine issues of material fact and AirWater is entitled to judgment as a matter of law that J.J. Reidy & Co., Inc. materially breached the parties' Agreement by failing to provide AirWater with world-wide registrations for the Reidy Patents.

WHEREFORE, AirWater Corporation and AirWater Patents, Inc. respectfully request that this Honorable Court enter an order granting partial summary judgment in their favor that Plaintiff J.J. Reidy & Co., Inc. materially breached the parties' Agreement by failing to provide the world-wide registrations for the Reidy Patents.

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.

By their attorneys,

*/s/ Matthew P. Zayotti*
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: December 13, 2006

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 13, 2006.

*/s/ Matthew P. Zayotti*

---

2