UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> J.J. REIDY & CO., INC. <br><br> Defendant. | CIVIL ACTION NO. 06-10137-FDS |

### AIRWATER CORPORATION'S AND AIRWATER PATENTS, INC.'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

AirWater Corporation and AirWater Patents, Inc. collectively, ("AirWater") hereby move for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) in connection with AirWater's Memorandum of Law in Support of their Opposition to Plaintiff J.J. Reidy & Co., Inc.'s Motion for Partial Summary Judgment and in Support of Their Cross-Motion for Partial Summary Judgment. In support of this motion, AirWater states that the description of the extensive procedural and factual history of the case relevant to the parties' cross-motions for summary judgment consists of 11 pages, and

leave to file excess pages is reasonably necessary for AirWater to set forth its legal arguments, which will assist the Court in considering the issues.

WHEREFORE, AirWater respectfully requests that this Honorable Court grant AirWater leave to exceed the page limit set forth Local Rule 7.1(B)(4) in connection with AirWater's Memorandum of Law in Support of their Opposition to Plaintiff J.J. Reidy & Co., Inc.'s Motion for Partial Summary Judgment and in Support of Their Cross-Motion for Partial Summary Judgment.

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.

By their attorneys,

*/s/ Matthew P. Zayotti*
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: December 13, 2006

---

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 13, 2006.

*/s/ Matthew P. Zayotti*

---

2