# KEEGAN WERLIN LLP

ATTORNEYS AT LAW
265 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-3113

(617) 951-1400

TELECOPIERS:
(617) 951-1354
(617) 951-0586

December 15, 2006

Civil Clerk's Office
United States District Court for
the District of Massachusetts – Central Division
Harold D. Donohue Federal Bldg & Courthouse
595 Main Street, Suite 502
Worcester, Massachusetts 01608

Re: J.J. Reidy & Col, Inc. v. Airwater Corporation, et al.,
United States District Court for the District of Massachusetts – Central
Division, Civil Action Nos. 05-40049-FDS and 06-10137-FDS

Dear Sir or Madam:

Please be advised that due to a significant typographical/cut-and-paste/editing error on page 17 of the Memorandum of Law of AirWater Corporation and AirWater Patents, Inc. in Support of their Opposition to Plaintiff J.J. Reidy & Co., Inc.'s Motion for Partial Summary Judgment and in Support of their Cross-Motion for Partial Summary Judgment filed on December 13, 2006, I am enclosing herewith for filing a corrected copy thereof. I apologize for any inconvenience.

Thank you for your attention to this matter.

Very truly yours,

Matthew P. Zayotti

Enclosure
cc: Richard B. Kirby, Esq.
    Thomas J. Conte, Esq.
    John Faro, Esq.
    Mr. Michael Zwebner