IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston Division)

FILED
CLERKS OFFICE
2006 DEC 15  P 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| J. J. REIDY & COMPANY, INC. )<br>Plaintiffs )<br>vs. )<br>)<br>AIRWATER CORP. ET. AL. )<br>Defendants )<br>_____/ | CIVIL ACTION<br>CASE NO. 05-40049-FDS |

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL]

The undersigned herein enters his appearance as additional counsel for the Defendants, Airwater Corporation and Airwater Patents Corporation (AIRWATER). Please continue to also forward all pleadings in this matter to lead counsel for Defendants, Mathew P. Zayotti and Richard B. Kirby, at KEEGAN WERLIN, LLP.

Respectfully,

John H. Faro, Esq.
(BBO #159260)
JohnF75712@aol.com

Faro & Associates
44 W. Flagler Street, Suite 1100
Miami, FL  33130
Phone  (305) 424-1112
Fax    (305) 424-1114

CERTIFICATE OF SERVICE

I hereby certify the foregoing paper entitled:

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL]

was served upon counsel of record, as per attached Distribution, by First Class Mail, postage pre-paid, this 14th day of December, 2006.

Respectfully,

John H. Faro, Esq.
(BBO #159260)

DISTRIBUTION:

Richard Kirby, Esq.
Matthew Zayotti, Esq.
KEEGAN WERLIN LLP
265 Franklin Street
Boston, MA 02110-3113
Phone (617) 951-1400
Facsimile (617) 951-1354

Thomas J. Conte, Esq.
Daniel P. Flynn, Esq.
Bowditch & Dewey, LLP
311 Main Street
PO Box 15156
Worcester, MA 01615-0156
Phone (617) 791-3511

John J. Moakley, Clerk
U. S. District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210