UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

J.J. REIDY & CO., INC.,              )
                                     )
                 Plaintiff,          )
                                     )
v.                                   )
                                     )
AIRWATER CORPORATION and             )
AIRWATER PATENTS CORPORATION,        )
                                     )
                 Defendants.         )

**STIPULATION TO EXTEND TIME FOR FILING OF OPPOSITION
TO DEFENDANT AIRWATER CORPORATION AND AIRWATER
PATENTS, INC.'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

The parties have agreed that the Plaintiff J.J. Reidy Co. Inc. may have a two week extension of time, up to and including January 11, 2007, in which to file an opposition to Defendant AirWater Corporation's and AirWater Patents, Inc.'s Cross-Motion for Partial Summary Judgment.

| J.J. REIDY & COMPANY, INC. | AIRWATER CORPORATION and AIRWATER PATENTS CORPORATION |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Thomas J. Conte | /s/ Matthew P. Zayotti |
| Thomas J. Conte (BBO #566092) | Richard B. Kirby (BBO# 273600) |
| Maura A. Greene (BBO #547204) | Matthew P. Zayotti (BBO# 638265) |
| Bowditch & Dewey, LLP | Keegan, Werlin & Pabian, LLP |
| 311 Main Street | 265 Franklin Street |
| P.O. Box 15156 | Boston, MA 02110-3113 |
| Worcester, MA 01615-0156 | (617) 951-1400 |
| (508) 791-3511 | mzayotti@kwplaw.com |
| tconte@bowditch.com | |

Dated: December 28, 2006

{J:\CLIENTS\LIT\304269\0002\PLD\00827153.DOC;1}

CERTIFICATE OF SERVICE

    I, Thomas J. Conte, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2006.

    /s/ Thomas J. Conte
    Thomas J. Conte

{J:\CLIENTS\LIT\304269\0002\PLD\00827153.DOC;1}