UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 05-40049-FDS <br> **Consolidated with** |
| AIRWATER PATENTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> J.J. REIDY & CO., INC. <br><br> Defendant. | CIVIL ACTION NO. 06-10137-FDS |

## JOINT MOTION TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT

The parties hereby jointly move to continue the January 11, 2007 hearing on the parties' various pending motions for partial summary judgment to February 2, 2007 at 10:30 a.m. In support of this motion, the parties state as follows:

1. By Notice dated December 13, 2006, the Court scheduled a hearing on (a) AirWater Corporation's Motion for Partial Summary Judgment, seeking dismissal of J.J. Reidy & Co., Inc.'s claim against AirWater Corporation for breach of contract on grounds of an assignment to AirWater Patents Inc. of all rights and liabilities under the relevant

contract; and (b) J.J. Reidy & Co., Inc.'s Motion for Partial Summary Judgment on its claims that AirWater Patents Corporation breached the parties' agreement by failing to pay royalties and that J.J. Reidy & Co., Inc. properly terminated the parties' agreement as a result thereof.

2. On December 13, 2006, AirWater Corporation and AirWater Patents, Inc. filed their opposition to J.J. Reidy's Motion for Partial Summary Judgment, and a second Motion for Partial Summary Judgment that J.J. Reidy & Co., Inc. materially breached the parties' Agreement by failing to provide AirWater with world-wide registrations for the patents that are the subject of the parties' agreement.

3. On December 28, 2006, J.J. Reidy & Co., Inc. filed a Stipulation to Extend Time for Filing of Opposition to Defendant AirWater Corporation and AirWater Patents, Inc.'s Cross-Motion for Partial Summary Judgment, up to and including January 11, 2007.

4. J.J. Reidy has requested an additional extension of time through and including January 18, 2007 to file its opposition to Defendant AirWater Corporation and AirWater Patents, Inc.'s Cross-Motion for Partial Summary Judgment, and AirWater has agreed to the requested extension of time.

5. The parties agree that the presently scheduled hearing on the motions for partial summary judgment referred to above in paragraph 1 should be continued so that all motions for partial summary judgment may be heard at once.

WHEREFORE, the parties respectfully requests that this Honorable Court enter an order continuing the January 11, 2007 hearing to February 2, 2007 at 10:30 a.m. so that all pending motions for partial summary judgment may be heard at once.

| J.J. REIDY & COMPANY, INC. | AIRWATER CORPORATION AND AIRWATER PATENTS, INC. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Thomas Conte by mpz | /s/ Matthew P. Zayotti |
| Thomas J. Conte, BBO #566092 | Richard Kirby, BBO# 273600 |
| Maura A. Greene, BBO #547204 | Matthew P. Zayotti, BBO# 638265 |
| Bowditch & Dewey, LLP | Keegan Werlin LLP |
| 311 Main Street, P.O. Box 15156 | 265 Franklin Street |
| Worcester, MA 01615-0156 | Boston, Massachusetts 02110-3113 |
| (508) 926-3415 | (617) 951-1400 |

Dated: January 9, 2007