UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| . | CIVIL ACTION NO. 05-40049-FDS |
| | (Consolidated with <u>AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation</u>; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN) |

J.J. REIDY & CO., INC.,    )
            )
    Plaintiff,    )
v.    )
            )
AIRWATER CORPORATION and    )
AIRWATER PATENTS CORPORATION,    )
            )
    Defendants.    )

## AFFIDAVIT OF MAURA A. GREENE, ESQ.

I, Maura A. Greene, Esq. hereby depose and state as follows:

1. I am a Partner at Bowditch & Dewey, LLP, and I am an attorney in good standing in Massachusetts.

2. Bowditch & Dewey, LLP represents J.J. Reidy & Co., Inc. in the above-captioned matters.

3. Attached as <u>Exhibit A</u> is information from the World Intellectual Property Organization.

4. Attached as <u>Exhibit B</u> is a true and accurate copy of the docket sheet for the case entitled <u>Electric & Gas Technology, Inc., et al. v. Universal Communications Systems, Inc., et al.</u>, Civil Docket No. 3:03-cv-01798, U.S. District Court, Northern District of Texas (Dallas).

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF JANUARY, 2007.

J.J. REIDY & COMPANY, INC.
By its attorneys,


/s/ Maura A. Greene
Thomas J. Conte (BBO #566092)
Maura A. Greene (BBO #547204)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
mgreene@bowditch.com

CERTIFICATE OF SERVICE

I, Maura A. Greene, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 18, 2007.

/s/ Maura A. Greene
Maura A. Greene

# EXHIBIT A

WORLD INTELLECTUAL PROPERTY ORGANIZATION    IP SERVICES

Home    IP Services    PatentScope

# Frequently Asked Questions (FAQs)

- What is a Patent?
- What does a Patent do?
- What kind of protection does a patent offer?
- What rights does a patent owner have?
- Why are patents necessary?
- What role do patents play in everyday life?
- How is a patent granted?
- What kinds of inventions can be protected?
- Who grants patents?
- How can a patent be obtained worldwide?
- Where can I find patent information?
- How can I find patent laws of various countries?
- Can I obtain a patent on my software-related invention?
- Can I discuss details of my invention with a potential investor before filing a patent application?

## » What is a Patent?

A patent is an exclusive right granted for an **invention**, which is a **product** or a **process** that provides, in general, a new way of doing something, or offers a new technical solution to a problem. In order to be patentable, the invention must fulfill certain conditions (please see the answer to the question below "what kinds of inventions can be patented?").

## » What does a Patent do?

A patent provides **protection** for the invention to the **owner** of the patent. The protection is granted for a limited period, generally 20 years.

## » What kind of Protection does a Patent offer?

Patent protection means that the invention cannot be commercially **made, used, distributed or sold** without the patent owner's **consent**. These **patent rights** are usually enforced in a court, which, in most systems, holds the authority to stop **patent infringement**. Conversely, a court can also declare a patent invalid upon a successful **challenge** by a third party.

## » What Rights does a Patent Owner have?

A patent owner has the right to decide who may - or may not - use the patented invention for the period in which the invention is protected. The patent owner **may give permission** to, or **license**, other parties to use the invention on mutually agreed terms. The owner may also **sell** the right to the invention to someone else, who will then become the new owner of the patent. Once a patent expires, the protection ends, and an invention enters the **public domain**, that is, the owner no longer holds exclusive rights to the invention, which becomes available to commercial exploitation by others.

## » Why are Patents necessary?

Patents provide **incentives** to individuals by offering them **recognition** for their **creativity** and **material reward** for their marketable inventions. These incentives encourage **innovation,** which assures that the **quality of human life** is continuously enhanced.

## » What Role do Patents Play in Everyday Life?

Patented inventions have, in fact, **pervaded every aspect of human life**, from electric lighting (patents held by Edison and Swan) and plastic (patents held by Baekeland), to ballpoint pens (patents held by Biro) and microprocessors (patents held by Intel, for example).

All patent owners are obliged, in return for patent protection, to **publicly disclose information** on their invention in order to **enrich the total body of technical knowledge** in the world. Such an ever-increasing body of public knowledge promotes **further creativity** and **innovation** in others. In this way, patents provide not only protection for the owner but valuable **information** and **inspiration** for **future generations** of researchers and inventors.

## » How is a Patent Granted?

The first step in securing a patent is the filing of a **patent application**. The patent application generally contains the title of the invention, as well as an indication of **its technical field**; it must include the **background** and a **description** of the invention, in clear language and enough detail that an individual with an average understanding of the field could use or reproduce the invention. Such descriptions are usually accompanied by **visual materials** such as drawings, plans, or diagrams to better describe the invention. The application also contains various **"claims"**, that is, information which determines the extent of protection granted by the patent.

## » What kinds of Inventions can be Protected?

An invention must, in general, fulfill the following conditions to be protected by a patent. It must be of **practical use**; it must show an element of **novelty**, that is, some **new characteristic** which is not known in the **body of existing knowledge** in its technical field. This body of existing knowledge is called "**prior art**". The invention must show an **inventive step** which could not be deduced by a person with average knowledge of the technical field. Finally, its subject matter must be accepted as "patentable" under law. In many countries, scientific theories, mathematical methods, plant or animal varieties, discoveries of natural substances, commercial methods, or methods for medical treatment (as opposed to medical products) are generally not patentable.

## » Who grants Patents?

A patent is granted by a **national patent office** or by a **regional office** that does the work for a number of countries, such as the European Patent Office and the African Regional Intellectual Property Organization. Under such regional systems, an applicant requests protection for the invention in one or more countries, and each country decides as to whether to offer patent protection within its borders. The WIPO-administered **Patent Cooperation Treaty (PCT)** provides for the filing of a single **international patent application** which has the same effect as national applications filed in the designated countries. An applicant seeking protection may file one application and request protection in as many signatory states as needed.

» **How can a patent be obtained worldwide?**

At present, no "world patents" or "international patents" exist.

In general, an application for a patent must be filed, and a patent shall be granted and enforced, in each country in which you seek patent protection for your invention, in accordance with the law of that country. In some regions, a regional patent office, for example, the European Patent Office (EPO) and the African Regional Intellectual Property Organization (ARIPO), accepts regional patent applications, or grants patents, which have the same effect as applications filed, or patents granted, in the member States of that region.

Further, any resident or national of a Contracting State of the Patent Cooperation Treaty (PCT) may file an international application under the PCT. A single international patent application has the same effect as national applications filed in each designated Contracting State of the PCT. However, under the PCT system, in order to obtain patent protection in the designated States, a patent shall be granted by each designated State to the claimed invention contained in the international application. Further information concerning the PCT is available.

Procedural and substantive requirements for the grant of patents as well as the amount of fees required are different from one country/region to the other. It is therefore recommend that you consult a practicing lawyer who is specialized in intellectual property or the intellectual property offices of those countries in which you are interested to get protection. A list of URLs and a directory of national and regional intellectual property offices are available.


» **Where can I find patent information?**

In order to search patent applications and granted patents, some national or regional patent offices provide free-of charge electronic databases via Internet. A list of URLs of web-based databases is available:.

WIPO provides access to a comprehensive electronic database on published international patent applications filed under the PCT system from 1978 to the present day in image format and to fully searchable text of descriptions and claims for PCT International Applications filed as from July 1998.

Wherever web-based databases are not available, patent information may be consulted on paper, on microfilms or CD-ROMs, at the national or regional patent offices.

Searchable Internet patent databases have significantly facilitated the access to patent information. However, given the complexity of patent documents and the technical and legal skills required, it is advisable to contact a professional patent attorney if a high-quality patent search is required.

WIPO Patent Information Services (WPIS) provides free-of-charge services for users in developing countries who wish to obtain technical search results in relation to their inventions.


» **How can I find the patent laws of various countries?**

The Collection of Laws for Electronic Access (CLEA) provides easy access to intellectual property legislation from a wide range of countries and regions as well as to treaties on intellectual property administered by WIPO.

Many national or regional patent Offices provide information concerning national or regional legislation on their web sites. A list of URLs of national and regional intellectual property offices are available.


» **Can I obtain a patent for my software-related invention?**

Procedural and substantive requirements for the grant of patents are different from one country/region to the other. In particular, practices and case law regarding the patentability of software-related inventions vary significantly in different countries. For example, in some countries, "inventions" within the meaning of patent law must have a "technical character" and software as such is not considered a patentable invention, while in others, such requirements do not exist, so that sofrware is generally patentable subject matter.

It is therefore recommend that you consult a practicing lawyer who is specialized in intellectual property or the intellectual property offices of those countries in which you are interested to get protection. A list of URLs and a directory of national and regional intellectual property offices are available.

On the other hand, computer programs may be protected under copyright. However, according to a well-established principle, copyright protection extends only to expressions, not to ideas, procedures, methods of operation or mathematical concepts as such.

### » Can I discuss the details of my invention with a potential investor before filing a patent application?

It is important to file a patent application before publicly disclosing the details of the invention. In general, any invention which is made public before an application is filed would be considered prior art (although the definition of the term "prior art" is not unified at the international level, in many countries, it consists of any information which has been made available to the public anywhere in the world by written or oral disclosure). In countries which apply the above definition of the term "prior art", the applicant's public disclosure of the invention prior to filing a patent application would prevent him/her from obtaining a valid patent for that invention, since such invention would not comply with the "novelty" requirement. Some countries, however, allow for a grace period, which provides a safeguard for applicants who disclosed their inventions before filing a patent application, and the novelty criteria may be interpreted differently depending on the applicable law.

If it is inevitable to disclose your invention to, for example, a potential investor or a business partner, before filing a patent application, such a disclosure should be accompanied by a confidentiality agreement.

# EXHIBIT B

CLOSED, STICKNEY

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:03-cv-01798

| | |
|---|---|
| Electric & Gas Technology Inc et al v. Universal Communications Systems Inc et al<br>Assigned to: Judge A. Joe Fish<br>Cause: 28:1338 Patent Infringement | Date Filed: 08/12/2003<br>Date Terminated: 01/27/2004<br>Jury Demand: None<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**Electric & Gas Technology Inc**　　represented by **Joe B Abbey**
Law Office of Joe B Abbey
13636 Neutron Rd
Suite B
Dallas, TX 75244-4410
972/661-5870
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Atmospheric Water Technology Inc**　　represented by **Joe B Abbey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ehrlich**　　represented by **Joe B Abbey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Universal Communications Systems Inc**
*and it's subsidiary Airwater Corp*
*TERMINATED: 11/24/2003*　　represented by **Lewis T LeClair**
McKool Smith - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4000
Fax: 214/978-4044 FAX
Email: lleclair@mckoolsmith.com
*LEAD ATTORNEY*

**L David Anderson**

McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4262
Fax: 214/978-4044 FAX
Email: danderson@mckoolsmith.com

**Defendant**

**JJ Reidy Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2003 | 1 | ORIGINAL COMPLAINT against JJ Reidy Inc, Universal Communications Systems Inc ( Filing fee $150; Receipt number 197462), filed by Atmospheric Water Technology Inc, Richard Ehrlich, Electric & Gas Technology Inc.(jrb, ) (Entered: 08/13/2003) |
| 08/12/2003 | | ***Magistrate Judge Stickney chosen by random selection to handle matters that may be referred in this case. (jrb, ) (Entered: 08/13/2003) |
| 08/13/2003 | 2 | ORDER. No later than 20 days after this order is filed, plaintiffs must comply with Rule 3.1(f) so that the court can ensure that recusal is not required in this case. (Signed by Judge A. Joe Fish on 8/13/03) (jrb, ) (Entered: 08/15/2003) |
| 08/14/2003 | 3 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Atmospheric Water Technology Inc, Richard Ehrlich, Electric & Gas Technology Inc. (jyg, ) (Entered: 08/15/2003) |
| 08/14/2003 | 4 | Summons Issued as to Universal Communications Systems Inc. (jyg, ) (Entered: 08/15/2003) |
| 08/14/2003 | 5 | Summons Issued as to JJ Reidy Inc. (jyg, ) (Entered: 08/15/2003) |
| 08/14/2003 | 6 | Summons Issued as to Universal Communications Systems Inc.'s Subsidiary Air Water Corp. (jyg, ) (Entered: 08/15/2003) |
| 09/18/2003 | 7 | MOTION to Dismiss for Lack of Personal Jurisdiction by Universal Communications Systems Inc with Memorandum in Support. (Exhibits not imaged.)(cxb) (Entered: 09/22/2003) |
| 10/10/2003 | 8 | RESPONSE to 7 MOTION to Dismiss for Lack of Jurisdiction filed by Atmospheric Water Technology Inc, Richard Ehrlich, Electric & Gas Technology Inc. (cxb) (Entered: 10/14/2003) |
| 10/10/2003 | 9 | Appendix in Support re 8 Response to Motion to dismiss for lack of jurisdiction filed by Atmospheric Water Technology Inc, Richard Ehrlich, Electric & Gas Technology Inc. (Not imaged.) (cxb) (Entered: 10/14/2003) |
| 10/24/2003 | 10 | REPLY Memorandum to Response to Motion re 7 MOTION to Dismiss for Lack of Jurisdiction filed by Universal Communications Systems Inc |

| | | |
|---|---|---|
| | | and Airwater Corp. (jyg, ) (Entered: 10/27/2003) |
| 11/24/2003 | 11 | Memorandum Order granting 7 Motion to Dismiss/Lack of Jurisdiction filed by Universal Communications Systems Inc and Airwater and the plaintiffs' claims against Universal and Airwater are dismissed without prejudice to their being litigated in an appropriate forum which has personal jurisdiction over them. [see order for specifics] (Motions terminated: 7 MOTION to Dismiss for Lack of Jurisdiction filed by Universal Communications Systems Inc.) (Signed by Judge A. Joe Fish on 11/24/03) (cxb, ) (Entered: 11/25/2003) |
| 12/10/2003 | 12 | ORDER: It appears to the court that more than 120 days have elapsed since the filing of plaintiffs' complaint and that service on the defendant in this case has not yet been accomplished. Unless plaintiffs show cause in writing by 12/23/03 why this case should be retained on the docket, it will be dismissed without further notice. (Signed by Judge A. Joe Fish on 12/10/03) (cxb, ) (Entered: 12/12/2003) |
| 12/23/2003 | 13 | MOTION to Extend Time to serve defendant by Atmospheric Water Technology Inc, Richard Ehrlich, Electric & Gas Technology Inc (aat, ) (Entered: 12/23/2003) |
| 12/30/2003 | 14 | ORDER granting 13 Motion to Extend Time to serve defendant. Plaintiffs shall have until January 23, 2004 to effect service on the defendant. Failure to effect service by that date will result in dismissal of this case without further notice. No further extensions will be granted. (Signed by Judge A. Joe Fish on 12/30/03) (cxb, ) (Entered: 12/30/2003) |
| 01/27/2004 | 15 | ORDER DISMISSING CASE........no proof of service having been filed, this case is dismissed without prejudice. (Signed by Judge A. Joe Fish on 1/27/04) (cxb, ) (Entered: 01/28/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/08/2007 10:49:08 | | | |
| PACER Login: | bd0159 | Client Code: | 304269.0002 |
| Description: | Docket Report | Search Criteria: | 3:03-cv-01798 |
| Billable Pages: | 2 | Cost: | 0.16 |