UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| . | CIVIL ACTION NO. 05-40049-FDS |
|  | (Consolidated with <u>AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation</u>; United States District Court Southern District of Flordia, Miami Division, Case No. 05-20650-CIV-JORDAN) |

J.J. REIDY & CO., INC.,              )
                                     )
            Plaintiff,               )
v.                                   )
                                     )
AIRWATER CORPORATION and             )
AIRWATER PATENTS CORPORATION,        )
                                     )
            Defendants.              )

**JOINT MOTION TO CONTINUE HEARING ON MOTION TO COMPEL THE DEPOSITIONS OF DEFENDANTS AND TO COMPEL PRODUCTION OF DOCUMENTS AND FOR ATTORNEYS' FEES AND COSTS**

The Plaintiff, J.J. Reidy & Co., Inc. and the Defendants AirWater Corporation and AirWater Patents Corporation respectfully request that this Court continue the hearing on the Motion to Compel the Depositions of Defendants and to Compel Production of Documents and for Attorneys' Fees and Costs scheduled for Friday, March 16, 2007, until a date certain in two weeks.

WHEREFORE, the parties respectfully request that the Court reschedule the hearing on a date certain in two weeks.

| | |
|---|---|
| AIRWATER CORPORATION and<br>AIRWATER PATENTS CORPORATION | J.J. REIDY & COMPANY, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Matthew P. Zayotti<br>Richard Kirby (BBO #273600)<br>Matthew P. Zayotti (BBO #638265)<br>Keegan Werlin LLP<br>265 Franklin Street<br>Boston, MA 02110-3113<br>(617) 951-1400 | /s/ Maura A. Greene<br>Thomas J. Conte (BBO #566092)<br>Maura A. Greene (BBO #547204)<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 926-3415<br>FAX: (508) 929-3006<br>mgreene@bowditch.com |

Dated: March 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 15, 2007.

/s/ Maura A. Greene
Maura A. Greene