UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| J. J. REIDY & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. |
| v. ) | 05-40049-FDS |
| ) | |
| AIRWATER CORPORATION AND ) | |
| AIRWATER PATENTS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM AND ORDER ON DEFENDANT AIRWATER
CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**SAYLOR, J.**

This is a dispute about a licensing agreement concerning the use of patents for a water purification system. Plaintiff J.J. Reidy & Co., Inc., and defendant AirWater Corporation ("AirWater Corporation") entered into a manufacturing and licensing agreement dated March 21, 2003. On June 25, 2003, AirWater Corporation, with the consent of Reidy, assigned all of its rights and liabilities under the agreement to AirWater Patents Corporation ("AirWater Patents"). Under the terms of the agreement, AirWater Patents was required to pay royalties to Reidy. Reidy sent AirWater Patents a Notice of Default on January 13, 2005 for alleged nonpayment and, on January 31, 2005, a notice that the agreement was being terminated.

The parties commenced separate actions against each other in Massachusetts and Florida. Defendants removed plaintiff's action, which was initially filed in Massachusetts Superior Court,

to this Court on March 18, 2005.[1]  Reidy's First Amended Complaint asserts a single count for breach of contract against AirWater Corporation and AirWater Patents.[2]  Specifically, it alleges that AirWater Patents failed to abide by its obligations to Reidy concerning royalty payments in breach of the parties' agreement.  It also alleges that AirWater Corporation and AirWater Patents failed to abide by their obligations to market Reidy's products in further breach of the agreement.  On March 3, 2006, AirWater Corporation filed a motion for partial summary judgment, contending that Reidy could not successfully assert a breach of contract claim against it because Reidy consented to AirWater Corporation's assignment to AirWater Patents of all rights and liabilities under the parties' agreement.

On April 14, 2006, Reidy filed a motion to amend its complaint a second time.  On January 23, 2007, that motion was granted.  Reidy's Second Amended Complaint contains a claim for breach of contract against AirWater Patents, but not AirWater Corporation.[3]  Therefore, AirWater Corporation's March 3, 2006 motion for summary judgment on the breach of contract claim is DENIED as moot.

**So Ordered.**

/s/ F. Dennis Saylor

---

[1] Reidy commenced an action against AirWater Corporations in Massachusetts Superior Court on December 14, 2004.  AirWater Patents filed suit against Reidy in the Circuit Court for the 11th Judicial District in and for Miami-Dade County, Florida.  On March 7, 2005, Reidy filed a Notice of Removal in the Florida action, removing it to the United States District Court for the Southern District of Florida.  On March 18, 2005, the defendants removed the Massachusetts Superior Court action to this Court, asserting diversity jurisdiction.

[2] Reidy's complaint, originally filed in Massachusetts Superior Court, was amended on February 16, 2005, to add AirWater Patents as a party defendant.

[3] The Second Amended Complaint also asserts new claims for intentional misrepresentation against AirWater Corporation and for violation of Mass. Gen. Laws ch. 93A against both defendants.  It also asks for declaratory judgment as to the alleged failure of AirWater Patents to pay royalties.

|  |  |
|---|---|
| Dated: March 19, 2007 | F. Dennis Saylor IV<br>United States District Judge |