UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| . | CIVIL ACTION NO. 05-40049-FDS |
|  | (Consolidated with <u>AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation</u>; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN) |
| J.J. REIDY & CO., INC., ) ) Plaintiff, ) v. ) ) AIRWATER CORPORATION and ) AIRWATER PATENTS CORPORATION, ) ) Defendants. ) |  |

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT AIRWATER CORPORATION AND AIRWATER PATENTS, INC.'S MOTION TO AMEND SCHEDULING ORDER AND TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT UNTIL COMPLETION OF DISCOVERY**

The parties have agreed that the plaintiff J.J. Reidy & Co., Inc. may have a one-week extension of time, up to and including April 13, 2006, in which to file an opposition to Defendant AirWater and AirWater Patents Corporation's Motion to Amend Scheduling Order and to Continue Hearing on Cross-motions for Summary Judgment Until Completion of Discovery.

| J.J. REIDY & COMPANY, INC. By its attorneys, | AIRWATER CORPORATION and AIRWATER PATENTS CORPORATION |
|---|---|
| /s/ Maura A. Greene | /s/ Richard B. Kirby |
| Thomas J. Conte (BBO #566092) Maura A. Greene (BBO #547204) Bowditch & Dewey, LLP 311 Main Street P.O. Box 15156 Worcester, MA 01615-0156 (508) 791-3511 | Richard B. Kirby (BBO# 273600) Matthew P. Zayotti (BBO# 638265) Keegan, Werlin, LLP 265 Franklin Street Boston, MA 02110-3113 (617) 951-1400 |

Date: April 6, 2007

{Client Files\LIT\304269\0002\PLD\F0400785.DOC;1}

CERTIFICATE OF SERVICE

      I, Maura A. Greene, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 6, 2007.

      /s/ Maura A. Greene
      Maura A. Greene

{Client Files\LIT\304269\0002\PLD\F0400785.DOC;1}