UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.                                              CIVIL ACTION NO. 05-40049-FDS

(Consolidated with AirWater Patents, Inc. v. J.J.
Reidy & Co., Inc., a Massachusetts Corporation;
United States District Court Southern District of
Florida, Miami Division, Case No. 05-20650-
CIV-JORDAN)

J.J. REIDY & CO., INC.,                   )
                                          )
                 Plaintiff,               )
v.                                        )
                                          )
AIRWATER CORPORATION and                  )
AIRWATER PATENTS CORPORATION,  )
                                          )
                 Defendants.              )

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT AIRWATER
CORPORATION AND AIRWATER PATENTS, INC.'S MOTION TO AMEND
SCHEDULING ORDER AND TO CONTINUE HEARING ON CROSS-MOTIONS FOR
SUMMARY JUDGMENT UNTIL COMPLETION OF DISCOVERY**

The parties have agreed that the plaintiff J.J. Reidy & Co., Inc. may have an additional

one-week extension of time, up to and including April 20, 2007, in which to file an opposition to

Defendant AirWater and AirWater Patents Corporation's Motion to Amend Scheduling Order

and to Continue Hearing on Cross-motions for Summary Judgment Until Completion of

Discovery.

J.J. REIDY & COMPANY, INC.              AIRWATER CORPORATION and
By its attorneys,                       AIRWATER PATENTS CORPORATION

/s/ Thomas J. Conte                     /s/ Matthew P. Zayotti
Thomas J. Conte (BBO #566092)           Richard B. Kirby (BBO# 273600)
Maura A. Greene (BBO #547204)           Matthew P. Zayotti (BBO# 638265)
Bowditch & Dewey, LLP                   Keegan, Werlin, LLP
311 Main Street                         265 Franklin Street
P.O. Box 15156                          Boston, MA 02110-3113
Worcester, MA 01615-0156                (617) 951-1400
(508) 791-3511

Date: April 13, 2007

CERTIFICATE OF SERVICE

I, Thomas J. Conte, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2007.


/s/ Thomas J. Conte

2