UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC.,<br>　　　　Plaintiff,<br>vs.<br><br>AIRWATER CORPORATION AND AIRWATER<br>PATENTS CORPORATION,<br>　　　　Defendants, | **CIVIL ACTION**<br>**NO. 05-40049-FDS** |
| AIRWATER PATENTS, INC.,<br>　　　　Plaintiff,<br>vs.<br><br>J.J. REIDY & CO., INC.,<br>　　　　Defendant, | **CIVIL ACTION**<br>**NO. 06-10137-FDS** |

**ORDER ON PLAINTIFF J.J. REIDY AND CO., INC'S MOTION TO COMPEL THE
DEPOSITIONS OF DEFENDANTS AND TO COMPEL PRODUCTION
OF DOCUMENTS AND FOR ATTORNEYS FEES AND COSTS**

**May 11, 2007**

INTRODUCTION

On January 16, 2007, the Plaintiff J.J. Reidy & Co., Inc., hereinafter, "Plaintiff" filed the within Motion to Compel the Depositions of Defendant Airwater Patents, Inc.'s President Michael Zwebner, and to Compel Production of Documents and for Attorneys Fees and Costs (Document no. 70). Airwater Patents, Inc., Airwater Corporation, and Airwater Patents Corporation are hereinafter referred to as "Defendants". After several continuances, requested by counsel, this matter was set down for a hearing on May 4, 2007. At the hearing the

arguments focused chiefly on the scheduling of the deposition of Defendants President, Michael Zwebner and the need for the Defendants to honor Plaintiff's document requests in advance of that deposition.

ORDER

With respect to Plaintiffs Requests for Documents #s 4, 5, 7, the Defendant represented in their responses, and in open court, that all such documents have been produced. Accordingly, the Plaintiff's Motion is **denied** with respect to those requests. The Plaintiff's Motion is **allowed** with respect to Request #6, subject to the condition that the parties shall enter into an appropriate confidentiality agreement regarding the information captured by the request on or before May 10, 2007, or in the alternative the Defendant may redact proprietary information. Responses are to be served upon the Plaintiff on or before May 28, 2007. With respect to Document Requests numbered 10, 11, 12, and 13 the Plaintiff's Motion is **denied.** The Defendants have responded that no such documents exist and they have re-affirmed that representation at oral argument.

The Plaintiff's Motion is **allowed** with respect to the deposition of Michael Zwebner. This deposition shall take place on or before June 20, 2007. In all other respects, the Plaintiff's Motion is **denied**.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE