UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| J. J. REIDY & CO., INC.,<br><br>    **Plaintiff,**<br><br>    v.<br><br>AIRWATER CORPORATION AND<br>AIRWATER PATENTS CORPORATION,<br><br>    **Defendants.** | Civil No.<br>05-40049-FDS |
| AIRWATER PATENTS, INC.,<br><br>    **Plaintiff,**<br><br>    v.<br><br>J. J. REIDY & CO., INC.,<br><br>    **Defendant.** | Civil No.<br>06-10137-FDS |

**MEMORANDUM AND ORDER ON MOTION OF
AIRWATER CORPORATION AND AIRWATER PATENTS, INC.,
TO AMEND SCHEDULING ORDER AND TO CONTINUE HEARING**

**SAYLOR, J.**

The motion of defendants AirWater Corporation and AirWater Patents, Inc., to Amend Scheduling Order and to Continue Hearing on Cross-motions for Summary Judgment until Completion of Discovery, filed March 23, 2007, is GRANTED in part and DENIED in part.

Discovery shall be completed by June 29, 2007. No additional extensions shall be granted.

A hearing on the cross-motions for summary judgment shall be held on July 18, 2007,

at 2:00 p.m.

**So Ordered.**

                                                /s/ F. Dennis Saylor
                                                F. Dennis Saylor IV
                                                United States District Judge

Dated: May 16, 2007