UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J.J. REIDY & CO., INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,**<br><br>Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| **AIRWATER PATENTS, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**J.J. REIDY & CO., INC.**<br><br>Defendant. | CIVIL ACTION NO. 06-10137-FDS |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARK O. VAN WAGONER, ESQ.

Pursuant to Local Rule 85.5.3, the undersigned member of the Bar of this Court, hereby moves for the admission *pro hac vice* of Mark O. Van Wagoner, Esq., 175 East 400 South, Suite 900, Salt Lake City, Utah 84111, to appear in the above-captioned matter as counsel for Airwater Corporation and Airwater Patents Corporation. In further support of this motion, the undersigned counsel states as follows:

1. I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the United States District Court for the Eastern District of Wisconsin.

2.  I have filed my appearance on behalf of the Airwater Corporation and Airwater Patents Corporation.

3.  Filed herewith is the certificate of Mark O. Van Wagoner, Esquire attesting that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including but not limited to the Bar of the Commonwealth of Massachusetts; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court grant leave to Mark O. Van Wagoner, Esquire to appear in this action *pro hac vice* as counsel Airwater Corporation and Airwater Patents Corporation.

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.

By its attorney,

*/s/ Matthew P. Zayotti*
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: June 12, 2007

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 12, 2007.

*/s/ Matthew P. Zayotti*