UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC.,<br><br>　　　　Plaintiff,<br>v.<br><br>AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,<br><br>　　　　Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC.<br><br>　　　　Plaintiff,<br>v.<br><br>J.J. REIDY & CO., INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 06-10137-FDS |

## CERTIFICATE OF MARK O. VAN WAGONER, ESQUIRE PURSUANT TO LOCAL RULE 83.5.3(B)

I, Mark O. Van Wagoner, Esquire, hereby certify as follows:

1.　　I am an attorney in Utah practicing at 175 East 400 South, Suite 900, Salt Lake City, UT 84111. My telephone number is 801-578-3286. My fax number is 801-355-3351. My email address is movw@uswest.net.

2.　　I am a 1974 graduate of the Duke University School of Law.

3.　　I am admitted to practice law before the Utah State Supreme Court, having been admitted to the bar in 1974 and my Bar Admission No. is 3323. I am admitted to practice law before the California State Supreme Court, having been admitted to the bar in 1978 and my Bar Admission No. is 79688.

4.　　I am admitted to practice law before the Federal Court in the District of Utah, having been admitted to the bar in 1974.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*[signature]*
Mark O. Van Wagoner
175 East 400 South, Suite 900
Salt Lake City, Utah 84111

Dated: June 12, 2007

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 12, 2007.

*[signature]*

---

2