UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

| | |
|---|---|
| **J.J. REIDY & CO., INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,** <br><br> **Defendants.** | |

**DEFENDANT AIRWATER PATENTS, INC.S
INITIAL DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), the Defendant AirWater Patents, Inc. hereby makes its initial disclosures as follows:

**A.    Individuals Likely To Have Discoverable Information**

The Defendant states that the below-listed individuals are likely to have discoverable information that the Defendant may use to support its claims or defenses:

1. Michael J. Zwebner, President and CEO
   AirWater Patents, Inc.

   Mr. Zwebner is generally knowledgeable regarding the allegations contained in the complaint, including but not limited to the business of the Defendant, the Global Manufacturing License Agreement and negotiations and performance related thereto, the assignment, the Licensed Products and patents related thereto.

2. James J. Reidy
   J.J. Reidy & Co., Inc.

Upon information and belief, Mr. Reidy is generally knowledgeable regarding the allegations contained in the complaint, including but not limited to the business of the Plaintiff, the Global Manufacturing License Agreement and negotiations and performance related thereto, the assignment and the Licensed Products and patents related thereto.

3. Roland Sablon, Office Manager
   AirWater Patents, Inc.

Mr. Sablon has limited knowledge regarding the business of the Defendant.

4. Clinton Snyder, Accountant
   AirWater Patents, Inc.

Mr. Snyder has limited knowledge regarding Defendant's performance under the Agreement and accounting matters relating thereto.

5. Bob DeCosta, Sales Director
   AirWater Patents, Inc.

Mr. DeCosta has limited knowledge regarding the Defendant's performance under the Agreement.

6. Brian Dingman, Esq.
   Mirick, O'Connell, DeMallie & Lougee, LLP
   100 Front Street
   Worcester, Massachusetts 01608-1477

Attorney Dingman has knowledge regarding matters relating to the patents relating to the Licensed Products.

**B.   Documents**

Defendant has produced copies of documents, data compilations, and tangible things, labeled KW00001 through KW00765, that are in its possession, custody, or control and which the Defendant may use to support its claims or defenses. The

Defendant reserves the right to supplement this disclosure as new or additional documents or information become available.

C.  **Insurance**

The Defendant is unaware of any applicable insurance coverage.

DEFENDANT AIRWATER PATENTS, INC.

By its attorneys

_/s/ Matthew P. Zayotti_
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: February 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by hand-delivery - US Mail on February 3, 2006.

_/s/ Matthew P. Zayotti_

3