UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>J.J. REIDY & CO., INC.<br><br>Defendant. | CIVIL ACTION NO. 06-10137-FDS |

**AFFIDAVIT OF MATTHEW P. ZAYOTTI, ESQ.
IN SUPPORT OF MOTION OF AIRWATER
CORPORATION AND AIRWATER PATENTS, INC.
TO ENFORCE ORAL SETTLEMENT AGREEMENT**

I, Matthew P. Zayotti, Esquire, do hereby state and depose as follows:

1. I am an associate with the law firm Keegan Werlin LLP, and I am an attorney in good standing of the bar of the Commonwealth of Massachusetts.

2. Attorney Richard Kirby and I represent the Defendants AirWater Corporation and AirWater Patents, Inc. in connection with the above-captioned consolidated actions.

3.  Attached to this affidavit as <u>Exhibit A</u> is a true and accurate copy of notes that I took reflecting the material terms of the settlement orally recited and agreed to by the parties on June 26, 2007.

4.  Attached to this affidavit as <u>Exhibit B</u> is a true and accurate copy of correspondence from Maura A. Greene, Esq. dated July 3, 2007.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___11th___ DAY OF JULY, 2007.

_____
Matthew P. Zayotti

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _July 11, 2007_.

_____

---

*EXHIBIT A*

① payment of $5,000 ~~$25,000~~ ~~credit~~

② Airwater surrender license

③ Non-exclusive ~~fully-pay~~ ~~up~~ license in US and anywhere else where patents valid

④ Pay royalties on any machine made/and/or sold in US.

⑤ 2.5% on any machine up to $999.99
5% on any machine $1000 & more

6) General ~~~~ mutual Release of claims

7) No other rights and claims in Patents

8) Mr. Reidy will not be ~~ take part in effort to corner market, to put airwate out of business

9) Press Release

10) Non disparagement

11) Won't be called as a witness

(12) MJZ will pay
net cost expenses

(13) Reidy → Free to license patents & sell to anyone

(14) credit on royalties
$300K on U.S. Sales

— Reidy giving up royalties entitled to

*EXHIBIT B*

Case 4:05-cv-40049-FDS   Document 97   Filed 07/11/2007   Page 7 of 9

# Bowditch
# &Dewey
ATTORNEYS

Direct telephone: (508) 416-2421
Direct facsimile: (508) 929-3021
Email: mgreene@bowditch.com

July 3, 2007

*VIA Facsimile & U.S. Mail*

Matthew P. Zayotti, Esquire
Keegan Werlin LLP
265 Franklin Street
Boston, MA 02110

Re:   J.J. Reidy & Co., Inc. v. AirWater Corporation

Dear Mr. Zayotti:

    Mr. Reidy informs us that he received an e-mail message from Mr. Zwebner discussing a purported settlement. As you well know, the parties were unable to reach agreement on the terms of the settlement, and we discussed continuing the deposition of Mr. Reidy for the next day. Mr. Zwebner put forth several proposals, one of which included a suggestion that AirWater receive a percentage of the receipts of any sale of the patents to a third-party, and this proposal was also rejected. As the matter stands, Mr. Reidy is willing to settle the matter upon Airwater's payment of $100,000 in outstanding royalties and the terms in the settlement which you and I discussed, which included that the agreement would be deemed terminated, that Mr. Reidy would not be called to testify or provide documents in any other litigation, a non-disparagement clause in the settlement agreement and a mutual press release. Your client was unwilling to agree to these terms. As I stated before we all left the room, it only makes sense to settle this litigation with a clean break for both parties, which would include an agreement that the licensing agreement between the parties has been terminated.

    Please contact Mr. Zwebner and inform him that Mr. Reidy is not interested in receiving any e-mail messages or telephone calls from your client. Finally, if we are going to schedule Mr. Reidy's deposition, we need to do it in a way that does not impact the summary judgment hearing.

Very truly yours,

Maura A. Greene

MAG/ma



# Bowditch & Dewey
**ATTORNEYS**

Direct telephone: (508) 416-2421
Direct facsimile: (508) 929-3021
Email: mgreene@bowditch.com

## FACSIMILE TRANSMITTAL SHEET

| | | |
|---|---|---|
| **TO:** Matthew P. Zayotti, Esq. | **FAX NUMBER:** 617-951-1354 | **PHONE NUMBER:** 617-951-1400 |
| **DATE:** July 3, 2007 | | |
| **FROM:** Maura A. Greene | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 | |
| **RE:** J.J. Reidy & Co., Inc. v. AirWater Corporation | **CLIENT/MATTER NUMBER:** 304269.0002 | |

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY    PLEASE RECYCLE

Please see attached correspondence.

---

### CONFIDENTIALITY NOTE

The documents accompanying this facsimile transmission contain information from the law firm of Bowditch & Dewey, LLP, which is confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this faxed information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

If you do not receive all pages or receive this fax in error, please call Mary at (508) 416-2457.

{Client Files\LIT\304269\0002\FAX\F0414807.DOC;1}

BOWDITCH & DEWEY, LLP  311 MAIN STREET  PO BOX 15156  WORCESTER, MA 01615-0156
T 508 791 3511  F 508 756 7636  www.bowditch.com    *Boston  Framingham  Worcester*

