UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| AIRWATER CORPORATION and AIRWATER PATENTS CORPORATION, | ) ) ) |
| Defendants. | ) |

**PLAINTIFF J.J. REIDY & CO., INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND SUPPORTING MATERIALS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, J.J. Reidy & Co., Inc. ("Reidy"), moves this Court for leave to supplement its Memorandum in Support of Motion for Partial Summary Judgment. Reidy seeks leave to file files a supplemental memorandum and supporting materials with the Court to: (1) provide the Court with statements that the defendants' parent company made to the Securities and Exchange Commission ("SEC") in annual filings, which statements were certified by defendants' President, Michael Zwebner ("Zwebner"), acknowledging that minimum monthly royalty payments of $10,000 are required under the license agreement through October 2013, and (2) to provide the Court with excerpts from the Fed. R. Civ. P. 30(b)(6) deposition of the defendants taken on June 8, 2007, in which the defendants' designee, Zwebner, testified that the defendants never requested that Reidy make any applications for any foreign trademark or trade name registration.

{Client Files\lit\304269\0002\PLD\F0415061.DOC;1}

In support of this motion, Reidy states that two recently discovered filings with the SEC by Universal Communications Systems, the parent company of both AirWater Corporation and AirWater Patents Corporation (collectively "AirWater"), which filings are certified by Michael J. Zwebner, acknowledge defendants obligation to royalties owed to Reidy through October 2013. These materials were not produced in discovery and Reidy was not aware of these statements in the SEC filings at the time it served its motion for summary judgment. Moreover, AirWater cannot claim to be prejudiced or surprised by the consideration of governmental filings of which it was aware and which it did not disclose during discovery.

WHEREFORE, J.J. Reidy & Co., Inc. respectfully requests that this Honorable Court grant it leave to file a supplemental memorandum and supporting material in support of its Motion for Summary Judgment.

J.J. REIDY & COMPANY, INC.

By its attorneys,

/s/ James P. Hoban
Thomas J. Conte (BBO #566092)
Maura A. Greene (BBO #547204)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3415
FAX: (508) 929-3006
tconte@bowditch.com
mgreene@bowditch.com
jhoban@bowditch.com

Dated: July 12, 2007

{Client Files\lit\304269\0002\PLD\F0415061.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 12, 2007.

/s/ James P. Hoban
James P. Hoban