UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>J.J. REIDY & CO., INC.<br><br>Defendant. | CIVIL ACTION NO. 06-10137-FDS |

## DECLARATION OF MICHAEL J. ZWEBNER

I, MICHAEL J. ZWEBNER, declare and state as follows:

1. I am the President of AirWater Patents, Inc. ("AirWater"), a Florida corporation, incorporated in 2003, with its principal place of business located at 407 Lincoln Road, Suite 12F, Miami Beach, Florida 33139-3028.

2. I have personal knowledge of the facts set forth in this Declaration related to the litigation against J. J. Reidy & Co., Inc. ("Reidy"), and specifically in regards the whereabouts of Mike (Menachem) Klein during the relevant period.

3. On Tuesday, June 19, 2007, I traveled to Los Angeles and met with Mr. Klein at Junior's Deli from approximately 2:00 p.m. to 4:45 p.m. to discuss

the possible settlement of litigation pending between AirWater Mr. Klein's businesses Air2Water, World Wide Water, Inc. and World Wide Water, LLC.

4. Towards the end of the meeting, I asked Mr. Klein whether he knew he was due to attend a deposition in the matter of the Reidy case on Wednesday, June 27th. He admitted that he had received the subpoena, but stated that he did not believe that he was liable or would attend as 1) Mr. Reidy would be filing a motion to oppose the deposition, and 2) he believed that service of the subpoena was untimely because 30 days' notice was required.

5. On Wednesday, June 20th and Thursday, June 21st, I spoke to Mr. Klein several times, and on at least two occasions, I called both his cellular telephone as well as his home telephone number. Mr. Klein answered my calls to both his cell and home phone numbers and we spoke. I have caller ID on all incoming and outgoing calls, as a result of which I was able to confirm that Mr. Klein was home on Thursday, June 21st when I called him at his home telephone number and that Mr. Klein was not in Hawaii as he apparently told the constable.

6. Furthermore, just days earlier, on a different subject matter, during a meeting with Mr. Klein, he had told me that he was unable to leave the USA as he had certain "problems" with the Government Law Enforcement, and that he was somewhat afraid that he may not be allowed to return if he were to leave.

7. To the best of my knowledge and information, there is no doubt that Mr. Klein was in the USA all during this period this week.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS

___13th_____ DAY OF JULY, 2007.

_____ [signature]

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed though the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on _July 13, 2007_
[signature]