UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with <u>AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation</u>; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| AIRWATER CORPORATION and | ) |
| AIRWATER PATENTS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF J.J. REIDY & CO., INC.'S OPPOSITION TO MOTION OF AIRWATER CORPORATION AND AIRWATER PATENTS, INC. TO ENFORCE ORAL SETTLEMENT AGREEMENT**

Plaintiff J. J. Reidy & Co., Inc. hereby opposes Defendants' motion on the ground the parties have not reached an agreement as to the terms of a settlement, contrary to the claims of Defendants in their motion. In further support of this opposition, Plaintiff states:

1.      The parties have intermittently engaged in settlement negotiations concerning this lawsuit since their unsuccessful mediation on July 25, 2006. Indeed, on June 8, 2007, during breaks in the first day of Defendants' deposition, the parties met with counsel present and Plaintiff proposed very specific settlement terms which were rejected by the Defendants. The Defendants made counterproposals which were rejected by the Plaintiff. On June 26, 2007, during breaks in the deposition of Plaintiff, there were similar settlement discussions between the parties and their counsel. In each instance, there were offers and counteroffers which resulted in

the parties being unable to reach a settlement of the lawsuit. These negotiations are described more fully in the Affidavit of James Reidy, Plaintiff's principal, which is filed herewith.

2.   Plaintiff took Defendants' deposition on June 8 and June 25, 2007, respectively. That deposition, in which Michael Zwebner, the Defendants' principal was the designee, was extremely damaging to Defendants' case. Mr. Zwebner admitted, <u>inter</u> <u>alia</u>, that he filed two (2) reports with the Securities and Exchange Commission on behalf of the Defendants' parent company, which predate the filing of this lawsuit, which clearly establish that under the Global Manufacturing and Marketing Licensing Agreement (the "License") between Plaintiff and Defendants dated March 21, 2003, Reidy was to receive monthly payments of $10,000 <u>through 2013</u>. As the Court is well aware, Defendants have repeatedly represented in this lawsuit that they were only supposed to pay Reidy monthly payments of $10,000 for one year. This is the primary issue in this case and the subject of Plaintiff's motion for partial summary judgment.

3.   Plaintiff submits to this Court that Defendants' motion is merely a desperate attempt by Defendants to avoid the hearing on Plaintiff's motion for partial summary judgment scheduled for Wednesday, July 18, 2007.

4.   For the reasons described more fully in Mr. Reidy's affidavit, the parties have not reached a settlement of this lawsuit and Defendants' Motion is utterly devoid of merit.

WHEREFORE, Plaintiff J. J. Reidy & Co., Inc. respectfully requests that this Court issue an order denying Defendants' Motion.

J.J. REIDY & COMPANY, INC.

By its attorneys,

/s/ Thomas J. Conte
Thomas J. Conte (BBO #566092)
Maura A. Greene (BBO #547204)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3415
FAX: (508) 929-3006
tconte@bowditch.com
mgreene@bowditch.com
jhoban@bowditch.com

Dated: July 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 16, 2007.

/s/ Thomas J. Conte
Thomas J. Conte