UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC.,<br><br>        **Plaintiff,**<br><br>v.<br><br>AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,<br><br>        **Defendants.** | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC.<br><br>        **Plaintiff,**<br><br>v.<br><br>J.J. REIDY & CO., INC.<br><br>        **Defendant.** | CIVIL ACTION NO. 06-10137-FDS |

**AFFIDAVIT OF MATTHEW P. ZAYOTTI, ESQ.
IN SUPPORT OF MOTION OF AIRWATER CORPORATION
AND AIRWATER PATENTS, INC. FOR RECONSIDERATION OF
DEFENDANTS' MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT**

I, Matthew P. Zayotti, Esquire, do hereby state and depose as follows:

1. I am an associate with the law firm Keegan Werlin LLP, and I am an attorney in good standing of the bar of the Commonwealth of Massachusetts.

2. Attorney Richard Kirby and I represent the Defendants AirWater Corporation and AirWater Patents, Inc. in connection with the above-captioned consolidated actions.

3. Attached to this affidavit as <u>Exhibit A</u> are true and accurate copies of excerpts from the deposition of J.J. Reidy.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS
_____24th_____ DAY OF JULY, 2007.

_____
Matthew P. Zayotti

> **CERTIFICATE OF SERVICE**
> I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _____July 24, 2007_____.
>
> _____

2

# EXHIBIT A

Case 4:05-cv-40049-FDS    Document 110    Filed 07/24/2007    Page 3 of 6

# ORIGINAL

PAGES 1 - 122

EXHS. 1 - 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| J.J. Reidy & Co., Inc. | * | |
| v. | * | Civil Action |
| AirWater Corporation and | * | No. 05-40049-FDS |
| AirWater Patents Corporation | * | |

* * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| AirWater Patents, Inc. | * | |
| v. | * | Civil Action |
| J.J. Reidy & Co., Inc. | * | No. 06-10137-FDS |

* * * * * * * * * * * * * * * *

Deposition of James J. Reidy
June 25 and 26, 2007
Bowditch & Dewey, LLP
311 Main Street - 4th Floor
Worcester, Massachusetts 01608

---------- J. Edward Varallo, RMR, CRR ----------
Registered Professional Reporter
EPPLEY COURT REPORTING, LLC
P.O. Box 382, Hopedale, Massachusetts 01747
508.478.9795 ~ Fax 508.478.0595
leppley@msn.com

*James J. Reidy*                                                    118

1        MS. GREENE:  Objection.

2     A.    No, you can't possibly read it that way.
3  It clearly says four United States patents and any
4  patents that issue, any continuation and any new
5  patents, foreign or domestic.  We're talking the
6  future here.  We're talking existing and the future.
7  It's two different things, two totally different
8  things here:  the existing patents and any new
9  patents.  Two different things altogether.

10        MS. GREENE:  I need to take a break.
11  Let's go off the record for just one second first.

12        MR. ZAYOTTI:  Okay.

13        (Pause)

14        MS. GREENE:  I do need just, say, twenty
15  minutes.

16        MR. ZAYOTTI:  Okay.

17        (In recess 1:58 p.m. to 3:26 p.m.)

18        MR. ZAYOTTI:  Just making a statement for
19  the record; you can add to it if you want, Maura.

20        The parties are actively engaged in
21  settlement discussions, exploring what may be a
22  settlement in principle.  We have agreed to suspend
23  the deposition.  We'll resume tomorrow morning if
24  necessary.

*James J. Reidy* 119

1   Is there anything you want to add to that?
2   MS. GREENE:  No.
3   MR. ZAYOTTI:   Thank you.
4   (Deposition concluded at 3:27 p.m.)