UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with <u>AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation;</u> United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

J.J. REIDY & CO., INC.,                    )
                                           )
              Plaintiff,                   )
v.                                         )
                                           )    **AFFIDAVIT OF**
AIRWATER CORPORATION and                   )    **JAMES P. HOBAN, ESQUIRE**
AIRWATER PATENTS CORPORATION, )
                                           )
              Defendants.                  )

I, James P. Hoban, on oath depose and state as follows:

1.      I am an attorney in good standing in the Commonwealth of Massachusetts and am co-counsel to plaintiff, J. J. Reidy & Co., Inc. ("J. J. Reidy") in the above-entitled action.

2.      Attached hereto as **Exhibit A** is a true and accurate copy of an assignment of "the entire right, title and interest" in patent number 5,106,512 from James J. Reidy ("Mr. Reidy") to his daughter, Janice BethAnne Reidy ("Janice Reidy"), executed on or about April 20, 1995 and filed in the Patent and Trademark Office ("PTO") on or about May 5, 1995. The assignment was filed in the PTO by Brian M. Dingman ("Attorney Dingman"), patent counsel to Mr. Reidy and J. J. Reidy.

3.      Attached hereto as **Exhibit B** is a true and accurate copy of an assignment of "the entire right, title and interest" in patent number 5,106,512 from Janice Reidy to J. J. Reidy executed on or about June 11, 1998 and filed with the PTO on or about June 29, 1998. This assignment was also filed in the PTO by Attorney Dingman.

{Client Files\LIT\304269\0002\PLD\00961376.DOC;1}

4.      Attached hereto as **Exhibit C** is a true and accurate copy of an assignment of "the entire right, title and interest" in patent number 5,149,446 from Mr. Reidy to Janice Reidy executed on or about April 20, 1995 and filed by Attorney Dingman in the PTO on or about May 5, 1995.

5.      Attached hereto as **Exhibit D** is a true and accurate copy of an assignment of "the entire right, title and interest" in patent number 5,149, 446 from Janice Reidy to J. J. Reidy executed on or about June 11, 1998 and filed in the PTO on or about June 29, 1998 by Attorney Dingman.

6.      Attached hereto as **Exhibit E** is a true and accurate copy of an assignment of "the entire right, title and interest" in patent number 5,203,989 from Mr. Reidy to Janice Reidy executed on or about April 20, 1995 and filed in the PTO on or about May 5, 1995 by Attorney Dingman.

7.      Attached hereto as **Exhibit F** is a true and accurate copy of an assignment of "the entire right, title, and interest" in patent number 5,203,989 from Janice Reidy to J. J. Reidy executed on or about June 11, 1998 and filed in the PTO on or about June 29, 1998 by Attorney Dingman.

8.      Attached hereto as **Exhibit G** is a true and accurate copy of an assignment of "the entire right, title, and interest" in patent number 5,366,705 from Mr. Reidy to Janice Reidy executed on or about April 20, 1995 and filed in the PTO on or about May 5, 1995 by Attorney Dingman.

9.      Attached hereto as **Exhibit H** is a true and accurate copy of an assignment of "the entire right, title and interest" in patent number 5,366,705 from Janice Reidy to J. J. Reidy executed on or about June 11, 1998 and filed in the PTO by Attorney Dingman on or about June 29, 1998.

-2-

10.    Attached hereto as **Exhibit I** is a true and accurate copy of a purported assignment of the "entire right, title and interest" in patent numbers 5,106,512, 5,149,446, 5,203,989, and 5,366,705 from Mr. Reidy to J.J. Reidy executed on or about August 12, 2003 and filed in the PTO by Attorney Dingman or about August 18, 2003.

11.    As demonstrated by **Exhibits A**, **C**, **E**, and **F** attached hereto, Mr. Reidy had already assigned all right, title and interest in those patents to his daughter, Janice Reidy, more than eight (8) years before the purported assignment attached hereto as **Exhibit I**, and she, in turn, had assigned those patents to J. J. Reidy more than five (5) years prior to the date of that alleged assignment.

12.    Attached hereto as **Exhibit J** is a true and accurate copy of a security agreement executed by Evenflo & Spalding Holdings Corporation, Spalding & Evenflo Companies, Inc., Evenflo Company, Inc., Etonic Worldwide Corporation, Lisco, Inc., S & E Finance Co., Inc., Spalding Sports Center, Inc., Etonic Lisco, Inc., Lisco Furniture, Inc., Lisco Feeding, Inc. and Lisco Sports, Inc. in favor of Bank of America National Trust & Savings Association, as administrative agent, executed on or about March 30, 1998 and filed in the PTO on or about May 20, 1998. Part 1 of the Form PTO-1565 concerning names of conveying party(ies) indicates that there are *no* additional names of conveying parties beyond the eleven (11) listed in Section 1. The security agreement was filed in the PTO by Nora A. Whitescarver of Mayer, Brown & Platt, 2000 Pennsylvania Avenue, Suite 3900, Washington, District of Columbia.

13.    The security agreement was executed on behalf of Evenflo & Spalding Holdings Corporation, Spalding & Evenflo Companies, Inc., Evenflo Company, Inc., Etonic Worldwide Corporation, Lisco, Inc., Spalding Sports Center, Inc., Etonic Lisco, Inc., Lisco Furniture, Inc., Lisco Feeding, Inc. and Lisco Sports, Inc. by W. Michael Kipphut, Treasurer and Vice President.

-3-

The security agreement was executed on behalf of S & E Finance Co., Inc. by Paul L. Whiting, President and CEO. See **Exhibit J**.

14.    Janice Reidy, who held all right, title and interest in patent number 5,366,705 as of March 30, 1998, is not listed as a party to the security agreement and did not execute it on behalf of any party or in any capacity. See **Exhibit J**. Similarly, neither Mr. Reidy nor anyone else purporting to act for or on behalf of J. J. Reidy is listed as a party to the security or executed it.

15.    There is no indication of any assignment of Janice Reidy's right, title and interest in patent number 5,366,705 to any of the eleven (11) companies listed as grantors in the security agreement had any right, title or interest in patent number 5,366,705 prior to March 30, 1998 or at any other any other time in the patent abstract for number 5,366,705 filed by the defendants on or about July 18, 2007 as Exhibit H to the Affidavit of Matthew P. Zayotti, Esquire.

16.    Attached hereto as **Exhibit K** is a true and accurate copy of a security agreement executed by Evenflo & Spalding Holdings Corporation, Spalding & Evenflo Companies, Inc., Evenflo Company, Inc., Etonic Worldwide Corporation, Lisco, Inc., S & E Finance Co., Inc., Spalding Sports Center, Inc., Etonic Lisco, Inc., Lisco Furniture, Inc., Lisco Feeding, Inc. and Lisco Sports, Inc. in favor of Bank of America National Trust & Savings Association, as administrative agent, on or about March 31, 1998 and filed in the PTO on or about May 22, 1998. Part 1 of the Form PTO-1565 concerning names of conveying party(ies) indicates that there are *no* additional names of conveying parties beyond the eleven (11) listed in Section 1. The security agreement purports to grant a security interest in 894 different patents and patent applications including patent number 5,366,705. The security agreement was filed in the PTO by Nora A. Whitescarver of Mayer, Brown & Platt, 2000 Pennsylvania Avenue, Suite 3900, Washington, District of Columbia.

-4-

17.    The security agreement was executed on behalf of Evenflo & Spalding Holdings Corporation, Spalding & Evenflo Companies, Inc., Evenflo Company, Inc., Etonic Worldwide Corporation, Lisco, Inc., Spalding Sports Center, Inc., Etonic Lisco, Inc., Lisco Furniture, Inc., Lisco Feeding, Inc. and Lisco Sports, Inc. by W. Michael Kipphut, Treasurer and Vice President. See **Exhibit K**.

18.    Janice Reidy, who held all right, title and interest in patent number 5,366,705 as of March 31, 1998, is not listed as a party to the security agreement and did not execute it in any capacity. See **Exhibit K**. Similarly, neither Mr. Reidy nor anyone else purporting to act for or on behalf of J. J. Reidy is listed as a party to the security or executed it.

19.    There is no indication of any assignment of Janice Reidy's right, title and interest in patent number 5,366,705 to any of the eleven (11) companies listed as grantors in the security agreement at any time prior to May 31, 1998 or at any other any other time in the patent assignment abstract for patent number 5,366,705 which was filed by the defendants on or about July 18, 2007 as Exhibit H to the Affidavit of Matthew P. Zayotti, Eqsuire.

20.    Attached hereto as **Exhibit L** is a true and accurate copy of email correspondence from Timothy R. Ryan, Esquire to Thomas J. Conte, Esquire, dated July 31, 2007.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1st DAY OF AUGUST 2007.**

James P. Hoban

-5-

# EXHIBIT A

{}

MRD 05-05-15

$40.00 581

05-23-1995

RECORDATION FORM COVER SHEET

RJ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ HEET

100006508

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| **James J. Reidy** | Name: **Janice BethAnne Reidy** |
| | Street Address: **1260 Main Street** |
| Additional names of conveying parties attached? ☐ Yes ☒ No | City: **Holden** |
| 3. Nature of conveyance: | State: **Massachusetts** |
| ☒ Assignment    ☐ Merger | Zip: **01520-1020** |
| ☐ Security Agreement    ☐ Change of Name | |
| ☐ Other _____ | Additional name(s) & address(es) attached? ☐ Yes ☒ No |
| Execution date: **April 20, 1995** | |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

   A.  Patent Application No.(s)                   B.  Patent No.(s) **5,106,512**

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: **1** |
|---|---|
| **Law Offices of Brian M. Dingman, P.C.**<br>**40 Speen Street**<br>**Framingham, MA  01701** | 7. Total fee (37 CFR 3.41):  **$40.00**<br>☒ Enclosed<br>☐ Authorized to be charged to deposit account |
| | 8.  Deposit account number:  **04-1130** |

DO NOT USE THIS SPACE

010 JR 05/17/95 5106512            1 581       40.00 CK

9.  Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Brian M. Dingman | | 5/3/95 |
|---|---|---|
| Name of person signing | Signature | Date |

Attorney Docket No.: **REI/954/US**         Total number of pages including cover sheet, attachments and document: **3**

PATENT
REEL: 7470 FRAME: 0325

## ASSIGNMENT

For valuable consideration, I, **James J. Reidy**, residing at **1260 Main Street, Holden, Massachusetts 01520-1020**, (hereinafter "the Assignor"), hereby assign to **Janice BethAnne Reidy**, an individual residing at **1260 Main Street, Holden, Massachusetts 01520-1020**, and her successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title and interest throughout the world in the inventions and improvements which are the subject of United States Patent No. 5,106,512, issued April 21, 1992, entitled

### POTABLE AIR-WATER GENERATOR

this assignment including said United States patent and any and all foreign patents granted for said inventions or improvements; and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at Holden, Mass, this 20th day of April, ~~199~~ 1995.

James J. Reidy

Commonwealth of Massachusetts }
}
County of Worcester }

Before me this 20th day of April 1995, ~~199~~, personally appeared James J. Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and acknowledged that he executed the same as his free act and deed for the purposes therein contained.

[Notary's
seal here]

Sandra M. Cotrost
Notary Public
My commission expires: 1/19/2001

REI/930

# EXHIBIT B

{}

07-08-1998

6·29·98

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
100756806

R SHEET

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| | |
|---|---|
| 1. Name of conveying party(ies):<br><br>**Janice BethAnne Reidy**<br><br><br>Additional names of conveying parties attached? ☐ Yes ■ No | 2. Name and address of receiving party(ies):<br><br>Name: **J.J.Reidy & Co., Inc.**<br><br>Street Address: **1260 Main Street**<br><br>City: **Holden**<br><br>State: **Massachusetts**<br><br>Zip: **01520-1020**<br><br>Additional name(s) & address(es) attached? ☐ Yes ■ No |
| 3. Nature of conveyance:<br><br>■ Assignment      ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Other _____<br><br>Execution date: June 11, 1998 | |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)                    B. Patent No.(s) 5,106,512

Additional numbers attached?  ☐ Yes  ■ No

| | |
|---|---|
| 5. Name and address of party to whom correspondence concerning this document should be mailed:<br><br>**Brian M. Dingman**<br>**Nields, Lemack & Dingman**<br>**176 East Main Street, Suite 8**<br>**Westborough, MA 01581** | 6. Total number of applications and patents involved: **1** |
| | 7. Total fee (37 CFR 3.41):  **$40.00**<br>■ Enclosed<br>☐ Authorized to be charged to deposit account |
| | 8. Deposit account number:  **04-1130** |

07/06/1998 DHGUYEN 00000119 5106512
0 FC:581                    40.00 OP

DO NOT USE THIS SPACE

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| | | |
|---|---|---|
| Brian M. Dingman | | 6/5/98 |
| Name of person signing | Signature | Date |

Attorney Docket No.: **REI/954/US**          Total number of pages including cover sheet, attachments and document: **2**

PATENT
REEL: 9279 FRAME: 0303

## ASSIGNMENT

For valuable consideration, I, **Janice BethAnne Reidy**, residing at 1260 Main Street, Holden, Massachusetts 01520-1020, and being a citizen of the United States of America, (hereinafter "the Assignor"), hereby assign to **J. J. Reidy & Co., Inc.**, a Massachusetts corporation having a principal place of business at 1260 Main Street, Holden, Massachusetts 01520-1020, and its successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title and interest throughout the world in the inventions and improvements which are the subject of a United States Patent number 5,106,512, entitled

### Potable Air-Water Generator

and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at ___Holden Ma___

this 11ᵗʰ day of ___June___, 1998.

_Janice BethAnne Reidy_
Janice BethAnne Reidy

Commonwealth of Massachusetts   }
                                }
County of ___Worcester___       }

Before me this 11ᵗʰ day of ___June___, 1998, personally appeared Janice BethAnne Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and acknowledged that Janice BethAnne Reidy executed the same as her free act and deed for the purposes therein contained.

[Notary's
seal here]

REI/954/US

Notary Public
My commission expires:

KENNETH F. MULRY
Notary Public
My Commission Expires
March 29, 2002

# EXHIBIT C

{}

$40⁰⁰  581  D

05-23-1995

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  ,HEET
100006510

**R**

MAIL ROOM
40
MAY
5
1995
PAT & TRADEMARK

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

| | |
|---|---|
| 1.  Name of conveying party(ies):<br><br>**James J. Reidy**<br><br><br>Additional names of conveying parties attached? □Yes ■No | 2.  Name and address of receiving party(ies):<br><br>Name:  **Janice BethAnne Reidy**<br><br>Street Address:  **1260 Main Street**<br><br>City:  **Holden**<br><br>State:  **Massachusetts**<br><br>Zip:  **01520-1020**<br><br>Additional name(s) & address(es) attached? □Yes ■No |

3.  Nature of conveyance:

■ Assignment          □ Merger
□ Security Agreement   □ Change of Name
□ Other _____

Execution date: **April 20, 1995**

4.  Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A.  Patent Application No.(s)            B.  Patent No.(s) **5,149,446**

Additional numbers attached? □ Yes ■ No

| | |
|---|---|
| 5.  Name and address of party to whom correspondence concerning document should be mailed:<br><br>**Law Offices of Brian M. Dingman, P.C.**<br>**40 Speen Street**<br>**Framingham, MA  01701** | 6.  Total number of applications and patents involved:  **1**<br><br>7.  Total fee (37 CFR 3.41):    **$40.00**<br>   ■ Enclosed<br>   □ Authorized to be charged to deposit account<br><br>8.  Deposit account number:    **04-1130** |

DO NOT USE THIS SPACE

PTO EN 05/17/95 5149446            1 581      40.00 CK

9.  Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Brian M. Dingman | | |
|---|---|---|
| Name of person signing | Signature | Date |

Attorney Docket No.: **REI/953/US**          Total number of pages including cover sheet, attachments and document: **3**

## ASSIGNMENT

For valuable consideration, I, **James J. Reidy**, residing at **1260 Main Street, Holden,**

**Massachusetts 01520-1020,** (hereinafter "the Assignor"), hereby assign to **Janice BethAnne**

**Reidy,** an individual residing at **1260 Main Street, Holden, Massachusetts 01520-1020**, and

her successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title

and interest throughout the world in the inventions and improvements which are the subject of

United States Patent No. 5,149,446, issued September 22, 1992, entitled

### POTABLE WATER GENERATOR

this assignment including said United States patent and any and all foreign patents granted for
said inventions or improvements; and I agree for myself and my heirs, legal representatives and
assigns, without further compensation to perform such lawful acts and to sign such further
applications, assignments, preliminary statements and other lawful documents as the Assignee
may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at Holden, Mass.

this 20th day of April, 1994, 1995,

James J. Reidy

Commonwealth of Massachusetts    }
                                 }
County of Worcester              }

Before me this 20th day of April 1995, 1994, personally appeared James J.
Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and
acknowledged that he executed the same as his free act and deed for the purposes therein
contained.

[Notary's
seal here]

Sandra M Forrest
Notary Public
My commission expires: 1|19|2001

REI/930

PATENT
REEL: 7470 FRAME: 0042

# EXHIBIT D

{}

07-08-1998

6.29.98

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
100756804

R SHEET

RECEIVED
JUN 29 1998

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): Janice BethAnne Reidy | 2. Name and address of receiving party(ies): Name: J.J. Reidy & Co., Inc. |
|---|---|
| Additional names of conveying parties attached? ☐Yes ■No | Street Address: 1260 Main Street |
| 3. Nature of conveyance: | City: Holden |
| ■ Assignment   ☐ Merger  ☐ Security Agreement  ☐ Change of Name  ☐ Other _____ | State: Massachusetts |
| | Zip: 01520-1020 |
| Execution date: June 11, 1998 | Additional name(s) & address(es) attached? ☐Yes ■No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)          B. Patent No.(s) 5,149,446

Additional numbers attached? ☐ Yes ■ No

| 5. Name and address of party to whom correspondence concerning this document should be mailed: Brian M. Dingman Nields, Lemack & Dingman 176 East Main Street, Suite 8 Westborough, MA 01581 | 6. Total number of applications and patents involved: 1 |
|---|---|
| | 7. Total fee (37 CFR 3.41): $40.00  ■ Enclosed  ☐ Authorized to be charged to deposit account |
| | 8. Deposit account number: 04-1130 |

07/06/1998 DNGUYEN 00000121 5149446

01 FC:581          40.00 OP

DO NOT USE THIS SPACE

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Brian M. Dingman | | 6/25/98 |
|---|---|---|
| Name of person signing | Signature | Date |

Attorney Docket No.: REI/953/US          Total number of pages including cover sheet, attachments and document: 2

PATENT
REEL: 9279 FRAME: 0298

## ASSIGNMENT

For valuable consideration, I, **Janice BethAnne Reidy**, residing at 1260 Main Street, Holden, Massachusetts 01520-1020, and being a citizen of the United States of America, (hereinafter "the Assignor"), hereby assign to **J. J. Reidy & Co., Inc.**, a Massachusetts corporation having a principal place of business at 1260 Main Street, Holden, Massachusetts 01520-1020, and its successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title and interest throughout the world in the inventions and improvements which are the subject of a United States Patent number 5,149,446, entitled

### Potable Water Generator

and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at _Holden MA_
this 11th day of _June_ , 1998.

_Janice BethAnne Reidy_
Janice BethAnne Reidy

Commonwealth of Massachusetts    )
                                 )
County of _Worcester_            )

Before me this 11th day of _June_ , 1998, personally appeared Janice BethAnne Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and acknowledged that Janice BethAnne Reidy executed the same as her free act and deed for the purposes therein contained.

[Notary's
seal here]

Notary Public
My commission expires:

KENNETH F. MULRY
Notary Public
My Commission Expires
March 29, 2002

REI/953/US

PATENT
REEL: 9279 FRAME: 0299

# EXHIBIT E

{}

$40.00   581

05-23-1995

R]                                                        **HEET**

*(stamp: MAIL ROOM MAY 10 1995)*

100006507

To the Honorable Commissioner of Patents and Trademarks:  Please record the attached original documents or copy thereof

| | |
|---|---|
| 1.  Name of conveying party(ies):<br><br>**James J. Reidy**<br><br><br>Additional names of conveying parties attached? ☐Yes ■No | 2.  Name and address of receiving party(ies):<br><br>Name:  **Janice BethAnne Reidy**<br><br>Street Address:  **1260 Main Street**<br><br>City:  **Holden** |
| 3.  Nature of conveyance:<br><br>■ Assignment          ☐ Merger<br>☐ Security Agreement  ☐ Change of Name<br>☐ Other _____<br><br>Execution date: **April 20, 1995** | State:  **Massachusetts**<br><br>Zip:  **01520-1020**<br><br>Additional name(s) & address(es) attached? ☐Yes ■No |

4.  Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A.  Patent Application No.(s)                    B.  Patent No.(s) **5,203,989**

Additional numbers attached? ☐ Yes ■ No

| | |
|---|---|
| 5.  Name and address of party to whom correspondence concerning document should be mailed:<br><br>**Law Offices of Brian M. Dingman, P.C.**<br>**40 Speen Street**<br>**Framingham, MA  01701** | 6.  Total number of applications and patents involved:  **1** |
| | 7.  Total fee (37 CFR 3.41):  **$40.00**<br>■ Enclosed<br>☐ Authorized to be charged to deposit account |
| | 8.  Deposit account number:   **04-1130** |

DO NOT USE THIS SPACE

040 ZR 05/17/95 5203989

1 581        40.00 CK

9.  Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| | | |
|---|---|---|
| Brian M. Dingman | *(signature)* | 5/3/95 |
| Name of person signing | Signature | Date |

Attorney Docket No.: **REI/955/US**          Total number of pages including cover sheet, attachments and document: **3**

## ASSIGNMENT

For valuable consideration, I, **James J. Reidy**, residing at **1260 Main Street, Holden,**

**Massachusetts 01520-1020**, (hereinafter "the Assignor"), hereby assign to **Janice BethAnne**

**Reidy**, an individual residing at **1260 Main Street, Holden, Massachusetts 01520-1020**, and

her successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title

and interest throughout the world in the inventions and improvements which are the subject of

United States Patent No. 5,203,989, issued April 20, 1993, entitled

## POTABLE AIR-WATER GENERATOR

this assignment including said United States patent and any and all foreign patents granted for said inventions or improvements; and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at Holden, Mass.

this 20th day of April , ~~1994~~. 1995.

James J. Reidy

Commonwealth of Massachusetts    }
                                 }
County of Worcester              }

Before me this 20th day of April 1995, ~~1994~~, personally appeared James J. Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and acknowledged that he executed the same as his free act and deed for the purposes therein contained.

[Notary's
seal here]

Sandra M Finneri
Notary Public
My commission expires: 1/19/2001

REI/930

PATENT
REEL: 7470 FRAME: 0328

# EXHIBIT F

{}

R    07-08-1998    HEET

6·29·98

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
100756805

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| **Janice BethAnne Reidy** | Name: **J.J. Reidy & Co., Inc.** |
| | Street Address: **1260 Main Street** |
| | City: **Holden** |
| Additional names of conveying parties attached? ☐Yes ■No | State: **Massachusetts** |
| 3. Nature of conveyance: | Zip: **01520-1020** |
| ■ Assignment   ☐ Merger ☐ Security Agreement   ☐ Change of Name ☐ Other _____ | Additional name(s) & address(es) attached? ☐Yes ■No |
| Execution date: June 11, 1998 | |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A.  Patent Application No.(s)          B.  Patent No.(s) 5,203,989

Additional numbers attached?  ☐ Yes  ■ No

| 5. Name and address of party to whom correspondence concerning this document should be mailed: | 6. Total number of applications and patents involved: **1** |
|---|---|
| **Brian M. Dingman** **Nields, Lemack & Dingman** **176 East Main Street, Suite 8** **Westborough, MA  01581** | 7. Total fee (37 CFR 3.41):  **$40.00** ■ Enclosed ☐ Authorized to be charged to deposit account |
| | 8. Deposit account number:  **04-1130** |

DO NOT USE THIS SPACE

07/06/1998 DNGUYEN 00000120 5203989
01 FC:581                    40.00 OP

9.  Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Brian M. Dingman | | 6/25/98 |
|---|---|---|
| Name of person signing | Signature | Date |

Attorney Docket No.: **REI/955/US**          Total number of pages including cover sheet, attachments and document: **2**

PATENT
REEL: 9279 FRAME: 0296

## ASSIGNMENT

For valuable consideration, I, **Janice BethAnne Reidy**, residing at 1260 Main Street, Holden, Massachusetts 01520-1020, and being a citizen of the United States of America, (hereinafter "the Assignor"), hereby assign to **J. J. Reidy & Co., Inc.**, a Massachusetts corporation having a principal place of business at 1260 Main Street, Holden, Massachusetts 01520-1020, and its successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title and interest throughout the world in the inventions and improvements which are the subject of a United States Patent number 5,203,989, entitled

### Potable Air-Water Generator

and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at ___Holden   MA___

this _11th_ day of _June_____, 1998.

_Janice BethAnne Reidy_
Janice BethAnne Reidy


Commonwealth of Massachusetts      }
                                   }
County of _Worcester_              }

Before me this _11th_ day of _June_____, 1998, personally appeared Janice BethAnne Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and acknowledged that Janice BethAnne Reidy executed the same as her free act and deed for the purposes therein contained.

[Notary's
seal here]

REI/955/US

_Notary Public_
Notary Public

My commission expires:
KENNETH F. MULRY
Notary Public
My Commission Expires
March 29, 2002

PATENT
REEL: 9279 FRAME: 0297

# EXHIBIT G

{}

$40.00   581   D

**REC** 05-23-1995 **ET**

|||||| 100006509 ||||||

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

| | |
|---|---|
| 1. Name of conveying party(ies):<br><br>**James J. Reidy**<br><br><br>Additional names of conveying parties attached? ☐Yes ☒No | 2. Name and address of receiving party(ies):<br><br>Name: **Janice BethAnne Reidy**<br><br>Street Address: **1260 Main Street**<br><br>City: **Holden** |
| 3. Nature of conveyance:<br><br>☒ Assignment          ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Other _____<br><br>Execution date: **April 20, 1995** | State: **Massachusetts**<br><br>Zip: **01520-1020**<br><br>Additional name(s) & address(es) attached? ☐Yes ☒No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)          B. Patent No.(s) **5,366,705**

Additional numbers attached? ☐ Yes ☒ No

| | |
|---|---|
| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>**Law Offices of Brian M. Dingman, P.C.**<br>**40 Speen Street**<br>**Framingham, MA  01701** | 6. Total number of applications and patents involved: **1** |
| | 7. Total fee (37 CFR 3.41):  **$40.00**<br>☒ Enclosed<br>☐ Authorized to be charged to deposit account |
| | 8. Deposit account number:  **04-1130** |

DO NOT USE THIS SPACE

019 ZP 05/17/95 5366705                1 591         40.00 CK

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Brian M. Dingman | | |
|---|---|---|
| Name of person signing | Signature | Date |

Attorney Docket No.: **REI/942/US**          Total number of pages including cover sheet, attachments and document: **3**

## ASSIGNMENT

For valuable consideration, I, **James J. Reidy**, residing at **1260 Main Street, Holden, Massachusetts 01520-1020**, (hereinafter "the Assignor"), hereby assign to **Janice BethAnne Reidy**, an individual residing at **1260 Main Street, Holden, Massachusetts 01520-1020**, and her successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title and interest throughout the world in the inventions and improvements which are the subject of United States Patent No. 5,366,705, issued November 22, 1994, entitled

## GRAVITY FEED ULTRAVIOLET LIQUID STERILIZATION SYSTEM

this assignment including said United States patent and any and all foreign patents granted for said inventions or improvements; and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at Holden, Mass. this 20th day of April , 1994, 1995,

James J. Reidy

Commonwealth of Massachusetts  }
}
County of Worcester  }

Before me this 20th day of April 1995, 1994, personally appeared James J. Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and acknowledged that he executed the same as his free act and deed for the purposes therein contained.

[Notary's
seal here]

Sandra M. Forrest
Notary Public
My commission expires: 1/19/2001

REI/042/US

# EXHIBIT H

{}

07-08-1998

**SHEET**

RECEIVED

100757051

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

MRD 6-29-98

| | |
|---|---|
| 1. Name of conveying party(ies):<br><br>**Janice BethAnne Reidy**<br><br><br>Additional names of conveying parties attached? ☐ Yes ■ No | 2. Name and address of receiving party(ies):<br><br>Name: **J.J. Reidy & Co., Inc.**<br><br>Street Address: **1260 Main Street**<br><br>City: **Holden**<br><br>State: **Massachusetts**<br><br>Zip: **01520-1020** |
| 3. Nature of conveyance:<br><br>■ Assignment     ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Other _____<br><br>Execution date: June 11, 1998 | Additional name(s) & address(es) attached? ☐ Yes ■ No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)                    B. Patent No.(s) 5,366,705

Additional numbers attached? ☐ Yes ■ No

| | |
|---|---|
| 5. Name and address of party to whom correspondence concerning this document should be mailed:<br><br>**Brian M. Dingman**<br>**Nields, Lemack & Dingman**<br>**176 East Main Street, Suite 8**<br>**Westborough, MA 01581** | 6. Total number of applications and patents involved: 1 |
|  | 7. Total fee (37 CFR 3.41): **$40.00**<br>■ Enclosed<br>☐ Authorized to be charged to deposit account |
|  | 8. Deposit account number:    04-1130 |

07/06/1998 DNGUYEN 00000237 5366705

01 FC:581                     40.00 OP

DO NOT USE THIS SPACE

9. Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| | | |
|---|---|---|
| Brian M. Dingman | | 6/2/98 |
| Name of person signing | Signature | Date |

Attorney Docket No.: **REI/942/US**         Total number of pages including cover sheet, attachments and document: 2

## ASSIGNMENT

For valuable consideration, I, **Janice BethAnne Reidy**, residing at 1260 Main Street, Holden, Massachusetts 01520-1020, and being a citizen of the United States of America, (hereinafter "the Assignor"), hereby assign to **J. J. Reidy & Co., Inc.**, a Massachusetts corporation having a principal place of business at 1260 Main Street, Holden, Massachusetts 01520-1020, and its successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title and interest throughout the world in the inventions and improvements which are the subject of a United States Patent number 5,366,705, entitled

### Gravity Feed Ultraviolet Liquid Sterilization System

and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at ___Holden  MA___

this _11th_ day of _June_ , 1998.

_Janice BethAnne Reidy_
Janice BethAnne Reidy

Commonwealth of Massachusetts    }
                                 } .
County of _Worcester_            }

Before me this _11th_ day of _June_ , 1998, personally appeared Janice BethAnne Reidy, known to me to be the person whose name is subscribed to the foregoing assignment and acknowledged that Janice BethAnne Reidy executed the same as her free act and deed for the purposes therein contained.

[Notary's
seal here]

_Notary signature_
Notary Public
My commission expires:

KENNETH F. MULRY
Notary Public
My Commission Expires
March 29, 2002

REI/942/US

PATENT
REEL: 9267 FRAME: 0941

# EXHIBIT I

{}

**RECO[**

|||||||||||||||||||||||||||||||

102529817

OFFICE OF PUBLIC RECORDS

2003 AUG 18  PM 3: 39

FINANCE SECTION

To the Honorable Commissioner for Patents:  Please record the attached original documents or copy thereof

| | |
|---|---|
| 1.  Name of conveying party(ies):  8-18-03<br><br>James J. Reidy<br><br>Additional names of conveying parties attached? ☐ Yes ☒ No | 2.  Name and address of receiving party(ies):<br><br>Name:  J.J. Reidy and Company, Inc<br><br>Street Address:  1260 Main Street<br><br>City:  Holden<br><br>State:  Massachusetts<br><br>Zip:  01520 |
| 3.  Nature of conveyance:<br><br>☒ Assignment          ☐ Merger<br>☐ Security Agreement    ☐ Change of Name<br>☐ Other _____<br><br>Execution date:  August 12, 2003 | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

4.  Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is:

A.  Patent Application No.(s)

B.  Patent No.(s)
5,106,512      5149,446
5,203,989      5,366,705

Additional numbers attached? ☐ Yes ☒ No

| | |
|---|---|
| 5.  Name and address of party to whom correspondence concerning this document should be mailed:<br><br>Brian M. Dingman, Esq.<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1700 West Park Drive<br>Westborough, MA 01581 | 6.  Total number of applications and patents involved:  1 |
| | 7.  Total fee (37 CFR 3.41):      **$160.00**<br><br>☒ Enclosed<br>☐ Authorized to be charged to deposit account |
| | 8.  Deposit account number:  **50-1582** |

DO NOT USE THIS SPACE

0/19/2003 DMYRME   00000039 5106512

01 FC:8021                     160.00 OP

9.  Statement and signature.

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Brian M. Dingman, Esq., Reg. No. 32,729          August 15, 2003
Name of person signing          Signature          Date

Attorney Docket No.: 16844-00001          Total number of pages including cover sheet, attachments and document:  **2**

{H:\PA\CORP\16844\00001\A0651791.DOC}

## ASSIGNMENT

For valuable consideration, I, JAMES J. REIDY, residing at 1260 Main Street, Holden, Massachusetts 01520, and being a citizen of the United States of America, (hereinafter "the Assignor"), hereby assign, effective as of March 1, 2003, to J.J. Reidy and Company, Inc., a Massachusetts corporation having its principal place of business at 1260 Main Street, Holden Massachusetts 01520, and its successors and assigns (collectively hereinafter called "the Assignee"), the entire right, title and interest throughout the world in the inventions and improvements which are the subject of the below-listed United States Patents:

| U.S. PAT NO. | ISSUE DATE | TITLE |
|---|---|---|
| 5,106,512 | 04/21/1992 | PORTABLE AIR WATER GENERATOR; |
| 5,149,446 | 09/22/1992 | POTABLE WATER GENERATOR; |
| 5,203,989 | 04/20/1993 | POTABLE AIR-WATER GENERATOR; and |
| 5,366,705 | 11/22/1994 | GRAVITY FEED ULTRAVIOLET LIQUID STERILIZATION SYSTEM |

this assignment including said United States patents and any and all foreign patents granted for said inventions or improvements; and I agree for myself and my heirs, legal representatives and assigns, without further compensation to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

In Witness Whereof, I hereto set my hand and seal at _Holden, Mass_ this _12th_ day of _August_, 2003.

_JAMES J. REIDY_

### COMMONWEALTH OF MASSACHUSETTS

_____, SS.    _August /12_, 2003

Then personally appeared the above-named JAMES J. REIDY and acknowledged the foregoing instrument to be his free act and deed, before me.

Notary Public
My commission expires:_____

NURJAN M. WILKIE
Notary Public
My Commission Expires November 25, 2005

(H:\PA\CDXP\1684\00001\A0650502.DOC)

RECORDED: 08/18/2003

PATENT
REEL: 014384 FRAME: 0524

# EXHIBIT J

{}

FORM PTO-1565    RE **[barcode]** ET    U.S. DEPARTMENT OF COMMERCE
08-27-1998    Patent and Trademark Office

RESuB.

100767650

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| EVENFLO & SPALDING HOLDINGS CORPORATION<br>SPALDING & EVENFLO COMPANIES, INC.<br>EVENFLO COMPANY, INC.<br>ETONIC WORLDWIDE CORPORATION<br>LISCO, INC.<br>S&E FINANCE CO., INC.<br>SPALDING SPORTS CENTERS, INC.<br>ETONIC LISCO, INC.<br>LISCO FURNITURE, INC.<br>LISCO FEEDING, INC.<br>LISCO SPORTS, INC. | Name: BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION<br>as Administrative Agent<br><br>Internal Address:<br><br>2 0 |

Additional names(s) of conveying party(ies) attached? ☐ Yes ☒ No

3. Nature of conveyance: MRD 5-20-98

☐ Assignment    ☐ Merger

☒ Security Agreement    ☐ Change of Name

☐ Other _____

Execution Date: March 30, 1998

Street Address: 1455 Market Street, 12th Floor

City: San Francisco    State: CA    ZIP: 94103

Additional name(s) & address(es) attached? ☐ Yes ☒ No

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: _____

Application Numbers:    Registration Numbers:

SEE ATTACHED LIST    SEE ATTACHED LIST

Additional numbers attached? ☒ Yes ☐ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 894 |
|---|---|
| Name: Nora A. Whitescarver<br>Internal Address: Mayer, Brown & Platt<br><br>Street Address: 2000 Pennsylvania Ave., N.W.<br>Suite 3900<br>City: Washington    State: D.C.    ZIP: 20006 | 7. Total fee (37 CFR 3.41) $44,520.00<br>(Overpayment of $8,760.00 Refund Requested)<br>☒ Enclosed (Check No. 018714)<br>☐ Authorized to be charged to deposit account<br>8. Deposit account number: 35760E<br>(Attach duplicate copy of this page if paying by deposit account) |

06/02/1998 DCOATES 00000001 380973

01 FC:581    35760.00 OP

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Nora A. Whitescarver
Name of Person Signing    Signature    May 21, 1998
Date

Total number of pages including cover sheet, attachments and documents: 252

PATENT
REEL: 9342 FRAME: 0379

MASTER FILE REPORT                          PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
1
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 005338 | | PATENT NO:    380973    BABY MONITOR TRANSMITTER | GRANT DATE: 07/15/1997 |
| 001480 | | PATENT NO:    4101042    BOTTLE DISC | GRANT DATE: 07/18/1978 |
| 001593 | | PATENT NO:    4186454    PORTABLE PLAYPEN HOUDINI | GRANT DATE: 02/05/1980 |
| 001836 | C | PATENT NO:    4231612    BABY CARRIER AND CAR SEAT (DYN-O-MITE) | GRANT DATE: 11/04/1980 |
| 001699 | | PATENT NO:    4288123    HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) | GRANT DATE: 09/08/1981 |
| 005341 | | PATENT NO:    4323233    PENDULUM SWING | GRANT DATE: 04/06/1982 |
| 001493 | | PATENT NO:    4343510    CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | GRANT DATE: 08/10/1982 |
| 001914 | C | PATENT NO:    4376551    CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | GRANT DATE: 03/15/1983 |
| 005296 | | PATENT NO:    4434920    SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER | GRANT DATE: 03/06/1984 |

PATENT
REEL 9342 FRAME 0380

05/14/1996

MASTER FILE REPORT
2
EVENFLO U.S. PATENTS

PCMASTER REPORTER

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|------------|-----------|--------------------|----------------------|
| 002149 | | PATENT NO: 4568122 | GRANT DATE: 02/04/1986 |
| | | WINGS AUTO BOOSTER SEAT UTILITY | |
| 002354 | | PATENT NO: 4754999 | GRANT DATE: 07/05/1988 |
| | | 7 YEAR CAR SEAT | |
| 005295 | | PATENT NO: 4777672 | GRANT DATE: 10/18/1988 |
| | | CHILDREN'S CONVERTIBLE TOILET APPARATUS | |
| 002298 | | PATENT NO: 4802248 | GRANT DATE: 02/07/1989 |
| | | SPRING HANGER ASSEMBLY (ALL WOOD CRIBS) | |
| 002786 | | PATENT NO: 4826246 | GRANT DATE: 05/02/1989 |
| | | CHILD SAFETY SEAT (ULTARA II WITH T-SHIELD) | |
| 005410 | D | PATENT NO: 4832367 | GRANT DATE: 05/23/1989 |
| | | BELT RESTRAINING APPARATUS FOR AUTO PASSENGERS | |
| 002741 | | PATENT NO: 4892517 | GRANT DATE: 01/09/1990 |
| | | BREAST PUMP (1986 VERSION) | |
| 003010 | | PATENT NO: 4912818 | GRANT DATE: 04/03/1990 |
| | | BELT ADJUSTING APPARATUS (ULTARA I) | |
| 003014 | | PATENT NO: 4943113 | GRANT DATE: 07/24/1990 |
| | | CHILD RESTRAINT SYSTEM WITH IMPROVED BASE (JOYRIDE) | |

05/14/1998     9  54     PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
3
EVENFLO U.S. PATENTS

Docket No.     Case Type              GRANT DATE: Grant Dt
----- ---     --- ----
003082         PATENT NO: Pat No.
               ----- ---     ----- ----
               PATENT NO: 4958887  GRANT DATE: 09/25/1990
               ----- ---           ----- --
               PATENT NO:          GRANT DATE: 09/25/1990
               INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS

003129         PATENT NO:          4962965  GRANT DATE: 10/16/1990
               SEAT BELT ASSEMBLY FOR HIGH CHAIRS

003539         PATENT NO:          4968091  GRANT DATE: 11/06/1990
               ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
               (CHAIR & STAIR)

003161         PATENT NO:          4968092  GRANT DATE: 11/06/1990
               HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM)
               (SIDEWINDER)

005292         PATENT NO:          4984895  GRANT DATE: 01/15/1991
               VEHICLE SEAT FOR A CHILD

003078         PATENT NO:          4985948  GRANT DATE: 01/22/1991
               FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER - SECOND
               VERSION

003095         PATENT NO:          5020680  GRANT DATE: 06/04/1991
               DISPOSABLE NURSER SHELL & HOOD (1988)

005289         PATENT NO:          5061012  GRANT DATE: 10/29/1991
               CHILD CAR SEAT WITH AUTOMATICE HARNESS ADJUST

PATENT
REEL: 9349 FRAME: 0382

PCMASTER REPORTER

MASTER FILE REPORT
4
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---- --- | ---- --- | ----- --- --- --- | ----- ---- -- ---- |
| 003117 | | PATENT NO:    5106154 | GRANT DATE: 04/21/1992 |
| | | CAR SEAT WITH INTEGRAL | |
| | | CONVERTIBLE FRAME (CHAMPION) | |
| 005340 | | PATENT NO:    5172955 | GRANT DATE: 12/22/1992 |
| | | BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT | |
| 003376 | | PATENT NO:    5181761 | GRANT DATE: 01/26/1993 |
| | | CHILD RESTRAINT SYSTEM (ULTARA I) | |
| 003353 | | PATENT NO:    5181765 | GRANT DATE: 01/26/1993 |
| | | HEAT TREATED LATCH PLATE | |
| | | (ULTARA II CAR SEAT) | |
| 003258-1 | | PATENT NO:    5183311 | GRANT DATE: 02/02/1993 |
| | | PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY) | |
| 005285 | | PATENT NO:    5210532 | GRANT DATE: 05/11/1993 |
| | | BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY | |
| 005319 | | PATENT NO:    5272840 | GRANT DATE: 12/28/1993 |
| | | SECURITY GATE WITH WALK-THROUGH FEATURE | |
| 005288 | | PATENT NO:    5277472 | GRANT DATE: 01/11/1994 |
| | | MULTI-FUNCTION INFANT SEAT | |
| 005291 | | PATENT NO:    5280635 | GRANT DATE: 01/18/1994 |
| | | BABY MONITOR TRANSMITTER | |

PATENT
REEL:9342 FRAME:0383

MASTER FILE REPORT
5
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| ---- | ---- | ---- | ---- |
| 003705 | | PATENT NO: 5288283 | GRANT DATE: 02/22/1994 |
| | | DOORWAY EXERCISER (U) (NEW JOHNNY JUMP UP) | |
| 003780 | | PATENT NO: 5292336 | GRANT DATE: 03/08/1994 |
| | | PACIFIER WITH HANDLE (UTILITY) (DISNEY) | |
| 005406 | | PATENT NO: 5317765 | GRANT DATE: 06/07/1994 |
| | | COLLAPSIBLE INFANT BATH RING | |
| 005325 | | PATENT NO: 5322343 | GRANT DATE: 06/21/1994 |
| | | INFANT CAR SEAT | |
| 003950 | | PATENT NO: 5324094 | GRANT DATE: 06/28/1994 |
| | | HANDLE FOR INFANT CAR SEAT (CARRY RIGHT) | |
| 005331 | | PATENT NO: 5326327 | GRANT DATE: 07/05/1994 |
| | | SWING ASSEMBLY | |
| 003925 | | PATENT NO: 5361934 | GRANT DATE: 11/08/1994 |
| | | POP-UP STRAW FOR JUVENILE DRINKING CUP | |
| 003930 | | PATENT NO: 5385387 | GRANT DATE: 01/31/1995 |
| | | CHILD CARRIER WITH DETACHABLE BASE (ON MY WAY) | |

PATENT
REEL: 019342 FRAME: 0384

05/14/1998    9 54    PAGE:

MASTER FILE REPORT                                    PCMASTER REPORTER
6
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ------- | ---- | ----- ----- ----- | ----- ----- ----- -- |
| 003896 | | PATENT NO: 5407246 GRANT DATE: 04/18/1995 | |
| | | CHILD'S EXERCISER/ROCKER (U) | |
| | | (EXERSAUCER) | |
| 003950-1 | C | PATENT NO: 5409292 GRANT DATE: 04/25/1995 | |
| | | HANDLE FOR INFANT CAR SEAT | |
| | | (CARRY RIGHT) | |
| 003862 | | PATENT NO: 5427432 GRANT DATE: 06/27/1995 | |
| | | ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY) | |
| | | (ULTARA) | |
| 005343 | | PATENT NO: 5437115 GRANT DATE: 08/01/1995 | |
| | | SECURITY GATE APPARATUS | |
| 003641 | | PATENT NO: 5445585 GRANT DATE: 08/29/1995 | |
| | | SPRING HOUSING AND SPREADER ASSEMBLY | |
| | | (NEW JOYNNY JUMP-UP AND QUACKERS) | |
| 004215 | | PATENT NO: 5458398 GRANT DATE: 10/17/1995 | |
| | | INFANT CAR SEAT WITH RECESSED BELT PATH | |
| | | (EASY 5) | |
| 003950-1 | C | PATENT NO: 5478135 GRANT DATE: 12/26/1995 | |
| | | CHILD CARRIER WITH DETACHABLE BASE | |
| | | (ON MY WAY) (CIP Appln) | |
| 003963 | | PATENT NO: 5489138 GRANT DATE: 02/06/1996 | |
| | | IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U) | |
| | | (CELEBRITY) | |

PATENT
REEL: 9332 FRAME: 0385

MASTER FILE REPORT
7
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9  54    PAGE::

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| --- --- | --- --- | --- --- | --- --- --- |
| 003786 | | PATENT NO:        5507558  AUTO BOOSTER SEAT W/SHIELD (SIDEKICK) | GRANT DATE: 04/16/1996 |
| 003950-1-1 | C | PATENT NO:        5516190  HANDLE FOR INFANT CAR SEAT (CARRY RIGHT) | GRANT DATE: 05/14/1996 |
| 005305 | | PATENT NO:        5531258  FOLDING SOFT GATE | GRANT DATE: 07/02/1996 |
| 005318 | | PATENT NO:        5533959  WIRELESS REMOTE MONITORS | GRANT DATE: 07/09/1996 |
| 004158 | | PATENT NO:        5535457  BLOW MOLDED CRIB (U) (HUNTINGTON BABY CRIB) | GRANT DATE: 07/16/1996 |
| 004222 | | PATENT NO:        5553336  PLAYYARD AND BASSINET COMBINATION (HAPPY CAMPER) | GRANT DATE: 09/10/1996 |
| 005539 | | PATENT NO:        5558400  ADJUSTABLE HEIGHT HIGH CHAIR | GRANT DATE: 09/24/1996 |
| 005303 | | PATENT NO:        5575530  INFANT BOUNCER | GRANT DATE: 11/19/1996 |

PATENT
REEL: 9342 FRAME: 0383

MASTER FILE REPORT                    PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
8
EVENFLO U.S.  PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|------------|-----------|--------------------|----------------------|
| 005314 | | PATENT NO:    5588158 | GRANT DATE: 12/31/1996 |
| | | BATH RING | |
| 005316 | | PATENT NO:    5599060 | GRANT DATE: 02/04/1997 |
| | | CHILD'S BOOSTER SEAT FOR VEHICLES | |
| 004175-1 | F | PATENT NO:    5609393 | GRANT DATE: 03/11/1997 |
| | | RECLINING MECHANISM FOR TODDLER CAR SEATS (EASY 5) | |
| 005312 | | PATENT NO:    5638885 | GRANT DATE: 06/17/1997 |
| | | BABY MONITOR RECEIVER | |
| 005284 | | PATENT NO:    5643035 | GRANT DATE: 07/01/1997 |
| | | BUBBLE PRODUCING DEVICE | |
| 004483 | | PATENT NO:    5644806 | GRANT DATE: 07/08/1997 |
| | | PLAYYARD SYSTEM WITH HANDLE AND WHEELS (U) (ROLL N GO) | |
| 004496 | | PATENT NO:    5662339 | GRANT DATE: 09/02/1997 |
| | | IMPROVED INFANT FRAME CARRIER (HIKE N' ROLL) (U) | |
| 004226 | | PATENT NO:    5690383 | GRANT DATE: 11/25/1997 |
| | | BABY BUNGEE JUMPER (U) (THIRD VERSION) | |

PATENT
REEL: 9342 FRAME: 0337

MASTER FILE REPORT                              PCMASTER REPORTER                              05/14/1998    9  54    PAGE:
9
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 005317 | | PATENT NO:    5692655 | GRANT DATE: 12/02/1997 |
| | | SOFT CARRIER FOR A CHILD | |
| 003896-2 | C | PATENT NO:    5704576 | GRANT DATE: 01/06/1998 |
| | | CLIP FOR A CHILD'S EXERCISER/ROCKER (U) | |
| | | (EXERSAUCER) (CIP) | |
| 005308 | | PATENT NO:    5708970 | GRANT DATE: 01/13/1998 |
| | | WIRELESS SOUND MONITORING APPARATUS | |
| | | WITH SUBAUDIBLE SQUELCH CONTROL | |
| 004299 | | PATENT NO:    5727798 | GRANT DATE: 03/17/1998 |
| | | CHILD STROLLER AND INFANT CARRIER SYSTEM | |
| | | (U) (ON MY WAY) | |
| 004744 | | PATENT NO:    5738410 | GRANT DATE: 04/14/1998 |
| | | RECLINE MECHANISM FOR THREE-WHEELED STROLLER | |
| 004799 | | PATENT NO:    5745954 | GRANT DATE: 05/05/1998 |
| | | PLAYYARD HINGE | |
| | | (HAPPY CAMPER) | |
| 004768 | | PATENT NO:    5752283 | GRANT DATE: 05/19/1998 |
| | | ECONOMY BOTTOM PLAYYARD | |
| 005083 | | PATENT NO:    5759195 | GRANT DATE: 06/02/1998 |
| | | MESH PACIFIER | |
| | | (1997) | |

MASTER FILE REPORT
10
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|
| ------- | --------- | ---------- | ------- | ----------- | -------- |
| 001928 | D | PATENT NO: DRESSER MIRROR | D268468 | GRANT DATE: | 04/05/1983 |
| 001924 | D | PATENT NO: FIVE-DRAWER CHEST | D268974 | GRANT DATE: | 05/17/1983 |
| 001956 | D | PATENT NO: STROLLER | D274714 | GRANT DATE: | 07/17/1984 |
| 002001 | D | PATENT NO: CRIB END (WINDSOR--W/O DECO END SPIND) | D274876 | GRANT DATE: | 07/31/1984 |
| 002002 | D | PATENT NO: CRIB END (CASABLANCA WICKER) | D274877 | GRANT DATE: | 07/31/1984 |
| 002096 | D | PATENT NO: BOOSTER SEAT (2-STAGE MODEL) | D276098 | GRANT DATE: | 10/30/1984 |
| 002179 | D | PATENT NO: DESIGN OF BOOSTER SEAT (4-STAGE MODEL) | D276099 | GRANT DATE: | 10/30/1984 |
| 002017 | D | PATENT NO: TOY GOAT | D276635 | GRANT DATE: | 12/04/1984 |
| 002013 | D | PATENT NO: TOY CELERY (SQUEEZY) | D276636 | GRANT DATE: | 12/04/1984 |

PATENT
REEL: 9343 FRAME: 0389

MASTER FILE REPORT                                    PCMASTER REPORTER                           05/14/1998    9 54    PAGE:
11
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 002014 | D | PATENT NO:<br>TOY BANANA | D276637 GRANT DATE: 12/04/1984 |
| 002042 | D | PATENT NO:<br>TOY OCTOPUS | D276638 GRANT DATE: 12/04/1984 |
| 002039 | D | PATENT NO:<br>TOY DOG (SQUEEZE PET) | D276639 GRANT DATE: 12/04/1984 |
| 002041 | D | PATENT NO:<br>TOY CAT | D276640 GRANT DATE: 12/04/1984 |
| 002016 | D | PATENT NO:<br>TOY HORSE | D276641 GRANT DATE: 12/04/1984 |
| 002040 | D | PATENT NO:<br>TOY MOUSE | D276643 GRANT DATE: 12/04/1984 |
| 002035 | D | PATENT NO:<br>TOY ELEPHANT TEETHER | D276653 GRANT DATE: 12/04/1984 |
| 002034 | D | PATENT NO:<br>TOY DOG TEETHER | D276738 GRANT DATE: 12/11/1984 |
| 002021 | D | PATENT NO:<br>TOY CLOWN | D276739 GRANT DATE: 12/11/1984 |

PATENT
REEL: 9342 FRAME: 0390

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
12
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 002043 | D | PATENT NO:<br>TOY SEAHORSE | D276834 GRANT DATE: 12/18/1984 |
| 002033 | D | PATENT NO:<br>TOY KITTEN TEETHER | D276845 GRANT DATE: 12/18/1984 |
| 002045 | D | PATENT NO:<br>TOY RABBIT RATTLE | D276925 GRANT DATE: 12/25/1984 |
| 002015 | D | PATENT NO:<br>TOY BEAR | D276929 GRANT DATE: 12/25/1984 |
| 002023 | D | PATENT NO:<br>TOY TIGER | D277016 GRANT DATE: 01/01/1985 |
| 002029 | D | PATENT NO:<br>TOY ORANGE RATTLE | D277017 GRANT DATE: 01/01/1985 |
| 002028 | D | PATENT NO:<br>TOY PEAR RATTLE | D277018 GRANT DATE: 01/01/1985 |
| 002019 | D | PATENT NO:<br>TOY HAMMER | D277119 GRANT DATE: 01/08/1985 |
| 002067 | D | PATENT NO:<br>CRIB END (ANTIQUITY) | D277157 GRANT DATE: 01/15/1985 |

PATENT
REEL: 9343 FRAME: 0391

MASTER FILE REPORT
13
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|
| 002046 | D | PATENT NO: TOY SQUIRREL RATTLE | D277197 | GRANT DATE: | 01/15/1985 |
| 002047 | D | PATENT NO: TOY KITTEN (RATTLE) | D277198 | GRANT DATE: | 01/15/1985 |
| 002020 | D | PATENT NO: TOY PLIERS | D277203 | GRANT DATE: | 01/15/1985 |
| 002012 | D | PATENT NO: SQUEEZY (TOY CARROT) DESIGN | D277216 | GRANT DATE: | 01/15/1985 |
| 002044 | D | PATENT NO: TOY DUCK | D277496 | GRANT DATE: | 02/05/1985 |
| 002048 | D | PATENT NO: TOY BUNNY RABBIT RATTLE | D277587 | GRANT DATE: | 02/12/1985 |
| 002049 | D | PATENT NO: TOY PUPPY DOG RATTLE | D277588 | GRANT DATE: | 02/12/1985 |
| 002018 | D | PATENT NO: TOY SAW | D277589 | GRANT DATE: | 02/12/1985 |
| 005320 | D | PATENT NO: INFANT CARRIER | D277811 | GRANT DATE: | 03/05/1985 |

PATENT
REEL: 9342 FRAME: 0392

MASTER FILE REPORT                          PCMASTER REPORTER                    05/14/1998   9 54   PAGE:
14
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 002022 | D | PATENT NO: D277880 | GRANT DATE: 03/05/1985 |
| | | TOY BEAR | |
| 002050 | D | PATENT NO: D278071 | GRANT DATE: 03/19/1985 |
| | | TOY BIRD RATTLE | |
| 002131 | D | PATENT NO: D282731 | GRANT DATE: 02/25/1986 |
| | | STROLLER HANDLE (ALA CARTE) | |
| 002132 | D | PATENT NO: D282831 | GRANT DATE: 03/04/1986 |
| | | STROLLER (ALA CARTE) | |
| 002130 | D | PATENT NO: D282832 | GRANT DATE: 03/04/1986 |
| | | STROLLER FOOT REST (ALA CARTE) | |
| 005342 | D | PATENT NO: D288019 | GRANT DATE: 01/27/1987 |
| | | DIAPER PAIL | |
| 002249 | D | PATENT NO: D289830 | GRANT DATE: 05/19/1987 |
| | | CHILD'S BOOSTER SEAT (WINGS) | |
| 002274 | D | PATENT NO: D297032 | GRANT DATE: 08/02/1988 |
| | | TOY PUZZLE | |
| 002271 | D | PATENT NO: D301596 | GRANT DATE: 06/13/1989 |
| | | WATER TOY TURTLE FIGURE | |

PATENT
REEL: 9342 FRAME: 0393

05/14/1998    9 54

PCMASTER REPORTER

MASTER FILE REPORT
15
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 002277 | D | TOY MONEY BANK | D301931 GRANT DATE: 06/27/1989 |
| 002760 | D | BABY BOTTLE (EASY HOLD) | D304763 GRANT DATE: 11/21/1989 |
| 002479 | D | CAR SEAT (7 YEAR CAR SEAT) | D305283 GRANT DATE: 01/02/1990 |
| 002925 | D | BABY CARRIAGE | D307879 GRANT DATE: 05/15/1990 |
| 003017 | D | CHILD'S TRAINING CHAIR (POTTY SEAT) (PERFECT POTTY) | D308573 GRANT DATE: 06/12/1990 |
| 002919 | D | BREAST PUMP (1986 MANUAL) | D309500 GRANT DATE: 07/24/1990 |
| 002948 | D | STROLLER WHEEL | D309886 GRANT DATE: 08/14/1990 |
| 003034 | D | STROLLER WHEEL HUB | D310200 GRANT DATE: 08/28/1990 |
| 003020 | D | STROLLER WHEEL HUB CAP | D310654 GRANT DATE: 09/18/1990 |

MASTER FILE REPORT                              PCMASTER REPORTER                              05/14/1998     9 54     PAGE:
16
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|------------|-----------|--------------------|----------------------|
| ------ | ---- | ---- ---- | ---- ---- |
| 002875 | D | PATENT NO: D311281 GRANT DATE: 10/16/1990 A CHILD'S SAFETY SEAT (WITH T-SHIELD) | |
| 002867 | D | PATENT NO: D311822 GRANT DATE: 11/06/1990 INFANT SAFETY SEAT (JOYRIDE) | |
| 002852 | D | PATENT NO: D311823 GRANT DATE: 11/06/1990 CHILD SAFETY SEAT (ULTARA II) | |
| 002785 | D | PATENT NO: D315253 GRANT DATE: 03/12/1991 BOOSTER SEAT (SIGHTSEER) | |
| 002947 | D | PATENT NO: D316238 GRANT DATE: 04/16/1991 CARRIAGE STROLLER TRAY | |
| 003021 | D | PATENT NO: D316989 GRANT DATE: 05/21/1991 STROLLER HANDLE | |
| 002901 | D | PATENT NO: D321449 GRANT DATE: 11/12/1991 POWER ROCKER BASE FOR AN INFANT SEAT (AMERICAN GLIDER) | |
| 002927 | D | PATENT NO: D322001 GRANT DATE: 12/03/1991 DETACHABLE BASE FOR A BABY'S ROCKER (JOYRIDE) (TRAVEL TANDEM) | |

PATENT
REEL: 9342 FRAME: 0385

MASTER FILE REPORT                          PCMASTER REPORTER
17
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003134 | D | PATENT NO:    D323589 GRANT DATE: 02/04/1992<br>FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND<br>VERSION) | |
| 003183 | D | PATENT NO:    D324962 GRANT DATE: 03/31/1992<br>CHILD'S DESK | |
| 003092 | D | PATENT NO:    D325972 GRANT DATE: 05/05/1992<br>DISPOSABLE NURSER HOOD | |
| 003167 | D | PATENT NO:    D325973 GRANT DATE: 05/05/1992<br>DISPOSABLE NURSER SHELL | |
| 003074 | D | PATENT NO:    D326523 GRANT DATE: 05/26/1992<br>DISPOSABLE NURSER (1988)<br>(ENTIRE STRUCTURE) | |
| 003756 | D | PATENT NO:    D327175 GRANT DATE: 06/23/1992<br>ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL<br>(STAIR & CHAIR) (design) | |
| 003730 | D | PATENT NO:    D328239 GRANT DATE: 07/28/1992<br>SAFETY SEAT BELT ALIGNMENT<br>GUIDE (ULTARA) | |
| 003489 | D | PATENT NO:    D329472 GRANT DATE: 09/15/1992<br>DUCK NOVELTY JUMPER (QUACKERS) | |

PATENT
REEL: 0342 FRAME: 0399

MASTER FILE REPORT                                    PCMASTER REPORTER                05/14/1998    9 54    PAGE:
18
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003177 | D | PATENT NO: CHILD'S ROCKER | D329757 GRANT DATE: 09/20/1992 |
| 003176 | D | PATENT NO: CHILD'S BENCH SEAT | D329758 GRANT DATE: 09/29/1992 |
| 003259 | D | PATENT NO: ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY) | D330842 GRANT DATE: 11/10/1992 |
| 003540 | D | PATENT NO: ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (CHAIR & STAIR) (D) | D334848 GRANT DATE: 04/20/1993 |
| 003178 | D | PATENT NO: CHILD'S CHAIR | D336168 GRANT DATE: 06/08/1993 |
| 005398 | D | PATENT NO: BASE FOR AN INFANT SEAT | D336396 GRANT DATE: 06/15/1993 |
| 003176 | D | PATENT NO: TEETHER (TEDDY BEAR COOLING RING) | D371161 GRANT DATE: 07/07/1993 |
| 003751 | D | PATENT NO: TEETHER (TEDDY BEAR COOLING STAR) | D338068 GRANT DATE: 08/03/1993 |
| 003184 | D | PATENT NO: CHILD'S ROCKING SETTEE | D338344 GRANT DATE: 08/17/1993 |

PATENT
REEL 009342 FRAME 0397

MASTER FILE REPORT                                                                    PCMASTER REPORTER                                    05/14/1998    9  54    PAGE:
EVENFLO U.S. PATENTS
19

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|------------|-----------|--------------------|----------------------|
| --- | --- | --- | --- |
| --- | --- | --- | --- |
| 003389 | D | PATENT NO: | GRANT DATE: 09/07/1993 |
| | | INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN) D339196 |

003303    D    PATENT NO:                                                     D339477 GRANT DATE: 09/21/1993
                CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME)
                (CHAMPION)

003777    D    PATENT NO:                                                     D339867 GRANT DATE: 09/28/1993
                PACIFIER SHIELD

005330         PATENT NO:                                                     D341207 GRANT DATE: 01/20/1994
                SECURITY GATE WITH WALK-THROUGH FEATURE

003678    D    PATENT NO:                                                     D343650 GRANT DATE: 01/25/1994
                ELEPHANT CIRCUS RATTLE

003683    D    PATENT NO:                                                     D343651 GRANT DATE: 01/25/1994
                LION CLUTCH RATTLE

003684    D    PATENT NO:                                                     D343652 GRANT DATE: 01/25/1994
                BEAR CLUTCH RATTLE

003679    D    PATENT NO:                                                     D343653 GRANT DATE: 01/25/1994
                BUNNY CIRCUS RATTLE

003682    D    PATENT NO:                                                     D343654 GRANT DATE: 01/25/1994
                ELEPHANT CLUTCH RATTLE

REEL: 9342 FRAME: 0398

PATENT

MASTER FILE REPORT
20

EVENFLO U.S. PATENTS

PCMASTER REPORTER

PATENT REEL: 9342 FRAME: 03990

| Docket No. | Case Type | Patent No: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003644 | D | PATENT NO: JUVENILE CUP DRIBBLE LID (DESIGN) D343998 | GRANT DATE: 02/08/1994 |
| 005334 | | PATENT NO: HIGH CHAIR D344189 | GRANT DATE: 02/15/1994 |
| 003689 | D | PATENT NO: LION HIGH CHAIR RATTLE (WITH MIRROR) D344986 | GRANT DATE: 03/08/1994 |
| 003390 | D | PATENT NO: DEVELOPMENT RATTLE (SPINNER & RINGS) D344987 | GRANT DATE: 03/08/1994 |
| 003691 | D | PATENT NO: ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) D344988 | GRANT DATE: 03/08/1994 |
| 003649 | D | PATENT NO: INFANT MASSAGER TOOTHBRUSH (D) D345054 | GRANT DATE: 03/15/1994 |
| 003690 | D | PATENT NO: CLOWN HIGH CHAIR RATTLE (WITH MIRROR) D345184 | GRANT DATE: 03/15/1994 |
| 003685 | D | PATENT NO: RATTLE WITH RINGS D345185 | GRANT DATE: 03/15/1994 |
| 003687 | D | PATENT NO: RING CHIME RATTLE DESIGN D345388 | GRANT DATE: 03/22/1994 |

MASTER FILE REPORT

EVENFLO U.S. PATENTS
21

PCMASTER REPORTER

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003680 | D | PATENT NO:<br>LAMB CIRCUS RATTLE | D345389 GRANT DATE: 03/22/1994 |
| 003692 | D | PATENT NO:<br>PONY PUSH-ALONG RATTLE (WITH MIRROR) | D345390 GRANT DATE: 03/22/1994 |
| 003686 | D | PATENT NO:<br>BUNNY SEE-THRU RATTLE | D345391 GRANT DATE: 03/22/1994 |
| 003688 | D | PATENT NO:<br>SPIN BALL HIGH CHAIR RATTLE | D345392 GRANT DATE: 03/22/1994 |
| 003736 | D | PATENT NO:<br>CLEAR TEETHER RING | D345422 GRANT DATE: 03/22/1994 |
| 003677 | D | PATENT NO:<br>DECORATED COOLING TEETHER | D345608 GRANT DATE: 03/29/1994 |
| 003691 | D | PATENT NO:<br>SLIDE RATTLE DESIGN | D345995 GRANT DATE: 04/12/1994 |
| 003576 | | PATENT NO:<br>INFANT BOUNCER | D347121 GRANT DATE: 05/24/1994 |
| 003337 | | PATENT NO:<br>INFANT CAR SEAT | D347737 GRANT DATE: 06/14/1994 |

REEL: 9346 FRAME: 0400

05/14/1998   9 54   PAGE:

MASTER FILE REPORT                                                    PCMASTER REPORTER
EVENFLO U.S. PATENTS
22

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 005328 | | PATENT NO: BATH RING | D348309 GRANT DATE: 06/28/1994 |
| 003388 | D | PATENT NO: BREAST PUMP ADAPTER (MANUAL BREAST PUMPS) | D348513 GRANT DATE: 07/05/1994 |
| 003585 | D | PATENT NO: MICKEY MOUSE PACIFIER (NEW DESIGN) | D350607 GRANT DATE: 09/13/1994 |
| 003776 | D | PATENT NO: MINNIE MOUSE PACIFIER (NEW DESIGN) | D350828 GRANT DATE: 09/20/1994 |
| 002447 | D | PATENT NO: INFANT MASSAGER TOOTHBRUSH | D350851 GRANT DATE: 09/27/1994 |
| 003939 | D | PATENT NO: DAISY DUCK PACIFIER (DISNEY) | D351232 GRANT DATE: 10/04/1994 |
| 005335 | D | PATENT NO: DONALD DUCK PACIFIER (DISNEY) | D351233 GRANT DATE: 10/04/1994 |
| | D | PATENT NO: INFANT SWING | D351289 GRANT DATE: 10/11/1994 |
| 003643 | D | PATENT NO: JUVENILE DRINKING CUP (DESIGN) | D352201 GRANT DATE: 11/08/1994 |

REED 9342 ERAMHO 0401
PATENT 3382 ERAMHO 0401

05/14/1998   9 54   PAGE:

MASTER FILE REPORT
23
EVENFLO U.S. PATENTS

PCMASTER REPORTER

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt | |
| --- | --- | --- | --- | --- |
| 003945 | D | PATENT NO: D353288 | GRANT DATE: 12/13/1994 | Z HANDLE FOR INFANT CAR SEAT (CARRY RIGHT) |
| 003754 | D | PATENT NO: D355533 | GRANT DATE: 02/21/1995 | NEW DOORWAY EXERCISER (D) (JOHNNY JUMP UP) |
| 003954 | D | PATENT NO: D355939 | GRANT DATE: 02/28/1995 | CHILD'S EXERCISER/ROCKER (D) (EXERSAUCER) |
| 003961 | D | PATENT NO: D356689 | GRANT DATE: 03/28/1995 | CHILD'S MULTI-LEVEL BOOSTER SEAT (D) (ELEVATOR II) |
| 003985 | D | PATENT NO: D357800 | GRANT DATE: 05/02/1995 | SOFT BABY CARRIER (GRAND TOUR) |
| 003898 | D | PATENT NO: D358730 | GRANT DATE: 05/30/1995 | HIGH CHAIR TRAY (WITH CENTER DRAWER - HAPPY DAYS) |
| 003935 | D | PATENT NO: D360307 | GRANT DATE: 07/18/1995 | BOOSTER CAR SEAT BASE (D) (W/O SHIELD) (SIDEKICK) |
| 003900 | D | PATENT NO: D360905 | GRANT DATE: 08/01/1995 | DUCK NOVELTY JUMPER (QUACKERS) |

PATENT
REEL: 9348 FRAME: 0402

MASTER FILE REPORT
EVENFLO U.S. PATENTS
24

PCMASTER REPORTER

| Docket No. | Case Type | PATENT No: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ------ | --------- | ------------------- | -------------------- |
| 003908 | D | PATENT NO:<br>BOOSTER CAR SEAT W/SHIELD<br>(SIDEKICK) (D) | D360991 GRANT DATE: 08/08/1995 |
| 003907 | D | PATENT NO:<br>ADJUSTABLE HIGH CHAIR (D)<br>(REIGHT HEIGHT) | D361672 GRANT DATE: 08/29/1995 |
| 004157 | D | PATENT NO:<br>BLOW MOLDED CRIB (D)<br>(HUNTINGTON BABY CRIB) | D364754 GRANT DATE: 12/05/1995 |
| 003953 | D | PATENT NO:<br>A COMBINATION BABY CARRIER, BACKPACK<br>AND WHEEL COVERS (FRAME AND SOFT CARRIER) | D365925 GRANT DATE: 01/09/1996 |
| 004184 | D | PATENT NO:<br>INFANT CAR SEAT (D)<br>(TODDLER CONVERTIBLE CAR SEAT) (FANTASY) | D365965 GRANT DATE: 02/13/1996 |
| 004261 | D | PATENT NO:<br>CONVERTIBLE HIGH CHAIR (D)<br>(COMBINATION HIGH CHAIR/TABLE) | D366967 GRANT DATE: 02/13/1996 |
| 004263 | D | PATENT NO:<br>REMOVABLE PLAYARD CANOPY (D) | D366978 GRANT DATE: 02/13/1996 |
| 003616 | D | PATENT NO:<br>CHILD'S BED<br>(PRINCESS BED) | D368386 GRANT DATE: 04/02/1996 |

PATENT
REEL: 9342 FRAME: 0403

05/14/1998    9:54    PAGE:

MASTER FILE REPORT                                          PCMASTER REPORTER
EVENFLO U.S. PATENTS
25

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003954-1 | D | PATENT NO: CHILD'S EXERCISER/ROCKER | D369685 GRANT DATE: 05/14/1996 |
| 003945-1 | D | PATENT NO: HANDLE FOR INFANT CAR SEAT (CARRY RIGHT) | D369707 GRANT DATE: 05/14/1996 |
| 003940 | D | PATENT NO: INFANT AUTO SEAT WITH BASE (ON MY WAY) | D373028 GRANT DATE: 08/27/1996 |
| 003964 | D | PATENT NO: HEIGHT ADJUSTABLE HIGH CHAIR (D) (RIGHT HEIGHT) | D373029 GRANT DATE: 08/27/1996 |
| 003975 | D | PATENT NO: FRAME FOR AN INFANT CAR SEAT (ON MY WAY) | D374558 GRANT DATE: 10/15/1996 |
|  | D | PATENT NO: FIVE-POINT SHIELD FOR CAR SEAT (D) (EASY 5) | D374578 GRANT DATE: 10/15/1996 |
| 004039 | D | PATENT NO: BABY MONITOR TRANSMITTER | D374633 GRANT DATE: 11/15/1996 |
| 004525 | D | PATENT NO: GEOMETRIC TOY BAR (D) (FOR USE WITH EXERSAUCER) | D374692 GRANT DATE: 10/15/1996 |

05/14/1998   9 54   PAGE:

PATENTS
REEL: 9342 FRAME: 0406
5307

REEL: 9342 FRAME: 0805
PATENT

MASTER FILE REPORT                                          PCMASTER REPORTER                                          05/14/1998   9:54   PAGE:
EVENFLO U.S. PATENTS
26

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ----- | ----- | ----- ----- ----- ----- ----- --- | ----- ----- ----- ----- -- |
| 005293 | | PATENT NO:                    D374764 GRANT DATE: 12/24/1996<br>BABY MONITOR TRANSMITTER | |
| 004271 | D | PATENT NO:                    D374896 GRANT DATE: 10/22/1996<br>DASHBOARD ACTIVITY CENTER (D)<br>(FOR USE WITH EXERSAUCER) | |
| 004270 | D | PATENT NO:                    D376393 GRANT DATE: 12/10/1996<br>TRAIN ACTIVITY CENTER (D)<br>(FOR USE WITH EXERSAUCER) | |
| 005294 | | PATENT NO:                    D376765 GRANT DATE: 12/24/1996<br>BABY MONITOR RECIEVER | |
| 005313 | | PATENT NO:                    D376918 GRANT DATE: 12/31/1996<br>BATH RING | |
| 005315 | | PATENT NO:                    D377457 GRANT DATE: 01/21/1997<br>BABY MONITOR RECEIVOR | |
| 005315 | D | PATENT NO:                    D378017 GRANT DATE: 02/18/1997<br>IMPROVED INFANT FRAME CARRIER (D)<br>(HIKE N ROLL - FRESH AIR GEAR) | |
| 004243 | D | PATENT NO:                    D378554 GRANT DATE: 03/25/1997<br>BUILT-IN TOY TRAY FOR CHILD EXERCISER<br>(D) | |

PATENT
REEL: 9342 FRAME: 0406

MASTER FILE REPORT                                                        PCMASTER REPORTER

EVENFLO U.S. PATENTS
27

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 004493 | D | PATENT NO: D378908 GRANT DATE: 04/22/1997 CHILD STROLLER AND INFANT CARRIER SYSTEM (D) (JOYRIDE) | |
| 004485 | D | PATENT NO: D378969 GRANT DATE: 04/29/1997 INFANT ACTIVITY QUILT (D) | |
| 004484 | D | PATENT NO: D379486 GRANT DATE: 05/27/1997 MOBILE ARM ATTACHMENT FOR PORTABLE PLAYYARDS (D) | |
| 004549 | D | PATENT NO: D379583 GRANT DATE: 06/03/1997 WHEELS FOR USE ON FOLDABLE PLAYYARDS (HAPPY CABANA) | |
| 003965-1 | D | PATENT NO: D382718 GRANT DATE: 08/26/1997 COMBINED PLAYYARD AND TOY BAG (HAPPY CAMPER) (D) | |
| 004394 | D | PATENT NO: D382968 GRANT DATE: 08/26/1997 A COMBINED INFANT NURSER AND CAP (LONG BOTTLE) | |
| 004393 | D | PATENT NO: D382969 GRANT DATE: 08/26/1997 A COMBINED INFANT NURSER AND CAP (SHORT BOTTLE) | |
| 004523 | D | PATENT NO: D383912 GRANT DATE: 09/23/1997 CHILD'S CAR SEAT (D) (FANTASY 5) | |

05/14/1998   9 54   PAGE:

MASTER FILE REPORT
28
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998   9 54   PAGE:

| Docket No. | Case Type | PATENT NO.: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 004746 | D | PATENT NO.: BELT BUCKLE FOR AUTO BOOSTER SEAT | D384911 GRANT DATE: 10/14/1997 |
| 005302 | | PATENT NO: GBP 320 D2 CHILD CARRIER | D385105 GRANT DATE: 10/21/1997 |
| 004491 | D | PATENT NO.: CHILD'S BOOSTER CAR SEAT (D) | D385116 GRANT DATE: 10/21/1997 |
| 005306 | D | PATENT NO.: CHILD CARRIER | D385696 GRANT DATE: 11/04/1997 |
| 004740 | D | PATENT NO.: HOLLOW SPOKE WHEEL FOR CHILD'S STROLLER (THREE WHEEL STROLLER) | D388749 GRANT DATE: 01/06/1998 |
| 004684 | D | PATENT NO.: ELECTRONIC PAINT PALLET ACTIVITY TOY | D390604 GRANT DATE: 02/10/1998 |
| 004683 | D | PATENT NO.: ELECTRONIC BEAR FACE ACTIVITY TOY | D390886 GRANT DATE: 02/17/1998 |
| 004772 | D | PATENT NO.: CHILD/EXERCISER ROCKER WITH AIRPLANE SHAPED TRAY | D390888 GRANT DATE: 02/17/1998 |
| 004771 | D | PATENT NO.: CHILD EXERCISER/ROCKER (WITH BUILT-IN TOYS TRAY) | D391309 GRANT DATE: 02/24/1998 |

REEL: 9342 FRAME:0407
PATENT

PATENT
REEL: 9342 FRAME: 0408

MASTER FILE REPORT                                          PCMASTER REPORTER
29
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 004672 | D | PATENT NO: LOCK AND KEY TEETHER | D391364 GRANT DATE: 02/24/1998 |
| 004851 | D | PATENT NO: MESH PACIFIER WITH HANDLE (1996) | D391641 GRANT DATE: 03/03/1998 |
| 004675 | D | PATENT NO: INFANT TEETHER (GRAPES) | D391643 GRANT DATE: 03/03/1998 |
| 004677 | D | PATENT NO: INFANT TEETHER (RASPBERRY) | D391644 GRANT DATE: 03/03/1998 |
| 004676 | D | PATENT NO: INFANT TEETHER (STRAWBERRY) | D392389 GRANT DATE: 03/17/1998 |
| 004749 | D | PATENT NO: COMBINED PACIFIER AND CLIP ATTACHMENT | D393074 GRANT DATE: 05/31/1998 |
| 004884 | D | PATENT NO: INFANT FRAME CARRIER | D394546 GRANT DATE: 05/25/1998 |

EVENFLO U.S. PATENT APPLICATIONS

004727-1  APPLICATION NO:
APPLICATION DATE: 01/19/1998
IMPROVED CHILD SIPPER CUP
(NO SPILL CUP)
08/008771

005419  D  APPLICATION NO:
APPLICATION DATE: 04/01/1997
BOX-BASED ACTIVITY CENTER
08/042304

005392  APPLICATION NO:
APPLICATION DATE: 04/01/1997
TABLE BASED ACTIVITY CENTER
08/042305

005391  APPLICATION NO:
APPLICATION DATE: 04/01/1997
FRAME BASED ACTIVITY CENTER
08/042306

005391  D  APPLICATION NO:
APPLICATION DATE: 04/01/1997
FRAME BASED ACTIVITY CENTER
08/042306

005393  D  APPLICATION NO:
APPLICATION DATE: 05/01/1997
PANEL BASED ACTIVITY CENTER
05/042598

005297  APPLICATION NO:
APPLICATION DATE: 11/06/1995
CHILD CARRIER
08/046030

004421  D  APPLICATION NO:
APPLICATION DATE: 11/09/1995
SOFT INFANT CARRIERS (D)
(1996 LINE)
08/046214

004494  D  APPLICATION NO:
APPLICATION DATE: 11/13/1995
CHILD STROLLER AND INFANT CARRIER SYSTEM
(D) (ON MY WAY)
08/046353

REEL: 0842 FRAME: 0489
PATENT

EVENFLO U.S. PATENT APPLICATIONS

004427   D   APPLICATION NO:
INFANT ACTIVITY EXERCISER/ROCKER
(D) (EXERSAUCER BABY)
04/046358 APPLICATION DATE: 11/13/1995

004779   D   APPLICATION NO:
FLIP-TOP DESK TOP FOR COMBO
HIGH CHAIR/TABLE (PHASES)
09/061499 APPLICATION DATE: 10/25/1996

004745   D   APPLICATION NO:
COLLAPSIBLE THREE-WHEELED STROLLER (D)
09/061500 APPLICATION DATE: 10/25/1996

004400   D   APPLICATION NO:
INFANT CAR SEAT (D)
HORIZON
08/061502 APPLICATION DATE: 10/25/1996

005309   D   APPLICATION NO:
RETRO-LOOK CARRIAGE STROLLER
08/061510 APPLICATION DATE: 10/25/1996

005311       APPLICATION NO:
IMPROVED CONVENIENE STROLLER
08/061511 APPLICATION DATE: 10/25/1996

004727       APPLICATION NO:
IMPROVED CHILD SIPPER CUP
(EZ CLEAN - NO SPILL CUP)
08/067048 APPLICATION DATE: 02/24/1997

004574   D   APPLICATION NO:
ALPHABET SOUP TEETHER/RATTLE
08/069933 APPLICATION DATE: 04/29/1997

004685   D   APPLICATION NO:
ELECTRONIC TELEPHONE ACTIVITY TOY
06/069934 APPLICATION DATE: 04/29/1997

PATENT
REEL: 9312 FRAME: 0416

PATENT
REEL: 9342 FRAME: 0411

EVENFLO U.S. PATENT APPLICATIONS

| | | |
|---|---|---|
| 004687 | D | APPLICATION NO:<br>ELECTRONIC TAPE PLAYER ACTIVITY TOY<br>04/070354 APPLICATION DATE: 04/29/1997 |
| 004686 | D | APPLICATION NO:<br>ELECTRONIC REMOTE CONTROL ACTIVITY TOY<br>08/070355 APPLICATION DATE: 04/29/1997 |
| 004692 | D | APPLICATION NO:<br>SHOE TEETHER<br>08/074315 APPLICATION DATE: 05/24/1997 |
| 004756 | D | APPLICATION NO:<br>TIRE TREAD DESIGN FOR THREE-WHEELED STROLLER<br>08/074946 APPLICATION DATE: 08/13/1997 |
| 004678 | D | APPLICATION NO:<br>INFANT CHARM TEETHER (HORSESHOE/4-LEAF CLOVER/STAR)<br>08/075019 APPLICATION DATE: 08/11/1997 |
| 004679 | D | APPLICATION NO:<br>INFANT FOOD CHARM TEETHER (BACON/TOAST/EGGS)<br>08/075020 APPLICATION DATE: 08/11/1997 |
| 044427-1 | D | APPLICATION NO:<br>IMPROVED INFANT ACTIVITY EXERCISER/ROCKER (D) (EXERSAUCER BABY)<br>08/075653 APPLICATION DATE: 09/03/1997 |
| 004876 | D | APPLICATION NO:<br>PLAYYARD WITH TWO RIGHT ANGLE CROSS BARS (D)<br>08/076418 APPLICATION DATE: 09/11/1997 |
| 005449 | | APPLICATION NO:<br>COMBO DIAPER BAG/FANNY PACK<br>08/077078 APPLICATION DATE: 09/26/1997 |

EVENFLO U.S. PATENT APPLICATIONS

| | | |
|---|---|---|
| 005448 | | APPLICATION NO:<br>SOFT CARRIER CARRIER (046) | 08/ 077079 APPLICATION DATE: 09/26/1997 |
| 005455 | | APPLICATION NO:<br>MERCURY SWING | 08/ 077090 APPLICATION DATE: 09/26/1997 |
| 005447 | | APPLICATION NO:<br>078 SOFT CARRIER | 08/ 077095 APPLICATION DATE: 09/26/1997 |
| 004427-D1 | D | APPLICATION NO:<br>INFANT ACTIVITY EXERCISER/ROCKER<br>(D) (EXERSAUCER BABY) | 08/ 081293 APPLICATION DATE: 12/01/1997 |
| 003896-1 | C | APPLICATION NO:<br>CHILD'S EXERCISER/ROCKER (U)<br>(EXERSAUCER) | 08/ 324184 APPLICATION DATE: 10/03/1994 |
| 005421 | D | APPLICATION NO:<br>SOFT POUCH TYPE INFANT<br>CARRIER | 06/ 358013 APPLICATION DATE: 03/15/1982 |
| 004238-1 | C | APPLICATION NO:<br>TODDLER CARRIER (U)<br>MEDALLION | 08/ 411252 APPLICATION DATE: 03/27/1995 |
| 005324 | | APPLICATION NO:<br>INFANT BOUNCER | 08/ 492241 APPLICATION DATE: 06/19/1995 |
| 005326 | | APPLICATION NO:<br>FRAME CARRIER FOR CHILDREN | 08/ 552947 APPLICATION DATE: 11/03/1995 |

EVENFLO U.S. PATENT APPLICATIONS

004527
APPLICATION NO:
SOFT INFANT CARRIER (U)
08/ 556032 APPLICATION DATE: 11/09/1995

004482
APPLICATION NO:
CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (JOYRIDE)
08/ 556184 APPLICATION DATE: 11/09/1995

004513
APPLICATION NO:
PLAYYARD SYSTEM (U)
(HAPPY CABANA) (W/BASSINET & MOBILE ARM)
08/ 556189 APPLICATION DATE: 11/09/1995

005286
APPLICATION NO:
INFANT BATHTUB WITH MULTIPLE POSITION
08/ 559167 APPLICATION DATE: 11/13/1995

003950-1-2
APPLICATION NO:
HANDLE FOR INFANT CAR SEAT
(CIP)
08/ 655359 APPLICATION DATE: 05/24/1996

005322
APPLICATION NO:
IMPROVED STROLLER
CIP - P-5388
08/ 731997 APPLICATION DATE: 10/25/1996

004486-1
APPLICATION NO:
IMPROVED INFANT CARRIER
08/ 734568 APPLICATION DATE: 10/21/1996

004486-1    C
APPLICATION NO:
IMPROVED INFANT FRAME CARRIER
(HIKE N' ROLL) (U)
08/ 734568 APPLICATION DATE: 10/21/1996

005299
APPLICATION NO:
WALK-THROUGH GATE
08/ 735972 APPLICATION DATE: 10/25/1996

PATENT
REEL: 9342 FRAME: 0413

REEL: 9342 FRAME: 0414
PATENT

EVENFLO U.S. PATENT APPLICATIONS

004757
    APPLICATION NO:
    THREE-WHEELED STROLLER WHEEL
    08/736740 APPLICATION DATE: 10/25/1996

004770
    APPLICATION NO:
    BELT BUCKLE/TETHER STRAP FOR BOOSTER CAR SEAT
    08/736741 APPLICATION DATE: 10/25/1996

004741
    APPLICATION NO:
    COLLAPSIBLE THREE WHEELED STROLLER
    WITH IMPROVED HINGER
    08/736743 APPLICATION DATE: 10/25/1996

004767
    APPLICATION NO:
    THREE-WHEELED STROLLER CANOPY
    08/736744 APPLICATION DATE: 10/25/1996

004766
    APPLICATION NO:
    FRONT CASTER LOCK FOR THREE-WHEELED STROLLER
    08/736746 APPLICATION DATE: 10/25/1996

004629
    APPLICATION NO:
    THREE-WHEELED STROLLER
    08/736747 APPLICATION DATE: 10/25/1996

005300
    APPLICATION NO:
    SOFT CARRIER WITH CANOPY
    08/736804 APPLICATION DATE: 10/25/1996

005420
    APPLICATION NO:
    HIGH-BACK CHILD RESTRAINT
    SYSTEM
    08/736971 APPLICATION DATE: 10/25/1996

005298
    APPLICATION NO:
    CONVERTIBLE CRIB AND TWIN BED WHEREIN THE
    HEADBOARD & FOOTBOARD ARE ROTATED BY 90 DEGREES
    08/736972 APPLICATION DATE: 10/25/1996

EVENFLO U.S. PATENT APPLICATIONS

005301   APPLICATION NO:
SOFT SIDED INFANT CARRIER,
CONVERTIBLE TO HIP CARRIER
08/738327 APPLICATION DATE: 10/25/1996

005310   APPLICATION NO:
WAGON/ACTIVITY CENTER
08/757476 APPLICATION DATE: 11/27/1996

005408   APPLICATION NO:
IMPROVED HIGH CHAIR
08/773817 APPLICATION DATE: 12/27/1996

005321   APPLICATION NO:
IMPROVED SWING
08/774217 APPLICATION DATE: 12/27/1996

005283   APPLICATION NO:
CONVERTIBLE INFANT CARRIER/RESTRAINT SYSTEM
08/775078 APPLICATION DATE: 12/27/1996

005081   APPLICATION NO:
MESH PACIFIER AND CLIP ATTACHMENT
(1996)
08/854790 APPLICATION DATE: 05/12/1997

005253   APPLICATION NO:
FLEXIBLE GATE HELD IN
TENSION
08/899108 APPLICATION DATE: 07/23/1997

005375 U   APPLICATION NO:
COLLAPSIBLE PLAYYARD SYSTEM
08/927619 APPLICATION DATE: 09/11/1997

005386 D   APPLICATION NO:
SOFT CARRIER WITH INTERNAL
FRAME
08/935011 APPLICATION DATE: 09/19/1997

EVENFLO U.S. PATENT APPLICATIONS

| | | | |
|---|---|---|---|
| 005389 | D | APPLICATION NO:<br>MONITOR/HANDSFREE INTERCOM<br>(613) | 937482 APPLICATION DATE: 09/25/1997 |
| 005388 | D | APPLICATION NO:<br>STROLLER WITH<br>IMPROVED FEATURES<br>(PACESETTER 247)<br>CIP - P-5322 | 937719 APPLICATION DATE: 09/25/1997 |
| 005478 | | APPLICATION NO:<br>STROLLER WITH IMPROVED FEATURES<br>(PACESETTER 247) | 937719 APPLICATION DATE: 09/25/1997 |
| 004351 | | APPLICATION NO:<br>AC BREAST PUMP RESERVOIR | 938743 APPLICATION DATE: 09/26/1997 |

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 004818 | D | PATENT NO: 310294 GRANT DATE: 09/04/1990 | GOLF SHOE BOTTOM |
| 004819 | D | PATENT NO: 347910 GRANT DATE: 06/14/1994 | GOLF GLOVE |
| 005338 | | PATENT NO: 380973 GRANT DATE: 07/15/1997 | BABY MONITOR TRANSMITTER |
| 001480 | | PATENT NO: 4101042 GRANT DATE: 07/18/1978 | BOTTLE DISC |
| 001593 | | PATENT NO: 4186454 GRANT DATE: 02/05/1980 | PORTABLE PLAYPEN HOUDINI |
| 001836 | C | PATENT NO: 4231612 GRANT DATE: 11/04/1980 | BABY CARRIER AND CAR SEAT (DYN-O-MITE) |
| 004811 | | PATENT NO: 4245408 GRANT DATE: 01/20/1981 | ATHLETIC SHOE |
| ...005 | C | PATENT NO: 4274637 GRANT DATE: 06/23/1981 | GOLF BALL HAVING CELLULAR COVER (CIP) |
| 001699 | | PATENT NO: 4288123 GRANT DATE: 09/08/1981 | HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) |
| 005341 | | PATENT NO: 4323233 GRANT DATE: 04/06/1982 | PENDULUM SWING |

LDING U.S. PATENTS

001793    PATENT NO:    4343510  GRANT DATE:  08/10/1982
CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP)

004810    PATENT NO:    4346525  GRANT DATE:  08/31/1982
CUSHION PAD FOR SPORT SHOE AND
THE LIKE AND METHOD FOR FABRICATING SAME

004812    PATENT NO:    4367600  GRANT DATE:  01/11/1983
GOLF SHOE WITH IMPROVED TRANSVERSE TRACTION

001914  C    PATENT NO:    4376551  GRANT DATE:  03/15/1983
CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP)

001637    PATENT NO:    4399992  GRANT DATE:  08/23/1983
STRUCTURAL MEMBER HAVING A HIGH STRENGTH TO WEIGHT RATIO
AND METHOD OF MAKING SAME

001687    PATENT NO:    4431193  GRANT DATE:  02/14/1984
GOLF BALL AND METHOD OF MAKING SAME (3 PIECE TOP-FLITE)

005296    PATENT NO:    4434920  GRANT DATE:  03/06/1984
SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER

...414    PATENT NO:    4542598  GRANT DATE:  09/24/1985
ATHLETIC TYPE SHOE FOR TENNIS
AND OTHER COURT SHOES

002149    PATENT NO:    4568122  GRANT DATE:  02/04/1986
WINGS AUTO BOOSTER SEAT UTILITY

SPALDING U.S. PATENTS

004820
PATENT NO:    4598487  GRANT DATE: 07/08/1986
ATHLETIC SHOE FOR SPORTS
ORIENTED ACTIVITIES

002184
PATENT NO:    4650193  GRANT DATE: 03/17/1987
ONE PIECE CORE FOR GOLF BALL

003355
PATENT NO:    4674170  GRANT DATE: 06/23/1987
METHOD OF MAKING A BALL HAVING A FOAMED SPHERICAL CENTER CORE
WINDINGS AND COVER

002620
PATENT NO:    4674751  GRANT DATE: 06/23/1987
GOLF BALL HAVING IMPROVED PLAYABILITY PROPERTIES (CIP)

002481
C
PATENT NO:    4679795  GRANT DATE: 07/14/1987
OPTICAL BRIGHTENERS IN GOLF BALL COVERS (CIP APPLICATION)

002702
PATENT NO:    4725058  GRANT DATE: 02/16/1988
SOFTBALL

002618
PATENT NO:    4726590  GRANT DATE: 02/23/1988
HIGH COEFFICIENT GOLF BALL CORE (CIP)

002297
PATENT NO:    4729566  GRANT DATE: 03/08/1988
GAME BALL (SOFTBALLS & BASEBALLS)

002354
PATENT NO:    4754999  GRANT DATE: 07/05/1988
7 YEAR CAR SEAT

PATENT
REEL: 9382 FRAME: 0419

SPALDING U.S. PATENTS

002192
PATENT NO:    4762322 GRANT DATE:  08/09/1988
GOLF CLUB (XYZ CONTINUOUS SET)

002703
PATENT NO:    4765620 GRANT DATE:  08/23/1988
RACKET VIBRATION DAMPER COMBINED WITH GROMMET STRIP

005295
PATENT NO:    4777672 GRANT DATE:  10/18/1988
CHILDREN'S CONVERTIBLE TOILET APPARATUS

002298
PATENT NO:    4802248 GRANT DATE:  02/07/1989
SPRING HANGER ASSEMBLY (ALL WOOD CRIBS)

002912
PATENT NO:    4808272 GRANT DATE:  02/28/1989
METHOD OF CONSTRUCTING A MOLD FOR MAKING GAME BALLS

002910
PATENT NO:    4822041 GRANT DATE:  04/18/1989
GAME BALL (SOFTBALL-SOLID BALL)

002786
PATENT NO:    4826246 GRANT DATE:  05/02/1989
CHILD SAFETY SEAT
(ULTARA II WITH T-SHIELD)

002410
D    PATENT NO:    4832367 GRANT DATE:  05/23/1989
BELT RESTRAINING APPARATUS
FOR AUTO PASSENGERS

002715
PATENT NO:    4838556 GRANT DATE:  06/13/1989
GOLF BALL CORE BY ADDITION OF DISPERSING AGENTS

SPALDING U.S. PATENTS

002903    PATENT NO:    4840378 GRANT DATE: 06/20/1989
SOFTBALL

002634    PATENT NO:    4852884 GRANT DATE: 08/01/1989
USE OF METHYL CARBAMATE ACCELERATOR IN PEROXIDE-CURED
GOLF BALL CENTER FORMULATION

004813    PATENT NO:    4854057 GRANT DATE: 08/08/1989
DYNAMIC SUPPORT SYSTEM FOR ATHLETIC SHOES

004815    PATENT NO:    4878300 GRANT DATE: 11/07/1989
ATHLETIC SHOE

002639    PATENT NO:    4880241 GRANT DATE: 11/14/1989
GOLF BALL (IMPROVED XL DIMPLE PATTERN)
(MINIMUM LAND)

002884    PATENT NO:    4884814 GRANT DATE: 12/05/1989
GOLF BALL (GOLF BALL COVER HAVING IMPROVED PLAYABILITY
DUE TO SOFTENESS WHILE MAINTAINING GOOD DURABILITY)

002884-1    PATENT NO:    4884814 GRANT DATE: 12/05/1989
GOLF BALL (GOLF BALL COVER HAVING IMPROVED PLAYABILITY DUE
TO SOFTNESS WHILE MAINTAINING GOOD DURABILITY)

004816    PATENT NO:    4885851 GRANT DATE: 12/12/1989
SHOESOLE FOR GOLF SHOE

002741    PATENT NO:    4892517 GRANT DATE: 01/09/1990
BREAST PUMP (1986 VERSION)

SPALDING U.S. PATENTS

003051

PATENT NO:    4911451 GRANT DATE: 03/27/1990
GOLF BALL COVER OF NEUTRALIZED POLY(ETHYLENE-ACRYLIC-ACID)
COPOLYMER

003010

PATENT NO:    4912818 GRANT DATE: 04/03/1990
BELT ADJUSTING APPARATUS (ULTARA I)

003155

PATENT NO:    4925193 GRANT DATE: 05/15/1990
DIMPLED GOLF BALL

003014

PATENT NO:    4943113 GRANT DATE: 07/24/1990
CHILD RESTRAINT SYSTEM WITH IMPROVED BASE (JOYRIDE)

003082

PATENT NO:    4958887 GRANT DATE: 09/25/1990
INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS

003129

PATENT NO:    4962965 GRANT DATE: 10/16/1990
SEAT BELT ASSEMBLY FOR HIGH CHAIRS

003539

PATENT NO:    4968091 GRANT DATE: 11/06/1990
ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
(CHAIR & STAIR)

003151

PATENT NO:    4968092 GRANT DATE: 11/06/1990
HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM)
(SIDEWINDER)

002907

PATENT NO:    4974846 GRANT DATE: 12/04/1990
GOLF CLUB GRIP

SPALDING U.S. PATENTS

005292    PATENT NO:    4984895  GRANT DATE: 01/15/1991
VEHICLE SEAT FOR A CHILD

003078    PATENT NO:    4985948  GRANT DATE: 01/22/1991
FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER – SECOND
VERSION

002956    PATENT NO:    4986545  GRANT DATE: 01/22/1991
IMPROVED GOLF BALL COMPOSITIONS (SURLYN RUBBER GOLF BALL
COVER BLEND)

003332    PATENT NO:    4989870  GRANT DATE: 02/05/1991
TENNIS RACKET (TRI-LEVEL SHOCKSUPPRESSION)

003264    PATENT NO:    5009427  GRANT DATE: 04/23/1991
GOLF BALL (402 DIMPLE PATTERN D-157)

002942    PATENT NO:    5018740  GRANT DATE: 05/28/1991
GOLF BALL CORE (BY ADDITION OF ZINC DI-2-ETHYLHEXOATE)

002965    PATENT NO:    5018741  GRANT DATE: 05/28/1991
GOLF BALL (422 DIMPLE PATTERN D-120)

003035    PATENT NO:    5020680  GRANT DATE: 06/04/1991
DISPOSABLE NURSER SHELL & HOOD (1988)

003085-1    PATENT NO:    5022652  GRANT DATE: 06/11/1991
LIGHTWEIGHT STEEL GOLF CLUB (FORMERLY BUTT STIFF PROGRESS-
IVELY TRIMMED LIGHTWEIGHT STEEL GOLF SHAFT)

SPALDING U.S. PATENTS

003085-1    C    PATENT NO:    5022652 GRANT DATE: 06/11/1991
LIGHTWEIGHT STEEL GOLF CLUB (FORMERLY BUTT STIFF PROGRESS-
IVELY TRIMMED LIGHTWEIGHT STEEL GOLF SHAFT)

003159    PATENT NO:    5044638 GRANT DATE: 09/03/1991
GOLF BALL (422 DIMPLE PATTERN HEXAGONAL SYMMETRY PATTERN D148

003330    PATENT NO:    5060944 GRANT DATE: 10/29/1991
TENNIS RACKET WITH SPLIT FRAME

003468    PATENT NO:    5060953 GRANT DATE: 10/29/1991
4 DOUBLE HELIX DIMPLE PATTERN GOLF BALL

005289    PATENT NO:    5061012 GRANT DATE: 10/29/1991
CHILD CAR SEAT WITH AUTOMATIC HARNESS ADJUST

E22939-1    C    PATENT NO:    5083780 GRANT DATE: 01/28/1992
GOLF CLUB SHAFT HAVING SELECTIVE REINFORCEMENT

003268    PATENT NO:    5091265 GRANT DATE: 02/25/1992
COATING COMPOSITIONS FOR GAME BALLS
(FLUORESCENT COLORS)

022780    PATENT NO:    5093162 GRANT DATE: 03/03/1992
LARGE TIP COMPOSITE GOLF CLUB SHAFT

003274    PATENT NO:    5098097 GRANT DATE: 03/24/1992
FOOTBALL (TRUE SPIRAL)

SPALDING U.S. PATENTS

003429
PATENT NO: 5098105 GRANT DATE: 03/24/1992
IMPROVED GOLF BALL COVER COMPOSITIONS

003117
PATENT NO: 5106154 GRANT DATE: 04/21/1992
CAR SEAT WITH INTEGRAL
CONVERTIBLE FRAME (CHAMPION)

003168
PATENT NO: 5116060 GRANT DATE: 05/26/1992
GOLF BALL CORE CROSSLINKED WITH
T-AMYL PEROXIDE AND BLENDS THEREOF

003170
PATENT NO: 5120791 GRANT DATE: 06/09/1992
GOLF BALL COVER COMPOSITIONS

003252-1
PATENT NO: 5122046 GRANT DATE: 06/16/1992
GOLF BALL INJECTION MOLD

003306
PATENT NO: 5149100 GRANT DATE: 09/22/1992
GOLF BALL (HEXAGON/PENTAGON 422 DIMPLE PATTERN D-183)

002776
PATENT NO: 5150906 GRANT DATE: 09/29/1992
UNIQUE GOLF BALL

003390
PATENT NO: 5155864 GRANT DATE: 10/20/1992
INFLATABLE BLADDERS FOR GAME GLOVES

003430-1
PATENT NO: 5155865 GRANT DATE: 10/10/1992
INFLATABLE BLADDERS FOR GAME GLOVES

C

SPALDING U.S. PATENTS

003430-2    PATENT NO:    5155866  GRANT DATE: 10/20/1992
INFLATABLE GAMES GLOVES

003253    PATENT NO:    5158287  GRANT DATE: 10/27/1992
TENNIS RACKET HANDLE
(SIX-SIDED GRIP)

005340    PATENT NO:    5172955  GRANT DATE: 12/22/1992
BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT

003376    PATENT NO:    5181761  GRANT DATE: 01/26/1993
CHILD RESTRAINT SYSTEM (ULTARA I)

003353    PATENT NO:    5181765  GRANT DATE: 01/26/1993
HEAT TREATED LATCH PLATE
(ULTARA II CAR SEAT)

003258-1    PATENT NO:    5183311  GRANT DATE: 02/02/1993
PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY)

003429-1    PATENT NO:    5187013  GRANT DATE: 02/16/1993
GOLF BALL COVER COMPOSITIONS

003716    PATENT NO:    5209485  GRANT DATE: 05/11/1993
RESTRICTED FLIGHT GOLF BALL

005285    PATENT NO:    5210532  GRANT DATE: 05/11/1993
BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY

PATENT
REEL: 9342 FRAME: 0426

SPALDING U.S. PATENTS

003572    PATENT NO:    5215194  GRANT DATE: 06/01/1993
GOLF BAG FOR USE WITH CARTS
(CART-TECH)

003452    PATENT NO:    5217223  GRANT DATE: 06/08/1993
TENNIS RACKET WITH METAL/COMPOSITE FRAME

003631    PATENT NO:    5221087  GRANT DATE: 06/22/1993
METAL GOLF CLUBS WITH INSERTS

003626    PATENT NO:    5244205  GRANT DATE: 09/14/1993
ADJUSTABLE LIE ANGLE GOLF CLUB PUTTER

004817    PATENT NO:    5251335  GRANT DATE: 10/12/1993
GOLF SHOE

005319    PATENT NO:    5272840  GRANT DATE: 12/28/1993
SECURITY GATE WITH WALK-THROUGH FEATURE

000754    PATENT NO:    5273287  GRANT DATE: 12/28/1993
ENLARGED GOLF BALL (TOP-FLITE MAGNA BALL)

000288    PATENT NO:    5277472  GRANT DATE: 01/11/1994
MULTI-FUNCTION INFANT SEAT

005291    PATENT NO:    5280635  GRANT DATE: 01/18/1994
BABY MONITOR TRANSMITTER

SPALDING U.S. PATENTS

003705
PATENT NO:    5288283 GRANT DATE: 02/22/1994
DOORWAY EXERCISER (U)
(NEW JOHNNY JUMP UP)

003145
PATENT NO:    5290032 GRANT DATE: 03/01/1994
IRON WITH PROGRESSIVE BACK CAVITY SUPPORT BAR
GOLF CLUB

003410
PATENT NO:    5290036 GRANT DATE: 03/01/1994
CAVITY BACK IRON WITH VIBRATION DAMPENING MATERIAL IN REAR
CAVITY GOLF CLUB

003780
PATENT NO:    5292336 GRANT DATE: 03/08/1994
PACIFIER WITH HANDLE (UTILITY) (DISNEY)

003657
PATENT NO:    5300325 GRANT DATE: 04/05/1994
METHOD OF MAKING A GOLF BALL OR THE LIKE

003254-1
PATENT NO:    5306760 GRANT DATE: 04/26/1994
IMPROVED GOLF BALL COVER COMPOSITIONS
CONTAINING HIGH LEVELS OF FATTY ACID SALTS

003767
PATENT NO:    5310178 GRANT DATE: 05/10/1994
BASKETBALL WITH POLYURETHANE COVER
(2K COMPOSITE)

003884
PATENT NO:    5312102 GRANT DATE: 05/17/1994
VARIABLE INERTIA HEAD RACKET

003254
PATENT NO:    5312857 GRANT DATE: 05/17/1994
IMPROVED GOLF BALL COVER CONTAINING
HIGH LEVELS OF METAL STEARATES

SPALDING U.S. PATENTS

005406
PATENT NO:        5317765  GRANT DATE:  06/07/1994
COLLAPSIBLE INFANT BATH RING

005325
PATENT NO:        5322343  GRANT DATE:  06/21/1994
INFANT CAR SEAT

003950
PATENT NO:        5324094  GRANT DATE:  06/28/1994
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003170-2  C
PATENT NO:        5324783  GRANT DATE:  06/28/1994
GOLF BALL COVER COMPOSITIONS
(CIP)

005331
PATENT NO:        5326327  GRANT DATE:  07/05/1994
SWING ASSEMBLY

003170-3  C
PATENT NO:        5328959  GRANT DATE:  07/12/1994
GOLF BALL COVER COMPOSITIONS
(CIP)

003429-2  C
PATENT NO:        5330837  GRANT DATE:  07/19/1994
GOLF BALL COVER COMPOSITIONS

003429-3  C
PATENT NO:        5338610  GRANT DATE:  08/16/1994
GOLF BALL COVER COMPOSITIONS

003841
PATENT NO:        5342043  GRANT DATE:  08/30/1994
SPLIT WEIGHT BLADDER FOOTBALL

PATENT
REEL: 9342 FRAME: 0429

SPALDING U.S. PATENTS

003942
PATENT NO: 5342045 GRANT DATE: 08/30/1994
REVERSE SUNBURST STRING PATTERN FOR
RACQUETBALL RACKETS (ULTIMATE POWER)

003750
PATENT NO: 5356150 GRANT DATE: 10/18/1994
GOLF BALL DIMPLE GEOMETRY
AND METHOD OF MAKING SUCH GOLF BALL

002941
PATENT NO: 5356941 GRANT DATE: 10/18/1994
GAME BALLS HAVING IMPROVED
CORE COMPOSITIONS

003504
PATENT NO: 5360314 GRANT DATE: 11/01/1994
METHOD AND APPARATUS FOR REMOVING FLASH AND GATES FROM GOLF
BALLS

003925
PATENT NO: 5361934 GRANT DATE: 11/08/1994
POP-UP STRAW FOR JUVENILE
DRINKING CUP

003611
PATENT NO: 5368304 GRANT DATE: 11/29/1994
LOW SPIN GOLF BALL

003607
PATENT NO: 5377983 GRANT DATE: 01/03/1995
FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS

003930
PATENT NO: 5385387 GRANT DATE: 01/31/1995
CHILD CARRIER WITH DETACHABLE BASE
(ON MY WAY)

SPALDING U.S. PATENTS

003565
PATENT NO:      5387637  GRANT DATE:  02/07/1995
GOLF BALL CORE COMPOSITIONS
(USING MICROCRYSTALLINE SILICA FILLERS)

003804
PATENT NO:      5390534  GRANT DATE:  02/21/1995
IMPACT TESTING DEVICE

002626-1  C
PATENT NO:      5397840  GRANT DATE:  03/14/1995
GOLF BALL COVER HAVING AN IONIC/COPOLYMER BLEND

003896
PATENT NO:      5407246  GRANT DATE:  04/18/1995
CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER)

003636
PATENT NO:      5409233  GRANT DATE:  04/25/1995
METHYL AMYL KETONE (MAK) COATING
FOR GOLF BALLS

003950-1  C
PATENT NO:      5409292  GRANT DATE:  04/25/1995
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

3913
PATENT NO:      5409974  GRANT DATE:  04/25/1995
GOLF BALL CONTAINING OPTICAL BRIGHTENER BLEND
(LOWER COST, IMPROVED WHITER-THAN-WHITE GOLF BALL)

003914
PATENT NO:      5419559  GRANT DATE:  05/30/1995
METAL WOOD WITH SOUND DAMPENER BAR

003430-3  C
PATENT NO:      5423088  GRANT DATE:  06/13/1995
IMPROVED INFLATABLE GAMES GLOVES

SPALDING U.S. PATENTS

003862    PATENT NO:    5427432 GRANT DATE:  06/27/1995
          ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
          (ULTRA)

004046    PATENT NO:    5429354 GRANT DATE:  07/04/1995
          CROWNLESS GOLF CLUB  (U)
          (TOP-FLITE MAGNA)

005343    PATENT NO:    5437115 GRANT DATE:  08/01/1995
          SECURITY GATE APPARATUS

003641    PATENT NO:    5445585 GRANT DATE:  08/29/1995
          SPRING HOUSING AND SPREADER ASSEMBLY
          (NEW JOYNNY JUMP-UP AND QUACKERS)

003579-1  C    PATENT NO:    5456954 GRANT DATE:  10/10/1995
          UV-TREATED GOLF BALL
          (FILE WRAPPER CONTINUATION)

004215    PATENT NO:    5458398 GRANT DATE:  10/17/1995
          INFANT CAR SEAT WITH RECESSED BELT PATH
          (EASY 5)

004027    PATENT NO:    5459220 GRANT DATE:  10/17/1995
          USE OF BIURET AND TRIMER ISOCYANURATES
          AS CROSSLINKERS IN GOLF BALL COATINGS

003902    PATENT NO:    5470058 GRANT DATE:  11/28/1995
          HIGH VISIBILITY INFLATED GAME BALLS

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002754-5 | C | PATENT NO: 5470075 GRANT DATE: 11/28/1995 | SOFT-COVERED OVERSIZED GOLF BALL (TOP-FLITE MAGNA) |
| 003930-1 | C | PATENT NO: 5478135 GRANT DATE: 12/26/1995 | CHILD CARRIER WITH DETACHABLE BASE (ON MY WAY) (CIP Appln) |
| 002776-2 | | PATENT NO: 5480155 GRANT DATE: 01/02/1996 | MULTI-PIECE GOLF BALLS AND METHODS OF MANUFACTURE |
| 002754-1 | C | PATENT NO: 5482286 GRANT DATE: 01/09/1996 | IMPROVED GOLF BALL (MAGNA BALL) |
| 003469 | | PATENT NO: 5482287 GRANT DATE: 01/09/1996 | 402 DIMPLE PATTERN GOLF BALL |
| 003963 | | PATENT NO: 5489138 GRANT DATE: 02/06/1996 | IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U) (CELEBRITY) |
| | | PATENT NO: 5494291 GRANT DATE: 02/27/1996 | NARROW RANGE ULTRAVIOLET STABILIZERS GOLF BALL COATINGS |
| 002754-2 | C | PATENT NO: 5503397 GRANT DATE: 04/02/1996 | IMPROVED GOLF BALL (MAGNA ENLARGED BALL) |
| 002754-6 | C | PATENT NO: 5507493 GRANT DATE: 04/16/1996 | GOLF BALL (LADIES OVERSIZED) (TOP-FLITE MAGNA-W) |

SPALDING U.S. PATENTS

003786
PATENT NO:        5507558  GRANT DATE: 04/16/1996
AUTO BOOSTER SEAT W/SHIELD
(SIDEKICK)

003950-1-1    C
PATENT NO:        5516190  GRANT DATE: 05/14/1996
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

002626-2    C
PATENT NO:        5516847  GRANT DATE: 05/14/1996
GOLF BALL COVER HAVING AN
IONIC/COPOLYMER BLEND

004046-1    C
PATENT NO:        5518242  GRANT DATE: 05/21/1996
CROWNLESS GOLF CLUB (U)
(TOP-FLITE MAGNA)

003839-1    C
PATENT NO:        5523125  GRANT DATE: 06/04/1996
LASER ENGRAVING AND COATING
PROCESS FOR FORMING INDICIA
ON ARTICLES

005305
PATENT NO:        5531258  GRANT DATE: 07/02/1996
FOLDING SOFT GATE

005718
PATENT NO:        5533959  GRANT DATE: 07/09/1996
WIRELESS REMOTE MONITORS

004158
PATENT NO:        5535457  GRANT DATE: 07/16/1996
BLOW MOLDED CRIB (U)
(HUNTINGTON BABY CRIB)

SPALDING U.S. PATENTS

004130    PATENT NO: 5542664    GRANT DATE: 08/08/1996
DUAL ADHESIVE ASSEMBLY SYSTEM
FOR GOLF CLUBS

003600    PATENT NO: 5542677    GRANT DATE: 08/06/1996
GOLF BALL COVER COMPOSITIONS
COPOLYMERS/ETHYLENE ACRYLATES

004274    PATENT NO: 5549297    GRANT DATE: 08/27/1996
GOLF CLUB IRON WITH VIBRATION
DAMPENING RAMP BAR

004222    PATENT NO: 5553336    GRANT DATE: 09/10/1996
PLAYYARD AND BASSINET COMBINATION
(HAPPY CAMPER)

005339    PATENT NO: 5558400    GRANT DATE: 09/24/1996
ADJUSTABLE HEIGHT HIGH CHAIR

02754-4    PATENT NO: 5569100    GRANT DATE: 10/29/1996
IMPROVED LOWER PERCENT COVERAGE
DIMPLE PATTERN (65%) GOLF BALL
(TOP-FLITE MAGNA)

...27    PATENT NO: 5575005    GRANT DATE: 11/19/1996
BASEBALL OR SOFTBALL GLOVE

005303    PATENT NO: 5575530    GRANT DATE: 11/19/1996
INFANT BOUNCER

SPALDING U.S. PATENTS

| File No. | Code | Description | Patent No. | Grant Date |
|---|---|---|---|---|
| 004144 | | SOCCER BALL WITH FIBER REINFORCED POLYURETHANE COVER (ZK COMPOSITE) | 5580049 | 12/03/1996 |
| 003611-3 | C | LOW SPIN GOLF BALL (divisional appln.) | 5580057 | 12/03/1996 |
| 003579-2 | | UV-TREATED GOLF BALL (DIVISIONAL) | 5580323 | 12/03/1996 |
| 005314 | | BATH RING | 5588158 | 12/31/1996 |
| 002754-7 | C | GOLF BALL (TOP-FLITE MAGNA-EX) | 5588924 | 12/31/1996 |
| 003600-1 | C | GOLF BALL COVER COMPOSITIONS | 5591803 | 01/07/1997 |
| 005616 | | CHILD'S BOOSTER SEAT FOR VEHICLES | 5599060 | 02/04/1997 |
| 004175-1 | F | RECLINING MECHANISM FOR TODDLER CAR SEATS (EASY 5) | 5609393 | 03/11/1997 |

SPALDING U.S. PATENTS

004216    PATENT NO: 5638859 GRANT DATE: 06/03/1997
GRIP WITH INCREASED SOFT FEEL, TACKINESS WITH DECREASED TORQUE

005312    PATENT NO: 5638885 GRANT DATE: 06/17/1997
BABY MONITOR RECEIVER

004126    PATENT NO: 5639085 GRANT DATE: 06/17/1997
LIGHTWEIGHT, SOFT FEEL HAND BALL

004420    PATENT NO: 5642881 GRANT DATE: 07/01/1997
TRI-HOLLOW RACKET WITH TRAVERSE RIBS (ALUMINUM TUBING)

005284    PATENT NO: 5643035 GRANT DATE: 07/01/1997
BUBBLE PRODUCING DEVICE

004483    PATENT NO: 5644806 GRANT DATE: 07/08/1997
PLAYYARD SYSTEM WITH HANDLE AND WHEELS (U) (ROLL N GO)

003990    PATENT NO: 5645497 GRANT DATE: 07/08/1997
ULTIMATE DISTANCE GOLF BALL

003982    PATENT NO: 5647590 GRANT DATE: 07/15/1997
GAME BALL FOR URBAN USE (CITY BALL SOFTBALL)

004486    PATENT NO: 5662339 GRANT DATE: 09/02/1997
IMPROVED INFANT FRAME CARRIER (HIKE N' ROLL) (U)

SPALDING U.S. PATENTS

003901-1
PATENT NO:    5664774 GRANT DATE: 09/09/1997
SYNTHETIC LEATHER COVERED GAME BALL

004140-1
PATENT NO:    5669838 GRANT DATE: 09/23/1997
GAME BALL WITH SYNTHETIC LEATHER COVER
(FOOTBALL)

004134
PATENT NO:    5683317 GRANT DATE: 11/04/1997
AUTOMATED LACING FOR BASEBALLS
AND SOFTBALLS

004367
PATENT NO:    5685791 GRANT DATE: 11/11/1997
COMPOSITE LACROSSE STICK HEAD

003476
PATENT NO:    5688194 GRANT DATE: 11/18/1997
GOLF BALL DIMPLE CONFIGURATION PROCESS

REF3637-1-F1
PATENT NO:    5688869 GRANT DATE: 11/18/1997
GOLF BALL COVER COMPOSITIONS
(CIP FILE WRAPPER)

004226
PATENT NO:    5690383 GRANT DATE: 11/25/1997
BABY BUNGEE JUMPER (U)
(THIRD VERSION)

005317
PATENT NO:    5692655 GRANT DATE: 12/02/1997
SOFT CARRIER FOR A CHILD

004658
PATENT NO:    5702313 GRANT DATE: 12/30/1997
GAME RACKET WITH PRIMARY AND
SECONDARY YOKES

PATENT
REEL: 9342 FRAME: 0438

SPALDING U.S. PATENTS

003896-2     C

PATENT NO:     5704576 GRANT DATE:  01/06/1998
CLIP FOR A CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER) (CIP)

005308

PATENT NO:     5708970 GRANT DATE:  01/13/1998
WIRELESS SOUND MONITORING APPARATUS
WITH SUBAUDIBLE SQUELCH CONTROL

004285

PATENT NO:     5722543 GRANT DATE:  03/03/1998
GOLF BALL SIZING APPARATUS

004438

PATENT NO:     5722908 GRANT DATE:  03/03/1998
COMPOSITE BAT WITH ALUMINUM BARREL AREA

004153

PATENT NO:     5725095 GRANT DATE:  03/10/1998
GOLF BAG TOP WITH PUTTER WELL /
WITHOUT GOLF BALL HOLDER

004299

PATENT NO:     5727798 GRANT DATE:  03/17/1998
CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (ON MY WAY)

004439

PATENT NO:     5731371 GRANT DATE: 03/24/1998
ZDMA GRAFTED HNBR IN A ONE-PIECE GOLF BALL

004214

PATENT NO:     5733206 GRANT DATE: 03/31/1998
TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE

003611-4     C

PATENT NO:     5733207 GRANT DATE: 03/31/1998
LOW SPIN GOLF BALL

SPALDING U.S. PATENTS

004262    PATENT NO:   5735756   GRANT DATE: 04/07/1998
GOLF BALL AND DIMPLE PATTERN FORMING PROCESS

004744    PATENT NO:   5738410   GRANT DATE: 04/14/1998
RECLINE MECHANISM FOR THREE-WHEELED STROLLER

003902-1   C    PATENT NO:   5741195   GRANT DATE: 04/21/1998
HIGH VISIBILITY INFLATED GAME BALLS
(CIP)

004799    PATENT NO:   5745954   GRANT DATE: 05/05/1998
PLAYYARD HINGE
(HAPPY CAMPER)

004768    PATENT NO:   5752283   GRANT DATE: 05/19/1998
ECONOMY BOTTOM PLAYYARD

005083    PATENT NO:   5759195   GRANT DATE: 06/02/1998
MESH PACIFIER
(1997)

004495   D    PATENT NO:   D065314   GRANT DATE: 05/26/1998
GOLF CLUB PUTTER HEAD
(MICRO GROOVE)

001928   D    PATENT NO:   D268468   GRANT DATE: 04/05/1983
DRESSER MIRROR

001924   D    PATENT NO:   D268974   GRANT DATE: 05/17/1983
FIVE-DRAWER CHEST

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 001873 | D | PATENT NO:<br>GOLF CLUB IRON HEAD | D269101 GRANT DATE: 05/24/1983 |
| 001956 | D | PATENT NO:<br>STROLLER | D274714 GRANT DATE: 07/17/1984 |
| 002001 | D | PATENT NO:<br>CRIB END (WINDSOR--W/O DECO END SPIND) | D274876 GRANT DATE: 07/31/1984 |
| 002002 | D | PATENT NO:<br>CRIB END (CASABLANCA WICKER) | D274877 GRANT DATE: 07/31/1984 |
| 002096 | D | PATENT NO:<br>BOOSTER SEAT (2-STAGE MODEL) | D276098 GRANT DATE: 10/30/1984 |
| 001979 | D | PATENT NO:<br>DESIGN OF BOOSTER SEAT (4-STAGE MODEL) | D276099 GRANT DATE: 10/30/1984 |
| 002017 | D | PATENT NO:<br>TOY GOAT | D276635 GRANT DATE: 12/04/1984 |
| 002013 | D | PATENT NO:<br>TOY CELERY (SQUEEZY) | D276636 GRANT DATE: 12/04/1984 |
| 002014 | D | PATENT NO:<br>TOY BANANA | D276637 GRANT DATE: 12/04/1984 |
| 002042 | D | PATENT NO:<br>TOY OCTOPUS | D276638 GRANT DATE: 12/04/1984 |

SPALDING U.S. PATENTS

002039   D   PATENT NO:              D276639   GRANT DATE:  12/04/1984
             TOY DOG (SQUEEZE PET)

002041   D   PATENT NO:              D276640   GRANT DATE:  12/04/1984
             TOY CAT

002016   D   PATENT NO:              D276641   GRANT DATE:  12/04/1984
             TOY HORSE

002040   D   PATENT NO:              D276643   GRANT DATE:  12/04/1984
             TOY MOUSE

002035   D   PATENT NO:              D276653   GRANT DATE:  12/04/1984
             TOY ELEPHANT TEETHER

002034   D   PATENT NO:              D276738   GRANT DATE:  12/11/1984
             TOY DOG TEETHER

002021   D   PATENT NO:              D276739   GRANT DATE:  12/11/1984
             TOY CLOWN

002043   D   PATENT NO:              D276834   GRANT DATE:  12/18/1984
             TOY SEAHORSE

002033   D   PATENT NO:              D276845   GRANT DATE:  12/18/1984
             TOY KITTEN TEETHER

002045   D   PATENT NO:              D276925   GRANT DATE:  12/25/1984
             TOY RABBIT RATTLE

SPALDING U.S. PATENTS

| | | PATENT NO: | | GRANT DATE: |
|---|---|---|---|---|
| 002015 | D | TOY BEAR | D276929 | 12/25/1984 |
| 002023 | D | TOY TIGER | D277016 | 01/01/1985 |
| 002029 | D | TOY ORANGE RATTLE | D277017 | 01/01/1985 |
| 002028 | D | TOY PEAR RATTLE | D277018 | 01/01/1985 |
| 002019 | D | TOY HAMMER | D277119 | 01/08/1985 |
| 002067 | D | CRIB END (ANTIQUITY) | D277157 | 01/15/1985 |
| 002046 | D | TOY SQUIRREL RATTLE | D277197 | 01/15/1985 |
| 002047 | D | TOY KITTEN (RATTLE) | D277198 | 01/15/1985 |
| 002020 | D | TOY PLIERS | D277203 | 01/15/1985 |
| 002012 | D | SQUEEZY (TOY CARROT) DESIGN | D277216 | 01/15/1985 |

PATENT
REEL: 9342 FRAME: 0443

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002044 | D | PATENT NO: D277496 GRANT DATE: 02/05/1985 | TOY DUCK |
| 002048 | D | PATENT NO: D277587 GRANT DATE: 02/12/1985 | TOY BUNNY RABBIT RATTLE |
| 002049 | D | PATENT NO: D277588 GRANT DATE: 02/12/1985 | TOY PUPPY DOG RATTLE |
| 002018 | D | PATENT NO: D277589 GRANT DATE: 02/12/1985 | TOY SAW |
| 005320 | D | PATENT NO: D277811 GRANT DATE: 03/05/1985 | INFANT CARRIER |
| 002022 | D | PATENT NO: D277880 GRANT DATE: 03/05/1985 | TOY BEAR |
| 002050 | D | PATENT NO: D278071 GRANT DATE: 03/19/1985 | TOY BIRD RATTLE |
| 002102 | D | PATENT NO: D278358 GRANT DATE: 04/09/1985 | BARBELL WEIGHT |
| 001997 | D | PATENT NO: D281092 GRANT DATE: 10/22/1985 | GOLF CLUB PUTTER HEAD (OFF SET PUTTER – TPM) |
| 002131 | D | PATENT NO: D282731 GRANT DATE: 02/25/1986 | STROLLER HANDLE (ALA CARTE) |

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002132 | D | PATENT NO: STROLLER (ALA CARTE) | D282831 GRANT DATE: 03/04/1986 |
| 002130 | D | PATENT NO: STROLLER FOOT REST (ALA CARTE) | D282832 GRANT DATE: 03/04/1986 |
| 005342 | D | PATENT NO: DIAPER PAIL | D288019 GRANT DATE: 01/27/1987 |
| 002249 | D | PATENT NO: CHILD'S BOOSTER SEAT (WINGS) | D289830 GRANT DATE: 05/19/1987 |
| 002222 | D | PATENT NO: GOLF CLUB GRIP | D295207 GRANT DATE: 04/12/1988 |
| 002274 | D | PATENT NO: TOY PUZZLE | D297032 GRANT DATE: 08/02/1988 |
| 002271 | D | PATENT NO: WATER TOY TURTLE FIGURE | D301596 GRANT DATE: 06/13/1989 |
| 002477 | D | PATENT NO: TOY MONEY BANK | D301931 GRANT DATE: 06/27/1989 |
| 002760 | D | PATENT NO: BABY BOTTLE (EASY HOLD) | D304763 GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO: CAR SEAT (7 YEAR CAR SEAT) | D305283 GRANT DATE: 01/02/1990 |

SPALDING U.S. PATENTS

| | | PATENT NO: | | |
|---|---|---|---|---|
| 002897 | D | GOLF BALL PACKAGE | D305733 | GRANT DATE: 01/30/1990 |
| 002925 | D | BABY CARRIAGE | D307879 | GRANT DATE: 05/15/1990 |
| 003017 | D | CHILD'S TRAINING CHAIR (POTTY SEAT) (PERFECT POTTY) | D308573 | GRANT DATE: 06/12/1990 |
| 002919 | D | BREAST PUMP (1986 MANUAL) | D309500 | GRANT DATE: 07/24/1990 |
| 002948 | D | STROLLER WHEEL | D309886 | GRANT DATE: 08/14/1990 |
| 003034 | D | STROLLER WHEEL HUB | D310200 | GRANT DATE: 08/28/1990 |
| 003020 | D | STROLLER WHEEL HUB CAP | D310654 | GRANT DATE: 09/18/1990 |
| ...75 | D | A CHILD'S SAFETY SEAT (WITH T-SHIELD) | D311281 | GRANT DATE: 10/16/1990 |
| 002867 | D | INFANT SAFETY SEAT (JOYRIDE) | D311822 | GRANT DATE: 11/06/1990 |

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002852 | D | PATENT NO:<br>CHILD SAFETY SEAT (ULTARA II) | D311823 GRANT DATE: 11/06/1990 |
| 002785 | D | PATENT NO:<br>BOOSTER SEAT (SIGHTSEER) | D315253 GRANT DATE: 03/12/1991 |
| 002947 | D | PATENT NO:<br>CARRIAGE STROLLER TRAY | D316238 GRANT DATE: 04/16/1991 |
| 002648 | D | PATENT NO:<br>GOLF CLUB HEAD (NSC) | D316583 GRANT DATE: 04/30/1991 |
| 003021 | D | PATENT NO:<br>STROLLER HANDLE | D316989 GRANT DATE: 05/21/1991 |
| 002728 | D | PATENT NO:<br>GOLF CLUB HEAD (XE #1 IRON) | D318510 GRANT DATE: 07/23/1991 |
| 002943 | D | PATENT NO:<br>GOLF CLUB HEAD (XE #2 IRON) | D318511 GRANT DATE: 07/23/1991 |
| 003149 | D | PATENT NO:<br>CLUB GOLF GRIP | D321233 GRANT DATE: 10/29/1991 |
| 002901 | D | PATENT NO:<br>POWER ROCKER BASE FOR AN INFANT SEAT (AMERICAN GLIDER) | D321449 GRANT DATE: 11/12/1991 |

PATENT
REEL: 9342 FRAME: 0445

SPALDING U.S. PATENTS

002927  D  PATENT NO: D322001 GRANT DATE: 12/03/1991
DETACHABLE BASE FOR A BABY'S ROCKER
(JOYRIDE) (TRAVEL TANDEM)

003134  D  PATENT NO: D323589 GRANT DATE: 02/04/1992
FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND
VERSION)

003183  D  PATENT NO: D324962 GRANT DATE: 03/31/1992
CHILD'S DESK

003092  D  PATENT NO: D325972 GRANT DATE: 05/05/1992
DISPOSABLE NURSER HOOD

003167  D  PATENT NO: D325973 GRANT DATE: 05/05/1992
DISPOSABLE NURSER SHELL

003074  D  PATENT NO: D326523 GRANT DATE: 05/26/1992
DISPOSABLE NURSER (1988)
(ENTIRE STRUCTURE)

003156  D  PATENT NO: D327175 GRANT DATE: 06/23/1992
ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
(STAIR & CHAIR) (design)

003130  D  PATENT NO: D328239 GRANT DATE: 07/28/1992
SAFETY SEAT BELT ALIGNMENT
GUIDE (ULTARA)

003489  D  PATENT NO: D329472 GRANT DATE: 09/15/1992
DUCK NOVELITY JUMPER (QUACKERS)

PATENT
REEL: 9352 FRAME: 0448

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003177 | D | PATENT NO: D329757 GRANT DATE: 09/20/1992 | CHILD'S ROCKER |
| 003176 | D | PATENT NO: D329758 GRANT DATE: 09/29/1992 | CHILD'S BENCH SEAT |
| 003259 | D | PATENT NO: D330842 GRANT DATE: 11/10/1992 | ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY) |
| 003464 | D | PATENT NO: D330925 GRANT DATE: 11/10/1992 | TENNIS RACKET WITH SPLIT FRAME |
| 003160 | D | PATENT NO: D331087 GRANT DATE: 11/17/1992 | GOLF CLUB PUTTER (HIGH EFFICIENCY I-TOE WEIGHTED PUTTER HEAD) |
| 003540 | D | PATENT NO: D334848 GRANT DATE: 04/20/1993 | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (CHAIR & STAIR) (D) |
| 003178 | D | PATENT NO: D336168 GRANT DATE: 06/08/1993 | CHILD'S CHAIR |
| 003528 | D | PATENT NO: D336396 GRANT DATE: 06/15/1993 | BASE FOR AN INFANT SEAT |
| 003676 | D | PATENT NO: D337161 GRANT DATE: 07/07/1993 | TEETHER (TEDDY BEAR COOLING RING) |

SPALDING U.S. PATENTS

003751    D    PATENT NO:    D338068 GRANT DATE: 08/03/1993
                TEETHER (TEDDY BEAR COOLING STAR)

003386    D    PATENT NO:    D338252 GRANT DATE: 08/10/1993
                GOLF CLUB HEAD (TOUR EDITION #9)

003184    D    PATENT NO:    D338344 GRANT DATE: 08/17/1993
                CHILD'S ROCKING SETTEE

003384    D    PATENT NO:    D338937 GRANT DATE: 08/31/1993
                GOLF CLUB HEAD (TOUR EDITION #2)

003385    D    PATENT NO:    D338938 GRANT DATE: 08/31/1993
                GOLF CLUB HEAD (TOUR EDITION #5)

003389    D    PATENT NO:    D339196 GRANT DATE: 09/07/1993
                INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN)

003303    D    PATENT NO:    D339477 GRANT DATE: 09/21/1993
                CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME)
                (CHAMPION)

003377    D    PATENT NO:    D339867 GRANT DATE: 09/28/1993
                PACIFIER SHIELD

005330    D    PATENT NO:    D341207 GRANT DATE: 01/20/1994
                SECURITY GATE WITH WALK-THROUGH FEATURE

003678    D    PATENT NO:    D343650 GRANT DATE: 01/25/1994
                ELEPHANT CIRCUS RATTLE

PATENT
REEL: 9342 FRAME: 0450

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003683 | D | PATENT NO:          D343651 GRANT DATE: 01/25/1994<br>LION CLUTCH RATTLE | |
| 003684 | D | PATENT NO:          D343652 GRANT DATE: 01/25/1994<br>BEAR CLUTCH RATTLE | |
| 003679 | D | PATENT NO:          D343653 GRANT DATE: 01/25/1994<br>BUNNY CIRCUS RATTLE | |
| 003682 | D | PATENT NO:          D343654 GRANT DATE: 01/25/1994<br>ELEPHANT CLUTCH RATTLE | |
| 003644 | D | PATENT NO:          D343988 GRANT DATE: 02/08/1994<br>JUVENILE CUP DRIBBLE LID (DESIGN) | |
| 005334 | | PATENT NO:          D344189 GRANT DATE: 02/15/1994<br>HIGH CHAIR | |
| 003689 | D | PATENT NO:          D344986 GRANT DATE: 03/08/1994<br>LION HIGH CHAIR RATTLE (WITH MIRROR) | |
| 003690 | D | PATENT NO:          D344987 GRANT DATE: 03/08/1994<br>DEVELOPMENT RATTLE (SPINNER & RINGS) | |
| 003691 | D | PATENT NO:          D344988 GRANT DATE: 03/08/1994<br>ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) | |
| 003742 | D | PATENT NO:          D344998 GRANT DATE: 03/08/1994<br>GOLF CLUB HEAD (TOP-FLITE THUNDER HEAT) | |

PATENT
REEL: 9342 FRAME: 0451

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003649 | D | PATENT NO:        D345054 GRANT DATE: 03/15/1994<br>INFANT MASSAGER TOOTHBRUSH (D) | |
| 003690 | D | PATENT NO:        D345184 GRANT DATE: 03/15/1994<br>CLOWN HIGH CHAIR RATTLE (WITH MIRROR) | |
| 003685 | D | PATENT NO:        D345185 GRANT DATE: 03/15/1994<br>RATTLE WITH RINGS | |
| 003687 | D | PATENT NO:        D345388 GRANT DATE: 03/22/1994<br>RING CHIME RATTLE DESIGN | |
| 003680 | D | PATENT NO:        D345389 GRANT DATE: 03/22/1994<br>LAMB CIRCUS RATTLE | |
| 003692 | D | PATENT NO:        D345390 GRANT DATE: 03/22/1994<br>PONY PUSH-ALONG RATTLE (WITH MIRROR) | |
| 003686 | D | PATENT NO:        D345391 GRANT DATE: 03/22/1994<br>BUNNY SEE-THRU RATTLE | |
| 003688 | D | PATENT NO:        D345392 GRANT DATE: 03/22/1994<br>SPIN BALL HIGH CHAIR RATTLE | |
| 003736 | D | PATENT NO:        D345422 GRANT DATE: 03/22/1994<br>CLEAR TEETHER RING | |
| 003677 | D | PATENT NO:        D345608 GRANT DATE: 03/29/1994<br>DECORATED COOLING TEETHER | |

PATENT
REEL: 9342 FRAME: 0452

SPALDING U.S. PATENTS

| | | PATENT NO: | | |
|---|---|---|---|---|
| 003681 | D | SLIDE RATTLE DESIGN | D345995 GRANT DATE: 04/12/1994 | |
| 003667 | D | GOLF CLUB WEDGE HEAD (D) | D346840 GRANT DATE: 05/10/1994 | |
| 005336 | | INFANT BOUNCER | D347121 GRANT DATE: 05/24/1994 | |
| 005337 | | INFANT CAR SEAT | D347737 GRANT DATE: 06/14/1994 | |
| 005328 | | BATH RING | D348309 GRANT DATE: 06/28/1994 | |
| 003388 | D | BREAST PUMP ADAPTER (MANUAL BREAST PUMPS) | D348513 GRANT DATE: 07/05/1994 | |
| 003585 | D | MICKEY MOUSE PACIFIER (NEW DESIGN) | D350607 GRANT DATE: 09/13/1994 | |
| 003376 | D | MINNIE MOUSE PACIFIER (NEW DESIGN) | D350828 GRANT DATE: 09/20/1994 | |
| 002447 | D | INFANT MASSAGER TOOTHBRUSH | D350851 GRANT DATE: 09/27/1994 | |

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 003797 | D | PATENT NO:    D351205 GRANT DATE: 10/04/1994<br>TENNIS RACKET DESIGN (VARIABLE INERTIA HEAD RACKET) |
| 003939 | D | PATENT NO:    D351232 GRANT DATE: 10/04/1994<br>DAISY DUCK PACIFIER (DISNEY) |
| 003938 | D | PATENT NO:    D351233 GRANT DATE: 10/04/1994<br>DONALD DUCK PACIFIER (DISNEY) |
| 005335 | D | PATENT NO:    D351289 GRANT DATE: 10/11/1994<br>INFANT SWING |
| 003643 | D | PATENT NO:    D352201 GRANT DATE: 11/08/1994<br>JUVENILE DRINKING CUP (DESIGN) |
| 003945 | D | PATENT NO:    D353288 GRANT DATE: 12/13/1994<br>Z HANDLE FOR INFANT CAR SEAT (CARRY RIGHT) |
| 003943 | D | PATENT NO:    D355461 GRANT DATE: 02/14/1995<br>RACQUETBALL RACKET (WITH REVERSE SUNBURST STRING PATTERN (ULTIMATE POWER) |
| 003454 | D | PATENT NO:    D355533 GRANT DATE: 02/21/1995<br>NEW DOORWAY EXERCISER (D) (JOHNNY JUMP UP) |
| 003954 | D | PATENT NO:    D355939 GRANT DATE: 02/28/1995<br>CHILD'S EXERCISER/ROCKER (D) (EXERSAUCER) |

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 003961 | D | PATENT NO: D356689 GRANT DATE: 03/28/1995 CHILD'S MULTI-LEVEL BOOSTER SEAT (D) (ELEVATOR II) |
| 003985 | D | PATENT NO: D357800 GRANT DATE: 05/02/1995 SOFT BABY CARRIER (GRAND TOUR) |
| 003917 | D | PATENT NO: D358188 GRANT DATE: 05/09/1995 GOLF CLUB HEAD (FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS) |
| 003898 | D | PATENT NO: D358730 GRANT DATE: 05/30/1995 HIGH CHAIR TRAY (WITH CENTER DRAWER – HAPPY DAYS) |
| 003935 | D | PATENT NO: D360307 GRANT DATE: 07/18/1995 BOOSTER CAR SEAT BASE (D) (W/O SHIELD) (SIDEKICK) |
| 003900 | D | PATENT NO: D360905 GRANT DATE: 08/01/1995 DUCK NOVELTY JUMPER (QUACKERS) |
| 003908 | D | PATENT NO: D360991 GRANT DATE: 08/08/1995 BOOSTER CAR SEAT W/SHIELD (SIDEKICK) (D) |
| 003907 | D | PATENT NO: D361672 GRANT DATE: 08/29/1995 ADJUSTABLE HIGH CHAIR (D) (REIGHT HEIGHT) |

SPALDING U.S. PATENTS

004035    D    PATENT NO:    D362883  GRANT DATE: 10/03/1995
TOP-FLITE TOUR "PRO-OFFSET"
GOLF CLUB IRONS (P5)

004197    D    PATENT NO:    D363100  GRANT DATE: 10/10/1995
GOLF CLUB (D)
(CROWNLESS TOP-FLITE MAGNA WOOD)

003977    D    PATENT NO:    D363327  GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-2) (D)

003978    D    PATENT NO:    D363328  GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-3) (D)
(TOP-FLITE 3)

003980    D    PATENT NO:    D363329  GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-5) (D)
(TOP-FLITE 5)

004010    D    PATENT NO:    D363330  GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-6) (D)

004016    D    PATENT NO:    D363332  GRANT DATE: 10/17/1995
"OVERSIZED" EZ IRONS (EZ-5)

004011    D    PATENT NO:    D363518  GRANT DATE: 10/24/1995
GOLF CLUB PUTTER (TOP-FLITE TF-7)

004194    D    PATENT NO:    D363961  GRANT DATE: 11/07/1994
GOLF CLUB (TOP-FLITE MAGNA WOOD) (D)
(3RD VERSION)

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004157 | D | PATENT NO:    D364754 GRANT DATE: 12/05/1995<br>BLOW MOLDED CRIB (D)<br>(HUNTINGTON BABY CRIB) |
| 003953 | D | PATENT NO:    D365925 GRANT DATE: 01/09/1996<br>A COMBINATION BABY CARRIER, BACKPACK<br>AND WHEEL COVERS (FRAME AND SOFT CARRIER) |
| 004184 | D | PATENT NO:    D366965 GRANT DATE: 02/13/1996<br>INFANT CAR SEAT (D) (FANTASY)<br>(TODDLER CONVERTIBLE CAR SEAT) |
| 004241 | D | PATENT NO:    D366967 GRANT DATE: 02/13/1996<br>CONVERTIBLE HIGH CHAIR (D)<br>(COMBINATION HIGH CHAIR/TABLE) |
| 004263 | D | PATENT NO:    D366978 GRANT DATE: 02/13/1996<br>REMOVABLE PLAYYARD CANOPY (D) |
| 003616 | D | PATENT NO:    D368386 GRANT DATE: 04/02/1996<br>CHILD'S BED<br>(PRINCESS BED) |
| 003976 | D | PATENT NO:    D368505 GRANT DATE: 04/02/1996<br>GOLF CLUB PUTTER (D)<br>(TOP-FLITE 1) |
| 003954-1 | D | PATENT NO:    D369685 GRANT DATE: 05/14/1996<br>CHILD'S EXERCISER/ROCKER |

PATENT
REEL: 009342 FRAME: 0437

SPALDING U.S. PATENTS

| | | PATENT NO: | |
|---|---|---|---|
| 002015 | D | TOY BEAR | D276929 GRANT DATE: 12/25/1984 |
| 002023 | D | TOY TIGER | D277016 GRANT DATE: 01/01/1985 |
| 002029 | D | TOY ORANGE RATTLE | D277017 GRANT DATE: 01/01/1985 |
| 002028 | D | TOY PEAR RATTLE | D277018 GRANT DATE: 01/01/1985 |
| 002019 | D | TOY HAMMER | D277119 GRANT DATE: 01/08/1985 |
| 002067 | D | CRIB END (ANTIQUITY) | D277157 GRANT DATE: 01/15/1985 |
| 002046 | D | TOY SQUIRREL RATTLE | D277197 GRANT DATE: 01/15/1985 |
| 002047 | D | TOY KITTEN (RATTLE) | D277198 GRANT DATE: 01/15/1985 |
| 002020 | D | TOY PLIERS | D277203 GRANT DATE: 01/15/1985 |
| 002012 | D | SQUEEZY (TOY CARROT) DESIGN | D277216 GRANT DATE: 01/15/1985 |

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002044 | D | PATENT NO: D277496 GRANT DATE: 02/05/1985 | TOY DUCK |
| 002048 | D | PATENT NO: D277587 GRANT DATE: 02/12/1985 | TOY BUNNY RABBIT RATTLE |
| 002049 | D | PATENT NO: D277588 GRANT DATE: 02/12/1985 | TOY PUPPY DOG RATTLE |
| 002018 | D | PATENT NO: D277589 GRANT DATE: 02/12/1985 | TOY SAW |
| 005320 | D | PATENT NO: D277811 GRANT DATE: 03/05/1985 | INFANT CARRIER |
| 002022 | D | PATENT NO: D277880 GRANT DATE: 03/05/1985 | TOY BEAR |
| 002050 | D | PATENT NO: D278071 GRANT DATE: 03/19/1985 | TOY BIRD RATTLE |
| 002402 | D | PATENT NO: D278358 GRANT DATE: 04/09/1985 | BARBELL WEIGHT |
| 001997 | D | PATENT NO: D281092 GRANT DATE: 10/22/1985 | GOLF CLUB PUTTER HEAD (OFF SET PUTTER - TPM) |
| 002131 | D | PATENT NO: D282731 GRANT DATE: 02/25/1986 | STROLLER HANDLE (ALA CARTE) |

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002132 | D | PATENT NO: STROLLER (ALA CARTE) | D282831 GRANT DATE: 03/04/1986 |
| 002130 | D | PATENT NO: STROLLER FOOT REST (ALA CARTE) | D282832 GRANT DATE: 03/04/1986 |
| 005342 | D | PATENT NO: DIAPER PAIL | D288019 GRANT DATE: 01/27/1987 |
| 002249 | D | PATENT NO: CHILD'S BOOSTER SEAT (WINGS) | D289830 GRANT DATE: 05/19/1987 |
| 002222 | D | PATENT NO: GOLF CLUB GRIP | D295207 GRANT DATE: 04/12/1988 |
| 002274 | D | PATENT NO: TOY PUZZLE | D297032 GRANT DATE: 08/02/1988 |
| 002271 | D | PATENT NO: WATER TOY TURTLE FIGURE | D301596 GRANT DATE: 06/13/1989 |
| 002477 | D | PATENT NO: TOY MONEY BANK | D301931 GRANT DATE: 06/27/1989 |
| 002760 | D | PATENT NO: BABY BOTTLE (EASY HOLD) | D304763 GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO: CAR SEAT (7 YEAR CAR SEAT) | D305283 GRANT DATE: 01/02/1990 |

SPALDING U.S. PATENTS

| | | | | |
|---|---|---|---|---|
| 002897 | D | PATENT NO: GOLF BALL PACKAGE | D305733 | GRANT DATE: 01/30/1990 |
| 002925 | D | PATENT NO: BABY CARRIAGE | D307879 | GRANT DATE: 05/15/1990 |
| 003017 | D | PATENT NO: CHILD'S TRAINING CHAIR (POTTY SEAT) (PERFECT POTTY) | D308573 | GRANT DATE: 06/12/1990 |
| 002919 | D | PATENT NO: BREAST PUMP (1986 MANUAL) | D309500 | GRANT DATE: 07/24/1990 |
| 002948 | D | PATENT NO: STROLLER WHEEL | D309886 | GRANT DATE: 08/14/1990 |
| 003034 | D | PATENT NO: STROLLER WHEEL HUB | D310200 | GRANT DATE: 08/28/1990 |
| 003020 | D | PATENT NO: STROLLER WHEEL HUB CAP | D310654 | GRANT DATE: 09/18/1990 |
| 2875 | D | PATENT NO: A CHILD'S SAFETY SEAT (WITH T-SHIELD) | D311281 | GRANT DATE: 10/16/1990 |
| 002867 | D | PATENT NO: INFANT SAFETY SEAT (JOYRIDE) | D311822 | GRANT DATE: 11/06/1990 |

PATENT
REEL: 9342 FRAME: 0446

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 002852 | D | D311823 GRANT DATE: 11/06/1990 |
| | | PATENT NO: CHILD SAFETY SEAT (ULTARA II) |
| 002785 | D | D315253 GRANT DATE: 03/12/1991 |
| | | PATENT NO: BOOSTER SEAT (SIGHTSEER) |
| 002947 | D | D316238 GRANT DATE: 04/16/1991 |
| | | PATENT NO: CARRIAGE STROLLER TRAY |
| 002648 | D | D316583 GRANT DATE: 04/30/1991 |
| | | PATENT NO: GOLF CLUB HEAD (NSC) |
| 003021 | D | D316989 GRANT DATE: 05/21/1991 |
| | | PATENT NO: STROLLER HANDLE |
| 02728 | D | D318510 GRANT DATE: 07/23/1991 |
| | | PATENT NO: GOLF CLUB HEAD (XE #1 IRON) |
| 02943 | D | D318511 GRANT DATE: 07/23/1991 |
| | | PATENT NO: GOLF CLUB HEAD (XE #2 IRON) |
| 03149 | D | D321233 GRANT DATE: 10/29/1991 |
| | | PATENT NO: CLUB GOLF GRIP |
| 02901 | D | D321449 GRANT DATE: 11/12/1991 |
| | | PATENT NO: POWER ROCKER BASE FOR AN INFANT SEAT (AMERICAN GLIDER) |

PATENT
REEL: 9342 FRAME: 0445

SPALDING U.S. PATENTS

002927    D    PATENT NO:    D322001 GRANT DATE: 12/03/1991
DETACHABLE BASE FOR A BABY'S ROCKER
(JOYRIDE) (TRAVEL TANDEM)

003134    D    PATENT NO:    D323589 GRANT DATE: 02/04/1992
FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND
VERSION)

003183    D    PATENT NO:    D324962 GRANT DATE: 03/31/1992
CHILD'S DESK

003092    D    PATENT NO:    D325972 GRANT DATE: 05/05/1992
DISPOSABLE NURSER HOOD

003167    D    PATENT NO:    D325973 GRANT DATE: 05/05/1992
DISPOSABLE NURSER SHELL

003074    D    PATENT NO:    D326523 GRANT DATE: 05/26/1992
DISPOSABLE NURSER (1988)
(ENTIRE STRUCTURE)

003156    D    PATENT NO:    D327175 GRANT DATE: 06/23/1992
ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
(STAIR & CHAIR) (design)

003130    D    PATENT NO:    D328239 GRANT DATE: 07/28/1992
SAFETY SEAT BELT ALIGNMENT
GUIDE (ULTARA)

003489    D    PATENT NO:    D329472 GRANT DATE: 09/15/1992
DUCK NOVELITY JUMPER (QUACKERS)

SPALDING U.S. PATENTS

003177     D     PATENT NO:     D329757 GRANT DATE: 09/20/1992
                 CHILD'S ROCKER

003176     D     PATENT NO:     D329758 GRANT DATE: 09/29/1992
                 CHILD'S BENCH SEAT

003259     D     PATENT NO:     D330842 GRANT DATE: 11/10/1992
                 ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY)

003464     D     PATENT NO:     D330925 GRANT DATE: 11/10/1992
                 TENNIS RACKET WITH SPLIT FRAME

003160     D     PATENT NO:     D331087 GRANT DATE: 11/17/1992
                 GOLF CLUB PUTTER (HIGH EFFICIENCY
                 I-TOE WEIGHTED PUTTER HEAD)

003540     D     PATENT NO:     D334848 GRANT DATE: 04/20/1993
                 ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
                 (CHAIR & STAIR) (D)

003178     D     PATENT NO:     D336168 GRANT DATE: 06/08/1993
                 CHILD'S CHAIR

003528     D     PATENT NO:     D336396 GRANT DATE: 06/15/1993
                 BASE FOR AN INFANT SEAT

003676     D     PATENT NO:     D337161 GRANT DATE: 07/07/1993
                 TEETHER (TEDDY BEAR COOLING RING)

SPALDING U.S. PATENTS

003751   D       PATENT NO:        D338068 GRANT DATE: 08/03/1993
                 TEETHER (TEDDY BEAR COOLING STAR)

003386   D       PATENT NO:        D338252 GRANT DATE: 08/10/1993
                 GOLF CLUB HEAD (TOUR EDITION #9)

003184   D       PATENT NO:        D338344 GRANT DATE: 08/17/1993
                 CHILD'S ROCKING SETTEE

003384   D       PATENT NO:        D338937 GRANT DATE: 08/31/1993
                 GOLF CLUB HEAD (TOUR EDITION #2)

003385   D       PATENT NO:        D338938 GRANT DATE: 08/31/1993
                 GOLF CLUB HEAD (TOUR EDITION #5)

003389   D       PATENT NO:        D339196 GRANT DATE: 09/07/1993
                 INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN)

003303   D       PATENT NO:        D339477 GRANT DATE: 09/21/1993
                 CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME)
                 (CHAMPION)

003377   D       PATENT NO:        D339867 GRANT DATE: 09/28/1993
                 PACIFIER SHIELD

005330   D       PATENT NO:        D341207 GRANT DATE: 01/20/1994
                 SECURITY GATE WITH WALK-THROUGH FEATURE

003678   D       PATENT NO:        D343650 GRANT DATE: 01/25/1994
                 ELEPHANT CIRCUS RATTLE

PATENT
REEL: 9342 FRAME: 0450

SPALDING U.S. PATENTS

| 003683 | D | PATENT NO:                D343651  GRANT DATE:  01/25/1994<br>LION CLUTCH RATTLE |
| 003684 | D | PATENT NO:                D343652  GRANT DATE:  01/25/1994<br>BEAR CLUTCH RATTLE |
| 003679 | D | PATENT NO:                D343653  GRANT DATE:  01/25/1994<br>BUNNY CIRCUS RATTLE |
| 003682 | D | PATENT NO:                D343654  GRANT DATE:  01/25/1994<br>ELEPHANT CLUTCH RATTLE |
| 003644 | D | PATENT NO:                D343988  GRANT DATE:  02/08/1994<br>JUVENILE CUP DRIBBLE LID (DESIGN) |
| 005334 |   | PATENT NO:                D344189  GRANT DATE:  02/15/1994<br>HIGH CHAIR |
| 003689 | D | PATENT NO:                D344986  GRANT DATE:  03/08/1994<br>LION HIGH CHAIR RATTLE (WITH MIRROR) |
| 003690 | D | PATENT NO:                D344987  GRANT DATE:  03/08/1994<br>DEVELOPMENT RATTLE (SPINNER & RINGS) |
| 003691 | D | PATENT NO:                D344988  GRANT DATE:  03/08/1994<br>ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) |
| 003742 | D | PATENT NO:                D344998  GRANT DATE:  03/08/1994<br>GOLF CLUB HEAD (TOP-FLITE THUNDER HEAT) |

PATENT
REEL: 9342 FRAME: 0451

SPALDING U.S. PATENTS

| 003649 | D | PATENT NO:       D345054 GRANT DATE: 03/15/1994 |
|--------|---|--------------------------------------------------|

INFANT MASSAGER TOOTHBRUSH (D)

| 003690 | D | PATENT NO:       D345184 GRANT DATE: 03/15/1994 |

CLOWN HIGH CHAIR RATTLE (WITH MIRROR)

| 003685 | D | PATENT NO:       D345185 GRANT DATE: 03/15/1994 |

RATTLE WITH RINGS

| 003687 | D | PATENT NO:       D345388 GRANT DATE: 03/22/1994 |

RING CHIME RATTLE DESIGN

| 003680 | D | PATENT NO:       D345389 GRANT DATE: 03/22/1994 |

LAMB CIRCUS RATTLE

| 003692 | D | PATENT NO:       D345390 GRANT DATE: 03/22/1994 |

PONY PUSH-ALONG RATTLE (WITH MIRROR)

| 003686 | D | PATENT NO:       D345391 GRANT DATE: 03/22/1994 |

BUNNY SEE-THRU RATTLE

| 003688 | D | PATENT NO:       D345392 GRANT DATE: 03/22/1994 |

SPIN BALL HIGH CHAIR RATTLE

| 003736 | D | PATENT NO:       D345422 GRANT DATE: 03/22/1994 |

CLEAR TEETHER RING

| 003677 | D | PATENT NO:       D345608 GRANT DATE: 03/29/1994 |

DECORATED COOLING TEETHER

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003681 | D | PATENT NO:<br>SLIDE RATTLE DESIGN | D345995 GRANT DATE: 04/12/1994 |
| 003667 | D | PATENT NO:<br>GOLF CLUB WEDGE HEAD<br>(D) | D346840 GRANT DATE: 05/10/1994 |
| 005336 | | PATENT NO:<br>INFANT BOUNCER | D347121 GRANT DATE: 05/24/1994 |
| 005337 | | PATENT NO:<br>INFANT CAR SEAT | D347737 GRANT DATE: 06/14/1994 |
| 005328 | | PATENT NO:<br>BATH RING | D348309 GRANT DATE: 06/28/1994 |
| 003388 | D | PATENT NO:<br>BREAST PUMP ADAPTER (MANUAL BREAST PUMPS) | D348513 GRANT DATE: 07/05/1994 |
| 003585 | D | PATENT NO:<br>MICKEY MOUSE PACIFIER<br>(NEW DESIGN) | D350607 GRANT DATE: 09/13/1994 |
| 003576 | D | PATENT NO:<br>MINNIE MOUSE PACIFIER<br>(NEW DESIGN) | D350828 GRANT DATE: 09/20/1994 |
| 002447 | D | PATENT NO:<br>INFANT MASSAGER TOOTHBRUSH | D350851 GRANT DATE: 09/27/1994 |

PATENT
REEL: 9342 FRAME: 0453

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 003797 | D | PATENT NO:     D351205  GRANT DATE:  10/04/1994<br>TENNIS RACKET DESIGN  (VARIABLE INERTIA HEAD RACKET) |
| 003939 | D | PATENT NO:     D351232  GRANT DATE:  10/04/1994<br>DAISY DUCK PACIFIER  (DISNEY) |
| 003938 | D | PATENT NO:     D351233  GRANT DATE:  10/04/1994<br>DONALD DUCK PACIFIER  (DISNEY) |
| 005335 | D | PATENT NO:     D351289  GRANT DATE:  10/11/1994<br>INFANT SWING |
| 003643 | D | PATENT NO:     D352201  GRANT DATE:  11/08/1994<br>JUVENILE DRINKING CUP  (DESIGN) |
| 003945 | D | PATENT NO:     D353288  GRANT DATE:  12/13/1994<br>Z HANDLE FOR INFANT CAR SEAT<br>(CARRY RIGHT) |
| 003943 | D | PATENT NO:     D355461  GRANT DATE:  02/14/1995<br>RACQUETBALL RACKET (WITH REVERSE SUNBURST<br>STRING PATTERN (ULTIMATE POWER) |
| 003454 | D | PATENT NO:     D355533  GRANT DATE:  02/21/1995<br>NEW DOORWAY EXERCISER  (D)<br>(JOHNNY JUMP UP) |
| 003954 | D | PATENT NO:     D355939  GRANT DATE:  02/28/1995<br>CHILD'S EXERCISER/ROCKER  (D)<br>(EXERSAUCER) |

SPALDING U.S. PATENTS

003961  D  PATENT NO:  D356689 GRANT DATE: 03/28/1995
           CHILD'S MULTI-LEVEL BOOSTER SEAT (D)
           (ELEVATOR II)

003985  D  PATENT NO:  D357800 GRANT DATE: 05/02/1995
           SOFT BABY CARRIER
           (GRAND TOUR)

003917  D  PATENT NO:  D358188 GRANT DATE: 05/09/1995
           GOLF CLUB HEAD
           (FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS)

003898  D  PATENT NO:  D358730 GRANT DATE: 05/30/1995
           HIGH CHAIR TRAY (WITH CENTER DRAWER -
           HAPPY DAYS)

003935  D  PATENT NO:  D360307 GRANT DATE: 07/18/1995
           BOOSTER CAR SEAT BASE (D) (W/O SHIELD)
           (SIDEKICK)

003900  D  PATENT NO:  D360905 GRANT DATE: 08/01/1995
           DUCK NOVELTY JUMPER (QUACKERS)

003908  D  PATENT NO:  D360991 GRANT DATE: 08/08/1995
           BOOSTER CAR SEAT W/SHIELD
           (SIDEKICK) (D)

003907  D  PATENT NO:  D361672 GRANT DATE: 08/29/1995
           ADJUSTABLE HIGH CHAIR (D)
           (HEIGHT HEIGHT)

SPALDING U.S. PATENTS

004035   D   PATENT NO: D362883 GRANT DATE: 10/03/1995
TOP-FLITE TOUR "PRO-OFFSET"
GOLF CLUB IRONS (P5)

004197   D   PATENT NO: D363100 GRANT DATE: 10/10/1995
GOLF CLUB (D)
(CROWNLESS TOP-FLITE MAGNA WOOD)

003977   D   PATENT NO: D363327 GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-2) (D)

003978   D   PATENT NO: D363328 GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-3) (D)
(TOP-FLITE 3)

003980   D   PATENT NO: D363329 GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-5) (D)
(TOP-FLITE 5)

004010   D   PATENT NO: D363330 GRANT DATE: 10/17/1995
GOLF CLUB PUTTER (TOP-FLITE TF-6) (D)

004016   D   PATENT NO: D363332 GRANT DATE: 10/17/1995
"OVERSIZED" EZ IRONS
(EZ-5)

004011   D   PATENT NO: D363518 GRANT DATE: 10/24/1995
GOLF CLUB PUTTER (TOP-FLITE TF-7)

004194   D   PATENT NO: D363961 GRANT DATE: 11/07/1994
GOLF CLUB (TOP-FLITE MAGNA WOOD) (D)
(3RD VERSION)

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004157 | D | PATENT NO: D364754 GRANT DATE: 12/05/1995<br>BLOW MOLDED CRIB (D)<br>(HUNTINGTON BABY CRIB) |
| 003953 | D | PATENT NO: D365925 GRANT DATE: 01/09/1996<br>A COMBINATION BABY CARRIER, BACKPACK<br>AND WHEEL COVERS (FRAME AND SOFT CARRIER) |
| 004184 | D | PATENT NO: D366965 GRANT DATE: 02/13/1996<br>INFANT CAR SEAT (D) (FANTASY)<br>(TODDLER CONVERTIBLE CAR SEAT) |
| 004241 | D | PATENT NO: D366967 GRANT DATE: 02/13/1996<br>CONVERTIBLE HIGH CHAIR (D)<br>(COMBINATION HIGH CHAIR/TABLE) |
| 004263 | D | PATENT NO: D366978 GRANT DATE: 02/13/1996<br>REMOVABLE PLAYYARD CANOPY (D) |
| 003616 | D | PATENT NO: D368386 GRANT DATE: 04/02/1996<br>CHILD'S BED<br>(PRINCESS BED) |
| 003976 | D | PATENT NO: D368505 GRANT DATE: 04/02/1996<br>GOLF CLUB PUTTER (D)<br>(TOP-FLITE 1) |
| 003954-1 | D | PATENT NO: D369685 GRANT DATE: 05/14/1996<br>CHILD'S EXERCISER/ROCKER |

05/18/1998  11 01  PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
9
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| ---- -- | ---- ---- | ---- ---- -- | ---- ---- |
| 005605 | D | APPLICATION NO: 09/085670 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | |
| | | DESIGN - DESIGN #8 | |
| 005601 | D | APPLICATION NO: 09/085671 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | |
| | | DESIGN - DESIGN #4 | |
| 005602 | D | APPLICATION NO: 09/085680 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | |
| | | DESIGN - DESIGN #5 | |
| 005510 | | APPLICATION NO: 09/090388 | APPLICATION DATE: 01/20/1998 |
| | | ALLTREK STAND GOLF BAG | |
| 004009 | | APPLICATION NO: 08/291255 | APPLICATION DATE: 08/16/1994 |
| | | SHEET MOLDING COMPOUND FOR RACKETS | |
| 003637-F1 | F | APPLICATION NO: 08/366365 | APPLICATION DATE: 12/19/1994 |
| | | HIGH ACID IONOMER AND GOLF | |
| | | BALL COVER COMPOSITIONS | |
| | | COMPRISING SAME | |
| 002624-2 | V | APPLICATION NO: 08/410824 | APPLICATION DATE: 03/27/1995 |
| | | GOLF BALL COVER COMPOSITIONS | |
| | | CONTAINING MINERAL FIBERS | |
| 003637-F1-2 | V | APPLICATION NO: 08/412051 | APPLICATION DATE: 03/28/1995 |
| | | HIGH ACID IONOMER AND GOLF | |
| | | BALL COVER COMPOSITIONS | |
| | | COMPRISING SAME | |

PATENT
REEL: 9242 FRAME: 0473

```
MASTER FILE REPORT                          PCMASTER REPORTER                           05/18/1998  11 01  PAGE:
   10
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No         APPLICATION DATE:  App Date
-------       ---- ----    ---------------- - -----       ----------------   --- ----
004303                     APPLICATION NO: 490963 APPLICATION DATE: 06/15/1995
                           MULTI-LAYER GOLF BALL AND
                           METHOD OF MAKING SAME

004026                     APPLICATION NO: 495062 APPLICATION DATE: 06/26/1995
                           MULTI-LAYER GOLF BALL

004277                     APPLICATION NO: 529361 APPLICATION DATE: 09/18/1995
                           UV CURABLE INK FOR GAME BALL AND
                           METHOD OF PRINTING

002754-2-1      V          APPLICATION NO: 530851 APPLICATION DATE: 09/20/1995
                           IMPROVED ENLARGED GOLF BALL
                           (MAGNA BALL)

001724-1        C          APPLICATION NO: 542793 APPLICATION DATE: 10/13/1995
                           IMPROVED MULTI-LAYER GOLF BALL
                           (CIP)

003735-1        C          APPLICATION NO: 554303 APPLICATION DATE: 11/08/1995
                           RACKET FRAME CONSTRUCTION WITH
                           GRAPHITE/POLYETHYLENE FIBERS (CIP)

003929-1        C          APPLICATION NO: 555191 APPLICATION DATE: 11/08/1995
                           FILAMENT WOUND RACKET AND
                           METHOD OF FABRICATION (CIP)

003724-2        C          APPLICATION NO: 556237 APPLICATION DATE: 11/09/1995
                           IMPROVED MULTI-LAYER GOLF BALL
```

MASTER FILE REPORT                                      PCMASTER REPORTER                                      05/18/1998  11 01  PAGE:
11
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 004230 | | APPLICATION NO: 08/580260 | APPLICATION DATE: 12/28/1995 |
| | | DIPPED RUBBER GRIP FOR SPORTING GOODS (i.e. Baseball/softball Bats) | |
| 004161 | | APPLICATION NO: 08/591046 | APPLICATION DATE: 01/25/1996 |
| | | SOFT-COVERED GOLF BALL HAVING A COVER MADE OF A SINGLE IONOMER | |
| 004224 | | APPLICATION NO: 06/595898 | APPLICATION DATE: 02/06/1996 |
| | | METHOD OF TREATING GAME BALLS FOR IMPROVING SCUFF RESISTANCE BY ELECTRON BEAM | |
| 004224-1 | | APPLICATION NO: 08/595898 | APPLICATION DATE: 02/06/1996 |
| | | METHOD OF TREATING GAME BALLS FOR IMPROVING SCUFF RESISTANCE BY ELECTRON BEAM | |
| 004224-F1 | | APPLICATION NO: 06/595898 | APPLICATION DATE: 02/06/1996 |
| | | METHOD OF TREATING GAME BALLS FOR IMPROVING SCUFF RESISTANCE BY ELECTRON BEAM | |
| 004221-1-F2 | | APPLICATION NO: 08/596690 | APPLICATION DATE: 02/06/1996 |
| | | IMPROVED GOLF BALL COVERS CONTAINING HIGH ACID IONOMERS | |
| 003637-F2 | F | APPLICATION NO: 08/601380 | APPLICATION DATE: 02/14/1996 |
| | | HIGH ACID IONOMER AND GOLF BALL COVER COMPOSITIONS COMPRISING SAME | |

PATENT
REEL: 9343 FRAME: 0475

05/18/1998  11 01  PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
12
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 004617 | | APPLICATION NO:<br>METHOD OF COATING A GAME BALL WITH<br>A QUICK-CURE COATING SYSTEM | 08/609546 APPLICATION DATE: 03/01/1996 |
| 003936 | | APPLICATION NO:<br>QUICK CURE GOLF BALL COATING | 08/609822 APPLICATION DATE: 03/01/1996 |
| 004628 | | APPLICATION NO:<br>MULTI-LAYER GOLF BALL USING SINGLE<br>IONOMER OUTER COVER | 08/631613 APPLICATION DATE: 04/10/1996 |
| 003877 | | APPLICATION NO:<br>LAMINATED LIGHTWEIGHT INSERTS FOR<br>GOLF CLUB HEADS | 08/637029 APPLICATION DATE: 04/24/1996 |
| 003170-1-1-F2 | F | APPLICATION NO:<br>GOLF BALL COVER COMPOSITIONS<br>(FILE WRAPPER) | 08/645185 APPLICATION DATE: 05/13/1996 |
| 003170-4-F2 | F | APPLICATION NO:<br>IMPROVED LOW MODULUS COVERED<br>GOLF BALL (FILE WRAPPER) | 08/647276 APPLICATION DATE: 05/13/1996 |
| 003637-1-F1-1 | V | APPLICATION NO:<br>GOLF BALL COVER COMPOSITIONS<br>(DIVISIONAL) | 08/649050 APPLICATION DATE: 05/16/1996 |
| 004652 | D | APPLICATION NO:<br>TOP-FLITE TOUR PUTTERS (1997) | 08/655827 APPLICATION DATE: 05/31/1996 |

PATENT
REEL: 9342 FRAME: 0476

MASTER FILE REPORT
13
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION NO: | APPLICATION DATE: App Date |
|---|---|---|---|---|
| 003879 | | GOLF CLUB HEAD WITH INSERT | 08/660252 | APPLICATION DATE: 06/07/1996 |
| 003600-3 | C | GOLF BALL COVER COMPOSITIONS (CONTINUATION) | 08/661608 | APPLICATION DATE: 06/11/1996 |
| 004190 | | HOLOGRAM GAME BALL | 08/663393 | APPLICATION DATE: 06/13/1996 |
| 004174 | | SOFTBALL/BASEBALL BATS - ALUMINUM SHELL/ HIGH STRENGTH ALLOY BARREL | 08/663394 | APPLICATION DATE: 06/13/1996 |
| 004438-1 | C | COMPOSITE BAT WITH ALUMINUM BARREL AREA | 08/669072 | APPLICATION DATE: 06/24/1996 |
| 003600-2 | C | GOLF BALL COVER COMPOSITIONS | 08/681870 | APPLICATION DATE: 07/29/1996 |
| 003600-5 | C | GOLF BALL COVER COMPOSITIONS | 08/710423 | APPLICATION DATE: 09/17/1996 |
| 003724-F1-D1 | V | IMPROVED MULTI-LAYER GOLF BALL (DIVISIONAL) | 08/714661 | APPLICATION DATE: 09/16/1996 |

PATENT
REEL: 9342 FRAME: 0477

MASTER FILE REPORT
14
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 003611-2-D1 | V | APPLICATION NO: LOW SPIN GOLF BALL (DIVISIONAL) | 08/716016 APPLICATION DATE: 09/16/1996 |
| 003351-2-F1 | F | APPLICATION NO: GOLF BALL COVERS CONTAINING HIGH ACID IONOMERS | 08/723285 APPLICATION DATE: 09/30/1996 |
| 004214-D1 | V | APPLICATION NO: TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE | 08/729725 APPLICATION DATE: 10/07/1996 |
| 004026-1 | C | APPLICATION NO: GOLF BALL CONTAINING PLASTOMER AND METHOD OF MAKING SAME | 08/743122 APPLICATION DATE: 11/04/1996 |
| 002611-5 | C | APPLICATION NO: GOLF BALL WITH VERY THICK COVER | 08/743579 APPLICATION DATE: 11/04/1996 |
| 005292 | | APPLICATION NO: GAME BALL MOLD PREPARATION TECHNIQUE AND COATING SYSTEM | 08/753674 APPLICATION DATE: 11/27/1996 |
| 005729-3 | C | APPLICATION NO: UV-TREATED GOLF BALL (DIVISIONAL) | 08/753704 APPLICATION DATE: 11/27/1996 |
| 004026-2 | C | APPLICATION NO: GOLF BALL & METHOD OF MAKING SAME(MULTI-LAYER GOLF BALL WITH MANTLE CONTAINING NON-IONOMERIC POLYOLEFIN AND FILLER) | 08/762947 APPLICATION DATE: 12/10/1996 |

PATENT
REEL: 9342 FRAME: 0478

MASTER FILE REPORT                                    PCMASTER REPORTER                                    05/18/1998   11 01   PAGE:
15
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 004408 | | APPLICATION NO: 06/763070 | APPLICATION DATE: 12/10/1996 |

NYLON COPOLYMER/IONOMER TERPOLYMER
BLENDS FOR GOLF BALL COVER FORMULATION
(P-5435 ASTL, P-5436 CANA, P-5437 JAPA,
P-5438 KORS, P-5439 U.K.)

| 004752 | | APPLICATION NO: 06/782199 | APPLICATION DATE: 01/10/1997 |

1,74 VERY THICK COVERED GOLF BALL

| 004751 | | APPLICATION NO: 06/782221 | APPLICATION DATE: 01/13/1997 |

TITANIUM FILLED THICK MANTLE,
SOFT-COVERED MULTI-LAYER GOLF BALL

| 004533 | | APPLICATION NO: 06/783162 | APPLICATION DATE: 01/14/1997 |

EIGHT CAVITY GOLF BALL INJECTION MOLD

| 004626 | | APPLICATION NO: 06/789346 | APPLICATION DATE: 01/27/1997 |

BALL BAT WITH TAILORED FLEXIBILITY
(P-5445 CANA)

| 004634 | | APPLICATION NO: 06/789363 | APPLICATION DATE: 01/27/1997 |

GOLF BAG WITH STAND

| 004661-1-F1 | F | APPLICATION NO: 06/792274 | APPLICATION DATE: 01/31/1997 |

LOW SPIN GOLF BALL
(FILE WRAPPER)

| 004748 | | APPLICATION NO: 06/796760 | APPLICATION DATE: 02/06/1997 |

TITANIUM CERAMIC WOOD GOLF CLUB HEAD

PATENT
REEL: 9342 FRAME: 0479

MASTER FILE REPORT                           PCMASTER REPORTER                    05/18/1998   11 01   PAGE:
16
SPALDING U.S. PATENT APPLICATIONS

Docket No.        Case Type       APPLICATION NO: App No          APPLICATION DATE: App Date
------- ---       ---- ----       -------------- --- --          ----------------- --- ----
004786                            APPLICATION NO:                  APPLICATION DATE: 02/06/1997
                                  796761
                                  SPRING WIRE SHOCK ABSORBERS
                                  FOR GOLF BAGS

003611-2-F1       F               APPLICATION NO:                 APPLICATION DATE: 02/12/1997
                                  798829
                                  LOW SPIN GOLF BALL
                                  (FILE WRAPPER)

004695                            APPLICATION NO:                 APPLICATION DATE: 02/13/1997
                                  799284
                                  COURT GAME RACKET CONSTRUCTED WITH
                                  COMPOSITE MATERIALS HAVING COMPOSITE RODS
                                  INTERSPERSED WITH BIAS PLIES
                                  (P-5430 TAIW, P-5431 ASTL, P-5432 CANA,

004298-1          F               APPLICATION NO:                 APPLICATION DATE: 02/18/1997
                                  802650
                                  SOFT NATURAL RUBBER RACQUETBALL GRIP

003558                            APPLICATION NO:                 APPLICATION DATE: 02/27/1997
                                  810972
                                  ZERO DIFFERENTIAL FORCE GOLF BALL
                                  INJECTION MOLE

003730                            APPLICATION NO:                 APPLICATION DATE: 03/03/1997
                                  811447
                                  GOLF BALL COVER BLEND OF IONOMOER AND
                                  METALLOCENE CATALYZED POLYOLEFINS

004724-F2         F               APPLICATION NO:                 APPLICATION DATE: 03/13/1997
                                  815556
                                  IMPROVED MULTI-LAYER GOLF BALL
                                  (FILE WRAPPER)

PATENT
REEL: 9342 FRAME: 0480

MASTER FILE REPORT                                    PCMASTER REPORTER
17
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003477-1-F2 | F | APPLICATION NO: IMPROVED GOLF BALL CORE COMPOSITIONS (FILE WRAPPER) | 819945 APPLICATION DATE: 03/18/1997 |
| 004143 | | APPLICATION NO: IMPROVED PLAYABILITY OF SPORTS BALLS (P-5442 CANA, P-5443 ITAL, P-5441 JAPA) | 822671 APPLICATION DATE: 03/24/1997 |
| 004049 | | APPLICATION NO: BLOW MOLDED BASKETBALL (P-5410 CANA, P-5441 JAPA) | 831584 APPLICATION DATE: 04/09/1997 |
| 002776-6 | F | APPLICATION NO: MULTI-PIECE GOLF BALLS AND METHODS OF MANUFACTURE | 839740 APPLICATION DATE: 04/15/1997 |
| 003660 | | APPLICATION NO: LOW MOMENT OF INERTIA MULTI-LAYER NON-WOUND GOLF BALL (P-5425 ASTL, P-5426 CANA, P-5427 JAPA, P-5428 KORS,) | 840392 APPLICATION DATE: 04/29/1997 |
| | | APPLICATION NO: FAIRWAY WOODS WITH BOUNCE (U) | 868836 APPLICATION DATE: 06/09/1997 |
| 005044 | | APPLICATION NO: DRAGGED DIMPLE PATTERNS FOR GOLF BALLS (TEARDROP) | 869981 APPLICATION DATE: 06/05/1997 |
| 003990-1 | | APPLICATION NO: ULTIMATE DISTANCE GOLF BALL | 872673 APPLICATION DATE: 06/11/1997 |

PATENT
REEL: 9342 FRAME: 0481

MASTER FILE REPORT
18
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 003794-F2 | F | APPLICATION NO: 08/873820 | APPLICATION DATE: 06/12/1997 |
| | | GOLF BALL AND METHOD FOR MAKING SAME (MOISTURE IMPERMEABLE) | |
| 004467 | | APPLICATION NO: 08/876064 | APPLICATION DATE: 06/13/1997 |
| | | GOLF BALL COATING DELIVERY SYSTEM | |
| 003778 | | APPLICATION NO: 08/876150 | APPLICATION DATE: 06/13/1997 |
| | | SOFT COVERED GOLF BALL USING BLEND OF IONOMER/ACID/TERPOLYMER/EPDM | |
| 004303-2 | C | APPLICATION NO: 08/877937 | APPLICATION DATE: 06/18/1997 |
| | | MULTI-LAYER GOLF BALL AND METHOD OF MAKING SAME | |
| 004277-1 | C | APPLICATION NO: 08/877938 | APPLICATION DATE: 06/18/1997 |
| | | UV CURABLE INK FOR GAME BALL AND METHOD OF PRINTING | |
| 003754-2-1-8 | C | APPLICATION NO: 08/887053 | APPLICATION DATE: 07/02/1997 |
| | | IMPROVED ENLARGED GOLF BALL (MAGNA BALL) | |
| 004344-D1 | | APPLICATION NO: 08/891810 | APPLICATION DATE: 07/14/1997 |
| | | GOLF BALL DIMPLE CONFIGURATION METHOD AND PRODUCT | |
| 004860 | | APPLICATION NO: 08/893808 | APPLICATION DATE: 07/11/1997 |
| | | GAMMA TREATED GAME BALL/CORE/ SHOE SOLES/SPIKES | |

PATENT
REEL: 9342 FRAME: 0482

MASTER FILE REPORT                                   PCMASTER REPORTER                              05/18/1998   11 01   PAGE:
19
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No                    APPLICATION DATE: App Date
------- ---   ---- ----    -------------- ------                     ----------------- --------
005066                     APPLICATION NO:                           APPLICATION DATE: 09/03/1997
                           DSS-1 GOLF CLEAT
                           (DIFFERENCE SPIKE SYSTEM)

                           08/ 922822 APPLICATION DATE: 09/03/1997

005165                     APPLICATION NO:                08/ 922822 APPLICATION DATE: 09/03/1997
                           TWO-PIECE COMPOSITE CLEAT FOR GOLF SHOE

005379                     APPLICATION NO:                08/ 927619 APPLICATION DATE: 09/11/1997
                           MULTI-LAYER GOLF BALL HAVING
                           A THERMOSET MANTLE

004293-1                   APPLICATION NO:                08/ 928775 APPLICATION DATE: 09/11/1997
                           ONE PIECE GOLF BALL USING BLENDS
                           OF ZDA AND CARBOXYLIC ACIDS

004161-1                   APPLICATION NO:                08/ 944342 APPLICATION DATE: 10/06/1997
                           SOFT-COVERED GOLF BALL HAVING A
                           COVER MADE OF A SINGLE IONOMER

004438-1-1    C            APPLICATION NO:                08/ 948445 APPLICATION DATE: 10/10/1997
                           COMPOSITE BAT WITH ALUMINUM BARREL AREA

004776-7      C            APPLICATION NO:                08/ 959952 APPLICATION DATE: 10/24/1997
                           MULTI-PIECE GOLF BALLS AND
                           METHOD OF MANUFACTURE

005474                     APPLICATION NO:                08/ 975799 APPLICATION DATE: 11/21/1997
                           GOLF BALL HAVING VERY SOFT
                           CORE WITH HARD COVER (AERO)

PATENT
REEL: 9342 FRAME: 0483

MASTER FILE REPORT
20
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998  11 01  PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 005224 | | APPLICATION NO: GOLF BAG STAND | 08/982558 APPLICATION DATE: 12/02/1997 |
| 003637-F1-D1 | V | APPLICATION NO: HIGH ACID IONOMER AND GOLF BALL COVER COMPOSITIONS COMPRISING SAME | 08/997857 APPLICATION DATE: 12/24/1997 |
| 005031 | | APPLICATION NO: SILICONE RUBBER GOLF BALL CORE/MANTLE | 60/042117 APPLICATION DATE: 03/28/1997 |
| 005051 | L | APPLICATION NO: PERIMETER WEIGHTED GOLF BALL WITH VISIBLE WEIGHTING | 60/042428 APPLICATION DATE: 03/28/1997 |
| 004760 | L | APPLICATION NO: METALIZED MULTI-LAYER GOLF BALL | 60/042430 APPLICATION DATE: 03/28/1997 |

PATENT
REEL: 9342 FRAME: 0484

[EXECUTION COPY]

## SECURITY AGREEMENT

SECURITY AGREEMENT, dated as of March 30, 1998, among EVENFLO & SPALDING HOLDINGS CORPORATION, a Delaware corporation ("*Holdings*"), SPALDING & EVENFLO COMPANIES, INC., a Delaware corporation (the "*Borrower*"), the undersigned Subsidiaries of the Borrower (each a "*Subsidiary Grantor*" and collectively, the "*Subsidiary Grantors*"; Holdings, the Borrower and the Subsidiary Grantors, collectively, the "*Grantors*") and BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION ("*BofA*"), as administrative agent (in such capacity, the "*Administrative Agent*") for the lenders (the "*Lenders*") from time to time parties to the Liquidity Facility dated as of March 30, 1998 (as the same may be amended, amended and restated, supplemented or otherwise modified from time to time, the "*Liquidity Facility*"), among the Borrower, the Lenders, Merrill Lynch Capital Corporation, as documentation agent (in such capacity, the "*Documentation Agent*") for the Lenders, NationsBank N.A. South, as syndication agent (in such capacity, the "*Syndication Agent*") and the Administrative Agent.

## W I T N E S S E T H

WHEREAS, pursuant to the Liquidity Facility, the Lenders have severally agreed to make Loans to the Borrower upon the terms and subject to the conditions set forth therein;

WHEREAS, (a) Holdings owns 100% of the capital stock of the Borrower, (b) each Subsidiary Grantor is a Subsidiary of the Borrower and (c) Holdings and each Subsidiary Grantor has, pursuant to the Guaranty, guaranteed to the Administrative Agent, for the ratable benefit of the Secured Parties and their respective successors, endorsees, transferees and assigns, the prompt and complete payment and performance by the Borrower when due (whether at the stated maturity, by acceleration or otherwise) of the Obligations;

WHEREAS, the proceeds of the Loans will be used in part to enable the Borrower to make valuable transfers to the Subsidiary Grantors in connection with the operation of their respective businesses;

WHEREAS, Holdings, the Borrower and the Subsidiary Grantors are engaged in related businesses, and each Grantor will derive substantial direct and indirect benefit from the making of the Loans; and

WHEREAS, it is a condition precedent to the obligation of the Lenders to make their respective Loans to the Borrower under the Liquidity Facility that Holdings, the Borrower and the Subsidiary Grantors shall have executed and delivered this Security Agreement to the Administrative Agent for the ratable benefit of the Secured Parties;

NOW, THEREFORE, in consideration of the premises and to induce the Secured Parties (as defined below) to enter into the Liquidity Facility and to induce the Lenders to make their respective Loans, each of the Grantors hereby agrees with the Administrative Agent, for the ratable benefit of the Secured Parties, as follows:

24280769.7

PATENT
REEL: 9342 FRAME: 0485

1. *Defined Terms.*

1.1 *Definitions.* (a) Unless otherwise defined herein, terms defined in the Liquidity Facility and used herein shall have the meanings given in the Liquidity Facility, and the following terms which are defined in the Uniform Commercial Code in effect in the State of New York on the date hereof are used herein as so defined: Chattel Paper, Farm Products, Instruments and Investment property.

(b) The following terms shall have the following meanings:

"*Accounts*": with respect to each Grantor, any and all right, title and interest of such Grantor to payment for goods and services sold or leased, including any such right evidenced by Chattel Paper, whether due or to become due, whether or not it has been earned or performed, and whether now or hereafter acquired or arising in the future, including, without limitation, accounts receivable from Affiliates of such person, except to the extent that the grant of a security interest in Accounts owed by Affiliates not incorporated or otherwise organized in the United States of America would result in material adverse tax or legal consequences to such Grantor.

"*Accounts Receivable*": with respect to each Grantor, all right, title and interest of such Grantor to Accounts and all of its right, title and interest in any returned goods, together with all rights, titles, securities and guaranties with respect thereto, including any rights to stoppage in transit, replevin, reclamation and resales, and all related security interests, liens and pledges, whether voluntary or involuntary in each case whether due or become due, whether now or hereafter arising in the future.

"*Agreement*": this Security Agreement, as the same may be amended, amended and restated, modified or otherwise supplemented from time to time.

"*Code*": the Uniform Commercial Code as from time to time in effect in the State of New York.

"*Collateral*": as defined in Section 2.1 of this Agreement.

"*Collateral Account*": any collateral account established by the Administrative Agent as provided in Section 5.3 or Section 7.2.

"*Computer Hardware and Software Collateral*" means with respect to each Grantor, its interests in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

(a) all computer and other electronic data processing hardware, integrated computer systems, central processing units, memory units, display terminals, printers, features, computer elements, card readers, tape drives, hard and soft disk drives, cables, electrical supply hardware, generators, power equalizers, accessories and all peripheral devices and other related computer hardware;

(b) all software programs (including both source code, object code and all related applications and data files), whether now owned, licensed or leased or hereafter

24280769.7

- 2 -

acquired by each Grantor, designed for use on the computers and electronic data processing hardware described in clause (a) above;

(c)  all firmware associated therewith;

(d)  all documentation (including flow charts, logic diagrams, manuals, guides and specifications) with respect to such hardware, software and firmware described in the preceding clauses (a) through (c); and

(e)  all rights with respect to all of the foregoing, including any and all copyrights, licenses, options, warranties, service contracts, program services, test rights, maintenance rights, support rights, improvement rights, renewal rights and indemnifications and any substitutions, replacements, additions or model conversions of any of the foregoing.

"*Contracts*": with respect to each Grantor, all rights of such Grantor under contracts and agreements to which such Grantor is a party or under which such Grantor has any right, title or interest or to which such Grantor or any property of such Grantor is subject, as the same may from time to time be amended, supplemented or otherwise modified, including, without limitation, (a) all rights of such Grantor to receive moneys due and to become due to it thereunder or in connection therewith, (b) all rights of such Grantor to damages arising out of, or for, breach or default in respect thereof and (c) all rights of such Grantor to exercise all remedies thereunder, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement in its rights under such contract or agreement is not prohibited without the consent of any other person, or is permitted with consent if all necessary consents to such grant of a security interest have been obtained from all such other persons.

"*Copyright Collateral*" means with respect to each Grantor, its interests in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

(a)  all copyrights (including copyrights for semi-conductor chip product mask works) of each Grantor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including, without limitation, all of each Grantor's right, title and interest in and to all copyrights and mask works registered in the United States Copyright Office or anywhere else in the world and also including, without limitation, the copyrights and mask works referred to in Item A of Schedule IV attached hereto, and all applications for registration thereof (including pending applications), including the copyright and mask works registrations and applications referred to in Item A of Schedule IV attached hereto, if any, and all copyrights resulting from such applications;

(b)  all extensions and renewals of any of the items described in clause (a);

(c)  all copyright and mask works licenses and other agreements providing each Grantor with the right to use any of the items of the type referred to in clauses (a) and (b), including each copyright license referred to in Item B of Schedule IV attached hereto, if any;

24280769.7

- 3 -

PATENT
REEL: 9342 FRAME: 0487

```
MASTER FILE REPORT                    PCMASTER REPORTER                    05/18/1998  11 01  PAGE:
         9
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO:    App No              APPLICATION DATE:    App Date
-------       ---------    ---------------    ------             ------------------   --------
005605        D            APPLICATION NO:                       09/ 085670 APPLICATION DATE:  03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #8

005601        D            APPLICATION NO:                       09/ 085671 APPLICATION DATE:  03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #4

005602        D            APPLICATION NO:                       09/ 085680 APPLICATION DATE:  03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #5

005510                     APPLICATION NO:                       09/ 090388 APPLICATION DATE:  01/20/1998
                           ALLTREK STAND GOLF BAG

004009                     APPLICATION NO:                       08/ 291255 APPLICATION DATE:  08/16/1994
                           SHEET MOLDING COMPOUND FOR RACKETS

003637-F1     F            APPLICATION NO:                       08/ 366365 APPLICATION DATE:  12/19/1994
                           HIGH ACID IONOMER AND GOLF
                           BALL COVER COMPOSITIONS
                           COMPRISING SAME

002624-2      V            APPLICATION NO:                       08/ 410824 APPLICATION DATE:  03/27/1995
                           GOLF BALL COVER COMPOSITIONS
                           CONTAINING MINERAL FIBERS

003637-F1-2   V            APPLICATION NO:                       08/ 412051 APPLICATION DATE:  03/28/1995
                           HIGH ACID IONOMER AND GOLF
                           BALL COVER COMPOSITIONS
                           COMPRISING SAME
```

PATENT
REEL: 9242 FRAME: 0473

```
MASTER FILE REPORT                      PCMASTER REPORTER                    05/18/1998  11 01  PAGE:
   10
SPALDING U.S. PATENT APPLICATIONS

Docket No.   Case Type   APPLICATION NO: App No          APPLICATION DATE: App Date
-------      ---- ----   -------------- - -- -           ----------------- --- ----
004303                   APPLICATION NO:                 APPLICATION DATE: 06/15/1995
                         08/490963
                         MULTI-LAYER GOLF BALL AND
                         METHOD OF MAKING SAME

004026                   APPLICATION NO:                 APPLICATION DATE: 06/26/1995
                         08/495062
                         MULTI-LAYER GOLF BALL

004277                   APPLICATION NO:                 APPLICATION DATE: 09/18/1995
                         08/529361
                         UV CURABLE INK FOR GAME BALL AND
                         METHOD OF PRINTING

002754-2-1    V          APPLICATION NO:                 APPLICATION DATE: 09/20/1995
                         08/530851
                         IMPROVED ENLARGED GOLF BALL
                         (MAGNA BALL)

003724-1      C          APPLICATION NO:                 APPLICATION DATE: 10/13/1995
                         08/542793
                         IMPROVED MULTI-LAYER GOLF BALL
                         (CIP)

003965-1      C          APPLICATION NO:                 APPLICATION DATE: 11/08/1995
                         08/554303
                         RACKET FRAME CONSTRUCTION WITH
                         GRAPHITE/POLYETHYLENE FIBERS (CIP)

003929-1      C          APPLICATION NO:                 APPLICATION DATE: 11/08/1995
                         08/555191
                         FILAMENT WOUND RACKET AND
                         METHOD OF FABRICATION (CIP)

003724-2      C          APPLICATION NO:                 APPLICATION DATE: 11/09/1995
                         08/556237
                         IMPROVED MULTI-LAYER GOLF BALL
```

PATENT
REEL: 9342 FRAME: 0474

MASTER FILE REPORT
11
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

Docket No.       Case Type     APPLICATION NO: App No        APPLICATION DATE: App Date
------------     ---------     ----------------              -------------------
004230                         APPLICATION NO:               -------------------
                              09/580260 APPLICATION DATE: 12/28/1995
                              DIPPED RUBBER GRIP FOR SPORTING GOODS
                              (i.e. Baseball/Softball Bats)

004161                         APPLICATION NO:
                              08/591046 APPLICATION DATE: 01/25/1996
                              SOFT-COVERED GOLF BALL HAVING A
                              COVER MADE OF A SINGLE IONOMER

004224                         APPLICATION NO:
                              08/595898 APPLICATION DATE: 02/06/1996
                              METHOD OF TREATING GAME BALLS FOR IMPROVING
                              SCUFF RESISTANCE BY ELECTRON BEAM

004224-1                       APPLICATION NO:
                              04/595898 APPLICATION DATE: 02/06/1996
                              METHOD OF TREATING GAME BALLS FOR
                              SCUFF RESISTANCE BY ELECTRON BEAM

004224-F1                      APPLICATION NO:
                              08/595898 APPLICATION DATE: 02/06/1996
                              METHOD OF TREATING GAME BALLS FOR IMPROVING
                              SCUFF RESISTANCE BY ELECTRON BEAM

004231-1-F2                    APPLICATION NO:
                              08/596690 APPLICATION DATE: 02/06/1996
                              IMPROVED GOLF BALL COVERS CONTAINING
                              HIGH ACID IONOMERS

003637-F2      F               APPLICATION NO:
                              08/601380 APPLICATION DATE: 02/14/1996
                              HIGH ACID IONOMER AND GOLF
                              BALL COVER COMPOSITIONS
                              COMPRISING SAME

PATENT
REEL: 9343 FRAME: 0475

05/18/1998   11 01   PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
12
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 004617 | | APPLICATION NO: METHOD OF COATING A GAME BALL WITH A QUICK-CURE COATING SYSTEM | 08/609546 APPLICATION DATE: 03/01/1996 |
| 003936 | | APPLICATION NO: QUICK CURE GOLF BALL COATING | 08/609822 APPLICATION DATE: 03/01/1996 |
| 004628 | | APPLICATION NO: MULTI-LAYER GOLF BALL USING SINGLE IONOMER OUTER COVER | 08/631613 APPLICATION DATE: 04/10/1996 |
| 003877 | | APPLICATION NO: LAMINATED LIGHTWEIGHT INSERTS FOR GOLF CLUB HEADS | 08/637029 APPLICATION DATE: 04/24/1996 |
| 03170-1-1-F2 | F | APPLICATION NO: GOLF BALL COVER COMPOSITIONS (FILE WRAPPER) | 08/645185 APPLICATION DATE: 05/13/1996 |
| 03170-4-F2 | F | APPLICATION NO: IMPROVED LOW MODULUS COVERED GOLF BALL (FILE WRAPPER) | 08/647276 APPLICATION DATE: 05/13/1996 |
| 003637-1-F1-1 | V | APPLICATION NO: GOLF BALL COVER COMPOSITIONS (DIVISIONAL) | 08/649050 APPLICATION DATE: 05/16/1996 |
| 004652 | D | APPLICATION NO: TOP-FLITE TOUR PUTTERS (1997) | 08/655827 APPLICATION DATE: 05/31/1996 |

PATENT
REEL: 9342 FRAME: 0476

MASTER FILE REPORT
13
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003879 | | APPLICATION NO:<br>GOLF CLUB HEAD WITH INSERT | 08/660252 APPLICATION DATE: 06/07/1996 |
| 003600-3 | C | APPLICATION NO:<br>GOLF BALL COVER COMPOSITIONS<br>(CONTINUATION) | 08/661608 APPLICATION DATE: 06/11/1996 |
| 004190 | | APPLICATION NO:<br>HOLOGRAM GAME BALL | 08/663393 APPLICATION DATE: 06/13/1996 |
| 004174 | | APPLICATION NO:<br>SOFTBALL/BASEBALL BATS - ALUMINUM SHELL/<br>HIGH STRENGTH ALLOY BARREL | 08/663394 APPLICATION DATE: 06/13/1996 |
| 004438-1 | C | APPLICATION NO:<br>COMPOSITE BAT WITH ALUMINUM BARREL AREA | 08/669072 APPLICATION DATE: 06/24/1996 |
| 003600-2 | C | APPLICATION NO:<br>GOLF BALL COVER COMPOSITIONS | 08/681870 APPLICATION DATE: 07/29/1996 |
| 003600-5 | C | APPLICATION NO:<br>GOLF BALL COVER COMPOSITIONS | 08/710423 APPLICATION DATE: 09/17/1996 |
| 003724-F1-D1 | V | APPLICATION NO:<br>IMPROVED MULTI-LAYER GOLF BALL<br>(DIVISIONAL) | 08/714661 APPLICATION DATE: 09/16/1996 |

PATENT
REEL: 9342 FRAME: 0477

MASTER FILE REPORT                                          PCMASTER REPORTER                                    05/18/1998  11 01   PAGE:
14
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003611-2-D1 | V | APPLICATION NO:<br>LOW SPIN GOLF BALL<br>(DIVISIONAL) | 716016 APPLICATION DATE: 09/16/1996 |
| 003351-2-F1 | F | APPLICATION NO:<br>GOLF BALL COVERS CONTAINING HIGH ACID IONOMERS | 723285 APPLICATION DATE: 09/30/1996 |
| 004214-D1 | V | APPLICATION NO:<br>TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE | 729725 APPLICATION DATE: 10/07/1996 |
| 004026-1 | C | APPLICATION NO:<br>GOLF BALL CONTAINING PLASTOMER AND<br>METHOD OF MAKING SAME | 743122 APPLICATION DATE: 11/04/1996 |
| 003611-5 | C | APPLICATION NO:<br>GOLF BALL WITH VERY THICK COVER | 743579 APPLICATION DATE: 11/04/1996 |
| 005292 | | APPLICATION NO:<br>GAME BALL MOLD PREPARATION TECHNIQUE<br>AND COATING SYSTEM | 753674 APPLICATION DATE: 11/27/1996 |
| 003529-3 | C | APPLICATION NO:<br>UV-TREATED GOLF BALL<br>(DIVISIONAL) | 753704 APPLICATION DATE: 11/27/1996 |
| 004026-2 | C | APPLICATION NO:<br>GOLF BALL & METHOD OF MAKING SAME (MULTI-LAYER GOLF BALL WITH<br>MANTLE CONTAINING NON-IONOMERIC POLYOLEFIN AND FILLER) | 762947 APPLICATION DATE: 12/10/1996 |

PATENT
REEL: 5342 FRAME: 0470

```
MASTER FILE REPORT                          PCMASTER REPORTER                      05/18/1998  11 01   PAGE:
   15
SPALDING U.S. PATENT APPLICATIONS

Docket No.   Case Type   APPLICATION NO: App No           APPLICATION DATE: App Date
---------    ---- ----   --------------- ------           ----------------- --------
004408                   APPLICATION NO: -- --            APPLICATION DATE: 12/10/1996
                         763070
                         NYLON COPOLYMER/IONOMER TERPOLYMER
                         BLENDS FOR GOLF BALL COVER FORMULATION
                         (P-5435 ASTL, P-5436 CANA, P-5437 JAPA,
                         P-5438 KORS, P-5439 U.K.)

004752                   APPLICATION NO:                  APPLICATION DATE: 01/10/1997
                         782199
                         1,74 VERY THICK COVERED GOLF BALL

004751                   APPLICATION NO:                  APPLICATION DATE: 01/13/1997
                         782221
                         TITANIUM FILLED THICK MANTLE,
                         SOFT-COVERED MULTI-LAYER GOLF BALL

004533                   APPLICATION NO:                  APPLICATION DATE: 01/14/1997
                         783162
                         EIGHT CAVITY GOLF BALL INJECTION MOLD

004626                   APPLICATION NO:                  APPLICATION DATE: 01/27/1997
                         789346
                         BALL BAT WITH TAILORED FLEXIBILITY
                         (P-5445 CANA)

                         APPLICATION NO:                  APPLICATION DATE: 01/27/1997
                         789363
                         GOLF BAG WITH STAND

004661-1-F1  F           APPLICATION NO:                  APPLICATION DATE: 01/31/1997
                         792274
                         LOW SPIN GOLF BALL
                         (FILE WRAPPER)

004748                   APPLICATION NO:                  APPLICATION DATE: 02/06/1997
                         796760
                         TITANIUM CERAMIC WOOD GOLF CLUB HEAD
```

PATENT
REEL: 9343 FRAME: 0479

05/18/1998   11 01   PAGE:

MASTER FILE REPORT
16
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 004786 | | APPLICATION NO: SPRING WIRE SHOCK ABSORBERS FOR GOLF BAGS | 08/796761 APPLICATION DATE: 02/06/1997 |
| 003611-2-F1 | F | APPLICATION NO: LOW SPIN GOLF BALL (FILE WRAPPER) | 08/798829 APPLICATION DATE: 02/12/1997 |
| 004695 | | APPLICATION NO: COURT GAME RACKET CONSTRUCTED WITH COMPOSITE MATERIALS HAVING COMPOSITE RODS INTERSPERSED WITH BIAS PLIES (P-5430 TAIW, P-5431 ASTL, P-5432 CANA, | 08/799284 APPLICATION DATE: 02/13/1997 |
| 004298-1 | F | APPLICATION NO: SOFT NATURAL RUBBER RACQUETBALL GRIP | 08/802650 APPLICATION DATE: 02/18/1997 |
| 003558 | | APPLICATION NO: ZERO DIFFERENTIAL FORCE GOLF BALL INJECTION MOLE | 08/810972 APPLICATION DATE: 02/27/1997 |
| 003280 | | APPLICATION NO: GOLF BALL COVER BLEND OF IONOMER AND METALLOCENE CATALYZED POLYOLEFINS | 08/811447 APPLICATION DATE: 03/03/1997 |
| 004724-F2 | F | APPLICATION NO: IMPROVED MULTI-LAYER GOLF BALL (FILE WRAPPER) | 08/815556 APPLICATION DATE: 03/13/1997 |

PATENT
REEL: 9342 FRAME: 0180

```
MASTER FILE REPORT                              PCMASTER REPORTER                          05/18/1998   11 01   PAGE:
17
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No              APPLICATION DATE:  App Date
----------    ---------    -------------------- ----           ------------------ --------
003477-1-F2   F            APPLICATION NO:                06/819945 APPLICATION DATE: 03/18/1997
                           IMPROVED GOLF BALL CORE
                           COMPOSITIONS (FILE WRAPPER)

004143                     APPLICATION NO:                08/822671 APPLICATION DATE: 03/24/1997
                           IMPROVED PLAYABILITY OF SPORTS BALLS
                           (P-5442 CANA, P-5443 ITAL, P-5441 JAPA)

004049                     APPLICATION NO:                08/831584 APPLICATION DATE: 04/09/1997
                           BLOW MOLDED BASKETBALL
                           (P-5410 CANA, P-5441 JAPA)

002776-6      F            APPLICATION NO:                08/839740 APPLICATION DATE: 04/15/1997
                           MULTI-PIECE GOLF BALLS AND
                           METHODS OF MANUFACTURE

003660                     APPLICATION NO:                08/840392 APPLICATION DATE: 04/29/1997
                           LOW MOMENT OF INERTIA MULTI-LAYER
                           NON-WOUND GOLF BALL
                           (P-5425 ASTL, P-5426 CANA,
                           P-5427 JAPA, P-5428 KORS,

005042                     APPLICATION NO:                08/868836 APPLICATION DATE: 06/09/1997
                           FAIRWAY WOODS WITH BOUNCE (U)

005044                     APPLICATION NO:                06/869981 APPLICATION DATE: 06/05/1997
                           DRAGGED DIMPLE PATTERNS FOR GOLF BALLS
                           (TEARDROP)

003990-1                   APPLICATION NO:                04/872673 APPLICATION DATE: 06/11/1997
                           ULTIMATE DISTANCE GOLF BALL
```

PATENT
REEL: 9342 FRAME: 0481

MASTER FILE REPORT
18
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 003794-F2 | F | APPLICATION NO: | APPLICATION DATE: |
| | | 08/873820 | APPLICATION DATE: 06/12/1997 |

APPLICATION NO:
GOLF BALL AND METHOD FOR
MAKING SAME (MOISTURE IMPERMEABLE)

004467    APPLICATION NO: 08/876064    APPLICATION DATE: 06/13/1997
GOLF BALL COATING DELIVERY SYSTEM

003778    APPLICATION NO: 08/876150    APPLICATION DATE: 06/13/1997
SOFT COVERED GOLF BALL USING BLEND OF
IONOMER/ACID/TERPOLYMER/EPDM

004303-2    C    APPLICATION NO: 08/877937    APPLICATION DATE: 06/18/1997
MULTI-LAYER GOLF BALL AND
METHOD OF MAKING SAME

004277-1    C    APPLICATION NO: 08/877938    APPLICATION DATE: 06/18/1997
UV CURABLE INK FOR GAME BALL AND
METHOD OF PRINTING

003754-2-1-8    C    APPLICATION NO: 08/887053    APPLICATION DATE: 07/02/1997
IMPROVED ENLARGED GOLF BALL
(MAGNA BALL)

004??-D1    APPLICATION NO: 08/891810    APPLICATION DATE: 07/14/1997
GOLF BALL DIMPLE CONFIGURATION
METHOD AND PRODUCT

004860    APPLICATION NO: 08/893808    APPLICATION DATE: 07/11/1997
GAMMA TREATED GAME BALL/CORE/
SHOE SOLES/SPIKES

PATENT
REEL: 9342 FRAME: 0482

MASTER FILE REPORT
19
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998  11 01  PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 005066 | | APPLICATION NO:<br>DSS-1 GOLF CLEAT<br>(DIFFERENCE SPIKE SYSTEM) | |
| | | 08/ 922822 APPLICATION DATE: 09/03/1997 | |
| 005165 | | APPLICATION NO:<br>TWO-PIECE COMPOSITE CLEAT FOR GOLF SHOE | |
| | | 08/ 922822 APPLICATION DATE: 09/03/1997 | |
| 005379 | | APPLICATION NO:<br>MULTI-LAYER GOLF BALL HAVING<br>A THERMOSET MANTLE | |
| | | 08/ 927619 APPLICATION DATE: 09/11/1997 | |
| 004293-1 | | APPLICATION NO:<br>ONE PIECE GOLF BALL USING BLENDS<br>OF ZDA AND CARBOXYLIC ACIDS | |
| | | 08/ 928775 APPLICATION DATE: 09/11/1997 | |
| 004161-1 | | APPLICATION NO:<br>SOFT-COVERED GOLF BALL HAVING A<br>COVER MADE OF A SINGLE IONOMER | |
| | | 08/ 944342 APPLICATION DATE: 10/06/1997 | |
| 004438-1-1 | C | APPLICATION NO:<br>COMPOSITE BAT WITH ALUMINUM BARREL AREA | |
| | | 08/ 948445 APPLICATION DATE: 10/10/1997 | |
| 004775-7 | C | APPLICATION NO:<br>MULTI-PIECE GOLF BALLS AND<br>METHOD OF MANUFACTURE | |
| | | 08/ 959952 APPLICATION DATE: 10/24/1997 | |
| 005474 | | APPLICATION NO:<br>GOLF BALL HAVING VERY SOFT<br>CORE WITH HARD COVER (AERO) | |
| | | 08/ 975799 APPLICATION DATE: 11/21/1997 | |

PATENT
REEL: 9342 FRAME: 0483

MASTER FILE REPORT                          PCMASTER REPORTER                               05/18/1998  11 01   PAGE:
20
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 005224 | | APPLICATION NO: 08/982558 GOLF BAG STAND | APPLICATION DATE: 12/02/1997 |
| 003637-F1-D1 | V | APPLICATION NO: 08/997857 HIGH ACID IONOMER AND GOLF BALL COVER COMPOSITIONS COMPRISING SAME | APPLICATION DATE: 12/24/1997 |
| 005031 | | APPLICATION NO: 60/042117 SILICONE RUBBER GOLF BALL CORE/MANTLE | APPLICATION DATE: 03/28/1997 |
| 005051 | L | APPLICATION NO: 60/042428 PERIMETER WEIGHTED GOLF BALL WITH VISIBLE WEIGHTING | APPLICATION DATE: 03/28/1997 |
| 004760 | L | APPLICATION NO: 60/042430 METALIZED MULTI-LAYER GOLF BALL | APPLICATION DATE: 03/28/1997 |

PATENT
REEL: 9342 FRAME: 0484

[EXECUTION COPY]

SECURITY AGREEMENT

SECURITY AGREEMENT, dated as of March 30, 1998, among EVENFLO & SPALDING HOLDINGS CORPORATION, a Delaware corporation ("*Holdings*"), SPALDING & EVENFLO COMPANIES, INC., a Delaware corporation (the "*Borrower*"), the undersigned Subsidiaries of the Borrower (each a "*Subsidiary Grantor*" and collectively, the "*Subsidiary Grantors*"; Holdings, the Borrower and the Subsidiary Grantors, collectively, the "*Grantors*") and BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION ("*BofA*"), as administrative agent (in such capacity, the "*Administrative Agent*") for the lenders (the "*Lenders*") from time to time parties to the Liquidity Facility dated as of March 30, 1998 (as the same may be amended, amended and restated, supplemented or otherwise modified from time to time, the "*Liquidity Facility*"), among the Borrower, the Lenders, Merrill Lynch Capital Corporation, as documentation agent (in such capacity, the "*Documentation Agent*") for the Lenders, NationsBank N.A. South, as syndication agent (in such capacity, the "*Syndication Agent*") and the Administrative Agent.

W I T N E S S E T H

WHEREAS, pursuant to the Liquidity Facility, the Lenders have severally agreed to make Loans to the Borrower upon the terms and subject to the conditions set forth therein;

WHEREAS, (a) Holdings owns 100% of the capital stock of the Borrower, (b) each Subsidiary Grantor is a Subsidiary of the Borrower and (c) Holdings and each Subsidiary Grantor has, pursuant to the Guaranty, guaranteed to the Administrative Agent, for the ratable benefit of the Secured Parties and their respective successors, endorsees, transferees and assigns, the prompt and complete payment and performance by the Borrower when due (whether at the stated maturity, by acceleration or otherwise) of the Obligations;

WHEREAS, the proceeds of the Loans will be used in part to enable the Borrower to make valuable transfers to the Subsidiary Grantors in connection with the operation of their respective businesses;

WHEREAS, Holdings, the Borrower and the Subsidiary Grantors are engaged in related businesses, and each Grantor will derive substantial direct and indirect benefit from the making of the Loans; and

WHEREAS, it is a condition precedent to the obligation of the Lenders to make their respective Loans to the Borrower under the Liquidity Facility that Holdings, the Borrower and the Subsidiary Grantors shall have executed and delivered this Security Agreement to the Administrative Agent for the ratable benefit of the Secured Parties;

NOW, THEREFORE, in consideration of the premises and to induce the Secured Parties (as defined below) to enter into the Liquidity Facility and to induce the Lenders to make their respective Loans, each of the Grantors hereby agrees with the Administrative Agent, for the ratable benefit of the Secured Parties, as follows:

24280769.7

1. *Defined Terms.*

1.1 *Definitions.* (a) Unless otherwise defined herein, terms defined in the Liquidity Facility and used herein shall have the meanings given in the Liquidity Facility, and the following terms which are defined in the Uniform Commercial Code in effect in the State of New York on the date hereof are used herein as so defined: Chattel Paper, Farm Products, Instruments and Investment property.

(b) The following terms shall have the following meanings:

"*Accounts*": with respect to each Grantor, any and all right, title and interest of such Grantor to payment for goods and services sold or leased, including any such right evidenced by Chattel Paper, whether due or to become due, whether or not it has been earned or performed, and whether now or hereafter acquired or arising in the future, including, without limitation, accounts receivable from Affiliates of such person, except to the extent that the grant of a security interest in Accounts owed by Affiliates not incorporated or otherwise organized in the United States of America would result in material adverse tax or legal consequences to such Grantor.

"*Accounts Receivable*": with respect to each Grantor, all right, title and interest of such Grantor to Accounts and all of its right, title and interest in any returned goods, together with all rights, titles, securities and guaranties with respect thereto, including any rights to stoppage in transit, replevin, reclamation and resales, and all related security interests, liens and pledges, whether voluntary or involuntary in each case whether due or become due, whether now or hereafter arising in the future.

"*Agreement*": this Security Agreement, as the same may be amended, amended and restated, modified or otherwise supplemented from time to time.

"*Code*": the Uniform Commercial Code as from time to time in effect in the State of New York.

"*Collateral*": as defined in Section 2.1 of this Agreement.

"*Collateral Account*": any collateral account established by the Administrative Agent as provided in Section 5.3 or Section 7.2.

"*Computer Hardware and Software Collateral*" means with respect to each Grantor, its interests in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

(a) all computer and other electronic data processing hardware, integrated computer systems, central processing units, memory units, display terminals, printers, features, computer elements, card readers, tape drives, hard and soft disk drives, cables, electrical supply hardware, generators, power equalizers, accessories and all peripheral devices and other related computer hardware;

(b) all software programs (including both source code, object code and all related applications and data files), whether now owned, licensed or leased or hereafter

24280769.7

- 2 -

acquired by each Grantor, designed for use on the computers and electronic data processing hardware described in clause (a) above;

(c)  all firmware associated therewith;

(d)  all documentation (including flow charts, logic diagrams, manuals, guides and specifications) with respect to such hardware, software and firmware described in the preceding clauses (a) through (c); and

(e)  all rights with respect to all of the foregoing, including any and all copyrights, licenses, options, warranties, service contracts, program services, test rights, maintenance rights, support rights, improvement rights, renewal rights and indemnifications and any substitutions, replacements, additions or model conversions of any of the foregoing.

"*Contracts*":  with respect to each Grantor, all rights of such Grantor under contracts and agreements to which such Grantor is a party or under which such Grantor has any right, title or interest or to which such Grantor or any property of such Grantor is subject, as the same may from time to time be amended, supplemented or otherwise modified, including, without limitation, (a) all rights of such Grantor to receive moneys due and to become due to it thereunder or in connection therewith, (b) all rights of such Grantor to damages arising out of, or for, breach or default in respect thereof and (c) all rights of such Grantor to exercise all remedies thereunder, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement in its rights under such contract or agreement is not prohibited without the consent of any other person, or is permitted with consent if all necessary consents to such grant of a security interest have been obtained from all such other persons.

"*Copyright Collateral*" means with respect to each Grantor, its interests in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

(a)  all copyrights (including copyrights for semi-conductor chip product mask works) of each Grantor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including, without limitation, all of each Grantor's right, title and interest in and to all copyrights and mask works registered in the United States Copyright Office or anywhere else in the world and also including, without limitation,  the copyrights and mask works referred to in Item A of Schedule IV attached hereto, and all applications for registration thereof (including pending applications), including the copyright and mask works registrations and applications referred to in Item A of Schedule IV attached hereto, if any, and all copyrights resulting from such applications;

(b)  all extensions and renewals of any of the items described in clause (a);

(c)  all copyright and mask works licenses and other agreements providing each Grantor with the right to use any of the items of the type referred to in clauses (a) and (b), including each copyright license referred to in Item B of Schedule IV attached hereto, if any;

24280769.7

- 3 -

(c) to execute, in connection with any sale provided for in Section 7.4 hereof, any endorsements, assignments or other instruments of conveyance or transfer with respect to the Collateral; and

(d) (i) to direct any party liable for any payment under any of the Collateral to make payment of any and all moneys due or to become due thereunder directly to the Administrative Agent or as the Administrative Agent shall direct; (ii) to ask or demand for, collect, receive payment of and receipt for, any and all money, claims and other amounts due or to become due at any time in respect of or arising out of any Collateral; (iii) to sign and endorse any invoices, freight or express bills, bills of lading, storage or warehouse receipts, drafts against debtors, assignments, verifications, notices and other documents in connection with any of the Collateral; (iv) to commence and prosecute any suits, actions or proceedings at law or in equity in any court of competent jurisdiction to collect the Collateral or any thereof and to enforce any other right in respect of any Collateral; (v) to defend any suit, action or proceeding brought against any Grantor with respect to any Collateral; (vi) to settle, compromise or adjust any such suit, action or proceeding and, in connection therewith, to give such discharges or releases as the Administrative Agent may deem appropriate; and (vii) generally, to use, sell, transfer, pledge and make any agreement with respect to or otherwise deal with any of the Collateral as fully and completely as though the Administrative Agent were the absolute owner thereof for all purposes, and to do, at the Administrative Agent's option and at the expense of such Grantor, at any time, or from time to time, all acts and things which the Administrative Agent reasonably deems necessary to protect, preserve or realize upon such Collateral and the Administrative Agent's and the Secured Parties' security interests therein and to effect the intent of this Agreement, all as fully and effectively as such Grantor might do.

8.2 *Performance by Administrative Agent of Grantor's Obligations.* If any Grantor fails to perform or comply with any of its agreements contained herein, the Administrative Agent, at its option, but without any obligation to do so, may perform or comply, or otherwise cause performance or compliance, with such agreement.

8.3 *Grantor's Reimbursement Obligation.* The expenses of the Administrative Agent reasonably incurred in connection with actions undertaken as provided in this Section 8, together with interest thereon at a rate per annum equal to the default rate of interest set forth in Section 2.8(c) of the Liquidity Facility, from the date payment is demanded by the Administrative Agent to the date reimbursed by such Grantor, shall be payable by the Borrower to the Administrative Agent on demand.

8.4 *Ratification; Power Coupled With An Interest.* Each Grantor hereby ratifies all that said attorneys shall lawfully do or cause to be done by virtue hereof. All powers, authorizations and agencies contained in this Agreement are coupled with an interest and are irrevocable until this Agreement is terminated and the security interests created hereby are released.

9. *Duty of Administrative Agent.* The Administrative Agent's sole duty with respect to the custody, safekeeping and physical preservation of the Collateral in its possession, under Section 9-207 of the Code or otherwise, shall be to deal with it in the same manner as the Administrative Agent deals with similar property for its own account. No Secured Party nor any of its respective directors, officers, employees or agents shall be liable for failure to demand, collect or realize upon any of the Collateral or for any delay in doing so or shall be under any obligation to sell or otherwise dispose of any Collateral upon the request of a Grantor or any other person or to take any other action whatsoever with regard to

PATENT
REEL: 9342 FRAME: 0503

the Collateral or any part thereof. The powers conferred on the Secured Parties hereunder are solely to protect the Secured Parties' interests in the Collateral and shall not impose any duty upon any Secured Party to exercise any such powers. The Secured Parties shall be accountable only for amounts that they actually receive as a result of the exercise of such powers, and neither they nor any of their officers, directors, employees or agents shall be responsible to any Grantor for any act or failure to act hereunder, except for their own gross negligence or wilful misconduct.

10. *Execution of Financing Statements.* Pursuant to Section 9-402 of the Code, each Grantor authorizes the Administrative Agent to file financing statements with respect to the Collateral without the signature of such Grantor in such form and in such filing offices as the Administrative Agent reasonably determines appropriate to perfect the security interests of the Administrative Agent under this Agreement. A carbon, photographic or other reproduction of this Agreement shall be sufficient as a financing statement for filing in any jurisdiction.

11. *Authority of Administrative Agent.* Each Grantor acknowledges that the rights and responsibilities of the Administrative Agent under this Agreement with respect to any action taken by the Administrative Agent or the exercise or non-exercise by the Administrative Agent of any option, voting right, request, judgment or other right or remedy provided for herein or resulting or arising out of this Agreement shall, as between the Administrative Agent and the other Secured Parties, be governed by the Liquidity Facility and by such other agreements with respect thereto as may exist from time to time among them but, as between the Administrative Agent and the Grantors, the Administrative Agent shall be conclusively presumed to be acting as agent for the other Secured Parties with full and valid authority so to act or refrain from acting.

12. *Reinstatement.* This Agreement shall continue to be effective, or be reinstated, as the case may be, if at any time payment, or any part thereof, of any of the Obligations is rescinded or must otherwise be restored or returned by the Administrative Agent or any Secured Party upon the filing or commencement of any Insolvency Proceeding in respect of any Grantor, or upon or as a result of the appointment of a receiver, intervenor or conservator of, or trustee or similar officer for, such Grantor or any substantial part of its property, or otherwise, all as though such payments had not been made.

13. *Notices.* All notices, requests and demands to or upon the Secured Parties or the Grantors under this Agreement shall be given or made in accordance with Section 11.2 of the Liquidity Facility and addressed as follows:

(a) if to any Grantor other than the Borrower, in care of the Borrower in accordance with Section 11.2 of the Liquidity Facility;

(b) if to the Borrower, in accordance with Section 11.2 of the Liquidity Facility; and

(c) if to any Secured Party, in accordance with Section 11.2 of the Liquidity Facility.

14. *Survival of Agreement.* All covenants, agreements, representations and warranties made by any Grantor herein and in the certificates or other instruments prepared or delivered in connection with or pursuant to this Agreement or any other Loan Document shall be considered to have been relied upon by the Secured Parties and shall survive the making by the Lenders of the Loans, the

24280769.7

- 20 -

PATENT
REEL: 9342 FRAME: 0504

execution and delivery to the Lenders of the Loan Documents, regardless of any investigation made by the Secured Parties or on their behalf, and shall continue in full force and effect as long as the principal of or any accrued interest on any Loan, or any fee or any other amount payable under or in respect of this Agreement or any other Loan Document is outstanding and unpaid and so long as the Commitments have not been terminated.

15. *WAIVER OF JURY TRIAL.* **EACH PARTY HERETO HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS AGREEMENT OR ANY OF THE OTHER LOAN DOCUMENTS. EACH PARTY HERETO (A) CERTIFIES THAT NO REPRESENTATIVE, AGENT OR ATTORNEY OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF LITIGATION, SEEK TO ENFORCE THE FOREGOING WAIVER AND (B) ACKNOWLEDGES THAT IT AND THE OTHER PARTIES HERETO HAVE BEEN INDUCED TO ENTER INTO THIS AGREEMENT AND THE OTHER LOAN DOCUMENTS, AS APPLICABLE, BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION 15.**

16. *Jurisdiction; Consent to Service of Process.* (a) Each Grantor hereby irrevocably and unconditionally submits, for itself and its property, to the nonexclusive jurisdiction of any New York State court or federal court of the United States of America sitting in New York City, and any appellate court from any thereof, in any action or proceeding arising out of or relating to this Agreement or the other Loan Documents, or for recognition or enforcement of any judgment, and each of the parties hereto hereby irrevocably and unconditionally agrees that all claims in respect of any such action or proceeding may be heard and determined in such New York State or, to the extent permitted by law, in such federal court. Each of the parties hereto agrees that a final judgment in any such action or proceeding shall be conclusive and may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law. Nothing in this Agreement shall affect any right that any Grantor or any Secured Party may otherwise have to bring any action or proceeding relating to this Agreement or the other Loan Documents against any Grantor or any Secured Party or its properties in the courts of any jurisdiction.

(b) Each Grantor and each Secured Party hereby irrevocably and unconditionally waives, to the fullest extent it may legally and effectively do so, any objection that it may now or hereafter have to the laying of venue of any suit, action or proceeding arising out of or relating to this Agreement or the other Loan Documents in any New York State or federal court. Each of the parties hereto hereby irrevocably waives, to the fullest extent permitted by law, the defense of an inconvenient forum to the maintenance of such action or proceeding in any such court.

(c) Each party to this Agreement irrevocably consents to service of process in the manner provided for notices in Section 13. Nothing in this Agreement will affect the right of any party to this Agreement to serve process in any other manner permitted by law.

17. *Release.* (a) Unless the Grantors and the Administrative Agent otherwise agree, this Agreement and the security interest created hereunder shall terminate when all Obligations have been fully and indefeasibly paid in full in cash and when the Secured Parties have no further Commitments under the Liquidity Facility, at which time the Administrative Agent shall execute and deliver to each

24280769.7

- 21 -

PATENT
REEL: 9342 FRAME: 0505

Grantor, or to such person or persons as such Grantor shall reasonably designate, all at such Grantor's sole expense, all Uniform Commercial Code termination statements and similar documents prepared by such Grantor which such Grantor shall reasonably request to evidence such termination. Any execution and delivery of termination statements or documents pursuant to this Section 17(a) shall be without recourse to or warranty by the Administrative Agent.

(b) All Collateral used, sold, transferred or otherwise disposed of, in accordance with the terms of the Liquidity Facility (including pursuant to a waiver or amendment of the terms thereof) shall be used, sold, transferred or otherwise disposed of free and clear of the Lien and the security interest created hereunder. In connection with the foregoing, (i) the Administrative Agent shall execute and deliver to each Grantor, or to such person or persons as such Grantor shall reasonably designate, all at such Grantor's sole expense, all Uniform Commercial Code termination statements and similar documents prepared by such Grantor which such Grantor shall reasonably request to evidence the release of the Lien and security interest created hereunder with respect to such Collateral and (ii) any representation, warranty or covenant contained herein relating to such Collateral shall no longer be deemed to be made with respect to such used, sold, transferred or otherwise disposed Collateral.

18. *Severability.* Any provision of this Agreement which is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction. The parties hereunder shall endeavor in good-faith negotiations to replace the invalid, illegal or unenforceable provisions with valid provisions, the economic effect of which comes as close as possible to that of the invalid, illegal or unenforceable provisions.

19. *Amendments in Writing; No Waiver; Cumulative Remedies.*

19.1 *Amendments in Writing.* None of the terms or provisions of this Agreement may be waived, amended, supplemented or otherwise modified except by a written instrument executed by the Grantors and the Administrative Agent (on behalf of the Lenders or the Majority Lenders, as the case may be).

19.2 *No Waiver by Course of Conduct.* No Secured Party shall by any act (except by a written instrument pursuant to Section 19.1 hereof) or delay be deemed to have waived any right or remedy hereunder or to have acquiesced in any Default or Event of Default or in any breach of any of the terms and conditions hereof. No failure to exercise, nor any delay in exercising, on the part of any Secured Party, any right, power or privilege hereunder shall operate as a waiver thereof. No single or partial exercise of any right, power or privilege hereunder shall preclude any other or further exercise thereof or the exercise of any other right, power or privilege. A waiver by any Secured Party of any right or remedy hereunder on any one occasion shall not be construed as a bar to any right or remedy which such Secured Party would otherwise have on any future occasion.

20. *Remedies Cumulative.* The rights and remedies herein provided are cumulative, may be exercised singly or concurrently and are not exclusive of any other rights or remedies provided by law.

21. *Section Headings.* The section and Section headings used in this Agreement are for convenience of reference only and are not to affect the construction hereof or be taken into consideration in the interpretation hereof.

24280769.7

PATENT
REEL: 9342 FRAME: 0506

22. *Successors and Assigns.* This Agreement shall be binding upon the successors and assigns of each Grantor and shall inure to the benefit of each Grantor and the Secured Parties and their successors and assigns, *provided* that this Agreement may not be assigned by any Grantor without the prior written consent of the Administrative Agent.

23. *Loan Document, etc.* This Agreement is a Loan Document executed pursuant to the Liquidity Facility and shall (unless otherwise expressly indicated herein) be construed, administered and applied in accordance with the terms and provisions of the Liquidity Facility.

24. ***GOVERNING LAW.* THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAW OF THE STATE OF NEW YORK.**

25. *Counterparts.* This Agreement may be executed in two or more counterparts, each of which shall constitute an original but all of which when taken together shall constitute but one contract.

26. *Additional Grantors.* Pursuant to the Liquidity Facility, each Subsidiary that was not in existence or not a Subsidiary on the date thereof is required to enter into this Agreement as a Grantor upon becoming a Subsidiary. Upon execution and delivery, after the date hereof, by the Administrative Agent and such Subsidiary of an instrument in the form of Annex 1, such Subsidiary shall become a Grantor hereunder with the same force and effect as if originally named as a Grantor hereunder. The execution and delivery of any such instrument shall not require the consent of any Grantor hereunder. The rights and obligations of each Grantor hereunder shall remain in full force and effect notwithstanding the addition of any new Grantor as a party to this Agreement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

24280769.7

- 23 -

PATENT
REEL: 9342 FRAME: 0507

IN WITNESS WHEREOF, the undersigned have caused this Security Agreement to be duly executed and delivered as of the date first above written.

EVENFLO & SPALDING HOLDINGS
   CORPORATION
SPALDING & EVENFLO COMPANIES,
   INC.
EVENFLO COMPANY, INC.
ETONIC WORLDWIDE CORPORATION
LISCO, INC.
S&E FINANCE CO., INC.
SPALDING SPORTS CENTERS, INC.
ETONIC LISCO, INC.
LISCO FURNITURE, INC.
LISCO FEEDING, INC.
LISCO SPORTS, INC.

By: _____
Name:   W. Michael Kipphut
Title:    Treasurer and Vice President


S&E FINANCE CO., INC.


By: _____
Name:   Paul L. Whiting
Title:    President and CEO


BANK OF AMERICA NATIONAL
   TRUST & SAVINGS ASSOCIATION,
   as Administrative Agent

By: _____
Name:   PATRICK W. ZETZMAN
Title:    Vice President


24280769

PATENT
REEL: 9342 FRAME: 0508

IN WITNESS WHEREOF, the undersigned have caused this Security Agreement to be duly executed and delivered as of the date first above written.

EVENFLO & SPALDING HOLDINGS
CORPORATION
SPALDING & EVENFLO COMPANIES,
INC.
EVENFLO COMPANY, INC.
ETONIC WORLDWIDE CORPORATION
LISCO, INC.
~~S&E FINANCE CO., INC.~~
SPALDING SPORTS CENTERS, INC.
ETONIC LISCO, INC.
LISCO FURNITURE, INC.
LISCO FEEDING, INC.
LISCO SPORTS, INC.

By: _____
Name:  W. Michael Kipphut
Title:    Treasurer and Vice President


S&E FINANCE CO., INC.

By: _____
Name:  Paul L. Whiting
Title:    President and CEO


BANK OF AMERICA NATIONAL
TRUST & SAVINGS ASSOCIATION,
as Administrative Agent

By: _____
Name:
Title:

24280769

Schedules:

| | |
|---|---|
| Schedule I | Filings and Other Actions Required to Perfect Security Interests |
| Schedule II | Inventory and Equipment |
| Schedule III | Records of Accounts |
| Schedule IV | Copyrights and Mask Works |
| Schedule V | Patents |
| Schedule VI | Trademarks |
| Schedule VII | Trade Secrets |
| Schedule VIII | Deposit Accounts |

24280769.7

ANNEX 1 TO
SECURITY AGREEMENT

SUPPLEMENT NO.    dated as of    , to the Security Agreement dated as of March 30, 1998 (the *"Security Agreement"*), among EVENFLO & SPALDING HOLDINGS CORPORATION, a Delaware corporation (*"Holdings"*), SPALDING & EVENFLO COMPANIES, INC., a Delaware corporation (the *"Borrower"*), each of the Subsidiaries (such term and each other capitalized term used but not defined herein having the meaning given it in the Security Agreement) and BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION, as administrative agent (in such capacity, the *"Administrative Agent"*) for the Secured Parties.

A. Reference is made to the Liquidity Facility, dated as of March 30, 1998 (as amended, amended and restated or otherwise modified from time to time, the *"Liquidity Facility"*), among the Borrower, the Lenders, the Administrative Agent, the Documentation Agent and the Syndication Agent.

B. The Grantors have entered into the Security Agreement in order to induce the Lenders to make Loans pursuant to, and upon the terms and subject to the conditions specified in, the Liquidity Facility. Pursuant to the Liquidity Facility, each Subsidiary that was not in existence or not a Subsidiary on the date thereof is required to enter into the Security Agreement as a Grantor upon becoming a Subsidiary. Section 26 of the Security Agreement provides that additional Subsidiaries may become Grantors under the Security Agreement by execution and delivery of an instrument in the form of this Supplement. The undersigned (the *"New Grantor"*) is a Subsidiary of Holdings and is executing this Supplement in accordance with the requirements of the Liquidity Facility to become a Grantor under the Security Agreement in order to induce the Lenders to make additional Loans and as consideration for Loans previously made.

Accordingly, the Administrative Agent and the New Grantor agree as follows:

SECTION 1. In accordance with Section 26 of the Security Agreement, the New Grantor by its signature below becomes a Grantor under the Security Agreement with the same force and effect as if originally named therein as a Grantor and the New Grantor hereby agrees to all the terms and provisions of the Security Agreement applicable to it as a Grantor thereunder. Each reference to a "Grantor" in the Security Agreement shall be deemed to include the New Grantor. The Security Agreement is hereby incorporated herein by reference.

SECTION 2. The New Grantor represents and warrants to the Secured Parties that this Supplement has been duly authorized, executed and delivered by it and constitutes its legal, valid and binding obligation, enforceable against it in accordance with its terms, subject to the effects of applicable bankruptcy, insolvency or similar laws effecting creditors' rights generally and equitable principles of general applicability.

SECTION 3. This Supplement may be executed in two or more counterparts, each of which shall constitute an original, but all of which, when taken together, shall constitute but one instrument. This Supplement shall become effective when the Administrative Agent shall have received counterparts of this Supplement that, when taken together, bear the signatures of the New Grantor and the Administrative Agent.

SECTION 4. Except as expressly supplemented hereby, the Security Agreement shall remain in full force and effect.

24280769.7

SECTION 5.  THIS SUPPLEMENT SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

SECTION 6.  In case any one or more of the provisions contained in this Supplement should be held invalid, illegal or unenforceable in any respect, neither party hereto shall be required to comply with such provision for so long as such provision is held to be invalid, illegal or unenforceable, but the validity, legality and enforceability of the remaining provisions contained herein and in the Security Agreement shall not in any way be affected or impaired.  The parties hereto shall endeavor in good-faith negotiations to replace the invalid, illegal or unenforceable provisions with valid provisions the economic effect of which comes as close as possible to that of the invalid, illegal or unenforceable provisions.

SECTION 7.  All communications and notices hereunder shall be in writing and given as provided in the Security Agreement.  All communications and notices hereunder to the New Grantor shall be given to it at the address set forth under its signature, with a copy to the Borrower.

IN WITNESS WHEREOF, the New Grantor and the Administrative Agent have duly executed this Supplement to the Security Agreement as of the day and year first above written.

[NAME OF NEW GRANTOR]

By: _____
   Name:
   Title:

Address: _____
         _____

Fax No.: _____
Attention: _____

BANK OF AMERICA NATIONAL SAVINGS & TRUST ASSOCIATION, as Administrative Agent

By: _____
   Name:
   Title:

Address: _____
         _____

Fax No.: _____
Attention: _____

242807(9.7

-2-

**SCHEDULE I**
**TO SECURITY AGREEMENT**

## FILINGS AND OTHER ACTIONS
### REQUIRED TO PERFECT SECURITY INTERESTS

| NAME OF GRANTOR | FILING JURISDICTION |
| --- | --- |
| Evenflo & Spalding Holdings Corporation | • Florida Secretary of State<br>• Hillsborough County, FL (Tampa) |
| Spalding & Evenflo Companies, Inc. | • Florida Secretary of State<br>• Hillsborough County, FL (Tampa)<br>• Massachusetts Secretary of State<br>• Hampden County, MA (Chicopee)<br>• New York Secretary of State<br>• Fulton County, NY (Gloversville and Johnstown)<br>• Nevada Secretary of State<br>• Washoe County, NV (Sparks)<br>• Texas Secretary of State<br>• Tarrant County, TX (Fort Worth)<br>• Michigan Secretary of State<br>• Berrin County, MI (Nile)<br>• Connecticut Secretary of State<br>• Middlesex County, CT (Clinton) |

PATENT
REEL: 9342 FRAME: 0513

2

Evenflo Company, Inc.

- Florida Secretary of State
- Hillsborough County, FL (Tampa)
- Alabama Secretary of State
- Walker County, AL (Jasper)
- Ohio Secretary of State
- Miami County, OH (Piqua)
- Montgomery County, OH (Vandalia)
- Shelby County, OH (Sidney)
- Georgia Secretary of State
- Cherokee County, GA (Canton)
- Wisconsin Secretary of State
- Oconto County, WI (Suring)
- Shawano County, WI (Shawano)
- Colorado Secretary of State
- Adams County, CO (Thornton)

Etonic Worldwide Corporation

- Florida Secretary of State
- Hillsborough County, Fl (Tampa)
- Massachusetts Secretary of State
- Hampden County, MA (Chicopee)
- Maine Secretary of State
- Sagadahoc County, ME (Richmond)

Lisco, Inc.

- Florida Secretary of State
- Hillsborough County, FL (Tampa)
- Connecticut Secretary of State
- Middlesex County, CT (Clinton)

S&E Finance Co., Inc.

- Florida Secretary of State
- Hillsborough County, FL (Tampa)

Spalding Sports Centers, Inc.

- Florida Secretary of State
- Hillsborough County, FL (Tampa)
- Connecticut Secretary of State
- Middlesex County, CT (Clinton)

Etonic Lisco, Inc.

- Florida Secretary of State
- Hillsborough County, FL (Tampa)
- Connecticut Secretary of State
- Middlesex County, CT (Clinton)

027301\0007\02740\983TDVM6.5CD

PATENT
REEL: 9342 FRAME: 0514

3

| | |
|---|---|
| Lisco Furniture, Inc. | • Florida Secretary of State<br>• Hillsborough County, FL (Tampa)<br>• Connecticut Secretary of State<br>• Middlesex County, CT (Clinton) |
| Lisco Feeding, Inc. | • Florida Secretary of State<br>• Hillsborough County, FL (Tampa)<br>• Connecticut Secretary of State<br>• Middlesex County, CT (Clinton) |
| Lisco Sports, Inc. | • Florida Secretary of State<br>• Hillsborough County, FL (Tampa)<br>• Connecticut Secretary of State<br>• Middlesex County, CT (Clinton) |

PATENT
REEL: 9342 FRAME: 0515

SCHEDULE II
TO SECURITY AGREEMENT

INVENTORY AND EQUIPMENT LOCATIONS

| NAME OF GRANTOR | LOCATION |
|---|---|
| Evenflo & Spalding Holdings Corporation | 601 South Harbour Island Boulevard<br>Suite 200<br>Tampa, Florida 33602-3141 |
| Spalding & Evenflo Companies, Inc. | 425 Meadow Street<br>P.O. Box 901<br>Chicopee, Massachusetts 01021-0901 |
| | 521 Meadow Street<br>Chicopee, Massachusetts 01021 |
| | 125 Parldon Street<br>Springfield, Massachusetts 01118 |
| | 12 Sears Way<br>West Springfield, Massachusetts 01107 |
| | 133 Corporate Drive<br>Johnstown, New York 12095 |
| | 178 Corporate Drive<br>Johnstown, New York 12095 |
| | 115 Corporate Drive<br>Johnstown, New York 12095 |
| | 31 Cressendoe Road<br>Johnstown, New York 12095 |
| | 815 Conrad Road<br>c/o Robert P. Molitor<br>Nile, Michigan 49129 |
| | 968 East Gregg Street<br>Sparks, Nevada 89431 |
| | 1430 East Gregg Street<br>Sparks, Nevada 89431 |
| | 920 Kleppe Lane<br>Sparks, Nevada 89431 |

027301\0007\02830\983VH4FW.SCD

PATENT
REEL: 9342 FRAME: 0516

Evenflo Company, Inc.

695 Vista Boulevard
Suite 102
Sparks, Nevada  89431

2901 Suffolk Court East
Suite 140
Fort Worth, Texas  76133

Tom Bevill Industrial Park
3300 Industrial Drive
Jasper, Alabama  35501

4501 Highway 78E
Jasper, Alabama  35501

1801 Commerce Drive
Piqua, Ohio  45356

501 Young Street
Building C
Piqua, Ohio  45356

1900 Covington Avenue
Piqua, Ohio  45356

1 Aerovent Drive
Piqua, Ohio  45356

707 Crossroads Court
Vandalia, Ohio  45377

Campbell Avenue
Sidney, Ohio  45356

1000 Evenflo Drive
P.O. Box 709
Canton, Georgia  30144

214 Nu-Line Street
Suring, Wisconsin  54174

307 South Krueger
Suring, Wisconsin  54174

145 North Mill Street
Suring, Wisconsin  54174

PATENT
REEL: 9342 FRAME: 0517

3

13305 Hayes Road
Suring, Wisconsin  54174

924 East Main Street
Suring, Wisconsin  54174

N6362 Arbulus Lane
Shawano, Wisconsin  54186

1500 East 128th Avenue
Thornton, Colorado  80241

Etonic Worldwide Corporation

County Road
Richmond, Maine  04357

Spalding Sports Centers, Inc.

Clinton Crossing Outlet
Clinton, Connecticut  06413

027301\0007\02930\985VH4FW.SCD

PATENT
REEL: 9342 FRAME: 0518

SCHEDULE III
TO SECURITY AGREEMENT

RECORDS OF ACCOUNTS

| NAME OF GRANTOR | LOCATION |
|---|---|
| Evenflo & Spalding Holdings Corporation | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Spalding and Evenflo Companies, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Etonic Worldwide Corporation | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Evenflo Company, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| S&F Finance Co., Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Spalding Sports Centers, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Lisco, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Etonic Lisco, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |

PATENT
REEL: 9342 FRAME: 0519

| | |
|---|---|
| Lisco Feeding, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Lisco Furniture, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |
| Lisco Sports, Inc. | P.O. Box 30101-Tampa, FL 33630-3101<br>601 South Harbor Island Blvd.<br>Suite 200 Tampa, FL 33602-3141 |

SCHEDULE IV
TO SECURITY AGREEMENT

Item A.  Copyrights/Mask Works

Registered Copyrights/Mask Works

| Grantor | Registration No. | Registration Date | Author(s) | Title |
|---------|------------------|-------------------|-----------|-------|

None.

Copyright/Mask Work Pending Registration Applications

| Grantor | Serial No. | Filing Date | Author(s) | Title |
|---------|-----------|-------------|-----------|-------|

None.

Item B.  Copyright/Mask Work Licenses

| Grantor | Licensor | Licensee | Registration No. | Effective Date | Expiration Date | Subject Matter |
|---------|----------|----------|------------------|----------------|-----------------|----------------|

None.

24280769.7

PATENT
REEL: 9342 FRAME: 0521

SCHEDULE V
TO SECURITY AGREEMENT

Item A.  Patents

See attached.


Item B.  Patent Licenses

See attached.

24280769.7

PCMASTER REPORTER                                    05/14/1998   9 54   PAGE:

MASTER FILE REPORT
1
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 005338 | | PATENT NO: 380973 BABY MONITOR TRANSMITTER | GRANT DATE: 07/15/1997 |
| 001480 | | PATENT NO: 4101042 BOTTLE DISC | GRANT DATE: 07/18/1978 |
| 001593 | | PATENT NO: 4186454 PORTABLE PLAYPEN HOUDINI | GRANT DATE: 02/05/1980 |
| 001836 | C | PATENT NO: 4231612 BABY CARRIER AND CAR SEAT (DYN-O-MITE) | GRANT DATE: 11/04/1980 |
| 001699 | | PATENT NO: 4288123 HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) | GRANT DATE: 09/08/1981 |
| 005341 | | PATENT NO: 4323233 PENDULUM SWING | GRANT DATE: 04/06/1982 |
| | | PATENT NO: 4343510 CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | GRANT DATE: 08/10/1982 |
| 001914 | C | PATENT NO: 4376551 CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | GRANT DATE: 03/15/1983 |
| 005296 | | PATENT NO: 4434920 SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER | GRANT DATE: 03/06/1984 |

PATENT
REEL:9342 FRAME:0523

```
MASTER FILE REPORT                      PCMASTER REPORTER                    05/14/1998   9  54   PAGE:
2
EVENFLO U.S. PATENTS

Docket No.     Case Type     PATENT NO: Pat No.          GRANT DATE: Grant Dt
----- --      ---- ----      ----- --   --- --           ----- ----   ----- --
002149                       PATENT NO:     4568122 GRANT DATE: 02/04/1986
                             WINGS AUTO BOOSTER SEAT UTILITY

002354                       PATENT NO:     4754999 GRANT DATE: 07/05/1988
                             7 YEAR CAR SEAT

005295                       PATENT NO:     4777672 GRANT DATE: 10/18/1988
                             CHILDREN'S CONVERTIBLE TOILET APPARATUS

002298                       PATENT NO:     4802248 GRANT DATE: 02/07/1989
                             SPRING HANGER ASSEMBLY (ALL WOOD CRIBS)

002786                       PATENT NO:     4826246 GRANT DATE: 05/02/1989
                             CHILD SAFETY SEAT
                             (ULTARA II WITH T-SHIELD)

005410         D             PATENT NO:     4832367 GRANT DATE: 05/23/1989
                             BELT RESTRAINING APPARATUS
                             FOR AUTO PASSENGERS

003010                       PATENT NO:     4892517 GRANT DATE: 01/09/1990
                             BREAST PUMP (1986 VERSION)

003010                       PATENT NO:     4912818 GRANT DATE: 04/03/1990
                             BELT ADJUSTING APPARATUS (ULTARA I)

003014                       PATENT NO:     4943113 GRANT DATE: 07/24/1990
                             CHILD RESTRAINT SYSTEM WITH IMPROVED BASE (JOYRIDE)
```

PATENT
REEL: 9342 FRAME: 0524

MASTER FILE REPORT                                      PCMASTER REPORTER                              05/14/1998    9 54    PAGE:
3
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ------ | ---- ---- | ------ ----- ----- ---- | ----- ----- ----- ---- |
| 003082 | | PATENT NO:    4958887 | GRANT DATE: 09/25/1990 |
| | | INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS | |
| 003129 | | PATENT NO:    4962965 | GRANT DATE: 10/16/1990 |
| | | SEAT BELT ASSEMBLY FOR HIGH CHAIRS | |
| 003539 | | PATENT NO:    4968091 | GRANT DATE: 11/06/1990 |
| | | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (CHAIR & STAIR) | |
| 003161 | | PATENT NO:    4968092 | GRANT DATE: 11/06/1990 |
| | | HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM) (SIDEWINDER) | |
| 005292 | | PATENT NO:    4984895 | GRANT DATE: 01/15/1991 |
| | | VEHICLE SEAT FOR A CHILD | |
| 003078 | | PATENT NO:    4985948 | GRANT DATE: 01/22/1991 |
| | | FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER - SECOND VERSION | |
| 003135 | | PATENT NO:    5020680 | GRANT DATE: 06/04/1991 |
| | | DISPOSABLE NURSER SHELL & HOOD (1988) | |
| 002289 | | PATENT NO:    5061012 | GRANT DATE: 10/29/1991 |
| | | CHILD CAR SEAT WITH AUTOMATICE HARNESS ADJUST | |

PATENT
REEL: 9342 FRAME: 0525

MASTER FILE REPORT
4
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9  54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003117 | | PATENT NO:    5106154 GRANT DATE: 04/21/1992 | |

CAR SEAT WITH INTEGRAL
CONVERTIBLE FRAME (CHAMPION)

005340    PATENT NO:    5172955 GRANT DATE: 12/22/1992
BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT

003376    PATENT NO:    5181761 GRANT DATE: 01/26/1993
CHILD RESTRAINT SYSTEM (ULTARA I)

003353    PATENT NO:    5181765 GRANT DATE: 01/26/1993
HEAT TREATED LATCH PLATE
(ULTARA II CAR SEAT)

002258-1    PATENT NO:    5183311 GRANT DATE: 02/02/1993
PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY)

005285    PATENT NO:    5210532 GRANT DATE: 05/11/1993
BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY

005289    PATENT NO:    5272840 GRANT DATE: 12/28/1993
SECURITY GATE WITH WALK-THROUGH FEATURE

005288    PATENT NO:    5277472 GRANT DATE: 01/11/1994
MULTI-FUNCTION INFANT SEAT

005291    PATENT NO:    5280635 GRANT DATE: 01/18/1994
BABY MONITOR TRANSMITTER

PATENT
REEL: 9342 FRAME: 0526

MASTER FILE REPORT                    PCMASTER REPORTER                              05/14/1998    9 54    PAGE:
5
EVENFLO U.S. PATENTS

| Docket No. | Case | Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|---|
| ------ | ---- | ---- | ------- | --- | --- | ---- |
| 003705 | | | PATENT NO: | 5288283 | GRANT DATE: | 02/22/1994 |
| | | | DOORWAY EXERCISER (U) | | | |
| | | | (NEW JOHNNY JUMP UP) | | | |
| 003780 | | | PATENT NO: | 5292336 | GRANT DATE: | 03/08/1994 |
| | | | PACIFIER WITH HANDLE | (UTILITY) (DISNEY) | | |
| 005406 | | | PATENT NO: | 5317765 | GRANT DATE: | 06/07/1994 |
| | | | COLLAPSIBLE INFANT BATH RING | | | |
| 005325 | | | PATENT NO: | 5322343 | GRANT DATE: | 06/21/1994 |
| | | | INFANT CAR SEAT | | | |
| 003950 | | | PATENT NO: | 5324094 | GRANT DATE: | 06/28/1994 |
| | | | HANDLE FOR INFANT CAR SEAT | | | |
| | | | (CARRY RIGHT) | | | |
| 005331 | | | PATENT NO: | 5326327 | GRANT DATE: | 07/05/1994 |
| | | | SWING ASSEMBLY | | | |
| 009925 | | | PATENT NO: | 5361934 | GRANT DATE: | 11/08/1994 |
| | | | POP-UP STRAW FOR JUVENILE | | | |
| | | | DRINKING CUP | | | |
| 003930 | | | PATENT NO: | 5385387 | GRANT DATE: | 01/31/1995 |
| | | | CHILD CARRIER WITH DETACHABLE BASE | | | |
| | | | (ON MY WAY) | | | |

PATENT
REEL: 9342 FRAME: 0527

PAGE:

9 54

05/14/1998

PCMASTER REPORTER

MASTER FILE REPORT
7
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003786 | | PATENT NO:        5507558 | GRANT DATE:  04/16/1996 |
| | | AUTO BOOSTER SEAT W/SHIELD | |
| | | (SIDEKICK) | |
| 003950-1-1 | C | PATENT NO:        5516190 | GRANT DATE:  05/14/1996 |
| | | HANDLE FOR INFANT CAR SEAT | |
| | | (CARRY RIGHT) | |
| 005305 | | PATENT NO:        5531258 | GRANT DATE:  07/02/1996 |
| | | FOLDING SOFT GATE | |
| 005318 | | PATENT NO:        5533959 | GRANT DATE:  07/09/1996 |
| | | WIRELESS REMOTE MONITORS | |
| 004158 | | PATENT NO:        5535457 | GRANT DATE:  07/16/1996 |
| | | BLOW MOLDED CRIB (U) | |
| | | (HUNTINGTON BABY CRIB) | |
| 004222 | | PATENT NO:        5553336 | GRANT DATE:  09/10/1996 |
| | | PLAYYARD AND BASSINET COMBINATION | |
| | | (HAPPY CAMPER) | |
| 002339 | | PATENT NO:        5558400 | GRANT DATE:  09/24/1996 |
| | | ADJUSTABLE HEIGHT HIGH CHAIR | |
| 003303 | | PATENT NO:        5575530 | GRANT DATE:  11/19/1996 |
| | | INFANT BOUNCER | |

PATENT
REEL: 9342 FRAME: 0523

MASTER FILE REPORT                              PCMASTER REPORTER                    05/14/1998   9 54   PAGE:
EVENFLO U.S. PATENTS
6

| Docket No. | Case Type | PATENT NO: | Pat No. |  | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|---|
| 003896 |  | PATENT NO: | 5407246 | GRANT DATE: | 04/18/1995 | |

CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER)

003950-1   C       PATENT NO:       5409292   GRANT DATE:  04/25/1995
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003862             PATENT NO:       5427432   GRANT DATE:  06/27/1995
ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
(ULTARA)

005343             PATENT NO:       5437115   GRANT DATE:  08/01/1995
SECURITY GATE APPARATUS

003641             PATENT NO:       5445585   GRANT DATE:  08/29/1995
SPRING HOUSING AND SPREADER ASSEMBLY
(NEW JOYNNY JUMP-UP AND QUACKERS)

004345             PATENT NO:       5458398   GRANT DATE:  10/17/1995
INFANT CAR SEAT WITH RECESSED BELT PATH
(EASY 5)

003930-1   C       PATENT NO:       5478135   GRANT DATE:  12/26/1995
CHILD CARRIER WITH DETACHABLE BASE
(ON MY WAY) (CIP Appln)

003963             PATENT NO:       5489138   GRANT DATE:  02/06/1996
IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U)
(CELEBRITY)

PATENT
REEL: 9342 FRAME: 0529

PAGE:

9 54

05/14/1998

PCMASTER REPORTER

MASTER FILE REPORT
8
EVENFLO U.S. PATENTS

| Docket No. | Case Type | Patent No: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 005314 | | PATENT NO: 5588158 GRANT DATE: 12/31/1996 | |
| | | BATH RING | |
| 005316 | | PATENT NO: 5599060 GRANT DATE: 02/04/1997 | |
| | | CHILD'S BOOSTER SEAT FOR VEHICLES | |
| 004175-1 | F | PATENT NO: 5609393 GRANT DATE: 03/11/1997 | |
| | | RECLINING MECHANISM FOR TODDLER CAR SEATS (EASY 5) | |
| 005312 | | PATENT NO: 5638885 GRANT DATE: 06/17/1997 | |
| | | BABY MONITOR RECEIVER | |
| 005284 | | PATENT NO: 5643035 GRANT DATE: 07/01/1997 | |
| | | BUBBLE PRODUCING DEVICE | |
| 004483 | | PATENT NO: 5644806 GRANT DATE: 07/08/1997 | |
| | | PLAYYARD SYSTEM WITH HANDLE AND WHEELS (U) (ROLL N GO) | |
| 004196 | | PATENT NO: 5662339 GRANT DATE: 09/02/1997 | |
| | | IMPROVED INFANT FRAME CARRIER (HIKE N' ROLL) (U) | |
| 004226 | | PATENT NO: 5690383 GRANT DATE: 11/25/1997 | |
| | | BABY BUNGEE JUMPER (U) (THIRD VERSION) | |

PATENT
REEL: 09342 FRAME: 0530

MASTER FILE REPORT                                        PCMASTER REPORTER                              05/14/1998    9  54    PAGE:
9
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: | Pat No. | | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|---|
| ---- -- | ---- ---- | ------ ---- | ---- ---- | | ---- ----- | ---- ----- |
| 005317 | | PATENT NO: | 5692655 | | GRANT DATE: | 12/02/1997 |
| | | SOFT CARRIER FOR A CHILD | | | | |
| | | | | | | |
| 003896-2 | C | PATENT NO: | 5704576 | | GRANT DATE: | 01/06/1998 |
| | | CLIP FOR A CHILD'S EXERCISER/ROCKER | | (U) | | |
| | | (EXERSAUCER) (CIP) | | | | |
| | | | | | | |
| 005308 | | PATENT NO: | 5708970 | | GRANT DATE: | 01/13/1998 |
| | | WIRELESS SOUND MONITORING APPARATUS | | | | |
| | | WITH SUBAUDIBLE SQUELCH CONTROL | | | | |
| | | | | | | |
| 004299 | | PATENT NO: | 5727798 | | GRANT DATE: | 03/17/1998 |
| | | CHILD STROLLER AND INFANT CARRIER SYSTEM | | | | |
| | | (U) (ON MY WAY) | | | | |
| | | | | | | |
| 007744 | | PATENT NO: | 5738410 | | GRANT DATE: | 04/14/1998 |
| | | RECLINE MECHANISM FOR THREE-WHEELED STROLLER | | | | |
| | | | | | | |
| 006799 | | PATENT NO: | 5745954 | | GRANT DATE: | 05/05/1998 |
| | | PLAYYARD HINGE | | | | |
| | | (HAPPY CAMPER) | | | | |
| | | | | | | |
| 007788 | | PATENT NO: | 5752283 | | GRANT DATE: | 05/19/1998 |
| | | ECONOMY BOTTOM PLAYYARD | | | | |
| | | | | | | |
| 005083 | | PATENT NO: | 5759195 | | GRANT DATE: | 06/02/1998 |
| | | MESH PACIFIER | | | | |
| | | (1997) | | | | |

PATENT
REEL: 2342 FRAME: 0561

MASTER FILE REPORT                                   PCMASTER REPORTER                    05/14/1998   9 54   PAGE:
10
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ------ | ----- | ------------------- | ---------------------- |
| 001928 | D | PATENT NO: D268468 | GRANT DATE: 04/05/1983 |
|  |  | DRESSER MIRROR |  |
| 001924 | D | PATENT NO: D268974 | GRANT DATE: 05/17/1983 |
|  |  | FIVE-DRAWER CHEST |  |
| 001956 | D | PATENT NO: D274714 | GRANT DATE: 07/17/1984 |
|  |  | STROLLER |  |
| 002001 | D | PATENT NO: D274876 | GRANT DATE: 07/31/1984 |
|  |  | CRIB END (WINDSOR--W/O DECO END SPIND) |  |
| 002002 | D | PATENT NO: D274877 | GRANT DATE: 07/31/1984 |
|  |  | CRIB END (CASABLANCA WICKER) |  |
| 002096 | D | PATENT NO: D276098 | GRANT DATE: 10/30/1984 |
|  |  | BOOSTER SEAT (2-STAGE MODEL) |  |
| 002099 | D | PATENT NO: D276099 | GRANT DATE: 10/30/1984 |
|  |  | DESIGN OF BOOSTER SEAT (4-STAGE MODEL) |  |
| 002007 | D | PATENT NO: D276635 | GRANT DATE: 12/04/1984 |
|  |  | TOY GOAT |  |
| 002013 | D | PATENT NO: D276636 | GRANT DATE: 12/04/1984 |
|  |  | TOY CELERY (SQUEEZY) |  |

PATENT
REEL: 9342 FRAME: 0533

PAGE:

05/14/1998    9 54

PCMASTER REPORTER

MASTER FILE REPORT
11
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|------------|-----------|--------------------|----------------------|
| 002014 | D | PATENT NO:<br>TOY BANANA | D276637 GRANT DATE: 12/04/1984 |
| 002042 | D | PATENT NO:<br>TOY OCTOPUS | D276638 GRANT DATE: 12/04/1984 |
| 002039 | D | PATENT NO:<br>TOY DOG (SQUEEZE PET) | D276639 GRANT DATE: 12/04/1984 |
| 002041 | D | PATENT NO:<br>TOY CAT | D276640 GRANT DATE: 12/04/1984 |
| 002016 | D | PATENT NO:<br>TOY HORSE | D276641 GRANT DATE: 12/04/1984 |
| 002040 | D | PATENT NO:<br>TOY MOUSE | D276643 GRANT DATE: 12/04/1984 |
| 002025 | D | PATENT NO:<br>TOY ELEPHANT TEETHER | D276653 GRANT DATE: 12/04/1984 |
| 002034 | D | PATENT NO:<br>TOY DOG TEETHER | D276738 GRANT DATE: 12/11/1984 |
| 002021 | D | PATENT NO:<br>TOY CLOWN | D276739 GRANT DATE: 12/11/1984 |

PATENT
REEL: 9342 FRAME: 0533

05/14/1998     9  54     PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
12
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|
| 002043 | D | TOY SEAHORSE | D276834 | GRANT DATE: | 12/18/1984 |
| 002033 | D | TOY KITTEN TEETHER | D276845 | GRANT DATE: | 12/18/1984 |
| 002045 | D | TOY RABBIT RATTLE | D276925 | GRANT DATE: | 12/25/1984 |
| 002015 | D | TOY BEAR | D276929 | GRANT DATE: | 12/25/1984 |
| 002023 | D | TOY TIGER | D277016 | GRANT DATE: | 01/01/1985 |
| 002029 | D | TOY ORANGE RATTLE | D277017 | GRANT DATE: | 01/01/1985 |
| 002018 | D | TOY PEAR RATTLE | D277018 | GRANT DATE: | 01/01/1985 |
| 002019 | D | TOY HAMMER | D277119 | GRANT DATE: | 01/08/1985 |
| 002067 | D | CRIB END (ANTIQUITY) | D277157 | GRANT DATE: | 01/15/1985 |

PATENT
REEL 9342 FRAME 0534

```
MASTER FILE REPORT                          PCMASTER REPORTER              05/14/1998   9 54   PAGE:
13
EVENFLO U.S. PATENTS

Docket No.   Case Type   PATENT NO: Pat No.      GRANT DATE: Grant Dt
--------     --- ----    ------  --- ---         ----  ----
002046         D         PATENT NO:              GRANT DATE: 01/15/1985
                         D271197
                         TOY SQUIRREL RATTLE

002047         D         PATENT NO:       D277198 GRANT DATE: 01/15/1985
                         TOY KITTEN (RATTLE)

002020         D         PATENT NO:       D272203 GRANT DATE: 01/15/1985
                         TOY PLIERS

002012         D         PATENT NO:       D277216 GRANT DATE: 01/15/1985
                         SQUEEZY (TOY CARROT) DESIGN

002044         D         PATENT NO:       D277496 GRANT DATE: 02/05/1985
                         TOY DUCK

002048         D         PATENT NO:       D277587 GRANT DATE: 02/12/1985
                         TOY BUNNY RABBIT RATTLE

002049         D         PATENT NO:       D277588 GRANT DATE: 02/12/1985
                         TOY PUPPY DOG RATTLE

002018         D         PATENT NO:       D277589 GRANT DATE: 02/12/1985
                         TOY SAW

005320         D         PATENT NO:       D277811 GRANT DATE: 03/05/1985
                         INFANT CARRIER
```

PATENT
REEL: 9342 FRAME: 0535

PAGE:

05/14/1998    9 54

PCMASTER REPORTER

MASTER FILE REPORT
14
EVENFLO U.S. PATENTS

| DocKet No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
| --- | --- | --- | --- | --- | --- |
| 002022 | D | PATENT NO:<br>TOY BEAR | D277880 | GRANT DATE: | 03/05/1985 |
| 002050 | D | PATENT NO:<br>TOY BIRD RATTLE | D278071 | GRANT DATE: | 03/19/1985 |
| 002131 | D | PATENT NO:<br>STROLLER HANDLE (ALA CARTE) | D282731 | GRANT DATE: | 02/25/1986 |
| 002132 | D | PATENT NO:<br>STROLLER (ALA CARTE) | D282831 | GRANT DATE: | 03/04/1986 |
| 002130 | D | PATENT NO:<br>STROLLER FOOT REST (ALA CARTE) | D282832 | GRANT DATE: | 03/04/1986 |
| 005342 | D | PATENT NO:<br>DIAPER PAIL | D286019 | GRANT DATE: | 01/27/1987 |
| 002049 | D | PATENT NO:<br>CHILD'S BOOSTER SEAT<br>(WINGS) | D289830 | GRANT DATE: | 05/19/1987 |
| 002274 | D | PATENT NO:<br>TOY PUZZLE | D297032 | GRANT DATE: | 08/02/1988 |
| 002271 | D | PATENT NO:<br>WATER TOY TURTLE FIGURE | D301596 | GRANT DATE: | 06/13/1989 |

PATENT
REEL: 9342 FRAME: 0536

```
05/14/1998   9  54   PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
15
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
--------     ---------    ---------  ------         ----------  --------
002277         D         PATENT NO:  D301931  GRANT DATE: 06/27/1989
                         TOY MONEY BANK

002760         D         PATENT NO:  D304763  GRANT DATE: 11/21/1989
                         BABY BOTTLE (EASY HOLD)

002479         D         PATENT NO:  D305283  GRANT DATE: 01/02/1990
                         CAR SEAT (7 YEAR CAR SEAT)

002925         D         PATENT NO:  D307879  GRANT DATE: 05/15/1990
                         BABY CARRIAGE

003017         D         PATENT NO:  D308573  GRANT DATE: 06/12/1990
                         CHILD'S TRAINING CHAIR (POTTY SEAT)
                         (PERFECT POTTY)

002919         D         PATENT NO:  D309500  GRANT DATE: 07/24/1990
                         BREAST PUMP (1986 MANUAL)

             D           PATENT NO:  D309886  GRANT DATE: 08/14/1990
                         STROLLER WHEEL

003034         D         PATENT NO:  D310200  GRANT DATE: 08/28/1990
                         STROLLER WHEEL HUB

003020         D         PATENT NO:  D310654  GRANT DATE: 09/18/1990
                         STROLLER WHEEL HUB CAP
```

PATENT
REEL: 9342 FRAME: 0537

```
MASTER FILE REPORT                              PCMASTER REPORTER                    05/14/1998   9 54   PAGE:
   16
EVENFLO U.S. PATENTS

Docket No.   Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
---------    ---------    ------------------        -----------  --------
002875       D            PATENT NO: D311281 GRANT DATE: 10/16/1990
                          A CHILD'S SAFETY SEAT (WITH T-SHIELD)

002867       D            PATENT NO: D311822 GRANT DATE: 11/06/1990
                          INFANT SAFETY SEAT
                          (JOYRIDE)

002852       D            PATENT NO: D311823 GRANT DATE: 11/06/1990
                          CHILD SAFETY SEAT
                          (ULTARA II)

002785       D            PATENT NO: D315253 GRANT DATE: 03/12/1991
                          BOOSTER SEAT
                          (SIGHTSEER)

002947       D            PATENT NO: D316238 GRANT DATE: 04/16/1991
                          CARRIAGE STROLLER TRAY

002921       D            PATENT NO: D316989 GRANT DATE: 05/21/1991
                          STROLLER HANDLE

002861       D            PATENT NO: D321449 GRANT DATE: 11/12/1991
                          POWER ROCKER BASE FOR AN INFANT SEAT
                          (AMERICAN GLIDER)

002927       D            PATENT NO: D322001 GRANT DATE: 12/03/1991
                          DETACHABLE BASE FOR A BABY'S ROCKER
                          (JOYRIDE) (TRAVEL TANDEM)
```

PATENT
REEL: 9332 FRAME: 0538

MASTER FILE REPORT
17
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---- | ---- | ------ | ------ |
| 003134 | D | PATENT NO: D323589 | GRANT DATE: 02/04/1992 |
| | | FOLDABLE PLAYYARD (TOP & BOTTOM FOLD – HAPPY CAMPER – SECOND VERSION) | |
| 003183 | D | PATENT NO: D324962 | GRANT DATE: 03/31/1992 |
| | | CHILD'S DESK | |
| 003092 | D | PATENT NO: D325972 | GRANT DATE: 05/05/1992 |
| | | DISPOSABLE NURSER HOOD | |
| 003167 | D | PATENT NO: D325973 | GRANT DATE: 05/05/1992 |
| | | DISPOSABLE NURSER SHELL | |
| 003074 | D | PATENT NO: D326523 | GRANT DATE: 05/26/1992 |
| | | DISPOSABLE NURSER (1988) (ENTIRE STRUCTURE) | |
| 003756 | D | PATENT NO: D327175 | GRANT DATE: 06/23/1992 |
| | | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (STAIR & CHAIR) (design) | |
| 003220 | D | PATENT NO: D328239 | GRANT DATE: 07/28/1992 |
| | | SAFETY SEAT BELT ALIGNMENT GUIDE (ULTARA) | |
| 003489 | D | PATENT NO: D329472 | GRANT DATE: 09/15/1992 |
| | | DUCK NOVELTY JUMPER (QUACKERS) | |

PATENT
REEL: 8342 FRAME: 0534

PAGE:

05/14/1998    9  54

PCMASTER REPORTER

MASTER FILE REPORT
18
EVENFLO U.S.    PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---------- | --------- | ------------------ | -------------------- |
| 003177 | D | PATENT NO:    D329757 | GRANT DATE: 09/20/1992 |
| | | CHILD'S ROCKER | |
| 003176 | D | PATENT NO:    D329758 | GRANT DATE: 09/29/1992 |
| | | CHILD'S BENCH SEAT | |
| 003259 | D | PATENT NO:    D330842 | GRANT DATE: 11/10/1992 |
| | | ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY) | |
| 003540 | D | PATENT NO:    D334848 | GRANT DATE: 04/20/1993 |
| | | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL | |
| | | (CHAIR & STAIR) (D) | |
| 003178 | D | PATENT NO:    D336168 | GRANT DATE: 06/08/1993 |
| | | CHILD'S CHAIR | |
| 003398 | D | PATENT NO:    D336396 | GRANT DATE: 06/15/1993 |
| | | BASE FOR AN INFANT SEAT | |
| 003676 | D | PATENT NO:    D371161 | GRANT DATE: 07/07/1993 |
| | | TEETHER (TEDDY BEAR COOLING RING) | |
| 003751 | D | PATENT NO:    D338068 | GRANT DATE: 08/03/1993 |
| | | TEETHER (TEDDY BEAR COOLING STAR) | |
| 003184 | D | PATENT NO:    D338344 | GRANT DATE: 08/17/1993 |
| | | CHILD'S ROCKING SETTEE | |

PATENT
REEL:9342 FRAME:9540

MASTER FILE REPORT                    PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
   19
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003389 | D | PATENT NO: D339196 | GRANT DATE: 09/07/1993 |
| | | INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN) | |
| 003303 | D | PATENT NO: D339477 | GRANT DATE: 09/21/1993 |
| | | CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME) (CHAMPION) | |
| 003777 | D | PATENT NO: D339867 | GRANT DATE: 09/28/1993 |
| | | PACIFIER SHIELD | |
| 005330 | D | PATENT NO: D341207 | GRANT DATE: 01/20/1994 |
| | | SECURITY GATE WITH WALK-THROUGH FEATURE | |
| 003678 | D | PATENT NO: D343650 | GRANT DATE: 01/25/1994 |
| | | ELEPHANT CIRCUS RATTLE | |
| 003683 | D | PATENT NO: D343651 | GRANT DATE: 01/25/1994 |
| | | LION CLUTCH RATTLE | |
| 003684 | D | PATENT NO: D343652 | GRANT DATE: 01/25/1994 |
| | | BEAR CLUTCH RATTLE | |
| 003679 | D | PATENT NO: D343653 | GRANT DATE: 01/25/1994 |
| | | BUNNY CIRCUS RATTLE | |
| 003682 | D | PATENT NO: D343654 | GRANT DATE: 01/25/1994 |
| | | ELEPHANT CLUTCH RATTLE | |

PATENT
REEL:9342 FRAME:0541

05/14/1998          PCMASTER REPORTER                                          PAGE: 9 54

MASTER FILE REPORT
20
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003644 | D | PATENT NO: D343988 JUVENILE CUP DRIBBLE LID (DESIGN) | GRANT DATE: 02/08/1994 |
| 005334 | | PATENT NO: D344189 HIGH CHAIR | GRANT DATE: 02/15/1994 |
| 003689 | D | PATENT NO: D344986 LION HIGH CHAIR RATTLE (WITH MIRROR) | GRANT DATE: 03/08/1994 |
| 003390 | D | PATENT NO: D344987 DEVELOPMENT RATTLE (SPINNER & RINGS) | GRANT DATE: 03/08/1994 |
| 003691 | D | PATENT NO: D344988 ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) | GRANT DATE: 03/08/1994 |
| 003649 | D | PATENT NO: D345054 INFANT MASSAGER TOOTHBRUSH (D) | GRANT DATE: 03/15/1994 |
| 003690 | D | PATENT NO: D345184 CLOWN HIGH CHAIR RATTLE (WITH MIRROR) | GRANT DATE: 03/15/1994 |
| 003685 | D | PATENT NO: D345185 RATTLE WITH RINGS | GRANT DATE: 03/15/1994 |
| 003687 | D | PATENT NO: D345388 RING CHIME RATTLE DESIGN | GRANT DATE: 03/22/1994 |

PATENT
REEL: 9342 FRAME: 0542

```
MASTER FILE REPORT                          PCMASTER REPORTER              05/14/1998   9  54   PAGE:
    21
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.       GRANT DATE: Grant Dt
------        ----         ------- ------           ----- ----- -----  --
003680        D            PATENT NO:      D345389  GRANT DATE: 03/22/1994
                           LAMB CIRCUS RATTLE

003692        D            PATENT NO:      D345390  GRANT DATE: 03/22/1994
                           PONY PUSH-ALONG RATTLE (WITH MIRROR)

003686        D            PATENT NO:      D345391  GRANT DATE: 03/22/1994
                           BUNNY SEE-THRU RATTLE

003688        D            PATENT NO:      D345392  GRANT DATE: 03/22/1994
                           SPIN BALL HIGH CHAIR RATTLE

003736        D            PATENT NO:      D345422  GRANT DATE: 03/22/1994
                           CLEAR TEETHER RING

003677        D            PATENT NO:      D345608  GRANT DATE: 03/29/1994
                           DECORATED COOLING TEETHER

003691        D            PATENT NO:      D345995  GRANT DATE: 04/12/1994
                           SLIDE RATTLE DESIGN

005336        D            PATENT NO:      D347121  GRANT DATE: 05/24/1994
                           INFANT BOUNCER

005337        D            PATENT NO:      D347737  GRANT DATE: 06/14/1994
                           INFANT CAR SEAT
```

PATENT
REEL: 9342 FRAME: 0543

MASTER FILE REPORT                                    PCMASTER REPORTER                          05/14/1998    9 54    PAGE:
22
EVENLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 005328 | | PATENT NO: D348309 | GRANT DATE: 06/28/1994 |
| | | BATH RING | |
| 003388 | D | PATENT NO: D348513 | GRANT DATE: 07/05/1994 |
| | | BREAST PUMP ADAPTER (MANUAL BREAST PUMPS) | |
| 003585 | D | PATENT NO: D350607 | GRANT DATE: 09/13/1994 |
| | | MICKEY MOUSE PACIFIER (NEW DESIGN) | |
| 003776 | D | PATENT NO: D350828 | GRANT DATE: 09/20/1994 |
| | | MINNIE MOUSE PACIFIER (NEW DESIGN) | |
| 002447 | D | PATENT NO: D350851 | GRANT DATE: 09/27/1994 |
| | | INFANT MASSAGER TOOTHBRUSH | |
| 003939 | D | PATENT NO: D351232 | GRANT DATE: 10/04/1994 |
| | | DAISY DUCK PACIFIER (DISNEY) | |
| 003938 | D | PATENT NO: D351233 | GRANT DATE: 10/04/1994 |
| | | DONALD DUCK PACIFIER (DISNEY) | |
| 003335 | D | PATENT NO: D351289 | GRANT DATE: 10/11/1994 |
| | | INFANT SWING | |
| 003643 | D | PATENT NO: D352201 | GRANT DATE: 11/08/1994 |
| | | JUVENILE DRINKING CUP (DESIGN) | |

PATENT
REEL: 09342 FRAME: 0544

```
MASTER FILE REPORT                    PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
  23
EVENFLO U.S.  PATENTS

Docket No.    Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
----------    ---------    ---------  -------        -----------  --------
003945        D            PATENT NO:        D353288 GRANT DATE: 12/13/1994
                           Z HANDLE FOR INFANT CAR SEAT
                           (CARRY RIGHT)

003754        D            PATENT NO:        D355533 GRANT DATE: 02/21/1995
                           NEW DOORWAY EXERCISER (D)
                           (JOHNNY JUMP UP)

003954        D            PATENT NO:        D355939 GRANT DATE: 02/28/1995
                           CHILD'S EXERCISER/ROCKER (D)
                           (EXERSAUCER)

003961        D            PATENT NO:        D356689 GRANT DATE: 03/28/1995
                           CHILD'S MULTI-LEVEL BOOSTER SEAT (D)
                           (ELEVATOR II)

003985        D            PATENT NO:        D357800 GRANT DATE: 05/02/1995
                           SOFT BABY CARRIER
                           (GRAND TOUR)

003988        D            PATENT NO:        D358730 GRANT DATE: 05/30/1995
                           HIGH CHAIR TRAY (WITH CENTER DRAWER -
                           HAPPY DAYS)

003935        D            PATENT NO:        D360307 GRANT DATE: 07/18/1995
                           BOOSTER CAR SEAT BASE (D) (W/O SHIELD)
                           (SIDEKICK)

003900        D            PATENT NO:        D360905 GRANT DATE: 08/01/1995
                           DUCK NOVELTY JUMPER (QUACKERS)
```

PATENT
REEL: 9342 FRAME: 0545

PAGE:

05/14/1998    9 54

PCMASTER REPORTER

MASTER FILE REPORT
24
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003908 | D | PATENT NO: D360991 | GRANT DATE: 08/08/1995 |
| | | BOOSTER CAR SEAT W/SHIELD (SIDEKICK) (D) | |
| 003907 | D | PATENT NO: D361672 | GRANT DATE: 08/29/1995 |
| | | ADJUSTABLE HIGH CHAIR (D) (REIGHT HEIGHT) | |
| 004157 | D | PATENT NO: D364754 | GRANT DATE: 12/05/1995 |
| | | BLOW MOLDED CRIB (D) (HUNTINGTON BABY CRIB) | |
| 003953 | D | PATENT NO: D365925 | GRANT DATE: 01/09/1996 |
| | | A COMBINATION BABY CARRIER, BACKPACK AND WHEEL COVERS (FRAME AND SOFT CARRIER) | |
| 004184 | D | PATENT NO: D366965 | GRANT DATE: 02/13/1996 |
| | | INFANT CAR SEAT (D) (TODDLER CONVERTIBLE CAR SEAT) (FANTASY) | |
| 004221 | D | PATENT NO: D366967 | GRANT DATE: 02/13/1996 |
| | | CONVERTIBLE HIGH CHAIR (D) (COMBINATION HIGH CHAIR/TABLE) | |
| 004263 | D | PATENT NO: D366978 | GRANT DATE: 02/13/1996 |
| | | REMOVABLE PLAYYARD CANOPY (D) | |
| 003616 | D | PATENT NO: D368386 | GRANT DATE: 04/02/1996 |
| | | CHILD'S BED (PRINCESS BED) | |

PATENT
REEL: 9342 FRAME: 0546

```
MASTER FILE REPORT                              PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
    25
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.         GRANT DATE: Grant Dt
---------    ---------    -------  --- ------         ----- -----  -------- --
003954-1        D          PATENT NO:    D369685   GRANT DATE: 05/14/1996
                           CHILD'S EXERCISER/ROCKER

003945-1        D          PATENT NO:    D369707   GRANT DATE: 05/14/1996
                           HANDLE FOR INFANT CAR SEAT
                           (CARRY RIGHT)

003940          D          PATENT NO:    D373028   GRANT DATE: 08/27/1996
                           INFANT AUTO SEAT WITH BASE
                           (ON MY WAY)

003964          D          PATENT NO:    D373029   GRANT DATE: 08/27/1996
                           HEIGHT ADJUSTABLE HIGH CHAIR (D)
                           (RIGHT HEIGHT)

003975          D          PATENT NO:    D374558   GRANT DATE: 10/15/1996
                           FRAME FOR AN INFANT CAR SEAT
                           (ON MY WAY)

003239          D          PATENT NO:    D374578   GRANT DATE: 10/15/1996
                           FIVE-POINT SHIELD FOR CAR SEAT (D)
                           (EASY 5)

003467          D          PATENT NO:    D374633   GRANT DATE: 11/15/1996
                           BABY MONITOR TRANSMITTER

004525          D          PATENT NO:    D374692   GRANT DATE: 10/15/1996
                           GEOMETRIC TOY BAR (D)
                           (FOR USE WITH EXERSAUCER)
```

PATENT
REEL: 9842 FRAME: 0543

```
MASTER FILE REPORT                              PCMASTER REPORTER                    05/14/1998    9  54    PAGE:
   26
EVENFLO U.S. PATENTS

Docket No.   Case Type   PATENT NO: Pat No.        GRANT DATE: Grant Dt
------ ---   ---- ----   ------ ---  --- ---       ----- -----  -----  --
005293                   PATENT NO:  D374764 GRANT DATE: 12/24/1996
                         BABY MONITOR TRANSMITTER

004271       D           PATENT NO:  D374896 GRANT DATE: 10/22/1996
                         DASHBOARD ACTIVITY CENTER (D)
                         (FOR USE WITH EXERSAUCER)

004270       D           PATENT NO:  D376393 GRANT DATE: 12/10/1996
                         TRAIN ACTIVITY CENTER (D)
                         (FOR USE WITH EXERSAUCER)

005294                   PATENT NO:  D376765 GRANT DATE: 12/24/1996
                         BABY MONITOR RECIEVER

005313                   PATENT NO:  D376918 GRANT DATE: 12/31/1996
                         BATH RING

005315                   PATENT NO:  D377457 GRANT DATE: 01/21/1997
                         BABY MONITOR RECEIVOR

004275       D           PATENT NO:  D378017 GRANT DATE: 02/18/1997
                         IMPROVED INFANT FRAME CARRIER (D)
                         (HIKE N ROLL - FRESH AIR GEAR)

004243       D           PATENT NO:  D378554 GRANT DATE: 03/25/1997
                         BUILT-IN TOY TRAY FOR CHILD EXERCISER
                         (D)
```

PATENT
REEL: 9342 FRAME: 0548

```
MASTER FILE REPORT                          PCMASTER REPORTER                      05/14/1998    9  54    PAGE:
   27
EVENFLO U.S.  PATENTS

Docket No.    Case Type    PATENT NO: Pat No.           GRANT DATE: Grant Dt
--------      ---- ----    ------- --- --- --           ----- ----- -------- --
004493        D            PATENT NO:       D378908 GRANT DATE: 04/22/1997
                           CHILD STROLLER AND INFANT CARRIER SYSTEM
                           (D) (JOYRIDE)

004485        D            PATENT NO:       D378969 GRANT DATE: 04/29/1997
                           INFANT ACTIVITY QUILT (D)

004484        D            PATENT NO:       D379486 GRANT DATE: 05/27/1997
                           MOBILE ARM ATTACHMENT FOR PORTABLE
                           PLAYYARDS (D)

004549        D            PATENT NO:       D379583 GRANT DATE: 06/03/1997
                           WHEELS FOR USE ON FOLDABLE
                           PLAYYARDS (HAPPY CABANA)

004965-1      D            PATENT NO:       D382718 GRANT DATE: 08/26/1997
                           COMBINED PLAYYARD AND TOY BAG
                           (HAPPY CAMPER) (D)

004393        D            PATENT NO:       D382968 GRANT DATE: 08/26/1997
                           A COMBINED INFANT NURSER AND CAP (LONG BOTTLE)

004394        D            PATENT NO:       D382969 GRANT DATE: 08/26/1997
                           A COMBINED INFANT NURSER AND CAP (SHORT BOTTLE)

004523        D            PATENT NO:       D383912 GRANT DATE: 09/23/1997
                           CHILD'S CAR SEAT (D)
                           (FANTASY 5)
```

PATENT
REEL: 9342 FRAME: 0545

MASTER FILE REPORT
28
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 004746 | D | PATENT NO: D384911 | GRANT DATE: 10/14/1997 |
| | | BELT BUCKLE FOR AUTO BOOSTER SEAT | |
| 005302 | | PATENT NO: D385105 | GRANT DATE: 10/21/1997 |
| | | GBP 320 D2 CHILD CARRIER | |
| 004491 | D | PATENT NO: D385116 | GRANT DATE: 10/21/1997 |
| | | CHILD'S BOOSTER CAR SEAT (D) | |
| 005306 | D | PATENT NO: D385696 | GRANT DATE: 11/04/1997 |
| | | CHILD CARRIER | |
| 004740 | D | PATENT NO: D388749 | GRANT DATE: 01/06/1998 |
| | | HOLLOW SPOKE WHEEL FOR CHILD'S STROLLER | |
| | | (THREE WHEEL STROLLER) | |
| 004684 | D | PATENT NO: D390604 | GRANT DATE: 02/10/1998 |
| | | ELECTRONIC PAINT PALLET ACTIVITY TOY | |
| 004683 | D | PATENT NO: D390886 | GRANT DATE: 02/17/1998 |
| | | ELECTRONIC BEAR FACE ACTIVITY TOY | |
| 004772 | D | PATENT NO: D390888 | GRANT DATE: 02/17/1998 |
| | | CHILD/EXERCISER ROCKER WITH | |
| | | AIRPLANE SHAPED TRAY | |
| 004771 | D | PATENT NO: D391309 | GRANT DATE: 02/24/1998 |
| | | CHILD EXERCISER/ROCKER | |
| | | (WITH BUILT-IN TOYS TRAY) | |

PATENT
REEL 9342 FRAME 0550

PAGE:

9  54

05/14/1998

PCMASTER REPORTER

MASTER FILE REPORT
29
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 004672 | D | PATENT NO: D391364 LOCK AND KEY TEETHER | GRANT DATE: 02/24/1998 |
| 004851 | D | PATENT NO: D391641 MESH PACIFIER WITH HANDLE (1996) | GRANT DATE: 03/03/1998 |
| 004675 | D | PATENT NO: D391643 INFANT TEETHER (GRAPES) | GRANT DATE: 03/03/1998 |
| 004677 | D | PATENT NO: D391644 INFANT TEETHER (RASPBERRY) | GRANT DATE: 03/03/1998 |
| 004676 | D | PATENT NO: D392389 INFANT TEETHER (STRAWBERRY) | GRANT DATE: 03/17/1998 |
| 004749 | D | PATENT NO: D393074 COMBINED PACIFIER AND CLIP ATTACHMENT | GRANT DATE: 05/31/1998 |
| 004734 | D | PATENT NO: D394546 INFANT FRAME CARRIER | GRANT DATE: 05/25/1998 |

EVENFLO U.S. PATENT APPLICATIONS

| | APPLICATION NO: | | APPLICATION DATE: |
|---|---|---|---|
| 004727-1 | | IMPROVED CHILD SIPPER CUP (NO SPILL CUP) | 008771 — 01/19/1998 |
| 005419 | D | BOX-BASED ACTIVITY CENTER | 042304 — 04/01/1997 |
| 005392 | | TABLE BASED ACTIVITY CENTER | 042305 — 04/01/1997 |
| 005391 | | FRAME BASED ACTIVITY CENTER | 042306 — 04/01/1997 |
| 005391 | D | FRAME BASED ACTIVITY CENTER | 042306 — 04/01/1997 |
| 005393 | | PANEL BASED ACTIVITY CENTER | 042598 — 05/01/1997 |
| 005297 | | CHILD CARRIER | 046030 — 11/06/1995 |
| 005421 | D | SOFT INFANT CARRIERS (D) (1996 LINE) | 046214 — 11/09/1995 |
| 005494 | D | CHILD STROLLER AND INFANT CARRIER SYSTEM (D) (ON MY WAY) | 046353 — 11/13/1995 |

PATENT
REEL: 2342 FRAME: 0542

EVENFLO U.S. PATENT APPLICATIONS

004427    D    APPLICATION NO:    046358 APPLICATION DATE: 11/13/1995
INFANT ACTIVITY EXERCISER/ROCKER
(D) (EXERSAUCER BABY)

004779    D    APPLICATION NO:    061499 APPLICATION DATE: 10/25/1996
FLIP-TOP DESK TOP FOR COMBO
HIGH CHAIR/TABLE (PHASES)

004745    D    APPLICATION NO:    061500 APPLICATION DATE: 10/25/1996
COLLAPSIBLE THREE-WHEELED STROLLER (D)

004400    D    APPLICATION NO:    061502 APPLICATION DATE: 10/25/1996
INFANT CAR SEAT (D)
HORIZON

005309    APPLICATION NO:    061510 APPLICATION DATE: 10/25/1996
RETRO-LOOK CARRIAGE STROLLER

004311    APPLICATION NO:    061511 APPLICATION DATE: 10/25/1996
IMPROVED CONVENIENE STROLLER

004727    APPLICATION NO:    067048 APPLICATION DATE: 02/24/1997
IMPROVED CHILD SIPPER CUP
(EZ CLEAN - NO SPILL CUP)

003674    D    APPLICATION NO:    069933 APPLICATION DATE: 04/29/1997
ALPHABET SOUP TEETHER/RATTLE

004685    D    APPLICATION NO:    069934 APPLICATION DATE: 04/29/1997
ELECTRONIC TELEPHONE ACTIVITY TOY

PATENT
REEL: 9347 FRAME: 0553

EVENFLO U.S. PATENT APPLICATIONS

| | | | |
|---|---|---|---|
| 004687 | D | APPLICATION NO:     070354  APPLICATION DATE:  04/29/1997<br>ELECTRONIC TAPE PLAYER ACTIVITY TOY | |
| 004686 | D | APPLICATION NO:     070355  APPLICATION DATE:  04/29/1997<br>ELECTRONIC REMOTE CONTROL ACTIVITY TOY | |
| 004692 | D | APPLICATION NO:     074315  APPLICATION DATE:  05/24/1997<br>SHOE TEETHER | |
| 004756 | D | APPLICATION NO:     074946  APPLICATION DATE:  08/13/1997<br>TIRE TREAD DESIGN FOR THREE-WHEELED STROLLER | |
| 004678 | D | APPLICATION NO:     075019  APPLICATION DATE:  08/11/1997<br>INFANT CHARM TEETHER (HORSESHOE/4-LEAF<br>CLOVER/STAR) | |
| 004679 | D | APPLICATION NO:     075020  APPLICATION DATE:  08/11/1997<br>INFANT FOOD CHARM TEETHER<br>(BACON/TOAST/EGGS) | |
| 004427-1 | D | APPLICATION NO:     075653  APPLICATION DATE:  09/03/1997<br>IMPROVED INFANT ACTIVITY EXERCISER/ROCKER<br>(D) (EXERSAUCER BABY) | |
| 004756 | D | APPLICATION NO:     076418  APPLICATION DATE:  09/11/1997<br>PLAYYARD WITH TWO<br>RIGHT ANGLE CROSS BARS<br>(D) | |
| 005449 | | APPLICATION NO:     077078  APPLICATION DATE:  09/26/1997<br>COMBO DIAPER BAG/FANNY PACK | |

PATENT
REEL: 9342 FRAME: 0554

EVENFLO U.S. PATENT APPLICATIONS

| | APPLICATION NO: | | APPLICATION DATE: |
|---|---|---|---|
| 005448 | SOFT CARRIER CARRIER (046) | 077079 | 09/26/1997 |
| 005455 | MERCURY SWING | 077090 | 09/26/1997 |
| 005447 | 078 SOFT CARRIER | 077095 | 09/26/1997 |
| 004427-D1 D | INFANT ACTIVITY EXERCISER/ROCKER (D) (EXERSAUCER BABY) | 081293 | 12/01/1997 |
| 003896-1 C | CHILD'S EXERCISER/ROCKER (U) (EXERSAUCER) | 324184 | 10/03/1994 |
| 005421 D | SOFT POUCH TYPE INFANT CARRIER | 358013 | 03/15/1982 |
| 004238-1 C | TODDLER CARRIER (U) MEDALLION | 411252 | 03/27/1995 |
| 004324 | INFANT BOUNCER | 492241 | 06/19/1995 |
| 005326 | FRAME CARRIER FOR CHILDREN | 552947 | 11/03/1995 |

PATENT
REEL: 9342 FRAME: 0555

EVENFLO U.S. PATENT APPLICATIONS

004527    APPLICATION NO:    556032 APPLICATION DATE: 11/09/1995
SOFT INFANT CARRIER (U)

004482    APPLICATION NO:    556184 APPLICATION DATE: 11/09/1995
CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (JOYRIDE)

004513    APPLICATION NO:    556189 APPLICATION DATE: 11/09/1995
PLAYYARD SYSTEM (U)
(HAPPY CABANA) (W/BASSINET & MOBILE ARM)

005286    APPLICATION NO:    559167 APPLICATION DATE: 11/13/1995
INFANT BATHTUB WITH MULTIPLE POSITION

003950-1-2    APPLICATION NO:    655359 APPLICATION DATE: 05/24/1996
HANDLE FOR INFANT CAR SEAT
(CIP)

003322    APPLICATION NO:    731997 APPLICATION DATE: 10/25/1996
IMPROVED STROLLER
CIP - P-5388

004486-1    APPLICATION NO:    734568 APPLICATION DATE: 10/21/1996
IMPROVED INFANT CARRIER

004486-1    APPLICATION NO:    734568 APPLICATION DATE: 10/21/1996
IMPROVED INFANT FRAME CARRIER
(HIKE N' ROLL) (U)

005299    APPLICATION NO:    735972 APPLICATION DATE: 10/25/1996
WALK-THROUGH GATE

EVENFLO U.S. PATENT APPLICATIONS

004757
APPLICATION NO:    736740  APPLICATION DATE:  10/25/1996
THREE-WHEELED STROLLER WHEEL

004770
APPLICATION NO:    736741  APPLICATION DATE:  10/25/1996
BELT BUCKLE/TETHER STRAP FOR BOOSTER CAR SEAT

004741
APPLICATION NO:    736743  APPLICATION DATE:  10/25/1996
COLLAPSIBLE THREE WHEELED STROLLER
WITH IMPROVED HINGER

004767
APPLICATION NO:    736744  APPLICATION DATE:  10/25/1996
THREE-WHEELED STROLLER CANOPY

004766
APPLICATION NO:    736746  APPLICATION DATE:  10/25/1996
FRONT CASTER LOCK FOR THREE-WHEELED STROLLER

004629
APPLICATION NO:    736747  APPLICATION DATE:  10/25/1996
THREE-WHEELED STROLLER

005300
APPLICATION NO:    736804  APPLICATION DATE:  10/25/1996
SOFT CARRIER WITH CANOPY

005300
APPLICATION NO:    736971  APPLICATION DATE:  10/25/1996
HIGH-BACK CHILD RESTRAINT
SYSTEM

005298
APPLICATION NO:    736972  APPLICATION DATE:  10/25/1996
CONVERTIBLE CRIB AND TWIN BED WHEREIN THE
HEADBOARD & FOOTBOARD ARE ROTATED BY 90 DEGREES

EVENFLO U.S. PATENT APPLICATIONS

005301
    APPLICATION NO:    738327 APPLICATION DATE: 10/25/1996
    SOFT SIDED INFANT CARRIER
    CONVERTIBLE TO HIP CARRIER

005310
    APPLICATION NO:    757476 APPLICATION DATE: 11/27/1996
    WAGON/ACTIVITY CENTER

005408
    APPLICATION NO:    773817 APPLICATION DATE: 12/27/1996
    IMPROVED HIGH CHAIR

005321
    APPLICATION NO:    774217 APPLICATION DATE: 12/27/1996
    IMPROVED SWING

005283
    APPLICATION NO:    775078 APPLICATION DATE: 12/27/1996
    CONVERTIBLE INFANT CARRIER/RESTRAINT SYSTEM

005081
    APPLICATION NO:    854790 APPLICATION DATE: 05/12/1997
    MESH PACIFIER AND CLIP ATTACHMENT
    (1996)

005353
    APPLICATION NO:    899108 APPLICATION DATE: 07/23/1997
    FLEXIBLE GATE HELD IN
    TENSION

005415    U
    APPLICATION NO:    927619 APPLICATION DATE: 09/11/1997
    COLLAPSIBLE PLAYYARD SYSTEM

005386    D
    APPLICATION NO:    935011 APPLICATION DATE: 09/19/1997
    SOFT CARRIER WITH INTERNAL
    FRAME

PATENT
REEL: 9842 FRAME: 0555

EVENFLO U.S. PATENT APPLICATIONS

005389    D    APPLICATION NO:                    937482 APPLICATION DATE: 09/25/1997
               MONITOR/HANDSFREE INTERCOM
               (613)

005388    D    APPLICATION NO:                    937719 APPLICATION DATE: 09/25/1997
               STROLLER WITH
               IMPROVED FEATURES
               (PACESETTER 247)
               CIP - P-5322

005478         APPLICATION NO:                    937719 APPLICATION DATE: 09/25/1997
               STROLLER WITH IMPROVED FEATURES
               (PACESETTER 247)

004351         APPLICATION NO:                    938743 APPLICATION DATE: 09/26/1997
               AC BREAST PUMP RESERVOIR

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 004818 | D | PATENT NO: 310294 GRANT DATE: 09/04/1990 | GOLF SHOE BOTTOM |
| 004819 | D | PATENT NO: 347910 GRANT DATE: 06/14/1994 | GOLF GLOVE |
| 005338 | | PATENT NO: 380973 GRANT DATE: 07/15/1997 | BABY MONITOR TRANSMITTER |
| 001480 | | PATENT NO: 4101042 GRANT DATE: 07/18/1978 | BOTTLE DISC |
| 001593 | | PATENT NO: 4186454 GRANT DATE: 02/05/1980 | PORTABLE PLAYPEN HOUDINI |
| 001836 | C | PATENT NO: 4231612 GRANT DATE: 11/04/1980 | BABY CARRIER AND CAR SEAT (DYN-O-MITE) |
| 004811 | | PATENT NO: 4245408 GRANT DATE: 01/20/1981 | ATHLETIC SHOE |
| 000905 | C | PATENT NO: 4274637 GRANT DATE: 06/23/1981 | GOLF BALL HAVING CELLULAR COVER (CIP) |
| 001699 | | PATENT NO: 4288123 GRANT DATE: 09/08/1981 | HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) |
| 005341 | | PATENT NO: 4323233 GRANT DATE: 04/06/1982 | PENDULUM SWING |

PATENT
REEL: 9342 FRAME: 0560

LDING U.S. PATENTS

001793
PATENT NO:    4343510 GRANT DATE: 08/10/1982
CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP)

004810
PATENT NO:    4346525 GRANT DATE: 08/31/1982
CUSHION PAD FOR SPORT SHOE AND
THE LIKE AND METHOD FOR FABRICATING SAME

004812
PATENT NO:    4367600 GRANT DATE: 01/11/1983
GOLF SHOE WITH IMPROVED TRANSVERSE TRACTION

001914
C
PATENT NO:    4376551 GRANT DATE: 03/15/1983
CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP)

001637
PATENT NO:    4399992 GRANT DATE: 08/23/1983
STRUCTURAL MEMBER HAVING A HIGH STRENGTH TO WEIGHT RATIO
AND METHOD OF MAKING SAME

016687
PATENT NO:    4431193 GRANT DATE: 02/14/1984
GOLF BALL AND METHOD OF MAKING SAME (3 PIECE TOP-FLITE)

005296
PATENT NO:    4434920 GRANT DATE: 03/06/1984
SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER

016874
PATENT NO:    4542598 GRANT DATE: 09/24/1985
ATHLETIC TYPE SHOE FOR TENNIS
AND OTHER COURT SHOES

002149
PATENT NO:    4568122 GRANT DATE: 02/04/1986
WINGS AUTO BOOSTER SEAT UTILITY

SPALDING U.S. PATENTS

004820    PATENT NO:    4598487  GRANT DATE: 07/08/1986
ATHLETIC SHOE FOR SPORTS
ORIENTED ACTIVITIES

002184    PATENT NO:    4650193  GRANT DATE: 03/17/1987
ONE PIECE CORE FOR GOLF BALL

003355    PATENT NO:    4674170  GRANT DATE: 06/23/1987
METHOD OF MAKING A BALL HAVINGA FOAMED SPHERICAL CENTER CORE
WINDINGS AND COVER

002620    PATENT NO:    4674751  GRANT DATE: 06/23/1987
GOLF BALL HAVING IMPROVED PLAYABILITY PROPERTIES (CIP)

002481    PATENT NO:    4679795  GRANT DATE: 07/14/1987
OPTICAL BRIGHTENERS IN GOLF BALL COVERS (CIP APPLICATION)

002702    PATENT NO:    4725058  GRANT DATE: 02/16/1988
SOFTBALL

002618    PATENT NO:    4726590  GRANT DATE: 02/23/1988
HIGH COEFFICIENT GOLF BALL CORE (CIP)

002367    PATENT NO:    4729566  GRANT DATE: 03/08/1988
GAME BALL (SOFTBALLS & BASEBALLS)

002354    PATENT NO:    4754999  GRANT DATE: 07/05/1988
7 YEAR CAR SEAT

PATENT
REEL: 2342 FRAME: 0262

SPALDING U.S. PATENTS

002192
PATENT NO:    4762322  GRANT DATE: 08/09/1988
GOLF CLUB (XYZ CONTINUOUS SET)

002703
PATENT NO:    4765620  GRANT DATE: 08/23/1988
RACKET VIBRATION DAMPER COMBINED WITH GROMMET STRIP

005295
PATENT NO:    4777672  GRANT DATE: 10/18/1988
CHILDREN'S CONVERTIBLE TOILET APPARATUS

002298
PATENT NO:    4802248  GRANT DATE: 02/07/1989
SPRING HANGER ASSEMBLY (ALL WOOD CRIBS)

002912
PATENT NO:    4808272  GRANT DATE: 02/28/1989
METHOD OF CONSTRUCTING A MOLD FOR MAKING GAME BALLS

002910
PATENT NO:    4822041  GRANT DATE: 04/18/1989
GAME BALL (SOFTBALL-SOLID BALL)

002786
PATENT NO:    4826246  GRANT DATE: 05/02/1989
CHILD SAFETY SEAT
(ULTARA II WITH T-SHIELD)

D
PATENT NO:    4832367  GRANT DATE: 05/23/1989
BELT RESTRAINING APPARATUS
FOR AUTO PASSENGERS

PATENT NO:    4838556  GRANT DATE: 06/13/1989
GOLF BALL CORE BY ADDITION OF DISPERSING AGENTS

SPALDING U.S. PATENTS

002903
PATENT NO:     4840378  GRANT DATE:  06/20/1989
SOFTBALL

002634
PATENT NO:     4852884  GRANT DATE:  08/01/1989
USE OF METHYL CARBAMATE ACCELERATOR IN PEROXIDE-CURED
GOLF BALL CENTER FORMULATION

004813
PATENT NO:     4854057  GRANT DATE:  08/08/1989
DYNAMIC SUPPORT SYSTEM FOR ATHLETIC SHOES

004815
PATENT NO:     4878300  GRANT DATE:  11/07/1989
ATHLETIC SHOE

002639
PATENT NO:     4880241  GRANT DATE:  11/14/1989
GOLF BALL (IMPROVED XL DIMPLE PATTERN)
(MINIMUM LAND)

002884
PATENT NO:     4884814  GRANT DATE:  12/05/1989
GOLF BALL (GOLF BALL COVER HAVING IMPROVED PLAYABILITY
DUE TO SOFTENESS WHILE MAINTAINING GOOD DURABILITY)

002884-1
PATENT NO:     4884814  GRANT DATE:  12/05/1989
GOLF BALL (GOLF BALL COVER HAVING IMPROVED PLAYABILITY DUE
TO SOFTNESS WHILE MAINTAINING GOOD DURABILITY)

000876
PATENT NO:     4885851  GRANT DATE:  12/12/1989
SHOESOLE FOR GOLF SHOE

002741
PATENT NO:     4892517  GRANT DATE:  01/09/1990
BREAST PUMP (1986 VERSION)

PATENT
REEL: 9352 FRAME: 0564

SPALDING U.S. PATENTS

003051    PATENT NO:    4911451 GRANT DATE: 03/27/1990
GOLF BALL COVER OF NEUTRALIZED POLY(ETHYLENE-ACRYLIC-ACID)
COPOLYMER

003010    PATENT NO:    4912818 GRANT DATE: 04/03/1990
BELT ADJUSTING APPARATUS (ULTARA I)

003155    PATENT NO:    4925193 GRANT DATE: 05/15/1990
DIMPLED GOLF BALL

003014    PATENT NO:    4943113 GRANT DATE: 07/24/1990
CHILD RESTRAINT SYSTEM WITH IMPROVED BASE    (JOYRIDE)

003082    PATENT NO:    4958887 GRANT DATE: 09/25/1990
INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS

003129    PATENT NO:    4962965 GRANT DATE: 10/16/1990
SEAT BELT ASSEMBLY FOR HIGH CHAIRS

003539    PATENT NO:    4968091 GRANT DATE: 11/06/1990
ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
(CHAIR & STAIR)

003131    PATENT NO:    4968092 GRANT DATE: 11/06/1990
HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM)
(SIDEWINDER)

002907    PATENT NO:    4974846 GRANT DATE: 12/04/1990
GOLF CLUB GRIP

PATENT
REEL: 9342 FRAME: 0565

SPALDING U.S. PATENTS

005292    PATENT NO:    4984895  GRANT DATE: 01/15/1991
          VEHICLE SEAT FOR A CHILD

003078    PATENT NO:    4985948  GRANT DATE: 01/22/1991
          FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER - SECOND
          VERSION

002956    PATENT NO:    4986545  GRANT DATE: 01/22/1991
          IMPROVED GOLF BALL COMPOSITIONS (SURLYN RUBBER GOLF BALL
          COVER BLEND)

003332    PATENT NO:    4989870  GRANT DATE: 02/05/1991
          TENNIS RACKET (TRI-LEVEL SHOCKSUPPRESSION)

003264    PATENT NO:    5009427  GRANT DATE: 04/23/1991
          GOLF BALL (402 DIMPLE PATTERN D-157)

002942    PATENT NO:    5018740  GRANT DATE: 05/28/1991
          GOLF BALL CORE (BY ADDITION OF ZINC DI-2-ETHILHEXOATE)

003965    PATENT NO:    5018741  GRANT DATE: 05/28/1991
          GOLF BALL (422 DIMPLE PATTERN D-120)

000025    PATENT NO:    5020680  GRANT DATE: 06/04/1991
          DISPOSABLE NURSER SHELL & HOOD (1988)

008085-1  PATENT NO:    5022652  GRANT DATE: 06/11/1991
          LIGHTWEIGHT STEEL GOLF CLUB (FORMERLY BUTT STIFF PROGRESS--
          IVELY TRIMMED LIGHTWEIGHT STEEL GOLF SHAFT)

SPALDING U.S. PATENTS

003085-1  C     PATENT NO:     5022652 GRANT DATE: 06/11/1991
LIGHTWEIGHT STEEL GOLF CLUB (FORMERLY BUTT STIFF PROGRESS-
IVELY TRIMMED LIGHTWEIGHT STEEL GOLF SHAFT)

003159     PATENT NO:     5044638 GRANT DATE: 09/03/1991
GOLF BALL (422 DIMPLE PATTERN HEXAGONAL SYMMETRY PATTERN D148

003330     PATENT NO:     5060944 GRANT DATE: 10/29/1991
TENNIS RACKET WITH SPLIT FRAME

003468     PATENT NO:     5060953 GRANT DATE: 10/29/1991
4 DOUBLE HELIX DIMPLE PATTERN GOLF BALL

005289     PATENT NO:     5061012 GRANT DATE: 10/29/1991
CHILD CAR SEAT WITH AUTOMATICE HARNESS ADJUST

002939-1  C     PATENT NO:     5083780 GRANT DATE: 01/28/1992
GOLF CLUB SHAFT HAVING SELECTIVE REINFORCEMENT

003268     PATENT NO:     5091265 GRANT DATE: 02/25/1992
COATING COMPOSITIONS FOR GAME BALLS
(FLUORESCENT COLORS)

002980     PATENT NO:     5093162 GRANT DATE: 03/03/1992
LARGE TIP COMPOSITE GOLF CLUB SHAFT

003274     PATENT NO:     5098097 GRANT DATE: 03/24/1992
FOOTBALL (TRUE SPIRAL)

SPALDING U.S. PATENTS

003429
PATENT NO: 5098105 GRANT DATE: 03/24/1992
IMPROVED GOLF BALL COVER COMPOSITIONS

003117
PATENT NO: 5106154 GRANT DATE: 04/21/1992
CAR SEAT WITH INTEGRAL
CONVERTIBLE FRAME (CHAMPION)

003168
PATENT NO: 5116060 GRANT DATE: 05/26/1992
GOLF BALL CORE CROSSLINKED WITH
T-AMYL PEROXIDE AND BLENDS THEREOF

003170
PATENT NO: 5120791 GRANT DATE: 06/09/1992
GOLF BALL COVER COMPOSITIONS

003252-1
PATENT NO: 5122046 GRANT DATE: 06/16/1992
GOLF BALL INJECTION MOLD

003306
PATENT NO: 5149100 GRANT DATE: 09/22/1992
GOLF BALL (HEXAGON/PENTAGON 422 DIMPLE PATTERN D-183)

002776
PATENT NO: 5150906 GRANT DATE: 09/29/1992
UNIQUE GOLF BALL

003430
PATENT NO: 5155864 GRANT DATE: 10/20/1992
INFLATABLE BLADDERS FOR GAME GLOVES

003430-1
PATENT NO: 5155865 GRANT DATE: 10/10/1992
INFLATABLE BLADDERS FOR GAME GLOVES

SPALDING U.S. PATENTS

003430-2      PATENT NO:      5155866  GRANT DATE: 10/20/1992
              INFLATABLE GAMES GLOVES

003253        PATENT NO:      5158287  GRANT DATE: 10/27/1992
              TENNIS RACKET HANDLE
              (SIX-SIDED GRIP)

005340        PATENT NO:      5172955  GRANT DATE: 12/22/1992
              BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT

003376        PATENT NO:      5181761  GRANT DATE: 01/26/1993
              CHILD RESTRAINT SYSTEM (ULTARA I)

003353        PATENT NO:      5181765  GRANT DATE: 01/26/1993
              HEAT TREATED LATCH PLATE
              (ULTARA II CAR SEAT)

003258-1      PATENT NO:      5183311  GRANT DATE: 02/02/1993
              PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY)

003429-1      PATENT NO:      5187013  GRANT DATE: 02/16/1993
              GOLF BALL COVER COMPOSITIONS

003516        PATENT NO:      5209485  GRANT DATE: 05/11/1993
              RESTRICTED FLIGHT GOLF BALL

003285        PATENT NO:      5210532  GRANT DATE: 05/11/1993
              BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY

SPALDING U.S. PATENTS

003572    PATENT NO:    5215194  GRANT DATE: 06/01/1993
GOLF BAG FOR USE WITH CARTS
(CART-TECH)

003452    PATENT NO:    5217223  GRANT DATE: 06/08/1993
TENNIS RACKET WITH METAL/COMPOSITE FRAME

003631    PATENT NO:    5221087  GRANT DATE: 06/22/1993
METAL GOLF CLUBS WITH INSERTS

003626    PATENT NO:    5244205  GRANT DATE: 09/14/1993
ADJUSTABLE LIE ANGLE GOLF CLUB PUTTER

004817    PATENT NO:    5251335  GRANT DATE: 10/12/1993
GOLF SHOE

005319    PATENT NO:    5272840  GRANT DATE: 12/28/1993
SECURITY GATE WITH WALK-THROUGH FEATURE

002754    PATENT NO:    5273287  GRANT DATE: 12/28/1993
ENLARGED GOLF BALL (TOP-FLITE MAGNA BALL)

005298    PATENT NO:    5277472  GRANT DATE: 01/11/1994
MULTI-FUNCTION INFANT SEAT

005291    PATENT NO:    5280635  GRANT DATE: 01/18/1994
BABY MONITOR TRANSMITTER

PATENT
REEL: 2342 FRAME: 0370

SPALDING U.S. PATENTS

003705
PATENT NO:      5288283  GRANT DATE: 02/22/1994
DOORWAY EXERCISER (U)
(NEW JOHNNY JUMP UP)

003145
PATENT NO:      5290032  GRANT DATE: 03/01/1994
IRON WITH PROGRESSIVE BACK CAVITY SUPPORT BAR
GOLF CLUB

003410
PATENT NO:      5290036  GRANT DATE: 03/01/1994
CAVITY BACK IRON WITH VIBRATION DAMPENING MATERIAL IN REAR
CAVITY GOLF CLUB

003780
PATENT NO:      5292336  GRANT DATE: 03/08/1994
PACIFIER WITH HANDLE  (UTILITY) (DISNEY)

003657
PATENT NO:      5300325  GRANT DATE: 04/05/1994
METHOD OF MAKING A GOLF BALL OR THE LIKE

003254-1   C
PATENT NO:      5306760  GRANT DATE: 04/26/1994
IMPROVED GOLF BALL COVER COMPOSITIONS
CONTAINING HIGH LEVELS OF FATTY ACID SALTS

PATENT NO:      5310178  GRANT DATE: 05/10/1994
BASKETBALL WITH POLYURETHANE COVER
(2K COMPOSITE)

003884
PATENT NO:      5312102  GRANT DATE: 05/17/1994
VARIABLE INERTIA HEAD RACKET

003254
PATENT NO:      5312857  GRANT DATE: 05/17/1994
IMPROVED GOLF BALL COVER CONTAINING
HIGH LEVELS OF METAL STEARATES

SPALDING U.S. PATENTS

005406
PATENT NO: 5317765 GRANT DATE: 06/07/1994
COLLAPSIBLE INFANT BATH RING

005325
PATENT NO: 5322343 GRANT DATE: 06/21/1994
INFANT CAR SEAT

003950
PATENT NO: 5324094 GRANT DATE: 06/28/1994
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003170-2    C
PATENT NO: 5324783 GRANT DATE: 06/28/1994
GOLF BALL COVER COMPOSITIONS
(CIP)

005331
PATENT NO: 5326327 GRANT DATE: 07/05/1994
SWING ASSEMBLY

003170-3    C
PATENT NO: 5328959 GRANT DATE: 07/12/1994
GOLF BALL COVER COMPOSITIONS
(CIP)

003429-2    C
PATENT NO: 5330837 GRANT DATE: 07/19/1994
GOLF BALL COVER COMPOSITIONS

003429-3    C
PATENT NO: 5338610 GRANT DATE: 08/16/1994
GOLF BALL COVER COMPOSITIONS

003841
PATENT NO: 5342043 GRANT DATE: 08/30/1994
SPLIT WEIGHT BLADDER FOOTBALL

SPALDING U.S. PATENTS

003942
PATENT NO:    5342045 GRANT DATE: 08/30/1994
REVERSE SUNBURST STRING PATTERN FOR
RACQUETBALL RACKETS (ULTIMATE POWER)

003750
PATENT NO:    5356150 GRANT DATE: 10/18/1994
GOLF BALL DIMPLE GEOMETRY
AND METHOD OF MAKING SUCH GOLF BALL

002941
PATENT NO:    5356941 GRANT DATE: 10/18/1994
GAME BALLS HAVING IMPROVED
CORE COMPOSITIONS

003504
PATENT NO:    5360314 GRANT DATE: 11/01/1994
METHOD AND APPARATUS FOR REMOVING FLASH AND GATES FROM GOLF
BALLS

003925
PATENT NO:    5361934 GRANT DATE: 11/08/1994
POP-UP STRAW FOR JUVENILE
DRINKING CUP

003611
PATENT NO:    5368304 GRANT DATE: 11/29/1994
LOW SPIN GOLF BALL

003807
PATENT NO:    5377983 GRANT DATE: 01/03/1995
FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS

003930
PATENT NO:    5385387 GRANT DATE: 01/31/1995
CHILD CARRIER WITH DETACHABLE BASE
(ON MY WAY)

PATENT
REEL:009342 FRAME:00573

SPALDING U.S. PATENTS

003565
PATENT NO:    5387637  GRANT DATE: 02/07/1995
GOLF BALL CORE COMPOSITIONS
(USING MICROCRYSTALLINE SILICA FILLERS)

003804
PATENT NO:    5390534  GRANT DATE: 02/21/1995
IMPACT TESTING DEVICE

002626-1    C
PATENT NO:    5397840  GRANT DATE: 03/14/1995
GOLF BALL COVER HAVING AN IONIC/COPOLYMER BLEND

003896
PATENT NO:    5407246  GRANT DATE: 04/18/1995
CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER)

003636
PATENT NO:    5409233  GRANT DATE: 04/25/1995
METHYL AMYL KETONE (MAK) COATING
FOR GOLF BALLS

003950-1    C
PATENT NO:    5409292  GRANT DATE: 04/25/1995
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003973
PATENT NO:    5409974  GRANT DATE: 04/25/1995
GOLF BALL CONTAINING OPTICAL BRIGHTENER BLEND
(LOWER COST, IMPROVED WHITER-THAN-WHITE GOLF BALL)

003914
PATENT NO:    5419559  GRANT DATE: 05/30/1995
METAL WOOD WITH SOUND DAMPENER BAR

003430-3    C
PATENT NO:    5423088  GRANT DATE: 06/13/1995
IMPROVED INFLATABLE GAMES GLOVES

SPALDING U.S. PATENTS

003862

PATENT NO:    5427432 GRANT DATE: 06/27/1995
ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
(ULTARA)

004046

PATENT NO:    5429354 GRANT DATE: 07/04/1995
CROWNLESS GOLF CLUB (U)
(TOP-FLITE MAGNA)

005343

PATENT NO:    5437115 GRANT DATE: 08/01/1995
SECURITY GATE APPARATUS

003641

PATENT NO:    5445585 GRANT DATE: 08/29/1995
SPRING HOUSING AND SPREADER ASSEMBLY
(NEW JOYNNY JUMP-UP AND QUACKERS)

003579-1

C

PATENT NO:    5456954 GRANT DATE: 10/10/1995
UV-TREATED GOLF BALL
(FILE WRAPPER CONTINUATION)

004215

PATENT NO:    5458398 GRANT DATE: 10/17/1995
INFANT CAR SEAT WITH RECESSED BELT PATH
(EASY 5)

003

PATENT NO:    5459220 GRANT DATE: 10/17/1995
USE OF BIURET AND TRIMER ISOCYANURATES
AS CROSSLINKERS IN GOLF BALL COATINGS

004902

PATENT NO:    5470058 GRANT DATE: 11/28/1995
HIGH VISIBILITY INFLATED GAME BALLS

PATENT
REEL: 9342 FRAME: 0575

SPALDING U.S. PATENTS

002754-5    C    PATENT NO:    5470075  GRANT DATE: 11/28/1995
                 SOFT-COVERED OVERSIZED GOLF
                 BALL (TOP-FLITE MAGNA)

003930-1    C    PATENT NO:    5478135  GRANT DATE: 12/26/1995
                 CHILD CARRIER WITH DETACHABLE BASE
                 (ON MY WAY) (CIP Appln)

002776-2    C    PATENT NO:    5480155  GRANT DATE: 01/02/1996
                 MULTI-PIECE GOLF BALLS AND METHODS
                 OF MANUFACTURE

002754-1    C    PATENT NO:    5482286  GRANT DATE: 01/09/1996
                 IMPROVED GOLF BALL (MAGNA BALL)

003469           PATENT NO:    5482287  GRANT DATE: 01/09/1996
                 402 DIMPLE PATTERN GOLF BALL

003963           PATENT NO:    5489138  GRANT DATE: 02/06/1996
                 IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U)
                 (CELEBRITY)

003639           PATENT NO:    5494291  GRANT DATE: 02/27/1996
                 NARROW RANGE ULTRAVIOLET STABILIZERS
                 GOLF BALL COATINGS

002754-2    C    PATENT NO:    5503397  GRANT DATE: 04/02/1996
                 IMPROVED GOLF BALL (MAGNA ENLARGED BALL)

002754-6    C    PATENT NO:    5507493  GRANT DATE: 04/16/1996
                 GOLF BALL (LADIES OVERSIZED)
                 (TOP-FLITE MAGNA-W)

SPALDING U.S. PATENTS

003786
    PATENT NO:    5507558  GRANT DATE: 04/16/1996
AUTO BOOSTER SEAT W/SHIELD
(SIDEKICK)

003950-1-1  C
    PATENT NO:    5516190  GRANT DATE: 05/14/1996
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

002626-2  C
    PATENT NO:    5516847  GRANT DATE: 05/14/1996
GOLF BALL COVER HAVING AN
IONIC/COPOLIMER BLEND

004046-1  C
    PATENT NO:    5518242  GRANT DATE: 05/21/1996
CROWNLESS GOLF CLUB (U)
(TOP-FLITE MAGNA)

003839-1  C
    PATENT NO:    5523125  GRANT DATE: 06/04/1996
LASER ENGRAVING AND COATING
PROCESS FOR FORMING INDICIA
ON ARTICLES

005305
    PATENT NO:    5531258  GRANT DATE: 07/02/1996
FOLDING SOFT GATE

005348
    PATENT NO:    5533959  GRANT DATE: 07/09/1996
WIRELESS REMOTE MONITORS

004158
    PATENT NO:    5535457  GRANT DATE: 07/16/1996
BLOW MOLDED CRIB (U)
(HUNTINGTON BABY CRIB)

SPALDING U.S. PATENTS

004130    PATENT NO:    5542664    GRANT DATE:    08/08/1996
DUAL ADHESIVE ASSEMBLY SYSTEM
FOR GOLF CLUBS

003600    PATENT NO:    5542677    GRANT DATE:    08/06/1996
GOLF BALL COVER COMPOSITIONS
COPOLYMERS/ETHYLENE ACRYLATES

004274    PATENT NO:    5549297    GRANT DATE:    08/27/1996
GOLF CLUB IRON WITH VIBRATION
DAMPENING RAMP BAR

004222    PATENT NO:    5553336    GRANT DATE:    09/10/1996
PLAYYARD AND BASSINET COMBINATION
(HAPPY CAMPER)

005339    PATENT NO:    5558400    GRANT DATE:    09/24/1996
ADJUSTABLE HEIGHT HIGH CHAIR

002754-4    PATENT NO:    5569100    GRANT DATE:    10/29/1996
IMPROVED LOWER PERCENT COVERAGE
DIMPLE PATTERN (65%) GOLF BALL
(TOP-FLITE MAGNA)

004137    PATENT NO:    5575005    GRANT DATE:    11/19/1996
BASEBALL OR SOFTBALL GLOVE

003303    PATENT NO:    5575530    GRANT DATE:    11/19/1996
INFANT BOUNCER

SPALDING U.S. PATENTS

| | | PATENT NO: 5580049 GRANT DATE: 12/03/1996 |
|---|---|---|
| 004144 | | SOCCER BALL WITH FIBER REINFORCED POLYURETHANE COVER (ZK COMPOSITE) |
| 003611-3 | C | PATENT NO: 5580057 GRANT DATE: 12/03/1996 LOW SPIN GOLF BALL (divisional appln.) |
| 003579-2 | | PATENT NO: 5580323 GRANT DATE: 12/03/1996 UV-TREATED GOLF BALL (DIVISIONAL) |
| 005314 | | PATENT NO: 5588158 GRANT DATE: 12/31/1996 BATH RING |
| 002754-7 | C | PATENT NO: 5588924 GRANT DATE: 12/31/1996 GOLF BALL (TOP-FLITE MAGNA-EX) |
| 003600-1 | C | PATENT NO: 5591803 GRANT DATE: 01/07/1997 GOLF BALL COVER COMPOSITIONS |
| 003576 | | PATENT NO: 5599060 GRANT DATE: 02/04/1997 CHILD'S BOOSTER SEAT FOR VEHICLES |
| 0035-1 | F | PATENT NO: 5609393 GRANT DATE: 03/11/1997 RECLINING MECHANISM FOR TODDLER CAR SEATS (EASY 5) |

SPALDING U.S. PATENTS

004216
PATENT NO:    5634859 GRANT DATE: 06/03/1997
GRIP WITH INCREASED SOFT FEEL,
TACKINESS WITH DECREASED TORQUE

005312
PATENT NO:    5638885 GRANT DATE: 06/17/1997
BABY MONITOR RECEIVER

004126
PATENT NO:    5639085 GRANT DATE: 06/17/1997
LIGHTWEIGHT, SOFT FEEL HAND BALL

004420
PATENT NO:    5642881 GRANT DATE: 07/01/1997
TRI-HOLLOW RACKET WITH TRAVERSE RIBS
(ALUMINUM TUBING)

005284
PATENT NO:    5643035 GRANT DATE: 07/01/1997
BUBBLE PRODUCING DEVICE

004483
PATENT NO:    5644806 GRANT DATE: 07/08/1997
PLAYYARD SYSTEM WITH HANDLE AND WHEELS
(U) (ROLL N GO)

003990
PATENT NO:    5645497 GRANT DATE: 07/08/1997
ULTIMATE DISTANCE GOLF BALL

004292
PATENT NO:    5647590 GRANT DATE: 07/15/1997
GAME BALL FOR URBAN USE
(CITY BALL SOFTBALL)

004486
PATENT NO:    5662339 GRANT DATE: 09/02/1997
IMPROVED INFANT FRAME CARRIER
(HIKE N' ROLL) (U)

SPALDING U.S. PATENTS

003901-1
PATENT NO:    5664774 GRANT DATE: 09/09/1997
SYNTHETIC LEATHER COVERED GAME BALL

004140-1
PATENT NO:    5669938 GRANT DATE: 09/23/1997
GAME BALL WITH SYNTHETIC LEATHER COVER
(FOOTBALL)

004134
PATENT NO:    5683317 GRANT DATE: 11/04/1997
AUTOMATED LACING FOR BASEBALLS
AND SOFTBALLS

004367
PATENT NO:    5685791 GRANT DATE: 11/11/1997
COMPOSITE LACROSSE STICK HEAD

003476
PATENT NO:    5688194 GRANT DATE: 11/18/1997
GOLF BALL DIMPLE CONFIGURATION PROCESS

003637-1-F1
PATENT NO:    5688869 GRANT DATE: 11/18/1997
GOLF BALL COVER COMPOSITIONS
(CIP FILE WRAPPER)

004226
PATENT NO:    5690383 GRANT DATE: 11/25/1997
BABY BUNGEE JUMPER (U)
(THIRD VERSION)

003617
PATENT NO:    5692655 GRANT DATE: 12/02/1997
SOFT CARRIER FOR A CHILD

003658
PATENT NO:    5702313 GRANT DATE: 12/30/1997
GAME RACKET WITH PRIMARY AND
SECONDARY YOKES

REEL: 9342 FRAME: 0587

SPALDING U.S. PATENTS

003896-2    C    PATENT NO:    5704576 GRANT DATE: 01/06/1998
CLIP FOR A CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER) (CIP)

005308    PATENT NO:    5708970 GRANT DATE: 01/13/1998
WIRELESS SOUND MONITORING APPARATUS
WITH SUBAUDIBLE SQUELCH CONTROL

004285    PATENT NO:    5722543 GRANT DATE: 03/03/1998
GOLF BALL SIZING APPARATUS

004438    PATENT NO:    5722908 GRANT DATE: 03/03/1998
COMPOSITE BAT WITH ALUMINUM BARREL AREA

004153    PATENT NO:    5725095 GRANT DATE: 03/10/1998
GOLF BAG TOP WITH PUTTER WELL /
WITHOUT GOLF BALL HOLDER

004299    PATENT NO:    5727798 GRANT DATE: 03/17/1998
CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (ON MY WAY)

    PATENT NO:    5731371 GRANT DATE: 03/24/1998
ZDMA GRAFTED HNBR IN A ONE-PIECE GOLF BALL

004214    PATENT NO:    5733206 GRANT DATE: 03/31/1998
TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE

003611-4    C    PATENT NO:    5733207 GRANT DATE: 03/31/1998
LOW SPIN GOLF BALL

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004262 | | PATENT NO: 5735756 GRANT DATE: 04/07/1998<br>GOLF BALL AND DIMPLE PATTERN FORMING PROCESS |
| 004744 | | PATENT NO: 5738410 GRANT DATE: 04/14/1998<br>RECLINE MECHANISM FOR THREE-WHEELED STROLLER |
| 003902-1 | C | PATENT NO: 5741195 GRANT DATE: 04/21/1998<br>HIGH VISIBILITY INFLATED GAME BALLS<br>(CIP) |
| 004799 | | PATENT NO: 5745954 GRANT DATE: 05/05/1998<br>PLAYYARD HINGE<br>(HAPPY CAMPER) |
| 004768 | | PATENT NO: 5752283 GRANT DATE: 05/19/1998<br>ECONOMY BOTTOM PLAYYARD |
| 005083 | | PATENT NO: 5759195 GRANT DATE: 06/02/1998<br>MESH PACIFIER<br>(1997) |
| 004735 | D | PATENT NO: D065314 GRANT DATE: 05/26/1998<br>GOLF CLUB PUTTER HEAD<br>(MICRO GROOVE) |
| 001928 | D | PATENT NO: D268468 GRANT DATE: 04/05/1983<br>DRESSER MIRROR |
| 001924 | D | PATENT NO: D268974 GRANT DATE: 05/17/1983<br>FIVE-DRAWER CHEST |

PATENT
REEL: 9342 FRAME: 0583

SPALDING U.S. PATENTS

| | | PATENT NO: | | |
|---|---|---|---|---|
| 001873 | D | GOLF CLUB IRON HEAD | D269101 | GRANT DATE: 05/24/1983 |
| 001956 | D | PATENT NO:<br>STROLLER | D274714 | GRANT DATE: 07/17/1984 |
| 002001 | D | PATENT NO:<br>CRIB END (WINDSOR--W/O DECO END SPIND) | D274876 | GRANT DATE: 07/31/1984 |
| 002002 | D | PATENT NO:<br>CRIB END (CASABLANCA WICKER) | D274877 | GRANT DATE: 07/31/1984 |
| 002096 | D | PATENT NO:<br>BOOSTER SEAT (2-STAGE MODEL) | D276098 | GRANT DATE: 10/30/1984 |
| 001979 | D | PATENT NO:<br>DESIGN OF BOOSTER SEAT (4-STAGE MODEL) | D276099 | GRANT DATE: 10/30/1984 |
| 002017 | D | PATENT NO:<br>TOY GOAT | D276635 | GRANT DATE: 12/04/1984 |
| 002013 | D | PATENT NO:<br>TOY CELERY (SQUEEZY) | D276636 | GRANT DATE: 12/04/1984 |
| 002014 | D | PATENT NO:<br>TOY BANANA | D276637 | GRANT DATE: 12/04/1984 |
| 002042 | D | PATENT NO:<br>TOY OCTOPUS | D276638 | GRANT DATE: 12/04/1984 |

SPALDING U.S. PATENTS

| | | | | |
|---|---|---|---|---|
| 002039 | D | PATENT NO: | TOY DOG (SQUEEZE PET) | D276639 GRANT DATE: 12/04/1984 |
| 002041 | D | PATENT NO: | TOY CAT | D276640 GRANT DATE: 12/04/1984 |
| 002016 | D | PATENT NO: | TOY HORSE | D276641 GRANT DATE: 12/04/1984 |
| 002040 | D | PATENT NO: | TOY MOUSE | D276643 GRANT DATE: 12/04/1984 |
| 002035 | D | PATENT NO: | TOY ELEPHANT TEETHER | D276653 GRANT DATE: 12/04/1984 |
| 002034 | D | PATENT NO: | TOY DOG TEETHER | D276738 GRANT DATE: 12/11/1984 |
| 002021 | D | PATENT NO: | TOY CLOWN | D276739 GRANT DATE: 12/11/1984 |
| 002023 | D | PATENT NO: | TOY SEAHORSE | D276834 GRANT DATE: 12/18/1984 |
| 002033 | D | PATENT NO: | TOY KITTEN TEETHER | D278845 GRANT DATE: 12/18/1984 |
| 002045 | D | PATENT NO: | TOY RABBIT RATTLE | D276925 GRANT DATE: 12/25/1984 |

SPALLING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002015 | D | PATENT NO: TOY BEAR | D276929 GRANT DATE: 12/25/1984 |
| 002023 | D | PATENT NO: TOY TIGER | D277016 GRANT DATE: 01/01/1985 |
| 002029 | D | PATENT NO: TOY ORANGE RATTLE | D277017 GRANT DATE: 01/01/1985 |
| 002028 | D | PATENT NO: TOY PEAR RATTLE | D277018 GRANT DATE: 01/01/1985 |
| 002019 | D | PATENT NO: TOY HAMMER | D277119 GRANT DATE: 01/08/1985 |
| 002067 | D | PATENT NO: CRIB END (ANTIQUITY) | D277157 GRANT DATE: 01/15/1985 |
| 002046 | D | PATENT NO: TOY SQUIRREL RATTLE | D277197 GRANT DATE: 01/15/1985 |
| 002037 | D | PATENT NO: TOY KITTEN (RATTLE) | D277198 GRANT DATE: 01/15/1985 |
| 002020 | D | PATENT NO: TOY PLIERS | D277203 GRANT DATE: 01/15/1985 |
| 002012 | D | PATENT NO: SQUEEZY (TOY CARROT) DESIGN | D272216 GRANT DATE: 01/15/1985 |

PATENT
REEL:029342 FRAME:0586

SPALDING U.S. PATENTS

| | | PATENT NO: | GRANT DATE: | |
|---|---|---|---|---|
| 002044 | D | D277496 | 02/05/1985 | TOY DUCK |
| 002048 | D | D277587 | 02/12/1985 | TOY BUNNY RABBIT RATTLE |
| 002049 | D | D277588 | 02/12/1985 | TOY PUPPY DOG RATTLE |
| 002018 | D | D277589 | 02/12/1985 | TOY SAW |
| 005320 | D | D277811 | 03/05/1985 | INFANT CARRIER |
| 002022 | D | D277880 | 03/05/1985 | TOY BEAR |
| 002050 | D | D278071 | 03/19/1985 | TOY BIRD RATTLE |
| ...2 | D | D278358 | 04/09/1985 | BARBELL WEIGHT |
| 0.997 | D | D281092 | 10/22/1985 | GOLF CLUB PUTTER HEAD (OFF SET PUTTER - TPM) |
| 002131 | D | D282731 | 02/25/1986 | STROLLER HANDLE (ALA CARTE) |

SPALDING U.S. PATENTS

| | | | | |
|---|---|---|---|---|
| 002132 | D | PATENT NO:<br>STROLLER (ALA CARTE) | D282831 | GRANT DATE: 03/04/1986 |
| 002130 | D | PATENT NO:<br>STROLLER FOOT REST (ALA CARTE) | D282832 | GRANT DATE: 03/04/1986 |
| 005342 | D | PATENT NO:<br>DIAPER PAIL | D288019 | GRANT DATE: 01/27/1987 |
| 002249 | D | PATENT NO:<br>CHILD'S BOOSTER SEAT (WINGS) | D289830 | GRANT DATE: 05/19/1987 |
| 002222 | D | PATENT NO:<br>GOLF CLUB GRIP | D295207 | GRANT DATE: 04/12/1988 |
| 002274 | D | PATENT NO:<br>TOY PUZZLE | D297032 | GRANT DATE: 08/02/1988 |
| 002271 | D | PATENT NO:<br>WATER TOY TURTLE FIGURE | D301596 | GRANT DATE: 06/13/1989 |
| 002??7 | D | PATENT NO:<br>TOY MONEY BANK | D301931 | GRANT DATE: 06/27/1989 |
| 002760 | D | PATENT NO:<br>BABY BOTTLE (EASY HOLD) | D304763 | GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO:<br>CAR SEAT (7 YEAR CAR SEAT) | D305283 | GRANT DATE: 01/02/1990 |

PATENT
REEL:09342 FRAME:00588

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002897 | D | PATENT NO:<br>GOLF BALL PACKAGE | D305733 GRANT DATE: 01/30/1990 |
| 002925 | D | PATENT NO:<br>BABY CARRIAGE | D307879 GRANT DATE: 05/15/1990 |
| 003017 | D | PATENT NO:<br>CHILD'S TRAINING CHAIR (POTTY SEAT)<br>(PERFECT POTTY) | D308573 GRANT DATE: 06/12/1990 |
| 002919 | D | PATENT NO:<br>BREAST PUMP (1986 MANUAL) | D309500 GRANT DATE: 07/24/1990 |
| 002948 | D | PATENT NO:<br>STROLLER WHEEL | D309886 GRANT DATE: 08/14/1990 |
| 003034 | D | PATENT NO:<br>STROLLER WHEEL HUB | D310200 GRANT DATE: 08/28/1990 |
| 003020 | D | PATENT NO:<br>STROLLER WHEEL HUB CAP | D310654 GRANT DATE: 09/18/1990 |
| 002835 | D | PATENT NO:<br>A CHILD'S SAFETY SEAT (WITH T-SHIELD) | D311281 GRANT DATE: 10/16/1990 |
| 002867 | D | PATENT NO:<br>INFANT SAFETY SEAT<br>(JOYRIDE) | D311822 GRANT DATE: 11/06/1990 |

SPALDING U.S. PATENTS

| | | | | |
|---|---|---|---|---|
| 002852 | D | PATENT NO:<br>CHILD SAFETY SEAT<br>(ULTARA II) | D311823 | GRANT DATE: 11/06/1990 |
| 002785 | D | PATENT NO:<br>BOOSTER SEAT<br>(SIGHTSEER) | D315253 | GRANT DATE: 03/12/1991 |
| 002947 | D | PATENT NO:<br>CARRIAGE STROLLER TRAY | D316238 | GRANT DATE: 04/16/1991 |
| 002648 | D | PATENT NO:<br>GOLF CLUB HEAD (NSC) | D316583 | GRANT DATE: 04/30/1991 |
| 003021 | D | PATENT NO:<br>STROLLER HANDLE | D316989 | GRANT DATE: 05/21/1991 |
| 002728 | D | PATENT NO:<br>GOLF CLUB HEAD (XE #1 IRON) | D318510 | GRANT DATE: 07/23/1991 |
| 002843 | D | PATENT NO:<br>GOLF CLUB HEAD (XE #2 IRON) | D318511 | GRANT DATE: 07/23/1991 |
| 002149 | D | PATENT NO:<br>CLUB GOLF GRIP | D321233 | GRANT DATE: 10/29/1991 |
| 002901 | D | PATENT NO:<br>POWER ROCKER BASE FOR AN INFANT SEAT<br>(AMERICAN GLIDER) | D321449 | GRANT DATE: 11/12/1991 |

PATENT
REEL: 9322 FRAME: 0590

SPALDING U.S. PATENTS

002927   D   PATENT NO:   D322001 GRANT DATE: 12/03/1991
             DETACHABLE BASE FOR A BABY'S ROCKER
             (JOYRIDE) (TRAVEL TANDEM)

003134   D   PATENT NO:   D323589 GRANT DATE: 02/04/1992
             FOLDABLE PLAYYARD (TOP & BOTTOM FOLD – HAPPY CAMPER – SECOND
             VERSION)

003183   D   PATENT NO:   D324962 GRANT DATE: 03/31/1992
             CHILD'S DESK

003092   D   PATENT NO:   D325972 GRANT DATE: 05/05/1992
             DISPOSABLE NURSER HOOD

003167   D   PATENT NO:   D325973 GRANT DATE: 05/05/1992
             DISPOSABLE NURSER SHELL

003074   D   PATENT NO:   D326523 GRANT DATE: 05/26/1992
             DISPOSABLE NURSER (1988)
             (ENTIRE STRUCTURE)

003796   D   PATENT NO:   D327175 GRANT DATE: 06/23/1992
             ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
             (STAIR & CHAIR) (design)

003130   D   PATENT NO:   D328239 GRANT DATE: 07/28/1992
             SAFETY SEAT BELT ALIGNMENT
             GUIDE (ULTARA)

003489   D   PATENT NO:   D329472 GRANT DATE: 09/15/1992
             DUCK NOVELTY JUMPER (QUACKERS)

PATENT
REEL: 9342 FRAME: 0591

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003177 | D | PATENT NO: D329757 GRANT DATE: 09/20/1992 | CHILD'S ROCKER |
| 003176 | D | PATENT NO: D329758 GRANT DATE: 09/29/1992 | CHILD'S BENCH SEAT |
| 003259 | D | PATENT NO: D330842 GRANT DATE: 11/10/1992 | ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY) |
| 003464 | D | PATENT NO: D330925 GRANT DATE: 11/10/1992 | TENNIS RACKET WITH SPLIT FRAME |
| 003160 | D | PATENT NO: D331087 GRANT DATE: 11/17/1992 | GOLF CLUB PUTTER (HIGH EFFICIENCY I-TOE WEIGHTED PUTTER HEAD) |
| 003540 | D | PATENT NO: D334848 GRANT DATE: 04/20/1993 | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (CHAIR & STAIR) (D) |
| 003178 | D | PATENT NO: D336168 GRANT DATE: 06/08/1993 | CHILD'S CHAIR |
| 003198 | D | PATENT NO: D336396 GRANT DATE: 06/15/1993 | BASE FOR AN INFANT SEAT |
| 003676 | D | PATENT NO: D337161 GRANT DATE: 07/07/1993 | TEETHER (TEDDY BEAR COOLING RING) |

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003751 | D | PATENT NO:        D338068  GRANT  DATE:  08/03/1993<br>TEETHER (TEDDY BEAR COOLING STAR) | |
| 003386 | D | PATENT NO:        D338252  GRANT  DATE:  08/10/1993<br>GOLF CLUB HEAD (TOUR EDITION #9) | |
| 003184 | D | PATENT NO:        D338344  GRANT  DATE:  08/17/1993<br>CHILD'S ROCKING SETTEE | |
| 003384 | D | PATENT NO:        D338937  GRANT  DATE:  08/31/1993<br>GOLF CLUB HEAD (TOUR EDITION #2) | |
| 003385 | D | PATENT NO:        D338938  GRANT  DATE:  08/31/1993<br>GOLF CLUB HEAD (TOUR EDITION #5) | |
| 003389 | D | PATENT NO:        D339196  GRANT DATE:  09/07/1993<br>INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN) | |
| 003303 | D | PATENT NO:        D339477  GRANT DATE:  09/21/1993<br>CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME)<br>(CHAMPION) | |
| 003077 | D | PATENT NO:        D339867  GRANT  DATE:  09/28/1993<br>PACIFIER SHIELD | |
| 003330 | D | PATENT NO:        D341207  GRANT DATE:  01/20/1994<br>SECURITY GATE WITH WALK-THROUGH FEATURE | |
| 003678 | D | PATENT NO:        D343650  GRANT  DATE:  01/25/1994<br>ELEPHANT CIRCUS RATTLE | |

SPALDING U.S. PATENTS

003683   D   PATENT NO:   D343651   GRANT DATE:  01/25/1994
             LION CLUTCH RATTLE

003684   D   PATENT NO:   D343652   GRANT DATE:  01/25/1994
             BEAR CLUTCH RATTLE

003679   D   PATENT NO:   D343653   GRANT DATE:  01/25/1994
             BUNNY CIRCUS RATTLE

003682   D   PATENT NO:   D343654   GRANT DATE:  01/25/1994
             ELEPHANT CLUTCH RATTLE

003644   D   PATENT NO:   D343988   GRANT DATE:  02/08/1994
             JUVENILE CUP DRIBBLE LID (DESIGN)

005334       PATENT NO:   D344189   GRANT DATE:  02/15/1994
             HIGH CHAIR

003689   D   PATENT NO:   D344986   GRANT DATE:  03/08/1994
             LION HIGH CHAIR RATTLE (WITH MIRROR)

003690   D   PATENT NO:   D344987   GRANT DATE:  03/08/1994
             DEVELOPMENT RATTLE (SPINNER & RINGS)

003691   D   PATENT NO:   D344988   GRANT DATE:  03/08/1994
             ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR)

003742   D   PATENT NO:   D344998   GRANT DATE:  03/08/1994
             GOLF CLUB HEAD (TOP-FLITE THUNDER HEAT)

PATENT
REEL: 9342    FRAME: 0594

SPALDING U.S. PATENTS

004130
PATENT NO:    5542664   GRANT DATE: 08/08/1996
DUAL ADHESIVE ASSEMBLY SYSTEM
FOR GOLF CLUBS

003600
PATENT NO:    5542677   GRANT DATE: 08/06/1996
GOLF BALL COVER COMPOSITIONS
COPOLYMERS/ETHYLENE ACRYLATES

004274
PATENT NO:    5549297   GRANT DATE: 08/27/1996
GOLF CLUB IRON WITH VIBRATION
DAMPENING RAMP BAR

004222
PATENT NO:    5553336   GRANT DATE: 09/10/1996
PLAYYARD AND BASSINET COMBINATION
(HAPPY CAMPER)

005339
PATENT NO:    5558400   GRANT DATE: 09/24/1996
ADJUSTABLE HEIGHT HIGH CHAIR

002754-4
PATENT NO:    5569100   GRANT DATE: 10/29/1996
IMPROVED LOWER PERCENT COVERAGE
DIMPLE PATTERN (65%) GOLF BALL
(TOP-FLITE MAGNA)

003117
PATENT NO:    5575005   GRANT DATE: 11/19/1996
BASEBALL OR SOFTBALL GLOVE

003303
PATENT NO:    5575530   GRANT DATE: 11/19/1996
INFANT BOUNCER

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004144 | | PATENT NO: 5580049 GRANT DATE: 12/03/1996<br>SOCCER BALL WITH FIBER<br>REINFORCED POLYURETHANE COVER<br>(ZK COMPOSITE) |
| 003611-3 | C | PATENT NO: 5580057 GRANT DATE: 12/03/1996<br>LOW SPIN GOLF BALL<br>(divisional appln.) |
| 003579-2 | | PATENT NO: 5580323 GRANT DATE: 12/03/1996<br>UV-TREATED GOLF BALL<br>(DIVISIONAL) |
| 005314 | | PATENT NO: 5588158 GRANT DATE: 12/31/1996<br>BATH RING |
| 002754-7 | C | PATENT NO: 5588924 GRANT DATE: 12/31/1996<br>GOLF BALL<br>(TOP-FLITE MAGNA-EX) |
| 003600-1 | C | PATENT NO: 5591803 GRANT DATE: 01/07/1997<br>GOLF BALL COVER COMPOSITIONS |
| 003316 | | PATENT NO: 5599060 GRANT DATE: 02/04/1997<br>CHILD'S BOOSTER SEAT FOR VEHICLES |
| 0??75-1 | F | PATENT NO: 5609393 GRANT DATE: 03/11/1997<br>RECLINING MECHANISM FOR TODDLER<br>CAR SEATS (EASY 5) |

SPALDING U.S. PATENTS

004216    PATENT NO:    5634859    GRANT DATE: 06/03/1997
GRIP WITH INCREASED SOFT FEEL,
TACKINESS WITH DECREASED TORQUE

005312    PATENT NO:    5638885    GRANT DATE: 06/17/1997
BABY MONITOR RECEIVER

004126    PATENT NO:    5639085    GRANT DATE: 06/17/1997
LIGHTWEIGHT, SOFT FEEL HAND BALL

004420    PATENT NO:    5642881    GRANT DATE: 07/01/1997
TRI-HOLLOW RACKET WITH TRAVERSE RIBS
(ALUMINUM TUBING)

005284    PATENT NO:    5643035    GRANT DATE: 07/01/1997
BUBBLE PRODUCING DEVICE

004483    PATENT NO:    5644806    GRANT DATE: 07/08/1997
PLAYYARD SYSTEM WITH HANDLE AND WHEELS
(U) (ROLL N GO)

003990    PATENT NO:    5645497    GRANT DATE: 07/08/1997
ULTIMATE DISTANCE GOLF BALL

004292    PATENT NO:    5647590    GRANT DATE: 07/15/1997
GAME BALL FOR URBAN USE
(CITY BALL SOFTBALL)

005486    PATENT NO:    5662339    GRANT DATE: 09/02/1997
IMPROVED INFANT FRAME CARRIER
(HIKE N' ROLL) (U)

SPALDING U.S. PATENTS

003901-1
PATENT NO:        5664774 GRANT DATE: 09/09/1997
SYNTHETIC LEATHER COVERED GAME BALL

004140-1
PATENT NO:        5669938 GRANT DATE: 09/23/1997
GAME BALL WITH SYNTHETIC LEATHER COVER
(FOOTBALL)

004134
PATENT NO:        5683317 GRANT DATE: 11/04/1997
AUTOMATED LACING FOR BASEBALLS
AND SOFTBALLS

004367
PATENT NO:        5685791 GRANT DATE: 11/11/1997
COMPOSITE LACROSSE STICK HEAD

003476
PATENT NO:        5688194 GRANT DATE: 11/18/1997
GOLF BALL DIMPLE CONFIGURATION PROCESS

003637-1-F1        F
PATENT NO:        5688869 GRANT DATE: 11/18/1997
GOLF BALL COVER COMPOSITIONS
(CIP FILE WRAPPER)

004226
PATENT NO:        5690383 GRANT DATE: 11/25/1997
BABY BUNGEE JUMPER (U)
(THIRD VERSION)

003417
PATENT NO:        5692655 GRANT DATE: 12/02/1997
SOFT CARRIER FOR A CHILD

003658
PATENT NO:        5702313 GRANT DATE: 12/30/1997
GAME RACKET WITH PRIMARY AND
SECONDARY YOKES

REEL: 9342 FRAME: 0587

PATENT

SPALDING U.S. PATENTS

003896-2    C    PATENT NO:    5704576 GRANT DATE: 01/06/1998
CLIP FOR A CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER) (CIP)

005308    PATENT NO:    5708970 GRANT DATE: 01/13/1998
WIRELESS SOUND MONITORING APPARATUS
WITH SUBAUDIBLE SQUELCH CONTROL

004285    PATENT NO:    5722543 GRANT DATE: 03/03/1998
GOLF BALL SIZING APPARATUS

004438    PATENT NO:    5722908 GRANT DATE: 03/03/1998
COMPOSITE BAT WITH ALUMINUM BARREL AREA

004153    PATENT NO:    5725095 GRANT DATE: 03/10/1998
GOLF BAG TOP WITH PUTTER WELL /
WITHOUT GOLF BALL HOLDER

004299    PATENT NO:    5727798 GRANT DATE: 03/17/1998
CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (ON MY WAY)

004799    PATENT NO:    5731371 GRANT DATE: 03/24/1998
ZDMA GRAFTED HNBR IN A ONE-PIECE GOLF BALL

004214    PATENT NO:    5733206 GRANT DATE: 03/31/1998
TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE

003611-4    C    PATENT NO:    5733207 GRANT DATE: 03/31/1998
LOW SPIN GOLF BALL

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004262 | | PATENT NO:    5735756 GRANT DATE: 04/07/1998<br>GOLF BALL AND DIMPLE PATTERN FORMING PROCESS |
| 004744 | | PATENT NO:    5738410 GRANT DATE: 04/14/1998<br>RECLINE MECHANISM FOR THREE-WHEELED STROLLER |
| 003902-1 | C | PATENT NO:    5741195 GRANT DATE: 04/21/1998<br>HIGH VISIBILITY INFLATED GAME BALLS<br>(CIP) |
| 004799 | | PATENT NO:    5745954 GRANT DATE: 05/05/1998<br>PLAYYARD HINGE<br>(HAPPY CAMPER) |
| 004768 | | PATENT NO:    5752283 GRANT DATE: 05/19/1998<br>ECONOMY BOTTOM PLAYYARD |
| 005083 | | PATENT NO:    5759195 GRANT DATE: 06/02/1998<br>MESH PACIFIER<br>(1997) |
| 004735 | D | PATENT NO:    D065314 GRANT DATE: 05/26/1998<br>GOLF CLUB PUTTER HEAD<br>(MICRO GROOVE) |
| 001928 | D | PATENT NO:    D268468 GRANT DATE: 04/05/1983<br>DRESSER MIRROR |
| 001924 | D | PATENT NO:    D268974 GRANT DATE: 05/17/1983<br>FIVE-DRAWER CHEST |

PATENT
REEL: 9342 FRAME: 0583

SPALDING U.S. PATENTS

001873    D    PATENT NO:    D269101 GRANT DATE: 05/24/1983
               GOLF CLUB IRON HEAD

001956    D    PATENT NO:    D274714 GRANT DATE: 07/17/1984
               STROLLER

002001    D    PATENT NO:    D274876 GRANT DATE: 07/31/1984
               CRIB END (WINDSOR--W/O DECO END SPIND)

002002    D    PATENT NO:    D274877 GRANT DATE: 07/31/1984
               CRIB END (CASABLANCA WICKER)

002096    D    PATENT NO:    D276098 GRANT DATE: 10/30/1984
               BOOSTER SEAT (2-STAGE MODEL)

001979    D    PATENT NO:    D276099 GRANT DATE: 10/30/1984
               DESIGN OF BOOSTER SEAT (4-STAGE MODEL)

002017    D    PATENT NO:    D276635 GRANT DATE: 12/04/1984
               TOY GOAT

002013    D    PATENT NO:    D276636 GRANT DATE: 12/04/1984
               TOY CELERY (SQUEEZY)

002014    D    PATENT NO:    D276637 GRANT DATE: 12/04/1984
               TOY BANANA

002042    D    PATENT NO:    D276638 GRANT DATE: 12/04/1984
               TOY OCTOPUS

SPALDING U.S. PATENTS

| 002039 | D | PATENT NO:<br>TOY DOG (SQUEEZE PET) | D276639 | GRANT DATE: 12/04/1984 |
| 002041 | D | PATENT NO:<br>TOY CAT | D276640 | GRANT DATE: 12/04/1984 |
| 002016 | D | PATENT NO:<br>TOY HORSE | D276641 | GRANT DATE: 12/04/1984 |
| 002040 | D | PATENT NO:<br>TOY MOUSE | D276643 | GRANT DATE: 12/04/1984 |
| 002035 | D | PATENT NO:<br>TOY ELEPHANT TEETHER | D276653 | GRANT DATE: 12/04/1984 |
| 002034 | D | PATENT NO:<br>TOY DOG TEETHER | D276738 | GRANT DATE: 12/11/1984 |
| 002021 | D | PATENT NO:<br>TOY CLOWN | D276739 | GRANT DATE: 12/11/1984 |
| 002043 | D | PATENT NO:<br>TOY SEAHORSE | D276834 | GRANT DATE: 12/18/1984 |
| 002033 | D | PATENT NO:<br>TOY KITTEN TEETHER | D276845 | GRANT DATE: 12/18/1984 |
| 002045 | D | PATENT NO:<br>TOY RABBIT RATTLE | D276925 | GRANT DATE: 12/25/1984 |

PATENT
REEL: 29342 FRAME: 0585

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002015 | D | TOY BEAR | PATENT NO: D276929 GRANT DATE: 12/25/1984 |
| 002023 | D | TOY TIGER | PATENT NO: D277016 GRANT DATE: 01/01/1985 |
| 002029 | D | TOY ORANGE RATTLE | PATENT NO: D277017 GRANT DATE: 01/01/1985 |
| 002028 | D | TOY PEAR RATTLE | PATENT NO: D277018 GRANT DATE: 01/01/1985 |
| 002019 | D | TOY HAMMER | PATENT NO: D277119 GRANT DATE: 01/08/1985 |
| 002067 | D | CRIB END (ANTIQUITY) | PATENT NO: D277157 GRANT DATE: 01/15/1985 |
| 002046 | D | TOY SQUIRREL RATTLE | PATENT NO: D277197 GRANT DATE: 01/15/1985 |
| 002047 | D | TOY KITTEN (RATTLE) | PATENT NO: D277198 GRANT DATE: 01/15/1985 |
| 002020 | D | TOY PLIERS | PATENT NO: D277203 GRANT DATE: 01/15/1985 |
| 002012 | D | SQUEEZY (TOY CARROT) | PATENT NO: D272216 GRANT DATE: 01/15/1985 DESIGN |

PATENT
REEL:029342 FRAME:0586

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002044 | D | PATENT NO: D274496 GRANT DATE: 02/05/1985 | TOY DUCK |
| 002048 | D | PATENT NO: D277587 GRANT DATE: 02/12/1985 | TOY BUNNY RABBIT RATTLE |
| 002049 | D | PATENT NO: D277588 GRANT DATE: 02/12/1985 | TOY PUPPY DOG RATTLE |
| 002018 | D | PATENT NO: D277589 GRANT DATE: 02/12/1985 | TOY SAW |
| 005320 | D | PATENT NO: D277811 GRANT DATE: 03/05/1985 | INFANT CARRIER |
| 002022 | D | PATENT NO: D277880 GRANT DATE: 03/05/1985 | TOY BEAR |
| 002050 | D | PATENT NO: D278071 GRANT DATE: 03/19/1985 | TOY BIRD RATTLE |
| 002 | D | PATENT NO: D278358 GRANT DATE: 04/09/1985 | BARBELL WEIGHT |
| 000997 | D | PATENT NO: D281092 GRANT DATE: 10/22/1985 | GOLF CLUB PUTTER HEAD (OFF SET PUTTER - TPM) |
| 002131 | D | PATENT NO: D282731 GRANT DATE: 02/25/1986 | STROLLER HANDLE (ALA CARTE) |

PATENT
REEL:9342 FRAME:0587

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002132 | D | PATENT NO: STROLLER (ALA CARTE) | D282831 GRANT DATE: 03/04/1986 |
| 002130 | D | PATENT NO: STROLLER FOOT REST (ALA CARTE) | D282832 GRANT DATE: 03/04/1986 |
| 005342 | D | PATENT NO: DIAPER PAIL | D288019 GRANT DATE: 01/27/1987 |
| 002249 | D | PATENT NO: CHILD'S BOOSTER SEAT (WINGS) | D289830 GRANT DATE: 05/19/1987 |
| 002222 | D | PATENT NO: GOLF CLUB GRIP | D295207 GRANT DATE: 04/12/1988 |
| 002274 | D | PATENT NO: TOY PUZZLE | D297032 GRANT DATE: 08/02/1988 |
| 002271 | D | PATENT NO: WATER TOY TURTLE FIGURE | D301596 GRANT DATE: 06/13/1989 |
| 002757 | D | PATENT NO: TOY MONEY BANK | D301931 GRANT DATE: 06/27/1989 |
| 002760 | D | PATENT NO: BABY BOTTLE (EASY HOLD) | D304763 GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO: CAR SEAT (7 YEAR CAR SEAT) | D305283 GRANT DATE: 01/02/1990 |

PATENT
REEL:009342 FRAME:0588

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002897 | D | PATENT NO: GOLF BALL PACKAGE | D305733 GRANT DATE: 01/30/1990 |
| 002925 | D | PATENT NO: BABY CARRIAGE | D307879 GRANT DATE: 05/15/1990 |
| 003017 | D | PATENT NO: CHILD'S TRAINING CHAIR (POTTY SEAT) (PERFECT POTTY) | D308573 GRANT DATE: 06/12/1990 |
| 002919 | D | PATENT NO: BREAST PUMP (1986 MANUAL) | D309500 GRANT DATE: 07/24/1990 |
| 002948 | D | PATENT NO: STROLLER WHEEL | D309886 GRANT DATE: 08/14/1990 |
| 003034 | D | PATENT NO: STROLLER WHEEL HUB | D310200 GRANT DATE: 08/28/1990 |
| 003020 | D | PATENT NO: STROLLER WHEEL HUB CAP | D310654 GRANT DATE: 09/18/1990 |
| 002865 | D | PATENT NO: A CHILD'S SAFETY SEAT (WITH T-SHIELD) | D311281 GRANT DATE: 10/16/1990 |
| 003867 | D | PATENT NO: INFANT SAFETY SEAT (JOYRIDE) | D311822 GRANT DATE: 11/06/1990 |

PATENT
REEL: 2342 FRAME: 0589

SPALDING U.S. PATENTS

002852    D    PATENT NO:                    D311823    GRANT DATE: 11/06/1990
               CHILD SAFETY SEAT
               (ULTRA II)

002785    D    PATENT NO:                    D315253    GRANT DATE: 03/12/1991
               BOOSTER SEAT
               (SIGHTSEER)

002947    D    PATENT NO:                    D316238    GRANT DATE: 04/16/1991
               CARRIAGE STROLLER TRAY

002648    D    PATENT NO:                    D316583    GRANT DATE: 04/30/1991
               GOLF CLUB HEAD (NSC)

003021    D    PATENT NO:                    D316989    GRANT DATE: 05/21/1991
               STROLLER HANDLE

002728    D    PATENT NO:                    D318510    GRANT DATE: 07/23/1991
               GOLF CLUB HEAD (XE #1 IRON)

002843    D    PATENT NO:                    D318511    GRANT DATE: 07/23/1991
               GOLF CLUB HEAD (XE #2 IRON)

003149    D    PATENT NO:                    D321233    GRANT DATE: 10/29/1991
               CLUB GOLF GRIP

002901    D    PATENT NO:                    D321449    GRANT DATE: 11/12/1991
               POWER ROCKER BASE FOR AN INFANT SEAT
               (AMERICAN GLIDER)

SPALDING U.S. PATENTS

002927    D    PATENT NO:        D322001 GRANT DATE: 12/03/1991
               DETACHABLE BASE FOR A BABY'S ROCKER
               (JOYRIDE) (TRAVEL TANDEM)

003134    D    PATENT NO:        D323589 GRANT DATE: 02/04/1992
               FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND
               VERSION)

003183    D    PATENT NO:        D324962 GRANT DATE: 03/31/1992
               CHILD'S DESK

003092    D    PATENT NO:        D325972 GRANT DATE: 05/05/1992
               DISPOSABLE NURSER HOOD

003167    D    PATENT NO:        D325973 GRANT DATE: 05/05/1992
               DISPOSABLE NURSER SHELL

003074    D    PATENT NO:        D326523 GRANT DATE: 05/26/1992
               DISPOSABLE NURSER (1988)
               (ENTIRE STRUCTURE)

003796    D    PATENT NO:        D327175 GRANT DATE: 06/23/1992
               ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
               (STAIR & CHAIR)(design)

003130    D    PATENT NO:        D328239 GRANT DATE: 07/28/1992
               SAFETY SEAT BELT ALIGNMENT
               GUIDE (ULTARA)

003489    D    PATENT NO:        D329472 GRANT DATE: 09/15/1992
               DUCK NOVELTY JUMPER (QUACKERS)

PATENT
REEL: 9342 FRAME: 0591

SPALDING U.S. PATENTS

| 003177 | D | PATENT NO:<br>CHILD'S ROCKER | D329757 GRANT DATE: 09/20/1992 |
|---|---|---|---|
| 003176 | D | PATENT NO:<br>CHILD'S BENCH SEAT | D329758 GRANT DATE: 09/29/1992 |
| 003259 | D | PATENT NO:<br>ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY) | D330842 GRANT DATE: 11/10/1992 |
| 003464 | D | PATENT NO:<br>TENNIS RACKET WITH SPLIT FRAME | D330925 GRANT DATE: 11/10/1992 |
| 003160 | D | PATENT NO:<br>GOLF CLUB PUTTER (HIGH EFFICIENCY I-TOE WEIGHTED PUTTER HEAD) | D331087 GRANT DATE: 11/17/1992 |
| 003540 | D | PATENT NO:<br>ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (CHAIR & STAIR) (D) | D334848 GRANT DATE: 04/20/1993 |
| 005178 | D | PATENT NO:<br>CHILD'S CHAIR | D336168 GRANT DATE: 06/08/1993 |
| 005198 | D | PATENT NO:<br>BASE FOR AN INFANT SEAT | D336396 GRANT DATE: 06/15/1993 |
| 005676 | D | PATENT NO:<br>TEETHER (TEDDY BEAR COOLING RING) | D337161 GRANT DATE: 07/07/1993 |

SPALDING U.S. PATENTS

003751    D    PATENT NO:    D338068 GRANT DATE: 08/03/1993
               TEETHER (TEDDY BEAR COOLING STAR)

003386    D    PATENT NO:    D338252 GRANT DATE: 08/10/1993
               GOLF CLUB HEAD (TOUR EDITION #9)

003184    D    PATENT NO:    D338344 GRANT DATE: 08/17/1993
               CHILD'S ROCKING SETTEE

003384    D    PATENT NO:    D338937 GRANT DATE: 08/31/1993
               GOLF CLUB HEAD (TOUR EDITION #2)

003385    D    PATENT NO:    D338938 GRANT DATE: 08/31/1993
               GOLF CLUB HEAD (TOUR EDITION #5)

003389    D    PATENT NO:    D339196 GRANT DATE: 09/07/1993
               INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN)

003303    D    PATENT NO:    D339477 GRANT DATE: 09/21/1993
               CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME)
               (CHAMPION)

003777    D    PATENT NO:    D339867 GRANT DATE: 09/28/1993
               PACIFIER SHIELD

003330    D    PATENT NO:    D341207 GRANT DATE: 01/20/1994
               SECURITY GATE WITH WALK-THROUGH FEATURE

003678    D    PATENT NO:    D343650 GRANT DATE: 01/25/1994
               ELEPHANT CIRCUS RATTLE

SPALDING U.S. PATENTS

| | | PATENT NO: | | GRANT DATE: |
|---|---|---|---|---|
| 003683 | D | D343651 | LION CLUTCH RATTLE | 01/25/1994 |
| 003684 | D | D343652 | BEAR CLUTCH RATTLE | 01/25/1994 |
| 003679 | D | D343653 | BUNNY CIRCUS RATTLE | 01/25/1994 |
| 003682 | D | D343654 | ELEPHANT CLUTCH RATTLE | 01/25/1994 |
| 003644 | D | D343988 | JUVENILE CUP DRIBBLE LID (DESIGN) | 02/08/1994 |
| 005334 | | D344189 | HIGH CHAIR | 02/15/1994 |
| 003689 | D | D344986 | LION HIGH CHAIR RATTLE (WITH MIRROR) | 03/08/1994 |
| 003690 | D | D344987 | DEVELOPMENT RATTLE (SPINNER & RINGS) | 03/08/1994 |
| 003691 | D | D344988 | ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) | 03/08/1994 |
| 003742 | D | D344998 | GOLF CLUB HEAD (TOP-FLITE THUNDER HEAT) | 03/08/1994 |

05/18/1998  11 01   PAGE:

MASTER FILE REPORT
6

PCMASTER REPORTER

SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 005101 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | APPLICATION NO: 073948 APPLICATION DATE: 07/24/1997 |
| 005094 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073958 APPLICATION DATE: 07/24/1997 |
| 005167 | | APPLICATION NO:<br>SOFT SPIKED SOLE FOR GOLF SHOES | 075446 APPLICATION DATE: 09/12/1997 |
| 005141 | | APPLICATION NO:<br>DECORATIVE SHOE PLATE FOR USE ON GOLF SHOES | 075978 APPLICATION DATE: 08/27/1997 |
| 005347 | D | APPLICATION NO:<br>TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-300) | 077384 APPLICATION DATE: 09/19/1997 |
| 005352 | D | APPLICATION NO:<br>TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-317) | 077388 APPLICATION DATE: 09/19/1997 |
| 005348 | D | APPLICATION NO:<br>TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-316) | 077389 APPLICATION DATE: 09/19/1997 |
| 005349 | D | APPLICATION NO:<br>TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-321) | 077390 APPLICATION DATE: 09/19/1997 |

PATENT
REEL: 9342 FRAME: 0615

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

MASTER FILE REPORT
7
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 005351 | D | APPLICATION NO: TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-320) | 077391 APPLICATION DATE: 09/19/1997 |
| 005350 | D | APPLICATION NO: TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-310) | 077392 APPLICATION DATE: 09/19/1997 |
| 005584 | D | APPLICATION NO: ALLTREK STAND GOLF BAG | 082168 APPLICATION DATE: 01/16/1998 |
| 005589 | D | APPLICATION NO: SURFACE DESIGN FOR RUBBER BASKETBALLS (Design No. 2) | 083518 APPLICATION DATE: 02/06/1998 |
| 005588 | D | APPLICATION NO: MEDALLION GAME BALL (LOGO) (DESIGN) | 083522 APPLICATION DATE: 02/06/1998 |
| 005586 | D | APPLICATION NO: SURFACE DESIGNS FOR RUBBER BASKETBALLS (Design No. 1) | 083523 APPLICATION DATE: 02/06/1998 |
| 005453 | D | APPLICATION NO: DESIGN NO. 2 – BUBBLE BAT | 084938 APPLICATION DATE: 03/12/1998 |
| 005452 | D | APPLICATION NO: DESIGN NO. 1 – BUBBLE BAT | 084939 APPLICATION DATE: 03/12/1998 |

PATENT
REEL: 9342 FRAME: 0614

MASTER FILE REPORT
8                                              PCMASTER REPORTER                              05/18/1998  11 01    PAGE:
SPALDING U.S. PATENT APPLICATIONS

Docket No.      Case Type    APPLICATION NO: App No              APPLICATION DATE: App Date
-----------     ---------    --------------------               -------------------------------
005454          D            APPLICATION NO:                     ----- -----
                             DESIGN NO. 3 - BUBBLE BAT           085636 APPLICATION DATE:  03/26/1998

005606          D            APPLICATION NO:
                             PERIMETER WEIGHTED GOLF BALL        085660 APPLICATION DATE:  03/27/1998
                             DESIGN - DESIGN #9

005607          D            APPLICATION NO:
                             PERIMETER WEIGHTED GOLF BALL        085661 APPLICATION DATE:  03/27/1998
                             DESIGN - DESIGN #10

005598          D            APPLICATION NO:
                             PERIMETER WEIGHTED GOLF BALL        085665 APPLICATION DATE:  03/27/1998
                             DESIGN - DESIGN #1

005599          D            APPLICATION NO:
                             PERIMETER WEIGHTED GOLF BALL        085666 APPLICATION DATE:  03/27/1998
                             DESIGN - DESIGN #2

005600          D            APPLICATION NO:
                             PERIMETER WEIGHTED GOLF BALL        085667 APPLICATION DATE:  03/27/1998
                             DESIGN - DESIGN #3

005602          D            APPLICATION NO:
                             PERIMETER WEIGHTED GOLF BALL        085668 APPLICATION DATE:  03/27/1998
                             DESIGN - DESIGN #6

005604                       APPLICATION NO:
                             PERIMETER WEIGHTED GOLF BALL        085669 APPLICATION DATE:  03/27/1998
                             DESIGN - DESIGN #7

PATENT
REEL: 9342 FRAME: 0615

MASTER FILE REPORT                    PCMASTER REPORTER                              05/18/1998  11 01  PAGE:
9
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 005605 | D | APPLICATION NO:<br>PERIMETER WEIGHTED GOLF BALL<br>DESIGN - DESIGN #8 | 085670 APPLICATION DATE: 03/27/1998 |
| 005601 | D | APPLICATION NO:<br>PERIMETER WEIGHTED GOLF BALL<br>DESIGN - DESIGN #4 | 085671 APPLICATION DATE: 03/27/1998 |
| 005602 | D | APPLICATION NO:<br>PERIMETER WEIGHTED GOLF BALL<br>DESIGN - DESIGN #5 | 085680 APPLICATION DATE: 03/27/1998 |
| 005510 | | APPLICATION NO:<br>ALLTREK STAND GOLF BAG | 090388 APPLICATION DATE: 01/20/1998 |
| 008009 | | APPLICATION NO:<br>SHEET MOLDING COMPOUND FOR RACKETS | 291255 APPLICATION DATE: 08/16/1994 |
| 003637-F1 | F | APPLICATION NO:<br>HIGH ACID IONOMER AND GOLF<br>BALL COVER COMPOSITIONS<br>COMPRISING SAME | 366365 APPLICATION DATE: 12/19/1994 |
| 003624-2 | V | APPLICATION NO:<br>GOLF BALL COVER COMPOSITIONS<br>CONTAINING MINERAL FIBERS | 410824 APPLICATION DATE: 03/27/1995 |
| 003637-F1-2 | V | APPLICATION NO:<br>HIGH ACID IONOMER AND GOLF<br>BALL COVER COMPOSITIONS<br>COMPRISING SAME | 412051 APPLICATION DATE: 03/28/1995 |

MASTER FILE REPORT                          PCMASTER REPORTER                    05/18/1998  11 01  PAGE:
10
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO:  App No | APPLICATION DATE:  App Date |
|---|---|---|---|
| 004303 | | APPLICATION NO:<br>MULTI-LAYER GOLF BALL AND<br>METHOD OF MAKING SAME | 490963 APPLICATION DATE: 06/15/1995 |
| 004026 | | APPLICATION NO:<br>MULTI-LAYER GOLF BALL | 495062 APPLICATION DATE: 06/26/1995 |
| 004277 | | APPLICATION NO:<br>UV CURABLE INK FOR GAME BALL AND<br>METHOD OF PRINTING | 529361 APPLICATION DATE: 09/18/1995 |
| 002754-2-1 | V | APPLICATION NO:<br>IMPROVED ENLARGED GOLF BALL<br>(MAGNA BALL) | 530851 APPLICATION DATE: 09/20/1995 |
| 003724-1 | C | APPLICATION NO:<br>IMPROVED MULTI-LAYER GOLF BALL<br>(CIP) | 542793 APPLICATION DATE: 10/13/1995 |
| 003335-1 | C | APPLICATION NO:<br>RACKET FRAME CONSTRUCTION WITH<br>GRAPHITE/POLYETHYLENE FIBERS (CIP) | 554303 APPLICATION DATE: 11/08/1995 |
| 003929-1 | C | APPLICATION NO:<br>FILAMENT WOUND RACKET AND<br>METHOD OF FABRICATION (CIP) | 555191 APPLICATION DATE: 11/08/1995 |
| 003724-2 | C | APPLICATION NO:<br>IMPROVED MULTI-LAYER GOLF BALL | 556237 APPLICATION DATE: 11/09/1995 |

PATENT
REEL: 9348 FRAME: 0617

MASTER FILE REPORT                                        PCMASTER REPORTER                                        05/18/1998  11 01  PAGE:
11
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| ---------- | --------- | ---------------------- | -------------------------- |
| 004230 | | APPLICATION NO:          580260 | APPLICATION DATE: 12/28/1995 |
| | | DIPPED RUBBER GRIP FOR SPORTING GOODS | |
| | | (i.e. Baseball/Softball Bats) | |
| 004161 | | APPLICATION NO:          591046 | APPLICATION DATE: 01/25/1996 |
| | | SOFT-COVERED GOLF BALL HAVING A | |
| | | COVER MADE OF A SINGLE IONOMER | |
| 004224 | | APPLICATION NO:          595898 | APPLICATION DATE: 02/06/1996 |
| | | METHOD OF TREATING GAME BALLS FOR IMPROVING | |
| | | SCUFF RESISTANCE BY ELECTRON BEAM | |
| 004224-1 | | APPLICATION NO:          595898 | APPLICATION DATE: 02/06/1996 |
| | | METHOD OF TREATING GAME BALLS FOR IMPROVING | |
| | | SCUFF RESISTANCE BY ELECTRON BEAM | |
| 004224-F1 | | APPLICATION NO:          595898 | APPLICATION DATE: 02/06/1996 |
| | | METHOD OF TREATING GAME BALLS FOR IMPROVING | |
| | | SCUFF RESISTANCE BY ELECTRON BEAM | |
| 004231-1-F2 | | APPLICATION NO:          596690 | APPLICATION DATE: 02/06/1996 |
| | | IMPROVED GOLF BALL COVERS CONTAINING | |
| | | HIGH ACID IONOMERS | |
| 003637-F2 | F | APPLICATION NO:          601380 | APPLICATION DATE: 02/14/1996 |
| | | HIGH ACID IONOMER AND GOLF | |
| | | BALL COVER COMPOSITIONS | |
| | | COMPRISING SAME | |

PATENT
REEL: 93424 FRAME: 0618

MASTER FILE REPORT
12
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| ---- --- | ---- ---- | ------------ --- --- --- | ------------ --- --- --- |
| 004617 | | APPLICATION NO: 609546 | APPLICATION DATE: 03/01/1996 |
| | | METHOD OF COATING A GAME BALL WITH A QUICK-CURE COATING SYSTEM | |
| 003936 | | APPLICATION NO: 609822 | APPLICATION DATE: 03/01/1996 |
| | | QUICK CURE GOLF BALL COATING | |
| 004628 | | APPLICATION NO: 631613 | APPLICATION DATE: 04/10/1996 |
| | | MULTI-LAYER GOLF BALL USING SINGLE IONOMER OUTER COVER | |
| 003877 | | APPLICATION NO: 637029 | APPLICATION DATE: 04/24/1996 |
| | | LAMINATED LIGHTWEIGHT INSERTS FOR GOLF CLUB HEADS | |
| 003170-1-1-F2 | F | APPLICATION NO: 645185 | APPLICATION DATE: 05/13/1996 |
| | | GOLF BALL COVER COMPOSITIONS (FILE WRAPPER) | |
| 003190-4-F2 | F | APPLICATION NO: 647276 | APPLICATION DATE: 05/13/1996 |
| | | IMPROVED LOW MODULUS COVERED GOLF BALL (FILE WRAPPER) | |
| 003637-1-1-F1-1 | V | APPLICATION NO: 649050 | APPLICATION DATE: 05/16/1996 |
| | | GOLF BALL COVER COMPOSITIONS (DIVISIONAL) | |
| 004652 | D | APPLICATION NO: 655827 | APPLICATION DATE: 05/31/1996 |
| | | TOP-FLITE TOUR PUTTERS (1997) | |

PATENT
REEL: 9342 FRAME: 0619

MASTER FILE REPORT                                    PCMASTER REPORTER                                    05/18/1998  11 01    PAGE:
13
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003879 | | GOLF CLUB HEAD WITH INSERT | 660252 APPLICATION DATE: 06/07/1996 |
| 003600-3 | C | GOLF BALL COVER COMPOSITIONS (CONTINUATION) | 661608 APPLICATION DATE: 06/11/1996 |
| 004190 | | HOLOGRAM GAME BALL | 663393 APPLICATION DATE: 06/13/1996 |
| 004174 | | SOFTBALL/BASEBALL BATS - ALUMINUM SHELL/ HIGH STRENGTH ALLOY BARREL | 663394 APPLICATION DATE: 06/13/1996 |
| 004438-1 | C | COMPOSITE BAT WITH ALUMINUM BARREL AREA | 669072 APPLICATION DATE: 06/24/1996 |
| 003600-2 | C | GOLF BALL COVER COMPOSITIONS | 681870 APPLICATION DATE: 07/29/1996 |
| 003600-5 | C | GOLF BALL COVER COMPOSITIONS | 710423 APPLICATION DATE: 09/17/1996 |
| 000724-F1-D1 | V | IMPROVED MULTI-LAYER GOLF BALL (DIVISIONAL) | 714661 APPLICATION DATE: 09/16/1996 |

PATENT
REEL: 9342 FRAME: 0620

MASTER FILE REPORT                              PCMASTER REPORTER                          05/18/1998   11 01   PAGE:
14
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003611-2-D1 | V | APPLICATION NO: | 716016 APPLICATION DATE: 09/16/1996 |
| | | LOW SPIN GOLF BALL | |
| | | (DIVISIONAL) | |
| 003351-2-F1 | F | APPLICATION NO: | 723285 APPLICATION DATE: 09/30/1996 |
| | | GOLF BALL COVERS CONTAINING HIGH ACID IONOMERS | |
| 004214-D1 | V | APPLICATION NO: | 729725 APPLICATION DATE: 10/07/1996 |
| | | TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE | |
| 004026-1 | C | APPLICATION NO: | 743122 APPLICATION DATE: 11/04/1996 |
| | | GOLF BALL CONTAINING PLASTOMER AND | |
| | | METHOD OF MAKING SAME | |
| 003611-5 | C | APPLICATION NO: | 743579 APPLICATION DATE: 11/04/1996 |
| | | GOLF BALL WITH VERY THICK COVER | |
| 004292 | | APPLICATION NO: | 753674 APPLICATION DATE: 11/27/1996 |
| | | GAME BALL MOLD PREPARATION TECHNIQUE | |
| | | AND COATING SYSTEM | |
| 003809-3 | C | APPLICATION NO: | 753704 APPLICATION DATE: 11/27/1996 |
| | | UV-TREATED GOLF BALL | |
| | | (DIVISIONAL) | |
| 004026-2 | C | APPLICATION NO: | 762947 APPLICATION DATE: 12/10/1996 |
| | | GOLF BALL & METHOD OF MAKING SAME (MULTI-LAYER GOLF BALL WITH | |
| | | MANTLE CONTAINING NON-IONOMERIC POLYOLEFIN AND FILLER) | |

PATENT
REEL: 9342 FRAME: 0627

```
MASTER FILE REPORT                    PCMASTER REPORTER                              05/18/1998   11 01      PAGE:
15
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No              APPLICATION DATE: App Date
----------    ---------    -------------- ------              ----------------- --------
004408                     APPLICATION NO:        763070       APPLICATION DATE: 12/10/1996
                           NYLON COPOLYMER/IONOMER TERPOLYMER
                           BLENDS FOR GOLF BALL COVER FORMULATION
                           (P-5435 ASTL, P-5436 CANA, P-5437 JAPA,
                           P-5438 KORS, P-5439 U.K.)

004752                     APPLICATION NO:        782199       APPLICATION DATE: 01/10/1997
                           1,74 VERY THICK COVERED GOLF BALL

004751                     APPLICATION NO:        782221       APPLICATION DATE: 01/13/1997
                           TITANIUM FILLED THICK MANTLE,
                           SOFT-COVERED MULTI-LAYER GOLF BALL

004533                     APPLICATION NO:        783162       APPLICATION DATE: 01/14/1997
                           EIGHT CAVITY GOLF BALL INJECTION MOLD

004626                     APPLICATION NO:        789346       APPLICATION DATE: 01/27/1997
                           BALL BAT WITH TAILORED FLEXIBILITY
                           (P-5445 CANA)

                           APPLICATION NO:        789363       APPLICATION DATE: 01/27/1997
                           GOLF BAG WITH STAND

003611-1-F1        F       APPLICATION NO:        792274       APPLICATION DATE: 01/31/1997
                           LOW SPIN GOLF BALL
                           (FILE WRAPPER)

004748                     APPLICATION NO:        796760       APPLICATION DATE: 02/06/1997
                           TITANIUM CERAMIC WOOD GOLF CLUB HEAD
```

PATENT
REEL: 9342 FRAME: 0622

```
MASTER FILE REPORT                    PCMASTER REPORTER                          05/18/1998  11 01    PAGE:
  16
SPALDING U.S. PATENT APPLICATIONS

Docket No.       Case Type    APPLICATION NO: App No            APPLICATION DATE: App Date
------           ----  ----   --------------- --- --            ----------------- --- ----
004786                        APPLICATION NO:              796761 APPLICATION DATE: 02/06/1997
                             SPRING WIRE SHOCK ABSORBERS
                             FOR GOLF BAGS

003611-2-F1      F            APPLICATION NO:              798829 APPLICATION DATE: 02/12/1997
                             LOW SPIN GOLF BALL
                             (FILE WRAPPER)

004695                        APPLICATION NO:              799284 APPLICATION DATE: 02/13/1997
                             COURT GAME RACKET CONSTRUCTED WITH
                             COMPOSITE MATERIALS HAVING COMPOSITE RODS
                             INTERSPERSED WITH BIAS PLIES
                             (P-5430 TAIW, P-5431 ASTL, P-5432 CANA,

004298-1         F            APPLICATION NO:              802650 APPLICATION DATE: 02/18/1997
                             SOFT NATURAL RUBBER RACQUETBALL GRIP

004558                        APPLICATION NO:              810972 APPLICATION DATE: 02/27/1997
                             ZERO DIFFERENTIAL FORCE GOLF BALL
                             INJECTION MOLE

004290                        APPLICATION NO:              811447 APPLICATION DATE: 03/03/1997
                             GOLF BALL COVER BLEND OF IONOMOER AND
                             METALLOCENE CATALYZED POLYOLEFINS

003724-F2        F            APPLICATION NO:              815556 APPLICATION DATE: 03/13/1997
                             IMPROVED MULTI-LAYER GOLF BALL
                             (FILE WRAPPER)
```

PATENT
REEL: 9342 FRAME: 0623

MASTER FILE REPORT                                    PCMASTER REPORTER                           05/18/1998  11 01  PAGE:
17
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003477-1-F2 | F | IMPROVED GOLF BALL CORE COMPOSITIONS (FILE WRAPPER) | 819945 APPLICATION DATE: 03/18/1997 |
| 004143 | | IMPROVED PLAYABILITY OF SPORTS BALLS (P-5442 CANA, P-5443 ITAL, P-5444 JAPA) | 822671 APPLICATION DATE: 03/24/1997 |
| 004049 | | BLOW MOLDED BASKETBALL (P-5440 CANA, P-5441 JAPA) | 831584 APPLICATION DATE: 04/09/1997 |
| 002776-6 | F | MULTI-PIECE GOLF BALLS AND METHODS OF MANUFACTURE | 839740 APPLICATION DATE: 04/15/1997 |
| | | LOW MOMENT OF INERTIA MULTI-LAYER NON-WOUND GOLF BALL (P-5425 ASTI, P-5426 CANA, P-5427 JAPA, P-5428 KORS, | 840392 APPLICATION DATE: 04/29/1997 |
| 004660 | | FAIRWAY WOODS WITH BOUNCE (U) | 868836 APPLICATION DATE: 06/09/1997 |
| 004044 | | DRAGGED DIMPLE PATTERNS FOR GOLF BALLS (TEARDROP) | 869981 APPLICATION DATE: 06/05/1997 |
| 003990-1 | | ULTIMATE DISTANCE GOLF BALL | 872673 APPLICATION DATE: 06/11/1997 |

PATENT
REEL: 9342 FRAME: 0624

```
MASTER FILE REPORT                        PCMASTER REPORTER                          05/18/1998   11 01   PAGE:
   18
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No         APPLICATION DATE: App Date
---------     ----  ----   --------------  ------         ----------------  --------
003794-F2     F            APPLICATION NO:   - - -    873820 APPLICATION DATE: 06/12/1997
                           GOLF BALL AND METHOD FOR
                           MAKING SAME (MOISTURE IMPERMEABLE)

004467                     APPLICATION NO:           876064 APPLICATION DATE: 06/13/1997
                           GOLF BALL COATING DELIVERY SYSTEM

003778                     APPLICATION NO:           876150 APPLICATION DATE: 06/13/1997
                           SOFT COVERED GOLF BALL USING BLEND OF
                           IONOMER/ACID/TERPOLYMER/EPDM

004303-2      C            APPLICATION NO:           877937 APPLICATION DATE: 06/18/1997
                           MULTI-LAYER GOLF BALL AND
                           METHOD OF MAKING SAME

RE4277-1      C            APPLICATION NO:           877938 APPLICATION DATE: 06/18/1997
                           UV CURABLE INK FOR GAME BALL AND
                           METHOD OF PRINTING

004294-2-1-8  C            APPLICATION NO:           887053 APPLICATION DATE: 07/02/1997
                           IMPROVED ENLARGED GOLF BALL
                           (MAGNA BALL)

003476-D1                  APPLICATION NO:           891810 APPLICATION DATE: 07/14/1997
                           GOLF BALL DIMPLE CONFIGURATION
                           METHOD AND PRODUCT

004860                     APPLICATION NO:           893808 APPLICATION DATE: 07/11/1997
                           GAMMA TREATED GAME BALL/CORE/
                           SHOE SOLES/SPIKES
```

PATENT
REEL: 9342 FRAME: 0625

05/18/1998   11 01   PAGE:

MASTER FILE REPORT
19
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| ---- | ---- | | |
| 005066 | | APPLICATION NO: | APPLICATION DATE: |
| | | DSS-1 GOLF CLEAT (DIFFERENCE SPIKE SYSTEM) | 922822 APPLICATION DATE: 09/03/1997 |
| 005165 | | APPLICATION NO: TWO-PIECE COMPOSITE CLEAT FOR GOLF SHOE | 922822 APPLICATION DATE: 09/03/1997 |
| 005379 | | APPLICATION NO: MULTI-LAYER GOLF BALL HAVING A THERMOSET MANTLE | 927619 APPLICATION DATE: 09/11/1997 |
| 004293-1 | | APPLICATION NO: ONE PIECE GOLF BALL USING BLENDS OF ZDA AND CARBOXYLIC ACIDS | 928775 APPLICATION DATE: 09/11/1997 |
| 005161-1 | | APPLICATION NO: SOFT-COVERED GOLF BALL HAVING A COVER MADE OF A SINGLE IONOMER | 944342 APPLICATION DATE: 10/06/1997 |
| 004638-1-1 | C | APPLICATION NO: COMPOSITE BAT WITH ALUMINUM BARREL AREA | 948445 APPLICATION DATE: 10/10/1997 |
| 002776-7 | C | APPLICATION NO: MULTI-PIECE GOLF BALLS AND METHOD OF MANUFACTURE | 959952 APPLICATION DATE: 10/24/1997 |
| 005474 | | APPLICATION NO: GOLF BALL HAVING VERY SOFT CORE WITH HARD COVER (AERO) | 975799 APPLICATION DATE: 11/21/1997 |

PATENT
REEL: 93429 FRAME: 0626

```
MASTER FILE REPORT                              PCMASTER REPORTER                          05/18/1998  11 01   PAGE:
   20
SPALDING U.S.  PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No           APPLICATION DATE: App Date
---- ---      ---- ----    ---------------- -- --            ----------------- --- ----
005224                     APPLICATION NO:                  982558 APPLICATION DATE: 12/02/1997
                           GOLF BAG STAND

003637-F1-D1    V          APPLICATION NO:                  997857 APPLICATION DATE: 12/24/1997
                           HIGH ACID IONOMER AND GOLF
                           BALL COVER COMPOSITIONS
                           COMPRISING SAME

005031                     APPLICATION NO:               60/042117 APPLICATION DATE: 03/28/1997
                           SILICONE RUBBER GOLF BALL CORE/MANTLE

005051          L          APPLICATION NO:               60/042428 APPLICATION DATE: 03/28/1997
                           PERIMETER WEIGHTED GOLF BALL
                           WITH VISIBLE WEIGHTING

004760          L          APPLICATION NO:               60/042430 APPLICATION DATE: 03/28/1997
                           METALIZED MULTI-LAYER GOLF BALL
```

PATENT
REEL: 9342 FRAME: 0627

SCHEDULE VI
TO SECURITY AGREEMENT

Item A.  Trademarks

Intentionally omitted.

Item B.  Trademark Licenses

Intentionally omitted.

24280769.7

PATENT
REEL: 9342 FRAME: 0628

SCHEDULE VII
TO SECURITY AGREEMENT

Trade Secret or Know-How Licenses

| Grantor | Licensor | Licensee | Effective Date | Expiration Date | Subject Matter |
|---------|----------|----------|----------------|-----------------|----------------|

None.

24280769.7

SCHEDULE VIII
TO SECURITY AGREEMENT

DOMESTIC BANK ACCOUNTS
AS OF 3/31/98

24-Apr-98
08:39 AM

| BANK NAME | BANK ADDRESS | ACCT # | DIVISION NAME | PURPOSE |
|---|---|---|---|---|
| BANK BOSTON | | 16179736 | DUDLEY | MASTER |
| BANK OF AMERICA | | 73-14760 | EVENFLO & SP HLDGS | MASTER |
| BANK OF AMERICA | 231 South LaSalle St | 79-50058 | EVENFLO CO INC | CONTROLLED DISB. |
| BANK OF AMERICA | Chicago, IL 60697 | 73-19360 | EVENFLO CO INC | CONCENTRATION |
| BANK OF AMERICA | | 73-61298 | EVENFLO CO INC | L/C OVERDRAFT |
| BANK OF AMERICA | | 73-05194 | EVENFLO CO INC | CANTON HRLY P/R |
| BANK OF CANTON | P.O. Box 649 | 02-00-04047-8 | EVENFLO CO INC | PETTY CASH FUND |
| BANK OF CANTON | Canton, GA 30114 | 02-00-96962-2 | EVENFLO CO INC | SINKING FUND |
| BANK ONE | Kettering Tower | 964157250 | EVENFLO CO INC | PIQUA HRLY P/R |
| BANK ONE | P.O. Box 1103 | 964150580 | EVENFLO CO INC | PIQUA SAL. P/R |
| BANK ONE | Dayton, OH 45401-1103 | 964154880 | EVENFLO CO INC | JASPER P/R |
| BANK ONE | | 19-3534-2 | EVENFLO CO INC | CREDIT CARDS |
| FIFTH THIRD BANK | 1701 W. High Street | 417-270-9 | EVENFLO CO INC | PIQUA PETTY CASH |
| FIFTH THIRD BANK | Piqua, OH 45356 | 72573545 | EVENFLO CO INC | S&A REBATE |
| FIRST NATL JASPER | P.O. Box 31, Jasper, Al. 35501 | 21-659-4 | EVENFLO CO INC | JASPER PETTY CASH |
| NATIONAL CITY BANK | | 2118782 | EVENFLO CO INC | LOCKBOX |
| NATIONSBANK | 100 Southeast 2nd Street | 3750062963 | EWW LISCO | MASTER |
| NATIONSBANK | Miami, FL 33131 | 3750185797 | LISCO SPORTS | MASTER |
| NATIONSBANK | | 3750165907 | LISCO FEEDING | MASTER |
| BANK OF AMERICA | | 76-16312 | LISCO FURNITURE | MASTER |
| BANK OF AMERICA | | 75-16304 | LISCO, INC. | MASTER |
| BANK OF AMERICA | | 73-16550 | GERRY | CONCENTRATION ACCT |
| BANK OF AMERICA | | 79-50667 | GERRY WOOD | CONTROLLED DISB. |
| BANK OF AMERICA | | 79-50675 | GERRY BABY | CONTROLLED DISB. |
| BANK ONE * | 1125 17th St., Denver 80217 | 1126132131 | GERRY | DENVER P/R |
| COLORADO NTL BK | 950 17th Street | 1-949-1270-3342 | GERRY WOOD | LOCKBOX |
| COLORADO NTL BK | P.O. Box 5168 | 1-949-1270-3110 | GERRY BABY | LOCKBOX |
| COLORADO NTL BK | Denver, CO 80217 | 1-949-1270-3375 | GERRY | MASTER ACCT |
| BANK OF AMERICA | | 7924097 | SP & EV COS., INC. | L/C |
| BANK OF AMERICA | | 77-85990 | SP & EV COS., INC. | BENEFITS ACCOUNT |
| BANK OF AMERICA | | 77-14785 | SP & EV COS., INC. | CONCENTRATION |
| BANK OF AMERICA | | 79-50071 | SP & EV COS., INC. | CONTROLLED DISB. |
| NATIONAL CITY BANK | 1900 E. 9th Street | 2485435 | SP & EV COS., INC. | W/C |
| NATIONAL CITY BANK | Cleveland, OH 44114 | 2857278 | SP & EV COS., INC. | W/C (EVENFLO) |
| NATIONSBANK | | 3750139451 | SP & EV COS., INC. | MASTER |
| NATIONSBANK | | 3750140712 | SP & EV COS., INC. | P/R |
| BANK BOSTON | 1350 Main Street | 22297791 | SPALDING | REBATE ACCT |
| BANK BOSTON | Springfield, MA 01103 | 161314 | SPALDING | P/R |
| BANK BOSTON | | 1147722 | SPALDING | MASTER |
| BANK BOSTON | | 161822 | SPALDING | COMMERCIAL |
| BANK OF AMERICA | | 79-50047 | SPALDING | CONTROLLED DISB. |
| BANK OF AMERICA | | 76-46550 | SPALDING | LOCKBOX |
| BANK OF AMERICA | | 77-86182 | SPALDING | L/D OVERDRAFT |
| CHASE BANK | 380 Madison, Ave, NY 10022 | 613-210514 | SPALDING | IMPREST |
| FULTON NATL BK | Box 783, Gloversville, NY 12078 | 8760093112 | SPALDING | PAYROLL |
| NATIONAL CITY BANK | | 2118700 | SPALDING | LOCKBOX |
| BANK BOSTON | | 38095455 | SPALDING SPRTS CTRS MASTER | |
| LIBERTY BANK | 8 Main St, Clinton, CT 06413 | 417044119 | SPALDING SPRTS CTRS DEPOSITORY | |
| BANK OF AMERICA | | 77-88317 | SP & EV CANADA INC. | L/C OVERDRAFT |
| BK OF NOVA SCOTIA | 44 King Street West | 5791-14 | SP & EV CANADA INC. | CAN $ ACCT |
| BK OF NOVA SCOTIA | Toronto, Ontario M5H 1H1 | 50165-17 | SP & EV CANADA INC. | US $ ACCT |
| BK OF NOVA SCOTIA | | 203-11 | SP CAN, DIV S&E CAN | CAN $ ACCT |
| BK OF NOVA SCOTIA | | 50100-14 | SP CAN, DIV S&E CAN | US $ ACCT |
| BK OF NOVA SCOTIA | | 14742-19 | EV CO, INC. | CAN $ ACCT |
| BK OF NOVA SCOTIA | | 50158-12 | EV CO, INC. | US $ ACCT |

* All other Bank One accounts are located at the Dayton, OH address

MARTHA.DOMBANKS

PATENT
REEL: 9342 FRAME: 0630

# EXHIBIT K

FORM PTO-1565

RECORD

06-03-1998

100726282

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**

EVENFLO & SPALDING HOLDINGS CORPORATION
SPALDING & EVENFLO COMPANIES, INC.
EVENFLO COMPANY, INC.
ETONIC WORLDWIDE CORPORATION
LISCO, INC.
S&E FINANCE CO., INC.
SPALDING SPORTS CENTERS, INC.
ETONIC LISCO, INC.
LISCO FURNITURE, INC.
LISCO FEEDING, INC.
LISCO SPORTS, INC.

Additional names(s) of conveying party(ies) attached? ☐ Yes ☒ No

**3. Nature of conveyance:**

☐ Assignment                    ☐ Merger

☒ Security Agreement            ☐ Change of Name

☐ Other _____

Execution Date: __March 31, 1998__

**2. Name and address of receiving party(ies):**

Name: BANK OF AMERICA NATIONAL TRUST
     & SAVINGS ASSOCIATION
     as Administrative Agent

Internal Address: _____

Street Address: 1455 Market Street, 12th Floor

City: __San Francisco__   State: __CA__  ZIP: __94103__

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**4. Application number(s) or patent number(s):**

If this document is being filed together with a new application, the execution date of the application is: _____

Application Numbers:                    Registration Numbers:

SEE ATTACHED LIST                       SEE ATTACHED LIST

Additional numbers attached? ☒ Yes ☐ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: __Nora A. Whitescarver__

Internal Address: Mayer, Brown & Platt

Street Address: 2000 Pennsylvania Ave., N.W.

Suite 3900

City: Washington    State: D.C.    ZIP: 20006

**6. Total number of applications and patents involved:** 894

**7. Total fee (37 CFR 3.41):** $44,520.00
(Overpayment of $8,760.00 Refund Requested)

☒ Enclosed (Check No. 018717 )

☐ Authorized to be charged to deposit account

**8. Deposit account number:** _____

(Attach duplicate copy of this page if paying by deposit account)

06/02/1998 DCDATES 00000205 380973
01 FC:581                    35750.00 OP

DO NOT USE THIS SPACE

**9. Statement and signature.**
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

__Nora A. Whitescarver__
Name of Person Signing

Signature

Date  May 22, 1998

Total number of pages including cover sheet, attachments and documents: 249

REEL: 9227 FRAME: 0574

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
1
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---- | ---- | ---- --- --- | ---- ---- -- |
| 005338 | | PATENT NO:  380973 | GRANT DATE: 07/15/1997 |
| | | BABY MONITOR TRANSMITTER | |
| 001480 | | PATENT NO:  4101042 | GRANT DATE: 07/18/1978 |
| | | BOTTLE DISC | |
| 001593 | | PATENT NO:  4186454 | GRANT DATE: 02/05/1980 |
| | | PORTABLE PLAYPEN HOUDINI | |
| 001836 | C | PATENT NO:  4231612 | GRANT DATE: 11/04/1980 |
| | | BABY CARRIER AND CAR SEAT (DYN-O-MITE) | |
| 001699 | | PATENT NO:  4288123 | GRANT DATE: 09/08/1981 |
| | | HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) | |
| 005341 | | PATENT NO:  4323233 | GRANT DATE: 04/06/1982 |
| | | PENDULUM SWING | |
| | | PATENT NO:  4343510 | GRANT DATE: 08/10/1982 |
| | | CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | |
| 001914 | C | PATENT NO:  4376551 | GRANT DATE: 03/15/1983 |
| | | CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | |
| 005296 | | PATENT NO:  4434920 | GRANT DATE: 03/06/1984 |
| | | SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER | |

PATENT
REEL 9227 FRAME 0575

05/14/1998    9 54    PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
2
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|------------|-----------|--------------------|----------------------|
| ---- | ---- | --- -- -- - --- | ----- -- |
| 002149 | | PATENT NO:   4568122 GRANT DATE: 02/04/1986 | |

WINGS AUTO BOOSTER SEAT UTILITY

| 002354 | | PATENT NO:   4754999 GRANT DATE: 07/05/1988 |

7 YEAR CAR SEAT

| 005295 | | PATENT NO:   4777672 GRANT DATE: 10/18/1988 |

CHILDREN'S CONVERTIBLE TOILET APPARATUS

| 002298 | | PATENT NO:   4802248 GRANT DATE: 02/07/1989 |

SPRING HANGER ASSEMBLY (ALL WOOD CRIBS)

| 002786 | | PATENT NO:   4826246 GRANT DATE: 05/02/1989 |

CHILD SAFETY SEAT
(ULTARA II WITH T-SHIELD)

| 005410 | D | PATENT NO:   4832367 GRANT DATE: 05/23/1989 |

BELT RESTRAINING APPARATUS
FOR AUTO PASSENGERS

| 002711 | | PATENT NO:   4892517 GRANT DATE: 01/09/1990 |

BREAST PUMP (1986 VERSION)

| 003010 | | PATENT NO:   4912818 GRANT DATE: 04/03/1990 |

BELT ADJUSTING APPARATUS (ULTARA I)

| 003014 | | PATENT NO:   4943113 GRANT DATE: 07/24/1990 |

CHILD RESTRAINT SYSTEM WITH IMPROVED BASE (JOYRIDE)

PATENT
REEL: 9227 FRAME: 0576

MASTER FILE REPORT
3
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9  54    PAGE:

Docket No.    Case Type    PATENT NO: Pat No.    GRANT DATE: Grant Dt
------    -------    -------   ---  ---    ---------- ------- --
003082                      PATENT NO:    4958887  GRANT DATE: 09/25/1990
                            INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS

003129                      PATENT NO:    4962965  GRANT DATE: 10/16/1990
                            SEAT BELT ASSEMBLY FOR HIGH CHAIRS

003539                      PATENT NO:    4968091  GRANT DATE: 11/06/1990
                            ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
                            (CHAIR & STAIR)

003161                      PATENT NO:    4968092  GRANT DATE: 11/06/1990
                            HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM)
                            (SIDEWINDER)

004292                      PATENT NO:    4984895  GRANT DATE: 01/15/1991
                            VEHICLE SEAT FOR A CHILD

003078                      PATENT NO:    4985948  GRANT DATE: 01/22/1991
                            FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER - SECOND
                            VERSION

004004                      PATENT NO:    5020680  GRANT DATE: 06/04/1991
                            DISPOSABLE NURSER SHELL & HOOD (1988)

003789                      PATENT NO:    5061012  GRANT DATE: 10/29/1991
                            CHILD CAR SEAT WITH AUTOMATICE HARNESS ADJUST

PATENT
REEL: 8227 FRAME: 0537

MASTER FILE REPORT                                                    PCMASTER REPORTER                                    05/14/1998      9 54    PAGE:
4
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.              GRANT DATE: Grant Dt
----- ---    ---- ----    ------- --- --- ---             ----- ----- ----- --
003117                     PATENT NO:            5106154   GRANT DATE: 04/21/1992
                           CAR SEAT WITH INTEGRAL
                           CONVERTIBLE FRAME (CHAMPION)

005340                     PATENT NO:            5172955   GRANT DATE: 12/22/1992
                           BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT

003376                     PATENT NO:            5181761   GRANT DATE: 01/26/1993
                           CHILD RESTRAINT SYSTEM (ULTARA I)

003353                     PATENT NO:            5181765   GRANT DATE: 01/26/1993
                           HEAT TREATED LATCH PLATE
                           (ULTARA II CAR SEAT)

003258-1                   PATENT NO:            5183311   GRANT DATE: 02/02/1993
                           PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY)

005285                     PATENT NO:            5210532   GRANT DATE: 05/11/1993
                           BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY

                           PATENT NO:            5272840   GRANT DATE: 12/28/1993
                           SECURITY GATE WITH WALK-THROUGH FEATURE

005288                     PATENT NO:            5277472   GRANT DATE: 01/11/1994
                           MULTI-FUNCTION INFANT SEAT

005291                     PATENT NO:            5280635   GRANT DATE: 01/18/1994
                           BABY MONITOR TRANSMITTER

PATENT
REEL: 9227 FRAME: 0578

MASTER FILE REPORT                              PCMASTER REPORTER                                    05/14/1998    9 54    PAGE:
5
EVENFLO U.S.  PATENTS

Docket No.    Case Type    PATENT NO: Pat No.          GRANT DATE: Grant Dt
----- --     ---- ----    ------- --                  ----- ----- -----
003705                    PATENT NO:        5288283   GRANT DATE: 02/22/1994
                          DOORWAY EXERCISER (U)
                          (NEW JOHNNY JUMP UP)

003780                    PATENT NO:        5292336   GRANT DATE: 03/08/1994
                          PACIFIER WITH HANDLE (UTILITY) (DISNEY)

005406                    PATENT NO:        5317765   GRANT DATE: 06/07/1994
                          COLLAPSIBLE INFANT BATH RING

005325                    PATENT NO:        5322343   GRANT DATE: 06/21/1994
                          INFANT CAR SEAT

003950                    PATENT NO:        5324094   GRANT DATE: 06/28/1994
                          HANDLE FOR INFANT CAR SEAT
                          (CARRY RIGHT)

003831                    PATENT NO:        5326327   GRANT DATE: 07/05/1994
                          SWING ASSEMBLY

003932                    PATENT NO:        5361934   GRANT DATE: 11/08/1994
                          POP-UP STRAW FOR JUVENILE
                          DRINKING CUP

005530                    PATENT NO:        5385387   GRANT DATE: 01/31/1995
                          CHILD CARRIER WITH DETACHABLE BASE
                          (ON MY WAY)

PATENT
REEL: 2227 FRAME: 0529

```
MASTER FILE REPORT
    6
EVENFLO U.S. PATENTS
                                        PCMASTER REPORTER                        05/14/1998    9  54    PAGE:

Docket No.    Case Type    PATENT NO: Pat No.         GRANT DATE: Grant Dt
---- ---      --- ----     --- ---- ---  --- ---      ---- ---- ---  --- ---
003896                     PATENT NO:         5407246  GRANT DATE: 04/18/1995
                           CHILD'S EXERCISER/ROCKER (U)
                           (EXERSAUCER)

003950-1      C            PATENT NO:         5409292  GRANT DATE: 04/25/1995
                           HANDLE FOR INFANT CAR SEAT
                           (CARRY RIGHT)

003862                     PATENT NO:         5427432  GRANT DATE: 06/27/1995
                           ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
                           (ULTARA)

005343                     PATENT NO:         5437115  GRANT DATE: 08/01/1995
                           SECURITY GATE APPARATUS

003641                     PATENT NO:         5445585  GRANT DATE: 08/29/1995
                           SPRING HOUSING AND SPREADER ASSEMBLY
                           (NEW JOYNNY JUMP-UP AND QUACKERS)

003907                     PATENT NO:         5458398  GRANT DATE: 10/17/1995
                           INFANT CAR SEAT WITH RECESSED BELT PATH
                           (EASY 5)

003930-1      C            PATENT NO:         5478135  GRANT DATE: 12/26/1995
                           CHILD CARRIER WITH DETACHABLE BASE
                           (ON MY WAY) (CIP Appln)

003963                     PATENT NO:         5489138  GRANT DATE: 02/06/1996
                           IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U)
                           (CELEBRITY)
```

PATENT
REEL: 9227 FRAME: 0580

PAGE:

05/14/1998    9    54

PCMASTER REPORTER

MASTER FILE REPORT
7
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---- | ---- | ---- ---- ---- | ---- ---- ---- ---- |
| 003786 | | PATENT NO:      5507558   GRANT DATE: 04/16/1996 | |

AUTO BOOSTER SEAT W/SHIELD
(SIDEKICK)

003950-1-1    C      PATENT NO:      5516190   GRANT DATE: 05/14/1996
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

005305      PATENT NO:      5531258   GRANT DATE: 07/02/1996
FOLDING SOFT GATE

005318      PATENT NO:      5533959   GRANT DATE: 07/09/1996
WIRELESS REMOTE MONITORS

004158      PATENT NO:      5535457   GRANT DATE: 07/16/1996
BLOW MOLDED CRIB (U)
(HUNTINGTON BABY CRIB)

004222      PATENT NO:      5553336   GRANT DATE: 09/10/1996
PLAYYARD AND BASSINET COMBINATION
(HAPPY CAMPER)

003339      PATENT NO:      5558400   GRANT DATE: 09/24/1996
ADJUSTABLE HEIGHT HIGH CHAIR

005303      PATENT NO:      5575530   GRANT DATE: 11/19/1996
INFANT BOUNCER

PATENT
REEL: 9227 FRAME: 0582

```
MASTER FILE REPORT                          PCMASTER REPORTER                      05/14/1998    9 54    PAGE:
     8
EVENFLO U.S.   PATENTS

Docket No.   Case Type   PATENT NO:  Pat No.        GRANT DATE:  Grant Dt
-------      ---- ----   --- ----    --- ---        --- ----     --- --
005314                   PATENT NO:       5588158 GRANT DATE: 12/31/1996
                         BATH RING

005316                   PATENT NO:       5599060 GRANT DATE: 02/04/1997
                         CHILD'S BOOSTER SEAT FOR VEHICLES

004175-1     F           PATENT NO:       5609393 GRANT DATE: 03/11/1997
                         RECLINING MECHANISM FOR TODDLER
                         CAR SEATS (EASY 5)

005312                   PATENT NO:       5638885 GRANT DATE: 06/17/1997
                         BABY MONITOR RECEIVER

005284                   PATENT NO:       5643035 GRANT DATE: 07/01/1997
                         BUBBLE PRODUCING DEVICE

004483                   PATENT NO:       5644806 GRANT DATE: 07/08/1997
                         PLAYYARD SYSTEM WITH HANDLE AND WHEELS
                         (U) (ROLL N GO)

004490                   PATENT NO:       5662339 GRANT DATE: 09/02/1997
                         IMPROVED INFANT FRAME CARRIER
                         (HIKE N' ROLL) (U)

004226                   PATENT NO:       5690383 GRANT DATE: 11/25/1997
                         BABY BUNGEE JUMPER (U)
                         (THIRD VERSION)
```

PATENT
REEL: 9227 FRAME: 0482

```
MASTER FILE REPORT                        PCMASTER REPORTER                    05/14/1998   9 54   PAGE:
  9
EVENFLO U.S.  PATENTS

Docket No.    Case Type    PATENT NO:  Pat No.        GRANT DATE: Grant Dt
--- ---       --- ----     ----- --    --- ---        ----- ----  ----- --
005317                     PATENT NO:       5692655   GRANT DATE: 12/02/1997
                           SOFT CARRIER FOR A CHILD

003896-2      C            PATENT NO:       5704576   GRANT DATE: 01/06/1998
                           CLIP FOR A CHILD'S EXERCISER/ROCKER  (U)
                           (EXERSAUCER) (CIP)

005308                     PATENT NO:       5708970   GRANT DATE: 01/13/1998
                           WIRELESS SOUND MONITORING APPARATUS
                           WITH SUBAUDIBLE SQUELCH CONTROL

004299                     PATENT NO:       5727798   GRANT DATE: 03/17/1998
                           CHILD STROLLER AND INFANT CARRIER SYSTEM
                           (U) (ON MY WAY)

004744                     PATENT NO:       5738410   GRANT DATE: 04/14/1998
                           RECLINE MECHANISM FOR THREE-WHEELED STROLLER

004799                     PATENT NO:       5745954   GRANT DATE: 05/05/1998
                           PLAYYARD HINGE
                           (HAPPY CAMPER)

004765                     PATENT NO:       5752283   GRANT DATE: 05/19/1998
                           ECONOMY BOTTOM PLAYYARD

005083                     PATENT NO:       5759195   GRANT DATE: 06/02/1998
                           MESH PACIFIER
                           (1997)
```

PATENT
REEL: 9327 FRAME: 0582

PAGE:    9 54    05/14/1998

PCMASTER REPORTER

MASTER FILE REPORT
10
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 001928 | D | PATENT NO: D268468 GRANT DATE: 04/05/1983 DRESSER MIRROR | |
| 001924 | D | PATENT NO: D268974 GRANT DATE: 05/17/1983 FIVE-DRAWER CHEST | |
| 001956 | D | PATENT NO: D274714 GRANT DATE: 07/17/1984 STROLLER | |
| 002001 | D | PATENT NO: D274876 GRANT DATE: 07/31/1984 CRIB END (WINDSOR--W/O DECO END SPIND) | |
| 002002 | D | PATENT NO: D274877 GRANT DATE: 07/31/1984 CRIB END (CASABLANCA WICKER) | |
| 002096 | D | PATENT NO: D276098 GRANT DATE: 10/30/1984 BOOSTER SEAT (2-STAGE MODEL) | |
| 00?0?? | D | PATENT NO: D276099 GRANT DATE: 10/30/1984 DESIGN OF BOOSTER SEAT (4-STAGE MODEL) | |
| 00?017 | D | PATENT NO: D276635 GRANT DATE: 12/04/1984 TOY GOAT | |
| 002013 | D | PATENT NO: D276636 GRANT DATE: 12/04/1984 TOY CELERY (SQUEEZY) | |

PATENT
REEL: 9227 FRAME: 0584

MASTER FILE REPORT
11
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998     9 54     PAGE:

| Docket No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|
| 002014 | D | PATENT NO:<br>TOY BANANA | | D276637 GRANT DATE: | 12/04/1984 |
| 002042 | D | PATENT NO:<br>TOY OCTOPUS | | D276638 GRANT DATE: | 12/04/1984 |
| 002039 | D | PATENT NO:<br>TOY DOG (SQUEEZE PET) | | D276639 GRANT DATE: | 12/04/1984 |
| 002041 | D | PATENT NO:<br>TOY CAT | | D276640 GRANT DATE: | 12/04/1984 |
| 002016 | D | PATENT NO:<br>TOY HORSE | | D276641 GRANT DATE: | 12/04/1984 |
| 002040 | D | PATENT NO:<br>TOY MOUSE | | D276643 GRANT DATE: | 12/04/1984 |
| 002034 | D | PATENT NO:<br>TOY ELEPHANT TEETHER | | D276653 GRANT DATE: | 12/04/1984 |
| 002013 | D | PATENT NO:<br>TOY DOG TEETHER | | D276738 GRANT DATE: | 12/11/1984 |
| 002021 | D | PATENT NO:<br>TOY CLOWN | | D276739 GRANT DATE: | 12/11/1984 |

PATENT
REEL: 9227 FRAME: 0585

```
MASTER FILE REPORT                              FCMASTER REPORTER                    05/14/1998    9 54    PAGE:
12
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.         GRANT DATE: Grant Dt
---------    ---------    ---------                 ----------
002043          D         PATENT NO:    D276834  GRANT DATE: 12/18/1984
                          TOY SEAHORSE

002033          D         PATENT NO:    D276845  GRANT DATE: 12/18/1984
                          TOY KITTEN TEETHER

002045          D         PATENT NO:    D276925  GRANT DATE: 12/25/1984
                          TOY RABBIT RATTLE

002015          D         PATENT NO:    D276929  GRANT DATE: 12/25/1984
                          TOY BEAR

002023          D         PATENT NO:    D277016  GRANT DATE: 01/01/1985
                          TOY TIGER

002029          D         PATENT NO:    D277017  GRANT DATE: 01/01/1985
                          TOY ORANGE RATTLE

002020          D         PATENT NO:    D277018  GRANT DATE: 01/01/1985
                          TOY PEAR RATTLE

002019          D         PATENT NO:    D277119  GRANT DATE: 01/08/1985
                          TOY HAMMER

002067          D         PATENT NO:    D277157  GRANT DATE: 01/15/1985
                          CRIB END (ANTIQUITY)
```

PATENT
REEL: 9227 FRAME: 0586

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
13
EVENFLO U.S. PATENTS

PCMASTER REPORTER

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 002046 | D | TOY SQUIRREL RATTLE | D277197 GRANT DATE: 01/15/1985 |
| 002047 | D | TOY KITTEN (RATTLE) | D277198 GRANT DATE: 01/15/1985 |
| 002020 | D | TOY PLIERS | D272203 GRANT DATE: 01/15/1985 |
| 002012 | D | SQUEEZY (TOY CARROT) DESIGN | D277216 GRANT DATE: 01/15/1985 |
| 002044 | D | TOY DUCK | D277496 GRANT DATE: 02/05/1985 |
| 002048 | D | TOY BUNNY RABBIT RATTLE | D277587 GRANT DATE: 02/12/1985 |
| 000018 | D | TOY PUPPY DOG RATTLE | D277588 GRANT DATE: 02/12/1985 |
| | D | TOY SAW | D277589 GRANT DATE: 02/12/1985 |
| 005320 | | INFANT CARRIER | D277811 GRANT DATE: 03/05/1985 |

PATENT
REEL: 9222 FRAME: 0587320

# EXHIBIT K

{}

| FORM PTO-1565 | RECORD | 06-03-1998 | U.S. DEPARTMENT OF COMMERCE |
| --- | --- | --- | --- |
| | | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | Patent and Trademark Office |
| | | 100726282 | |

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof:

**1. Name of conveying party(ies):**

EVENFLO & SPALDING HOLDINGS CORPORATION
SPALDING & EVENFLO COMPANIES, INC.
EVENFLO COMPANY, INC.
ETONIC WORLDWIDE CORPORATION
LISCO, INC.
S&E FINANCE CO., INC.
SPALDING SPORTS CENTERS, INC.
ETONIC LISCO, INC.
LISCO FURNITURE, INC.
LISCO FEEDING, INC.
LISCO SPORTS, INC.

Additional names(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies):**

Name: BANK OF AMERICA NATIONAL TRUST
& SAVINGS ASSOCIATION
as Administrative Agent

Internal Address:

**3. Nature of conveyance:**

☐ Assignment                 ☐ Merger

☒ Security Agreement         ☐ Change of Name

☐ Other _____

Execution Date: March 31, 1998

Street Address: 1455 Market Street, 12th Floor

City: San Francisco   State: CA   ZIP: 94103

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**4. Application number(s) or patent number(s):**

If this document is being filed together with a new application, the execution date of the application is: _____

Application Numbers:

SEE ATTACHED LIST

Registration Numbers:

SEE ATTACHED LIST

Additional numbers attached? ☒ Yes ☐ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: Nora A. Whitescarver

Internal Address: Mayer, Brown & Platt

Street Address: 2000 Pennsylvania Ave., N.W.

Suite 3900

City: Washington   State: D.C.   ZIP: 20006

**6. Total number of applications and patents involved:** 894

**7. Total fee (37 CFR 3.41):** $44,520.00
(Overpayment of $8,760.00 Refund Requested)

☒ Enclosed (Check No. 018717 )

☐ Authorized to be charged to deposit account

**8. Deposit account number:**

(Attach duplicate copy of this page if paying by deposit account)

06/02/1998 DCOATES 00000205 380973

01 FC:581              35750.00 OP

DO NOT USE THIS SPACE

**9. Statement and signature.**
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Nora A. Whitescarver
Name of Person Signing

Signature: _[signature]_

May 22, 1998
Date

Total number of pages including cover sheet, attachments and documents: 249

REEL: 9227 FRAME: 0574

_[handwritten left margin: MRD 5-22-98]_

MASTER FILE REPORT
i
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---- | ---- | ---- | ---- |
| 005338 | | PATENT NO:    380973 | GRANT DATE: 07/15/1997 |
| | | BABY MONITOR TRANSMITTER | |
| 001480 | | PATENT NO:    4101042 | GRANT DATE: 07/18/1978 |
| | | BOTTLE DISC | |
| 001593 | | PATENT NO:    4186454 | GRANT DATE: 02/05/1980 |
| | | PORTABLE PLAYPEN HOUDINI | |
| 001836 | C | PATENT NO:    4231612 | GRANT DATE: 11/04/1980 |
| | | BABY CARRIER AND CAR SEAT (DYN-O-MITE) | |
| 001699 | | PATENT NO:    4288123 | GRANT DATE: 09/08/1981 |
| | | HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) | |
| 005341 | | PATENT NO:    4323233 | GRANT DATE: 04/06/1982 |
| | | PENDULUM SWING | |
| 001913 | | PATENT NO:    4343510 | GRANT DATE: 08/10/1982 |
| | | CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | |
| 001914 | C | PATENT NO:    4376551 | GRANT DATE: 03/15/1983 |
| | | CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | |
| 005296 | | PATENT NO:    4434920 | GRANT DATE: 03/06/1984 |
| | | SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER | |

PATENT
REEL 9227 FRAME 0575

MASTER FILE REPORT
2
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9  54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 002149 | | PATENT NO:  4568122 | GRANT DATE: 02/04/1986 |
| | | WINGS AUTO BOOSTER SEAT UTILITY | |
| 002354 | | PATENT NO:  4754999 | GRANT DATE: 07/05/1988 |
| | | 7 YEAR CAR SEAT | |
| 005295 | | PATENT NO:  4777672 | GRANT DATE: 10/18/1988 |
| | | CHILDREN'S CONVERTIBLE TOILET APPARATUS | |
| 002298 | | PATENT NO:  4802248 | GRANT DATE: 02/07/1989 |
| | | SPRING HANGER ASSEMBLY (ALL WOOD CRIBS) | |
| 002786 | | PATENT NO:  4826246 | GRANT DATE: 05/02/1989 |
| | | CHILD SAFETY SEAT | |
| | | (ULTARA II WITH T-SHIELD) | |
| 005410 | D | PATENT NO:  4832367 | GRANT DATE: 05/23/1989 |
| | | BELT RESTRAINING APPARATUS | |
| | | FOR AUTO PASSENGERS | |
| 002211 | | PATENT NO:  4892517 | GRANT DATE: 01/09/1990 |
| | | BREAST PUMP (1986 VERSION) | |
| 003010 | | PATENT NO:  4912818 | GRANT DATE: 04/03/1990 |
| | | BELT ADJUSTING APPARATUS (ULTARA I) | |
| 003014 | | PATENT NO:  4943113 | GRANT DATE: 07/24/1990 |
| | | CHILD RESTRAINT SYSTEM WITH IMPROVED BASE (JOYRIDE) | |

PATENT
REEL: 9227 FRAME: 0576

MASTER FILE REPORT                    PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
3
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.         GRANT DATE: Grant Dt
------        ---------    ---------- -- --           ----------- -- --
003082                     PATENT NO:     4958887 GRANT DATE: 09/25/1990
                           INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS

003129                     PATENT NO:     4962965 GRANT DATE: 10/16/1990
                           SEAT BELT ASSEMBLY FOR HIGH CHAIRS

003539                     PATENT NO:     4968091 GRANT DATE: 11/06/1990
                           ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
                           (CHAIR & STAIR)

003161                     PATENT NO:     4968092 GRANT DATE: 11/06/1990
                           HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM)
                           (SIDEWINDER)

004292                     PATENT NO:     4984895 GRANT DATE: 01/15/1991
                           VEHICLE SEAT FOR A CHILD

003078                     PATENT NO:     4985948 GRANT DATE: 01/22/1991
                           FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER - SECOND
                           VERSION

002804                     PATENT NO:     5020680 GRANT DATE: 06/04/1991
                           DISPOSABLE NURSER SHELL & HOOD (1988)

003489                     PATENT NO:     5061012 GRANT DATE: 10/29/1991
                           CHILD CAR SEAT WITH AUTOMATICE HARNESS ADJUST

PATENT
REEL: 2227 FRAME: 0527

MASTER FILE REPORT
4
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998      9  54      PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| ---- | ---- | ---- | ---- |
| 003117 | | PATENT NO: 5106154 | GRANT DATE: 04/21/1992 |

CAR SEAT WITH INTEGRAL CONVERTIBLE FRAME (CHAMPION)

| 005340 | | PATENT NO: 5172955 | GRANT DATE: 12/22/1992 |

BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT

| 003376 | | PATENT NO: 5181761 | GRANT DATE: 01/26/1993 |

CHILD RESTRAINT SYSTEM (ULTARA I)

| 003353 | | PATENT NO: 5181765 | GRANT DATE: 01/26/1993 |

HEAT TREATED LATCH PLATE (ULTARA II CAR SEAT)

| 003258-1 | | PATENT NO: 5183311 | GRANT DATE: 02/02/1993 |

PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY)

| 005285 | | PATENT NO: 5210532 | GRANT DATE: 05/11/1993 |

BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY

| | | PATENT NO: 5272840 | GRANT DATE: 12/28/1993 |

SECURITY GATE WITH WALK-THROUGH FEATURE

| 005288 | | PATENT NO: 5277472 | GRANT DATE: 01/11/1994 |

MULTI-FUNCTION INFANT SEAT

| 005291 | | PATENT NO: 5280635 | GRANT DATE: 01/18/1994 |

BABY MONITOR TRANSMITTER

PATENT
REEL: 9227 FRAME: 0578

MASTER FILE REPORT                                    PCMASTER REPORTER                          05/14/1998    9 54    PAGE:
EVENFLO U.S. PATENTS
5

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003705 | | PATENT NO:    5288283 | GRANT DATE: 02/22/1994 |
| | | DOORWAY EXERCISER (U) | |
| | | (NEW JOHNNY JUMP UP) | |
| 003780 | | PATENT NO:    5292336 | GRANT DATE: 03/08/1994 |
| | | PACIFIER WITH HANDLE (UTILITY) (DISNEY) | |
| 005406 | | PATENT NO:    5317765 | GRANT DATE: 06/07/1994 |
| | | COLLAPSIBLE INFANT BATH RING | |
| 005325 | | PATENT NO:    5322343 | GRANT DATE: 06/21/1994 |
| | | INFANT CAR SEAT | |
| 003950 | | PATENT NO:    5324094 | GRANT DATE: 06/28/1994 |
| | | HANDLE FOR INFANT CAR SEAT | |
| | | (CARRY RIGHT) | |
| 006331 | | PATENT NO:    5326327 | GRANT DATE: 07/05/1994 |
| | | SWING ASSEMBLY | |
| 006922 | | PATENT NO:    5361934 | GRANT DATE: 11/08/1994 |
| | | POP-UP STRAW FOR JUVENILE | |
| | | DRINKING CUP | |
| 005730 | | PATENT NO:    5385387 | GRANT DATE: 01/31/1995 |
| | | CHILD CARRIER WITH DETACHABLE BASE | |
| | | (ON MY WAY) | |

PATENT
REEL: 2227 FRAME: 0579

MASTER FILE REPORT
6
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998          9  54          PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| --- --- | --- --- | --- --- --- | --- --- --- --- |
| 003896 | | PATENT NO:        5407246 GRANT DATE: 04/18/1995 | |

CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER)

003950-1    C       PATENT NO:      5409292 GRANT DATE: 04/25/1995
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003862              PATENT NO:      5427432 GRANT DATE: 06/27/1995
ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
(ULTARA)

005343              PATENT NO:      5437115 GRANT DATE: 08/01/1995
SECURITY GATE APPARATUS

003641              PATENT NO:      5445585 GRANT DATE: 08/29/1995
SPRING HOUSING AND SPREADER ASSEMBLY
(NEW JOYNNY JUMP-UP AND QUACKERS)

003777              PATENT NO:      5458398 GRANT DATE: 10/17/1995
INFANT CAR SEAT WITH RECESSED BELT PATH
(EASY 5)

003930-1    C       PATENT NO:      5478135 GRANT DATE: 12/26/1995
CHILD CARRIER WITH DETACHABLE BASE
(ON MY WAY) (CIP Appln)

003963              PATENT NO:      5489138 GRANT DATE: 02/06/1996
IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U)
(CELEBRITY)

PATENT
REEL: 9227 FRAME: 0580

MASTER FILE REPORT
7
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998     9   54     PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---- | ---- | ----  ---  --- | ----  ---  --- |
| 003786 | | PATENT NO:    5507558 GRANT DATE: 04/16/1996<br>AUTO BOOSTER SEAT W/SHIELD<br>(SIDEKICK) | |
| 003950-1-1 | C | PATENT NO:    5516190 GRANT DATE: 05/14/1996<br>HANDLE FOR INFANT CAR SEAT<br>(CARRY RIGHT) | |
| 005305 | | PATENT NO:    5531258 GRANT DATE: 07/02/1996<br>FOLDING SOFT GATE | |
| 005318 | | PATENT NO:    5533959 GRANT DATE: 07/09/1996<br>WIRELESS REMOTE MONITORS | |
| 004158 | | PATENT NO:    5535457 GRANT DATE: 07/16/1996<br>BLOW MOLDED CRIB (U)<br>(HUNTINGTON BABY CRIB) | |
| 004222 | | PATENT NO:    5553336 GRANT DATE: 09/10/1996<br>PLAYYARD AND BASSINET COMBINATION<br>(HAPPY CAMPER) | |
| 003339 | | PATENT NO:    5558400 GRANT DATE: 09/24/1996<br>ADJUSTABLE HEIGHT HIGH CHAIR | |
| 004303 | | PATENT NO:    5575530 GRANT DATE: 11/19/1996<br>INFANT BOUNCER | |

PATENT
REEL: 9427 FRAME: 0588

PAGE:

9 54

05/14/1998

PCMASTER REPORTER

MASTER FILE REPORT
8
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 005314 | | PATENT NO: 5588158 | GRANT DATE: 12/31/1996 |
| | | BATH RING | |
| 005316 | | PATENT NO: 5599060 | GRANT DATE: 02/04/1997 |
| | | CHILD'S BOOSTER SEAT FOR VEHICLES | |
| 004175-1 | F | PATENT NO: 5609393 | GRANT DATE: 03/11/1997 |
| | | RECLINING MECHANISM FOR TODDLER CAR SEATS (EASY 5) | |
| 005312 | | PATENT NO: 5638885 | GRANT DATE: 06/17/1997 |
| | | BABY MONITOR RECEIVER | |
| 005284 | | PATENT NO: 5643035 | GRANT DATE: 07/01/1997 |
| | | BUBBLE PRODUCING DEVICE | |
| 004483 | | PATENT NO: 5644806 | GRANT DATE: 07/08/1997 |
| | | PLAYYARD SYSTEM WITH HANDLE AND WHEELS (U) (ROLL N GO) | |
| 004496 | | PATENT NO: 5662339 | GRANT DATE: 09/02/1997 |
| | | IMPROVED INFANT FRAME CARRIER (HIKE N' ROLL) (U) | |
| 005226 | | PATENT NO: 5690383 | GRANT DATE: 11/25/1997 |
| | | BABY BUNGEE JUMPER (U) (THIRD VERSION) | |

PATENT
REEL: 9227 FRAME: 0582

MASTER FILE REPORT
9
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998        9  54        PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 005317 | | PATENT NO:        5692655 | GRANT DATE: 12/02/1997 |

SOFT CARRIER FOR A CHILD

003896-2    C        PATENT NO:        5704576 GRANT DATE: 01/06/1998

CLIP FOR A CHILD'S EXERCISER/ROCKER    (U)
(EXERSAUCER) (CIP)

005308        PATENT NO:        5708970 GRANT DATE: 01/13/1998

WIRELESS SOUND MONITORING APPARATUS
WITH SUBAUDIBLE SQUELCH CONTROL

004299        PATENT NO:        5727798 GRANT DATE: 03/17/1998

CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (ON MY WAY)

004744        PATENT NO:        5738410 GRANT DATE: 04/14/1998

RECLINE MECHANISM FOR THREE-WHEELED STROLLER

004799        PATENT NO:        5745954 GRANT DATE: 05/05/1998

PLAYYARD HINGE
(HAPPY CAMPER)

004??        PATENT NO:        5752283 GRANT DATE: 05/19/1998

ECONOMY BOTTOM PLAYYARD

005083        PATENT NO:        5759195 GRANT DATE: 06/02/1998

MESH PACIFIER
(1997)

PATENT
REEL: 9327 FRAME: 0589

```
MASTER FILE REPORT                    PCMASTER REPORTER                      05/14/1998  9 54  PAGE:
  10
EVENFLO U.S. PATENTS

Docket No.   Case Type   PATENT NO: Pat No.        GRANT DATE: Grant Dt
---------    ---------   ---------- -------        ----------- --------
001928       D           PATENT NO:                GRANT DATE: 04/05/1983
                         DRESSER MIRROR  D268468

001924       D           PATENT NO:  D268974  GRANT DATE: 05/17/1983
                         FIVE-DRAWER CHEST

001956       D           PATENT NO:  D274714  GRANT DATE: 07/17/1984
                         STROLLER

002001       D           PATENT NO:  D274876  GRANT DATE: 07/31/1984
                         CRIB END (WINDSOR--W/O DECO END SPIND)

002002       D           PATENT NO:  D274877  GRANT DATE: 07/31/1984
                         CRIB END (CASABLANCA WICKER)

002096       D           PATENT NO:  D276098  GRANT DATE: 10/30/1984
                         BOOSTER SEAT (2-STAGE MODEL)

002097       D           PATENT NO:  D276099  GRANT DATE: 10/30/1984
                         DESIGN OF BOOSTER SEAT (4-STAGE MODEL)

002017       D           PATENT NO:  D276635  GRANT DATE: 12/04/1984
                         TOY GOAT

002013       D           PATENT NO:  D276636  GRANT DATE: 12/04/1984
                         TOY CELERY (SQUEEZY)
```

PATENT
REEL: 9227 FRAME: 0584

05/14/1998    9 54    PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
11
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: | Pat No. | Grant Dt |
|---|---|---|---|---|
| 002014 | D | PATENT NO: TOY BANANA | D276637 | GRANT DATE: 12/04/1984 |
| 002042 | D | PATENT NO: TOY OCTOPUS | D276638 | GRANT DATE: 12/04/1984 |
| 002039 | D | PATENT NO: TOY DOG (SQUEEZE PET) | D276639 | GRANT DATE: 12/04/1984 |
| 002041 | D | PATENT NO: TOY CAT | D276640 | GRANT DATE: 12/04/1984 |
| 002016 | D | PATENT NO: TOY HORSE | D276641 | GRANT DATE: 12/04/1984 |
| 002040 | D | PATENT NO: TOY MOUSE | D276643 | GRANT DATE: 12/04/1984 |
| 002034 | D | PATENT NO: TOY ELEPHANT TEETHER | D276653 | GRANT DATE: 12/04/1984 |
| 002034 | D | PATENT NO: TOY DOG TEETHER | D276738 | GRANT DATE: 12/11/1984 |
| 002021 | D | PATENT NO: TOY CLOWN | D276739 | GRANT DATE: 12/11/1984 |

PATENT
REEL: 9227 FRAME: 0585

MASTER FILE REPORT                                      PCMASTER REPORTER                      05/14/1998    9 54    PAGE:
12
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 002043 | D | PATENT NO: D276834 | GRANT DATE: 12/18/1984 |
|  |  | TOY SEAHORSE |  |
| 002033 | D | PATENT NO: D276845 | GRANT DATE: 12/18/1984 |
|  |  | TOY KITTEN TEETHER |  |
| 002045 | D | PATENT NO: D276925 | GRANT DATE: 12/25/1984 |
|  |  | TOY RABBIT RATTLE |  |
| 002015 | D | PATENT NO: D276929 | GRANT DATE: 12/25/1984 |
|  |  | TOY BEAR |  |
| 002023 | D | PATENT NO: D277016 | GRANT DATE: 01/01/1985 |
|  |  | TOY TIGER |  |
| 002029 | D | PATENT NO: D277017 | GRANT DATE: 01/01/1985 |
|  |  | TOY ORANGE RATTLE |  |
| 002028 | D | PATENT NO: D277018 | GRANT DATE: 01/01/1985 |
|  |  | TOY PEAR RATTLE |  |
| 002019 | D | PATENT NO: D277119 | GRANT DATE: 01/08/1985 |
|  |  | TOY HAMMER |  |
| 002067 | D | PATENT NO: D277157 | GRANT DATE: 01/15/1985 |
|  |  | CRIB END (ANTIQUITY) |  |

PATENT
REEL: 9222 FRAME: 0586

MASTER FILE REPORT
13
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ------ | ------- | ------ | ------ |
| 002046 | D | PATENT NO: D277197 | GRANT DATE: 01/15/1985 |
| | | TOY SQUIRREL RATTLE | |
| 002047 | D | PATENT NO: D277198 | GRANT DATE: 01/15/1985 |
| | | TOY KITTEN (RATTLE) | |
| 002020 | D | PATENT NO: D277203 | GRANT DATE: 01/15/1985 |
| | | TOY PLIERS | |
| 002012 | D | PATENT NO: D277216 | GRANT DATE: 01/15/1985 |
| | | SQUEEZY (TOY CARROT) DESIGN | |
| 002044 | D | PATENT NO: D277496 | GRANT DATE: 02/05/1985 |
| | | TOY DUCK | |
| 002048 | D | PATENT NO: D277587 | GRANT DATE: 02/12/1985 |
| | | TOY BUNNY RABBIT RATTLE | |
| 000018 | D | PATENT NO: D277588 | GRANT DATE: 02/12/1985 |
| | | TOY PUPPY DOG RATTLE | |
| 000018 | D | PATENT NO: D277589 | GRANT DATE: 02/12/1985 |
| | | TOY SAW | |
| 005320 | | PATENT NO: D277811 | GRANT DATE: 03/05/1985 |
| | | INFANT CARRIER | |

PATENT
REEL: 9227 FRAME: 0587320

EVENFLO U.S. PATENT APPLICATIONS

004527            APPLICATION NO:            556032  APPLICATION DATE: 11/09/1995
                  SOFT INFANT CARRIER  (U)

004482            APPLICATION NO:            556184  APPLICATION DATE: 11/09/1995
                  CHILD STROLLER AND INFANT CARRIER SYSTEM
                  (U) (JOYRIDE)

004513            APPLICATION NO:            556189  APPLICATION DATE: 11/09/1995
                  PLAYYARD SYSTEM  (U)
                  (HAPPY CABANA) (W/BASSINET & MOBILE ARM)

005286            APPLICATION NO:            559167  APPLICATION DATE: 11/13/1995
                  INFANT BATHTUB WITH MULTIPLE POSITION

003950-1-2        APPLICATION NO:            655359  APPLICATION DATE: 05/24/1996
                  HANDLE FOR INFANT CAR SEAT
                  (CIP)

005322            APPLICATION NO:            731997  APPLICATION DATE: 10/25/1996
                  IMPROVED STROLLER
                  CIP - P-5388

004486-1          APPLICATION NO:            734568  APPLICATION DATE: 10/21/1996
                  IMPROVED INFANT CARRIER

004486-1          APPLICATION NO:            734568  APPLICATION DATE: 10/21/1996
                  IMPROVED INFANT FRAME CARRIER
                  (HIKE N' ROLL) (U)

005299            APPLICATION NO:            735972  APPLICATION DATE: 10/25/1996
                  WALK-THROUGH GATE

PATENT
REEL: 9227 FRAME: 0608

EVENFLO U.S. PATENT APPLICATIONS

004757  APPLICATION NO:  736740  APPLICATION DATE: 10/25/1996
THREE-WHEELED STROLLER WHEEL

004770  APPLICATION NO:  736741  APPLICATION DATE: 10/25/1996
BELT BUCKLE/TETHER STRAP FOR BOOSTER CAR SEAT

004741  APPLICATION NO:  736743  APPLICATION DATE: 10/25/1996
COLLAPSIBLE THREE WHEELED STROLLER WITH IMPROVED HINGER

004767  APPLICATION NO:  736744  APPLICATION DATE: 10/25/1996
THREE-WHEELED STROLLER CANOPY

004766  APPLICATION NO:  736746  APPLICATION DATE: 10/25/1996
FRONT CASTER LOCK FOR THREE-WHEELED STROLLER

004629  APPLICATION NO:  736747  APPLICATION DATE: 10/25/1996
THREE-WHEELED STROLLER

004300  APPLICATION NO:  736804  APPLICATION DATE: 10/25/1996
SOFT CARRIER WITH CANOPY

APPLICATION NO:  736971  APPLICATION DATE: 10/25/1996
HIGH-BACK CHILD RESTRAINT SYSTEM

004298  APPLICATION NO:  736972  APPLICATION DATE: 10/25/1996
CONVERTIBLE CRIB AND TWIN BED WHEREIN THE HEADBOARD & FOOTBOARD ARE ROTATED BY 90 DEGREES

PATENT
REEL: 8227 FRAME: 0609

EVENFLO U.S. PATENT APPLICATIONS

005301     APPLICATION NO:     738327 APPLICATION DATE: 10/25/1996
SOFT SIDED INFANT CARRIER
CONVERTIBLE TO HIP CARRIER

005310     APPLICATION NO:     757476 APPLICATION DATE: 11/27/1996
WAGON/ACTIVITY CENTER

005408     APPLICATION NO:     773817 APPLICATION DATE: 12/27/1996
IMPROVED HIGH CHAIR

005321     APPLICATION NO:     774217 APPLICATION DATE: 12/27/1996
IMPROVED SWING

005283     APPLICATION NO:     775078 APPLICATION DATE: 12/27/1996
CONVERTIBLE INFANT CARRIER/RESTRAINT SYSTEM

005081     APPLICATION NO:     854790 APPLICATION DATE: 05/12/1997
MESH PACIFIER AND CLIP ATTACHMENT
(1996)

005353     APPLICATION NO:     899108 APPLICATION DATE: 07/23/1997
FLEXIBLE GATE HELD IN
TENSION

005386     APPLICATION NO:     927619 APPLICATION DATE: 09/11/1997
COLLAPSIBLE PLAYYARD SYSTEM

     APPLICATION NO:     935011 APPLICATION DATE: 09/19/1997
SOFT CARRIER WITH INTERNAL
FRAME

PATENT
REEL: 9527 FRAME: 0630

EVENFLO U.S. PATENT APPLICATIONS

005389   D   APPLICATION NO:
MONITOR/HANDSFREE INTERCOM
(613)
937482 APPLICATION DATE: 09/25/1997

005388   D   APPLICATION NO:
STROLLER WITH
IMPROVED FEATURES
(PACESETTER 247)
CIP - P-5322
937719 APPLICATION DATE: 09/25/1997

005478   APPLICATION NO:
STROLLER WITH IMPROVED FEATURES
(PACESETTER 247)
937719 APPLICATION DATE: 09/25/1997

004351   APPLICATION NO:
AC BREAST PUMP RESERVOIR
938743 APPLICATION DATE: 09/26/1997

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 004818 | D | PATENT NO: 310294 GRANT DATE: 09/04/1990 | GOLF SHOE BOTTOM |
| 004819 | D | PATENT NO: 347910 GRANT DATE: 06/14/1994 | GOLF GLOVE |
| 005338 | | PATENT NO: 380973 GRANT DATE: 07/15/1997 | BABY MONITOR TRANSMITTER |
| 001480 | | PATENT NO: 4101042 GRANT DATE: 07/18/1978 | BOTTLE DISC |
| 001593 | | PATENT NO: 4186454 GRANT DATE: 02/05/1980 | PORTABLE PLAYPEN HOUDINI |
| 001836 | C | PATENT NO: 4231612 GRANT DATE: 11/04/1980 | BABY CARRIER AND CAR SEAT (DYN-O-MITE) |
| 004811 | | PATENT NO: 4245408 GRANT DATE: 01/20/1981 | ATHLETIC SHOE |
| 001699 | C | PATENT NO: 4274637 GRANT DATE: 06/23/1981 | GOLF BALL HAVING CELLULAR COVER (CIP) |
| | | PATENT NO: 4288123 GRANT DATE: 09/08/1981 | HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) |
| 005341 | | PATENT NO: 4323233 GRANT DATE: 04/06/1982 | PENDULUM SWING |

PATENT
REEL: 9227 FRAME: 0612

LDING U.S. PATENTS

001793

PATENT NO:    4343510 GRANT DATE: 08/10/1982
CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP)

004810

PATENT NO:    4346525 GRANT DATE: 08/31/1982
CUSHION PAD FOR SPORT SHOE AND
THE LIKE AND METHOD FOR FABRICATING SAME

004812

PATENT NO:    4367600 GRANT DATE: 01/11/1983
GOLF SHOE WITH IMPROVED TRANSVERSE TRACTION

001914    C

PATENT NO:    4376551 GRANT DATE: 03/15/1983
CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP)

001637

PATENT NO:    4399992 GRANT DATE: 08/23/1983
STRUCTURAL MEMBER HAVING A HIGH STRENGTH TO WEIGHT RATIO
AND METHOD OF MAKING SAME

002687

PATENT NO:    4431193 GRANT DATE: 02/14/1984
GOLF BALL AND METHOD OF MAKING SAME (3 PIECE TOP-FLITE)

002196

PATENT NO:    4434920 GRANT DATE: 03/06/1984
SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER

002202

PATENT NO:    4542598 GRANT DATE: 09/24/1985
ATHLETIC TYPE SHOE FOR TENNIS
AND OTHER COURT SHOES

002149

PATENT NO:    4568122 GRANT DATE: 02/04/1986
WINGS AUTO BOOSTER SEAT UTILITY

SPALDING U.S. PATENTS

004820
PATENT NO: 4598487 GRANT DATE: 07/08/1986
ATHLETIC SHOE FOR SPORTS ORIENTED ACTIVITIES

002184
PATENT NO: 4650193 GRANT DATE: 03/17/1987
ONE PIECE CORE FOR GOLF BALL

003355
PATENT NO: 4674170 GRANT DATE: 06/23/1987
METHOD OF MAKING A BALL HAVING A FOAMED SPHERICAL CENTER CORE WINDINGS AND COVER

002620
PATENT NO: 4674751 GRANT DATE: 06/23/1987
GOLF BALL HAVING IMPROVED PLAYABILITY PROPERTIES (CIP)

002481    C
PATENT NO: 4679795 GRANT DATE: 07/14/1987 (CIP APPLICATION)
OPTICAL BRIGHTENERS IN GOLF BALL COVERS

000702
PATENT NO: 4725058 GRANT DATE: 02/16/1988
SOFTBALL

000618
PATENT NO: 4726590 GRANT DATE: 02/23/1988
HIGH COEFFICIENT GOLF BALL CORE (CIP)

00????
PATENT NO: 4729566 GRANT DATE: 03/08/1988
GAME BALL (SOFTBALLS & BASEBALLS)

002354
PATENT NO: 4754999 GRANT DATE: 07/05/1988
7 YEAR CAR SEAT

SPALDING U.S. PATENTS

002192
PATENT NO:     4762322 GRANT DATE: 08/09/1988
GOLF CLUB (XYZ CONTINUOUS SET)

002703
PATENT NO:     4765620 GRANT DATE: 08/23/1988
RACKET VIBRATION DAMPER COMBINED WITH GROMMET STRIP

005295
PATENT NO:     4777672 GRANT DATE: 10/18/1988
CHILDREN'S CONVERTIBLE TOILET APPARATUS

002298
PATENT NO:     4802248 GRANT DATE: 02/07/1989
SPRING HANGER ASSEMBLY (ALL WOOD CRIBS)

002912
PATENT NO:     4808272 GRANT DATE: 02/28/1989
METHOD OF CONSTRUCTING A MOLD FOR MAKING GAME BALLS

002910
PATENT NO:     4822041 GRANT DATE: 04/18/1989
GAME BALL (SOFTBALL-SOLID BALL)

002786
PATENT NO:     4826246 GRANT DATE: 05/02/1989
CHILD SAFETY SEAT
(ULTARA II WITH T-SHIELD)

0044??
PATENT NO:     4832367 GRANT DATE: 05/23/1989
BELT RESTRAINING APPARATUS
FOR AUTO PASSENGERS

002715
PATENT NO:     4838556 GRANT DATE: 06/13/1989
GOLF BALL CORE BY ADDITION OF DISPERSING AGENTS

PATENT
REEL: 9227 FRAME: 00815

SPALDING U.S. PATENTS

002903
PATENT NO:      4840378  GRANT DATE: 06/20/1989
SOFTBALL

002634
PATENT NO:      4852884  GRANT DATE: 08/01/1989
USE OF METHYL CARBAMATE ACCELERATOR IN PEROXIDE-CURED
GOLF BALL CENTER FORMULATION

004813
PATENT NO:      4854057  GRANT DATE: 08/08/1989
DYNAMIC SUPPORT SYSTEM FOR ATHLETIC SHOES

004815
PATENT NO:      4878300  GRANT DATE: 11/07/1989
ATHLETIC SHOE

002639
PATENT NO:      4880241  GRANT DATE: 11/14/1989
GOLF BALL (IMPROVED XL DIMPLE PATTERN)
(MINIMUM LAND)

002884
PATENT NO:      4884814  GRANT DATE: 12/05/1989
GOLF BALL (GOLF BALL COVER HAVING IMPROVED PLAYABILITY
DUE TO SOFTENESS WHILE MAINTAINING GOOD DURABILITY)

008886-1
PATENT NO:      4884814  GRANT DATE: 12/05/1989
GOLF BALL (GOLF BALL COVER HAVING IMPROVED PLAYABILITY DUE
TO SOFTNESS WHILE MAINTAINING GOOD DURABILITY)

008886
PATENT NO:      4885851  GRANT DATE: 12/12/1989
SHOESOLE FOR GOLF SHOE

002741
PATENT NO:      4892517  GRANT DATE: 01/09/1990
BREAST PUMP (1986 VERSION)

PATENT
REEL: 9227 FRAME: 0616

SPALDING U.S. PATENTS

003051

PATENT NO:    4911451 GRANT DATE: 03/27/1990
GOLF BALL COVER OF NEUTRALIZED POLY(ETHYLENE-ACRYLIC-ACID)
COPOLYMER

003010

PATENT NO:    4912818 GRANT DATE: 04/03/1990
BELT ADJUSTING APPARATUS (ULTARA I)

003155

PATENT NO:    4925193 GRANT DATE: 05/15/1990
DIMPLED GOLF BALL

003014

PATENT NO:    4943113 GRANT DATE: 07/24/1990
CHILD RESTRAINT SYSTEM WITH IMPROVED BASE (JOYRIDE)

003082

PATENT NO:    4958887 GRANT DATE: 09/25/1990
INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS

003129

PATENT NO:    4962965 GRANT DATE: 10/16/1990
SEAT BELT ASSEMBLY FOR HIGH CHAIRS

003539

PATENT NO:    4968091 GRANT DATE: 11/06/1990
ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
(CHAIR & STAIR)

003208

PATENT NO:    4968092 GRANT DATE: 11/06/1990
HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM)
(SIDEWINDER)

003207

PATENT NO:    4974846 GRANT DATE: 12/04/1990
GOLF CLUB GRIP

PATENT
REEL: 3227 FRAME: 0615

SPALDING U.S. PATENTS

005292

PATENT NO:    4984895  GRANT DATE:  01/15/1991
VEHICLE SEAT FOR A CHILD

003078

PATENT NO:    4985948  GRANT DATE:  01/22/1991
FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER - SECOND
VERSION

002956

PATENT NO:    4986545  GRANT DATE:  01/22/1991
IMPROVED GOLF BALL COMPOSITIONS (SURLYN RUBBER GOLF BALL
COVER BLEND)

003332

PATENT NO:    4988870  GRANT DATE:  02/05/1991
TENNIS RACKET (TRI-LEVEL SHOCKSUPPRESSION)

003264

PATENT NO:    5009427  GRANT DATE:  04/23/1991
GOLF BALL (402 DIMPLE PATTERN D-157)

00??42

PATENT NO:    5018740  GRANT DATE:  05/28/1991
GOLF BALL CORE  (BY ADDITION OF ZINC DI-2-ETHYLHEXOATE)

003965

PATENT NO:    5018741  GRANT DATE:  05/28/1991
GOLF BALL (422 DIMPLE PATTERN D-120)

00?9??

PATENT NO:    5020680  GRANT DATE:  06/04/1991
DISPOSABLE NURSER SHELL & HOOD (1988)

00?85-1

PATENT NO:    5022652  GRANT DATE:  06/11/1991
LIGHTWEIGHT STEEL GOLF CLUB (FORMERLY BUTT STIFF PROGRESS-
IVELY TRIMED LIGHTWEIGHT STEEL GOLF SHAFT)

SPALDING U.S. PATENTS

003085-1  C
PATENT NO:    5022652  GRANT DATE: 06/11/1991
LIGHTWEIGHT STEEL GOLF CLUB (FORMERLY BUTT STIFF PROGRESS-
IVELY TRIMMED LIGHTWEIGHT STEEL GOLF SHAFT)

003159
PATENT NO:    5044638  GRANT DATE: 09/03/1991
GOLF BALL (422 DIMPLE PATTERN HEXAGONAL SYMMETRY PATTERN D148

003330
PATENT NO:    5060944  GRANT DATE: 10/29/1991
TENNIS RACKET WITH SPLIT FRAME

003468
PATENT NO:    5060953  GRANT DATE: 10/29/1991
4 DOUBLE HELIX DIMPLE PATTERN GOLF BALL

005289
PATENT NO:    5061012  GRANT DATE: 10/29/1991
CHILD CAR SEAT WITH AUTOMATICE HARNESS ADJUST

002939-1  C
PATENT NO:    5083780  GRANT DATE: 01/28/1992
GOLF CLUB SHAFT HAVING SELECTIVE REINFORCEMENT

003268
PATENT NO:    5091265  GRANT DATE: 02/25/1992
COATING COMPOSITIONS FOR GAME BALLS
(FLUORESCENT COLORS)

PATENT NO:    5093162  GRANT DATE: 03/03/1992
LARGE TIP COMPOSITE GOLF CLUB SHAFT

006274
PATENT NO:    5098097  GRANT DATE: 03/24/1992
FOOTBALL (TRUE SPIRAL)

SPALDING U.S. PATENTS

003429

PATENT NO:        5098105 GRANT DATE: 03/24/1992
IMPROVED GOLF BALL COVER COMPOSITIONS

003117

PATENT NO:        5106154 GRANT DATE: 04/21/1992
CAR SEAT WITH INTEGRAL
CONVERTIBLE FRAME (CHAMPION)

003168

PATENT NO:        5116060 GRANT DATE: 05/26/1992
GOLF BALL CORE CROSSLINKED WITH
T-AMYL PEROXIDE AND BLENDS THEREOF

003170

PATENT NO:        5120791 GRANT DATE: 06/09/1992
GOLF BALL COVER COMPOSITIONS

003252-1

PATENT NO:        5122046 GRANT DATE: 06/16/1992
GOLF BALL INJECTION MOLD

003106

PATENT NO:        5149100 GRANT DATE: 09/22/1992
GOLF BALL (HEXAGON/PENTAGON 422 DIMPLE PATTERN D-183)

003276

PATENT NO:        5150906 GRANT DATE: 09/29/1992
UNIQUE GOLF BALL

003430

PATENT NO:        5155864 GRANT DATE: 10/20/1992
INFLATABLE BLADDERS FOR GAME GLOVES

003430-1

PATENT NO:        5155865 GRANT DATE: 10/10/1992
INFLATABLE BLADDERS FOR GAME GLOVES

C

SPALDING U.S. PATENTS

003430-2
PATENT NO:        5155866  GRANT DATE: 10/20/1992
INFLATABLE GAMES GLOVES

003253
PATENT NO:        5158287  GRANT DATE: 10/27/1992
TENNIS RACKET HANDLE
(SIX-SIDED GRIP)

005340
PATENT NO:        5172955  GRANT DATE: 12/22/1992
BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT

003376
PATENT NO:        5181761  GRANT DATE: 01/26/1993
CHILD RESTRAINT SYSTEM (ULTARA I)

003353
PATENT NO:        5181765  GRANT DATE: 01/26/1993
HEAT TREATED LATCH PLATE
(ULTARA II CAR SEAT)

013258-1
PATENT NO:        5183311  GRANT DATE: 02/02/1993
PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY)

003429-1
PATENT NO:        5187013  GRANT DATE: 02/16/1993
GOLF BALL COVER COMPOSITIONS

PATENT NO:        5209485  GRANT DATE: 05/11/1993
RESTRICTED FLIGHT GOLF BALL

285
PATENT NO:        5210532  GRANT DATE: 05/11/1993
BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY

SPALDING U.S. PATENTS

003572    PATENT NO:    5215194 GRANT DATE: 06/01/1993
          GOLF BAG FOR USE WITH CARTS
          (CART-TECH)

003452    PATENT NO:    5217223 GRANT DATE: 06/08/1993
          TENNIS RACKET WITH METAL/COMPOSITE FRAME

003631    PATENT NO:    5221087 GRANT DATE: 06/22/1993
          METAL GOLF CLUBS WITH INSERTS

003626    PATENT NO:    5244205 GRANT DATE: 09/14/1993
          ADJUSTABLE LIE ANGLE GOLF CLUB PUTTER

004817    PATENT NO:    5251335 GRANT DATE: 10/12/1993
          GOLF SHOE

005319    PATENT NO:    5272840 GRANT DATE: 12/28/1993
          SECURITY GATE WITH WALK-THROUGH FEATURE

005754    PATENT NO:    5273287 GRANT DATE: 12/28/1993
          ENLARGED GOLF BALL (TOP-FLITE MAGNA BALL)

005282    PATENT NO:    5277472 GRANT DATE: 01/11/1994
          MULTI-FUNCTION INFANT SEAT

005291    PATENT NO:    5280635 GRANT DATE: 01/18/1994
          BABY MONITOR TRANSMITTER

SPALDING U.S. PATENTS

003705
PATENT NO:    5282283 GRANT DATE: 02/22/1994
DOORWAY EXERCISER (U)
(NEW JOHNNY JUMP UP)

003145
PATENT NO:    5290032 GRANT DATE: 03/01/1994
IRON WITH PROGRESSIVE BACK CAVITY SUPPORT BAR
GOLF CLUB

003410
PATENT NO:    5290036 GRANT DATE: 03/01/1994
CAVITY BACK IRON WITH VIBRATION DAMPENING MATERIAL IN REAR
CAVITY GOLF CLUB

003780
PATENT NO:    5292336 GRANT DATE: 03/08/1994
PACIFIER WITH HANDLE (UTILITY) (DISNEY)

003657
PATENT NO:    5300325 GRANT DATE: 04/05/1994
METHOD OF MAKING A GOLF BALL OR THE LIKE

003254-1    C
PATENT NO:    5306760 GRANT DATE: 04/26/1994
IMPROVED GOLF BALL COVER COMPOSITIONS
CONTAINING HIGH LEVELS OF FATTY ACID SALTS

003 PATENT NO:    5310178 GRANT DATE: 05/10/1994
BASKETBALL WITH POLYURETHANE COVER
(ZK COMPOSITE)

003084
PATENT NO:    5312102 GRANT DATE: 05/17/1994
VARIABLE INERTIA HEAD RACKET

003254
PATENT NO:    5312857 GRANT DATE: 05/17/1994
IMPROVED GOLF BALL COVER CONTAINING
HIGH LEVELS OF METAL STEARATES

PATENT
REEL: 9227 FRAME: 0623

SPALDING U.S. PATENTS

005406    PATENT NO:    5317765    GRANT DATE: 06/07/1994
COLLAPSIBLE INFANT BATH RING

005325    PATENT NO:    5322343    GRANT DATE: 06/21/1994
INFANT CAR SEAT

003950    PATENT NO:    5324094    GRANT DATE: 06/28/1994
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003170-2  C    PATENT NO:    5324783    GRANT DATE: 06/28/1994
GOLF BALL COVER COMPOSITIONS
(CIP)

005331    PATENT NO:    5326327    GRANT DATE: 07/05/1994
SWING ASSEMBLY

003170-3  C    PATENT NO:    5328959    GRANT DATE: 07/12/1994
GOLF BALL COVER COMPOSITIONS
(CIP)

003179-2  C    PATENT NO:    5330837    GRANT DATE: 07/19/1994
GOLF BALL COVER COMPOSITIONS

003170-3  C    PATENT NO:    5338610    GRANT DATE: 08/16/1994
GOLF BALL COVER COMPOSITIONS

003241    PATENT NO:    5342043    GRANT DATE: 08/30/1994
SPLIT WEIGHT BLADDER FOOTBALL

SPALDING U.S. PATENTS

003942
PATENT NO: 5342045 GRANT DATE: 08/30/1994
REVERSE SUNBURST STRING PATTERN FOR RACQUETBALL RACKETS (ULTIMATE POWER)

003750
PATENT NO: 5356150 GRANT DATE: 10/18/1994
GOLF BALL DIMPLE GEOMETRY AND METHOD OF MAKING SUCH GOLF BALL

002941
PATENT NO: 5356941 GRANT DATE: 10/18/1994
GAME BALLS HAVING IMPROVED CORE COMPOSITIONS

003504
PATENT NO: 5360314 GRANT DATE: 11/01/1994
METHOD AND APPARATUS FOR REMOVING FLASH AND GATES FROM GOLF BALLS

003925
PATENT NO: 5361934 GRANT DATE: 11/08/1994
POP-UP STRAW FOR JUVENILE DRINKING CUP

003611
PATENT NO: 5368304 GRANT DATE: 11/29/1994
LOW SPIN GOLF BALL

003...
PATENT NO: 5377983 GRANT DATE: 01/03/1995
FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS

003930
PATENT NO: 5385387 GRANT DATE: 01/31/1995
CHILD CARRIER WITH DETACHABLE BASE (ON MY WAY)

SPALDING U.S. PATENTS

003565
PATENT NO:        5387637  GRANT DATE:  02/07/1995
GOLF BALL CORE COMPOSITIONS
(USING MICROCRYSTALLINE SILICA FILLERS)

003804
PATENT NO:        5390534  GRANT DATE:  02/21/1995
IMPACT TESTING DEVICE

002626-1    C
PATENT NO:        5397840  GRANT DATE:  03/14/1995
GOLF BALL COVER HAVING AN IONIC/COPOLYMER BLEND

003896
PATENT NO:        5407246  GRANT DATE:  04/18/1995
CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER)

003636
PATENT NO:        5409233  GRANT DATE:  04/25/1995
METHYL AMYL KETONE (MAK) COATING
FOR GOLF BALLS

003950-1    C
PATENT NO:        5409292  GRANT DATE:  04/25/1995
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003___
PATENT NO:        5409974  GRANT DATE:  04/25/1995
GOLF BALL CONTAINING OPTICAL BRIGHTENER BLEND
(LOWER COST, IMPROVED WHITER-THAN-WHITE GOLF BALL)

003914
PATENT NO:        5419559  GRANT DATE:  05/30/1995
METAL WOOD WITH SOUND DAMPENER BAR

003430-3    C
PATENT NO:        5423088  GRANT DATE:  06/13/1995
IMPROVED INFLATABLE GAMES GLOVES

SPALDING U.S. PATENTS

003862
PATENT NO:    5427432  GRANT DATE:  06/27/1995
ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
(ULTARA)

004046
PATENT NO:    5429354  GRANT DATE:  07/04/1995
CROWNLESS GOLF CLUB  (U)
(TOP-FLITE MAGNA)

005343
PATENT NO:    5437115  GRANT DATE:  08/01/1995
SECURITY GATE APPARATUS

003641
PATENT NO:    5445585  GRANT DATE:  08/29/1995
SPRING HOUSING AND SPREADER ASSEMBLY
(NEW JOYNNY JUMP-UP AND QUACKERS)

003579-1    C
PATENT NO:    5456954  GRANT DATE:  10/10/1995
UV-TREATED GOLF BALL
(FILE WRAPPER CONTINUATION)

PATENT NO:    5458398  GRANT DATE:  10/17/1995
INFANT CAR SEAT WITH RECESSED BELT PATH
(EASY 5)

PATENT NO:    5459220  GRANT DATE:  10/17/1995
USE OF BIURET AND TRIMER ISOCYANURATES
AS CROSSLINKERS IN GOLF BALL COATINGS

0902
PATENT NO:    5470058  GRANT DATE:  11/28/1995
HIGH VISIBILITY INFLATED GAME BALLS



SPALDING U.S. PATENTS

002754-5    C    PATENT NO:    5470075    GRANT DATE: 11/28/1995
                 SOFT-COVERED OVERSIZED GOLF
                 BALL (TOP-FLITE MAGNA)

003930-1    C    PATENT NO:    5478135    GRANT DATE: 12/26/1995
                 CHILD CARRIER WITH DETACHABLE BASE
                 (ON MY WAY) (CIP Appln)

002776-2         PATENT NO:    5480155    GRANT DATE: 01/02/1996
                 MULTI-PIECE GOLF BALLS AND METHODS
                 OF MANUFACTURE

002754-1    C    PATENT NO:    5482286    GRANT DATE: 01/09/1996
                 IMPROVED GOLF BALL (MAGNA BALL)

003469           PATENT NO:    5482287    GRANT DATE: 01/09/1996
                 402 DIMPLE PATTERN GOLF BALL

                 PATENT NO:    5489138    GRANT DATE: 02/06/1996
                 IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U)
                 (CELEBRITY)

                 PATENT NO:    5494291    GRANT DATE: 02/27/1996
                 NARROW RANGE ULTRAVIOLET STABILIZERS
                 GOLF BALL COATINGS

002754-2    C    PATENT NO:    5503397    GRANT DATE: 04/02/1996
                 IMPROVED GOLF BALL (MAGNA ENLARGED BALL)

002754-6    C    PATENT NO:    5507493    GRANT DATE: 04/16/1996
                 GOLF BALL (LADIES OVERSIZED)
                 (TOP-FLITE MAGNA-W)

SPALDING U.S. PATENTS

003786
PATENT NO: 5507558 GRANT DATE: 04/16/1996
AUTO BOOSTER SEAT W/SHIELD
(SIDEKICK)

003950-1-1    C
PATENT NO: 5516190 GRANT DATE: 05/14/1996
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

002626-2    C
PATENT NO: 5516847 GRANT DATE: 05/14/1996
GOLF BALL COVER HAVING AN
IONIC/COPOLYMER BLEND

004046-1    C
PATENT NO: 5518242 GRANT DATE: 05/21/1996
CROWNLESS GOLF CLUB (U)
(TOP-FLITE MAGNA)

003839-1    C
PATENT NO: 5523125 GRANT DATE: 06/04/1996
LASER ENGRAVING AND COATING
PROCESS FOR FORMING INDICIA
ON ARTICLES

005305
PATENT NO: 5531258 GRANT DATE: 07/02/1996
FOLDING SOFT GATE

003
PATENT NO: 5533959 GRANT DATE: 07/09/1996
WIRELESS REMOTE MONITORS

001158
PATENT NO: 5535457 GRANT DATE: 07/16/1996
BLOW MOLDED CRIB (U)
(HUNTINGTON BABY CRIB)

SPALDING U.S. PATENTS

004130
PATENT NO: 5542664  GRANT DATE: 08/08/1996
DUAL ADHESIVE ASSEMBLY SYSTEM
FOR GOLF CLUBS

003600
PATENT NO: 5542677  GRANT DATE: 08/06/1996
GOLF BALL COVER COMPOSITIONS
COPOLYMERS/ETHYLENE ACRYLATES

004274
PATENT NO: 5549297  GRANT DATE: 08/27/1996
GOLF CLUB IRON WITH VIBRATION
DAMPENING RAMP BAR

004222
PATENT NO: 5553336  GRANT DATE: 09/10/1996
PLAYYARD AND BASSINET COMBINATION
(HAPPY CAMPER)

005339
PATENT NO: 5558400  GRANT DATE: 09/24/1996
ADJUSTABLE HEIGHT HIGH CHAIR

002754-4
PATENT NO: 5569100  GRANT DATE: 10/29/1996
IMPROVED LOWER PERCENT COVERAGE
DIMPLE PATTERN (65%) GOLF BALL
(TOP-FLITE MAGNA)

PATENT NO: 5575005  GRANT DATE: 11/19/1996
BASEBALL OR SOFTBALL GLOVE

000303
PATENT NO: 5575530  GRANT DATE: 11/19/1996
INFANT BOUNCER

SPALDING U.S. PATENTS

004144
PATENT NO:        5580049  GRANT DATE:  12/03/1996
SOCCER BALL WITH FIBER
REINFORCED POLYURETHANE COVER
(2K COMPOSITE)

003611-3    C
PATENT NO:        5580057  GRANT DATE:  12/03/1996
LOW SPIN GOLF BALL
(divisional appln.)

003579-2
PATENT NO:        5580323  GRANT DATE:  12/03/1996
UV-TREATED GOLF BALL
(DIVISIONAL)

005314
PATENT NO:        5588158  GRANT DATE:  12/31/1996
BATH RING

002754-7    C
PATENT NO:        5588924  GRANT DATE:  12/31/1996
GOLF BALL
(TOP-FLITE MAGNA-EX)

003600-1    C
PATENT NO:        5591803  GRANT DATE:  01/07/1997
GOLF BALL COVER COMPOSITIONS

003337
PATENT NO:        5590060  GRANT DATE:  02/04/1997
CHILD'S BOOSTER SEAT FOR VEHICLES

000875-1    F
PATENT NO:        5609393  GRANT DATE:  03/11/1997
RECLINING MECHANISM FOR TODDLER
CAR SEATS (EASY 5)

PATENT
REEL: 9227 FRAME: 0631

SPALDING U.S. PATENTS

004216
PATENT NO:     5638859 GRANT DATE: 06/03/1997
GRIP WITH INCREASED SOFT FEEL,
TACKINESS WITH DECREASED TORQUE

005312
PATENT NO:     5638885 GRANT DATE: 06/17/1997
BABY MONITOR RECEIVER

004126
PATENT NO:     5639085 GRANT DATE: 06/17/1997
LIGHTWEIGHT, SOFT FEEL HAND BALL

004420
PATENT NO:     5642881 GRANT DATE: 07/01/1997
TRI-HOLLOW RACKET WITH TRAVERSE RIBS
(ALUMINUM TUBING)

005284
PATENT NO:     5643035 GRANT DATE: 07/01/1997
BUBBLE PRODUCING DEVICE

004483
PATENT NO:     5644806 GRANT DATE: 07/08/1997
PLAYYARD SYSTEM WITH HANDLE AND WHEELS
(U) (ROLL N GO)

004991
PATENT NO:     5645497 GRANT DATE: 07/08/1997
ULTIMATE DISTANCE GOLF BALL

004992
PATENT NO:     5647590 GRANT DATE: 07/15/1997
GAME BALL FOR URBAN USE
(CITY BALL SOFTBALL)

004486
PATENT NO:     5662339 GRANT DATE: 09/02/1997
IMPROVED INFANT FRAME CARRIER
(HIKE N' ROLL) (U)

SPALDING U.S. PATENTS

003901-1

PATENT NO:        5664774  GRANT DATE:  09/09/1997
SYNTHETIC LEATHER COVERED GAME BALL

004140-1

PATENT NO:        5669838  GRANT DATE:  09/23/1997
GAME BALL WITH SYNTHETIC LEATHER COVER
(FOOTBALL)

004134

PATENT NO:        5683317  GRANT DATE:  11/04/1997
AUTOMATED LACING FOR BASEBALLS
AND SOFTBALLS

004367

PATENT NO:        5685791  GRANT DATE:  11/11/1997
COMPOSITE LACROSSE STICK HEAD

003476

PATENT NO:        5688194  GRANT DATE:  11/18/1997
GOLF BALL DIMPLE CONFIGURATION PROCESS

0637-1-F1          F

PATENT NO:        5688869  GRANT DATE:  11/18/1997
GOLF BALL COVER COMPOSITIONS
(CIP FILE WRAPPER)

004226

PATENT NO:        5690383  GRANT DATE:  11/25/1997
BABY BUNGEE JUMPER (U)
(THIRD VERSION)

004317

PATENT NO:        5692655  GRANT DATE:  12/02/1997
SOFT CARRIER FOR A CHILD

004658

PATENT NO:        5702313  GRANT DATE:  12/30/1997
GAME RACKET WITH PRIMARY AND
SECONDARY YOKES

SPALDING U.S. PATENTS

003896-2  C    PATENT NO:    5704576 GRANT DATE: 01/06/1998
CLIP FOR A CHILD'S EXERCISER/ROCKER (U) (EXERSAUCER) (CIP)

005308    PATENT NO:    5708970 GRANT DATE: 01/13/1998
WIRELESS SOUND MONITORING APPARATUS WITH SUBAUDIBLE SQUELCH CONTROL

004285    PATENT NO:    5722543 GRANT DATE: 03/03/1998
GOLF BALL SIZING APPARATUS

004438    PATENT NO:    5722908 GRANT DATE: 03/03/1998
COMPOSITE BAT WITH ALUMINUM BARREL AREA

004153    PATENT NO:    5725095 GRANT DATE: 03/10/1998
GOLF BAG TOP WITH PUTTER WELL / WITHOUT GOLF BALL HOLDER

00?299    PATENT NO:    5727798 GRANT DATE: 03/17/1998
CHILD STROLLER AND INFANT CARRIER SYSTEM (U) (ON MY WAY)

00?43?    PATENT NO:    5731371 GRANT DATE: 03/24/1998
ZDMA GRAFTED HNBR IN A ONE-PIECE GOLF BALL

00?    PATENT NO:    5733206 GRANT DATE: 03/31/1998
TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE

003611-4  C    PATENT NO:    5733207 GRANT DATE: 03/31/1998
LOW SPIN GOLF BALL

SPALDING U.S. PATENTS

004262
PATENT NO:    5735756 GRANT DATE: 04/07/1998
GOLF BALL AND DIMPLE PATTERN FORMING PROCESS

004744
PATENT NO:    5738410 GRANT DATE: 04/14/1998
RECLINE MECHANISM FOR THREE-WHEELED STROLLER

003902-1    C
PATENT NO:    5741195 GRANT DATE: 04/21/1998
HIGH VISIBILITY INFLATED GAME BALLS
(CIP)

004799
PATENT NO:    5745954 GRANT DATE: 05/05/1998
PLAYYARD HINGE
(HAPPY CAMPER)

004768
PATENT NO:    5752283 GRANT DATE: 05/19/1998
ECONOMY BOTTOM PLAYYARD

005083
PATENT NO:    5759195 GRANT DATE: 06/02/1998
MESH PACIFIER
(1997)

004745    D
PATENT NO:    D065314 GRANT DATE: 05/26/1998
GOLF CLUB PUTTER HEAD
(MICRO GROOVE)

003928    D
PATENT NO:    D268468 GRANT DATE: 04/05/1983
DRESSER MIRROR

001924    D
PATENT NO:    D268974 GRANT DATE: 05/17/1983
FIVE-DRAWER CHEST

PATENT
REEL: 9297 FRAME: 0635

SPALDING U.S. PATENTS

| | | Patent No. | Grant Date | Description |
|---|---|---|---|---|
| 001873 | D | D269101 | 05/24/1983 | GOLF CLUB IRON HEAD |
| 001956 | D | D274714 | 07/17/1984 | STROLLER |
| 002001 | D | D274876 | 07/31/1984 | CRIB END (WINDSOR--W/O DECO END SPIND) |
| 002002 | D | D274877 | 07/31/1984 | CRIB END (CASABLANCA WICKER) |
| 002096 | D | D276098 | 10/30/1984 | BOOSTER SEAT (2-STAGE MODEL) |
| 001979 | D | D276099 | 10/30/1984 | DESIGN OF BOOSTER SEAT (4-STAGE MODEL) |
| 002017 | D | D276635 | 12/04/1984 | TOY GOAT |
| | D | D276636 | 12/04/1984 | TOY CELERY (SQUEEZY) |
| 002014 | D | D276637 | 12/04/1984 | TOY BANANA |
| 002042 | D | D276638 | 12/04/1984 | TOY OCTOPUS |

PATENT
REEL 9227 FRAME 0636

SPALDING U.S. PATENTS

| | | | | |
|---|---|---|---|---|
| 002039 | D | PATENT NO:<br>TOY DOG (SQUEEZE PET) | D276639 GRANT DATE: 12/04/1984 | |
| 002041 | D | PATENT NO:<br>TOY CAT | D276640 GRANT DATE: 12/04/1984 | |
| 002016 | D | PATENT NO:<br>TOY HORSE | D276641 GRANT DATE: 12/04/1984 | |
| 002040 | D | PATENT NO:<br>TOY MOUSE | D276643 GRANT DATE: 12/04/1984 | |
| 002035 | D | PATENT NO:<br>TOY ELEPHANT TEETHER | D276653 GRANT DATE: 12/04/1984 | |
| 002034 | D | PATENT NO:<br>TOY DOG TEETHER | D276738 GRANT DATE: 12/11/1984 | |
| 002021 | D | PATENT NO:<br>TOY CLOWN | D276739 GRANT DATE: 12/11/1984 | |
| 002014 | D | PATENT NO:<br>TOY SEAHORSE | D276934 GRANT DATE: 12/18/1984 | |
| 002033 | D | PATENT NO:<br>TOY KITTEN TEETHER | D276845 GRANT DATE: 12/18/1984 | |
| 002045 | D | PATENT NO:<br>TOY RABBIT RATTLE | D276925 GRANT DATE: 12/25/1984 | |

PATENT
REEL: 9227 FRAME: 0637

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 002015 | D | PATENT NO: D276929 GRANT DATE: 12/25/1984 TOY BEAR |
| 002023 | D | PATENT NO: D277016 GRANT DATE: 01/01/1985 TOY TIGER |
| 002029 | D | PATENT NO: D277017 GRANT DATE: 01/01/1985 TOY ORANGE RATTLE |
| 002028 | D | PATENT NO: D277018 GRANT DATE: 01/01/1985 TOY PEAR RATTLE |
| 002019 | D | PATENT NO: D277119 GRANT DATE: 01/08/1985 TOY HAMMER |
| 002067 | D | PATENT NO: D277157 GRANT DATE: 01/15/1985 CRIB END (ANTIQUITY) |
| 002046 | D | PATENT NO: D277197 GRANT DATE: 01/15/1985 TOY SQUIRREL RATTLE |
| 002... | D | PATENT NO: D277198 GRANT DATE: 01/15/1985 TOY KITTEN (RATTLE) |
| 002020 | D | PATENT NO: D277203 GRANT DATE: 01/15/1985 TOY PLIERS |
| 002012 | D | PATENT NO: D277216 GRANT DATE: 01/15/1985 SQUEEZY (TOY CARROT) DESIGN |

SPALDING U.S. PATENTS

002044   D       PATENT NO:        D277496   GRANT DATE: 02/05/1985
                 TOY DUCK

002048   D       PATENT NO:        D277587   GRANT DATE: 02/12/1985
                 TOY BUNNY RABBIT RATTLE

002049   D       PATENT NO:        D277588   GRANT DATE: 02/12/1985
                 TOY PUPPY DOG RATTLE

002018   D       PATENT NO:        D277589   GRANT DATE: 02/12/1985
                 TOY SAW

005320   D       PATENT NO:        D277811   GRANT DATE: 03/05/1985
                 INFANT CARRIER

002022   D       PATENT NO:        D277880   GRANT DATE: 03/05/1985
                 TOY BEAR

002050   D       PATENT NO:        D278071   GRANT DATE: 03/19/1985
                 TOY BIRD RATTLE

002___   D       PATENT NO:        D278358   GRANT DATE: 04/09/1985
                 BARBELL WEIGHT

003997   D       PATENT NO:        D281092   GRANT DATE: 10/22/1985
                 GOLF CLUB PUTTER HEAD
                 (OFF SET PUTTER – TPM)

002131   D       PATENT NO:        D282731   GRANT DATE: 02/25/1986
                 STROLLER HANDLE (ALA CARTE)

PATENT
REEL: 9227 FRAME: 0639

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002132 | D | PATENT NO:<br>STROLLER (ALA CARTE) | D282831 GRANT DATE: 03/04/1986 |
| 002130 | D | PATENT NO:<br>STROLLER FOOT REST (ALA CARTE) | D282832 GRANT DATE: 03/04/1986 |
| 005342 | D | PATENT NO:<br>DIAPER PAIL | D288019 GRANT DATE: 01/27/1987 |
| 002249 | D | PATENT NO:<br>CHILD'S BOOSTER SEAT (WINGS) | D289830 GRANT DATE: 05/19/1987 |
| 002222 | D | PATENT NO:<br>GOLF CLUB GRIP | D295207 GRANT DATE: 04/12/1988 |
| 002274 | D | PATENT NO:<br>TOY PUZZLE | D297032 GRANT DATE: 08/02/1988 |
| 002271 | D | PATENT NO:<br>WATER TOY TURTLE FIGURE | D301596 GRANT DATE: 06/13/1989 |
| 002272 | D | PATENT NO:<br>TOY MONEY BANK | D301931 GRANT DATE: 06/27/1989 |
| 00760 | D | PATENT NO:<br>BABY BOTTLE (EASY HOLD) | D304763 GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO:<br>CAR SEAT (7 YEAR CAR SEAT) | D305283 GRANT DATE: 01/02/1990 |

PATENT
REEL: 2227 FRAME: 0640

SPALDING U.S. PATENTS

002897    D    PATENT NO:    D305733 GRANT DATE: 01/30/1990
               GOLF BALL PACKAGE

002925    D    PATENT NO:    D307879 GRANT DATE: 05/15/1990
               BABY CARRIAGE

003017    D    PATENT NO:    D308573 GRANT DATE: 06/12/1990
               CHILD'S TRAINING CHAIR (POTTY SEAT)
               (PERFECT POTTY)

002919    D    PATENT NO:    D309500 GRANT DATE: 07/24/1990
               BREAST PUMP (1986 MANUAL)

002948    D    PATENT NO:    D309886 GRANT DATE: 08/14/1990
               STROLLER WHEEL

003034    D    PATENT NO:    D310200 GRANT DATE: 08/28/1990
               STROLLER WHEEL HUB

003020    D    PATENT NO:    D310654 GRANT DATE: 09/18/1990
               STROLLER WHEEL HUB CAP

003023    D    PATENT NO:    D311281 GRANT DATE: 10/16/1990
               A CHILD'S SAFETY SEAT (WITH T-SHIELD)

002967    D    PATENT NO:    D311822 GRANT DATE: 11/06/1990
               INFANT SAFETY SEAT
               (JOYRIDE)

SPALDING U.S. PATENTS

002852    D    PATENT NO:          D311823  GRANT DATE: 11/06/1990
               CHILD SAFETY SEAT
               (ULTARA II)

002785    D    PATENT NO:          D315253  GRANT DATE: 03/12/1991
               BOOSTER SEAT
               (SIGHTSEER)

002947    D    PATENT NO:          D316238  GRANT DATE: 04/16/1991
               CARRIAGE STROLLER TRAY

002648    D    PATENT NO:          D316583  GRANT DATE: 04/30/1991
               GOLF CLUB HEAD (NSC)

003021    D    PATENT NO:          D316989  GRANT DATE: 05/21/1991
               STROLLER HANDLE

00??28    D    PATENT NO:          D318510  GRANT DATE: 07/23/1991
               GOLF CLUB HEAD (XE #1 IRON)

002943    D    PATENT NO:          D318511  GRANT DATE: 07/23/1991
               GOLF CLUB HEAD (XE #2 IRON)

00????    D    PATENT NO:          D321233  GRANT DATE: 10/29/1991
               CLUB GOLF GRIP

002901    D    PATENT NO:          D321449  GRANT DATE: 11/12/1991
               POWER ROCKER BASE FOR AN INFANT SEAT
               (AMERICAN GLIDER)

PATENT
REEL: 9827 FRAME: 0242

SPALDING U.S. PATENTS

002927    D    PATENT NO:    D322001 GRANT DATE: 12/03/1991
DETACHABLE BASE FOR A BABY'S ROCKER
(JOYRIDE) (TRAVEL TANDEM)

003134    D    PATENT NO:    D323589 GRANT DATE: 02/04/1992
FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND
VERSION)

003183    D    PATENT NO:    D324962 GRANT DATE: 03/31/1992
CHILD'S DESK

003092    D    PATENT NO:    D325972 GRANT DATE: 05/05/1992
DISPOSABLE NURSER HOOD

003167    D    PATENT NO:    D325973 GRANT DATE: 05/05/1992
DISPOSABLE NURSER SHELL

003074    D    PATENT NO:    D326523 GRANT DATE: 05/26/1992
DISPOSABLE NURSER (1988)
(ENTIRE STRUCTURE)

0057?0    D    PATENT NO:    D327175 GRANT DATE: 06/23/1992
ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
(STAIR & CHAIR) (design)

00??30    D    PATENT NO:    D328239 GRANT DATE: 07/28/1992
SAFETY SEAT BELT ALIGNMENT
GUIDE (ULTARA)

003489    D    PATENT NO:    D329472 GRANT DATE: 09/15/1992
DUCK NOVELTY JUMPER (QUACKERS)

SPALDING U.S. PATENTS

| | | PATENT NO: | | |
|---|---|---|---|---|
| 003177 | D | CHILD'S ROCKER | D329757 | GRANT DATE: 09/20/1992 |
| 003116 | D | CHILD'S BENCH SEAT | D329758 | GRANT DATE: 09/29/1992 |
| 003259 | D | ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY) | D330842 | GRANT DATE: 11/10/1992 |
| 003464 | D | TENNIS RACKET WITH SPLIT FRAME | D330925 | GRANT DATE: 11/10/1992 |
| 003160 | D | GOLF CLUB PUTTER (HIGH EFFICIENCY I-TOE WEIGHTED PUTTER HEAD) | D331087 | GRANT DATE: 11/17/1992 |
| 003540 | D | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (CHAIR & STAIR) (D) | D334848 | GRANT DATE: 04/20/1993 |
| 003178 | D | CHILD'S CHAIR | D336168 | GRANT DATE: 06/08/1993 |
| 003??? | D | BASE FOR AN INFANT SEAT | D336396 | GRANT DATE: 06/15/1993 |
| 003676 | D | TEETHER (TEDDY BEAR COOLING RING) | D371161 | GRANT DATE: 07/07/1993 |

SPALDING U.S. PATENTS

003751    D    PATENT NO:    D338068 GRANT DATE: 08/03/1993
              TEETHER (TEDDY BEAR COOLING STAR)

003386    D    PATENT NO:    D338252 GRANT DATE: 08/10/1993
              GOLF CLUB HEAD (TOUR EDITION #9)

003184    D    PATENT NO:    D338344 GRANT DATE: 08/17/1993
              CHILD'S ROCKING SETTEE

003384    D    PATENT NO:    D338937 GRANT DATE: 08/31/1993
              GOLF CLUB HEAD (TOUR EDITION #2)

003385    D    PATENT NO:    D338938 GRANT DATE: 08/31/1993
              GOLF CLUB HEAD (TOUR EDITION #5)

003389    D    PATENT NO:    D339196 GRANT DATE: 09/07/1993
              INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN)

003303    D    PATENT NO:    D339477 GRANT DATE: 09/21/1993
              CHILD'S CAR SEAT WITH INTEGRAL CONVERTIBLE FRAME)
              (CHAMPION)

003?      D    PATENT NO:    D339867 GRANT DATE: 09/28/1993
              PACIFIER SHIELD

003430    D    PATENT NO:    D341207 GRANT DATE: 01/20/1994
              SECURITY GATE WITH WALK-THROUGH FEATURE

003678    D    PATENT NO:    D343650 GRANT DATE: 01/25/1994
              ELEPHANT CIRCUS RATTLE

SPALDING U.S. PATENTS

003683     D     PATENT NO:          D343651 GRANT DATE: 01/25/1994
                 LION CLUTCH RATTLE

003684     D     PATENT NO:          D343652 GRANT DATE: 01/25/1994
                 BEAR CLUTCH RATTLE

003679     D     PATENT NO:          D343653 GRANT DATE: 01/25/1994
                 BUNNY CIRCUS RATTLE

003682     D     PATENT NO:          D343654 GRANT DATE: 01/25/1994
                 ELEPHANT CLUTCH RATTLE

003644     D     PATENT NO:          D343988 GRANT DATE: 02/08/1994
                 JUVENILE CUP DRIBBLE LID (DESIGN)

005334           PATENT NO:          D344189 GRANT DATE: 02/15/1994
                 HIGH CHAIR

003689     D     PATENT NO:          D344986 GRANT DATE: 03/08/1994
                 LION HIGH CHAIR RATTLE (WITH MIRROR)

           D     PATENT NO:          D344987 GRANT DATE: 03/08/1994
                 DEVELOPMENT RATTLE (SPINNER & RINGS)

003691     D     PATENT NO:          D344988 GRANT DATE: 03/08/1994
                 ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR)

003742     D     PATENT NO:          D344998 GRANT DATE: 03/08/1994
                 GOLF CLUB HEAD (TOP-FLITE THUNDER HEAT)

PATENT
REEL 9227 FRAME 0646

SPALDING U.S. PATENTS

003649    D    PATENT NO:    D345054  GRANT DATE: 03/15/1994
               INFANT MASSAGER TOOTHBRUSH (D)

003690    D    PATENT NO:    D345184  GRANT DATE: 03/15/1994
               CLOWN HIGH CHAIR RATTLE (WITH MIRROR)

003685    D    PATENT NO:    D345185  GRANT DATE: 03/15/1994
               RATTLE WITH RINGS

003687    D    PATENT NO:    D345388  GRANT DATE: 03/22/1994
               RING CHIME RATTLE DESIGN

003680    D    PATENT NO:    D345389  GRANT DATE: 03/22/1994
               LAMB CIRCUS RATTLE

003692    D    PATENT NO:    D345390  GRANT DATE: 03/22/1994
               PONY PUSH-ALONG RATTLE (WITH MIRROR)

003686    D    PATENT NO:    D345391  GRANT DATE: 03/22/1994
               BUNNY SEE-THRU RATTLE

003684    D    PATENT NO:    D345392  GRANT DATE: 03/22/1994
               SPIN BALL HIGH CHAIR RATTLE

003736    D    PATENT NO:    D345422  GRANT DATE: 03/22/1994
               CLEAR TEETHER RING

003677    D    PATENT NO:    D345608  GRANT DATE: 03/29/1994
               DECORATED COOLING TEETHER

PATENT
REEL 9227 FRAME 0647

SPALDING U.S. PATENTS

003681     D     PATENT NO:     D345995 GRANT DATE: 04/12/1994
                 SLIDE RATTLE DESIGN

003667     D     PATENT NO:     D346840 GRANT DATE: 05/10/1994
                 GOLF CLUB WEDGE HEAD (D)

005336           PATENT NO:     D347121 GRANT DATE: 05/24/1994
                 INFANT BOUNCER

005337           PATENT NO:     D347737 GRANT DATE: 06/14/1994
                 INFANT CAR SEAT

005328           PATENT NO:     D348309 GRANT DATE: 06/28/1994
                 BATH RING

003388     D     PATENT NO:     D348513 GRANT DATE: 07/05/1994
                 BREAST PUMP ADAPTER (MANUAL BREAST PUMPS)

003585     D     PATENT NO:     D350607 GRANT DATE: 09/13/1994
                 MICKEY MOUSE PACIFIER
                 (NEW DESIGN)

           D     PATENT NO:     D350828 GRANT DATE: 09/20/1994
                 MINNIE MOUSE PACIFIER
                 (NEW DESIGN)

002947     D     PATENT NO:     D350851 GRANT DATE: 09/27/1994
                 INFANT MASSAGER TOOTHBRUSH

PATENT
REEL: 9227 FRAME: 0348

SPALDING U.S. PATENTS

003797    D    PATENT NO:        D351205  GRANT DATE: 10/04/1994
               TENNIS RACKET DESIGN (VARIABLE INERTIA HEAD RACKET)

003939    D    PATENT NO:        D351232  GRANT DATE: 10/04/1994
               DAISY DUCK PACIFIER (DISNEY)

003938    D    PATENT NO:        D351233  GRANT DATE: 10/04/1994
               DONALD DUCK PACIFIER (DISNEY)

005335    D    PATENT NO:        D351289  GRANT DATE: 10/11/1994
               INFANT SWING

003643    D    PATENT NO:        D352201  GRANT DATE: 11/08/1994
               JUVENILE DRINKING CUP (DESIGN)

003945    D    PATENT NO:        D353288  GRANT DATE: 12/13/1994
               Z HANDLE FOR INFANT CAR SEAT
               (CARRY RIGHT)

003943    D    PATENT NO:        D355461  GRANT DATE: 02/14/1995
               RACQUETBALL RACKET (WITH REVERSE SUNBURST
               STRING PATTERN (ULTIMATE POWER)

003573    D    PATENT NO:        D355533  GRANT DATE: 02/21/1995
               NEW DOORWAY EXERCISER (D)
               (JOHNNY JUMP UP)

003954    D    PATENT NO:        D355939  GRANT DATE: 02/28/1995
               CHILD'S EXERCISER/ROCKER (D)
               (EXERSAUCER)

SPALDING U.S. PATENTS

003961   D   PATENT NO:   D356689   GRANT DATE: 03/28/1995
CHILD'S MULTI-LEVEL BOOSTER SEAT (D)
(ELEVATOR II)

003985   D   PATENT NO:   D357800   GRANT DATE: 05/02/1995
SOFT BABY CARRIER
(GRAND TOUR)

003917   D   PATENT NO:   D358188   GRANT DATE: 05/09/1995
GOLF CLUB HEAD
(FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS)

003898   D   PATENT NO:   D358730   GRANT DATE: 05/30/1995
HIGH CHAIR TRAY (WITH CENTER DRAWER –
HAPPY DAYS)

003935   D   PATENT NO:   D360307   GRANT DATE: 07/18/1995
BOOSTER CAR SEAT BASE (D) (W/O SHIELD)
(SIDEKICK)

003900   D   PATENT NO:   D360905   GRANT DATE: 08/01/1995
DUCK NOVELTY JUMPER (QUACKERS)

003901   D   PATENT NO:   D360991   GRANT DATE: 08/08/1995
BOOSTER CAR SEAT W/SHIELD
(SIDEKICK) (D)

003907   D   PATENT NO:   D361672   GRANT DATE: 08/29/1995
ADJUSTABLE HIGH CHAIR (D)
(HEIGHT HEIGHT)

PATENT
REEL: 9227 FRAME: 0650

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004035 | D | PATENT NO:    D362883 GRANT DATE:  10/03/1995<br>TOP-FLITE TOUR "PRO-OFFSET"<br>GOLF CLUB IRONS (P5) |
| 004197 | D | PATENT NO:    D363100 GRANT DATE:  10/10/1995<br>GOLF CLUB (D)<br>(CROWNLESS TOP-FLITE MAGNA WOOD) |
| 003977 | D | PATENT NO:    D363327 GRANT DATE:  10/17/1995<br>GOLF CLUB PUTTER (TOP-FLITE TF-2) (D) |
| 003978 | D | PATENT NO:    D363328 GRANT DATE:  10/17/1995<br>GOLF CLUB PUTTER (TOP-FLITE TF-3) (D)<br>(TOP-FLITE 3) |
| 003980 | D | PATENT NO:    D363329 GRANT DATE:  10/17/1995<br>GOLF CLUB PUTTER (TOP-FLITE TF-5 (D)<br>(TOP-FLITE 5) |
| 004010 | D | PATENT NO:    D363330 GRANT DATE:  10/17/1995<br>GOLF CLUB PUTTER (TOP-FLITE TF-6) (D) |
| 004011 | D | PATENT NO:    D363332 GRANT DATE:  10/17/1995<br>"OVERSIZED" EZ IRONS (EZ-5) |
| | D | PATENT NO:    D363518 GRANT DATE:  10/24/1995<br>GOLF CLUB PUTTER (TOP-FLITE TF-7) |
| 004194 | D | PATENT NO:    D363961 GRANT DATE:  11/07/1994<br>GOLF CLUB (TOP-FLITE MAGNA WOOD) (D)<br>(3RD VERSION) |

PATENT
REEL: 9227 FRAME: 0651

SPALDING U.S. PATENTS

004157    D        PATENT NO:        D364754  GRANT DATE: 12/05/1995
                   BLOW MOLDED CRIB (D)
                   (HUNTINGTON BABY CRIB)

003953    D        PATENT NO:        D365925  GRANT DATE: 01/09/1996
                   A COMBINATION BABY CARRIER, BACKPACK
                   AND WHEEL COVERS (FRAME AND SOFT CARRIER)

004184    D        PATENT NO:        D366965  GRANT DATE: 02/13/1996
                   INFANT CAR SEAT (D)
                   (TODDLER CONVERTIBLE CAR SEAT) (FANTASY)

004241    D        PATENT NO:        D366967  GRANT DATE: 02/13/1996
                   CONVERTIBLE HIGH CHAIR (D)
                   (COMBINATION HIGH CHAIR/TABLE)

004263    D        PATENT NO:        D366978  GRANT DATE: 02/13/1996
                   REMOVABLE PLAYYARD CANOPY (D)

003716    D        PATENT NO:        D368386  GRANT DATE: 04/02/1996
                   CHILD'S BED
                   (PRINCESS BED)

003737    D        PATENT NO:        D368505  GRANT DATE: 04/02/1996
                   GOLF CLUB PUTTER (D)
                   (TOP-FLITE 1)

003954-1  D        PATENT NO:        D369685  GRANT DATE: 05/14/1996
                   CHILD'S EXERCISER/ROCKER

PATENT
REEL: 9227 FRAME: 3652

SPALDING U.S. PATENTS

003945-1    D    PATENT NO:    D369707    GRANT DATE: 05/14/1996
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003903    D    PATENT NO:    D369900    GRANT DATE: 05/21/1996
NOVELTY SPORTS HEARWEAR (HOOP HEAD)

003940    D    PATENT NO:    D373028    GRANT DATE: 08/27/1996
INFANT AUTO SEAT WITH BASE
(ON MY WAY)

003964    D    PATENT NO:    D373029    GRANT DATE: 08/27/1996
HEIGHT ADJUSTABLE HIGH CHAIR (D)
(RIGHT HEIGHT)

003975    D    PATENT NO:    D374558    GRANT DATE: 10/15/1996
FRAME FOR AN INFANT CAR SEAT
(ON MY WAY)

004039    D    PATENT NO:    D374578    GRANT DATE: 10/15/1996
FIVE-POINT SHIELD FOR CAR SEAT (D)
(EASY 5)

004805    D    PATENT NO:    D374633    GRANT DATE: 11/15/1996
BABY MONITOR TRANSMITTER

004825    D    PATENT NO:    D374692    GRANT DATE: 10/15/1996
GEOMETRIC TOY BAR (D)
(FOR USE WITH EXERSAUCER)

005293    D    PATENT NO:    D374764    GRANT DATE: 12/24/1996
BABY MONITOR TRANSMITTER

PATENT
REEL: 9227 FRAME: 0653

SPALDING U.S. PATENTS

004271  D  PATENT NO:  D374896  GRANT DATE: 10/22/1996
DASHBOARD ACTIVITY CENTER (D)
(FOR USE WITH EXERSAUCER)

004307  D  PATENT NO:  D374899  GRANT DATE: 10/22/1996
TOP-FLITE TOUR DRIVER
(STAINLESS WITH TITANIUM INSERT)

004461  D  PATENT NO:  D375338  GRANT DATE: 11/05/1996
GOLF BALL DIMPLE PATTERN
(D219)

004464  D  PATENT NO:  D375339  GRANT DATE: 11/05/1996
GOLF BALL DIMPLE PATTERN
(D228)

004270  D  PATENT NO:  D376393  GRANT DATE: 12/10/1996
TRAIN ACTIVITY CENTER (D)
(FOR USE WITH EXERSAUCER)

005294  PATENT NO:  D376765  GRANT DATE: 12/24/1996
BABY MONITOR RECIEVER

003...  PATENT NO:  D376918  GRANT DATE: 12/31/1996
BATH RING

005315  PATENT NO:  D377457  GRANT DATE: 01/21/1997
BABY MONITOR RECEIVOR

004465  D  PATENT NO:  D377816  GRANT DATE: 02/04/1997
GOLF BALL DIMPLE PATTERN
(D229)

PATENT
REEL 9227 FRAME 0654

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004515 | D | PATENT NO: D378017 GRANT DATE: 02/18/1997<br>IMPROVED INFANT FRAME CARRIER (D)<br>(HIKE N ROLL - FRESH AIR GEAR) |
| 004243 | D | PATENT NO: D378554 GRANT DATE: 03/25/1997<br>BUILT-IN TOY TRAY FOR CHILD EXERCISER<br>(D) |
| 004493 | D | PATENT NO: D378908 GRANT DATE: 04/22/1997<br>CHILD STROLLER AND INFANT CARRIER SYSTEM<br>(D) (JOYRIDE) |
| 004485 | D | PATENT NO: D378969 GRANT DATE: 04/29/1997<br>INFANT ACTIVITY QUILT (D) |
| 004484 | D | PATENT NO: D379486 GRANT DATE: 05/27/1997<br>MOBILE ARM ATTACHMENT FOR PORTABLE<br>PLAYYARDS (D) |
| 004549 | D | PATENT NO: D379583 GRANT DATE: 06/03/1997<br>WHEELS FOR USE ON FOLDABLE<br>PLAYYARDS (HAPPY CABANA) |
| 004273 | D | PATENT NO: D381720 GRANT DATE: 07/29/1997<br>GOLF BALL DIMPLE PATTERN<br>(D221) |
| 004466 | D | PATENT NO: D381721 GRANT DATE: 07/29/1997<br>GOLF BALL DIMPLE PATTERN<br>(D275) |

SPALDING U.S. PATENTS

004460   D    PATENT NO:   D381722   GRANT DATE: 07/29/1997
GOLF BALL DIMPLE PATTERN
(D212)

004463   D    PATENT NO:   D381723   GRANT DATE: 07/29/1997
GOLF BALL DIMPLE PATTERN
(D227)

003965-1   D   PATENT NO:   D382718   GRANT DATE: 08/26/1997
COMBINED PLAYYARD AND TOY BAG
(HAPPY CAMPER) (D)

004393   D    PATENT NO:   D382968   GRANT DATE: 08/26/1997
A COMBINED INFANT NURSER AND CAP (LONG BOTTLE)

004394   D    PATENT NO:   D382969   GRANT DATE: 08/26/1997
A COMBINED INFANT NURSER AND CAP (SHORT BOTTLE)

004459   D    PATENT NO:   D383179   GRANT DATE: 09/02/1997
GOLF BALL DIMPLE PATTERN
(D211)

003   D    PATENT NO:   D383912   GRANT DATE: 09/23/1997
CHILD'S CAR SEAT (II)
(FANTASY 5)

004746   D    PATENT NO:   D384911   GRANT DATE: 10/14/1997
BELT BUCKLE FOR AUTO BOOSTER SEAT

005302    PATENT NO:   D385105   GRANT DATE: 10/21/1997
GBP 320 D2 CHILD CARRIER

SPALDING U.S. PATENTS

004637    D    PATENT NO:    D385113  GRANT DATE: 10/21/1997
              GOLF BAG TOP WITH PUTTER WELL

004491    D    PATENT NO:    D385116  GRANT DATE: 10/21/1997
              CHILD'S BOOSTER CAR SEAT (D)

005306    D    PATENT NO:    D385696  GRANT DATE: 11/04/1997
              CHILD CARRIER

004502    D    PATENT NO:    D388483  GRANT DATE: 12/30/1997
              GOLF CLUB DRIVER HEAD (INTIMIDATOR FAIRWAY WOODS)
              (NOS. 3, 5, 7, 9)

004557    D    PATENT NO:    D388486  GRANT DATE: 12/30/1997
              IRON TYPE GOLF CLUB HEAD (T1 INSERT TOP-FLITE TOUR IRON)

004653    D    PATENT NO:    D388487  GRANT DATE: 12/30/1997
              WEDGE-TYPE GOLF CLUB HEAD (1997 TOP-FLITE EXTREME WEDGE)

004740    D    PATENT NO:    D388749  GRANT DATE: 01/06/1998
              HOLLOW SPOKE WHEEL FOR CHILD'S STROLLER
              (THREE WHEEL STROLLER)

004787    D    PATENT NO:    D390604  GRANT DATE: 02/10/1998
              ELECTRONIC PAINT PALLET ACTIVITY TOY

004783    D    PATENT NO:    D390886  GRANT DATE: 02/17/1998
              ELECTRONIC BEAR FACE ACTIVITY TOY

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004772 | D | PATENT NO: D390888 GRANT DATE: 02/17/1998<br>CHILD/EXERCISER ROCKER WITH AIRPLANE SHAPED TRAY |
| 004771 | D | PATENT NO: D391309 GRANT DATE: 02/24/1998<br>CHILD EXERCISER/ROCKER (WITH BUILT-IN TOYS TRAY) |
| 004672 | D | PATENT NO: D391364 GRANT DATE: 02/24/1998<br>LOCK AND KEY TEETHER |
| 004851 | D | PATENT NO: D391641 GRANT DATE: 03/03/1998<br>MESH PACIFIER WITH HANDLE (1996) |
| 004675 | D | PATENT NO: D391643 GRANT DATE: 03/03/1998<br>INFANT TEETHER (GRAPES) |
| 004677 | D | PATENT NO: D391644 GRANT DATE: 03/03/1998<br>INFANT TEETHER (RASPBERRY) |
| 004676 | D | PATENT NO: D392389 GRANT DATE: 03/17/1998<br>INFANT TEETHER (STRAWBERRY) |
| 004260 | D | PATENT NO: D393033 GRANT DATE: 05/31/1998<br>TRADITIONAL BLADE FUTTER DESIGN |
| 004649 | D | PATENT NO: D393074 GRANT DATE: 05/31/1998<br>COMBINED PACIFIER AND CLIP ATTACHMENT |

SPALDING U.S. PATENTS

004784      D        PATENT NO:        D394546 GRANT DATE: 05/25/1998
                     INFANT FRAME CARRIER

004546      D        PATENT NO:        D394687 GRANT DATE: 05/26/1998
                     GOLF CLUB DRIVER HEAD (INTIMIDATOR FAIRWAY WOOD #3)

004794      D        PATENT NO:        D394689 GRANT DATE: 05/26/1998
                     GOLF CLUB PUTTER HEAD
                     (MICRO GROOVE)

MASTER FILE REPORT
1
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

| Docket No. | Case Type | APPLICATION NO: App No |
| --- | --- | --- |
| 004303-1 | C | APPLICATION NO: |

APPLICATION DATE: App Date

008802 APPLICATION DATE: 01/20/1998
MULTI-LAYER GOLF BALL AND
METHOD OF MAKING SAME

005536                    APPLICATION NO:
                          010462 APPLICATION DATE: 01/21/1998
                          CATCHER MASK (HOCKEY
                          GOALIE STYLE)

005372                    APPLICATION NO:
                          012788 APPLICATION DATE: 01/23/1998
                          1.71 MULTI-LAYER GOLF BALL

005531                    APPLICATION NO:
                          015433 APPLICATION DATE: 01/29/1998
                          SYSTEM & METHOD OF MATCHING
                          GOLF BALL TO A GOLF CLUB
                          TO A GOLF CLUB FOR
                          OPTICAL PERFORMANCE

004751-1                  APPLICATION NO:
                          015434 APPLICATION DATE: 01/29/1998
                          TITANIUM FILLED THICK MANTLE
                          SOFT-COVERED MULTI-LAYER GOLF BALL

005661        C           APPLICATION NO:
                          016657 APPLICATION DATE: 02/09/1993
                          GOLF BALL COVER COMPOSITIONS CONTAINING MINERAL
                          FIBERS

005679        D           APPLICATION NO:
                          018012 APPLICATION DATE: 01/26/1994
                          GOLF CLUB PUTTER (TOP-FLITE TF-4) (D)

005566                    APPLICATION NO:
                          019250 APPLICATION DATE: 02/05/1998
                          WOVEN ZK SOFTBALL

PATENT
REEL: 9227 FRAME: 0660

05/18/1998  11 01    PAGE:

MASTER FILE REPORT
2
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 005355 | | APPLICATION NO:<br>MEDALLION GAME BALL (LOGO) | 019997 APPLICATION DATE: 02/06/1998 |
| 004438-2-1 | C | APPLICATION NO:<br>COMPOSITE BAT WITH METAL BARREL AREA<br>AND METHOD OF FABRICATION | 019998 APPLICATION DATE: 02/06/1998 |
| 005356-1 | | APPLICATION NO:<br>SURFACE DESIGN FOR RUBBER BASKETBALLS (DESIGNS 1&2) | 019999 APPLICATION DATE: 02/06/1998 |
| 005550 | | APPLICATION NO:<br>R.I.M. POLYURETHANE COVERS<br>FOR GOLF BALL AND RELATED<br>PROCESSES | 040798 APPLICATION DATE: 03/18/1998 |
| 005290 | | APPLICATION NO:<br>THREE OR MORE LAYER COVERED GOLF BALL | 042119 APPLICATION DATE: 03/28/1997 |
| 005248 | L | APPLICATION NO:<br>NOVEL DUAL CORES FOR GOLF BALLS | 042439 APPLICATION DATE: 03/28/1997 |
| 005248 | | APPLICATION NO:<br>GOLF CLUB DRIVER HEAD (INTIMIDATOR FAIRWAY WOOD #5) | 049431 APPLICATION DATE: 01/25/1996 |
| 005248 | | APPLICATION NO:<br>GOLF CLUB DRIVER HEAD (INTIMIDATOR FAIRWAY WOOD (#7) | 049432 APPLICATION DATE: 01/25/1996 |

PATENT
REEL: 9327 FRAME: 0661

MASTER FILE REPORT                                    PCMASTER REPORTER                                    05/18/1998   11 01   PAGE:
3
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No              APPLICATION DATE: App Date
----------    ---------    ---------------   ------            ------------------   --------
004503                     APPLICATION NO:
                           GOLF CLUB DRIVER
                           (INTIMIDATOR - TITANIUM)
                           051363 APPLICATION DATE: 03/07/1996

005123          L          APPLICATION NO:
                           TITANIUM/TUNGSTEN GOLF BALL
                           054049 APPLICATION DATE: 07/14/1997

004638          D          APPLICATION NO:
                           GOLF BAG BOTTOM WITH LIFT HANDLE
                           056022 APPLICATION DATE: 06/20/1996

004699                     APPLICATION NO:
                           LADIES TOP-FLITE TOUR IRONS (1997)
                           057481 APPLICATION DATE: 07/25/1996

004556                     APPLICATION NO:
                           OFFSET INTIMIDATOR METAL WOODS
                           (GOLF CLUB)
                           057482 APPLICATION DATE: 07/25/1996

004787          D          APPLICATION NO:
                           GOLF CLUB PUTTER HEAD
                           (MICRO GROOVE)
                           065301 APPLICATION DATE: 01/23/1997

                D          APPLICATION NO:
                           TRADITIONAL MALLET PUTTER DESIGN
                           (TRADITIONAL MALLET PUTTER DESIGN)
                           065306 APPLICATION DATE: 01/23/1997

004793          D          APPLICATION NO:
                           TOUR FLANGE PUTTER
                           (MICRO GROOVE)
                           065307 APPLICATION DATE: 01/23/1997

PATENT
REEL: 9227 FRAME: 0662

MASTER FILE REPORT

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

4

SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: | App No | APPLICATION DATE: | App Date |
|---|---|---|---|---|---|
| ------ | ---- | -------------- | -- | --------------- | -------- |
| 004792 | D | APPLICATION NO: | -- | APPLICATION DATE: | -- |
| | | 065308 APPLICATION NO: | | APPLICATION DATE: | 01/23/1997 |
| | | TOUR MALLET PUTTER | | | |
| | | (MICRO GROOVE) | | | |
| 004791 | D | APPLICATION NO: | | | |
| | | 065309 APPLICATION DATE: | | 01/23/1997 | |
| | | TRADITIONAL FLANGE PUTTER | | | |
| | | (MICRO GROOVE) | | | |
| 004790 | D | APPLICATION NO: | | | |
| | | 065310 APPLICATION DATE: | | 01/23/1997 | |
| | | TRADITIONAL LEFT-HANDED FLANGE PUTTER | | | |
| | | (MICRO GROOVE) | | | |
| 004789 | D | APPLICATION NO: | | | |
| | | 065311 APPLICATION DATE: | | 01/23/1997 | |
| | | GOLF CLUB PUTTER HEAD | | | |
| | | (MICRO GROOVE) | | | |
| 004788 | D | APPLICATION NO: | | | |
| | | 065312 APPLICATION DATE: | | 01/23/1997 | |
| | | CLASSIC MALLET PUTTER | | | |
| | | (MICRO GROOVE) | | | |
| 004? | D | APPLICATION NO: | | | |
| | | 066539 APPLICATION DATE: | | 02/13/1997 | |
| | | ALUMINUM COMPOSITE DOUBLE WALL BAT | | | |
| 004? | D | APPLICATION NO: | | | |
| | | 071908 APPLICATION DATE: | | 05/30/1997 | |
| | | FAIRWAY WOOD WITH BOUNCE | | | |
| 004921 | D | APPLICATION NO: | | | |
| | | 071914 APPLICATION DATE: | | 05/30/1997 | |
| | | FAIRWAY WOOD WITH BOUNCE | | | |
| | | (#5) | | | |

PATENT
REEL: 9227 FRAME: 0663

MASTER FILE REPORT
5
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | | |
|---|---|---|---|---|
| 005024 | D | APPLICATION NO:<br>FAIRWAY WOOD GOLF CLUB HEAD<br>(#9) | APPLICATION DATE: App Date<br>071915 APPLICATION DATE: 05/30/1997 | |
| 004822 | D | APPLICATION NO:<br>FAIRWAY WOOD WITH BOUNCE<br>(#7) | 071916 APPLICATION DATE: 05/30/1997 | |
| 005097 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073941 APPLICATION DATE: 07/24/1997 | |
| 005098 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073942 APPLICATION DATE: 07/24/1997 | |
| 005099 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073943 APPLICATION DATE: 07/24/1997 | |
| 005093 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073944 APPLICATION DATE: 07/24/1997 | |
| 005094 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073945 APPLICATION DATE: 07/24/1997 | |
| 005096 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073946 APPLICATION DATE: 07/24/1997 | |
| 005100 | | APPLICATION NO:<br>DSS-2 GOLF SHOE CLEAT | 073947 APPLICATION DATE: 07/24/1997 | |

PATENT
REEL 9227 FRAME 0664

MASTER FILE REPORT                                    PCMASTER REPORTER                                    05/18/1998  11 01  PAGE:
6
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: | App No | APPLICATION DATE: | App Date |
|---|---|---|---|---|---|
| 005101 | | APPLICATION NO: | | APPLICATION DATE: | |
| | | 073948 | | APPLICATION DATE: | 07/24/1997 |
| | | DSS-2 GOLF SHOE CLEAT | | | |
| 005094 | | APPLICATION NO: | | | |
| | | 073958 | | APPLICATION DATE: | 07/24/1997 |
| | | DSS-2 GOLF SHOE CLEAT | | | |
| 005167 | | APPLICATION NO: | | | |
| | | 075446 | | APPLICATION DATE: | 09/12/1997 |
| | | SOFT SPIKED SOLE FOR GOLF SHOES | | | |
| 005141 | | APPLICATION NO: | | | |
| | | 075978 | | APPLICATION DATE: | 08/27/1997 |
| | | DECORATIVE SHOE PLATE FOR USE ON GOLF SHOES | | | |
| 005347 | D | APPLICATION NO: | | | |
| | | 077384 | | APPLICATION DATE: | 09/19/1997 |
| | | TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-300) | | | |
| 005352 | D | APPLICATION NO: | | | |
| | | 077388 | | APPLICATION DATE: | 09/19/1997 |
| | | TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-317) | | | |
| 005 | D | APPLICATION NO: | | | |
| | | 077389 | | APPLICATION DATE: | 09/19/1997 |
| | | TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-316) | | | |
| 005 | D | APPLICATION NO: | | | |
| | | 077390 | | APPLICATION DATE: | 09/19/1997 |
| | | TEARDROP DIMPLE PATTERN FOR GOLF BALL (D-321) | | | |

PATENT
REEL 9227 FRAME: 0655

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

MASTER FILE REPORT
7
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: | App No | APPLICATION DATE: | App Date |
|---|---|---|---|---|---|
| 005351 | D | APPLICATION NO:<br>TEARDROP DIMPLE PATTERN FOR<br>GOLF BALL (D-320) | | 077391 APPLICATION DATE: 09/19/1997 | |
| 005350 | D | APPLICATION NO:<br>TEARDROP DIMPLE PATTERN FOR<br>GOLF BALL (D-310) | | 077392 APPLICATION DATE: 09/19/1997 | |
| 005584 | D | APPLICATION NO:<br>ALLTREK STAND GOLF BAG | | 082168 APPLICATION DATE: 01/16/1998 | |
| 005589 | D | APPLICATION NO:<br>SURFACE DESIGN FOR RUBBER<br>BASKETBALLS (Design No. 2) | | 083518 APPLICATION DATE: 02/06/1998 | |
| 005588 | D | APPLICATION NO:<br>MEDALLION GAME BALL (LOGO)<br>(DESIGN) | | 083522 APPLICATION DATE: 02/06/1998 | |
| 005390 | D | APPLICATION NO:<br>SURFACE DESIGNS FOR RUBBER<br>BASKETBALLS (Design No. 1) | | 083523 APPLICATION DATE: 02/06/1998 | |
| 005453 | D | APPLICATION NO:<br>DESIGN NO. 2 - BUBBLE BAT | | 084938 APPLICATION DATE: 03/12/1998 | |
| 005452 | D | APPLICATION NO:<br>DESIGN NO. 1 - BUBBLE BAT | | 084939 APPLICATION DATE: 03/12/1998 | |

PAGE:

05/18/1998  11 01

PCMASTER REPORTER

MASTER FILE REPORT
8
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | | APPLICATION DATE: App Date |
|---|---|---|---|---|
| 005454 | D | APPLICATION NO: | 085636 | APPLICATION DATE: 03/26/1998 |
| | | DESIGN NO. 3 - BUBBLE BAT | | |
| 005606 | D | APPLICATION NO: | 085660 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | | |
| | | DESIGN - DESIGN #9 | | |
| 005607 | D | APPLICATION NO: | 085661 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | | |
| | | DESIGN - DESIGN #10 | | |
| 005598 | D | APPLICATION NO: | 085665 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | | |
| | | DESIGN - DESIGN #1 | | |
| 005599 | D | APPLICATION NO: | 085666 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | | |
| | | DESIGN - DESIGN #2 | | |
| 005600 | | APPLICATION NO: | 085667 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | | |
| | | DESIGN - DESIGN #3 | | |
| 005603 | D | APPLICATION NO: | 085668 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | | |
| | | DESIGN - DESIGN #6 | | |
| 005604 | | APPLICATION NO: | 085669 | APPLICATION DATE: 03/27/1998 |
| | | PERIMETER WEIGHTED GOLF BALL | | |
| | | DESIGN - DESIGN #7 | | |

PATENT
REEL: 9327 FRAME: 0667

```
MASTER FILE REPORT                          PCMASTER REPORTER                05/18/1998  11 01  PAGE:
        9
SPALDING U.S. PATENT APPLICATIONS

Docket No.   Case Type   APPLICATION NO: App No      APPLICATION DATE: App Date
---------    ---------   --------------- ------      ----------------- --------
005605       D           APPLICATION NO:        085670 APPLICATION DATE: 03/27/1998
                         PERIMETER WEIGHTED GOLF BALL
                         DESIGN - DESIGN #8

005601       D           APPLICATION NO:        085671 APPLICATION DATE: 03/27/1998
                         PERIMETER WEIGHTED GOLF BALL
                         DESIGN - DESIGN #4

005602       D           APPLICATION NO:        085680 APPLICATION DATE: 03/27/1998
                         PERIMETER WEIGHTED GOLF BALL
                         DESIGN - DESIGN #5

005510       D           APPLICATION NO:        090388 APPLICATION DATE: 01/20/1998
                         ALLTREK STAND GOLF BAG

003609       F           APPLICATION NO:        291255 APPLICATION DATE: 08/16/1994
                         SHEET MOLDING COMPOUND FOR RACKETS

003937-F1    F           APPLICATION NO:        366365 APPLICATION DATE: 12/19/1994
                         HIGH ACID IONOMER AND GOLF
                         BALL COVER COMPOSITIONS
                         COMPRISING SAME

003624-2     V           APPLICATION NO:        410824 APPLICATION DATE: 03/27/1995
                         GOLF BALL COVER COMPOSITIONS
                         CONTAINING MINERAL FIBERS

003637-F1-2  V           APPLICATION NO:        412051 APPLICATION DATE: 03/28/1995
                         HIGH ACID IONOMER AND GOLF
                         BALL COVER COMPOSITIONS
                         COMPRISING SAME
```

PATENT
REEL: 9227 FRAME: 0668

MASTER FILE REPORT
10
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 004303 | | APPLICATION NO: | APPLICATION DATE: |
| | | 490963 | 06/15/1995 |
| | | MULTI-LAYER GOLF BALL AND METHOD OF MAKING SAME | |
| 004026 | | APPLICATION NO: 495062 | APPLICATION DATE: 06/26/1995 |
| | | MULTI-LAYER GOLF BALL | |
| 004277 | | APPLICATION NO: 529361 | APPLICATION DATE: 09/18/1995 |
| | | UV CURABLE INK FOR GAME BALL AND METHOD OF PRINTING | |
| 002754-2-1 | V | APPLICATION NO: 530851 | APPLICATION DATE: 09/20/1995 |
| | | IMPROVED ENLARGED GOLF BALL (MAGNA BALL) | |
| 003724-1 | C | APPLICATION NO: 542793 | APPLICATION DATE: 10/13/1995 |
| | | IMPROVED MULTI-LAYER GOLF BALL (CIP) | |
| 003748-1 | C | APPLICATION NO: 554303 | APPLICATION DATE: 11/08/1995 |
| | | RACKET FRAME CONSTRUCTION WITH GRAPHITE/POLYETHYLENE FIBERS (CIP) | |
| 003929-1 | C | APPLICATION NO: 555191 | APPLICATION DATE: 11/08/1995 |
| | | FILAMENT WOUND RACKET AND METHOD OF FABRICATION (CIP) | |
| 003724-2 | C | APPLICATION NO: 556237 | APPLICATION DATE: 11/09/1995 |
| | | IMPROVED MULTI-LAYER GOLF BALL | |

PATENT
REEL: 9223 FRAME: 0669

MASTER FILE REPORT
11:

SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998  11 01  PAGE :

| Docket No. | Case Type | APPLICATION NO: | App No | APPLICATION DATE: | App Date |
|---|---|---|---|---|---|
| 004230 | | APPLICATION NO: | | 580260 APPLICATION DATE: | 12/28/1995 |

DIPPED RUBBER GRIP FOR SPORTING GOODS
(i.e. Baseball/Softball Bats)

004161    APPLICATION NO:    591046 APPLICATION DATE: 01/25/1996
SOFT-COVERED GOLF BALL HAVING A
COVER MADE OF A SINGLE IONOMER

004224    APPLICATION NO:    595898 APPLICATION DATE: 02/06/1996
METHOD OF TREATING GAME BALLS FOR IMPROVING
SCUFF RESISTANCE BY ELECTRON BEAM

004224-1    APPLICATION NO:    595898 APPLICATION DATE: 02/06/1996
METHOD OF TREATING GAME BALLS FOR IMPROVING
SCUFF RESISTANCE BY ELECTRON BEAM

004224-F1    APPLICATION NO:    595898 APPLICATION DATE: 02/06/1996
METHOD OF TREATING GAME BALLS FOR IMPROVING
SCUFF RESISTANCE BY ELECTRON BEAM

004231-1-F2    APPLICATION NO:    596690 APPLICATION DATE: 02/06/1996
IMPROVED GOLF BALL COVERS CONTAINING
HIGH ACID IONOMERS

003867-F2    F    APPLICATION NO:    601380 APPLICATION DATE: 02/14/1996
HIGH ACID IONOMER AND GOLF
BALL COVER COMPOSITIONS
COMPRISING SAME

PATENT
REEL: 9227 FRAME: 0670

05/18/1998  11 01  PAGE:

MASTER FILE REPORT
12
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 004617 | | 609546 | 03/01/1996 |

APPLICATION NO:
METHOD OF COATING A GAME BALL WITH A QUICK-CURE COATING SYSTEM

| 003936 | | 609822 | 03/01/1996 |

APPLICATION NO:
QUICK CURE GOLF BALL COATING

| 004628 | | 631613 | 04/10/1996 |

APPLICATION NO:
MULTI-LAYER GOLF BALL USING SINGLE IONOMER OUTER COVER

| 003877 | | 637029 | 04/24/1996 |

APPLICATION NO:
LAMINATED LIGHTWEIGHT INSERTS FOR GOLF CLUB HEADS

| 004170-1-1-F2 | F | 645185 | 05/13/1996 |

APPLICATION NO:
GOLF BALL COVER COMPOSITIONS (FILE WRAPPER)

| 004?-4-F2 | F | 647276 | 05/13/1996 |

APPLICATION NO:
IMPROVED LOW MODULUS COVERED GOLF BALL (FILE WRAPPER)

| 004?37-1-F1-1 | V | 649050 | 05/16/1996 |

APPLICATION NO:
GOLF BALL COVER COMPOSITIONS (DIVISIONAL)

| 004652 | D | 655827 | 05/31/1996 |

APPLICATION NO:
TOP-FLITE TOUR PUTTERS (1997)

PATENT
REEL: 9227 FRAME: 0671

MASTER FILE REPORT
13
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998  11 01   PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 003879 | | GOLF CLUB HEAD WITH INSERT | APPLICATION NO: 660252  APPLICATION DATE: 06/07/1996 |
| 003600-3 | C | GOLF BALL COVER COMPOSITIONS (CONTINUATION) | APPLICATION NO: 661608  APPLICATION DATE: 06/11/1996 |
| 004190 | | HOLOGRAM GAME BALL | APPLICATION NO: 663393  APPLICATION DATE: 06/13/1996 |
| 004174 | | SOFTBALL/BASEBALL BATS - ALUMINUM SHELL/ HIGH STRENGTH ALLOY BARREL | APPLICATION NO: 663394  APPLICATION DATE: 06/13/1996 |
| 004438-1 | C | COMPOSITE BAT WITH ALUMINUM BARREL AREA | APPLICATION NO: 669072  APPLICATION DATE: 06/24/1996 |
| 003600-2 | C | GOLF BALL COVER COMPOSITIONS | APPLICATION NO: 681870  APPLICATION DATE: 07/29/1996 |
| 003?-5 | C | GOLF BALL COVER COMPOSITIONS | APPLICATION NO: 710423  APPLICATION DATE: 09/17/1996 |
| 003024-F1-D1 | V | IMPROVED MULTI-LAYER GOLF BALL (DIVISIONAL) | APPLICATION NO: 714661  APPLICATION DATE: 09/16/1996 |

PATENT
REEL: 9227 FRAME: 3672

MASTER FILE REPORT
14
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

| Docket No. | Case Type | APPLICATION NO: | App No | APPLICATION DATE: | App Date |
|---|---|---|---|---|---|
| 003611-2-D1 | V | APPLICATION NO:<br>LOW SPIN GOLF BALL<br>(DIVISIONAL) | | 716016 APPLICATION DATE: | 09/16/1996 |

003351-2-F1    F    APPLICATION NO:    723285 APPLICATION DATE:  09/30/1996
GOLF BALL COVERS CONTAINING HIGH ACID IONOMERS

004214-D1    V    APPLICATION NO:    729725 APPLICATION DATE:  10/07/1996
TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE

004026-1    C    APPLICATION NO:    743122 APPLICATION DATE:  11/04/1996
GOLF BALL CONTAINING PLASTOMER AND
METHOD OF MAKING SAME

003611-5    C    APPLICATION NO:    743579 APPLICATION DATE:  11/04/1996
GOLF BALL WITH VERY THICK COVER

000292    C    APPLICATION NO:    753674 APPLICATION DATE:  11/27/1996
GAME BALL MOLD PREPARATION TECHNIQUE
AND COATING SYSTEM

003611-3    C    APPLICATION NO:    753704 APPLICATION DATE:  11/27/1996
UV-TREATED GOLF BALL
(DIVISIONAL)

004026-2    C    APPLICATION NO:    762947 APPLICATION DATE:  12/10/1996
GOLF BALL & METHOD OF MAKING SAME (MULTI-LAYER GOLF BALL WITH
MANTLE CONTAINING NON-IONOMERIC POLYOLEFIN AND FILLER)

PATENT
REEL: 9227 FRAME: 0675

MASTER FILE REPORT
15
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: | App No | APPLICATION DATE: | App Date |
|---|---|---|---|---|---|
| ------ | ---- | -------------- | ------ | ---------------- | --------- |
| 004408 | | APPLICATION NO: 763070 | | APPLICATION DATE: | 12/10/1996 |

NYLON COPOLYMER/IONOMER TERPOLYMER
BLENDS FOR GOLF BALL COVER FORMULATION
(P-5435 ASTL, P-5436 CANA, P-5437 JAPA,
P-5438 KORS, P-5439 U.K.)

004752
    APPLICATION NO: 782199 APPLICATION DATE: 01/10/1997
1,74 VERY THICK COVERED GOLF BALL

004751
    APPLICATION NO: 782221 APPLICATION DATE: 01/13/1997
TITANIUM FILLED THICK MANTLE,
SOFT-COVERED MULTI-LAYER GOLF BALL

004533
    APPLICATION NO: 783162 APPLICATION DATE: 01/14/1997
EIGHT CAVITY GOLF BALL INJECTION MOLD

004526
    APPLICATION NO: 789346 APPLICATION DATE: 01/27/1997
BALL BAT WITH TAILORED FLEXIBILITY
(P-5445 CANA)

004454
    APPLICATION NO: 789363 APPLICATION DATE: 01/27/1997
GOLF BAG WITH STAND

004411-1-F1    F
    APPLICATION NO: 792274 APPLICATION DATE: 01/31/1997
LOW SPIN GOLF BALL
(FILE WRAPPER)

004748
    APPLICATION NO: 796760 APPLICATION DATE: 02/06/1997
TITANIUM CERAMIC WOOD GOLF CLUB HEAD

PATENT
REEL: 9227 FRAME: 0674

MASTER FILE REPORT
16
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| ---- -- | ---- ---- | ---- ---- -- -- | ---- ---- |
| 004786 | | APPLICATION NO: | APPLICATION DATE: 02/06/1997 |

796761 APPLICATION DATE: 02/06/1997
SPRING WIRE SHOCK ABSORBERS
FOR GOLF BAGS

003611-2-F1    F    APPLICATION NO:    798829 APPLICATION DATE: 02/12/1997
LOW SPIN GOLF BALL
(FILE WRAPPER)

004695    APPLICATION NO:    799284 APPLICATION DATE: 02/13/1997
COURT GAME RACKET CONSTRUCTED WITH
COMPOSITE MATERIALS HAVING COMPOSITE RODS
INTERSPERSED WITH BIAS PLIES
(P-5430 TAIW, P-5431 ASTL, P-5432 CANA,

004298-1    F    APPLICATION NO:    802650 APPLICATION DATE: 02/18/1997
SOFT NATURAL RUBBER RACQUETBALL GRIP

004858    APPLICATION NO:    810972 APPLICATION DATE: 02/27/1997
ZERO DIFFERENTIAL FORCE GOLF BALL,
INJECTION MOLE

004808    APPLICATION NO:    811447 APPLICATION DATE: 03/03/1997
GOLF BALL COVER BLEND OF IONOMOER AND
METPALLOCENE CATALYZED POLYOLEFINS

003724-F2    F    APPLICATION NO:    815556 APPLICATION DATE: 03/13/1997
IMPROVED MULTI-LAYER GOLF BALL
(FILE WRAPPER)

PATENT
REEL: 9227 FRAME: 0675

MASTER FILE REPORT
17
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998   11 01   PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003477-1-F2 | F | APPLICATION NO: | APPLICATION DATE: |
| | | 819945 APPLICATION NO: | APPLICATION DATE: 03/18/1997 |

IMPROVED GOLF BALL CORE
COMPOSITIONS (FILE WRAPPER)

004143

APPLICATION NO:
822671 APPLICATION DATE: 03/24/1997
IMPROVED PLAYABILITY OF SPORTS BALLS
(P-5442 CANA, P-5443 ITAL, P-5444 JAPA)

004049

APPLICATION NO:
831584 APPLICATION DATE: 04/09/1997
BLOW MOLDED BASKETBALL
(P-5440 CANA, P-5441 JAPA)

002776-6    F

APPLICATION NO:
839740 APPLICATION DATE: 04/15/1997
MULTI-PIECE GOLF BALLS AND
METHODS OF MANUFACTURE

003660

APPLICATION NO:
840392 APPLICATION DATE: 04/29/1997
LOW MOMENT OF INERTIA MULTI-LAYER
NON-WOUND GOLF BALL
(P-5425 ASTL, P-5426 CANA,
P-5427 JAPA, P-5428 KORS,

003901

APPLICATION NO:
868836 APPLICATION DATE: 06/09/1997
FAIRWAY WOODS WITH BOUNCE (U)

004044

APPLICATION NO:
869981 APPLICATION DATE: 06/05/1997
DRAGGED DIMPLE PATTERNS FOR GOLF BALLS
(TEARDROP)

003990-1

APPLICATION NO:
872673 APPLICATION DATE: 06/11/1997
ULTIMATE DISTANCE GOLF BALL

PATENT
REEL: 9227 FRAME: 0676

MASTER FILE REPORT                    PCMASTER REPORTER                    05/18/1998  11 01  PAGE:
18
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 003794-F2 | F | APPLICATION NO: 873820 | APPLICATION DATE: 06/12/1997 |

APPLICATION NO:
GOLF BALL AND METHOD FOR
MAKING SAME (MOISTURE IMPERMEABLE)

004467                    876064  APPLICATION DATE: 06/13/1997

APPLICATION NO:
GOLF BALL COATING DELIVERY SYSTEM

003778                    876150  APPLICATION DATE: 06/13/1997

APPLICATION NO:
SOFT COVERED GOLF BALL USING BLEND OF
IONOMER/ACID/TERPOLYMER/EPDM

004303-2         C        877937  APPLICATION DATE: 06/18/1997

APPLICATION NO:
MULTI-LAYER GOLF BALL AND
METHOD OF MAKING SAME

004277-1         C        877938  APPLICATION DATE: 06/18/1997

APPLICATION NO:
UV CURABLE INK FOR GAME BALL AND
METHOD OF PRINTING

004221-1-8       C        887053  APPLICATION DATE: 07/02/1997

APPLICATION NO:
IMPROVED ENLARGED GOLF BALL
(MAGNA BALL)

003476-D1                 891810  APPLICATION DATE: 07/14/1997

APPLICATION NO:
GOLF BALL DIMPLE CONFIGURATION
METHOD AND PRODUCT

004860                    893808  APPLICATION DATE: 07/11/1997

APPLICATION NO:
GAMMA TREATED GAME BALL/CORE/
SHOE SOLES/SPIKES

PATENT
REEL: 9227 FRAME: 0677

MASTER FILE REPORT
19.
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998    11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 005066 | | APPLICATION NO: | |
| | | DSS-1 GOLF CLEAT | 922822 APPLICATION DATE: 09/03/1997 |
| | | (DIFFERENCE SPIKE SYSTEM) | |
| 005165 | | APPLICATION NO: | |
| | | TWO-PIECE COMPOSITE CLEAT FOR GOLF SHOE | 922822 APPLICATION DATE: 09/03/1997 |
| 005379 | | APPLICATION NO: | |
| | | MULTI-LAYER GOLF BALL HAVING | 927619 APPLICATION DATE: 09/11/1997 |
| | | A THERMOSET MANTLE | |
| 004293-1 | | APPLICATION NO: | |
| | | ONE PIECE GOLF BALL USING BLENDS | 928775 APPLICATION DATE: 09/11/1997 |
| | | OF ZDA AND CARBOXYLIC ACIDS | |
| 004161-1 | | APPLICATION NO: | |
| | | SOFT-COVERED GOLF BALL HAVING A | 944342 APPLICATION DATE: 10/06/1997 |
| | | COVER MADE OF A SINGLE IONOMER | |
| 004? 8-1-1 | C | APPLICATION NO: | |
| | | COMPOSITE BAT WITH ALUMINUM BARREL AREA | 948445 APPLICATION DATE: 10/10/1997 |
| 027 6? | C | APPLICATION NO: | |
| | | MULTI-PIECE GOLF BALLS AND | 959952 APPLICATION DATE: 10/24/1997 |
| | | METHOD OF MANUFACTURE | |
| 05? 8 | | APPLICATION NO: | |
| | | GOLF BALL HAVING VERY SOFT | 975799 APPLICATION DATE: 11/21/1997 |
| | | CORE WITH HARD COVER (AERO) | |

MASTER FILE REPORT                              PCMASTER REPORTER                                    05/18/1998  11 01  PAGE:
20
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No                    APPLICATION DATE: App Date
----------    ---------    -------------------- -------             -------------------- --------
005224                     APPLICATION NO:                          APPLICATION DATE: 12/02/1997
                           GOLF BAG STAND                 982558

003637-F1-D1    V          APPLICATION NO:                          APPLICATION DATE: 12/24/1997
                           HIGH ACID IONOMER AND GOLF     997857
                           BALL COVER COMPOSITIONS
                           COMPRISING SAME

005031                     APPLICATION NO:                          APPLICATION DATE: 03/28/1997
                           SILICONE RUBBER GOLF BALL CORE/MANTLE    60/042117

005051          L          APPLICATION NO:                          APPLICATION DATE: 03/28/1997
                           PERIMETER WEIGHTED GOLF BALL,  60/042428
                           WITH VISIBLE WEIGHTING

005060          L          APPLICATION NO:                          APPLICATION DATE: 03/28/1997
                           METALIZED MULTI-LAYER GOLF BALL  60/042430

PATENT
REEL: 9227 FRAME: 0679

MASTER FILE REPORT
1
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ----- | ---- | ---- -- | ---- -- |
| 005338 | | PATENT NO: 380973 | GRANT DATE: 07/15/1997 |
| | | BABY MONITOR TRANSMITTER | |
| 001480 | | PATENT NO: 4101042 | GRANT DATE: 07/18/1978 |
| | | BOTTLE DISC | |
| 001593 | | PATENT NO: 4186454 | GRANT DATE: 02/05/1980 |
| | | PORTABLE PLAYPEN HOUDINI | |
| 001836 | C | PATENT NO: 4231612 | GRANT DATE: 11/04/1980 |
| | | BABY CARRIER AND CAR SEAT (DYN-O-MITE) | |
| 001699 | | PATENT NO: 4288123 | GRANT DATE: 09/08/1981 |
| | | HIGH CHAIR TRAY ATTACHMENT MECHANISM (SIDEWINDER) | |
| 005341 | | PATENT NO: 4323233 | GRANT DATE: 04/06/1982 |
| | | PENDULUM SWING | |
| 001918 | | PATENT NO: 4343510 | GRANT DATE: 08/10/1992 |
| | | CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | |
| 001914 | C | PATENT NO: 4376551 | GRANT DATE: 03/15/1983 |
| | | CHILD CAR SEAT AND RESTRAININGSYSTEM (ONE STEP) | |
| 005296 | | PATENT NO: 4434920 | GRANT DATE: 03/06/1984 |
| | | SOFT ORTHOPEDIC POUCH-TYPE INFANT CARRIER | |



PATENT
REEL: 9227 FRAME: 0680

MASTER FILE REPORT                    PCMASTER REPORTER                              05/14/1998    9 54    PAGE:
2
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 002149 | | PATENT NO: 4568122 | GRANT DATE: 02/04/1986 |
| | | WINGS AUTO BOOSTER SEAT UTILITY | |
| 002354 | | PATENT NO: 4754999 | GRANT DATE: 07/05/1988 |
| | | 7 YEAR CAR SEAT | |
| 005295 | | PATENT NO: 4777672 | GRANT DATE: 10/18/1988 |
| | | CHILDREN'S CONVERTIBLE TOILET APPARATUS | |
| 002298 | | PATENT NO: 4802248 | GRANT DATE: 02/07/1989 |
| | | SPRING HANGER ASSEMBLY (ALL WOOD CRIBS) | |
| 002786 | | PATENT NO: 4826246 | GRANT DATE: 05/02/1989 |
| | | CHILD SAFETY SEAT | |
| | | (ULTARA II WITH T-SHIELD) | |
| 005410 | D | PATENT NO: 4832367 | GRANT DATE: 05/23/1989 |
| | | BELT RESTRAINING APPARATUS | |
| | | FOR AUTO PASSENGERS | |
| 00?? | | PATENT NO: 4892517 | GRANT DATE: 01/09/1990 |
| | | BREAST PUMP (1986 VERSION) | |
| 003010 | | PATENT NO: 4912818 | GRANT DATE: 04/03/1990 |
| | | BELT ADJUSTING APPARATUS (ULTARA I) | |
| 003014 | | PATENT NO: 4943113 | GRANT DATE: 07/24/1990 |
| | | CHILD RESTRAINT SYSTEM WITH IMPROVED BASE (JOYRIDE) | |

PATENT
REEL: 9227 FRAME: 0681

PAGE: 9 54

05/14/1998

PCMASTER REPORTER

MASTER FILE REPORT
3
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| ------ | --- | ------ | ------ |
| 003082 | | PATENT NO:     4958887 GRANT DATE: 09/25/1990 | |
| | | INFANT CARRIER WITH HOOKS FOR USE WITH SHOPPING CARTS | |
| 003129 | | PATENT NO:     4962965 GRANT DATE: 10/16/1990 | |
| | | SEAT BELT ASSEMBLY FOR HIGH CHAIRS | |
| 003539 | | PATENT NO:     4968091 GRANT DATE: 11/06/1990 | |
| | | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL | |
| | | (CHAIR & STAIR) | |
| 003161 | | PATENT NO:     4968092 GRANT DATE: 11/06/1990 | |
| | | HIGH CHAIR LATCH MECHANISM (FRONT RELEASE TRAY MECHANISM) | |
| | | (SIDEWINDER) | |
| 003392 | | PATENT NO:     4984895 GRANT DATE: 01/15/1991 | |
| | | VEHICLE SEAT FOR A CHILD | |
| 003078 | | PATENT NO:     4985948 GRANT DATE: 01/22/1991 | |
| | | FOLDABLE PLAYYARD (TOP & BOTTOM FOLD) HAPPY CAMPER - SECOND | |
| | | VERSION | |
| 003092 | | PATENT NO:     5020600 GRANT DATE: 06/04/1991 | |
| | | DISPOSABLE NURSER SHELL & HOOD (1988) | |
| 003689 | | PATENT NO:     5061012 GRANT DATE: 10/29/1991 | |
| | | CHILD CAR SEAT WITH AUTOMATICE HARNESS ADJUST | |

PATENT
REEL: 2227 FRAME: 0682

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
4
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003117 | | PATENT NO: 5106154 | GRANT DATE: 04/21/1992 |

CAR SEAT WITH INTEGRAL
CONVERTIBLE FRAME (CHAMPION)

005340        PATENT NO:      5172955 GRANT DATE: 12/22/1992
BOUNCING INFANT SEAT RECLINING BETWEEN UPRIGHT

003376        PATENT NO:      5181761 GRANT DATE: 01/26/1993
CHILD RESTRAINT SYSTEM (ULTRA I)

003353        PATENT NO:      5181765 GRANT DATE: 01/26/1993
HEAT TREATED LATCH PLATE
(ULTRA II CAR SEAT)

003258-1        PATENT NO:      5183311 GRANT DATE: 02/02/1993
PORTABLE HIGH CHAIR/BOOSTER SEAT (SNACK 'N PLAY)

005285        PATENT NO:      5210532 GRANT DATE: 05/11/1993
BABY MONITOR RECEIVER HAVING INDICATOR DISPLAY

004        PATENT NO:      5272840 GRANT DATE: 12/28/1993
SECURITY GATE WITH WALK-THROUGH FEATURE

005088        PATENT NO:      5277472 GRANT DATE: 01/11/1994
MULTI-FUNCTION INFANT SEAT

005291        PATENT NO:      5280635 GRANT DATE: 01/18/1994
BABY MONITOR TRANSMITTER

PATENT
REEL: 9227 FRAME: 0683

PCMASTER REPORTER                                                  05/14/1998    9 54    PAGE:

MASTER FILE REPORT
5
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ------ --- | ---- ---- | ----- -- | ------- -- |
| 003705 | | PATENT NO:          5288283 GRANT DATE: 02/22/1994 | |
| | | DOORWAY EXERCISER (U) | |
| | | (NEW JOHNNY JUMP UP) | |
| 003780 | | PATENT NO:          5292336 GRANT DATE: 03/08/1994 | |
| | | PACIFIER WITH HANDLE (UTILITY) (DISNEY) | |
| 005406 | | PATENT NO:          5317765 GRANT DATE: 06/07/1994 | |
| | | COLLAPSIBLE INFANT BATH RING | |
| 005325 | | PATENT NO:          5322343 GRANT DATE: 06/21/1994 | |
| | | INFANT CAR SEAT | |
| 003950 | | PATENT NO:          5324094 GRANT DATE: 06/28/1994 | |
| | | HANDLE FOR INFANT CAR SEAT | |
| | | (CARRY RIGHT) | |
| 005231 | | PATENT NO:          5326327 GRANT DATE: 07/05/1994 | |
| | | SWING ASSEMBLY | |
| 005223 | | PATENT NO:          5361934 GRANT DATE: 11/08/1994 | |
| | | POP-UP STRAW FOR JUVENILE | |
| | | DRINKING CUP | |
| 005230 | | PATENT NO:          5385387 GRANT DATE: 01/31/1995 | |
| | | CHILD CARRIER WITH DETACHABLE BASE | |
| | | (ON MY WAY) | |

PATENT
REEL: 2227 FRAME: 0684

MASTER FILE REPORT                    PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
6
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003896 | | PATENT NO:        5407246    GRANT DATE: 04/18/1995 | |

CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER)

003950-1    C    PATENT NO:        5409292    GRANT DATE: 04/25/1995
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003862    PATENT NO:        5427432    GRANT DATE: 06/27/1995
ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
(ULTARA)

005343    PATENT NO:        5437115    GRANT DATE: 08/01/1995
SECURITY GATE APPARATUS

003641    PATENT NO:        5445585    GRANT DATE: 08/29/1995
SPRING HOUSING AND SPREADER ASSEMBLY
(NEW JOYNNY JUMP-UP AND QUACKERS)

003967    PATENT NO:        5458398    GRANT DATE: 10/17/1995
INFANT CAR SEAT WITH RECESSED BELT PATH
(EASY 5)

003930-1    C    PATENT NO:        5478135    GRANT DATE: 12/26/1995
CHILD CARRIER WITH DETACHABLE BASE
(ON MY WAY) (CIP Appln)

003963    PATENT NO:        5489138    GRANT DATE: 02/06/1996
IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U)
(CELEBRITY)

PATENT
REEL: 9229    FRAME: 0685

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
7
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ---- ---- | ---- ---- | ----- --- --- | ----- ---- ----- |
| 003786 | | PATENT NO:    5507558   GRANT DATE: 04/16/1996 |
| | | AUTO BOOSTER SEAT W/SHIELD |
| | | (SIDEKICK) |
| 003950-1-1 | C | PATENT NO:    5516190  GRANT DATE: 05/14/1996 |
| | | HANDLE FOR INFANT CAR SEAT |
| | | (CARRY RIGHT) |
| 005305 | | PATENT NO:    5531258   GRANT DATE: 07/02/1996 |
| | | FOLDING SOFT GATE |
| 005318 | | PATENT NO:    5533959  GRANT DATE: 07/09/1996 |
| | | WIRELESS REMOTE MONITORS |
| 004458 | | PATENT NO:    5535457  GRANT DATE: 07/16/1996 |
| | | BLOW MOLDED CRIB (U) |
| | | (HUNTINGTON BABY CRIB) |
| 005222 | | PATENT NO:    5553336  GRANT DATE: 09/10/1996 |
| | | PLAYYARD AND BASSINET COMBINATION |
| | | (HAPPY CAMPER) |
| 004543 | | PATENT NO:    5558400  GRANT DATE: 09/24/1996 |
| | | ADJUSTABLE HEIGHT HIGH CHAIR |
| 005303 | | PATENT NO:    5575530  GRANT DATE: 11/19/1996 |
| | | INFANT BOUNCER |

PATENT
REEL: 9327 FRAME: 0683

MASTER FILE REPORT
8
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 005314 | | PATENT NO:      5588158   GRANT DATE: 12/31/1996 | |
| | | BATH RING | |
| 005316 | | PATENT NO:      5590060   GRANT DATE: 02/04/1997 | |
| | | CHILD'S BOOSTER SEAT FOR VEHICLES | |
| 004175-1 | F | PATENT NO:      5609393   GRANT DATE: 03/11/1997 | |
| | | RECLINING MECHANISM FOR TODDLER | |
| | | CAR SEATS (EASY 5) | |
| 005312 | | PATENT NO:      5638885   GRANT DATE: 06/17/1997 | |
| | | BABY MONITOR RECEIVER | |
| 005284 | | PATENT NO:      5643035   GRANT DATE: 07/01/1997 | |
| | | BUBBLE PRODUCING DEVICE | |
| 004483 | | PATENT NO:      5644806   GRANT DATE: 07/08/1997 | |
| | | PLAYYARD SYSTEM WITH HANDLE AND WHEELS | |
| | | (U) (ROLL N GO) | |
| | | PATENT NO:      5662339   GRANT DATE: 09/02/1997 | |
| | | IMPROVED INFANT FRAME CARRIER | |
| | | (HIKE N' ROLL) (U) | |
| 005226 | | PATENT NO:      5690383   GRANT DATE: 11/25/1997 | |
| | | BABY BUNGEE JUMPER (U) | |
| | | (THIRD VERSION) | |

PATENT
REEL: 9227 FRAME: 0687

MASTER FILE REPORT
9
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|
| 005317 | | PATENT NO: | 5692655 | GRANT DATE: | 12/02/1997 |

SOFT CARRIER FOR A CHILD

003896-2    C    PATENT NO:    5704576 GRANT DATE: 01/06/1998
CLIP FOR A CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER) (CIP)

005308    PATENT NO:    5708970 GRANT DATE: 01/13/1998
WIRELESS SOUND MONITORING APPARATUS
WITH SUBAUDIBLE SQUELCH CONTROL

004299    PATENT NO:    5727798 GRANT DATE: 03/17/1998
CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (ON MY WAY)

004744    PATENT NO:    5738410 GRANT DATE: 04/14/1998
RECLINE MECHANISM FOR THREE-WHEELED STROLLER

000799    PATENT NO:    5745954 GRANT DATE: 05/05/1998
PLAYYARD HINGE
(HAPPY CAMPER)

000153    PATENT NO:    5752283 GRANT DATE: 05/19/1998
ECONOMY BOTTOM PLAYYARD

009083    PATENT NO:    5759195 GRANT DATE: 06/02/1998
MESH PACIFIER
(1997)

PATENT
REEL: 9327 FRAME: 0688

MASTER FILE REPORT                          PCMASTER REPORTER
10
EVENFLO U.S. PATENTS                                          05/14/1998  9 54  PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 001928 | D | PATENT NO: DRESSER MIRROR | D268468 GRANT DATE: 04/05/1983 |
| 001924 | D | PATENT NO: FIVE-DRAWER CHEST | D268974 GRANT DATE: 05/17/1983 |
| 001956 | D | PATENT NO: STROLLER | D274714 GRANT DATE: 07/17/1984 |
| 002001 | D | PATENT NO: CRIB END (WINDSOR--W/O DECO END SPIND) | D274876 GRANT DATE: 07/31/1984 |
| 002002 | D | PATENT NO: CRIB END (CASABLANCA WICKER) | D274877 GRANT DATE: 07/31/1984 |
| 002096 | D | PATENT NO: BOOSTER SEAT (2-STAGE MODEL) | D276098 GRANT DATE: 10/30/1984 |
| 002017 | D | PATENT NO: DESIGN OF BOOSTER SEAT (4-STAGE MODEL) | D276099 GRANT DATE: 10/30/1984 |
| 002012 | D | PATENT NO: TOY GOAT | D276635 GRANT DATE: 12/04/1984 |
| 002013 | D | PATENT NO: TOY CELERY (SQUEEZY) | D276636 GRANT DATE: 12/04/1984 |

PATENT
REEL: 9227 FRAME: 0689

```
MASTER FILE REPORT                              PCMASTER REPORTER                           05/14/1998   9 54   PAGE:
   11
EVENFLO U.S. PATENTS

Docket No.   Case Type   PATENT NO: Pat No.        GRANT DATE: Grant Dt
--------     ---- ----   ---------- ------         ----------- --------
002014          D        PATENT NO:                GRANT DATE:
                                    D276637 GRANT DATE: 12/04/1984
                         TOY BANANA

002042          D        PATENT NO:
                                    D276638 GRANT DATE: 12/04/1984
                         TOY OCTOPUS

002039          D        PATENT NO:
                         TOY DOG (SQUEEZE PET) D276639 GRANT DATE: 12/04/1984

002041          D        PATENT NO:
                                    D276640 GRANT DATE: 12/04/1984
                         TOY CAT

002016          D        PATENT NO:
                                    D276641 GRANT DATE: 12/04/1984
                         TOY HORSE

002040          D        PATENT NO:
                                    D276643 GRANT DATE: 12/04/1984
                         TOY MOUSE

002034          D        PATENT NO:
                         TOY ELEPHANT TEETHER D276653 GRANT DATE: 12/04/1984

002034          D        PATENT NO:
                         TOY DOG TEETHER      D276738 GRANT DATE: 12/11/1984

002021          D        PATENT NO:
                                    D276739 GRANT DATE: 12/11/1984
                         TOY CLOWN
```

PATENT
REEL: 92227 FRAME: 0690

```
MASTER FILE REPORT                          PCMASTER REPORTER
 12
EVENFLO U.S. PATENTS

Docket No.   Case Type   PATENT NO: Pat No.        GRANT DATE: Grant Dt
--------     ---------   ---------- --- ----       ----------- --------
002043          D        PATENT NO:     D276834  GRANT DATE: 12/18/1984
                         TOY SEAHORSE

002033          D        PATENT NO:     D276845  GRANT DATE: 12/18/1984
                         TOY KITTEN TEETHER

002045          D        PATENT NO:     D276925  GRANT DATE: 12/25/1984
                         TOY RABBIT RATTLE

002015          D        PATENT NO:     D276929  GRANT DATE: 12/25/1984
                         TOY BEAR

002023          D        PATENT NO:     D277016  GRANT DATE: 01/01/1985
                         TOY TIGER

002029          D        PATENT NO:     D277017  GRANT DATE: 01/01/1985
                         TOY ORANGE RATTLE

002021          D        PATENT NO:     D277018  GRANT DATE: 01/01/1985
                         TOY PEAR RATTLE

002019          D        PATENT NO:     D277119  GRANT DATE: 01/08/1985
                         TOY HAMMER

002067          D        PATENT NO:     D277157  GRANT DATE: 01/15/1985
                         CRIB END (ANTIQUITY)
```

PATENT
REEL: 9227 FRAME: 0691

MASTER FILE REPORT
13
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt | |
|---|---|---|---|---|
| 002046 | D | D277197 | 01/15/1985 | TOY SQUIRREL RATTLE |
| 002047 | D | D277198 | 01/15/1985 | TOY KITTEN (RATTLE) |
| 002020 | D | D277203 | 01/15/1985 | TOY PLIERS |
| 002012 | D | D277216 | 01/15/1985 | SQUEEZY (TOY CARROT) DESIGN |
| 002044 | D | D277496 | 02/05/1985 | TOY DUCK |
| 002048 | D | D277587 | 02/12/1985 | TOY BUNNY RABBIT RATTLE |
| 002049 | D | D277588 | 02/12/1985 | TOY PUPPY DOG RATTLE |
| 002018 | D | D277589 | 02/12/1985 | TOY SAW |
| 005320 | D | D277811 | 03/05/1985 | INFANT CARRIER |

PATENT
REEL: 9227 FRAME: 0692

```
MASTER FILE REPORT                           PCMASTER REPORTER                        05/14/1998   9 54   PAGE:
14
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
------- ---   --- ----     ------- ---   -- ---      ------- ----:  ------- --
002022        D            PATENT NO:       D277880  GRANT DATE: 03/05/1985
                           TOY BEAR

002050        D            PATENT NO:       D278071  GRANT DATE: 03/19/1985
                           TOY BIRD RATTLE

002131        D            PATENT NO:       D282731  GRANT DATE: 02/25/1986
                           STROLLER HANDLE (ALA CARTE)

002132        D            PATENT NO:       D282831  GRANT DATE: 03/04/1986
                           STROLLER (ALA CARTE)

002130        D            PATENT NO:       D282832  GRANT DATE: 03/04/1986
                           STROLLER FOOT REST (ALA CARTE)

002342        D            PATENT NO:       D288019  GRANT DATE: 01/27/1987
                           DIAPER PAIL

002474        D            PATENT NO:       D289830  GRANT DATE: 05/19/1987
                           CHILD'S BOOSTER SEAT
                           (WINGS)

002274        D            PATENT NO:       D297032  GRANT DATE: 08/02/1988
                           TOY PUZZLE

002271        D            PATENT NO:       D301596  GRANT DATE: 06/13/1989
                           WATER TOY TURTLE FIGURE
```

PATENT
REEL: 9227 FRAME: 0693

MASTER FILE REPORT                          PCMASTER REPORTER                              05/14/1998    9 54    PAGE:
15
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 002277 | D | PATENT NO: D301931<br>TOY MONEY BANK | GRANT DATE: 06/27/1989 |
| 002760 | D | PATENT NO: D304763<br>BABY BOTTLE (EASY HOLD) | GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO: D305283<br>CAR SEAT (7 YEAR CAR SEAT) | GRANT DATE: 01/02/1990 |
| 002925 | D | PATENT NO: D307879<br>BABY CARRIAGE | GRANT DATE: 05/15/1990 |
| 003017 | D | PATENT NO: D308573<br>CHILD'S TRAINING CHAIR (POTTY SEAT)<br>(PERFECT POTTY) | GRANT DATE: 06/12/1990 |
| 002919 | D | PATENT NO: D309500<br>BREAST PUMP (1986 MANUAL) | GRANT DATE: 07/24/1990 |
| 003034 | D | PATENT NO: D309986<br>STROLLER WHEEL | GRANT DATE: 09/14/1990 |
| 003034 | D | PATENT NO: D310200<br>STROLLER WHEEL HUB | GRANT DATE: 08/28/1990 |
| 003020 | D | PATENT NO: D310654<br>STROLLER WHEEL HUB CAP | GRANT DATE: 09/18/1990 |

PATENT
REEL: 9227 FRAME: 0694

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
16
EVENFLO U.S. PATENTS

FCMASTER REPORTER

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 002875 | D | PATENT NO: D311281 | GRANT DATE: 10/16/1990 |
|  |  | A CHILD'S SAFETY SEAT (WITH T-SHIELD) |  |
| 002867 | D | PATENT NO: D311822 | GRANT DATE: 11/06/1990 |
|  |  | INFANT SAFETY SEAT (JOYRIDE) |  |
| 002852 | D | PATENT NO: D311823 | GRANT DATE: 11/06/1990 |
|  |  | CHILD SAFETY SEAT (ULTARA II) |  |
| 002785 | D | PATENT NO: D315253 | GRANT DATE: 03/12/1991 |
|  |  | BOOSTER SEAT (SIGHTSEER) |  |
| 002947 | D | PATENT NO: D316238 | GRANT DATE: 04/16/1991 |
|  |  | CARRIAGE STROLLER TRAY |  |
| 002921 | D | PATENT NO: D316989 | GRANT DATE: 05/21/1991 |
|  |  | STROLLER HANDLE |  |
| 002920 | D | PATENT NO: D321449 | GRANT DATE: 11/12/1991 |
|  |  | POWER ROCKER BASE FOR AN INFANT SEAT (AMERICAN GLIDER) |  |
| 002827 | D | PATENT NO: D322001 | GRANT DATE: 12/03/1991 |
|  |  | DETACHABLE BASE FOR A BABY'S ROCKER (JOYRIDE) (TRAVEL TANDEM) |  |

PATENT
REEL: 9227 FRAME: 0694

```
MASTER FILE REPORT                              PCMASTER REPORTER                        05/14/1998    9 54   PAGE:
17
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
------ ---    ---- ----    ------ --- --- ---        ----- --- --- --
003134        D            PATENT NO:      D323589  GRANT DATE: 02/04/1992
                           FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND
                           VERSION)

003183        D            PATENT NO:      D324962  GRANT DATE: 03/31/1992
                           CHILD'S DESK

003092        D            PATENT NO:      D325972  GRANT DATE: 05/05/1992
                           DISPOSABLE NURSER HOOD

003167        D            PATENT NO:      D325973  GRANT DATE: 05/05/1992
                           DISPOSABLE NURSER SHELL

003074        D            PATENT NO:      D326523  GRANT DATE: 05/26/1992
                           DISPOSABLE NURSER (1988)
                           (ENTIRE STRUCTURE)

003756        D            PATENT NO:      D327175  GRANT DATE: 06/23/1992
                           ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
                           (STAIR & CHAIR) (design)

003___        D            PATENT NO:      D328239  GRANT DATE: 07/28/1992
                           SAFETY SEAT BELT ALIGNMENT
                           GUIDE (ULTARA)

003489        D            PATENT NO:      D329472  GRANT DATE: 09/15/1992
                           DUCK NOVELTY JUMPER (QUACKERS)
```

PATENT
REEL: 2227 FRAME: 0696

```
MASTER FILE REPORT                              PCMASTER REPORTER                        05/14/1998   9 54   PAGE:
    18
EVENFLO U.S.  PATENTS

Docket No.   Case Type   PATENT NO: Pat No.          GRANT DATE: Grant Dt
------       ---- ----   ------- --- -- ---          ----- ----- -------
003177         D         PATENT NO:     D329757  GRANT DATE:  09/20/1992
                         CHILD'S ROCKER

003176         D         PATENT NO:     D329758  GRANT DATE:  09/29/1992
                         CHILD'S BENCH SEAT

003259         D         PATENT NO:     D330842  GRANT DATE:  11/10/1992
                         ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY)

003540         D         PATENT NO:     D334848  GRANT DATE:  04/20/1993
                         ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
                         (CHAIR & STAIR) (D)

003178         D         PATENT NO:     D336168  GRANT DATE:  06/08/1993
                         CHILD'S CHAIR

005398         D         PATENT NO:     D336396  GRANT DATE:  06/15/1993
                         BASE FOR AN INFANT SEAT

003          D          PATENT NO:     D337161  GRANT DATE:  07/07/1993
                         TEETHER (TEDDY BEAR COOLING RING)

003751         D         PATENT NO:     D338068  GRANT DATE:  08/03/1993
                         TEETHER (TEDDY BEAR COOLING STAR)

003184         D         PATENT NO:     D338344  GRANT DATE:  08/17/1993
                         CHILD'S ROCKING SETTEE
```

PATENT
REEL: 9227 FRAME: 0697

PCMASTER REPORTER                                                      05/14/1998    9 54    PAGE:

MASTER FILE REPORT
19
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003389 | D | PATENT NO: D339196 | GRANT DATE: 09/07/1993 |
| | | INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN) | |
| 003303 | D | PATENT NO: D339477 | GRANT DATE: 09/21/1993 |
| | | CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME) (CHAMPION) | |
| 003777 | D | PATENT NO: D339867 | GRANT DATE: 09/28/1993 |
| | | PACIFIER SHIELD | |
| 005330 | D | PATENT NO: D341207 | GRANT DATE: 01/20/1994 |
| | | SECURITY GATE WITH WALK-THROUGH FEATURE | |
| 003678 | D | PATENT NO: D343650 | GRANT DATE: 01/25/1994 |
| | | ELEPHANT CIRCUS RATTLE | |
| 003683 | D | PATENT NO: D343651 | GRANT DATE: 01/25/1994 |
| | | LION CLUTCH RATTLE | |
| 003680 | D | PATENT NO: D343652 | GRANT DATE: 01/25/1994 |
| | | BEAR CLUTCH RATTLE | |
| 003679 | D | PATENT NO: D343653 | GRANT DATE: 01/25/1994 |
| | | BUNNY CIRCUS RATTLE | |
| 003682 | D | PATENT NO: D343654 | GRANT DATE: 01/25/1994 |
| | | ELEPHANT CLUTCH RATTLE | |

PATENT
REEL: 9227 FRAME: 0698

05/14/1998    9 54    PAGE:

PCMASTER REPORTER

MASTER FILE REPORT
20
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003644 | D | PATENT NO: D343988 GRANT DATE: 02/08/1994<br>JUVENILE CUP DRIBBLE LID (DESIGN) | |
| 005334 | | PATENT NO: D344189 GRANT DATE: 02/15/1994<br>HIGH CHAIR | |
| 003689 | D | PATENT NO: D344986 GRANT DATE: 03/08/1994<br>LION HIGH CHAIR RATTLE (WITH MIRROR) | |
| 003390 | D | PATENT NO: D344987 GRANT DATE: 03/08/1994<br>DEVELOPMENT RATTLE (SPINNER & RINGS) | |
| 003691 | D | PATENT NO: D344988 GRANT DATE: 03/08/1994<br>ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) | |
| 003649 | D | PATENT NO: D345054 GRANT DATE: 03/15/1994<br>INFANT MASSAGER TOOTHBRUSH (D) | |
| 003684 | D | PATENT NO: D345184 GRANT DATE: 03/15/1994<br>CLOWN HIGH CHAIR RATTLE (WITH MIRROR) | |
| 003685 | D | PATENT NO: D345185 GRANT DATE: 03/15/1994<br>RATTLE WITH RINGS | |
| 003687 | D | PATENT NO: D345388 GRANT DATE: 03/22/1994<br>RING CHIME RATTLE DESIGN | |

PATENT
REEL: 9227 FRAME: 0699

```
MASTER FILE REPORT                          PCMASTER REPORTER                    05/14/1998   9 54   PAGE:
   21
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.          GRANT DATE:  Grant Dt
----- ---    ---- ----    ----- ---  --- ---          ----- ----   ----- ---
003680          D          PATENT NO:                  D345389  GRANT DATE:  03/22/1994
                           LAMB CIRCUS RATTLE

003692          D          PATENT NO:                  D345390  GRANT DATE:  03/22/1994
                           PONY PUSH-ALONG RATTLE (WITH MIRROR)

003686          D          PATENT NO:                  D345391  GRANT DATE:  03/22/1994
                           BUNNY SEE-THRU RATTLE

003688          D          PATENT NO:                  D345392  GRANT DATE:  03/22/1994
                           SPIN BALL HIGH CHAIR RATTLE

003736          D          PATENT NO:                  D345422  GRANT DATE:  03/22/1994
                           CLEAR TEETHER RING

003677          D          PATENT NO:                  D345608  GRANT DATE:  03/29/1994
                           DECORATED COOLING TEETHER

003776          D          PATENT NO:                  D345995  GRANT DATE:  04/12/1994
                           SLIDE RATTLE DESIGN

003836          D          PATENT NO:                  D347121  GRANT DATE:  05/24/1994
                           INFANT BOUNCER

005337                     PATENT NO:                  D347737  GRANT DATE:  06/14/1994
                           INFANT CAR SEAT
```

PATENT
REEL: 9227 FRAME: 0700

```
MASTER FILE REPORT                    PCMASTER REPORTER                              05/14/1998    9  54    PAGE:
22
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
----------   ---- ----    ------- ---  ---- ---     ------ ----  ----- --
005328                     PATENT NO:        D348309 GRANT DATE:  06/28/1994
                           BATH RING

003388       D             PATENT NO:        D348513 GRANT DATE:  07/05/1994
                           BREAST PUMP ADAPTER (MANUAL BREAST PUMPS)

003585       D             PATENT NO:        D350607 GRANT DATE:  09/13/1994
                           MICKEY MOUSE PACIFIER
                           (NEW DESIGN)

003776       D             PATENT NO:        D350828 GRANT DATE:  09/20/1994
                           MINNIE MOUSE PACIFIER
                           (NEW DESIGN)

002447       D             PATENT NO:        D350851 GRANT DATE:  09/27/1994
                           INFANT MASSAGER TOOTHBRUSH

002939       D             PATENT NO:        D351232 GRANT DATE:  10/04/1994
                           DAISY DUCK PACIFIER (DISNEY)

                           PATENT NO:        D351233 GRANT DATE:  10/04/1994
                           DONALD DUCK PACIFIER
                           (DISNEY)

00?35        D             PATENT NO:        D351289 GRANT DATE:  10/11/1994
                           INFANT SWING

003643       D             PATENT NO:        D352201 GRANT DATE:  11/08/1994
                           JUVENILE DRINKING CUP (DESIGN)
```

PATENT
REEL: 9227 FRAME: 0701

MASTER FILE REPORT
23
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003945 | D | PATENT NO: D353288 | GRANT DATE: 12/13/1994 |
| | | 2 HANDLE FOR INFANT CAR SEAT (CARRY RIGHT) | |
| 003754 | D | PATENT NO: D355533 | GRANT DATE: 02/21/1995 |
| | | NEW DOORWAY EXERCISER (D) (JOHNNY JUMP UP) | |
| 003954 | D | PATENT NO: D355939 | GRANT DATE: 02/28/1995 |
| | | CHILD'S EXERCISER/ROCKER (D) (EXERSAUCER) | |
| 003961 | D | PATENT NO: D356689 | GRANT DATE: 03/28/1995 |
| | | CHILD'S MULTI-LEVEL BOOSTER SEAT (D) (ELEVATOR II) | |
| 003985 | D | PATENT NO: D357800 | GRANT DATE: 05/02/1995 |
| | | SOFT BABY CARRIER (GRAND TOUR) | |
| 003949 | D | PATENT NO: D358730 | GRANT DATE: 05/30/1995 |
| | | HIGH CHAIR TRAY (WITH CENTER DRAWER - HAPPY DAYS) | |
| 003935 | D | PATENT NO: D360307 | GRANT DATE: 07/18/1995 |
| | | BOOSTER CAR SEAT BASE (D) (W/O SHIELD) (SIDEKICK) | |
| 003900 | D | PATENT NO: D360905 | GRANT DATE: 08/01/1995 |
| | | DUCK NOVELTY JUMPER (QUACKERS) | |

PATENT
REEL: 9227 FRAME: 0702

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
24
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003908 | D | PATENT NO: D360991 | GRANT DATE: 08/08/1995 |
| | | BOOSTER CAR SEAT W/SHIELD (SIDEKICK) (D) | |
| 003907 | D | PATENT NO: D361672 | GRANT DATE: 08/29/1995 |
| | | ADJUSTABLE HIGH CHAIR (D) (RIGHT HEIGHT) | |
| 004157 | D | PATENT NO: D364754 | GRANT DATE: 12/05/1995 |
| | | BLOW MOLDED CRIB (D) (HUNTINGTON BABY CRIB) | |
| 003953 | D | PATENT NO: D365925 | GRANT DATE: 01/09/1996 |
| | | A COMBINATION BABY CARRIER, BACKPACK AND WHEEL COVERS (FRAME AND SOFT CARRIER) | |
| 004184 | D | PATENT NO: D366965 | GRANT DATE: 02/13/1996 |
| | | INFANT CAR SEAT (D) (TODDLER CONVERTIBLE CAR SEAT) (FANTASY) | |
| 004247 | D | PATENT NO: D366967 | GRANT DATE: 02/13/1996 |
| | | CONVERTIBLE HIGH CHAIR (D) (COMBINATION HIGH CHAIR/TABLE) | |
| 004263 | D | PATENT NO: D366978 | GRANT DATE: 02/13/1996 |
| | | REMOVABLE PLAYYARD CANOPY (D) | |
| 003616 | D | PATENT NO: D368386 | GRANT DATE: 04/02/1996 |
| | | CHILD'S BED (PRINCESS BED) | |

PATENT
REEL: 9227 FRAME: 0703

PCMASTER REPORTER

05/14/1998     9 54     PAGE:

MASTER FILE REPORT
25
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| ------- | --------- | ------------------- | --------------------- |
| 003954-1 | D | PATENT NO:       D369685 | GRANT DATE: 05/14/1996 |
| | | CHILD'S EXERCISER/ROCKER | |
| 003945-1 | D | PATENT NO:       D369707 | GRANT DATE: 05/14/1996 |
| | | HANDLE FOR INFANT CAR SEAT | |
| | | (CARRY RIGHT) | |
| 003940 | D | PATENT NO:       D373028 | GRANT DATE: 08/27/1996 |
| | | INFANT AUTO SEAT WITH BASE | |
| | | (ON MY WAY) | |
| 003964 | D | PATENT NO:       D373029 | GRANT DATE: 08/27/1996 |
| | | HEIGHT ADJUSTABLE HIGH CHAIR (D) | |
| | | (RIGHT HEIGHT) | |
| 003975 | D | PATENT NO:       D374558 | GRANT DATE: 10/15/1996 |
| | | FRAME FOR AN INFANT CAR SEAT | |
| | | (ON MY WAY) | |
| 003931 | D | PATENT NO:       D374578 | GRANT DATE: 10/15/1996 |
| | | FIVE-POINT SHIELD FOR CAR SEAT (D) | |
| | | (EASY 5) | |
| 003907 | D | PATENT NO:       D374633 | GRANT DATE: 11/15/1996 |
| | | BABY MONITOR TRANSMITTER | |
| 004525 | D | PATENT NO:       D374692 | GRANT DATE: 10/15/1996 |
| | | GEOMETRIC TOY BAR (D) | |
| | | (FOR USE WITH EXERSAUCER) | |

PATENT
REEL: 9227 FRAME: 0704

MASTER FILE REPORT
26
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 005293 | | PATENT NO:    D374764 GRANT DATE: 12/24/1996 | |
| | | BABY MONITOR TRANSMITTER | |
| 004271 | D | PATENT NO:    D374896 GRANT DATE: 10/22/1996 | |
| | | DASHBOARD ACTIVITY CENTER (D) | |
| | | (FOR USE WITH EXERSAUCER) | |
| 004270 | D | PATENT NO:    D376393 GRANT DATE: 12/10/1996 | |
| | | TRAIN ACTIVITY CENTER (D) | |
| | | (FOR USE WITH EXERSAUCER) | |
| 005294 | | PATENT NO:    D376765 GRANT DATE: 12/24/1996 | |
| | | BABY MONITOR RECIEVER | |
| 005313 | | PATENT NO:    D376918 GRANT DATE: 12/31/1996 | |
| | | BATH RING | |
| 005315 | | PATENT NO:    D377457 GRANT DATE: 01/21/1997 | |
| | | BABY MONITOR RECEIVOR | |
| 005555 | D | PATENT NO:    D378017 GRANT DATE: 02/18/1997 | |
| | | IMPROVED INFANT FRAME CARRIER (D) | |
| | | (HIKE N ROLL – FRESH AIR GEAR) | |
| 005243 | D | PATENT NO:    D378554 GRANT DATE: 03/25/1997 | |
| | | BUILT-IN TOY TRAY FOR CHILD EXERCISER | |
| | | (D) | |

PATENT
REEL: 9227 FRAME: 0705

```
MASTER FILE REPORT                           PCMASTER REPORTER              05/14/1998    9 54    PAGE:
    27
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.           GRANT DATE: Grant Dt
---------    ---------    -----  ---  ---    --- ---
004493          D          PATENT NO:     D378908 GRANT DATE: 04/22/1997
                           CHILD STROLLER AND INFANT CARRIER SYSTEM
                           (D) (JOYRIDE)

004485          D          PATENT NO:     D378969 GRANT DATE: 04/29/1997
                           INFANT ACTIVITY QUILT (D)

004484          D          PATENT NO:     D379486 GRANT DATE: 05/27/1997
                           MOBILE ARM ATTACHMENT FOR PORTABLE
                           PLAYYARDS (D)

004549          D          PATENT NO:     D379583 GRANT DATE: 06/03/1997
                           WHEELS FOR USE ON FOLDABLE
                           PLAYYARDS (HAPPY CABANA)

004565-1        D          PATENT NO:     D382718 GRANT DATE: 08/26/1997
                           COMBINED PLAYYARD AND TOY BAG
                           (HAPPY CAMPER) (D)

004545          D          PATENT NO:     D382968 GRANT DATE: 08/26/1997
                           A COMBINED INFANT NURSER AND CAP (LONG BOTTLE)

004545          D          PATENT NO:     D382969 GRANT DATE: 08/26/1997
                           A COMBINED INFANT NURSER AND CAP (SHORT BOTTLE)

004623          D          PATENT NO:     D383912 GRANT DATE: 09/23/1997
                           CHILD'S CAR SEAT (D)
                           (FANTASY 5)
```

PATENT
REEL: 9227 FRAME: 0706

```
MASTER FILE REPORT                        PCMASTER REPORTER                    05/14/1998   9  54   PAGE:
    28
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO:  Pat No.         GRANT DATE:  Grant Dt
------ --    ---- ----     ------ --   --- --          ----- ----   ----- --
004746         D                       PATENT NO:      D384911  GRANT DATE:  10/14/1997
                                       BELT BUCKLE FOR AUTO BOOSTER SEAT

005302                                 PATENT NO:      D385105  GRANT DATE:  10/21/1997
                                       GBP 320 D2 CHILD CARRIER

004491         D                       PATENT NO:      D385116  GRANT DATE:  10/21/1997
                                       CHILD'S BOOSTER CAR SEAT (D)

005306         D                       PATENT NO:      D385696  GRANT DATE:  11/04/1997
                                       CHILD CARRIER

004740         D                       PATENT NO:      D388749  GRANT DATE:  01/06/1998
                                       HOLLOW SPOKE WHEEL FOR CHILD'S STROLLER
                                       (THREE WHEEL STROLLER)

004684         D                       PATENT NO:      D390604  GRANT DATE:  02/10/1998
                                       ELECTRONIC PAINT PALLET ACTIVITY TOY

004688         D                       PATENT NO:      D390886  GRANT DATE:  02/17/1998
                                       ELECTRONIC BEAR FACE ACTIVITY TOY

004772         D                       PATENT NO:      D390888  GRANT DATE:  02/17/1998
                                       CHILD/EXERCISER ROCKER WITH
                                       AIRPLANE SHAPED TRAY

004771         D                       PATENT NO:      D391309  GRANT DATE:  02/24/1998
                                       CHILD EXERCISER/ROCKER
                                       (WITH BUILT-IN TOYS TRAY)
```

PATENT
REEL: 9227 FRAME: 0707

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
9
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 005317 | | PATENT NO: 5692655 | GRANT DATE: 12/02/1997 |
| | | SOFT CARRIER FOR A CHILD | |
| 003896-2 | C | PATENT NO: 5704576 | GRANT DATE: 01/06/1998 |
| | | CLIP FOR A CHILD'S EXERCISER/ROCKER (U) (EXERSAUCER) (CIP) | |
| 005308 | | PATENT NO: 5708970 | GRANT DATE: 01/13/1998 |
| | | WIRELESS SOUND MONITORING APPARATUS WITH SUBAUDIBLE SQUELCH CONTROL | |
| 004299 | | PATENT NO: 5727798 | GRANT DATE: 03/17/1998 |
| | | CHILD STROLLER AND INFANT CARRIER SYSTEM (U) (ON MY WAY) | |
| 004744 | | PATENT NO: 5738410 | GRANT DATE: 04/14/1998 |
| | | RECLINE MECHANISM FOR THREE-WHEELED STROLLER | |
| 000799 | | PATENT NO: 5745954 | GRANT DATE: 05/05/1998 |
| | | PLAYYARD HINGE (HAPPY CAMPER) | |
| 005081 | | PATENT NO: 5752283 | GRANT DATE: 05/19/1998 |
| | | ECONOMY BOTTOM PLAYYARD | |
| 005083 | | PATENT NO: 5759195 | GRANT DATE: 06/02/1998 |
| | | MESH PACIFIER (1997) | |

PATENT
REEL: 9327 FRAME: 0688

```
MASTER FILE REPORT                                PCMASTER REPORTER                              05/14/1998   9 54   PAGE:
   10
EVENFLO U.S.  PATENTS

Docket No.   Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
---------    ---------    ------ --- --- ---         ----- ----- ----- --
001928           D        PATENT NO:      D268468  GRANT DATE: 04/05/1983
                          DRESSER MIRROR

001924           D        PATENT NO:      D268974  GRANT DATE: 05/17/1983
                          FIVE-DRAWER CHEST

001956           D        PATENT NO:      D274714  GRANT DATE: 07/17/1984
                          STROLLER

002001           D        PATENT NO:      D274876  GRANT DATE: 07/31/1984
                          CRIB END (WINDSOR--W/O DECO END SPIND)

002002           D        PATENT NO:      D274877  GRANT DATE: 07/31/1984
                          CRIB END (CASABLANCA WICKER)

002096           D        PATENT NO:      D276098  GRANT DATE: 10/30/1984
                          BOOSTER SEAT (2-STAGE MODEL)

002017           D        PATENT NO:      D276099  GRANT DATE: 10/30/1984
                          DESIGN OF BOOSTER SEAT (4-STAGE MODEL)

002017           D        PATENT NO:      D276635  GRANT DATE: 12/04/1984
                          TOY GOAT

002013           D        PATENT NO:      D276636  GRANT DATE: 12/04/1984
                          TOY CELERY (SQUEEZY)
```

PATENT
REEL: 9227 FRAME: 0689

MASTER FILE REPORT                                    PCMASTER REPORTER                            05/14/1998   9 54   PAGE:
  11
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: | Pat No. | | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|---|
| ------ | ---- | ------ | -- | | ----- | -- |
| 002014 | D | PATENT NO: | | | | |
| | | TOY BANANA | D276637 | GRANT DATE: | 12/04/1984 | |
| 002042 | D | PATENT NO: | | | | |
| | | TOY OCTOPUS | D276638 | GRANT DATE: | 12/04/1984 | |
| 002039 | D | PATENT NO: | | | | |
| | | TOY DOG (SQUEEZE PET) | D276639 | GRANT DATE: | 12/04/1984 | |
| 002041 | D | PATENT NO: | | | | |
| | | TOY CAT | D276640 | GRANT DATE: | 12/04/1984 | |
| 002016 | D | PATENT NO: | | | | |
| | | TOY HORSE | D276641 | GRANT DATE: | 12/04/1984 | |
| 002040 | D | PATENT NO: | | | | |
| | | TOY MOUSE | D276643 | GRANT DATE: | 12/04/1984 | |
| 002034 | D | PATENT NO: | | | | |
| | | TOY ELEPHANT TEETHER | D276653 | GRANT DATE: | 12/04/1984 | |
| 002034 | D | PATENT NO: | | | | |
| | | TOY DOG TEETHER | D276738 | GRANT DATE: | 12/11/1984 | |
| 002021 | D | PATENT NO: | | | | |
| | | TOY CLOWN | D276739 | GRANT DATE: | 12/11/1984 | |

PATENT
REEL: 9227 FRAME: 0690

MASTER FILE REPORT
12
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998     9 54     PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 002043 | D | PATENT NO: TOY SEAHORSE | D276834 GRANT DATE: 12/18/1984 |
| 002033 | D | PATENT NO: TOY KITTEN TEETHER | D276845 GRANT DATE: 12/18/1984 |
| 002045 | D | PATENT NO: TOY RABBIT RATTLE | D276925 GRANT DATE: 12/25/1984 |
| 002015 | D | PATENT NO: TOY BEAR | D276929 GRANT DATE: 12/25/1984 |
| 002023 | D | PATENT NO: TOY TIGER | D277016 GRANT DATE: 01/01/1985 |
| 002029 | D | PATENT NO: TOY ORANGE RATTLE | D277017 GRANT DATE: 01/01/1985 |
| 002021 | D | PATENT NO: TOY PEAR RATTLE | D277018 GRANT DATE: 01/01/1985 |
| 002019 | D | PATENT NO: TOY HAMMER | D277119 GRANT DATE: 01/08/1985 |
| 002067 | D | PATENT NO: CRIB END (ANTIQUITY) | D277157 GRANT DATE: 01/15/1985 |

PATENT
REEL: 9227 FRAME: 0691

```
MASTER FILE REPORT                        PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
13
EVENFLO U.S. PATENTS

Docket No.   Case Type   PATENT NO: Pat No.        GRANT DATE: Grant Dt
--------     ---------   ----------  ------        -----------  --------
002046       D           PATENT NO:  D277197 GRANT DATE: 01/15/1985
                         TOY SQUIRREL RATTLE

002047       D           PATENT NO:  D277198 GRANT DATE: 01/15/1985
                         TOY KITTEN (RATTLE)

002020       D           PATENT NO:  D277203 GRANT DATE: 01/15/1985
                         TOY PLIERS

002012       D           PATENT NO:  D277216 GRANT DATE: 01/15/1985
                         SQUEEZY (TOY CARROT) DESIGN

002044       D           PATENT NO:  D277496 GRANT DATE: 02/05/1985
                         TOY DUCK

002048       D           PATENT NO:  D277587 GRANT DATE: 02/12/1985
                         TOY BUNNY RABBIT RATTLE

0024..       D           PATENT NO:  D277588 GRANT DATE: 02/12/1985
                         TOY PUPPY DOG RATTLE

0026..18     D           PATENT NO:  D277589 GRANT DATE: 02/12/1985
                         TOY SAW

005320       D           PATENT NO:  D277811 GRANT DATE: 03/05/1985
                         INFANT CARRIER
```

PATENT
REEL: 9227 FRAME: 0692

MASTER FILE REPORT
14
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | | GRANT DATE: Grant Dt |
|---|---|---|---|---|
| 002022 | D | PATENT NO: | D277880 | GRANT DATE: 03/05/1985 |
| | | TOY BEAR | | |
| 002050 | D | PATENT NO: | D278071 | GRANT DATE: 03/19/1985 |
| | | TOY BIRD RATTLE | | |
| 002131 | D | PATENT NO: | D282731 | GRANT DATE: 02/25/1986 |
| | | STROLLER HANDLE (ALA CARTE) | | |
| 002132 | D | PATENT NO: | D282831 | GRANT DATE: 03/04/1986 |
| | | STROLLER (ALA CARTE) | | |
| 002130 | D | PATENT NO: | D282832 | GRANT DATE: 03/04/1986 |
| | | STROLLER FOOT REST (ALA CARTE) | | |
| 002142 | D | PATENT NO: | D288019 | GRANT DATE: 01/27/1987 |
| | | DIAPER PAIL | | |
| 002274 | D | PATENT NO: | D289830 | GRANT DATE: 05/19/1987 |
| | | CHILD'S BOOSTER SEAT (WINGS) | | |
| 002274 | D | PATENT NO: | D297032 | GRANT DATE: 08/02/1988 |
| | | TOY PUZZLE | | |
| 002271 | D | PATENT NO: | D301596 | GRANT DATE: 06/13/1989 |
| | | WATER TOY TURTLE FIGURE | | |

PATENT
REEL: 9227 FRAME: 0693

MASTER FILE REPORT
15
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 002277 | D | PATENT NO:<br>TOY MONEY BANK | D301931 GRANT DATE: 06/27/1989 |
| 002760 | D | PATENT NO:<br>BABY BOTTLE (EASY HOLD) | D304763 GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO:<br>CAR SEAT (7 YEAR CAR SEAT) | D305283 GRANT DATE: 01/02/1990 |
| 002925 | D | PATENT NO:<br>BABY CARRIAGE | D307879 GRANT DATE: 05/15/1990 |
| 003017 | D | PATENT NO:<br>CHILD'S TRAINING CHAIR (POTTY SEAT)<br>(PERFECT POTTY) | D308573 GRANT DATE: 06/12/1990 |
| 002919 | D | PATENT NO:<br>BREAST PUMP (1986 MANUAL) | D309500 GRANT DATE: 07/24/1990 |
| 003034 | D | PATENT NO:<br>STROLLER WHEEL | D309986 GRANT DATE: 09/14/1990 |
| 003034 | D | PATENT NO:<br>STROLLER WHEEL HUB | D310200 GRANT DATE: 08/28/1990 |
| 003020 | D | PATENT NO:<br>STROLLER WHEEL HUB CAP | D310654 GRANT DATE: 09/18/1990 |

PATENT
REEL: 9227 FRAME: 0694

```
MASTER FILE REPORT                          PCMASTER REPORTER
  16                                                                      05/14/1998   9 54   PAGE:
EVENFLO U.S.  PATENTS

Docket No.    Case Type   PATENT NO: Pat No.        GRANT DATE: Grant Dt
------        ---------   ---------  -- --          ----- ----- -- --
002875           D        PATENT NO:   D311281 GRANT DATE: 10/16/1990
                          A CHILD'S SAFETY SEAT (WITH T-SHIELD)

002867           D        PATENT NO:   D311822 GRANT DATE: 11/06/1990
                          INFANT SAFETY SEAT
                          (JOYRIDE)

002852           D        PATENT NO:   D311823 GRANT DATE: 11/06/1990
                          CHILD SAFETY SEAT
                          (ULTARA II)

002785           D        PATENT NO:   D315253 GRANT DATE: 03/12/1991
                          BOOSTER SEAT
                          (SIGHTSEER)

002847           D        PATENT NO:   D316238 GRANT DATE: 04/16/1991
                          CARRIAGE STROLLER TRAY

002821           D        PATENT NO:   D316989 GRANT DATE: 05/21/1991
                          STROLLER HANDLE

002830           D        PATENT NO:   D321449 GRANT DATE: 11/12/1991
                          POWER ROCKER BASE FOR AN INFANT SEAT
                          (AMERICAN GLIDER)

002827           D        PATENT NO:   D322001 GRANT DATE: 12/03/1991
                          DETACHABLE BASE FOR A BABY'S ROCKER
                          (JOYRIDE) (TRAVEL TANDEM)
```

PATENT
REEL: 9227 FRAME: 0690

PAGE:

9 54

05/14/1998

PCMASTER REPORTER

MASTER FILE REPORT
17
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003134 | D | PATENT NO: D323589 | GRANT DATE: 02/04/1992 |
| | | FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND VERSION) | |
| 003183 | D | PATENT NO: D324962 | GRANT DATE: 03/31/1992 |
| | | CHILD'S DESK | |
| 003092 | D | PATENT NO: D325972 | GRANT DATE: 05/05/1992 |
| | | DISPOSABLE NURSER HOOD | |
| 003167 | D | PATENT NO: D325973 | GRANT DATE: 05/05/1992 |
| | | DISPOSABLE NURSER SHELL | |
| 003074 | D | PATENT NO: D326523 | GRANT DATE: 05/26/1992 |
| | | DISPOSABLE NURSER (1988) (ENTIRE STRUCTURE) | |
| 003756 | D | PATENT NO: D327175 | GRANT DATE: 06/23/1992 |
| | | ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL (STAIR & CHAIR) (design) | |
| | D | PATENT NO: D328239 | GRANT DATE: 07/28/1992 |
| | | SAFETY SEAT BELT ALIGNMENT GUIDE (ULTARA) | |
| 003489 | D | PATENT NO: D329472 | GRANT DATE: 09/15/1992 |
| | | DUCK NOVELTY JUMPER (QUACKERS) | |

PATENT
REEL: 9227 FRAME: 0695

```
MASTER FILE REPORT                                        PCMASTER REPORTER                        05/14/1998    PAGE:
    18                                                                                                9 54
EVENFLO U.S. PATENTS

Docket No.   Case Type   PATENT NO: Pat No.            GRANT DATE: Grant Dt
--------     ---- ----   ------- --  -- ---            ----- -----  ----- --
003177         D          PATENT NO:      D329757 GRANT DATE: 09/20/1992
                          CHILD'S ROCKER

003176         D          PATENT NO:      D329758 GRANT DATE: 09/29/1992
                          CHILD'S BENCH SEAT

003259         D          PATENT NO:      D330842 GRANT DATE: 11/10/1992
                          ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY)

003540         D          PATENT NO:      D334848 GRANT DATE: 04/20/1993
                          ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
                          (CHAIR & STAIR) (D)

003178         D          PATENT NO:      D336168 GRANT DATE: 06/08/1993
                          CHILD'S CHAIR

005398         D          PATENT NO:      D336396 GRANT DATE: 06/15/1993
                          BASE FOR AN INFANT SEAT

00           D          PATENT NO:      D337161 GRANT DATE: 07/07/1993
                          TEETHER (TEDDY BEAR COOLING RING)

003751         D          PATENT NO:      D338068 GRANT DATE: 08/03/1993
                          TEETHER (TEDDY BEAR COOLING STAR)

003184         D          PATENT NO:      D338344 GRANT DATE: 08/17/1993
                          CHILD'S ROCKING SETTEE
```

PATENT
REEL 9227 FRAME 0697

PCMASTER REPORTER

05/14/1998     9 54     PAGE:

MASTER FILE REPORT
19
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 003389 | D | PATENT NO: D339196 | GRANT DATE: 09/07/1993 |
| | | INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN) | |
| 003303 | D | PATENT NO: D339477 | GRANT DATE: 09/21/1993 |
| | | CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME) (CHAMPION) | |
| 003777 | D | PATENT NO: D339867 | GRANT DATE: 09/28/1993 |
| | | PACIFIER SHIELD | |
| 005330 | D | PATENT NO: D341207 | GRANT DATE: 01/20/1994 |
| | | SECURITY GATE WITH WALK-THROUGH FEATURE | |
| 003678 | D | PATENT NO: D343650 | GRANT DATE: 01/25/1994 |
| | | ELEPHANT CIRCUS RATTLE | |
| 003683 | D | PATENT NO: D343651 | GRANT DATE: 01/25/1994 |
| | | LION CLUTCH RATTLE | |
| 003680 | D | PATENT NO: D343652 | GRANT DATE: 01/25/1994 |
| | | BEAR CLUTCH RATTLE | |
| 003679 | D | PATENT NO: D343653 | GRANT DATE: 01/25/1994 |
| | | BUNNY CIRCUS RATTLE | |
| 003682 | D | PATENT NO: D343654 | GRANT DATE: 01/25/1994 |
| | | ELEPHANT CLUTCH RATTLE | |

PATENT
REEL: 9227 FRAME: 0698

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
20
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|
| ------ | ---- | ------ | -- | ------ | ------ |
| 003644 | D | PATENT NO: | D343988 | GRANT DATE: | 02/08/1994 |
| | | JUVENILE CUP DRIBBLE LID (DESIGN) | | | |
| 005334 | | PATENT NO: | D344189 | GRANT DATE: | 02/15/1994 |
| | | HIGH CHAIR | | | |
| 003689 | D | PATENT NO: | D344986 | GRANT DATE: | 03/08/1994 |
| | | LION HIGH CHAIR RATTLE (WITH MIRROR) | | | |
| 003390 | D | PATENT NO: | D344987 | GRANT DATE: | 03/08/1994 |
| | | DEVELOPMENT RATTLE (SPINNER & RINGS) | | | |
| 003691 | D | PATENT NO: | D344988 | GRANT DATE: | 03/08/1994 |
| | | ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) | | | |
| 003649 | D | PATENT NO: | D345054 | GRANT DATE: | 03/15/1994 |
| | | INFANT MASSAGER TOOTHBRUSH (D) | | | |
| 003688 | D | PATENT NO: | D345184 | GRANT DATE: | 03/15/1994 |
| | | CLOWN HIGH CHAIR RATTLE (WITH MIRROR) | | | |
| 003685 | D | PATENT NO: | D345185 | GRANT DATE: | 03/15/1994 |
| | | RATTLE WITH RINGS | | | |
| 003687 | D | PATENT NO: | D345388 | GRANT DATE: | 03/22/1994 |
| | | RING CHIME RATTLE DESIGN | | | |

PATENT
REEL: 9227 FRAME: 0699

```
MASTER FILE REPORT                          PCMASTER REPORTER                        05/14/1998   9  54   PAGE:
    21
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.         GRANT DATE:  Grant Dt
-------       ---------    ---------  -------         -----------  --------
003680        D            PATENT NO:                                ----  ---
                           LAMB CIRCUS RATTLE        D345389 GRANT DATE: 03/22/1994

003692        D            PATENT NO:
                           PONY PUSH-ALONG RATTLE (WITH MIRROR)   D345390 GRANT DATE: 03/22/1994

003686        D            PATENT NO:
                           BUNNY SEE-THRU RATTLE     D345391 GRANT DATE: 03/22/1994

003688        D            PATENT NO:
                           SPIN BALL HIGH CHAIR RATTLE   D345392 GRANT DATE: 03/22/1994

003736        D            PATENT NO:
                           CLEAR TEETHER RING        D345422 GRANT DATE: 03/22/1994

003677        D            PATENT NO:
                           DECORATED COOLING TEETHER   D345608 GRANT DATE: 03/29/1994

003336        D            PATENT NO:
                           SLIDE RATTLE DESIGN       D345995 GRANT DATE: 04/12/1994

                           PATENT NO:
                           INFANT BOUNCER            D347121 GRANT DATE: 05/24/1994

005337                     PATENT NO:
                           INFANT CAR SEAT           D347737 GRANT DATE: 06/14/1994
```

PATENT
REEL: 9227 FRAME: 0700

MASTER FILE REPORT                    PCMASTER REPORTER                                    05/14/1998    9 54    PAGE:
22
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
| --- | --- | --- | --- |
| 005328 | | PATENT NO: D348309 | GRANT DATE: 06/28/1994 |
| | | BATH RING | |
| 003388 | D | PATENT NO: D348513 | GRANT DATE: 07/05/1994 |
| | | BREAST PUMP ADAPTER (MANUAL BREAST PUMPS) | |
| 003585 | D | PATENT NO: D350607 | GRANT DATE: 09/13/1994 |
| | | MICKEY MOUSE PACIFIER (NEW DESIGN) | |
| 003776 | D | PATENT NO: D350828 | GRANT DATE: 09/20/1994 |
| | | MINNIE MOUSE PACIFIER (NEW DESIGN) | |
| 002447 | D | PATENT NO: D350851 | GRANT DATE: 09/27/1994 |
| | | INFANT MASSAGER TOOTHBRUSH | |
| 003939 | D | PATENT NO: D351232 | GRANT DATE: 10/04/1994 |
| | | DAISY DUCK PACIFIER (DISNEY) | |
| 003938 | D | PATENT NO: D351233 | GRANT DATE: 10/04/1994 |
| | | DONALD DUCK PACIFIER (DISNEY) | |
| 005335 | | PATENT NO: D351289 | GRANT DATE: 10/11/1994 |
| | | INFANT SWING | |
| 003643 | D | PATENT NO: D352201 | GRANT DATE: 11/08/1994 |
| | | JUVENILE DRINKING CUP (DESIGN) | |

PATENT
REEL: 9227 FRAME: 0701

MASTER FILE REPORT
23
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998   9 54   PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003945 | D | PATENT NO: D353288 | GRANT DATE: 12/13/1994 |
| | | 2 HANDLE FOR INFANT CAR SEAT (CARRY RIGHT) | |
| 003754 | D | PATENT NO: D355533 NEW DOORWAY EXERCISER (D) (JOHNNY JUMP UP) | GRANT DATE: 02/21/1995 |
| 003954 | D | PATENT NO: D355939 CHILD'S EXERCISER/ROCKER (D) (EXERSAUCER) | GRANT DATE: 02/28/1995 |
| 003961 | D | PATENT NO: D356689 CHILD'S MULTI-LEVEL BOOSTER SEAT (D) (ELEVATOR II) | GRANT DATE: 03/28/1995 |
| 003985 | D | PATENT NO: D357800 SOFT BABY CARRIER (GRAND TOUR) | GRANT DATE: 05/02/1995 |
| 003991 | D | PATENT NO: D358730 HIGH CHAIR TRAY (WITH CENTER DRAWER - HAPPY DAYS) | GRANT DATE: 05/30/1995 |
| 003935 | D | PATENT NO: D360307 BOOSTER CAR SEAT BASE (D) (W/O SHIELD) (SIDEKICK) | GRANT DATE: 07/18/1995 |
| 003900 | D | PATENT NO: D360905 DUCK NOVELTY JUMPER (QUACKERS) | GRANT DATE: 08/01/1995 |

PATENT
REEL: 9227 FRAME: 0702

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

MASTER FILE REPORT
24
EVENFLO U.S. PATENTS

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 003908 | D | PATENT NO: D360991 | GRANT DATE: 08/08/1995 |
| | | BOOSTER CAR SEAT W/SHIELD | |
| | | (SIDEKICK) (D) | |
| 003907 | D | PATENT NO: D361672 | GRANT DATE: 08/29/1995 |
| | | ADJUSTABLE HIGH CHAIR (D) | |
| | | (REIGHT HEIGHT) | |
| 004157 | D | PATENT NO: D364754 | GRANT DATE: 12/05/1995 |
| | | BLOW MOLDED CRIB (D) | |
| | | (HUNTINGTON BABY CRIB) | |
| 003953 | D | PATENT NO: D365925 | GRANT DATE: 01/09/1996 |
| | | A COMBINATION BABY CARRIER, BACKPACK | |
| | | AND WHEEL COVERS (FRAME AND SOFT CARRIER) | |
| 004184 | D | PATENT NO: D366965 | GRANT DATE: 02/13/1996 |
| | | INFANT CAR SEAT (D) | |
| | | (TODDLER CONVERTIBLE CAR SEAT) (FANTASY) | |
| 004244 | D | PATENT NO: D366967 | GRANT DATE: 02/13/1996 |
| | | CONVERTIBLE HIGH CHAIR (D) | |
| | | (COMBINATION HIGH CHAIR/TABLE) | |
| 004263 | D | PATENT NO: D366978 | GRANT DATE: 02/13/1996 |
| | | REMOVABLE PLAYYARD CANOPY (D) | |
| 003616 | D | PATENT NO: D368386 | GRANT DATE: 04/02/1996 |
| | | CHILD'S BED | |
| | | (PRINCESS BED) | |

PATENT
REEL: 9227 FRAME: 0703

MASTER FILE REPORT                                      PCMASTER REPORTER                                      05/14/1998    9 54    PAGE:
25
EVENFLO U.S.  PATENTS

| Docket No. | Case Type | PATENT NO: | Pat No. | GRANT DATE: | Grant Dt |
|---|---|---|---|---|---|
| ------- | --------- | -------- | --- | --- | --- |
| 003954-1 | D | PATENT NO: | D369685 | GRANT DATE: | 05/14/1996 |
| | | CHILD'S EXERCISER/ROCKER | | | |
| 003945-1 | D | PATENT NO: | D369707 | GRANT DATE: | 05/14/1996 |
| | | HANDLE FOR INFANT CAR SEAT | | | |
| | | (CARRY RIGHT) | | | |
| 003940 | D | PATENT NO: | D373028 | GRANT DATE: | 08/27/1996 |
| | | INFANT AUTO SEAT WITH BASE | | | |
| | | (ON MY WAY) | | | |
| 003964 | D | PATENT NO: | D373029 | GRANT DATE: | 08/27/1996 |
| | | HEIGHT ADJUSTABLE HIGH CHAIR (D) | | | |
| | | (RIGHT HEIGHT) | | | |
| 004875 | D | PATENT NO: | D374558 | GRANT DATE: | 10/15/1996 |
| | | FRAME FOR AN INFANT CAR SEAT | | | |
| | | (ON MY WAY) | | | |
| 003507 | D | PATENT NO: | D374578 | GRANT DATE: | 10/15/1996 |
| | | FIVE-POINT SHIELD FOR CAR SEAT (D) | | | |
| | | (EASY 5) | | | |
| | | PATENT NO: | D374633 | GRANT DATE: | 11/15/1996 |
| | | BABY MONITOR TRANSMITTER | | | |
| 004525 | D | PATENT NO: | D374692 | GRANT DATE: | 10/15/1996 |
| | | GEOMETRIC TOY BAR (D) | | | |
| | | (FOR USE WITH EXERSAUCER) | | | |

PATENT
REEL: 9227 FRAME: 0704

```
MASTER FILE REPORT                              PCMASTER REPORTER                              05/14/1998    9 54    PAGE:
26
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.              GRANT DATE: Grant Dt
------        ------       ------ --- ---                  ----- ---- --- ----
005293                     PATENT NO:      D374764 GRANT DATE: 12/24/1996
                           BABY MONITOR TRANSMITTER

004271        D            PATENT NO:      D374896 GRANT DATE: 10/22/1996
                           DASHBOARD ACTIVITY CENTER (D)
                           (FOR USE WITH EXERSAUCER)

004270        D            PATENT NO:      D376393 GRANT DATE: 12/10/1996
                           TRAIN ACTIVITY CENTER (D)
                           (FOR USE WITH EXERSAUCER)

005294                     PATENT NO:      D376765 GRANT DATE: 12/24/1996
                           BABY MONITOR RECIEVER

005313                     PATENT NO:      D376918 GRANT DATE: 12/31/1996
                           BATH RING

005315                     PATENT NO:      D377457 GRANT DATE: 01/21/1997
                           BABY MONITOR RECEIVOR

005552        D            PATENT NO:      D378017 GRANT DATE: 02/18/1997
                           IMPROVED INFANT FRAME CARRIER (D)
                           (HIKE N ROLL - FRESH AIR GEAR)

004243        D            PATENT NO:      D378554 GRANT DATE: 03/25/1997
                           BUILT-IN TOY TRAY FOR CHILD EXERCISER
                           (D)
```

PATENT
REEL: 9227 FRAME: 0705

```
MASTER FILE REPORT                        PCMASTER REPORTER                    05/14/1998    9 54    PAGE:
  27
EVENFLO U.S. PATENTS

Docket No.    Case Type    PATENT NO: Pat No.        GRANT DATE: Grant Dt
---------     ---------    -----  --  --  --         -----  --  --
004493        D            PATENT NO:        D378908 GRANT DATE: 04/22/1997
                           CHILD STROLLER AND INFANT CARRIER SYSTEM
                           (D) (JOYRIDE)

004485        D            PATENT NO:        D378969 GRANT DATE: 04/29/1997
                           INFANT ACTIVITY QUILT (D)

004484        D            PATENT NO:        D379486 GRANT DATE: 05/27/1997
                           MOBILE ARM ATTACHMENT FOR PORTABLE
                           PLAYYARDS (D)

004549        D            PATENT NO:        D379583 GRANT DATE: 06/03/1997
                           WHEELS FOR USE ON FOLDABLE
                           PLAYYARDS (HAPPY CABANA)

00?65-1       D            PATENT NO:        D382718 GRANT DATE: 08/26/1997
                           COMBINED PLAYYARD AND TOY BAG
                           (HAPPY CAMPER) (D)

              D            PATENT NO:        D382968 GRANT DATE: 08/26/1997
                           A COMBINED INFANT NURSER AND CAP (LONG BOTTLE)

              D            PATENT NO:        D382969 GRANT DATE: 08/26/1997
                           A COMBINED INFANT NURSER AND CAP (SHORT BOTTLE)

00?623        D            PATENT NO:        D383912 GRANT DATE: 09/23/1997
                           CHILD'S CAR SEAT (D)
                           (FANTASY 5)
```

PATENT
REEL: 9227 FRAME: 0706

MASTER FILE REPORT
28
EVENFLO U.S. PATENTS

PCMASTER REPORTER

05/14/1998    9 54    PAGE:

| Docket No. | Case Type | PATENT NO: Pat No. | GRANT DATE: Grant Dt |
|---|---|---|---|
| 004746 | D | PATENT NO: D384911 | GRANT DATE: 10/14/1997 |
| | | BELT BUCKLE FOR AUTO BOOSTER SEAT | |
| 005302 | | PATENT NO: D385105 | GRANT DATE: 10/21/1997 |
| | | GBP 320 D2 CHILD CARRIER | |
| 004491 | D | PATENT NO: D385116 | GRANT DATE: 10/21/1997 |
| | | CHILD'S BOOSTER CAR SEAT (D) | |
| 005306 | D | PATENT NO: D385696 | GRANT DATE: 11/04/1997 |
| | | CHILD CARRIER | |
| 004740 | D | PATENT NO: D388749 | GRANT DATE: 01/06/1998 |
| | | HOLLOW SPOKE WHEEL FOR CHILD'S STROLLER | |
| | | (THREE WHEEL STROLLER) | |
| 004684 | D | PATENT NO: D390604 | GRANT DATE: 02/10/1998 |
| | | ELECTRONIC PAINT PALLET ACTIVITY TOY | |
| 004688 | D | PATENT NO: D390886 | GRANT DATE: 02/17/1998 |
| | | ELECTRONIC BEAR FACE ACTIVITY TOY | |
| 004772 | D | PATENT NO: D390888 | GRANT DATE: 02/17/1998 |
| | | CHILD/EXERCISER ROCKER WITH | |
| | | AIRPLANE SHAPED TRAY | |
| 004771 | D | PATENT NO: D391309 | GRANT DATE: 02/24/1998 |
| | | CHILD EXERCISER/ROCKER | |
| | | (WITH BUILT-IN TOYS TRAY) | |

PATENT
REEL: 9227 FRAME: 0707

SPALDING U.S. PATENTS

| | |
|---|---|
| 003572 | PATENT NO:    5215194  GRANT DATE: 06/01/1993<br>GOLF BAG FOR USE WITH CARTS<br>(CART-TECH) |
| 003452 | PATENT NO:    5217223  GRANT DATE: 06/08/1993<br>TENNIS RACKET WITH METAL/COMPOSITE FRAME |
| 003631 | PATENT NO:    5221087  GRANT DATE: 06/22/1993<br>METAL GOLF CLUBS WITH INSERTS |
| 003626 | PATENT NO:    5244205  GRANT DATE: 09/14/1993<br>ADJUSTABLE LIE ANGLE GOLF CLUB PUTTER |
| 004817 | PATENT NO:    5251335  GRANT DATE: 10/12/1993<br>GOLF SHOE |
| 005819 | PATENT NO:    5272840  GRANT DATE: 12/28/1993<br>SECURITY GATE WITH WALK-THROUGH FEATURE |
| 000754 | PATENT NO:    5273287  GRANT DATE: 12/28/1993<br>ENLARGED GOLF BALL (TOP-FLITE MAGNA BALL) |
| 000??? | PATENT NO:    5277472  GRANT DATE: 01/11/1994<br>MULTI-FUNCTION INFANT SEAT |
| 000791 | PATENT NO:    5280635  GRANT DATE: 01/18/1994<br>BABY MONITOR TRANSMITTER |

SPALDING U.S. PATENTS

003705
PATENT NO: 5288283 GRANT DATE: 02/22/1994
DOORWAY EXERCISER (U)
(NEW JOHNNY JUMP UP)

003145
PATENT NO: 5290032 GRANT DATE: 03/01/1994
IRON WITH PROGRESSIVE BACK CAVITY SUPPORT BAR
GOLF CLUB

003410
PATENT NO: 5290036 GRANT DATE: 03/01/1994
CAVITY BACK IRON WITH VIBRATION DAMPENING MATERIAL IN REAR
CAVITY GOLF CLUB

003780
PATENT NO: 5292336 GRANT DATE: 03/08/1994
PACIFIER WITH HANDLE (UTILITY) (DISNEY)

003657
PATENT NO: 5300325 GRANT DATE: 04/05/1994
METHOD OF MAKING A GOLF BALL OR THE LIKE

003254-1
C
PATENT NO: 5306760 GRANT DATE: 04/26/1994
IMPROVED GOLF BALL COVER COMPOSITIONS
CONTAINING HIGH LEVELS OF FATTY ACID SALTS

003884
PATENT NO: 5310178 GRANT DATE: 05/10/1994
BASKETBALL WITH POLYURETHANE COVER
(2K COMPOSITE)

PATENT NO: 5312102 GRANT DATE: 05/17/1994
VARIABLE INERTIA HEAD RACKET

003254
PATENT NO: 5312857 GRANT DATE: 05/17/1994
IMPROVED GOLF BALL COVER CONTAINING
HIGH LEVELS OF METAL STEARATES

PATENT
REEL: 9227 FRAME: 0730

SPALDING U.S. PATENTS

005406        PATENT NO:        5317765 GRANT DATE: 06/07/1994
              COLLAPSIBLE INFANT BATH RING

005325        PATENT NO:        5322343 GRANT DATE: 06/21/1994
              INFANT CAR SEAT

003950        PATENT NO:        5324094 GRANT DATE: 06/28/1994
              HANDLE FOR INFANT CAR SEAT
              (CARRY RIGHT)

003170-2  C   PATENT NO:        5324783 GRANT DATE: 06/28/1994
              GOLF BALL COVER COMPOSITIONS
              (CIP)

005331        PATENT NO:        5326327 GRANT DATE: 07/05/1994
              SWING ASSEMBLY

003170-3  C   PATENT NO:        5328959 GRANT DATE: 07/12/1994
              GOLF BALL COVER COMPOSITIONS
              (CIP)

003429-2  C   PATENT NO:        5330837 GRANT DATE: 07/19/1994
              GOLF BALL COVER COMPOSITIONS

003429-3  C   PATENT NO:        5338610 GRANT DATE: 08/16/1994
              GOLF BALL COVER COMPOSITIONS

003841        PATENT NO:        5342043 GRANT DATE: 08/30/1994
              SPLIT WEIGHT BLADDER FOOTBALL

PATENT
REEL: 9227 FRAME: 0731

SPALDING U.S. PATENTS

003942
PATENT NO:        5342045 GRANT DATE: 08/30/1994
REVERSE SUNBURST STRING PATTERN FOR
RACQUETBALL RACKETS (ULTIMATE POWER)

003750
PATENT NO:        5356150 GRANT DATE: 10/18/1994
GOLF BALL DIMPLE GEOMETRY
AND METHOD OF MAKING SUCH GOLF BALL

002941
PATENT NO:        5356941 GRANT DATE: 10/18/1994
GAME BALLS HAVING IMPROVED
CORE COMPOSITIONS

003504
PATENT NO:        5360314 GRANT DATE: 11/01/1994
METHOD AND APPARATUS FOR REMOVING FLASH AND GATES FROM GOLF
BALLS

003925
PATENT NO:        5361934 GRANT DATE: 11/08/1994
POP-UP STRAW FOR JUVENILE
DRINKING CUP

003611
PATENT NO:        5368304 GRANT DATE: 11/29/1994
LOW SPIN GOLF BALL

003807
PATENT NO:        5377993 GRANT DATE: 01/03/1995
FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS

003930
PATENT NO:        5385387 GRANT DATE: 01/31/1995
CHILD CARRIER WITH DETACHABLE BASE
(ON MY WAY)

PATENT
REEL: 9227 FRAME: 0732

SPALDING U.S. PATENTS

003665
PATENT NO:        5387637 GRANT DATE: 02/07/1995
GOLF BALL CORE COMPOSITIONS
(USING MICROCRYSTALLINE SILICA FILLERS)

003804
PATENT NO:        5390534 GRANT DATE: 02/21/1995
IMPACT TESTING DEVICE

002626-1    C
PATENT NO:        5397840 GRANT DATE: 03/14/1995
GOLF BALL COVER HAVING AN IONIC/COPOLYMER BLEND

003896
PATENT NO:        5407246 GRANT DATE: 04/18/1995
CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER)

003636
PATENT NO:        5409233 GRANT DATE: 04/25/1995
METHYL AMYL KETONE (MAK) COATING
FOR GOLF BALLS

003950-1    C
PATENT NO:        5409292 GRANT DATE: 04/25/1995
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

003913
PATENT NO:        5409974 GRANT DATE: 04/25/1995
GOLF BALL CONTAINING OPTICAL BRIGHTENER BLEND
(LOWER COST, IMPROVED WHITER-THAN-WHITE GOLF BALL)

003914
PATENT NO:        5419559 GRANT DATE: 05/30/1995
METAL WOOD WITH SOUND DAMPENER BAR

003430-3    C
PATENT NO:        5423088 GRANT DATE: 06/13/1995
IMPROVED INFLATABLE GAMES GLOVES

PATENT
REEL: 9227 FRAME: 0733

SPALDING U.S. PATENTS

003862        PATENT NO:    5427432 GRANT DATE: 06/27/1995
              ADJUSTABLE SHIELD FOR CAR SEAT (UTILITY)
              (ULTARA)

004046        PATENT NO:    5429354 GRANT DATE: 07/04/1995
              CROWNLESS GOLF CLUB  (U)
              (TOP-FLITE MAGNA)

005243        PATENT NO:    5437115 GRANT DATE: 08/01/1995
              SECURITY GATE APPARATUS

003641        PATENT NO:    5445585 GRANT DATE: 08/29/1995
              SPRING HOUSING AND SPREADER ASSEMBLY
              (NEW JOHNNY JUMP-UP AND QUACKERS)

003579-1  C   PATENT NO:    5456954 GRANT DATE: 10/10/1995
              UV-TREATED GOLF BALL
              (FILE WRAPPER CONTINUATION)

004215        PATENT NO:    5458398 GRANT DATE: 10/17/1995
              INFANT CAR SEAT WITH RECESSED BELT PATH
              (EASY 5)

003627        PATENT NO:    5459220 GRANT DATE: 10/17/1995
              USE OF BIURET AND TRIMER ISOCYANURATES
              AS CROSSLINKERS IN GOLF BALL COATINGS

003902        PATENT NO:    5470058 GRANT DATE: 11/28/1995
              HIGH VISIBILITY INFLATED GAME BALLS

PATENT
REEL: 9227 FRAME: 0734

SPALDING U.S. PATENTS

002754-5    C    PATENT NO:    5470075  GRANT DATE: 11/28/1995
                 SOFT-COVERED OVERSIZED GOLF
                 BALL (TOP-FLITE MAGNA)

003930-1    C    PATENT NO:    5478135  GRANT DATE: 12/26/1995
                 CHILD CARRIER WITH DETACHABLE BASE
                 (ON MY WAY) (CIP Appln)

002754-2    C    PATENT NO:    5480155  GRANT DATE: 01/02/1996
                 MULTI-PIECE GOLF BALLS AND METHODS
                 OF MANUFACTURE

002754-1    C    PATENT NO:    5482286  GRANT DATE: 01/09/1996
                 IMPROVED GOLF BALL (MAGNA BALL)

003469           PATENT NO:    5482287  GRANT DATE: 01/09/1996
                 402 DIMPLE PATTERN GOLF BALL

003963           PATENT NO:    5489138  GRANT DATE: 02/06/1996
                 IMPROVED HEIGHT ADJUSTABLE HIGH CHAIR (U)
                 (CELEBRITY)

003659           PATENT NO:    5494291  GRANT DATE: 02/27/1996
                 NARROW RANGE ULTRAVIOLET STABILIZERS
                 GOLF BALL COATINGS

002754-2    C    PATENT NO:    5503397  GRANT DATE: 04/02/1996
                 IMPROVED GOLF BALL (MAGNA ENLARGED BALL)

002754-6    C    PATENT NO:    5507493  GRANT DATE: 04/16/1996
                 GOLF BALL (LADIES OVERSIZED)
                 (TOP-FLITE MAGNA-W)

PATENT
REEL: 9227 FRAME: 0735

SPALDING U.S. PATENTS

003786
PATENT NO:        5507558  GRANT DATE: 04/16/1996
AUTO BOOSTER SEAT W/SHIELD
(SIDEKICK)

003950-1-1    C
PATENT NO:        5516190  GRANT DATE: 05/14/1996
HANDLE FOR INFANT CAR SEAT
(CARRY RIGHT)

002626-2    C
PATENT NO:        5516847  GRANT DATE: 05/14/1996
GOLF BALL COVER HAVING AN
IONIC/COPOLYMER BLEND

004046-1    C
PATENT NO:        5518242  GRANT DATE: 05/21/1996
CROWNLESS GOLF CLUB (U)
(TOP-FLITE MAGNA)

003839-1    C
PATENT NO:        5523125  GRANT DATE: 06/04/1996
LASER ENGRAVING AND COATING
PROCESS FOR FORMING INDICIA
ON ARTICLES

005305
PATENT NO:        5531258  GRANT DATE: 07/02/1996
FOLDING SOFT GATE

005318
PATENT NO:        5533959  GRANT DATE: 07/09/1996
WIRELESS REMOTE MONITORS

004158
PATENT NO:        5535457  GRANT DATE: 07/16/1996
BLOW MOLDED CRIB  (U)
(HUNTINGTON BABY CRIB)

PATENT
REEL: 9227 FRAME: 0736

SPALDING U.S. PATENTS

004130     PATENT NO:     5542664  GRANT DATE: 08/08/1996
           DUAL ADHESIVE ASSEMBLY SYSTEM
           FOR GOLF CLUBS

003600         PATENT NO:     5542677  GRANT DATE: 08/06/1996
           GOLF BALL COVER COMPOSITIONS
           COPOLYMERS/ETHYLENE ACRYLATES

004274         PATENT NO:     5542297  GRANT DATE: 08/27/1996
           GOLF CLUB IRON WITH VIBRATION
           DAMPENING RAMP BAR

004222         PATENT NO:     5553336  GRANT DATE: 09/10/1996
           PLAYYARD AND BASSINET COMBINATION
           (HAPPY CAMPER)

005339         PATENT NO:     5558400  GRANT DATE: 09/24/1996
           ADJUSTABLE HEIGHT HIGH CHAIR

002754-4   C       PATENT NO:     5569100  GRANT DATE: 10/29/1996
           IMPROVED LOWER PERCENT COVERAGE
           DIMPLE PATTERN (65%) GOLF BALL
           (TOP-FLITE MAGNA)

004127         PATENT NO:     5575005  GRANT DATE: 11/19/1996
           BASEBALL OR SOFTBALL GLOVE

005303         PATENT NO:     5575530  GRANT DATE: 11/19/1996
           INFANT BOUNCER

PATENT
REEL: 9227 FRAME: 0737

SPALDING U.S. PATENTS

004144
PATENT NO:    5580049  GRANT DATE: 12/03/1996
SOCCER BALL WITH FIBER
REINFORCED POLYURETHANE COVER
(2K COMPOSITE)

003611-3    C
PATENT NO:    5580057  GRANT DATE: 12/03/1996
LOW SPIN GOLF BALL
(divisional appln.)

003579 2
PATENT NO:    5560323  GRANT DATE: 12/03/1996
UV-TREATED GOLF BALL
(DIVISIONAL)

005314
PATENT NO:    5588158  GRANT DATE: 12/31/1996
BATH RING

002754-7    C
PATENT NO:    5588924  GRANT DATE: 12/31/1996
GOLF BALL
(TOP-FLITE MAGNA-EX)

003600-1    C
PATENT NO:    5591803  GRANT DATE: 01/07/1997
GOLF BALL COVER COMPOSITIONS

005316
PATENT NO:    5599060  GRANT DATE: 02/04/1997
CHILD'S BOOSTER SEAT FOR VEHICLES

004175-1    F
PATENT NO:    5609393  GRANT DATE: 03/11/1997
RECLINING MECHANISM FOR TODDLER
CAR SEATS (EASY 5)

PATENT
REEL: 9227 FRAME: 0738

SPALDING U.S. PATENTS

004216
PATENT NO:      5634859  GRANT DATE: 06/03/1997
GRIP WITH INCREASED SOFT FEEL,
TACKINESS WITH DECREASED TORQUE

005312
PATENT NO:      5638885  GRANT DATE: 06/17/1997
BABY MONITOR RECEIVER

004126
PATENT NO:      5639085  GRANT DATE: 06/17/1997
LIGHTWEIGHT, SOFT FEEL HAND BALL

004420
PATENT NO:      5642881  GRANT DATE: 07/01/1997
TRI-HOLLOW RACKET WITH TRAVERSE RIBS
(ALUMINUM TUBING)

005284
PATENT NO:      5643035  GRANT DATE: 07/01/1997
BUBBLE PRODUCING DEVICE

004483
PATENT NO:      5644806  GRANT DATE: 07/08/1997
PLAYYARD SYSTEM WITH HANDLE AND WHEELS
(U) (ROLL N GO)

003990
PATENT NO:      5645497  GRANT DATE: 07/08/1997
ULTIMATE DISTANCE GOLF BALL

003982
PATENT NO:      5647590  GRANT DATE: 07/15/1997
GAME BALL FOR URBAN USE
(CITY BALL SOFTBALL)

004486
PATENT NO:      5662339  GRANT DATE: 09/02/1997
IMPROVED INFANT FRAME CARRIER
(HIKE N' ROLL) (U)

PATENT
REEL: 9227 FRAME: 0739

SPALDING U.S. PATENTS

003901-1    PATENT NO:    5664774  GRANT DATE: 09/09/1997
SYNTHETIC LEATHER COVERED GAME BALL

004140-1    PATENT NO:    5669838  GRANT DATE: 09/23/1997
GAME BALL WITH SYNTHETIC LEATHER COVER
(FOOTBALL)

004134      PATENT NO:    5683317  GRANT DATE: 11/04/1997
AUTOMATED LACING FOR BASEBALLS
AND SOFTBALLS

004367      PATENT NO:    5685791  GRANT DATE: 11/11/1997
COMPOSITE LACROSSE STICK HEAD

003476      PATENT NO:    5688194  GRANT DATE: 11/18/1997
GOLF BALL DIMPLE CONFIGURATION PROCESS

003637-1-F1   F   PATENT NO:    5688869  GRANT DATE: 11/18/1997
GOLF BALL COVER COMPOSITIONS
(CIP FILE WRAPPER)

004226      PATENT NO:    5690383  GRANT DATE: 11/25/1997
BABY BUNGEE JUMPER  (U)
(THIRD VERSION)

005317      PATENT NO:    5692655  GRANT DATE: 12/02/1997
SOFT CARRIER FOR A CHILD

004658      PATENT NO:    5702313  GRANT DATE: 12/30/1997
GAME RACKET WITH PRIMARY AND
SECONDARY YOKES

PATENT
REEL: 9227 FRAME: 0740

SPALDING U.S. PATENTS

003896-2    C    PATENT NO:    5704576 GRANT DATE: 01/06/1998
CLIP FOR A CHILD'S EXERCISER/ROCKER (U)
(EXERSAUCER) (CIP)

005308    PATENT NO:    5708970 GRANT DATE: 01/13/1998
WIRELESS SOUND MONITORING APPARATUS
WITH SUBAUDIBLE SQUELCH CONTROL

004285    PATENT NO:    5722543 GRANT DATE: 03/03/1998
GOLF BALL SIZING APPARATUS

004438    PATENT NO:    5722908 GRANT DATE: 03/03/1998
COMPOSITE BAT WITH ALUMINUM BARREL AREA

004153    PATENT NO:    5725095 GRANT DATE: 03/10/1998
GOLF BAG TOP WITH PUTTER WELL /
WITHOUT GOLF BALL HOLDER

004299    PATENT NO:    5727798 GRANT DATE: 03/17/1998
CHILD STROLLER AND INFANT CARRIER SYSTEM
(U) (ON MY WAY)

004439    PATENT NO:    5731371 GRANT DATE: 03/24/1998
ZDMA GRAFTED HNBR IN A ONE-PIECE GOLF BALL

004214    PATENT NO:    5733206 GRANT DATE: 03/31/1998
TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE

003611-4    C    PATENT NO:    5733207 GRANT DATE: 03/31/1998
LOW SPIN GOLF BALL

PATENT
REEL: 9227 FRAME: 0741

SPALDING U.S. PATENTS

004262    PATENT NO:    5735756 GRANT DATE: 04/07/1998
          GOLF BALL AND DIMPLE PATTERN FORMING PROCESS

004744    PATENT NO:    5738410 GRANT DATE: 04/14/1998
          RECLINE MECHANISM FOR THREE-WHEELED STROLLER

003902-1  PATENT NO:    5741195 GRANT DATE: 04/21/1998
     C    HIGH VISIBILITY INFLATED GAME BALLS
          (CIP)

004799    PATENT NO:    5745954 GRANT DATE: 05/05/1998
          PLAYYARD HINGE
          (HAPPY CAMPER)

004768    PATENT NO:    5752283 GRANT DATE: 05/19/1998
          ECONOMY BOTTOM PLAYYARD

005083    PATENT NO:    5759195 GRANT DATE: 06/02/1998
          MESH PACIFIER
          (1997)

004795    PATENT NO:    D065314 GRANT DATE: 05/26/1998
     D    GOLF CLUB PUTTER HEAD
          (MICRO GROOVE)

001928    PATENT NO:    D268468 GRANT DATE: 04/05/1983
     D    DRESSER MIRROR

001924    PATENT NO:    D269974 GRANT DATE: 05/17/1983
     D    FIVE-DRAWER CHEST

PATENT
REEL: 9227 FRAME: 0742

SPALDING U.S. PATENTS

| | | PATENT NO: | | |
|---|---|---|---|---|
| 001873 | D | GOLF CLUB IRON HEAD | D269101 | GRANT DATE: 05/24/1983 |
| 001956 | D | STROLLER | D274714 | GRANT DATE: 07/17/1984 |
| 002001 | D | CRIB END (WINDSOR--W/O DECO END SPIND) | D274876 | GRANT DATE: 07/31/1984 |
| 002002 | D | CRIB END (CASABLANCA WICKER) | D274877 | GRANT DATE: 07/31/1984 |
| 002096 | D | BOOSTER SEAT (2-STAGE MODEL) | D276098 | GRANT DATE: 10/30/1984 |
| 001979 | D | DESIGN OF BOOSTER SEAT (4-STAGE MODEL) | D276099 | GRANT DATE: 10/30/1984 |
| 002017 | D | TOY GOAT | D276635 | GRANT DATE: 12/04/1984 |
| 002013 | D | TOY CELERY (SQUEEZY) | D276636 | GRANT DATE: 12/04/1984 |
| 002014 | D | TOY BANANA | D276637 | GRANT DATE: 12/04/1984 |
| 002042 | D | TOY OCTOPUS | D276638 | GRANT DATE: 12/04/1984 |

PATENT
REEL: 9227 FRAME: 0743

SPALDING U.S. PATENTS

002039    D    PATENT NO:    D276639 GRANT DATE: 12/04/1984
               TOY DOG (SQUEEZE PET)

002041    D    PATENT NO:    D276640 GRANT DATE: 12/04/1984
               TOY CAT

002016    D    PATENT NO:    D276641 GRANT DATE: 12/04/1984
               TOY HORSE

002040    D    PATENT NO:    D276643 GRANT DATE: 12/04/1984
               TOY MOUSE

002035    D    PATENT NO:    D276653 GRANT DATE: 12/04/1984
               TOY ELEPHANT TEETHER

002034    D    PATENT NO:    D276738 GRANT DATE: 12/11/1984
               TOY DOG TEETHER

002021    D    PATENT NO:    D276739 GRANT DATE: 12/11/1984
               TOY CLOWN

002043    D    PATENT NO:    D276834 GRANT DATE: 12/18/1984
               TOY SEAHORSE

002033    D    PATENT NO:    D276845 GRANT DATE: 12/18/1984
               TOY KITTEN TEETHER

002045    D    PATENT NO:    D276925 GRANT DATE: 12/25/1984
               TOY RABBIT RATTLE

PATENT
REEL: 9227 FRAME: 0744

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002015 | D | PATENT NO: | D276929 GRANT DATE: 12/25/1984 |
| | | TOY BEAR | |
| 002023 | D | PATENT NO: | D277016 GRANT DATE: 01/01/1985 |
| | | TOY TIGER | |
| 002029 | D | PATENT NO: | D277017 GRANT DATE: 01/01/1985 |
| | | TOY ORANGE RATTLE | |
| 002028 | D | PATENT NO: | D277018 GRANT DATE: 01/01/1985 |
| | | TOY PEAR RATTLE | |
| 002019 | D | PATENT NO: | D277119 GRANT DATE: 01/08/1985 |
| | | TOY HAMMER | |
| 002067 | D | PATENT NO: | D277157 GRANT DATE: 01/15/1985 |
| | | CRIB END (ANTIQUITY) | |
| 002046 | D | PATENT NO: | D277197 GRANT DATE: 01/15/1985 |
| | | TOY SQUIRREL RATTLE | |
| 002047 | D | PATENT NO: | D277198 GRANT DATE: 01/15/1985 |
| | | TOY KITTEN (RATTLE) | |
| 002020 | D | PATENT NO: | D277203 GRANT DATE: 01/15/1985 |
| | | TOY PLIERS | |
| 002012 | D | PATENT NO: | D277216 GRANT DATE: 01/15/1985 |
| | | SQUEEZY (TOY CARROT) | DESIGN |

PATENT
REEL: 9227 FRAME: 0745

SPALDING U.S. PATENTS

| 002044 | D | PATENT NO: | D277496 GRANT DATE: 02/05/1985 |
| | | TOY DUCK | |
| 002048 | D | PATENT NO: | D277587 GRANT DATE: 02/12/1985 |
| | | TOY BUNNY RABBIT RATTLE | |
| 002049 | D | PATENT NO: | D277588 GRANT DATE: 02/12/1985 |
| | | TOY PUPPY DOG RATTLE | |
| 002018 | D | PATENT NO: | D277589 GRANT DATE: 02/12/1985 |
| | | TOY SAW | |
| 005320 | D | PATENT NO: | D277811 GRANT DATE: 03/05/1985 |
| | | INFANT CARRIER | |
| 002022 | D | PATENT NO: | D277880 GRANT DATE: 03/05/1985 |
| | | TOY BEAR | |
| 002050 | D | PATENT NO: | D278071 GRANT DATE: 03/19/1985 |
| | | TOY BIRD RATTLE | |
| 002102 | D | PATENT NO: | D278358 GRANT DATE: 04/09/1985 |
| | | BARBELL WEIGHT | |
| 001997 | D | PATENT NO: | D281092 GRANT DATE: 10/22/1985 |
| | | GOLF CLUB PUTTER HEAD | |
| | | (OFF SET PUTTER - TPM) | |
| 002131 | D | PATENT NO: | D282731 GRANT DATE: 02/25/1986 |
| | | STROLLER HANDLE (ALA CARTE) | |

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002132 | D | PATENT NO: STROLLER (ALA CARTE) | D282831  GRANT DATE: 03/04/1986 |
| 002130 | D | PATENT NO: STROLLER FOOT REST (ALA CARTE) | D282832  GRANT DATE: 03/04/1986 |
| 005342 | D | PATENT NO: DIAPER PAIL | D288019  GRANT DATE: 01/27/1987 |
| 002249 | D | PATENT NO: CHILD'S BOOSTER SEAT (WINGS) | D289830  GRANT DATE: 05/19/1987 |
| 002222 | D | PATENT NO: GOLF CLUB GRIP | D295207  GRANT DATE: 04/12/1988 |
| 002274 | D | PATENT NO: TOY PUZZLE | D297032  GRANT DATE: 08/02/1988 |
| 002271 | D | PATENT NO: WATER TOY TURTLE FIGURE | D301596  GRANT DATE: 06/13/1989 |
| 002277 | D | PATENT NO: TOY MONEY BANK | D301931  GRANT DATE: 06/27/1989 |
| 002760 | D | PATENT NO: BABY BOTTLE (EASY HOLD) | D304763  GRANT DATE: 11/21/1989 |
| 002479 | D | PATENT NO: CAR SEAT (7 YEAR CAR SEAT) | D305283  GRANT DATE: 01/02/1990 |

PATENT
REEL: 9227 FRAME: 0747

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 002897 | D | PATENT NO:<br>GOLF BALL PACKAGE | D305733 GRANT DATE: 01/30/1990 |
| 002925 | D | PATENT NO:<br>BABY CARRIAGE | D307879 GRANT DATE: 05/15/1990 |
| 003017 | D | PATENT NO:<br>CHILD'S TRAINING CHAIR<br>(PERFECT POTTY) | D308573 GRANT DATE: 06/12/1990 |
| 002919 | D | PATENT NO:<br>BREAST PUMP (1986 MANUAL) | D309500 GRANT DATE: 07/24/1990 |
| 002948 | D | PATENT NO:<br>STROLLER WHEEL | D309886 GRANT DATE: 08/14/1990 |
| 003034 | D | PATENT NO:<br>STROLLER WHEEL HUB | D310200 GRANT DATE: 08/28/1990 |
| 003020 | D | PATENT NO:<br>STROLLER WHEEL HUB CAP | D310654 GRANT DATE: 09/18/1990 |
| 002875 | D | PATENT NO:<br>A CHILD'S SAFETY SEAT (WITH T-SHIELD) | D311281 GRANT DATE: 10/16/1990 |
| 002867 | D | PATENT NO:<br>INFANT SAFETY SEAT<br>(JOYRIDE) | D311822 GRANT DATE: 11/06/1990 |

PATENT
REEL: 9227 FRAME: 0748

SPALDING U.S. PATENTS

| 002852 | D | PATENT NO:<br>CHILD SAFETY SEAT<br>(ULTRA II) | D311823 GRANT DATE: 11/06/1990 |
| 002785 | D | PATENT NO:<br>BOOSTER SEAT<br>(SIGHTSEER) | D315253 GRANT DATE: 03/12/1991 |
| 002947 | D | PATENT NO:<br>CARRIAGE STROLLER TRAY | D316238 GRANT DATE: 04/16/1991 |
| 002648 | D | PATENT NO:<br>GOLF CLUB HEAD (NSC) | D316583 GRANT DATE: 04/30/1991 |
| 003021 | D | PATENT NO:<br>STROLLER HANDLE | D316989 GRANT DATE: 05/21/1991 |
| 002728 | D | PATENT NO:<br>GOLF CLUB HEAD (XE #1<br>IRON) | D318510 GRANT DATE: 07/23/1991 |
| 002843 | D | PATENT NO:<br>GOLF CLUB HEAD (XE #2<br>IRON) | D318511 GRANT DATE: 07/23/1991 |
| 003149 | D | PATENT NO:<br>CLUB GOLF GRIP | D321233 GRANT DATE: 10/29/1991 |
| 002901 | D | PATENT NO:<br>POWER ROCKER BASE FOR AN INFANT SEAT<br>(AMERICAN GLIDER) | D321449 GRANT DATE: 11/12/1991 |

PATENT
REEL: 9227 FRAME: 0749

SPALDING U.S. PATENTS

002927  D    PATENT NO:    D322001 GRANT DATE: 12/03/1991
              DETACHABLE BASE FOR A BABY'S ROCKER
              (JOYRIDE) (TRAVEL TANDEM)

003134  D    PATENT NO:    D323589 GRANT DATE: 02/04/1992
              FOLDABLE PLAYYARD (TOP & BOTTOM FOLD - HAPPY CAMPER - SECOND
              VERSION)

003183  D    PATENT NO:    D324962 GRANT DATE: 03/31/1992
              CHILD'S DESK

003092  D    PATENT NO:    D325972 GRANT DATE: 05/05/1992
              DISPOSABLE NURSER HOOD

003167  D    PATENT NO:    D325973 GRANT DATE: 05/05/1992
              DISPOSABLE NURSER SHELL

003074  D    PATENT NO:    D326523 GRANT DATE: 05/26/1992
              DISPOSABLE NURSER (1988)
              (ENTIRE STRUCTURE)

003756  D    PATENT NO:    D327175 GRANT DATE: 06/23/1992
              ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
              (STAIR & CHAIR) (design)

003130  D    PATENT NO:    D328239 GRANT DATE: 07/28/1992
              SAFETY SEAT BELT ALIGNMENT
              GUIDE (ULTARA)

003489  D    PATENT NO:    D329472 GRANT DATE: 09/15/1992
              DUCK NOVELTY JUMPER (QUACKERS)

PATENT
REEL: 9227 FRAME: 0750

SPALDING U.S. PATENTS

003177    D    PATENT NO:    D329757 GRANT DATE: 09/20/1992
              CHILD'S ROCKER

003176    D    PATENT NO:    D329758 GRANT DATE: 09/29/1992
              CHILD'S BENCH SEAT

003259    D    PATENT NO:    D330842 GRANT DATE: 11/10/1992
              ADJUSTABLE BOOSTER SEAT (SNACK 'N PLAY)

003464    D    PATENT NO:    D330925 GRANT DATE: 11/10/1992
              TENNIS RACKET WITH SPLIT FRAME

003160    D    PATENT NO:    D331087 GRANT DATE: 11/17/1992
              GOLF CLUB PUTTER (HIGH EFFICIENCY
              I-TOE WEIGHTED PUTTER HEAD)

003540    D    PATENT NO:    D334848 GRANT DATE: 04/20/1993
              ARTICLE USEFUL AS A BOOSTER CHAIR AND STEP STOOL
              (CHAIR & STAIR) (D)

003178    D    PATENT NO:    D336168 GRANT DATE: 06/08/1993
              CHILD'S CHAIR

005398    D    PATENT NO:    D336396 GRANT DATE: 06/15/1993
              BASE FOR AN INFANT SEAT

003676    D    PATENT NO:    D337161 GRANT DATE: 07/07/1993
              TEETHER (TEDDY BEAR COOLING RING)

SPALDING U.S. PATENTS

003751    D    PATENT NO:    D338068 GRANT DATE: 08/03/1993
               TEETHER (TEDDY BEAR COOLING STAR)

003386    D    PATENT NO:    D338252 GRANT DATE: 08/10/1993
               GOLF CLUB HEAD (TOUR EDITION #9)

003184    D    PATENT NO:    D338344 GRANT DATE: 08/17/1993
               CHILD'S ROCKING SETTEE

003384    D    PATENT NO:    D338937 GRANT DATE: 08/31/1993
               GOLF CLUB HEAD (TOUR EDITION #2)

003385    D    PATENT NO:    D338938 GRANT DATE: 08/31/1993
               GOLF CLUB HEAD (TOUR EDITION #5)

003389    D    PATENT NO:    D339196 GRANT DATE: 09/07/1993
               INFANT TEETHER (HEART/BUTTERFLY/STAR IN RING DESIGN)

003303    D    PATENT NO:    D339477 GRANT DATE: 09/21/1993
               CHILD'S CAR SEAT (WITH INTEGRAL CONVERTIBLE FRAME)
               (CHAMPION)

003777    D    PATENT NO:    D339867 GRANT DATE: 09/28/1993
               PACIFIER SHIELD

005330    D    PATENT NO:    D341207 GRANT DATE: 01/20/1994
               SECURITY GATE WITH WALK-THROUGH FEATURE

003678    D    PATENT NO:    D343650 GRANT DATE: 01/25/1994
               ELEPHANT CIRCUS RATTLE

PATENT
REEL: 9227 FRAME: 0752

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003683 | D | PATENT NO:<br>LION CLUTCH RATTLE | D343651 GRANT DATE: 01/25/1994 |
| 003684 | D | PATENT NO:<br>BEAR CLUTCH RATTLE | D343652 GRANT DATE: 01/25/1994 |
| 003679 | D | PATENT NO:<br>BUNNY CIRCUS RATTLE | D343653 GRANT DATE: 01/25/1994 |
| 003682 | D | PATENT NO:<br>ELEPHANT CLUTCH RATTLE | D343654 GRANT DATE: 01/25/1994 |
| 003644 | D | PATENT NO:<br>JUVENILE CUP DRIBBLE LID (DESIGN) | D343988 GRANT DATE: 02/08/1994 |
| 005334 | | PATENT NO:<br>HIGH CHAIR | D344189 GRANT DATE: 02/15/1994 |
| 003689 | D | PATENT NO:<br>LION HIGH CHAIR RATTLE (WITH MIRROR) | D344986 GRANT DATE: 03/08/1994 |
| 003390 | D | PATENT NO:<br>DEVELOPMENT RATTLE (SPINNER & RINGS) | D344987 GRANT DATE: 03/09/1994 |
| 003691 | D | PATENT NO:<br>ELEPHANT PUSH-ALONG RATTLE (WITH MIRROR) | D344988 GRANT DATE: 03/08/1994 |
| 003742 | D | PATENT NO:<br>GOLF CLUB HEAD (TOP-FLITE THUNDER HEAT) | D344998 GRANT DATE: 03/08/1994 |

SPALDING U.S. PATENTS

003649    D    PATENT NO:    D345054   GRANT DATE: 03/15/1994
INFANT MASSAGER TOOTHBRUSH (D)

003690    D    PATENT NO:    D345184   GRANT DATE: 03/15/1994
CLOWN HIGH CHAIR RATTLE (WITH MIRROR)

003685    D    PATENT NO:    D345185   GRANT DATE: 03/15/1994
RATTLE WITH RINGS

003687    D    PATENT NO:    D345388   GRANT DATE: 03/22/1994
RING CHIME RATTLE DESIGN

003680    D    PATENT NO:    D345389   GRANT DATE: 03/22/1994
LAMB CIRCUS RATTLE

003692    D    PATENT NO:    D345390   GRANT DATE: 03/22/1994
PONY PUSH-ALONG RATTLE (WITH MIRROR)

003686    D    PATENT NO:    D345391   GRANT DATE: 03/22/1994
BUNNY SEE-THRU RATTLE

003688    D    PATENT NO:    D345392   GRANT DATE: 03/22/1994
SPIN BALL HIGH CHAIR RATTLE

003736    D    PATENT NO:    D345422   GRANT DATE: 03/22/1994
CLEAR TEETHER RING

003677    D    PATENT NO:    D345608   GRANT DATE: 03/29/1994
DECORATED COOLING TEETHER

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003681 | D | PATENT NO:<br>SLIDE RATTLE DESIGN | D345995 GRANT DATE: 04/12/1994 |
| 003667 | D | PATENT NO:<br>GOLF CLUB WEDGE HEAD (D) | D346840 GRANT DATE: 05/10/1994 |
| 005336 | | PATENT NO:<br>INFANT BOUNCER | D347121 GRANT DATE: 05/24/1994 |
| 005337 | | PATENT NO:<br>INFANT CAR SEAT | D347737 GRANT DATE: 06/14/1994 |
| 005328 | | PATENT NO:<br>BATH RING | D348309 GRANT DATE: 06/28/1994 |
| 003388 | D | PATENT NO:<br>BREAST PUMP ADAPTER (MANUAL BREAST PUMPS) | D348513 GRANT DATE: 07/05/1994 |
| 003585 | D | PATENT NO:<br>MICKEY MOUSE PACIFIER<br>(NEW DESIGN) | D350607 GRANT DATE: 09/13/1994 |
| 003776 | D | PATENT NO:<br>MINNIE MOUSE PACIFIER<br>(NEW DESIGN) | D350828 GRANT DATE: 09/20/1994 |
| 002447 | D | PATENT NO:<br>INFANT MASSAGER TOOTHBRUSH | D350851 GRANT DATE: 09/27/1994 |

SPALDING U.S. PATENTS

003797    D    PATENT NO:    D351205 GRANT DATE: 10/04/1994
               TENNIS RACKET DESIGN (VARIABLE INERTIA HEAD RACKET)

003939    D    PATENT NO:    D351232 GRANT DATE: 10/04/1994
               DAISY DUCK PACIFIER (DISNEY)

003938    D    PATENT NO:    D351233 GRANT DATE: 10/04/1994
               DONALD DUCK PACIFIER (DISNEY)

005335    D    PATENT NO:    D351289 GRANT DATE: 10/11/1994
               INFANT SWING

003643    D    PATENT NO:    D352201 GRANT DATE: 11/08/1994
               JUVENILE DRINKING CUP (DESIGN)

003945    D    PATENT NO:    D353288 GRANT DATE: 12/13/1994
               HANDLE FOR INFANT CAR SEAT
               (CARRY RIGHT)

003943    D    PATENT NO:    D355461 GRANT DATE: 02/14/1995
               RACQUETBALL RACKET (WITH REVERSE SUNBURST
               STRING PATTERN (ULTIMATE POWER)

003754    D    PATENT NO:    D355533 GRANT DATE: 02/21/1995
               NEW DOORWAY EXERCISER (D)
               (JOHNNY JUMP UP)

003954    D    PATENT NO:    D355939 GRANT DATE: 02/28/1995
               CHILD'S EXERCISER/ROCKER (D)
               (EXERSAUCER)

SPALDING U.S. PATENTS

| | | | |
|---|---|---|---|
| 003961 | D | PATENT NO: D356689 GRANT DATE: 03/28/1995<br>CHILD'S MULTI-LEVEL BOOSTER SEAT (D)<br>(ELEVATOR II) | |
| 003985 | D | PATENT NO: D357800 GRANT DATE: 05/02/1995<br>SOFT BABY CARRIER<br>(GRAND TOUR) | |
| 003917 | D | PATENT NO: D358189 GRANT DATE: 05/09/1995<br>GOLF CLUB HEAD<br>(FOUR-WAY DIAMOND CUT SOLE FOR GOLF CLUBS) | |
| 003898 | D | PATENT NO: D358730 GRANT DATE: 05/30/1995<br>HIGH CHAIR TRAY (WITH CENTER DRAWER -<br>HAPPY DAYS) | |
| 003935 | D | PATENT NO: D360307 GRANT DATE: 07/18/1995<br>BOOSTER CAR SEAT BASE (D) (W/O SHIELD)<br>(SIDEKICK) | |
| 003900 | D | PATENT NO: D360905 GRANT DATE: 08/01/1995<br>DUCK NOVELTY JUMPER (QUACKERS) | |
| 003908 | D | PATENT NO: D360991 GRANT DATE: 08/08/1995<br>BOOSTER CAR SEAT W/SHIELD<br>(SIDEKICK) (D) | |
| 003907 | D | PATENT NO: D361672 GRANT DATE: 08/29/1995<br>ADJUSTABLE HIGH CHAIR (D)<br>(HEIGHT HEIGHT) | |

PATENT
REEL: 9227 FRAME: 0757

SPALDING U.S. PATENTS

004035    D    PATENT NO:    D362883  GRANT DATE: 10/03/1995
               TOP-FLITE TOUR "PRO-OFFSET"
               GOLF CLUB IRONS (P5)

004197    D    PATENT NO:    D363100  GRANT DATE: 10/10/1995
               GOLF CLUB (D)
               (CROWNLESS TOP-FLITE MAGNA WOOD)

003977    D    PATENT NO:    D363327  GRANT DATE: 10/17/1995
               GOLF CLUB PUTTER (TOP-FLITE TF-2) (D)

003978    D    PATENT NO:    D363328  GRANT DATE: 10/17/1995
               GOLF CLUB PUTTER (TOP-FLITE TF-3) (D)
               (TOP-FLITE 3)

003980    D    PATENT NO:    D363329  GRANT DATE: 10/17/1995
               GOLF CLUB PUTTER (TOP-FLITE TF-5) (D)
               (TOP-FLITE 5)

004010    D    PATENT NO:    D363330  GRANT DATE: 10/17/1995
               GOLF CLUB PUTTER (TOP-FLITE TF-6) (D)

004016    D    PATENT NO:    D363332  GRANT DATE: 10/17/1995
               "OVERSIZED" EZ IRONS (EZ-5)

004011    D    PATENT NO:    D363518  GRANT DATE: 10/24/1995
               GOLF CLUB PUTTER (TOP-FLITE TF-7)

004194    D    PATENT NO:    D363961  GRANT DATE: 11/07/1994
               GOLF CLUB (TOP-FLITE MAGNA WOOD) (D)
               (3RD VERSION)

PATENT
REEL: 9227 FRAME: 0758

SPALDING U.S. PATENTS

004157   D   PATENT NO:    D364754 GRANT DATE: 12/05/1995
             BLOW MOLDED CRIB (D)
             (HUNTINGTON BABY CRIB)

003953   D   PATENT NO:    D365925 GRANT DATE: 01/09/1996
             A COMBINATION BABY CARRIER, BACKPACK
             AND WHEEL COVERS (FRAME AND SOFT CARRIER)

004184   D   PATENT NO:    D366965 GRANT DATE: 02/13/1996
             INFANT CAR SEAT (D)
             (TODDLER CONVERTIBLE CAR SEAT) (FANTASY)

004241   D   PATENT NO:    D366967 GRANT DATE: 02/13/1996
             CONVERTIBLE HIGH CHAIR (D)
             (COMBINATION HIGH CHAIR/TABLE)

004263   D   PATENT NO:    D366978 GRANT DATE: 02/13/1996
             REMOVABLE PLAYYARD CANOPY (D)

003616   D   PATENT NO:    D368386 GRANT DATE: 04/02/1996
             CHILD'S BED
             (PRINCESS BED)

003976   D   PATENT NO:    D368505 GRANT DATE: 04/02/1996
             GOLF CLUB PUTTER (D)
             (TOP-FLITE 1)

003954-1 D   PATENT NO:    D369685 GRANT DATE: 05/14/1996
             CHILD'S EXERCISER/ROCKER

PATENT
REEL: 9227 FRAME: 0759

SPALDING U.S. PATENTS

003945-1    D    PATENT NO:    D369707  GRANT DATE:  05/14/1996
                 HANDLE FOR INFANT CAR SEAT
                 (CARRY RIGHT)

003903      D    PATENT NO:    D369900  GRANT DATE:  05/21/1996
                 NOVELTY SPORTS HEARWEAR (HOOP HEAD)

003940      D    PATENT NO:    D373028  GRANT DATE:  08/27/1996
                 INFANT AUTO SEAT WITH BASE
                 (ON MY WAY)

003964      D    PATENT NO:    D373029  GRANT DATE:  08/27/1996
                 HEIGHT ADJUSTABLE HIGH CHAIR (D)
                 (RIGHT HEIGHT)

003975      D    PATENT NO:    D374558  GRANT DATE:  10/15/1996
                 FRAME FOR AN INFANT CAR SEAT
                 (ON MY WAY)

004239      D    PATENT NO:    D374578  GRANT DATE:  10/15/1996
                 FIVE-POINT SHIELD FOR CAR SEAT (D)
                 (EASY 5)

005307           PATENT NO:    D374633  GRANT DATE:  11/15/1996
                 BABY MONITOR TRANSMITTER

004525      D    PATENT NO:    D374692  GRANT DATE:  10/15/1996
                 GEOMETRIC TOY BAR (D)
                 (FOR USE WITH EXERSAUCER)

005293           PATENT NO:    D374764  GRANT DATE:  12/24/1996
                 BABY MONITOR TRANSMITTER

PATENT
REEL: 9227 FRAME: 0760

SPALDING U.S. PATENTS

004271  D  PATENT NO:        D374896  GRANT DATE: 10/22/1996
           DASHBOARD ACTIVITY CENTER (D)
           (FOR USE WITH EXERSAUCER)

004307  D  PATENT NO:        D374899  GRANT DATE: 10/22/1996
           TOP-FLITE TOUR DRIVER
           (STAINLESS WITH TITANIUM INSERT)

004461  D  PATENT NO:        D375338  GRANT DATE: 11/05/1996
           GOLF BALL DIMPLE PATTERN
           (D219)

004464  D  PATENT NO:        D375339  GRANT DATE: 11/05/1996
           GOLF BALL DIMPLE PATTERN
           (D228)

004270  D  PATENT NO:        D376393  GRANT DATE: 12/10/1996
           TRAIN ACTIVITY CENTER (D)
           (FOR USE WITH EXERSAUCER)

005294     PATENT NO:        D376765  GRANT DATE: 12/24/1996
           BABY MONITOR RECIEVER

005313     PATENT NO:        D376918  GRANT DATE: 12/31/1996
           BATH RING

005315     PATENT NO:        D377457  GRANT DATE: 01/21/1997
           BABY MONITOR RECEIVOR

004465  D  PATENT NO:        D377816  GRANT DATE: 02/04/1997
           GOLF BALL DIMPLE PATTERN
           (D229)

PATENT
REEL: 9227 FRAME: 0761

SPALDING U.S. PATENTS

004515    D    PATENT NO:    D378017  GRANT DATE: 02/18/1997
               IMPROVED INFANT FRAME CARRIER (D)
               (HIKE N ROLL - FRESH AIR GEAR)

004243    D    PATENT NO:    D378554  GRANT DATE: 03/25/1997
               BUILT-IN TOY TRAY FOR CHILD EXERCISER
               (D)

004493    D    PATENT NO:    D378908  GRANT DATE: 04/22/1997
               CHILD STROLLER AND INFANT CARRIER SYSTEM
               (D) (JOYRIDE)

004485    D    PATENT NO:    D378969  GRANT DATE: 04/29/1997
               INFANT ACTIVITY QUILT (D)

004484    D    PATENT NO:    D379486  GRANT DATE: 05/27/1997
               MOBILE ARM ATTACHMENT FOR PORTABLE
               PLAYYARDS (D)

004549    D    PATENT NO:    D379583  GRANT DATE: 06/03/1997
               WHEELS FOR USE ON FOLDABLE
               PLAYYARDS (HAPPY CABANA)

004462    D    PATENT NO:    D381720  GRANT DATE: 07/29/1997
               GOLF BALL DIMPLE PATTERN
               (D221)

004466    D    PATENT NO:    D381721  GRANT DATE: 07/29/1997
               GOLF BALL DIMPLE PATTERN
               (D275)

PATENT
REEL: 9227 FRAME: 0762

SPALDING U.S. PATENTS

004460    D    PATENT NO:        D381722   GRANT DATE: 07/29/1997
               GOLF BALL DIMPLE PATTERN
               (D212)

004463    D    PATENT NO:        D381723   GRANT DATE: 07/29/1997
               GOLF BALL DIMPLE PATTERN
               (D227)

003965-1  D    PATENT NO:        D382718   GRANT DATE: 08/26/1997
               COMBINED PLAYYARD AND TOY BAG
               (HAPPY CMPER) (D)

004393    D    PATENT NO:        D382968   GRANT DATE: 08/26/1997
               A COMBINED INFANT NURSER AND CAP (LONG BOTTLE)

004394    D    PATENT NO:        D382969   GRANT DATE: 08/26/1997
               A COMBINED INFANT NURSER AND CAP (SHORT BOTTLE)

004459    D    PATENT NO:        D383179   GRANT DATE: 09/02/1997
               GOLF BALL DIMPLE PATTERN
               (D211)

004523    D    PATENT NO:        D383912   GRANT DATE: 09/23/1997
               CHILD'S CAR SEAT  (D)
               (FANTASY 5)

004746    D    PATENT NO:        D384911   GRANT DATE: 10/14/1997
               BELT BUCKLE FOR AUTO BOOSTER SEAT

005302    D    PATENT NO:        D385105   GRANT DATE: 10/21/1997
               GBP 320 D2 CHILD CARRIER

PATENT
REEL: 9227 FRAME: 0763

SPALDING U.S. PATENTS

| | | |
|---|---|---|
| 004637 | D | PATENT NO:      D385113 GRANT DATE: 10/21/1997<br>GOLF BAG TOP WITH PUTTER WELL |
| 004491 | D | PATENT NO:      D385116 GRANT DATE: 10/21/1997<br>CHILD'S BOOSTER CAR SEAT (D) |
| 005306 | D | PATENT NO:      D385696 GRANT DATE: 11/04/1997<br>CHILD CARRIER |
| 004502 | D | PATENT NO:      D388483 GRANT DATE: 12/30/1997<br>GOLF CLUB DRIVER HEAD (INTIMIDATOR FAIRWAY WOODS)<br>(NOS. 3, 5, 7, 9) |
| 004557 | D | PATENT NO:      D388486 GRANT DATE: 12/30/1997<br>IRON TYPE GOLF CLUB HEAD (Ti INSERT TOP-FLITE TOUR IRON) |
| 004653 | D | PATENT NO:      D388487 GRANT DATE: 12/30/1997<br>WEDGE-TYPE GOLF CLUB HEAD (1997 TOP-FLITE EXTREME WEDGE) |
| 004740 | D | PATENT NO:      D388749 GRANT DATE: 01/06/1998<br>HOLLOW SPOKE WHEEL FOR CHILD'S STROLLER<br>(THREE WHEEL STROLLER) |
| 004684 | D | PATENT NO:      D390604 GRANT DATE: 02/10/1998<br>ELECTRONIC PAINT PALLET ACTIVITY TOY |
| 004683 | D | PATENT NO:      D390886 GRANT DATE: 02/17/1998<br>ELECTRONIC BEAR FACE ACTIVITY TOY |

PATENT
REEL: 9227 FRAME: 0764

SPALDING U.S. PATENTS

004772   D       PATENT NO:       D390888  GRANT DATE: 02/17/1998
                 CHILD/EXERCISER ROCKER WITH
                 AIRPLANE SHAPED TRAY

004771   D       PATENT NO:       D391309  GRANT DATE: 02/24/1998
                 CHILD EXERCISER/ROCKER
                 (WITH BUILT-IN TOYS TRAY)

004672   D       PATENT NO:       D391364  GRANT DATE: 02/24/1998
                 LOCK AND KEY TEETHER

004851   D       PATENT NO:       D391641  GRANT DATE: 03/03/1998
                 MESH PACIFIER WITH HANDLE (1996)

004675   D       PATENT NO:       D391643  GRANT DATE: 03/03/1998
                 INFANT TEETHER (GRAPES)

004677   D       PATENT NO:       D391644  GRANT DATE: 03/03/1998
                 INFANT TEETHER (RASPBERRY)

004676   D       PATENT NO:       D392389  GRANT DATE: 03/17/1998
                 INFANT TEETHER (STRAWBERRY)

004866   D       PATENT NO:       D393033  GRANT DATE: 05/31/1998
                 TRADITIONAL BLADE PUTTER DESIGN

004749   D       PATENT NO:       D393074  GRANT DATE: 05/31/1998
                 COMBINED PACIFIER AND CLIP ATTACHMENT

PATENT
REEL: 9227 FRAME: 0765

SPALDING U.S. PATENTS

004784    D    PATENT NO:    D394546  GRANT DATE: 05/25/1998
               INFANT FRAME CARRIER

004546    D    PATENT NO:    D394687  GRANT DATE: 05/26/1998
               GOLF CLUB DRIVER HEAD  (INTIMIDATOR FAIRWAY WOOD #3)

004794    D    PATENT NO:    D394689  GRANT DATE: 05/26/1998
               GOLF CLUB PUTTER HEAD
               (MICRO GROOVE)

PATENT
REEL: 9227 FRAME: 0766

05/18/1998  11 01    PAGE:

MASTER FILE REPORT
1
SPALDING U.S. PATENT APPLICATIONS                              PCMASTER REPORTER

Docket No.     Case Type    APPLICATION NO: App No        APPLICATION DATE: App Date
--------       ---- ----    --------------- ------        ----------------- --------
004303-1          C         APPLICATION NO:  ----- --     APPLICATION DATE: 01/20/1998
                            008802
                            MULTI-LAYER GOLF BALL AND
                            METHOD OF MAKING SAME

005536                      APPLICATION NO:               APPLICATION DATE: 01/21/1998
                            010462
                            CATCHER MASK (HOCKEY
                            GOALIE STYLE)

005372                      APPLICATION NO:               APPLICATION DATE: 01/23/1998
                            012788
                            1.71 MULTI-LAYER GOLF BALL

005531                      APPLICATION NO:               APPLICATION DATE: 01/29/1998
                            015433
                            SYSTEM & METHOD OF MATCHING
                            GOLF BALL TO A GOLF CLUB
                            TO A GOLF CLUB FOR
                            OPTICAL PERFORMANCE

004751-1                    APPLICATION NO:               APPLICATION DATE: 01/29/1998
                            015434
                            TITANIUM FILLED THICK MANTLE
                            SOFT-COVERED MULTI-LAYER GOLF BALL

002624-1          C         APPLICATION NO:               APPLICATION DATE: 02/09/1993
                            016657
                            GOLF BALL COVER COMPOSITIONS CONTAINING MINERAL
                            FIBERS

003979            D         APPLICATION NO:               APPLICATION DATE: 01/26/1994
                            018012
                            GOLF CLUB PUTTER (TOP-FLITE TF-4) (D)

005566                      APPLICATION NO:               APPLICATION DATE: 02/05/1998
                            019250
                            WOVEN 2K SOFTBALL

PATENT
REEL: 9227 FRAME: 0767

PAGE:

05/18/1998  11 01

PCMASTER REPORTER

MASTER FILE REPORT
2
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | | | |
|---|---|---|---|---|

005355   APPLICATION NO: App No                    APPLICATION DATE: App Date
         APPLICATION NO:   --  --
         APPLICATION NO:                           019997 APPLICATION DATE: 02/06/1998
         MEDALLION GAME BALL (LOGO)

004438-1  C   APPLICATION NO:           019998 APPLICATION DATE: 02/06/1998
              COMPOSITE BAT WITH METAL BARREL AREA
              AND METHOD OF FABRICATION

005356-1      APPLICATION NO:           019999 APPLICATION DATE: 02/06/1998
              SURFACE DESIGN FOR RUBBER BASKETBALLS (DESIGNS 162)

005550        APPLICATION NO:           040798 APPLICATION DATE: 03/18/1998
              R.I.M. POLYURETHANE COVERS
              FOR GOLF BALL AND RELATED
              PROCESSES

004290        APPLICATION NO:           042119 APPLICATION DATE: 03/28/1997
              THREE OR MORE LAYER COVERED GOLF BALL

005048    L   APPLICATION NO:           042439 APPLICATION DATE: 03/28/1997
              NOVEL DUAL CORES FOR GOLF BALLS

004547        APPLICATION NO:           049431 APPLICATION DATE: 01/25/1996
              GOLF CLUB DRIVER HEAD (INTIMIDATOR FAIRWAY WOOD #5)

004548        APPLICATION NO:           049432 APPLICATION DATE: 01/25/1996
              GOLF CLUB DRIVER HEAD (INTIMIDATOR FAIRWAY WOOD (#7)

PATENT
REEL: 9227 FRAME: 0768

```
MASTER FILE REPORT                              PCMASTER REPORTER                          05/18/1998   11 01   PAGE:
  3
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No          APPLICATION DATE: App Date
------- ---   ---- ----    ----------- -- ----- --         ----------- ----- --- ----
004503                     APPLICATION NO:    051363       APPLICATION DATE: 03/07/1996
                           GOLF CLUB DRIVER
                           (INTIMIDATOR - TITANIUM)

005123        L            APPLICATION NO:    054049       APPLICATION DATE: 07/14/1997
                           TITANIUM/TUNGSTEN GOLF BALL

004638        D            APPLICATION NO:    056022       APPLICATION DATE: 06/20/1996
                           GOLF BAG BOTTOM WITH LIFT HANDLE

004699                     APPLICATION NO:    057481       APPLICATION DATE: 07/25/1996
                           LADIES TOP-FLITE TOUR IRONS (1997)

004556                     APPLICATION NO:    057482       APPLICATION DATE: 07/25/1996
                           OFFSET INTIMIDATOR METAL WOODS
                           (GOLF CLUB)

004787        D            APPLICATION NO:    065301       APPLICATION DATE: 01/23/1997
                           GOLF CLUB PUTTER HEAD
                           (MICRO GROOVE)

004865        D            APPLICATION NO:    065306       APPLICATION DATE: 01/23/1997
                           TRADITIONAL MALLET PUTTER DESIGN
                           (TRADITIONAL MALLET PUTTER DESIGN)

004793        D            APPLICATION NO:    065307       APPLICATION DATE: 01/23/1997
                           TOUR FLANGE PUTTER
                           (MICRO GROOVE)
```

PATENT
REEL: 9227 FRAME: 0769

```
MASTER FILE REPORT                           PCMASTER REPORTER                        05/18/1998   11 01   PAGE:
        4
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No        APPLICATION DATE: App Date
----------    ---------    ----------------------        -------------------------
004792        D            APPLICATION NO:        065308 APPLICATION DATE: 01/23/1997
                           TOUR MALLET PUTTER
                           (MICRO GROOVE)

004791        D            APPLICATION NO:        065309 APPLICATION DATE: 01/23/1997
                           TRADITIONAL FLANGE PUTTER
                           (MICRO GROOVE)

004790        D            APPLICATION NO:        065310 APPLICATION DATE: 01/23/1997
                           TRADITIONAL LEFT-HANDED FLANGE PUTTER
                           (MICRO GROOVE)

004789        D            APPLICATION NO:        065311 APPLICATION DATE: 01/23/1997
                           GOLF CLUB PUTTER HEAD
                           (MICRO GROOVE)

004788        D            APPLICATION NO:        065312 APPLICATION DATE: 01/23/1997
                           CLASSIC MALLET PUTTER
                           (MICRO GROOVE)

005034        D            APPLICATION NO:        066539 APPLICATION DATE: 02/13/1997
                           ALUMINUM COMPOSITE DOUBLE WALL BAT

004641        D            APPLICATION NO:        071908 APPLICATION DATE: 05/30/1997
                           FAIRWAY WOOD WITH BOUNCE

004821        D            APPLICATION NO:        071914 APPLICATION DATE: 05/30/1997
                           FAIRWAY WOOD WITH BOUNCE
                           (#5)
```

PATENT
REEL: 9227 FRAME: 0770

PAGE:

05/18/1998   11 01

MASTER FILE REPORT
5
SPALDING U.S. PATENT APPLICATIONS                    PCMASTER REPORTER

| Docket No. | Case Type | APPLICATION NO: | App No | APPLICATION DATE: | App Date |
|------------|-----------|-----------------|--------|-------------------|----------|
| 005024 | D | APPLICATION NO: | | APPLICATION DATE: | |
| | | FAIRWAY WOOD GOLF CLUB HEAD (#9) | 071915 | APPLICATION DATE: 05/30/1997 | |
| 004822 | D | APPLICATION NO: | | | |
| | | FAIRWAY WOOD WITH BOUNCE (#7) | 071916 | APPLICATION DATE: 05/30/1997 | |
| 005097 | | APPLICATION NO: | | | |
| | | DSS-2 GOLF SHOE CLEAT | 073941 | APPLICATION DATE: 07/24/1997 | |
| 005098 | | APPLICATION NO: | | | |
| | | DSS-2 GOLF SHOE CLEAT | 073942 | APPLICATION DATE: 07/24/1997 | |
| 005099 | | APPLICATION NO: | | | |
| | | DSS-2 GOLF SHOE CLEAT | 073943 | APPLICATION DATE: 07/24/1997 | |
| 005093 | | APPLICATION NO: | | | |
| | | DSS-2 GOLF SHOE CLEAT | 073944 | APPLICATION DATE: 07/24/1997 | |
| 005095 | | APPLICATION NO: | | | |
| | | DSS-2 GOLF SHOE CLEAT | 073945 | APPLICATION DATE: 07/24/1997 | |
| 005096 | | APPLICATION NO: | | | |
| | | DSS-2 GOLF SHOE CLEAT | 073946 | APPLICATION DATE: 07/24/1997 | |
| 005100 | | APPLICATION NO: | | | |
| | | DSS-2 GOLF SHOE CLEAT | 073947 | APPLICATION DATE: 07/24/1997 | |

PATENT
REEL: 9227 FRAME: 0771

MASTER FILE REPORT                                          PCMASTER REPORTER                              05/18/1998  11 01  PAGE:
6
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No          APPLICATION DATE: App Date
-------       ---- ----    -------------    -----          ----------------    --------
005101                     APPLICATION NO:     --  --
                           DSS-2 GOLF SHOE CLEAT            073948 APPLICATION DATE: 07/24/1997

005094                     APPLICATION NO:
                           DSS-2 GOLF SHOE CLEAT            073958 APPLICATION DATE: 07/24/1997

005167                     APPLICATION NO:
                           SOFT SPIKED SOLE FOR GOLF SHOES  075446 APPLICATION DATE: 09/12/1997

005141                     APPLICATION NO:
                           DECORATIVE SHOE PLATE FOR
                           USE ON GOLF SHOES                075978 APPLICATION DATE: 08/27/1997

005347        D            APPLICATION NO:
                           TEARDROP DIMPLE PATTERN FOR
                           GOLF BALL (D-300)                077384 APPLICATION DATE: 09/19/1997

005352        D            APPLICATION NO:
                           TEARDROP DIMPLE PATTERN FOR
                           GOLF BALL (D-317)                077388 APPLICATION DATE: 09/19/1997

005348        D            APPLICATION NO:
                           TEARDROP DIMPLE PATTERN FOR GOLF
                           BALL (D-316)                     077389 APPLICATION DATE: 09/19/1997

005349        D            APPLICATION NO:
                           TEARDROP DIMPLE PATTERN FOR
                           GOLF BALL (D-321)                077390 APPLICATION DATE: 09/19/1997

PATENT
REEL: 9227 FRAME: 0772

```
MASTER FILE REPORT                          PCMASTER REPORTER                              05/18/1998  11 01   PAGE:
        7
SPALDING U.S. PATENT APPLICATIONS

Docket No.   Case Type   APPLICATION NO: App No       APPLICATION DATE: App Date
---------    ---------   -----------------  ------     ------------------  --------
005351       D           APPLICATION NO:    --  --     APPLICATION DATE:  09/19/1997
                         TEARDROP DIMPLE PATTERN FOR         077391
                         GOLF BALL (D-320)

005350       D           APPLICATION NO:                APPLICATION DATE:  09/19/1997
                         TEARDROP DIMPLE PATTERN FOR         077392
                         GOLF BALL (D-310)

005584       D           APPLICATION NO:                APPLICATION DATE:  01/16/1998
                         ALLTREK STAND GOLF BAG              082168

005589       D           APPLICATION NO:                APPLICATION DATE:  02/06/1998
                         SURFACE DESIGN FOR RUBBER           083518
                         BASKETBALLS (Design No. 2)

005588       D           APPLICATION NO:                APPLICATION DATE:  02/06/1998
                         MEDALLION GAME BALL (LOGO)          083522
                         (DESIGN)

005356       D           APPLICATION NO:                APPLICATION DATE:  02/06/1998
                         SURFACE DESIGNS FOR RUBBER          083523
                         BASKETBALLS (Design No. 1)

005453       D           APPLICATION NO:                APPLICATION DATE:  03/12/1998
                         DESIGN NO. 2 - BUBBLE BAT           084938

005452       D           APPLICATION NO:                APPLICATION DATE:  03/12/1998
                         DESIGN NO. 1 - BUBBLE BAT           084939
```

PATENT
REEL: 9227 FRAME: 0773

MASTER FILE REPORT                    PCMASTER REPORTER                                          05/18/1998  11  01    PAGE:
8
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No        APPLICATION DATE: App Date
----------    ---------    -----------------------        ---------------------------
005454        D            APPLICATION NO:        085636 APPLICATION DATE: 03/26/1998
                           DESIGN NO. 3 - BUBBLE BAT

005606        D            APPLICATION NO:        085660 APPLICATION DATE: 03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #9

005607        D            APPLICATION NO:        085661 APPLICATION DATE: 03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #10

005598        D            APPLICATION NO:        085665 APPLICATION DATE: 03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #1

005599        D            APPLICATION NO:        085666 APPLICATION DATE: 03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #2

005600        D            APPLICATION NO:        085667 APPLICATION DATE: 03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #3

005603        D            APPLICATION NO:        085668 APPLICATION DATE: 03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #6

005604                     APPLICATION NO:        085669 APPLICATION DATE: 03/27/1998
                           PERIMETER WEIGHTED GOLF BALL
                           DESIGN - DESIGN #7

PATENT
REEL: 9227 FRAME: 0774

```
MASTER FILE REPORT                          PCMASTER REPORTER                                    05/18/1998  11 01    PAGE:
      9
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type   APPLICATION NO:  App No              APPLICATION NO:  App Date
----------    ---------   ---------------  ------              ---------------  --------
005605        D           APPLICATION NO:  --                  085670 APPLICATION DATE: 03/27/1998
                          PERIMETER WEIGHTED GOLF BALL
                          DESIGN - DESIGN #8

005601        D           APPLICATION NO:                      085671 APPLICATION DATE: 03/27/1998
                          PERIMETER WEIGHTED GOLF BALL
                          DESIGN - DESIGN #4

005602        D           APPLICATION NO:                      085680 APPLICATION DATE: 03/27/1998
                          PERIMETER WEIGHTED GOLF BALL
                          DESIGN - DESIGN #5

005510        D           APPLICATION NO:                      090388 APPLICATION DATE: 01/20/1998
                          ALLITREK STAND GOLF BAG

004009        D           APPLICATION NO:                      291255 APPLICATION DATE: 08/16/1994
                          SHEET MOLDING COMPOUND FOR RACKETS

003637-F1     F           APPLICATION NO:                      366365 APPLICATION DATE: 12/19/1994
                          HIGH ACID IONOMER AND GOLF
                          BALL COVER COMPOSITIONS
                          COMPRISING SAME

002624-2      V           APPLICATION NO:                      410824 APPLICATION DATE: 03/27/1995
                          GOLF BALL COVER COMPOSITIONS
                          CONTAINING MINERAL FIBERS

003637-F1-2   V           APPLICATION NO:                      412051 APPLICATION DATE: 03/28/1995
                          HIGH ACID IONOMER AND GOLF
                          BALL COVER COMPOSITIONS
                          COMPRISING SAME
```

PATENT
REEL: 9227 FRAME: 0775

PAGE:     11  01     05/18/1998

PCMASTER REPORTER

MASTER FILE REPORT
10
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| 004303 | | MULTI-LAYER GOLF BALL AND METHOD OF MAKING SAME | 490963 APPLICATION DATE: 06/15/1995 |
| 004026 | | MULTI-LAYER GOLF BALL | 495062 APPLICATION DATE: 06/26/1995 |
| 004277 | | UV CURABLE INK FOR GAME BALL AND METHOD OF PRINTING | 529361 APPLICATION DATE: 09/18/1995 |
| 002754-2-1 | V | IMPROVED ENLARGED GOLF BALL (MAGNA BALL) | 530851 APPLICATION DATE: 09/20/1995 |
| 003724-1 | C | IMPROVED MULTI-LAYER GOLF BALL (CIP) | 542793 APPLICATION DATE: 10/13/1995 |
| 003885-1 | C | RACKET FRAME CONSTRUCTION WITH GRAPHITE/POLYETHYLENE FIBERS (CIP) | 554303 APPLICATION DATE: 11/08/1995 |
| 003929-1 | C | FILAMENT WOUND RACKET AND METHOD OF FABRICATION (CIP) | 555191 APPLICATION DATE: 11/08/1995 |
| 003724-2 | C | IMPROVED MULTI-LAYER GOLF BALL | 556237 APPLICATION DATE: 11/09/1995 |

PATENT
REEL: 9227 FRAME: 0776

MASTER FILE REPORT
11
SPALDING U.S. PATENT APPLICATIONS

PCMASTER REPORTER

05/18/1998  11 01    PAGE:

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| ----- -- | ----- -- | APPLICATION NO: -- -- -- | APPLICATION DATE: ---- -- ---- |
| 004230 | | APPLICATION NO: 580260 | APPLICATION DATE: 12/28/1995 |

DIPPED RUBBER GRIP FOR SPORTING GOODS
(i.e. Baseball/Softball Bats)

004161
APPLICATION NO: 591046  APPLICATION DATE: 01/25/1996
SOFT-COVERED GOLF BALL HAVING A
COVER MADE OF A SINGLE IONOMER

004224
APPLICATION NO: 595898  APPLICATION DATE: 02/06/1996
METHOD OF TREATING GAME BALLS FOR IMPROVING
SCUFF RESISTANCE BY ELECTRON BEAM

004224-1
APPLICATION NO: 595898  APPLICATION DATE: 02/06/1996
METHOD OF TREATING GAME BALLS FOR IMPROVING
SCUFF RESISTANCE BY ELECTRON BEAM

004224-F1
APPLICATION NO: 595898  APPLICATION DATE: 02/06/1996
METHOD OF TREATING GAME BALLS FOR IMPROVING
SCUFF RESISTANCE BY ELECTRON BEAM

003351-1-F2
APPLICATION NO: 596690  APPLICATION DATE: 02/06/1996
IMPROVED GOLF BALL COVERS CONTAINING
HIGH ACID IONOMERS

003637-F2    F
APPLICATION NO: 601380  APPLICATION DATE: 02/14/1996
HIGH ACID IONOMER AND GOLF
BALL COVER COMPOSITIONS
COMPRISING SAME

PATENT
REEL: 9227 FRAME: 0777

PAGE:

05/18/1998   11  01

MASTER FILE REPORT                    PCMASTER REPORTER
      12
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
| --- | --- | --- | --- |
| 004617 | | APPLICATION NO: 609546 | APPLICATION DATE: 03/01/1996 |
| | | METHOD OF COATING A GAME BALL WITH A QUICK-CURE COATING SYSTEM | |
| 003936 | | APPLICATION NO: 609822 | APPLICATION DATE: 03/01/1996 |
| | | QUICK CURE GOLF BALL COATING | |
| 004628 | | APPLICATION NO: 631613 | APPLICATION DATE: 04/10/1996 |
| | | MULTI-LAYER GOLF BALL USING SINGLE IONOMER OUTER COVER | |
| 003877 | | APPLICATION NO: 637029 | APPLICATION DATE: 04/24/1996 |
| | | LAMINATED LIGHTWEIGHT INSERTS FOR GOLF CLUB HEADS | |
| 003170-1-1-F2 | F | APPLICATION NO: 645185 | APPLICATION DATE: 05/13/1996 |
| | | GOLF BALL COVER COMPOSITIONS (FILE WRAPPER) | |
| 003170-4-F2 | F | APPLICATION NO: 647276 | APPLICATION DATE: 05/13/1996 |
| | | IMPROVED LOW MODULUS COVERED GOLF BALL (FILE WRAPPER) | |
| 003637-1-F1-1 | V | APPLICATION NO: 649050 | APPLICATION DATE: 05/16/1996 |
| | | GOLF BALL COVER COMPOSITIONS (DIVISIONAL) | |
| 004652 | D | APPLICATION NO: 655827 | APPLICATION DATE: 05/31/1996 |
| | | TOP-FLITE TOUR PUTTERS (1997) | |

PATENT
REEL: 9227 FRAME: 0778

```
MASTER FILE REPORT                              PCMASTER REPORTER                                    05/18/1998  11 01    PAGE:
   13
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No         APPLICATION DATE: App Date
------------  ----------   ------------------------       ----------------------------
003879                     APPLICATION NO:                APPLICATION DATE:
                           APPLICATION NO:         660252  APPLICATION DATE: 06/07/1996
                           GOLF CLUB HEAD WITH INSERT

003600-3       C           APPLICATION NO:         661608  APPLICATION DATE: 06/11/1996
                           GOLF BALL COVER COMPOSITIONS
                           (CONTINUATION)

004190                     APPLICATION NO:         663393  APPLICATION DATE: 06/13/1996
                           HOLOGRAM GAME BALL

004174                     APPLICATION NO:         663394  APPLICATION DATE: 06/13/1996
                           SOFTBALL/BASEBALL BATS - ALUMINUM SHELL/
                           HIGH STRENGTH ALLOY BARREL

004438-1       C           APPLICATION NO:         669072  APPLICATION DATE: 06/24/1996
                           COMPOSITE BAT WITH ALUMINUM BARREL AREA

003600-2       C           APPLICATION NO:         681870  APPLICATION DATE: 07/29/1996
                           GOLF BALL COVER COMPOSITIONS

003170-5       C           APPLICATION NO:         710423  APPLICATION DATE: 09/17/1996
                           GOLF BALL COVER COMPOSITIONS

003724-F1-D1   V           APPLICATION NO:         714661  APPLICATION DATE: 09/16/1996
                           IMPROVED MULTI-LAYER GOLF BALL
                           (DIVISIONAL)
```

PATENT
REEL: 9227 FRAME: 0779

PAGE:

05/18/1998   11 01

MASTER FILE REPORT                                    PCMASTER REPORTER
   14
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| ------- --- | ---- ---- | ------------------ --- | ------------------ ------- |
| 003611-2-D1 | V | APPLICATION NO:       716016 | APPLICATION DATE: 09/16/1996 |
| | | LOW SPIN GOLF BALL | |
| | | (DIVISIONAL) | |
| 003351-2-F1 | F | APPLICATION NO:       723285 | APPLICATION DATE: 09/30/1996 |
| | | GOLF BALL COVERS CONTAINING HIGH ACID IONOMERS | |
| 004214-D1 | V | APPLICATION NO:       729725 | APPLICATION DATE: 10/07/1996 |
| | | TWO-PIECE GOLF BALL WITH SOFT OUTER SKIN ON CORE | |
| 004026-1 | C | APPLICATION NO:       743122 | APPLICATION DATE: 11/04/1996 |
| | | GOLF BALL CONTAINING PLASTOMER AND | |
| | | METHOD OF MAKING SAME | |
| 003611-5 | C | APPLICATION NO:       743579 | APPLICATION DATE: 11/04/1996 |
| | | GOLF BALL WITH VERY THICK COVER | |
| 004292 | | APPLICATION NO:       753674 | APPLICATION DATE: 11/27/1996 |
| | | GAME BALL MOLD PREPARATION TECHNIQUE | |
| | | AND COATING SYSTEM | |
| 003579-3 | C | APPLICATION NO:       753704 | APPLICATION DATE: 11/27/1996 |
| | | UV-TREATED GOLF BALL | |
| | | (DIVISIONAL) | |
| 004026-2 | C | APPLICATION NO:       762947 | APPLICATION DATE: 12/10/1996 |
| | | GOLF BALL & METHOD OF MAKING SAME (MULTI-LAYER GOLF BALL WITH | |
| | | MANTLE CONTAINING NON-IONOMERIC POLYOLEFIN AND FILLER) | |

PATENT
REEL: 9227 FRAME: 0780

```
MASTER FILE REPORT                         PCMASTER REPORTER                              05/18/1998  11 01  PAGE:
  15
SPALDING U.S. PATENT APPLICATIONS

Docket No.      Case Type    APPLICATION NO: App No           APPLICATION DATE: App Date
--------        ---------    ---------------  ------          -----------------  --------
004408                       APPLICATION NO:          763070  APPLICATION DATE:  12/10/1996
                             NYLON COPOLYMER/IONOMER TERPOLYMER
                             BLENDS FOR GOLF BALL COVER FORMULATION
                             (P-5435 ASTL, P-5436 CANA, P-5437 JAPA,
                             P-5438 KORS, P-5439 U.K.)

004752                       APPLICATION NO:          782199  APPLICATION DATE:  01/10/1997
                             1.74 VERY THICK COVERED GOLF BALL

004751                       APPLICATION NO:          782221  APPLICATION DATE:  01/13/1997
                             TITANIUM FILLED THICK MANTLE,
                             SOFT-COVERED MULTI-LAYER GOLF BALL

004533                       APPLICATION NO:          783162  APPLICATION DATE:  01/14/1997
                             EIGHT CAVITY GOLF BALL INJECTION MOLD

004626                       APPLICATION NO:          789346  APPLICATION DATE:  01/27/1997
                             BALL BAT WITH TAILORED FLEXIBILITY
                             (P-5445 CANA)

004150                       APPLICATION NO:          789363  APPLICATION DATE:  01/27/1997
                             GOLF BAG WITH STAND

003611-1-F1     F            APPLICATION NO:          792274  APPLICATION DATE:  01/31/1997
                             LOW SPIN GOLF BALL
                             (FILE WRAPPER)

004748                       APPLICATION NO:          796760  APPLICATION DATE:  02/06/1997
                             TITANIUM CERAMIC WOOD GOLF CLUB HEAD
```

PATENT
REEL: 9227 FRAME: 0781

```
MASTER FILE REPORT                    PCMASTER REPORTER                         05/18/1998  11 01   PAGE:
16
SPALDING U.S. PATENT APPLICATIONS

Docket No.   Case Type   APPLICATION NO: App No          APPLICATION DATE: App Date
----------   ---------   -----------------------         ------------------ ---------
004786                   APPLICATION NO:     796761 APPLICATION DATE: 02/06/1997
                         SPRING WIRE SHOCK ABSORBERS
                         FOR GOLF BAGS

003611-2-F1      F       APPLICATION NO:     798829 APPLICATION DATE: 02/12/1997
                         LOW SPIN GOLF BALL
                         (FILE WRAPPER)

004695                   APPLICATION NO:     799284 APPLICATION DATE: 02/13/1997
                         COURT GAME RACKET CONSTRUCTED WITH
                         COMPOSITE MATERIALS HAVING COMPOSITE RODS
                         INTERSPERSED WITH BIAS PLIES
                         (P-5430 TAIW, P-5431 ASTL, P-5432 CANA,

004298-1         F       APPLICATION NO:     802650 APPLICATION DATE: 02/18/1997
                         SOFT NATURAL RUBBER RACQUETBALL GRIP

004558                   APPLICATION NO:     810972 APPLICATION DATE: 02/27/1997
                         ZERO DIFFERENTIAL FORCE GOLF BALL
                         INJECTION MOLE

004280                   APPLICATION NO:     811447 APPLICATION DATE: 03/03/1997
                         GOLF BALL COVER BLEND OF IONOMOER AND
                         METALLOCENE CATALYZED POLYOLEFINS

003724-F2        F       APPLICATION NO:     815556 APPLICATION DATE: 03/13/1997
                         IMPROVED MULTI-LAYER GOLF BALL
                         (FILE WRAPPER)
```

PATENT
REEL: 9227 FRAME: 0782

PAGE:

05/18/1998  11  01

PCMASTER REPORTER

MASTER FILE REPORT
17
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | APPLICATION DATE: App Date |
|---|---|---|---|
| ------ --- | ---- ---- | -------------- ------ --- | ---------------- -------- |
| 003477-1-F2 | F | APPLICATION NO: ------ --- | APPLICATION DATE: -------- |
| | | 819945 APPLICATION DATE: 03/18/1997 | |

IMPROVED GOLF BALL CORE
COMPOSITIONS (FILE WRAPPER)

004143
APPLICATION NO:        822671 APPLICATION DATE: 03/24/1997
IMPROVED PLAYABILITY OF SPORTS BALLS
(P-5442 CANA, P-5443 ITAL, P-5444 JAPA)

004049
APPLICATION NO:        831584 APPLICATION DATE: 04/09/1997
BLOW MOLDED BASKETBALL
(P-5440 CANA, P-5441 JAPA)

002776-6    F
APPLICATION NO:        839740 APPLICATION DATE: 04/15/1997
MULTI-PIECE GOLF BALLS AND
METHODS OF MANUFACTURE

004660
APPLICATION NO:        840392 APPLICATION DATE: 04/29/1997
LOW MOMENT OF INERTIA MULTI-LAYER
NON-WOUND GOLF BALL
(P-5425 ASTL, P-5426 CANA,
P-5427 JAPA, P-5428 KORS,

005025
APPLICATION NO:        868836 APPLICATION DATE: 06/09/1997
FAIRWAY WOODS WITH BOUNCE (U)

005044
APPLICATION NO:        869981 APPLICATION DATE: 06/05/1997
DRAGGED DIMPLE PATTERNS FOR GOLF BALLS
(TEARDROP)

003990-1
APPLICATION NO:        872673 APPLICATION DATE: 06/11/1997
ULTIMATE DISTANCE GOLF BALL

PATENT
REEL: 9227 FRAME: 0783

```
MASTER FILE REPORT                          PCMASTER REPORTER                                          05/18/1998  11 01  PAGE:
  18
SPALDING U.S. PATENT APPLICATIONS

Docket No.    Case Type    APPLICATION NO: App No        APPLICATION DATE: App Date
------------  ---------    ----------------------        ------------------------------
003794-F2         F        APPLICATION NO:      873820   APPLICATION DATE:  06/12/1997
                           GOLF BALL AND METHOD FOR
                           MAKING SAME (MOISTURE IMPERMEABLE)

004467                     APPLICATION NO:      876064   APPLICATION DATE:  06/13/1997
                           GOLF BALL COATING DELIVERY SYSTEM

003778                     APPLICATION NO:      876150   APPLICATION DATE:  06/13/1997
                           SOFT COVERED GOLF BALL USING BLEND OF
                           IONOMER/ACID/TERPOLYMER/EPDM

004303-2          C        APPLICATION NO:      877937   APPLICATION DATE:  06/18/1997
                           MULTI-LAYER GOLF BALL AND
                           METHOD OF MAKING SAME

004277-1          C        APPLICATION NO:      877938   APPLICATION DATE:  06/18/1997
                           UV CURABLE INK FOR GAME BALL AND
                           METHOD OF PRINTING

002754-2-1-8      C        APPLICATION NO:      887053   APPLICATION DATE:  07/02/1997
                           IMPROVED ENLARGED GOLF BALL
                           (MAGNA BALL)

003476-D1                  APPLICATION NO:      891810   APPLICATION DATE:  07/14/1997
                           GOLF BALL DIMPLE CONFIGURATION
                           METHOD AND PRODUCT

004860                     APPLICATION NO:      893808   APPLICATION DATE:  07/11/1997
                           GAMMA TREATED GAME BALL/CORE/
                           SHOE SOLES/SPIKES
```

PATENT
REEL: 9227 FRAME: 0784

PAGE:

05/18/1998    11 01

PCMASTER REPORTER

MASTER FILE REPORT
19
SPALDING U.S. PATENT APPLICATIONS

| Docket No. | Case Type | APPLICATION NO: App No | |
|---|---|---|---|
| 005066 | | APPLICATION NO: | |
| | | DSS-1 GOLF CLEAT | |
| | | (DIFFERENCE SPIKE SYSTEM) | |
| | | 922822 APPLICATION DATE: App Date | |
| | | 922822 APPLICATION DATE: 09/03/1997 | |

005165
APPLICATION NO:          922822 APPLICATION DATE: 09/03/1997
TWO-PIECE COMPOSITE CLEAT FOR GOLF SHOE

005379
APPLICATION NO:          927619 APPLICATION DATE: 09/11/1997
MULTI-LAYER GOLF BALL HAVING
A THERMOSET MANTLE

004293-1
APPLICATION NO:          928775 APPLICATION DATE: 09/11/1997
ONE PIECE GOLF BALL USING BLENDS
OF ZDA AND CARBOXYLIC ACIDS

004161-1
APPLICATION NO:          944342 APPLICATION DATE: 10/06/1997
SOFT-COVERED GOLF BALL HAVING A
COVER MADE OF A SINGLE IONOMER

004438-1-1   C
APPLICATION NO:          948445 APPLICATION DATE: 10/10/1997
COMPOSITE BAT WITH ALUMINUM BARREL AREA

02776-7   C
APPLICATION NO:          959952 APPLICATION DATE: 10/24/1997
MULTI-PIECE GOLF BALLS AND
METHOD OF MANUFACTURE

05474
APPLICATION NO:          975799 APPLICATION DATE: 11/21/1997
GOLF BALL HAVING VERY SOFT
CORE WITH HARD COVER (AERO)

PATENT
REEL: 9227 FRAME: 0785

```
MASTER FILE REPORT                          PCMASTER REPORTER                              05/18/1998  11 01   PAGE:
   20
SPALDING U.S. PATENT APPLICATIONS

Docket No.     Case Type   APPLICATION NO: App No        APPLICATION DATE: App Date
-------- ---   ---- ----   --------------- ---- --       ---------------- --------
005224                     APPLICATION NO:        --          --- ----
                           GOLF BAG STAND         982558 APPLICATION DATE: 12/02/1997

003637-F1-D1   V           APPLICATION NO:
                           HIGH ACID IONOMER AND GOLF     997857 APPLICATION DATE: 12/24/1997
                           BALL COVER COMPOSITIONS
                           COMPRISING SAME

005031                     APPLICATION NO:              60/042117 APPLICATION DATE: 03/28/1997
                           SILICONE RUBBER GOLF BALL CORE/MANTLE

005051         L           APPLICATION NO:              60/042428 APPLICATION DATE: 03/28/1997
                           PERIMETER WEIGHTED GOLF BALL
                           WITH VISIBLE WEIGHTING

004760         L           APPLICATION NO:              60/042430 APPLICATION DATE: 03/28/1997
                           METALIZED MULTI-LAYER GOLF BALL
```

SCHEDULE VI<br>TO SECURITY AGREEMENT

Item A.  <u>Trademarks</u>

      Intentionally omitted.

Item B.  <u>Trademark Licenses</u>

      Intentionally omitted.

PATENT
REEL: 9227 FRAME: 0786

SCHEDULE VII
TO SECURITY AGREEMENT

Trade Secret or Know-How Licenses

| Grantor | Licensor | Licensee | Effective Date | Expiration Date | Subject Matter |
|---------|----------|----------|----------------|-----------------|----------------|
|         |          |          |                |                 |                |

24281968.4

- 33 -

PATENT
REEL: 9227 FRAME: 0787

SCHEDULE VIII
TO SECURITY AGREEMENT

<u>Deposit Accounts</u>

| <u>Grantor</u> | <u>Bank</u> | <u>Address of Bank</u> | <u>Type of Account</u> | Account <u>Number</u> |
|---|---|---|---|---|

PATENT
REEL: 9227 FRAME: 0788

[EXECUTION COPY]

SECURITY AGREEMENT

SECURITY AGREEMENT, dated as of March 31, 1998, among EVENFLO &
SPALDING HOLDINGS CORPORATION, a Delaware corporation (the "*Borrower*"),
the undersigned Subsidiaries of the Borrower (each a "*Subsidiary Grantor*" and
collectively, the "*Subsidiary Grantors*"; the Borrower and the Subsidiary Grantors,
collectively, the "*Grantors*") and BANK OF AMERICA NATIONAL TRUST &
SAVINGS ASSOCIATION ("*BofA*"), as administrative agent (in such capacity, the
"*Administrative Agent*") for the lenders (the "*Lenders*") from time to time parties to the
Credit Agreement, dated as of September 30, 1996 (as amended by the First
Amendment to Credit Agreement, dated as of December 11, 1996, and as the same
may be otherwise amended, amended and restated, supplemented or modified from
time to time, the "*Credit Agreement*"), among the Borrower, the Lenders, BofA, as
swing line lender and as fronting lender, Merrill Lynch Capital Corporation, as
documentation agent (in such capacity, the "*Documentation Agent*") for the Lenders,
NationsBank N.A. South, as syndication agent (in such capacity, the "*Syndication
Agent*") for the Lenders, the several financial institutions specifically identified as Co-
Agents on the signature pages thereof and the Administrative Agent, for the ratable
benefit of the Secured Parties (as defined below).

## WITNESSETH

WHEREAS, (a) pursuant to the Credit Agreement, the Lenders have severally agreed
to make Credit Extensions (such capitalized term, and other capitalized terms used in these recitals, to
have the meanings set forth, or defined by reference, in Section 1) to the Borrower upon the terms of
and subject to the conditions set forth therein and (b) one or more Lenders (including those of its
Affiliates that have appointed the Administrative Agent to act on such Affiliate's behalf hereunder on
terms substantially similar to those set forth in Article X of the Credit Agreement, including the
provisions relating to exculpation and indemnification therein) may from time to time enter into Swap
Contracts with the Borrower (such Affiliates, together with such Lenders, the Administrative Agent,
the Documentation Agent, the Syndication Agent, being referred to herein as the "Secured Parties");

WHEREAS, (a) the Borrower owns 100% of the capital stock of each Subsidiary Grantor
and (b) each Subsidiary Grantor has, pursuant to the Guaranty (as the same may be amended,
supplemented or otherwise modified), guaranteed to the Administrative Agent, for the ratable benefit of
the Secured Parties and their respective successors, endorsees, transferees and assigns, the prompt and
complete payment and performance by the Borrower when due (whether at the stated maturity, by
acceleration or otherwise) of the Obligations;

WHEREAS, the proceeds of the Credit Extensions will be used in part to enable the
Borrower to make valuable transfers to the Subsidiary Grantors in connection with the operation of their
respective businesses;

WHEREAS, the Borrower and the Subsidiary Grantors are engaged in related businesses,
and each Grantor will derive substantial direct and indirect benefit from the making of the Credit
Extensions; and

24281968.4

PATENT
REEL: 9227 FRAME: 0789

WHEREAS, it is a condition precedent to (a) the obligation of the Lenders to continue to make their respective Credit Extensions to the Borrower under the Credit Agreement and (b) the effectiveness of the agreements set forth in Amendment No. 2 to the Credit Agreement, that the Borrower and the Subsidiary Grantors shall have executed and delivered this Security Agreement to the Administrative Agent for the ratable benefit of the Secured Parties;

NOW, THEREFORE, in consideration of the premises and to induce the Secured Parties (as defined below) to make additional Credit Extensions and as consideration for Credit Extensions previously made, each of the Grantors hereby agrees with the Administrative Agent, for the ratable benefit of the Secured Parties, as follows:

1. *Defined Terms.*

1.1 *Definitions.* (a) Unless otherwise defined herein, terms defined in the Credit Agreement and used herein shall have the meanings given in the Credit Agreement, and the following terms which are defined in the Uniform Commercial Code in effect in the State of New York on the date hereof are used herein as so defined: Chattel Paper, Farm Products, Instruments and Investment property.

(b) The following terms shall have the following meanings:

"*Accounts*": with respect to each Grantor, any and all right, title and interest of such Grantor to payment for goods and services sold or leased, including any such right evidenced by Chattel Paper, whether due or to become due, whether or not it has been earned or performed, and whether now or hereafter acquired or arising in the future, including, without limitation, accounts receivable from Affiliates of such person, except to the extent that the grant of a security interest in Accounts owed by Affiliates not incorporated or otherwise organized in the United States of America would result in material adverse tax or legal consequences to such Grantor.

"*Accounts Receivable*": with respect to each Grantor, all right, title and interest of such Grantor to Accounts and all of its right, title and interest in any returned goods, together with all rights, titles, securities and guaranties with respect thereto, including any rights to stoppage in transit, replevin, reclamation and resales, and all related security interests, liens and pledges, whether voluntary or involuntary in each case whether due or become due, whether now or hereafter arising in the future.

"*Agreement*": this Security Agreement, as the same may be amended, amended and restated, modified or otherwise supplemented from time to time.

"*Code*": the Uniform Commercial Code as from time to time in effect in the State of New York.

"*Collateral*": as defined in Section 2.1 of this Agreement.

"*Collateral Account*": any collateral account established by the Administrative Agent as provided in Section 5.3 or Section 7.2.

24281968.4

- 2 -

"*Computer Hardware and Software Collateral*" means with respect to each Grantor, its interests in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

(a) all computer and other electronic data processing hardware, integrated computer systems, central processing units, memory units, display terminals, printers, features, computer elements, card readers, tape drives, hard and soft disk drives, cables, electrical supply hardware, generators, power equalizers, accessories and all peripheral devices and other related computer hardware;

(b) all software programs (including both source code, object code and all related applications and data files), whether now owned, licensed or leased or hereafter acquired by each Grantor, designed for use on the computers and electronic data processing hardware described in clause (a) above;

(c) all firmware associated therewith;

(d) all documentation (including flow charts, logic diagrams, manuals, guides and specifications) with respect to such hardware, software and firmware described in the preceding clauses (a) through (c); and

(e) all rights with respect to all of the foregoing, including any and all copyrights, licenses, options, warranties, service contracts, program services, test rights, maintenance rights, support rights, improvement rights, renewal rights and indemnifications and any substitutions, replacements, additions or model conversions of any of the foregoing.

"*Contracts*": with respect to each Grantor, all rights of such Grantor under contracts and agreements to which such Grantor is a party or under which such Grantor has any right, title or interest or to which such Grantor or any property of such Grantor is subject, as the same may from time to time be amended, supplemented or otherwise modified, including, without limitation, (a) all rights of such Grantor to receive moneys due and to become due to it thereunder or in connection therewith, (b) all rights of such Grantor to damages arising out of, or for, breach or default in respect thereof and (c) all rights of such Grantor to exercise all remedies thereunder, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement in its rights under such contract or agreement is not prohibited without the consent of any other person, or is permitted with consent if all necessary consents to such grant of a security interest have been obtained from all such other persons.

"*Copyright Collateral*" means with respect to each Grantor, its interests in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

(a) all copyrights (including copyrights for semi-conductor chip product mask works) of each Grantor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including, without limitation, all of each Grantor's right, title and interest in and to all copyrights and mask works registered in the United States Copyright Office or anywhere else in the world and also including, without

24281968.4

- 3 -

limitation, the copyrights and mask works referred to in Item A of Schedule IV attached hereto, and all applications for registration thereof (including pending applications), including the copyright and mask works registrations and applications referred to in Item A of Schedule IV attached hereto, if any, and all copyrights resulting from such applications;

(b) all extensions and renewals of any of the items described in clause (a);

(c) all copyright and mask works licenses and other agreements providing each Grantor with the right to use any of the items of the type referred to in clauses (a) and (b), including each copyright license referred to in Item B of Schedule IV attached hereto, if any;

(d) the right to sue third parties for past, present and future infringements of any of the Copyright Collateral referred to in clauses (a) and (b) and, to the extent applicable, clause (c); and

(e) all proceeds of, and rights associated with, the foregoing, including, without limitation, licenses, royalties, income, payments, claims, damages and proceeds of infringement suits and all rights corresponding thereto throughout the world.

"*Deposit Accounts*" means any and all demand, time, savings, passbook or other accounts with a bank or other financial institution.

"*Documents*": with respect to each Grantor, all Instruments, files, records, ledger sheets and documents covering or relating to any of the Accounts, Equipment, General Intangibles, Intellectual Property, Inventory or Proceeds.

"*Equipment*": with respect to each Grantor, all equipment, furniture and furnishings, tools, accessories, parts and supplies of every kind and description, wherever located, now or hereafter existing, and all improvements, accessions or appurtenances thereto, including Fixtures, and all other tangible personal property whether or not similar to any of the foregoing items which are now or hereafter acquired by such Grantor.

"*Fixtures*": with respect to each Grantor, all items that would otherwise constitute items of Collateral, whether now owned or hereafter acquired, that become so related to particular real estate that an interest in them arises under any real estate law applicable thereto to the extent that a security interest therein may be perfected by filing a financing statement in the applicable jurisdiction set forth on Schedule I hereto.

"*General Intangibles*": with respect to each Grantor, as defined in the Uniform Commercial Code in effect in the State of New York on the date hereof to the extent, in the case of any General Intangibles arising under any contract or agreement, that the grant by such Grantor of a security interest pursuant to this Agreement in its rights under such contract or agreement is not prohibited without the consent of any other person, or is permitted with consent if all necessary consents to such grant of a security interest have been obtained from all such other persons (it being understood that the foregoing shall not be deemed to obligate such Grantor to obtain such consents), provided, that the foregoing limitation shall not affect, limit, restrict or

PATENT
REEL: 9227 FRAME: 0792

impair the grant by such Grantor of a security interest pursuant to this Agreement in any Account or General Intangible or any money or other amounts due or to become due under any such contract or agreement to the extent provided in Section 9-318 of the Code as in effect on the date hereof, and provided, further, that "General Intangibles" shall not include any of the items within Section 2.1(h) herein and any General Intangibles owed by Affiliates not incorporated or otherwise organized in the United States of America to the extent that the grant of a security interest in such General Intangibles would result in material adverse tax or legal consequences to such Grantor.

"*Indemnitee*": the Secured Parties and their respective officers, directors, trustees, affiliates and controlling persons.

"*Intellectual Property Collateral*" means, collectively, the Computer Hardware and Software Collateral, the Copyright Collateral, the Patent Collateral, the Trademark Collateral and the Trade Secrets Collateral.

"*Inventory*": with respect to each Grantor, all right, title and interest of such Grantor in and to goods intended for sale or lease by such person, or consumed in such person's business (including, without limitation, all operating parts and supplies), together with all raw materials and finished goods, whether now owned or hereafter acquired or arising.

"*Material Intellectual Property Collateral*": means the following Trademarks: Spalding, Top-Flite, Etonic, Evenflo, Snugli, Gerry Dudley, Strata and Hogan.

"*Obligations*": the collective reference to (i) the unpaid principal of and interest on the Credit Extensions and all other obligations and liabilities of the Borrower to the Administrative Agent or any Lender (including, without limitation, interest accruing at the then-applicable rate provided in the Credit Agreement after the maturity of the Credit Extensions and interest accruing at the then-applicable rate provided in the Credit Agreement after the filing of any petition in bankruptcy, or the commencement of any insolvency, reorganization or like proceeding, relating to the Borrower, whether or not a claim for post-filing or post-petition interest is allowed in such proceeding), whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter incurred, that may arise under, out of, or in connection with, the Credit Agreement, the other Loan Documents, the Letters of Credit, Acceptances or any other documents made, delivered or given in connection therewith, whether on account of principal, interest, reimbursement obligations, fees, indemnities, costs, expenses or otherwise (including, without limitation, all fees and disbursements of counsel to the Administrative Agent or to the Lenders that are required to be paid by the Borrower or any Subsidiary Grantor pursuant to the terms of the Credit Agreement or any other Loan Document), (ii) all obligations and liabilities of the Borrower to any Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter incurred, that may arise under, out of, or in connection with, any Swap Contract or any other document made, delivered or given in connection therewith and (iii) all obligations of each Obligor (other than the Borrower) now or hereafter existing under this Agreement and each other Loan Document to which it is or may become a party.

"*Patent Collateral*" means with respect to each Grantor, its interests owned in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

24281960.4

- 5 -

(a) all letters patent and applications for letters patent throughout the world, including all patent applications in preparation for filing anywhere in the world and including each patent and patent application referred to in Item A of Schedule V attached hereto;

(b) all reissues, divisions, continuations, continuations-in-part, extensions, renewals and reexaminations of any of the items described in clause (a);

(c) all patent licenses and other agreements providing each Grantor with the right to use any of the items of the type referred to in clauses (a) and (b), including each patent license referred to in Item B of Schedule V attached hereto;

(d) the right to sue third parties for past, present or future infringements of any Patent Collateral described in clauses (a) and (b) and, to the extent applicable, clause (c); and

(e) all proceeds of, and rights associated with, the foregoing (including license royalties and proceeds of infringement suits), the right to sue third parties for past, present or future infringements of any patent or patent application, including any patent or patent application referred to in Item A of Schedule V attached hereto, and for breach or enforcement of any patent license, including any patent license referred to in Item B of Schedule V attached hereto, and all rights corresponding thereto throughout the world.

"*Proceeds*": with respect to each Grantor, any consideration received from the sale, exchange or other disposition of any asset or property which constitutes Collateral, any value received as a consequence of the possession of any Collateral and any payment received from any insurer or other person or entity as a result of the destruction, loss, theft, damage or other involuntary conversion of whatever nature of any asset or property which constitutes Collateral, and shall include, without limitation, (a) all cash and negotiable Instruments received or held on behalf of the Administrative Agent pursuant to Section 5.3 and (b) any claim of such Grantor against a third party for (and the right to sue and recover for and the rights to damages or profits due or accrued arising out of or in connection with) any and all amounts from time to time paid or payable under or in connection with any of the Collateral.

"*Secured Parties*" is defined in the first recital.

"*Select Liens*": means Liens permitted pursuant to Section 8.1 of the Credit Agreement other than Specified Liens and Liens permitted pursuant to Section 8.1(a) of the Credit Agreement.

"*Specified Equipment*": means Equipment, the aggregate book value of which does not exceed $100,000, consisting of certain injection mold machinery.

"*Specified Liens*": means Liens permitted pursuant to Sections 8.1(b), (f), (h), (l), (q) and (r) of the Credit Agreement, which Liens do not, as of the date hereof, in the aggregate, secure obligations valued in excess of $5,000,000.

24281968.4

- 6 -

PATENT
REEL: 9227 FRAME: 0794

"*Senior Security Agreement*": means the Security Agreement to be executed by the Grantors in favor of BofA, as administrative agent under, and for the ratable benefit of the administrative agent, the documentation agent, the syndication agent, in each case, parties to, the Liquidity Facility, dated as of March 30, 1998, among such Persons, the Borrower, as a guarantor and Spalding & Evenflo Companies, Inc., a Delaware corporation, as the borrower (as such Liquidity Facility may be amended, amended and restated, supplemented or otherwise modified from time to time).

"*Subject IP Collateral*" is defined in clause (a) of Section 3.7.

"*Subsidiary*": a Subsidiary incorporated or otherwise organized in the United States of America.

"*Trademark Collateral*" means with respect to each Grantor, its interests owned in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to this Agreement is not prohibited without the consent of any other Person:

(a)  all trademarks, trade names, corporate names, company names, business names, fictitious business names, trade styles, trade dress, service marks, certification marks, collective marks, logos, other source of business identifiers, prints and labels on which any of the foregoing have appeared or appear, designs and general intangibles of a like nature and designs (all of the foregoing items in this clause (a) being collectively called a "*Trademark*"), now existing in the United States or hereafter adopted or acquired in the United States, and all registrations and recordings thereof and all applications in connection therewith, including registrations, recordings and applications in the United States Patent and Trademarks Office, including those referred to in Item A of Schedule VI attached hereto, and all renewals thereof;

(b)  all Trademark licenses and other agreements providing each Grantor with the right to use any items of the type described in clause (a), including each Trademark license referred to in Item B of Schedule VI attached hereto, and all renewals thereof;

(c)  all of the goodwill of the business connected with the use of, and symbolized by the items described in, clause (a);

(d)  the right to sue third parties for past, present and future infringements of any Trademark Collateral described in clause (a) and, to the extent applicable, clause (b); and

(e)  all proceeds of, and rights associated with, the foregoing, including any claim by each Grantor against third parties for past, present or future infringement or dilution of any Trademark, Trademark registration or Trademark license, including any Trademark, Trademark registration or Trademark license referred to in Item A and Item B of Schedule VI attached hereto, or for any injury to the goodwill associated with the use of any such Trademark or for breach or enforcement of any Trademark license and all rights corresponding thereto throughout the world.

"*Trade Secrets Collateral*" means with respect to each Grantor, its interests in the following, in each case to the extent the grant by such Grantor of a security interest pursuant to

24281968.4

- 7 -

this Agreement is not prohibited without the consent of any other Person: all common law and statutory trade secrets and all other confidential or proprietary or useful information (to the extent such confidential, proprietary or useful information is protected by each Grantor against disclosure and is not readily ascertainable) and all know-how obtained by or used in or contemplated at any time for use in the business of each Grantor (all of the foregoing being collectively called a "*Trade Secret*"), whether or not such Trade Secret has been reduced to a writing or other tangible form, including all documents and things embodying, incorporating or referring in any way to such Trade Secret, all Trade Secret licenses, including each Trade Secret license referred to in Schedule VII attached hereto, and including the right to sue for and to enjoin and to collect damages for the actual or threatened misappropriation of any Trade Secret and for the breach or enforcement of any such Trade Secret license.

1.2  *Other Definitional Provisions.*  (a) The words "hereof," "herein" and "hereunder" and words of similar import when used in this Agreement shall refer to this Agreement as a whole and not to any particular provision of this Agreement, and Section references are to this Agreement unless otherwise specified.  The words "include", "includes" and "including" shall be deemed to be followed by the phrase "without limitation".

(b)  The meanings given to terms defined herein shall be equally applicable to both the singular and plural forms of such terms.

2.  *Security Interest.*

2.1  *Grant of Security Interest.*  As collateral security for the prompt and complete payment and performance when due, whether at the stated maturity, by acceleration, upon one or more dates set for prepayment or otherwise of the Obligations (including the payment of all amounts that constitute part of the Obligations and would be owed by the Obligors to the Administrative Agent or the Secured Parties under the Loan Documents and any Swap Contracts but for the fact that they are unenforceable or not allowable due to the existence of an Insolvency Proceeding involving any such Obligor), each Grantor hereby grants to the Administrative Agent, for the ratable benefit of the Secured Parties, a first priority security interest in all of the following property now owned or at any time hereafter acquired by such Grantor, subject only to Liens permitted pursuant to Section 3.3 hereof (collectively, with respect to each Grantor, the "Collateral"):

(a)  all Accounts Receivable;

(b)  all Contracts;

(c)  all Documents;

(d)  all Equipment;

(e)  all General Intangibles;

(f)  all Instruments;

(g)  all Inventory;

24281968.4

- 8 -

(h) all Intellectual Property Collateral;

(i) all Investment property;

(j) all books and records pertaining to the Collateral;

(k) all other personal property in which a security interest may be perfected by filing a financing statement in the applicable jurisdictions set forth in Schedule I hereto; and

(l) to the extent not otherwise included, all Proceeds, products, offspring, rents, issues, profits, returns and income of any and all of the foregoing.

Notwithstanding anything contained in this Agreement or any Loan Document to the contrary, "Collateral" shall not include any property of the type specified in Sections 2.1(b), (d) (to the extent such Equipment constitutes Fixtures), (e), (f), (g) and (h) if the granting of a Lien by such Grantor hereunder would violate the terms of, or otherwise constitute a default under, any document or instrument to which any Grantor is a party (other than those documents or Instruments between or among any of the Grantors only) relating to the ownership of, or pertaining to any rights or interests held in, such property.

Such security interests are granted as security only and shall not subject any Secured Party to, or in any way alter or modify, any obligation or liability of any Grantor with respect to or arising out of the Collateral.

2.2 *Security Interest Absolute.* All rights of the Administrative Agent and the security interests granted to the Administrative Agent hereunder, and all Obligations of the Grantors hereunder, shall be absolute and unconditional, irrespective of

(a) any lack of validity or enforceability of the Credit Agreement, any Note, any Letters of Credit, any Acceptances or any other Loan Document,

(b) the failure of any Secured Party,

(i) to assert any claim or demand or to enforce any right or remedy against the Borrower, any other Obligor or any other Person under the provisions of the Credit Agreement, any Note, any Letters of Credit, any Acceptances, any other Loan Document or otherwise, or

(ii) to exercise any right or remedy against any guarantor of, or collateral securing, any Obligations,

(c) any change in the time, manner or place of payment of, or in any other term of, all or any of the Obligations or any other extension, compromise or renewal of any Obligation,

(d) any reduction, limitation, impairment or termination of any Obligations for any reason, including any claim of waiver, release, surrender, alteration or compromise, and shall not be subject to (and each Grantor hereby waives any right to or claim of) any defense or setoff, counterclaim, recoupment or termination whatsoever by reason of the invalidity, illegality,

24281968.4

- 9 -

PATENT
REEL: 9227 FRAME: 0797

nongenuineness, irregularity, compromise, unenforceability of, or any other event or occurrence affecting, any Obligations or otherwise,

(e) any amendment to, rescission, waiver, or other modification of, or any consent to or departure from, any of the terms of the Credit Agreement, any Note, any Letters of Credit, any Acceptances or any other Loan Document,

(f) any addition, exchange, release, surrender or non-perfection of any collateral (including the Collateral), or any amendment to or waiver or release of or addition to or consent to departure from any guaranty, for any of the Obligations; or

(g) any other circumstances which might otherwise constitute a defense available to, or a legal or equitable discharge of, the Borrower, any other Obligor, any surety or any guarantor.

2.3 *Postponement of Subrogation, etc.* No Grantor will exercise any rights which it may acquire by reason of any payment made hereunder, whether by way of subrogation, reimbursement or otherwise, until the prior payment, in full and in cash, of all Obligations, the irrevocable termination of all Commitments, the termination or expiration of all Letters of Credit and the maturity of all Acceptances. Any amount paid to a Grantor on account of any payment made hereunder prior to the payment in full in cash of all Obligations, the termination or expiration of all Letters of Credit and the maturity of all Acceptances, shall be held in trust for the benefit of the Secured Parties and shall immediately be paid to the Secured Parties and credited and applied against the Obligations, whether matured or unmatured, in accordance with the terms of Section 7.3; provided, however, that if

(a) any Grantor has made payment to the Secured Parties of all or any part of the Obligations, and

(b) all Obligations have been paid in full in cash and all Commitments have been irrevocably terminated, the Letters of Credit are terminated or expired and the Acceptances are matured,

each Secured Party agrees that, at such Grantor's request and expense, the Secured Parties will execute and deliver to the applicable Grantor appropriate documents (without recourse and without representation or warranty) necessary to evidence the transfer by subrogation to such Grantor of an interest in the Obligations resulting from such payment by such Grantor. In furtherance of the foregoing, for so long as any Obligations remain outstanding or Commitments remain outstanding, each Grantor shall refrain from taking any action or commencing any proceeding against the Borrower or any other Obligor (or its successors or assigns, whether in connection with a bankruptcy proceeding or otherwise) to recover any amounts in respect of payments made under this Agreement to any Secured Party.

3. *Representations and Warranties.* Each Grantor hereby represents as follows:

3.1 *Title; No Other Liens.* Except for the security interest granted to the Administrative Agent for the ratable benefit of the Secured Parties pursuant to this Agreement and any other Liens permitted to exist pursuant to the Credit Agreement, if any (the "Permitted Liens"), each Grantor owns each item of the Collateral free and clear of any and all Liens or claims of others. No security agreement, financing statement or other public notice with respect to all or any part of such Collateral is on file or of

24281968.4

- 10 -

PATENT
REEL: 9227 FRAME: 0798

record in any public office, except such as have been filed, pursuant to this Agreement, in favor of the Administrative Agent, for the ratable benefit of the Secured Parties, or in respect of Permitted Liens.

3.2 *Authority*. Each Grantor has full power and authority to grant to the Administrative Agent the security interest in the Collateral pursuant hereto and to execute, deliver and perform its obligations in accordance with the terms of this Agreement, without the consent or approval of any other person other than any consent or approval that has been obtained.

3.3 *Enforceable Obligation; Perfected, First Priority Security Interests*. This Agreement constitutes a legal, valid and binding obligation of each Grantor, enforceable against such Grantor in accordance with its terms, except as enforceability may be limited by bankruptcy, insolvency, moratorium, reorganization or other similar laws affecting creditors' rights generally and except as enforceability may be limited by general principles of equity (regardless of whether such enforceability is considered in a proceeding in equity or at law), and the security interests granted pursuant to this Agreement (a) upon completion of the filings and other actions specified in Schedule I hereto shall constitute perfected security interests in the Collateral (other than as to the Specified Equipment) in favor of the Administrative Agent for the ratable benefit of the Secured Parties, and (b) are prior to all other Liens on the Collateral in existence on the date hereof, except for (i) any Specified Liens, (ii) any Select Liens and (iii) Liens granted pursuant to the Senior Security Agreement.

3.4 *Inventory and Equipment*. The Inventory and the Equipment owned by such Grantor are kept at the locations listed in Schedule II hereto, which shall be updated from time to time in accordance with Section 4.5 of this Agreement, or at such other locations as shall be permitted by Section 4.4.

3.5 *Chief Executive Office*. As of the Closing Date, each Grantor's chief executive office and chief place of business is located at the location under its signature set forth below.

3.6 *Intentionally Omitted*.

3.7 *Intellectual Property Collateral*. With respect to any Material Intellectual Property Collateral maintained in the United States and any other market material to the Borrower's and its Subsidiaries' businesses, each Grantor has kept such Material Intellectual Property Collateral registered with the applicable federal, state or foreign authority, as the case may be, with an appropriate notice of such registration and has taken all reasonable steps to maintain such Material Intellectual Property Collateral and any and all rights with respect thereto and has not abandoned, or permitted to become unenforceable, any Material Intellectual Property Collateral, in each case, except where the same could not reasonably be expected to have a Material Adverse Effect. No consent of any other Person is required in order for any Grantor to grant a first priority security interest in the Material Intellectual Property Collateral to the Administrative Agent pursuant to this Agreement.

4. *Covenants*. Each Grantor covenants and agrees with the Secured Parties that, from and after the date of this Agreement until (a) the payment in full in cash of all Obligations, (b) this Agreement is terminated and the security interests created hereby are released, (c) all Commitments are terminated, (d) the Letters of Credit are terminated or expired and (e) the Acceptances are matured, such Grantor will perform, comply with and be bound by the obligations set forth in this Section:

24231960.4

- 11 -

PATENT
REEL: 9227 FRAME: 0799

4.1 *Delivery of Instruments and Chattel Paper.* If an Event of Default shall have occurred and be continuing and if any amount payable under or in connection with any of the Collateral owned by such Grantor shall be or become evidenced by any promissory note, other instrument or Chattel Paper, upon the request of the Administrative Agent, such promissory note, instrument or Chattel Paper shall be immediately delivered to the Administrative Agent, duly endorsed in a manner reasonably satisfactory to the Administrative Agent, to be held as Collateral pursuant to this Agreement.

4.2 *Maintenance of Insurance.* Each Grantor shall maintain insurance policies in accordance with the requirements of Section 7.6 of the Credit Agreement. Within thirty (30) days of the date hereof, the Borrower shall provide the Administrative Agent with a certificate of the Secretary or Assistant Secretary of the Borrower setting forth the nature and extent of all insurance maintained by the Borrower and its Subsidiaries, which certificate shall also indicate where appropriate any such insurance policy for which the Administrative Agent is named as "loss payee" or "additional insured", in accordance with customary practice for transactions of this type, in each case, as reasonably satisfactory to the Administrative Agent and as customary for transactions of this type.

4.3 *Maintenance of Perfected Security Interest; Further Documentation.* (a) Each Grantor shall cause all filings and other actions listed in Schedule I to be taken. Each Grantor shall maintain the security interests created by this Agreement as first, perfected security interests subject only to Liens permitted pursuant to Section 3.3 hereof, and shall defend such security interests against all claims and demands of all persons whomsoever (other than those pursuant to Liens permitted pursuant to Section 3.3 hereof).

(b) At any time and from time to time, upon the written request of the Administrative Agent, and at the sole expense of a Grantor, such Grantor shall promptly and duly execute and deliver such further instruments and documents and take such further action as the Administrative Agent may reasonably request for the purpose of obtaining or preserving the full benefits of this Agreement and of the rights and powers herein granted, including, without limitation, the filing of any financing or continuation statements under the Uniform Commercial Code in effect in any jurisdiction with respect to the security interests created hereby.

4.4 *Changes in Locations, Name, etc.* A Grantor shall not, except (x) upon ten (10) days' prior written notice to the Administrative Agent and delivery to the Administrative Agent of a written supplement to Schedule II showing the additional location or locations at which Inventory or Equipment shall be kept, and (y) if filings under the Code or otherwise have been made which maintain in favor of the Administrative Agent a valid, legal and perfected security interest in the Collateral subject to no Liens, other than Liens permitted pursuant to Section 3.3 hereof,

(a) permit any of the Inventory or Equipment to be kept at a location other than those listed in Schedule II hereto, except for Inventory and Equipment (i) in transit between locations described in this paragraph (a), (ii) in transit as part of a delivery to a purchaser thereof, (iii) as to Specified Equipment only, when, as part of such Grantor's ordinary course of business, such Specified Equipment is located in jurisdictions where no financing statement in favor of the Administrative Agent has been duly filed, or (iv) transferred to a Foreign Subsidiary in a transaction, in each case, as permitted by the Credit Agreement;

(b) change the location of its chief executive office and chief place of business from that specified in Section 3.5; or

24281968.4

- 12 -

PATENT
REEL: 9227 FRAME: 0800

(c) change its (i) corporate name or any trade name used to identify it in its conduct of business or in the ownership of its properties, (ii) identity or (iii) corporate structure to such an extent that any financing statement filed in favor of the Administrative Agent in connection with this Agreement would become seriously misleading.

4.5 *Further Identification of Collateral*. Each Grantor shall furnish to the Administrative Agent from time to time statements and schedules further identifying and describing the Collateral and, subject to Section 4.9 hereof, Deposit Accounts, and such other reports in connection with such Collateral and Deposit Accounts as the Administrative Agent may reasonably request, all in reasonable detail.

4.6 *Notices*. A Grantor shall advise the Administrative Agent promptly in reasonable detail, at its address set forth pursuant to Section 11.2 of the Credit Agreement of:

(a) any Lien (other than security interests created hereby or Permitted Liens) on, any material portion of the Collateral;

(b) the occurrence of any other event which could reasonably be expected to have a material adverse effect on the security interests created hereby or on the aggregate value of (i) the Collateral and (ii) all other Collateral (as such term is defined in the Pledge Agreements) of the Borrower and its Subsidiaries taken as a whole; and

(c) the changing of the location of any Deposit Account and the creation of a new, and the closing of a theretofore existing, Deposit Account.

4.7 *Administrative Agent's Liabilities and Expenses; Indemnification*. (a) Notwithstanding anything to the contrary provided herein, the Administrative Agent assumes no liabilities with respect to any claims regarding each Grantor's ownership (or purported ownership) of, or rights or obligations (or purported rights or obligations) arising from, the Collateral or any use (or actual or alleged misuse) whether arising out of any past, current or future event, circumstance, act or omission or otherwise, or any claim, suit, loss, damage, expense or liability of any kind or nature arising out of or in connection with the Collateral or the production, marketing, delivery, sale or provision of goods or services under or in connection with any of the Collateral. All of such liabilities shall, as between the Administrative Agent and the Grantors, be borne exclusively by the Grantors.

(b) Each Grantor hereby agrees to pay all expenses of the Administrative Agent and to indemnify the Administrative Agent with respect to any and all losses, claims, damages, liabilities and related expenses in respect of this Agreement or the Collateral in each case to the extent the Borrower is required to do so pursuant to Section 10.7 of the Credit Agreement.

(c) Any amounts payable as provided hereunder shall be additional Obligations secured hereby and by the Pledge Agreements. Without prejudice to the survival of any other agreements contained herein, all indemnification and reimbursement obligations contained herein shall survive the payment in cash in full of the principal and interest under the Credit Agreement and the termination of the Commitments or this Agreement.

4.8 *Use and Disposition of Collateral*. A Grantor shall not (a) make or permit to be made an assignment, pledge or hypothecation of the Collateral, and shall grant no other security interest in such Collateral (other than (i) pursuant hereto, (ii) any Permitted Liens or (iii) pursuant to the Senior

- 13 -

PATENT
REEL: 9227 FRAME: 0801

Security Agreement) or (b) make or permit to be made any transfer of such Collateral, and shall remain at all times in possession thereof other than transfers to the Administrative Agent pursuant to the provisions hereof; notwithstanding the foregoing, such Grantor may use and dispose of such Collateral in any lawful manner not in violation of the provisions of this Agreement, the Credit Agreement or any other Loan Document, unless the Administrative Agent shall, after an Event of Default shall have occurred and during the continuance thereof, notify such Grantor not to sell, convey, lease, assign, transfer or otherwise dispose of any such Collateral other than Inventory in the ordinary course of business and other than any other transfers between the Grantors.

4.9 *Deposit Accounts.* Within thirty (30) days of the date hereof, the Borrower shall provide the Administrative Agent with a schedule (which schedule shall (x) be delivered to the Administrative Agent for safekeeping purposes only, and (y) not be delivered to the Lenders except upon their written request therefor in connection with the exercise of rights and remedies pursuant to this Agreement), substantially in the form of Schedule VIII hereto, which schedule shall identify all Deposit Accounts owned by the Grantors and the financial institutions and the locations where such Deposit Accounts are maintained, which schedule shall be updated from time to time in accordance with Sections 4.5 and 4.6 of this Agreement. Subject to, and without limiting the effect of, Section 7.2, following the occurrence and continuance of an Event of Default and at the direction of the Majority Lenders, each Grantor shall make its reasonable best efforts to maintain each of its Deposit Accounts pursuant to a deposit account agreement which is in all respects satisfactory to the Administrative Agent and which provides, among other things, that (a) until the deposit account bank shall have received written notice from the Administrative Agent pursuant to this clause, the deposit account bank will make all payments from the Deposit Account as specified by the applicable Grantor, and, after any such notice, the deposit account bank will make all payments from such Deposit Account to the Administrative Agent for credit to the Collateral Account, (b) the deposit account bank (if other than the Administrative Agent or a Lender) waives all setoff rights (other than setoff rights for reasonable and customary account service charges and fees and amounts based on items that are dishonored by the payor thereof and returned to the deposit account bank), and (c) such deposit account agreement may not be amended without the written consent of the Administrative Agent. The Administrative Agent will not give the notice referred to in the preceding clause (a) unless it has given, or is contemporaneously giving, notice pursuant to Section 7.2. In the event that a deposit account bank refuses to enter into a deposit account agreement in accordance with the above listed terms within thirty (30) days of a Grantor's request, the Administrative Agent shall have the right to direct each Grantor to transfer the assets in that deposit account to a bank which will enter into a deposit account agreement in accordance with the above listed terms.

4.10 *As to Intellectual Property Collateral.* With respect to any Material Intellectual Property Collateral maintained in the United States and any other market material to the Borrower's and its Subsidiaries' businesses, each Grantor covenants and agrees to keep such Material Intellectual Property Collateral registered with the applicable federal, state or foreign authority, as the case may be, with an appropriate notice of such registration and covenants and agrees to take all reasonable steps to maintain such Material Intellectual Property Collateral and any and all rights with respect thereto and will not abandon, or permit to become unenforceable, any Material Intellectual Property Collateral, in each case, except where the same could not reasonably be expected to have a Material Adverse Effect. If any Grantor shall own any Intellectual Property, such Grantor shall execute and deliver to the Administrative Agent any documents required to acknowledge or register or perfect the Administrative Agent's interest in any part of the Intellectual Property Collateral.

5. *Provisions Relating to Accounts.*

24281968.4

- 14 -

5.1 *Grantors Remain Liable under Accounts.* Anything herein to the contrary notwithstanding, a Grantor shall remain liable under each of the Accounts to observe and perform all the conditions and obligations to be observed and performed by it thereunder, all in accordance with the terms of any agreement giving rise to each such Account. No Secured Party shall have any obligation or liability under any Account (or any agreement giving rise thereto) by reason of or arising out of this Agreement or the receipt by the Administrative Agent or any Secured Party of any payment relating to such Account pursuant hereto, nor shall any Secured Party be obligated in any manner to perform any of the obligations of a Grantor under or pursuant to any Account (or any agreement giving rise thereto), to make any payment, to make any inquiry as to the nature or the sufficiency of any payment received by it or as to the sufficiency of any performance by any party under any Account (or any agreement giving rise thereto), to present or file any claim, to take any action to enforce any performance or to collect the payment of any amounts which may have been assigned to it or to which it may be entitled at any time or times.

5.2 *Analysis of Accounts.* The Administrative Agent shall have the right upon the occurrence and during the continuance of an Event of Default to make test verifications of the Accounts in any manner and through any medium that it considers reasonably advisable, and each Grantor shall furnish all such assistance and information as the Administrative Agent may reasonably require in connection with such test verifications. At any time and from time to time upon the occurrence and during the continuance of an Event of Default, upon the Administrative Agent's reasonable request and at the expense of each Grantor, each Grantor shall cause independent public accountants or others reasonably satisfactory to the Administrative Agent to furnish to the Administrative Agent reports showing reconciliations, aging and test verifications of, and trial balances for, the Accounts. Upon the occurrence and during the continuance of an Event of Default, the Administrative Agent in its own name or in the name of others may communicate with account debtors on the Accounts to verify with them to the Administrative Agent's reasonable satisfaction the existence, amount and terms of any Accounts.

5.3 *Collections on Accounts.* (a) The Administrative Agent hereby authorizes each Grantor to collect the Accounts, and the Administrative Agent may curtail or terminate said authority at any time after the occurrence and during the continuance of an Event of Default. If required by the Administrative Agent at any time after the occurrence and during the continuance of an Event of Default, any payments of Accounts, when collected by a Grantor during the continuance of such Event of Default, (i) shall be forthwith (and, in any event, within two Business Days) deposited by such Grantor in the exact form received, duly indorsed by such Grantor to the Administrative Agent if required, in a Collateral Account maintained under the sole dominion and control of and on terms and conditions reasonably satisfactory to the Administrative Agent, subject to withdrawal by the Administrative Agent as provided in Section 7.3, and (ii) until so turned over, shall be held by such Grantor in trust for the Secured Parties, segregated from other funds of such Grantor.

(b) At the Administrative Agent's reasonable request after the occurrence and during the continuance of an Event of Default, each Grantor shall deliver to the Administrative Agent all original and other documents evidencing, and relating to, the agreements and transactions which gave rise to the Accounts, including, without limitation, all original orders, invoices and shipping receipts.

5.4 *Representations and Warranties.* As of the Closing Date, the place where each Grantor keeps its records concerning its Accounts is at the location listed in Schedule III hereto.

24251968.4

- 15 -

5.5 *Covenants.* (a) The amount represented by each Grantor to the Secured Parties from time to time as owing by each account debtor or by all account debtors in respect of the Accounts shall at such time be in all material respects the correct amount actually owing by such account debtor or debtors thereunder.

(b) Upon the occurrence and during the continuance of an Event of Default, a Grantor shall not grant any extension of the time of payment of any of the Accounts Receivable, compromise, compound or settle the same for less than the full amount thereof, release, wholly or partly, any person liable for the payment thereof, or allow any credit or discount whatsoever thereon other than in the ordinary course of such Grantor's business, in each case if the Administrative Agent has instructed such Grantor not to do so.

(c) Unless a Grantor shall deliver ten (10) days' prior written notice identifying the change of location for its books and records, such Grantor shall not remove its books and records from the location specified in Section 5.4.

6. *Provisions Relating to Contracts.*

6.1 *Grantors Remain Liable Under Contracts.* Anything herein to the contrary notwithstanding, each Grantor shall remain liable under each Contract to observe and perform all the conditions and obligations to be observed and performed by it thereunder, all in accordance with and pursuant to the terms and provisions of such Contract. No Secured Party shall have any obligation or liability under any Contract by reason of or arising out of this Agreement or the receipt by any such Secured Party of any payment relating to such Contract pursuant hereto, nor shall any Secured Party be obligated in any manner to perform any of the obligations of a Grantor under or pursuant to any Contract, to make any payment, to make any inquiry as to the nature or the sufficiency of any payment received by it or as to the sufficiency of any performance by any party under any Contract, to present or file any claim, to take any action to enforce any performance or to collect the payment of any amounts which may have been assigned to it or to which it may be entitled at any time or times.

6.2 *Communication With Contracting Parties.* Upon the occurrence and during the continuance of an Event of Default, the Administrative Agent in its own name or in the name of others may communicate with parties to the Contracts to verify with them to the Administrative Agent's satisfaction the existence, amount and terms of any Contracts.

7. *Remedies.*

7.1 *Notice to Account Debtors and Contract Parties.* Upon the request of the Administrative Agent at any time after the occurrence and during the continuance of an Event of Default, a Grantor shall notify account debtors on the Accounts and parties to the Contracts that the Accounts and the Contracts have been assigned to the Administrative Agent for the ratable benefit of the Secured Parties and that payments in respect thereof during the continuance of such an Event of Default shall be made directly to the Administrative Agent.

7.2 *Proceeds to be Turned Over To Administrative Agent.* In addition to the rights of the Administrative Agent and the Secured Parties specified in Section 5.3 with respect to payments of Accounts, if an Event of Default shall occur and be continuing all Proceeds received by a Grantor consisting of cash, checks and other near-cash items shall upon the Administrative Agent's request be

24281968.4

- 16 -

held by such Grantor in trust for the Secured Parties, segregated from other funds of such Grantor, and shall, upon the Administrative Agent's request (it being understood that the exercise of remedies by the Secured Parties in connection with an Event of Default under Sections 9.1 (f) or (g) of the Credit Agreement, shall be deemed to constitute a request by the Administrative Agent for the purposes of this sentence) forthwith upon receipt by such Grantor, be turned over to the Administrative Agent in the exact form received by such Grantor (duly indorsed by such Grantor to the Administrative Agent, if required) and held by the Administrative Agent in a Collateral Account maintained under the sole dominion and control of the Administrative Agent and on terms and conditions reasonably satisfactory to the Administrative Agent. All Proceeds while held by the Administrative Agent in a Collateral Account (or by such Grantor in trust for the Administrative Agent and the Secured Parties) shall subject to Section 7.3 continue to be held as collateral security for all the Obligations and shall not constitute payment thereof until applied as provided in Section 7.3.

7.3 *Application of Proceeds.* If an Event of Default shall have occurred and be continuing, and the Administrative Agent shall have requested that a Grantor take any action set forth in Section 5.3(a) or 7.2 or the Administrative Agent shall have taken any action pursuant to Section 7.4, the Administrative Agent shall apply the proceeds as follows:

*First,* to the payment of the reasonable costs and expenses of the Administrative Agent as set forth in Sections 7.4 and 15;

*Second,* to the payment of all amounts of the Obligations owed to the Secured Parties in respect of Credit Extensions made by them, pro rata as among the Secured Parties in accordance with the amount of such Obligations owed to them;

*Third,* ratably against Obligations consisting of unpaid and outstanding principal of the Loans, Obligations then due and owing under all outstanding Swap Contracts and Obligations consisting of unreimbursed and owing Special Facility Obligations and other similar obligations;

*Fourth,* to collateralize Obligations consisting of Special Facility Obligations and other similar obligations; and

*Fifth,* against any other remaining Obligations.

The Administrative Agent may assume that no Obligations are outstanding with respect to Swap Contracts unless it has received written notice thereof in accordance with this Agreement prior to any such application by it, and if so notified may rely upon and deal with the Secured Party party to such Swap Contract as to Obligations thereunder.

7.4 *Code Remedies.* If an Event of Default shall have occurred and be continuing, the Administrative Agent, on behalf of the Secured Parties may exercise, in addition to all other rights and remedies granted to them in this Agreement and in any other instrument or agreement securing, evidencing or relating to the Obligations, all rights and remedies of a secured party under the Code (whether or not, because of the jurisdiction of the Collateral, the Code applies to the applicable Collateral). Without limiting the generality of the foregoing, the Administrative Agent, without demand of performance or other demand, presentment, protest, advertisement or notice of any kind (except any notice required by law referred to below) to or upon a Grantor or any other person (all and each of which

- 17 -

PATENT
REEL: 9227 FRAME: 0805

demands, defenses, advertisements and notices are hereby waived), may in such circumstances forthwith collect, receive, appropriate and realize upon the Collateral, or any part thereof, and/or may forthwith sell, lease, assign, give an option or options to purchase, or otherwise dispose of and deliver the Collateral or any part thereof (or contract to do any of the foregoing), in one or more parcels at public or private sale or sales, at any exchange, broker's board or office of any Secured Party or elsewhere upon such terms and conditions as it may deem advisable and at such prices as it may deem best, for cash or on credit or for future delivery without assumption of any credit risk. Any Secured Party shall have the right upon any such public sale or sales, and, to the extent permitted by law, upon any such private sale or sales, to purchase the whole or any part of the Collateral so sold, free of (to the extent permitted by law) any right or equity of redemption in a Grantor, which right or equity is hereby, to the extent permitted by law, waived or released. Each Grantor further agrees, at the Administrative Agent's request, to assemble the Collateral and make it available to the Administrative Agent at places which the Administrative Agent shall reasonably select, whether at such Grantor's premises or elsewhere. The Administrative Agent shall apply the net proceeds of any such collection, recovery, receipt, appropriation, realization or sale, after deducting all reasonable costs and expenses incurred therein or incidental to the care or safekeeping of any of such Collateral or reasonably relating to such Collateral or the rights of the Administrative Agent and the Secured Parties hereunder, including, without limitation, reasonable attorneys' fees and disbursements, to the payment in whole or in part of the Obligations, in accordance with Section 7.3, and only after such application and after the payment by the Administrative Agent of any other amount required by any provision of law, including, without limitation, Section 9-504(I)(c) of the Code, need the Administrative Agent account for the surplus, if any, to such Grantor. If any notice of a proposed sale or other disposition of such Collateral shall be required by law, such notice shall be in writing and deemed reasonable and proper if given at least ten (10) days before such sale or other disposition. The Administrative Agent shall not be obligated to make any sale of Collateral regardless of notice of sale having been given. The Administrative Agent may adjourn any public or private sale from time to time by announcement at the time and place fixed therefor, and such sale may, without further notice, be made at the time and place to which it was so adjourned.

The Administrative Agent shall have absolute discretion as to the time of application of any such proceeds, money or balances in accordance with this Agreement. Upon any sale of the Collateral by the Administrative Agent (including pursuant to a power of sale granted by statute or under a judicial proceeding), the receipt of the Administrative Agent or of the officer making the sale shall be a sufficient discharge to the purchaser or purchasers of the Collateral so sold and such purchaser or purchasers shall not be obligated to see to the application of any part of the purchase money paid over to the Administrative Agent or such officer or be answerable in any way for the misapplication thereof.

7.5 *Waiver; Deficiency*. Each Grantor waives and agrees not to assert any rights or privileges it may acquire under Section 9-112 of the Code. Each Grantor shall remain liable for any deficiency if the proceeds of any sale or other disposition of the Collateral are insufficient to pay the Obligations and the reasonable fees and disbursements of any attorneys employed by any Secured Party to collect such deficiency.

8. *Administrative Agent's Appointment as Attorney-in-Fact; Administrative Agent's Performance of Grantors' Obligations.*

8.1 *Powers*. Each Grantor hereby irrevocably constitutes and appoints the Administrative Agent and any officer or agent thereof, with full power of substitution, during the continuance of an Event of Default, as its true and lawful attorney-in-fact, with full irrevocable power and

24281960.4

- 18 -

PATENT
REEL: 9227 FRAME: 0806

authority in the place and stead of such Grantor and in the name of such Grantor or in its own name from time to time in the Administrative Agent's discretion, for the purpose of carrying out the terms of this Agreement, to take any and all appropriate action and to execute any and all documents and instruments which may be necessary or desirable to accomplish the purposes of this Agreement, and, without limiting the generality of the foregoing, such Grantor hereby gives the Administrative Agent the power and right, on behalf of such Grantor, without notice to or assent by such Grantor, to do the following upon the occurrence and during the continuance of an Event of Default:

(a) in the name of such Grantor or its own name, or otherwise, to take possession of and indorse and collect any checks, drafts, notes, acceptances or other instruments for the payment of moneys due under any Account, Instrument, General Intangible or Contract or with respect to any other Collateral and to file any claim or to take any other action or proceeding in any court of law or equity or otherwise deemed appropriate by the Administrative Agent for the purpose of collecting any and all such money due under any Account, Instrument, General Intangible or Contract or with respect to any other Collateral whenever payable;

(b) to pay or discharge taxes and Liens levied or placed on or threatened against the Collateral (other than Permitted Liens), to effect any repairs or any insurance called for by the terms of this Agreement and to pay all or any part of the premiums therefor and the costs thereof;

(c) to execute, in connection with any sale provided for in Section 7.4 hereof, any endorsements, assignments or other instruments of conveyance or transfer with respect to the Collateral; and

(d) (i) to direct any party liable for any payment under any of the Collateral to make payment of any and all moneys due or to become due thereunder directly to the Administrative Agent or as the Administrative Agent shall direct; (ii) to ask for or demand for, collect, receive payment of and receipt for, any and all money, claims and other amounts due or to become due at any time in respect of or arising out of any Collateral; (iii) to sign and endorse any invoices, freight or express bills, bills of lading, storage or warehouse receipts, drafts against debtors, assignments, verifications, notices and other documents in connection with any of the Collateral; (iv) to commence and prosecute any suits, actions or proceedings at law or in equity in any court of competent jurisdiction to collect the Collateral or any thereof and to enforce any other right in respect of any Collateral; (v) to defend any suit, action or proceeding brought against any Grantor with respect to any Collateral; (vi) to settle, compromise or adjust any such suit, action or proceeding and, in connection therewith, to give such discharges or releases as the Administrative Agent may deem appropriate; and (vii) generally, to use, sell, transfer, pledge and make any agreement with respect to or otherwise deal with any of the Collateral as fully and completely as though the Administrative Agent were the absolute owner thereof for all purposes, and to do, at the Administrative Agent's option and at the expense of such Grantor, at any time, or from time to time, all acts and things which the Administrative Agent reasonably deems necessary to protect, preserve or realize upon such Collateral and the Administrative Agent's and the Secured Parties' security interests therein and to effect the intent of this Agreement, all as fully and effectively as such Grantor might do.

8.2 *Performance by Administrative Agent of Grantor's Obligations*. If any Grantor fails to perform or comply with any of its agreements contained herein, the Administrative Agent, at its option,

24281968.4

- 19 -

but without any obligation to do so, may perform or comply, or otherwise cause performance or compliance, with such agreement.

8.3 *Grantor's Reimbursement Obligation.* The expenses of the Administrative Agent reasonably incurred in connection with actions undertaken as provided in this Section 8, together with interest thereon at a rate per annum equal to the default rate of interest set forth in Section 2.10(c) of the Credit Agreement, from the date payment is demanded by the Administrative Agent to the date reimbursed by such Grantor, shall be payable by the Borrower to the Administrative Agent on demand.

8.4 *Ratification; Power Coupled With An Interest.* Each Grantor hereby ratifies all that said attorneys shall lawfully do or cause to be done by virtue hereof. All powers, authorizations and agencies contained in this Agreement are coupled with an interest and are irrevocable until this Agreement is terminated and the security interests created hereby are released.

9. *Duty of Administrative Agent.* The Administrative Agent's sole duty with respect to the custody, safekeeping and physical preservation of the Collateral in its possession, under Section 9-207 of the Code or otherwise, shall be to deal with it in the same manner as the Administrative Agent deals with similar property for its own account. No Secured Party nor any of its respective directors, officers, employees or agents shall be liable for failure to demand, collect or realize upon any of the Collateral or for any delay in doing so or shall be under any obligation to sell or otherwise dispose of any Collateral upon the request of a Grantor or any other person or to take any other action whatsoever with regard to the Collateral or any part thereof. The powers conferred on the Secured Parties hereunder are solely to protect the Secured Parties' interests in the Collateral and shall not impose any duty upon any Secured Party to exercise any such powers. The Secured Parties shall be accountable only for amounts that they actually receive as a result of the exercise of such powers, and neither they nor any of their officers, directors, employees or agents shall be responsible to any Grantor for any act or failure to act hereunder, except for their own gross negligence or wilful misconduct.

10. *Execution of Financing Statements.* Pursuant to Section 9-402 of the Code, each Grantor authorizes the Administrative Agent to file financing statements with respect to the Collateral without the signature of such Grantor in such form and in such filing offices as the Administrative Agent reasonably determines appropriate to perfect the security interests of the Administrative Agent under this Agreement. A carbon, photographic or other reproduction of this Agreement shall be sufficient as a financing statement for filing in any jurisdiction.

11. *Authority of Administrative Agent.* Each Grantor acknowledges that the rights and responsibilities of the Administrative Agent under this Agreement with respect to any action taken by the Administrative Agent or the exercise or non-exercise by the Administrative Agent of any option, voting right, request, judgment or other right or remedy provided for herein or resulting or arising out of this Agreement shall, as between the Administrative Agent and the other Secured Parties, be governed by the Credit Agreement and by such other agreements with respect thereto as may exist from time to time among them but, as between the Administrative Agent and the Grantors, the Administrative Agent shall be conclusively presumed to be acting as agent for the other Secured Parties with full and valid authority so to act or refrain from acting.

12. *Reinstatement.* This Agreement shall continue to be effective, or be reinstated, as the case may be, if at any time payment, or any part thereof, of any of the Obligations is rescinded or

PATENT
REEL: 9227 FRAME: 0808

must otherwise be restored or returned by the Administrative Agent or any Secured Party upon the filing or commencement of any Insolvency Proceeding in respect of any Grantor, or upon or as a result of the appointment of a receiver, intervenor or conservator of, or trustee or similar officer for, such Grantor or any substantial part of its property, or otherwise, all as though such payments had not been made.

13. *Notices.* All notices, requests and demands to or upon the Secured Parties or the Grantors under this Agreement shall be given or made in accordance with Section 11.2 of the Credit Agreement and addressed as follows:

(a) if to any Grantor other than the Borrower, in care of the Borrower in accordance with Section 11.2 of the Credit Agreement

(b) if to the Borrower, in accordance with Section 11.2 of the Credit Agreement; and

(c) if to any Secured Party, in accordance with Section 11.2 of the Credit Agreement.

14. *Survival of Agreement.* All covenants, agreements, representations and warranties made by any Grantor herein and in the certificates or other instruments prepared or delivered in connection with or pursuant to this Agreement or any other Loan Document shall be considered to have been relied upon by the Secured Parties and shall survive the making by the Lenders of the Credit Extensions, the execution and delivery to the Lenders of the Loan Documents, the issuance of any Letters of Credit and the creation of any Acceptances, regardless of any investigation made by the Secured Parties or on their behalf, and shall continue in full force and effect as long as the principal of or any accrued interest on any Loan or Special Facility Obligation, or any fee or any other amount payable under or in respect of this Agreement or any other Loan Document is outstanding and unpaid and so long as the Commitments have not been terminated, all Letters of Credit have not terminated or expired and all Acceptances have not matured.

15. *WAIVER OF JURY TRIAL.* **EACH PARTY HERETO HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS AGREEMENT OR ANY OF THE OTHER LOAN DOCUMENTS. EACH PARTY HERETO (A) CERTIFIES THAT NO REPRESENTATIVE, AGENT OR ATTORNEY OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF LITIGATION, SEEK TO ENFORCE THE FOREGOING WAIVER AND (B) ACKNOWLEDGES THAT IT AND THE OTHER PARTIES HERETO HAVE BEEN INDUCED TO ENTER INTO THIS AGREEMENT AND THE OTHER LOAN DOCUMENTS, AS APPLICABLE, BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION 15.**

16. *Jurisdiction; Consent to Service of Process.* (a) Each Grantor hereby irrevocably and unconditionally submits, for itself and its property, to the nonexclusive jurisdiction of any New York State court or federal court of the United States of America sitting in New York City, and any appellate court from any thereof, in any action or proceeding arising out of or relating to this Agreement or the other Loan Documents, or for recognition or enforcement of any judgment, and each of the parties hereto

- 21 -

PATENT
REEL: 9227 FRAME: 0809

hereby irrevocably and unconditionally agrees that all claims in respect of any such action or proceeding may be heard and determined in such New York State or, to the extent permitted by law, in such federal court. Each of the parties hereto agrees that a final judgment in any such action or proceeding shall be conclusive and may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law. Nothing in this Agreement shall affect any right that any Grantor or any Secured Party may otherwise have to bring any action or proceeding relating to this Agreement or the other Loan Documents against any Grantor or any Secured Party or its properties in the courts of any jurisdiction.

(b) Each Grantor and each Secured Party hereby irrevocably and unconditionally waives, to the fullest extent it may legally and effectively do so, any objection that it may now or hereafter have to the laying of venue of any suit, action or proceeding arising out of or relating to this Agreement or the other Loan Documents in any New York State or federal court. Each of the parties hereto hereby irrevocably waives, to the fullest extent permitted by law, the defense of an inconvenient forum to the maintenance of such action or proceeding in any such court.

(c) Each party to this Agreement irrevocably consents to service of process in the manner provided for notices in Section 13. Nothing in this Agreement will affect the right of any party to this Agreement to serve process in any other manner permitted by law.

17. *Release.* (a) Unless the Grantors and the Administrative Agent otherwise agree, this Agreement and the security interest created hereunder shall terminate when all Obligations have been fully and indefeasibly paid in full in cash, when the Secured Parties have no further Commitments under the Credit Agreement, the Letters of Credit are terminated or expired and the Acceptances are matured, at which time the Administrative Agent shall execute and deliver to each Grantor, or to such person or persons as such Grantor shall reasonably designate, all at such Grantor's sole expense, all Uniform Commercial Code termination statements and similar documents prepared by such Grantor which such Grantor shall reasonably request to evidence such termination. Any execution and delivery of termination statements or documents pursuant to this Section 17(a) shall be without recourse to or warranty by the Administrative Agent.

(b) All Collateral used, sold, transferred or otherwise disposed of, in accordance with the terms of the Credit Agreement (including pursuant to a waiver or amendment of the terms thereof) shall be used, sold, transferred or otherwise disposed of free and clear of the Lien and the security interest created hereunder. In connection with the foregoing, (i) the Administrative Agent shall execute and deliver to each Grantor, or to such person or persons as such Grantor shall reasonably designate, all at such Grantor's sole expense, all Uniform Commercial Code termination statements and similar documents prepared by such Grantor which such Grantor shall reasonably request to evidence the release of the Lien and security interest created hereunder with respect to such Collateral and (ii) any representation, warranty or covenant contained herein relating to such Collateral shall no longer be deemed to be made with respect to such used, sold, transferred or otherwise disposed Collateral.

18. *Severability.* Any provision of this Agreement which is prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction. The parties hereunder shall endeavor in good-faith negotiations to replace the invalid, illegal or unenforceable provisions with valid provisions, the economic effect of which comes as close as possible to that of the invalid, illegal or unenforceable provisions.

24281968.4

- 22 -

19. *Amendments in Writing; No Waiver; Cumulative Remedies.*

19.1 *Amendments in Writing.* None of the terms or provisions of this Agreement may be waived, amended, supplemented or otherwise modified except by a written instrument executed by the Grantors and the Administrative Agent (on behalf of the Lenders or the Majority Lenders, as the case may be).

19.2 *No Waiver by Course of Conduct.* No Secured Party shall by any act (except by a written instrument pursuant to Section 19.1 hereof) or delay be deemed to have waived any right or remedy hereunder or to have acquiesced in any Default or Event of Default or in any breach of any of the terms and conditions hereof. No failure to exercise, nor any delay in exercising, on the part of any Secured Party, any right, power or privilege hereunder shall operate as a waiver thereof. No single or partial exercise of any right, power or privilege hereunder shall preclude any other or further exercise thereof or the exercise of any other right, power or privilege. A waiver by any Secured Party of any right or remedy hereunder on any one occasion shall not be construed as a bar to any right or remedy which such Secured Party would otherwise have on any future occasion.

20. *Remedies Cumulative.* The rights and remedies herein provided are cumulative, may be exercised singly or concurrently and are not exclusive of any other rights or remedies provided by law.

21. *Section Headings.* The section and Section headings used in this Agreement are for convenience of reference only and are not to affect the construction hereof or be taken into consideration in the interpretation hereof.

22. *Successors and Assigns.* This Agreement shall be binding upon the successors and assigns of each Grantor and shall inure to the benefit of each Grantor and the Secured Parties and their successors and assigns, *provided* that this Agreement may not be assigned by any Grantor without the prior written consent of the Administrative Agent.

23. *Loan Document, etc.* This Agreement is a Loan Document executed pursuant to the Credit Agreement and shall (unless otherwise expressly indicated herein) be construed, administered and applied in accordance with the terms and provisions of the Credit Agreement.

24. *GOVERNING LAW.* THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAW OF THE STATE OF NEW YORK.

25. *Counterparts.* This Agreement may be executed in two or more counterparts, each of which shall constitute an original but all of which when taken together shall constitute but one contract.

26. *Additional Grantors.* Pursuant to the Credit Agreement, each Subsidiary that was not in existence or not a Subsidiary on the date thereof is required to enter into this Agreement as a Grantor upon becoming a Subsidiary. Upon execution and delivery, after the date hereof, by the Administrative Agent and such Subsidiary of an instrument in the form of Annex 1, such Subsidiary shall become a Grantor hereunder with the same force and effect as if originally named as a Grantor hereunder. The execution and delivery of any such instrument shall not require the consent of any Grantor hereunder.

242281068.4

- 23 -

The rights and obligations of each Grantor hereunder shall remain in full force and effect notwithstanding the addition of any new Grantor as a party to this Agreement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

24281968.4

PATENT
REEL: 9227 FRAME: 0812

IN WITNESS WHEREOF, the undersigned have caused this Security Agreement to be duly executed and delivered as of the date first above written.

> EVENFLO & SPALDING HOLDINGS
>     CORPORATION
> SPALDING & EVENFLO COMPANIES,
>     INC.
> EVENFLO COMPANY, INC.
> ETONIC WORLDWIDE CORPORATION
> LISCO, INC.
> S&E FINANCE CO., INC.
> SPALDING SPORTS CENTERS, INC.
> ETONIC LISCO, INC.
> LISCO FURNITURE, INC.
> LISCO FEEDING, INC.
> LISCO SPORTS, INC.

> By: _____
>     Name:  W. Michael Kipphut
>     Title:    Treasurer and Vice President

> S&E FINANCE CO., INC.

> By: _____
>     Name:  Paul L. Whiting
>     Title:    President & CEO

> BANK OF AMERICA NATIONAL
>     TRUST & SAVINGS ASSOCIATION,
>     as Administrative Agent

> By: _____
>     Name:
>     Title:

24281968

IN WITNESS WHEREOF, the undersigned have caused this Security Agreement to be duly executed and delivered as of the date first above written.

EVENFLO & SPALDING HOLDINGS
   CORPORATION
SPALDING & EVENFLO COMPANIES,
   INC.
EVENFLO COMPANY, INC.
ETONIC WORLDWIDE CORPORATION
LISCO, INC.
S&E FINANCE CO., INC.
SPALDING SPORTS CENTERS, INC.
ETONIC LISCO, INC.
LISCO FURNITURE, INC.
LISCO FEEDING, INC.
LISCO SPORTS, INC.

By: _____
   Name:  W. Michael Kipphut
   Title:   Treasurer and Vice President

S&E FINANCE CO., INC.

By: _____
   Name:  Paul L. Whiting
   Title:   President & CEO

BANK OF AMERICA NATIONAL
   TRUST & SAVINGS ASSOCIATION,
   as Administrative Agent

By: _____
   Name:  PATRICK W. ZETTMAN
   Title:   Vice President

24281968

Schedules:

Schedule I      Filings and Other Actions Required to Perfect Security Interests
Schedule II     Inventory and Equipment
Schedule III    Records of Accounts
Schedule IV     Copyrights and Mask Works
Schedule V      Patents
Schedule VI     Trademarks
Schedule VII    Trade Secrets
Schedule VIII   Deposit Accounts

24281968.4

PATENT
REEL: 9227 FRAME: 0815

SCHEDULE I<br>TO SECURITY AGREEMENT

**FILINGS AND OTHER ACTIONS<br>REQUIRED TO PERFECT SECURITY INTERESTS**

*Uniform Commercial Code Filings*

<u>Name of Grantor</u>                                          <u>Filing Jurisdiction</u>

PATENT<br>REEL: 9227 FRAME: 0816

SCHEDULE II
TO SECURITY AGREEMENT

INVENTORY AND EQUIPMENT LOCATIONS

<u>Name of Grantor</u>                                        <u>Location</u>

24281968.4

PATENT
REEL: 9227 FRAME: 0817

SCHEDULE III
TO SECURITY AGREEMENT

RECORDS OF ACCOUNTS

<u>Name of Grantor</u>                                         <u>Location</u>

PATENT
REEL: 9227 FRAME: 0818

SCHEDULE IV
TO SECURITY AGREEMENT

Item A. Copyrights/Mask Works

### Registered Copyrights/Mask Works

| Grantor | Registration No. | Registration Date | Author(s) | Title |
|---------|------------------|-------------------|-----------|-------|

### Copyright/Mask Work Pending Registration Applications

| Grantor | Serial No. | Filing Date | Author(s) | Title |
|---------|-----------|-------------|-----------|-------|

Item B. Copyright/Mask Work Licenses

| Grantor | Licensor | Licensee | Registration No. | Effective Date | Expiration Date | Subject Matter |
|---------|----------|----------|------------------|----------------|-----------------|----------------|

24281968.4

- 30 -

PATENT
REEL: 9227 FRAME: 0819

SCHEDULE V
TO SECURITY AGREEMENT

Item A.  <u>Patents</u>

       See attached.

Item B.  <u>Patent Licenses</u>

       See attached.

PATENT
REEL: 9227 FRAME: 0820

SCHEDULE VI
TO SECURITY AGREEMENT

Item A.  <u>Trademarks</u>

       Intentionally omitted.

Item B.  <u>Trademark Licenses</u>

       Intentionally omitted.

24281968.4

- 32 -

SCHEDULE VII
TO SECURITY AGREEMENT

## Trade Secret or Know-How Licenses

| Grantor | Licensor | Licensee | Effective Date | Expiration Date | Subject Matter |
|---------|----------|----------|----------------|-----------------|----------------|

24281968.4

- 33 -

SCHEDULE VIII
TO SECURITY AGREEMENT

Deposit Accounts

| Grantor | Bank | Address of Bank | Type of Account | Account Number |
|---------|------|-----------------|-----------------|----------------|
|         |      |                 |                 |                |

24281968.4

- 34 -

infringement of said patent rights, with the right to sue for, and collect the same for its own use and ~~behoof~~ behalf, and for the use and ~~behoof~~ behalf of its successors, assigns or other legal representatives.

And, said ____Sajakorpi Oy_____ hereby covenants that it has full right to convey the entire interest herein assigned, and that it has not executed, and will not execute, any agreements in conflict herewith.

IN TESTIMONY WHEREOF, ____Sajakorpi Oy_____ has caused these presents to be signed by its officer thereunto duly authorized and its seal to be affixed hereto this 11th day of ____November_____, 19 97.

                              ____SAJAKORPI OY_____

                          By____[signature]_____
                              Kimmo Sajakorpi

SECTION 3. This Supplement may be executed in two or more counterparts, each of which shall constitute an original, but all of which, when taken together, shall constitute but one instrument. This Supplement shall become effective when the Administrative Agent shall have received counterparts of this Supplement that, when taken together, bear the signatures of the New Grantor and the Administrative Agent.

SECTION 4. Except as expressly supplemented hereby, the Security Agreement shall remain in full force and effect.

SECTION 5. THIS SUPPLEMENT SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK.

SECTION 6. In case any one or more of the provisions contained in this Supplement should be held invalid, illegal or unenforceable in any respect, neither party hereto shall be required to comply with such provision for so long as such provision is held to be invalid, illegal or unenforceable, but the validity, legality and enforceability of the remaining provisions contained herein and in the Security Agreement shall not in any way be affected or impaired. The parties hereto shall endeavor in good-faith negotiations to replace the invalid, illegal or unenforceable provisions with valid provisions the economic effect of which comes as close as possible to that of the invalid, illegal or unenforceable provisions.

SECTION 7. All communications and notices hereunder shall be in writing and given as provided in the Security Agreement. All communications and notices hereunder to the New Grantor shall be given to it at the address set forth under its signature, with a copy to the Borrower.

IN WITNESS WHEREOF, the New Grantor and the Administrative Agent have duly executed this Supplement to the Security Agreement as of the day and year first above written.

[NAME OF NEW GRANTOR]

By: _____
    Name: _____
    Title:

Address: _____
          _____

Fax No.: _____

Attention: _____

242811968.4

-2-

BANK OF AMERICA NATIONAL SAVINGS
& TRUST ASSOCIATION, as
   Administrative Agent


By: _____
   Name:
   Title:

Address: _____
         _____

Fax No.: _____

Attention:_____

24281968.4

-3-

PATENT
REEL: 9227 FRAME: 0826

# EXHIBIT L

{}

## Conte, Thomas J.

**From:** Ryan, Timothy R. [TRyan@mayerbrownrowe.com]

**Sent:** Tuesday, July 31, 2007 5:25 PM

**To:** j.j.reidy@earthlink.net; Gouin, Kelly; Conte, Thomas J.

**Subject:** Re: BoA lien

Based on the information we have received from the PTO thus far, it appears there was a clerical error by the PTO -- essentially, inputting the incorrect patent number. Not sure whether the PTO can itself correct, but we will reach out to our client, BofA, to discuss the filing of a release, if necessary.

Hope to have additional info tomorrow.

Thanks.

Timothy R. Ryan
Mayer, Brown, Rowe & Maw LLP
214 North Tryon Street, Suite 3800
Charlotte, North Carolina 28202
t: (704) 444-3508
f: (704) 377-2033
tryan@mayerbrownrowe.com


-----Original Message-----
From: Ryan, Timothy R. <TRyan@mayerbrownrowe.com>
To: 'j.j.reidy@earthlink.net' <j.j.reidy@earthlink.net>; 'KGouin@bowditch.com' <KGouin@bowditch.com>;
'tconte@bowditch.com' <tconte@bowditch.com>
Sent: Fri Jul 27 09:51:03 2007
Subject: Fw: BoA lien

FYI. I'll be in touch as soon as we hear back. Thanks.

Timothy R. Ryan
Mayer, Brown, Rowe & Maw LLP
214 North Tryon Street, Suite 3800
Charlotte, North Carolina 28202
t: (704) 444-3508
f: (704) 377-2033
tryan@mayerbrownrowe.com


-----Original Message-----
From: Assmus, Richard M. <RAssmus@mayerbrownrowe.com>
To: Ryan, Timothy R. <TRyan@mayerbrownrowe.com>
Sent: Fri Jul 27 09:36:22 2007
Subject: BoA lien

Tim--

Getting the lien paperwork is taking much longer than expected -- we are bugging the vendor on a daily basis, and I hope to have it today.

Rich

+++++++++++++++++++++++++
Richard M. Assmus
Mayer, Brown, Rowe & Maw LLP

71 South Wacker Drive
Chicago, Illinois 60606
tel: 312-701-8623
fax: 312-706-9125
rassmus@mayerbrownrowe.com


IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was neither written nor
intended by the sender or Mayer, Brown, Rowe & Maw LLP to be used and cannot be used by any
taxpayer for the purpose of avoiding tax penalties that may be imposed under U.S. tax law. If
any person uses or refers to any such tax advice in promoting, marketing or recommending a
partnership or other entity, investment plan or arrangement to any taxpayer, then (i) the
advice was written to support the promotion or marketing (by a person other than Mayer,
Brown, Rowe & Maw LLP) of that transaction or matter, and (ii) such taxpayers should seek
advice based on the taxpayers particular circumstances from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the
individual or entity to whom they are addressed. If you have received this email in error
please notify the system manager. If you are not the named addressee you should not
disseminate, distribute or copy this e-mail.