UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.J. REIDY & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 05-40049-FDS |
| AIRWATER PATENTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> J.J. REIDY & CO., INC. <br><br> Defendant. | CIVIL ACTION NO. 06-10137-FDS |

### AIRWATER CORPORATION'S AND AIRWATER PATENTS, INC.'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

AirWater Corporation and AirWater Patents, Inc. collectively, ("AirWater") hereby move for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) in connection with AirWater's Supplemental Memorandum of Law in Support of their Motion for Summary Judgment filed on August 1, 2007. In support of this motion, AirWater states that the Supplemental Statement of Undisputed Facts consists of nearly 18 pages comprised primarily of deposition testimony of the parties taken after the parties' initial summary judgment filings and completed on July 26, 2007, and leave to file excess pages is reasonably necessary for AirWater to set forth all of the undisputed

material facts and its supplemental legal arguments relating thereto, all of which will assist the Court in considering the issues.

WHEREFORE, AirWater respectfully requests that this Honorable Court grant AirWater leave to exceed the page limit set forth Local Rule 7.1(B)(4) in connection with AirWater's Supplemental Memorandum of Law in Support of their Motion for Summary Judgment.

AIRWATER CORPORATION AND
AIRWATER PATENTS, INC.

By their attorneys,

_____
Richard Kirby, BBO# 273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: August 2, 2006

---

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 2, 2007.

_____