UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

J.J. REIDY & CO., INC., )
)
        Plaintiff, )
v. )
)
AIRWATER CORPORATION and )
AIRWATER PATENTS CORPORATION, )
)
        Defendants. )

**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO MOTION OF DEFENDANTS AIRWATER CORPORATION AND AIRWATER PATENTS, INC. FOR RECONSIDERATIN OF DEFENDANTS' MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT**

The parties have agreed that the plaintiff J.J. Reidy & Co., Inc. may have an additional three-day extension of time, up to and including August 10, 2007, in which to file an opposition to Defendant AirWater and AirWater Patents Corporation's Motion for Reconsideration of Defendants' Motion to Enforce Oral Settlement Agreement.

| | |
|---|---|
| J.J. REIDY & COMPANY, INC.<br>By its attorneys, | AIRWATER CORPORATION and<br>AIRWATER PATENTS CORPORATION |
| /s/ Maura A. Greene<br>Thomas J. Conte (BBO #566092)<br>Maura A. Greene (BBO #547204)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>(508) 791-3511 | /s/ Matthew P. Zayotti<br>Richard B. Kirby (BBO# 273600)<br>Matthew P. Zayotti (BBO# 638265)<br>Keegan, Werlin, LLP<br>265 Franklin Street<br>Boston, MA 02110-3113<br>(617) 951-1400 |

Date: August 7, 2007

{Client Files\LIT\304269\0002\PLD\F0419305.DOC;1}

CERTIFICATE OF SERVICE

    I, Maura A. Greene, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 7, 2007.

                                                  /s/ Maura A. Greene