UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with <u>AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation</u>; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| AIRWATER CORPORATION and | ) |
| AIRWATER PATENTS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

Please enter my appearance as attorney for plaintiff J.J. Reidy & Company, Inc. in the above-referenced matter.

J.J. REIDY & COMPANY, INC.
By its attorneys,

/s/ Colleen E. Cushing
Thomas J. Conte (BBO #566092)
James P. Hoban (BBO #633929)
Colleen E. Cushing (BBO #663498)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
tconte@bowditch.com
jhoban@bowditch.com
ccushing@bowditch.com

Dated: January 8, 2008

{Client Files\LIT\304269\0002\PLD\01069092.DOC;1}

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2008.

                                      /s/ Colleen E. Cushing
                                      Colleen E. Cushing