# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **J.J. REIDY & CO., INC.,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**AIRWATER CORPORATION AND AIRWATER PATENTS CORPORATION,**<br><br>   **Defendants.** | CIVIL ACTION NO. 05-40049-FDS<br>**Consolidated with** |
| **AIRWATER PATENTS, INC.**<br><br>   **Plaintiff,**<br><br>v.<br><br>**J.J. REIDY & CO., INC.**<br><br>   **Defendant.** | CIVIL ACTION NO. 06-10137-FDS |

### JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TO SCHEDULE STATUS CONFERENCE

The parties to this action hereby jointly move to continue the Final Pretrial Conference to a later date, if necessary, and to schedule a Status Conference in February, 2008, or as soon thereafter as convenient for the Court. In support of this motion, the parties state:

  1. Counsel for Defendants AirWater Corporation and AirWater Patents, Inc. (collectively "AirWater") has a scheduling conflict with the presently scheduled Final Pretrial Conference on Friday January 11, 2008;

2. In the light of the Court's ruling on the parties' cross-motions for summary judgment, the parties wish to use the requested continuance to revisit the possibility of settlement in the hope of avoiding both the expense of preparing for the Final Pretrial Conference and the expense and uncertainty of trial;

3. In furtherance of the possibility of settlement, Plaintiff J.J. Reidy & Co., Inc. ("J.J. Reidy") provided AirWater with a new settlement proposal on January 7, 2008; and

4. Due to these impending settlement negotiations, the parties jointly request that the Final Pretrial Conference be continued to a future date and the Court schedule a Status Conference in February, 2008, or as soon thereafter as convenient for the Court, at which time the parties shall report the status of the case.

WHEREFORE, the parties to the above action respectfully request that this Court issue an order:

1. Continuing the presently scheduled Final Pretrial Conference from January 11, 2008 to a later date, if necessary; and

2. Scheduling this matter for a Status Conference to be held, if necessary, on a mutually convenient date for this Court and counsel in February, 2008, or as soon thereafter as convenient for the Court, at which time the parties shall report the status of the case and this matter shall be scheduled for trial.

| J.J. REIDY & COMPANY, INC. | AIRWATER CORPORATION AND AIRWATER PATENTS, INC. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Colleen E. Cushing | /s/ Matthew P. Zayotti |
| Thomas J. Conte, BBO #566092 | Richard Kirby, BBO# 273600 |
| James P. Hoban BBO #633929 | Matthew P. Zayotti, BBO# 638265 |
| Colleen Cushing, BBO #663498 | Keegan Werlin LLP |
| Bowditch & Dewey, LLP | 265 Franklin Street |
| 311 Main Street, P.O. Box 15156 | Boston, Massachusetts  02110-3113 |
| Worcester, MA 01615-0156 | (617) 951-1400 |
| (508) 926-3415 | |

Dated:  January 8, 2008

## CERTIFICATE OF SERVICE

I, Colleen E. Cushing, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 8, 2008.

      /s/ Colleen E. Cushing
      Colleen E. Cushing, Esquire