UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

(Consolidated with AirWater Patents, Inc. v. J.J. Reidy & Co., Inc., a Massachusetts Corporation; United States District Court Southern District of Florida, Miami Division, Case No. 05-20650-CIV-JORDAN)

| | |
|---|---|
| J.J. REIDY & CO., INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| AIRWATER CORPORATION and | ) |
| AIRWATER PATENTS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL APPEARANCE

To the Clerk of this Court and all parties of record:

Please withdraw my appearance as counsel in this case for defendant, J.J. Reidy & Co.,

Inc.

J.J. REIDY & COMPANY, INC.

By their attorney,

/s/ Maura A. Greene
Maura A. Greene (BBO #547204)
Bowditch & Dewey, LLP
175 Crossing Boulevard
Framingham, MA 01702
mgreene@bowditch.com

Dated:  February 25, 2008

**CERTIFICATE OF SERVICE**

I, Thomas J. Conte, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 25, 2008.

/s/ Thomas J. Conte
Thomas J. Conte, Esquire

{Client Files\LIT\304269\0002\PLD\F0450327.DOC;1}