UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**J.J. Reidy & Co.,**
   **Plaintiff(s),**

**CIVIL ACTION**

V.

**NO. 05-40049-FDS**

**Airwater Corporation,**
   **Defendant(s),**

**SETTLEMENT ORDER OF DISMISSAL**

**Saylor, D. J.**

 The Court having been advised on  June 2, 2008  that the above-entitled action has been settled;

 IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

              By the Court,

 June 3, 2008           /s/ Martin Castles
  Date              Deputy Clerk