UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40049-FDS

| | | |
|---|---|---|
| J.J. REIDY & CO., INC., | ) | (Consolidated with <u>AirWater Patents, Inc. v.</u> |
| | ) | <u>J.J. Reidy & Co., Inc., a Massachusetts</u> |
| Plaintiff, | ) | <u>Corporation</u>; United States District Court |
| | ) | District of Massachusetts, Worcester |
| v. | ) | Division, Case No. 06-10137-FDS) |
| | ) | |
| AIRWATER CORPORATION and | ) | |
| AIRWATER PATENTS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all of their claims in the above-entitled action (and the consolidated Case No.06-10137-FDS) be dismissed with prejudice and without costs, waiving all rights of appeal.

| | |
|---|---|
| J.J. REIDY & COMPANY, INC. | AIRWATER CORPORATION AND AIRWATER PATENTS, INC. |
| By its attorneys, | By their attorneys, |
| /s/ Thomas J. Conte | /s/ Matthew P. Zayotti |
| Thomas J. Conte (BBO #566092) | Richard Kirby (BBO# 273600) |
| James P. Hoban (BBO #633929) | Matthew P. Zayotti (BBO# 638265) |
| Colleen Cushing (BBO #663498) | Keegan Werlin LLP |
| Bowditch & Dewey, LLP | 265 Franklin Street |
| 311 Main Street, P.O. Box 15156 | Boston, Massachusetts  02110-3113 |
| Worcester, MA 01615-0156 | (617) 951-1400 |
| (508) 926-3415 | mzayotti@keeganwerlin.com |
| tconte@bowditch.com | |

Dated:  June 16, 2008

2

## CERTIFICATE OF SERVICE

I, Thomas J. Conte, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2008.

/s/ Thomas J. Conte
Thomas J. Conte, Esquire